NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Deb or

**Meta Materials, Inc**

Case Number

**24-50792**

| 1 | Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder ) | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars |
|---|---|---|

**John Lesko**

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number

**RECEIVED AND FILE**

**DEC 23 2024**

**U S BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

**Vanguard Brokerage ———— 8766**
**Vanguard Trad IRA ———— 5945**
**E-Trade ———— 5-201**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

| 2 | Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest | 3 | Date Equity Interest was acquired |
|---|---|---|---|

**John Lesko**
**E-Trade                    Vanguard**
**P O Box 484, Jersey City NJ    P O Box 982901**
**07303-0484                    El Paso Tx 79998**
Telephone Number
**1-800-387-2331              1-877-662-7447**

**Between 6/28/21**
**until 11/27/23**

| 4 | Total amount of member interest **~ 91,200 shares (all sold)** | 5 | Certificate number(s)   **see attached documents** |
|---|---|---|---|

**Net Loss $ 210,263 96**

| 6 | Type of Equity Interest |
|---|---|

Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

Description  **Investor**

| 7 | Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary |
|---|---|
| 8 | Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest |

| 9 | Signature |
|---|---|

Check the appropriate box
☒ I am the creditor  ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any )  ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )  ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  **John Lesko**
Title
Company Address and telephone number (if different from notice address above)

Telephone number

**12/17/2024**
(Date)

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571







Traditional *R* ?
John 11755945
Buy 66 459 shares
$ 315,362 45
Sell 38,623 shares
$ 148,763 16
Net Loss
$ 166,599 29

Custom report created on 12/17/2024
This report only includes transaction that were

META MATERIALS INC—continued

John M Lesko II — Traditio...

---

# E✶TRADE
from Morgan Stanley

E—trade John
153-xxx 913-201
Bought 23,945 shares
$ 27,767 86
Sold 4589 shares
$ 1226.60
Net loss $ 26,541 26

**Account Number** XXXX-2485

E✶TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL CUSIP |
|---|---|---|---|
| 04/14 23 | 04/18/23 | 6 1 | MMAT |

META MATLS INC COMMON STOCK

✶TRADE Securities
Investment Account

Page 1 of 2

**TRADE CONFIRMATION**

2022, FAQs, key deadlines, cost basis info
trade com/tax

| PRINCIPAL | $185 2... |
|---|---|
| **NET AMOUNT** | $185.24 |

---

John Brokerage
57838766
Bought 759 shares
(post split)
$ 45,968 30
Sold 759 shares
$ 2330 17
Net loss $ 43,638.13

META MATERIALS INC—continued

John M Lesko II — Brokerage Account —

Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2...

John ▬ 5945

Buy 66 459 ~~shares~~

$ 315, 362.45

Sell 35, 623 ~~shares~~

$ 148, 763.16

Net Loss
$ 166, 599. 29

---

**E✱TRADE**
from Morgan Stanley

E-trade John
▬ 3-201

Bought 23, 945 ~~shares~~
$ 27, 767.86

Sold 4589 ~~shares~~
$ 1226.60

Net loss $ 26, 541.26

Account Number: XXXX-2485

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL CUSIP |
|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT |

META MATLS INC COMMON STOCK



Page 1 of 2

✱TRADE Securities
vestment Account

RADE CONFIRMATION

2022, FAQs, key deadlines, cost basis info,
rade.com/tax.

| | |
|---|---|
| PRINCIPAL | $135.24 |
| NET AMOUNT | $185.24 |

---

John Brokerage
▬ 8766

Bought 759 shares
(post split)

$ 45, 968. 30
Sold 759 shares
$ 2330. 17

Net loss $ 43, 638.13

META MATERIALS INC—continued

John M Lesko II — Brokerage Account –

Custom report created on 12/17/2024.
This report only includes transactions that were settled from: 06/01/2C

META MATERIALS INC
A MATERIALS INC
A MATERIALS INC
A MATERIALS INC
A MATERIALS INC
A MATERIALS INC
TA MATERIALS INC
A MATERIALS INC
ne

Custom report created on 12/17/2024

This report only includes transactions that were settled from 06/01/2021 to 12/17/2024

 **Vanguard**

# John M Lesko II — Brokerage Account — 57838766*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 152 0000 | — | — | — |
| 6/29/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Corp Action (Cash in Lieu) | CASH | — | — | — | $3 5800 |
| 7/2/2021 | 6/30/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 0000 | $6 7650 | Free | -$6 7700 |
| 7/7/2021 | 7/2/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 500 0000 | $6 7500 | Free | -$3 375 0000 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 18 0000 | $6 8050 | Free | $122 4900 |
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 100 0000 | $5 3000 | Free | -$530 0000 |
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 17 0000 | $5 2500 | Free | -$89 2500 |

Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Brokerage Account — 57838766*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 000 0000 | $5 3855 | Free | $5 385 5000 |
| 7/14/2021 | 7/12/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 125 0000 | $3 9400 | Free | -$492 5000 |
| 7/15/2021 | 7/13/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 2 0000 | $3 6978 | Free | -$7 4000 |
| 7/20/2021 | 7/16/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 555 0000 | $3 6000 | Free | $1 998 0000 |
| 7/28/2021 | 7/26/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 286 0000 | $3 4955 | Free | -$999 7100 |
| 8/3/2021 | 7/30/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 170 0000 | $3 4200 | Free | -$4 001 4000 |
| 8/4/2021 | 8/2/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 299 0000 | $3 3500 | Free | $1,001 6500 |

Custom report created on 12/17/2024

This report only includes transactions that were settled from 06/01/2021 to 12/17/2024

**Vanguard**®

# John M Lesko II — Brokerage Account — 57838766*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2021 | 9/7/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 550 0000 | $5 3857 | Free | -$2 962 1400 |
| 10/18/2022 | 10/14/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 10,991 0000 | $0 9088 | Free | -$9 988 6200 |
| 2/22/2023 | 2/17/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 14 595 0000 | $0 6900 | Free | -$10 070 5500 |
| 4/18/2023 | 4/14/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 4 0000 | $0 2200 | Free | -$0 8800 |
| 11/9/2023 | 11/7/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 45 500 0000 | $0 1085 | Free | -$4,936 4400 |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 758 0000 | — | — | — |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -75,865 0000 | — | — | — |

Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Brokerage Account — 57838766*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 75,865 0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -758 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 759 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -75,865 0000 | — | — | — |
| 3/1/2024 | 2/28/2024 | MMATQ | META MATERIALS INC | Sell | CASH | -759 0000 | $3 0701 | $0 0200 | $2,330 1700 |

Custom report created on 12/17/2024

This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Brokerage Account — ███████8766*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 152 0000 | — | — | — |
| 6/29/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Corp Action (Cash in Lieu) | CASH | — | — | — | $3 5800 |
| 7/2/2021 | 6/30/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 0000 | $6 7650 | Free | -$6 7700 |
| 7/7/2021 | 7/2/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 500 0000 | $6 7500 | Free | -$3 375 0000 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 18 0000 | $6 8050 | Free | -$122 4900 |
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 100 0000 | $5 3000 | Free | $530 0000 |
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 17 0000 | $5 2500 | Free | -$89 2500 |

Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



## John M Lesko II — Brokerage Account — ⬛⬛8766*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/13/2021 | 7/9/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 000 0000 | $5 3855 | Free | -$5 385 5000 |
| 7/14/2021 | 7/12/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 125 0000 | $3 9400 | Free | -$492 5000 |
| 7/15/2021 | 7/13/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 2 0000 | $3 6978 | Free | -$7 4000 |
| 7/20/2021 | 7/16/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 555 0000 | $3 6000 | Free | -$1 998 0000 |
| 7/28/2021 | 7/26/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 286 0000 | $3 4955 | Free | -$999 7100 |
| 8/3/2021 | 7/30/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 1 170 0000 | $3 4200 | Free | -$4 001 4000 |
| 8/4/2021 | 8/2/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 299 0000 | $3 3500 | Free | -$1 001 6500 |

Custom report created on  12/17/2024
This report only includes transactions that were settled from  06/01/2021 to 12/17/2024



# John M Lesko II — Brokerage Account — ██████8766*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 75 865 0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -758 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 759 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 75 865 0000 | — | — | — |
| 3/1/2024 | 2/28/2024 | MMATQ | META MATERIALS INC | Sell | CASH | -759 0000 | $3 0701 | $0 0200 | $2 330 1700 |



Page 1 of 2

**E✱TRADE**
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number  XXXX-2485

**Account Name**
JOHN M LESKO II

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2022  FAQs  key deadlines  cost basis info and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 842 | $ 22 | Margin | PRINCIPAL | $185 24 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $185 24 |

▲  DETACH HERE
JOHN M LESKO II
7740 W SUNLARK WAY
TUCSON AZ  85743 1133

DETACH HERE  ▲

Use This Deposit Slip   Acct  XXXX-2485

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

041420230001  900362724859



**E✳TRADE**®
from Morgan Stanley

Your Account Number  153-XXX913-201
Account Type - Margin

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

**E*TRADE from Morgan Stanley**
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 4,437 | 0 200001 | Principal | $887 40 |
| **Transaction Type  Sold** | | | | FINRA TAF | $0 64 |
| | | | | Supplemental Transaction Fee | $0 01 |
| **Description  META MATERIALS INC** | | | | **Net Amount** | **$886 75** |
| Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046 | | | | | |
| Unsolicited trade | | | | | |
| Morgan Stanley Smith Barney LLC acted as agent | | | | | |

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley

**Your Account Number** 153-XXX913-201
Account Type - Margin

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

**E*TRADE from Morgan Stanley**
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 5,975 | 0 1099 | Principal | $656 65 |
| | | | | Net Amount | $656 65 |

Transaction Type  Bought

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley

Your Account Number  153-XXX913-201
Account Type - Margin

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 554 | 0 108 | Principal | $59 83 |
| **Transaction Type  Bought** | | | | Net Amount | $59 83 |

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



Your Account Number  153-XXX913-201
Account Type - Margin

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 05/14/2024 | 05/16/2024 | 74 | 2 22 | Principal | $164 28 |
| | | | | FINRA TAF | $0 01 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| | | | | **Net Amount** | **$164 26** |

**Description  META MATERIALS INC NEW**
Symbol / CUSIP / ISIN  MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

Page 1 of 2

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 0334**

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1  (1 800-387 2331)
etrade com

**Account Name**
JOHN M LESKO

**Customer Update**
Invest to make an impact  Learn how sustainable investing offers growth potential while
supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/21 | 07/01/21 | 6 1 | AMC | SELL | 356 | $59 661 | Cash | PRINCIPAL | $21 239 32 |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | | | | | | | | FINRA TAF | $0 04 |
| | | | | | | | | FEE | $0 11 |
| | | | | | | | | NET AMOUNT | $21 239 17 |
| 06/29/21 | 07/01/21 | 6 1 | MMAT | BUY | 2 736 | $7 75 | Cash | PRINCIPAL | $21 204 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $21 204 00 |

▲  DETACH HERE
JOHN M LESKO
7740 W SUNLARK WAY
TUCSON AZ  85743 1133

DETACH HERE  ▲

**Use This Deposit Slip    Acct  XXXX-0334**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

⑆062920210001⑆ ⑈900695403346⑈

# E✱TRADE

**from Morgan Stanley**

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 0334**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

**Account Name**

JOHN M LESKO

**Customer Update**

Want to get important documents faster? Get your statements, confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 1 500 | $ 7716 | Cash | PRINCIPAL | $1 157 40 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$1 157 40** |

▲  DETACH HERE
JOHN M LESKO
7740 W SUNLARK WAY
TUCSON AZ  85743 1133

DETACH HERE  ▲

**Use This Deposit  Slip    Acct  XXXX-0334**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

101120220001  900695403346

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Acccount Number  XXXX 0334**

**Account Name**
JOHN M LESKO

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms  and tax forms
online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | 6 1 | MMAT | BUY | 4 | $1 5991 | Cash | PRINCIPAL | $6 40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6 40 |

▲  DETACH HERE
JOHN M LESKO
7 40 W SUNLARK WAY
TUCSON AZ  85743 1133

**Use This Deposit Slip    Acct  XXXX-0334**

DETACH HERE  ▲

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

110420220001  900695403346



Page 1 of 2

## E*TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number  XXXX-0334**

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303-0484

**Account Name**
JOHN M LESKO

**Customer Update**
Want to get important documents faster? Get your statements  confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | PRINCIPAL | $1 42 |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/22 | 11/09/22 | 6 1 | MMAT | BUY | 1 | $1 42 | Cash | NET AMOUNT | $1 42 |

**META MATLS INC COMMON STOCK**

---

▲ DETACH HERE
JOHN M LESKO
7740 W SUNLARK WAY
TUCSON AZ 85743 1133

DETACH HERE ▲

**Use This Deposit Slip  Acct  XXXX-0334**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

110720220001  900695403346

# E✱TRADE
### from Morgan Stanley

### E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number  XXXX 0334**

**Account Name**
JOHN M LESKO

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2022  FAQs  key deadlines  cost basis info and more  find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 191 | $ 2232 | Cash | PRINCIPAL | $42 63 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $42 63 |

▲ DETACH HERE
JOHN M LESKO
7 40 W SUNLARK WAY
TUCSON AZ  85743 1133

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

DETACH HERE ▲

**Use This Deposit Slip      Acct  XXXX-0334**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

041420230001  900695403346



**E✱TRADE**®

from Morgan Stanley

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

Your Account Number  712-XXX428-210
Account Type - Cash

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 4,437 | 0 20005 | Principal | $887 62 |
| | | | | FINRA TAF | $0 64 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| **Description  META MATERIALS INC** | | | | **Net Amount** | **$886 97** |

Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley

Your Account Number  712-XXX428-210
Account Type - Cash

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|------------|-----------------|----------|-------|--|-------------------|
| 11/07/2023 | 11/09/2023 | 674 | 0 1086 | Principal | $73 20 |
| **Transaction Type  Bought** | | | | Net Amount | **$73 20** |

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



**E✶TRADE**®
from Morgan Stanley

**Your Account Number** 712-XXX428-210
Account Type - Cash

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

**E*TRADE from Morgan Stanley**
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 7,033 | 0 1095 | Principal | $770 11 |
| **Transaction Type  Bought** | | | | Net Amount | **$770 11** |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



**E✳TRADE**®
from Morgan Stanley

**Your Account Number** 712-XXX428-210
Account Type - Cash

JOHN M LESKO II
7740 W SUNLARK WAY
Tucson AZ 85743

**E*TRADE from Morgan Stanley**
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 05/14/2024 | 05/16/2024 | 78 | 2 24 | Principal | $174 72 |
| **Transaction Type** Sold | | | | FINRA TAF | $0 01 |
| | | | | Supplemental Transaction Fee | $0 01 |
| **Description** META MATERIALS INC NEW | | | | **Net Amount** | **$174 70** |
| Symbol / CUSIP / ISIN  MMAT / 59134N302 / US59134N3026 | | | | | |

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

# E*TRADE®
### from Morgan Stanley

Page 1 of 2

## E*TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Acccount Number  XXXX 2485**

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JOHN M LESKO II

### Customer Update
Want to get important documents faster? Get your statements, confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | 6 1 | MMAT | BUY | 4 | $1 595 | Margin | PRINCIPAL | $6 38 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$6 38** |

▲ DETACH HERE
JOHN M LESKO II
7770 W SUNLARK WAY
TUCSON AZ  85743 1133

DETACH HERE ▲

**Use This Deposit  Slip    Acct  XXXX-2485**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

110420220001  900362724859

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** XXXX-2485

**Account Name**
JOHN M LESKO II

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms and tax forms online with paperless delivery Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 30 | $1 105 | Margin | PRINCIPAL | $33 15 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $33 15 |
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 10 | $4 15 | Margin | PRINCIPAL | $41 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $48 45 |

▲ DETACH HERE
JOHN M LESKO II
7740 W SUNLARK WAY
TUCSON AZ 85743 1133

DETACH HERE ▲

**Use This Deposit Slip    Acct  XXXX-2485**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

�semantics 101320220001  900362724859

# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-2485

**Account Name**
JOHN M LESKO II

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements confirms and tax forms online with paperless delivery Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 2 500 | $ 8178 | Margin | PRINCIPAL | $2 044 75 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2 044 75 |
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 400 | $ 798 | Margin | PRINCIPAL | $319 20 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $319 20 |

▲ DETACH HERE
JOHN M LESKO II
7750 W SUNLARK WAY
TUCSON AZ 85743 1133

DETACH HERE ▲

**Use This Deposit Slip**   **Acct   XXXX-2485**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

101120220001 900362724859

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-2485

**Account Name**
JOHN M LESKO II

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 2 500 | $ 8178 | Margin | PRINCIPAL | $2 044 75 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2 044 75 |
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 400 | $ 798 | Margin | PRINCIPAL | $319 20 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $319 20 |

▲ DETACH HERE
JOHN M LESKO II
7740 W SUNLARK WAY
TUCSON AZ 85743 1133

DETACH HERE ▲

**Use This Deposit Slip**   **Acct**  **XXXX-2485**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

101120220001 900362724859

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Acccunt Number  XXXX-2485**

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
JOHN M LESKO II

**Customer Update**
Invest on the go  With the E✳TRADE Mobile app  you have everything you need in the palm of your hand  Vist etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/22 | 08/24/22 | 6 1 | MMAT | BUY | 1 500 | $ 805 | Margin | PRINCIPAL | $1 207 50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 207 50 |
| | | | | | | | | | |
| 08/22/22 | 08/24/22 | 6 1 | MMTLP | BUY | 1 000 | $1 36 | Margin | PRINCIPAL | $1 360 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $1 366 95 |

▲ DETACH HERE
JCHN M LESKO II
7740 W SUNLARK WAY
TLCSON AZ 85743 1133

DETACH HERE ▲

**Use This Deposit Slip   Acct  XXXX-2485**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

082202220001  900362724859

Page 1 of 2

# E✳TRADE®
from Morgan Stanley



E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

Account Number ▓▓▓-2485

**Account Name**

JOHN M LESKO II

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
All your tax info in one place  Forms 1099 for 2022  FAQs  key deadlines  cost basis info, and more find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 842 | $ 22 | Margin | PRINCIPAL | $185 24 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $185 24 |

▲ DETACH HERE

JOHN M LESKO II

DETACH HERE ▲

**Use This Deposit Slip**   Acct ▓▓▓ 2485

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

041420230001 900362724859



from Morgan Stanley

Your Account Number <span>████</span>3-201
Account Type - Margin

JOHN M LESKO II


E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 4,437 | 0 200001 | Principal | $887 40 |
| | | | | FINRA TAF | $0 64 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| | | | | Net Amount | **$886 75** |

**Description  META MATERIALS INC**
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley

Your Account Number██████3-201
Account Type - Margin

JOHN M LESKO II


E*TRADE from Morgan Stanley
P O  BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 5,975 | 0 1099 | Principal | $656 65 |
| | | | | Net Amount | $656 65 |

Transaction Type  Bought

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley


from Morgan Stanley


JOHN M LESKO II

**Your Account Number** ████3-201
Account Type - Margin

E*TRADE from Morgan Stanley
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 554 | 0 108 | Principal | $59 83 |
| Transaction Type  Bought | | | | Net Amount | $59 83 |

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



from Morgan Stanley

JOHN M LESKO II



Your Account Number: ████████3-201
Account Type - Margin

E*TRADE from Morgan Stanley
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 05/14/2024 | 05/16/2024 | 74 | 2 22 | Principal | $164 28 |
| | | | | FINRA TAF | $0 01 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| **Description  META MATERIALS INC NEW** | | | | **Net Amount** | **$164 26** |

Symbol / CUSIP / ISIN  MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

Page 1 of 2

# E✳TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✳TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number** 0334

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484
1 800 ETRADE 1 (1 800 387 2331)
etrade com

**Account Name**

JOHN M LESKO

**Customer Update**

Invest to make an impact  Learn how sustainable investing offers growth potential while supporting your values at us etrade com/knowledge/sustainable investing

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash | PRINCIPAL | |
| 06/29/21 | 07/01/21 | 6 1 | MMAT | BUY | 2 736 | $7 75 | Cash | PRINCIPAL | $21 204 00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $21 204 00 |

▲ DETACH HERE
JOHN M LESKO

DETACH HERE ▲

**Use This Deposit Slip**   **Acct** XXXX-0334

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
PO Box 484
Jersey City  NJ  07303 0484

062920210001  900695403346

# E✳TRADE®
### from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-0334

E✳TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JOHN M LESKO

### Customer Update
Want to get important documents faster? Get your statements  confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 1 500 | $ 7716 | Cash | PRINCIPAL | $1 157 40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 157 40 |

---

▲ DETACH HERE
JOHN M LESKO

▲ DETACH HERE

**Use This Deposit Slip   Acct  XXXX-0334**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

101120220001  900695403346

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** ■■■-0334

**Account Name**
JOHN M LESKO

E✳TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| Customer Update |
|---|
| Want to get important documents faster? Get your statements  confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | 6 1 | MMAT | BUY | 4 | $1 5991 | Cash | PRINCIPAL | $6 40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6 40 |

---

▲ DETACH HERE


JOHN M LESKO

**DETACH HERE** ▲

**Use This Deposit Slip**   **Acct** ■■■ 0334

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC
Mail deposits to

E✳TRADE Securities LLC
P O  Box 484
Jersey City  NJ  07303 0484

110420220001  900695403346


from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number ____0334

**Account Name**
JOHN M LESKO

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/22 | 11/09/22 | 6 1 | MMAT | BUY | 1 | $1 42 | Cash | PRINCIPAL | $1 42 |
| | | | | | | | | NET AMOUNT | $1 42 |

**META.MATLS INC COMMON STOCK**

---

▲ DETACH HERE
JOHN M LESKO

DETACH HERE ▲

**Use This Deposit Slip** **Acct ____-0334**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

110720220001  900695403346

Page 1 of 2

# E*TRADE
from Morgan Stanley

**E*TRADE Securities**

Investment Account

## TRADE CONFIRMATION

Account Number ████-0334

**Account Name**
JOHN M LESKO

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
All your tax info in one place Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more find them all in our Tax Center at etrade com/tax

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 191 | $ 2232 | Cash | PRINCIPAL | $42 63 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $42 63 |

▲ DETACH HERE
JOHN M LESKO
████████████

DETACH HERE ▲

**Use This Deposit Slip**   **Acct** ████-0334

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

**TOTAL DEPOSIT**

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

041420230001  900695403346

The value $H_2O$ - no.



# E✳TRADE®
### from Morgan Stanley

**Your Account Number**  8-210
Account Type - Cash


JOHN M LESKO II

E*TRADE from Morgan Stanley
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 4,437 | 0 20005 | Principal | $887 62 |
| | | | | FINRA TAF | $0 64 |
| **Transaction Type** Sold | | | | Supplemental Transaction Fee | $0 01 |
| **Description** META MATERIALS INC | | | | **Net Amount** | **$886 97** |

Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



from Morgan Stanley

Your Account Number ████████ 3-210
Account Type - Cash

JOHN M LESKO II




E*TRADE from Morgan Stanley
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 674 | 0 1086 | Principal | $73 20 |
| | | | | Net Amount | $73 20 |

**Transaction Type** Bought

**Description** META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



from Morgan Stanley

JOHN M LESKO II



**Your Account Number** 8-210
Account Type - Cash

E*TRADE from Morgan Stanley
P O BOX 484
JERSEY CITY, N 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 11/07/2023 | 11/09/2023 | 7,033 | 0 1095 | Principal | $770 11 |
| | | | | Net Amount | $770 11 |

Transaction Type  Bought

Description  META MATERIALS INC
Symbol / CUSIP / ISIN  MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an
affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley



# E✲TRADE®
## from Morgan Stanley

JOHN M LESKO II

**Your Account Numb****8-210**
Account Type - Cash

**E*TRADE from Morgan Stanley**
P O BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 05/14/2024 | 05/16/2024 | 78 | 2 24 | Principal | $174 72 |
| | | | | FINRA TAF | $0 01 |
| **Transaction Type  Sold** | | | | Supplemental Transaction Fee | $0 01 |
| **Description  META MATERIALS INC NEW** | | | | **Net Amount** | **$174 70** |

Symbol / CUSIP / ISIN  MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent

Morgan Stanley Smith Barney LLC  Member SIPC  The transaction(s) may have been executed with Morgan Stanley & Co  LLC, an
affiliate, which may receive compensation for any such services  E*TRADE is a business of Morgan Stanley

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number** ●●●●2485

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
JOHN M LESKO II

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | 6 1 | MMAT | BUY | 4 | $1 595 | Margin | PRINCIPAL | $6 38 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $6 38 |

▲ DETACH HERE
JOHN M LESKO II

▲ DETACH HERE

**Use This Deposit Slip**   **Acct** ●●●●2485

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

110420220001 900362724859

# E✱TRADE
### from Morgan Stanley

Page 1 of 2

### E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

Acccount Number ████-2485

**Account Name**
JOHN M LESKO II

E✱TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery  Enroll at etrade com/paperless |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 30 | $1 105 | Margin | PRINCIPAL | $33 15 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$33 15** |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 10 | $4 15 | Margin | PRINCIPAL | $41 50 |
| **META MATLS INC PFD SER A** | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$48 45** |

▲ DETACH HERE
JOHN M LESKO II
████████████

DETACH HERE ▲

**Use This Deposit Slip**    **Acct  XXXX-2485**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City, NJ  07303 0484

⑈101320220001⑈ ⑈900362724859⑈

# E✱TRADE®
### from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number** ▓▓▓▓2485

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

**Account Name**
JOHN M LESKO II

**Customer Update**
Want to get important documents faster? Get your statements, confirms  and tax forms online with paperless delivery  Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 2 500 | $ 8178 | Margin | PRINCIPAL | $2 044 75 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $2 044 75 |
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 400 | $ 798 | Margin | PRINCIPAL | $319 20 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $319 20 |

▲ DETACH HERE
JOHN M LESKO II
▓▓▓▓▓▓▓▓▓▓

DETACH HERE ▲

**Use This Deposit Slip**    **Acct  XXXX-2485**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E✱TRADE Securities LLC
P O Box 484
Jersey City  NJ  07303 0484

101120220001  900362724859

# E✳TRADE
from Morgan Stanley

Page 1 of 2

### E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number** ░░░3485

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
JOHN M LESKO II

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 2 500 | $ 8178 | Margin | PRINCIPAL | $2 044 75 |
| | | | | | | | | NET AMOUNT | $2 044 75 |

**META MATLS INC COMMON STOCK**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/22 | 10/13/22 | 6 1 | MMAT | BUY | 400 | $798 | Margin | PRINCIPAL | $319 20 |
| | | | | | | | | NET AMOUNT | $319 20 |

**META MATLS INC COMMON STOCK**

▲ DETACH HERE
JOHN M LESKO II

DETACH HERE ▲

**Use This Deposit Slip**    **Acct** ░░░2485

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

101120220001  900362724859

# E✱TRADE®
### from Morgan Stanley

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number** ▓▓▓-2485

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

**Account Name**
JOHN M LESKO II

**Customer Update**
Invest on the go  With the E*TRADE Mobile app  you have everything you need in the palm of your hand  Visit etrade com/mobile to learn more

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/22 | 08/24/22 | 6 1 | MMAT | BUY | 1 500 | $ 805 | Margin | PRINCIPAL | $1 207 50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1 207 50 |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/22 | 08/24/22 | 6 1 | MMTLP | BUY | 1 000 | $1 36 | Margin | PRINCIPAL | $1 360 00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6 95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $1 366 95 |

▲ DETACH HERE
JOHN M LESKO II

DETACH HERE ▲

**Use This Deposit Slip**    **Acct  XXXX-2485**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

082220220001  900362724859



Custom report created on 12/17/2024

This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — 11755945*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2022 | 11/4/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 600 0000 | $1 6000 | Free | -$960 0000 |
| 4/18/2023 | 4/14/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 96 0000 | $0 2200 | Free | -$21 1200 |
| 10/24/2023 | 10/20/2023 | MMATQ | META MATERIALS INC | Sell | CASH | -17,984 0143 | $0 1800 | $0 0300 | $3 237 0900 |
| 11/9/2023 | 11/7/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 2 484 0000 | $0 1082 | Free | -$268 6400 |
| 11/9/2023 | 11/7/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 22 850 0000 | $0 1098 | Free | $2 508 4300 |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 253 0000 | — | --- | — |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -25 334 0000 | — | --- | — |

Custom report created on  12/17/2024
This report only includes transactions that were settled from  06/01/2021 to 12/17/2024



---

# John M Lesko II — Traditional IRA Brokerage Account — 11755945*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 253 0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 25,334 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 254 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -25 334 0000 | — | — | — |
| 4/8/2024 | 4/4/2024 | MMATQ | META MATERIALS INC | Sell | CASH | -254 0000 | $3 1233 | $0 0100 | $793 3100 |



Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — 11755945*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 1 0000 | — | — | — |
| 6/29/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Corp Action (Cash in Lieu) | CASH | — | — | — | $3 5800 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 9 000 0000 | $8 3399 | Free | -$75,059 1000 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 10 000 0000 | $8 1820 | Free | $81 820 0000 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 50 0000 | $7 8786 | Free | -$393 9300 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 415 0000 | $8 2550 | Free | -$3 425 8300 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 500 0000 | $7 7650 | Free | -$3 882 5000 |

Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — 11755945*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 400 0000 | $8 2500 | Free | $3,300 0000 |
| 7/1/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 19 0000 | $8 1250 | Free | -$154 3800 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Sell | CASH | 20 385 0000 | $7 1000 | $0 7400 | $144,732 7600 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 20 000 0000 | $7 1699 | Free | -$143 398 1400 |
| 7/9/2021 | 7/7/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 5 0000 | $6 3573 | Free | -$31 7900 |
| 7/21/2021 | 7/19/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 40 0000 | $3 4650 | Free | -$138 6000 |
| 9/22/2021 | 9/21/2021 | MMATQ | META MATERIALS INC | Recharacterization (outgoing) | CASH | -2,756 9857 | — | — | -$13,426 5200 |



Custom report created on 12/17/2024
This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



## John M Lesko II — Traditional IRA Brokerage Account — ████5945*—continued

### META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 1 0000 | — | — | — |
| 6/29/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Corp Action (Cash in Lieu) | CASH | — | — | — | $3 5800 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 9 000 0000 | $8 3399 | Free | -$75 059 1000 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 10 000 0000 | $8 1820 | Free | -$81,820 0000 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 50 0000 | $7 8786 | Free | $393 9300 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 415 0000 | $8 2550 | Free | -$3 425 8300 |
| 6/30/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 500 0000 | $7 7650 | Free | -$3,882 5000 |

Custom report created on  12/17/2024
This report only includes transactions that were settled from  06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — ████5945*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 400 0000 | $8 2500 | Free | $3 300 0000 |
| 7/1/2021 | 6/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 19 0000 | $8 1250 | Free | -$154 3800 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Sell | CASH | -20 385 0000 | $7 1000 | $0 7400 | $144 732 7600 |
| 7/8/2021 | 7/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 20 000 0000 | $7 1699 | Free | -$143 398 1400 |
| 7/9/2021 | 7/7/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 5 0000 | $6 3573 | Free | -$31 7900 |
| 7/21/2021 | 7/19/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 40 0000 | $3 4650 | Free | -$138 6000 |
| 9/22/2021 | 9/21/2021 | MMATQ | META MATERIALS INC | Recharacterization (outgoing) | CASH | -2 756 9857 | — | — | -$13 426 5200 |

Custom report created on 12/17/2024

This report only includes transactions that were settled from 06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — ████5945*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2022 | 11/4/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 600 0000 | $1 6000 | Free | $960 0000 |
| 4/18/2023 | 4/14/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 96 0000 | $0 2200 | Free | -$21 1200 |
| 10/24/2023 | 10/20/2023 | MMATQ | META MATERIALS INC | Sell | CASH | -17,984 0143 | $0 1800 | $0 0300 | $3 237 0900 |
| 11/9/2023 | 11/7/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 2 484 0000 | $0 1082 | Free | $268 6400 |
| 11/9/2023 | 11/7/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 22 850 0000 | $0 1098 | Free | -$2,508 4300 |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 253 0000 | — | — | — |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -25 334 0000 | — | — | — |

Custom report created on  12/17/2024
This report only includes transactions that were settled from  06/01/2021 to 12/17/2024



# John M Lesko II — Traditional IRA Brokerage Account — ████5945*—continued

## META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -253 0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 25 334 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 254 0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -25 334 0000 | — | — | — |
| 4/8/2024 | 4/4/2024 | MMATQ | META MATERIALS INC | Sell | CASH | -254 0000 | $3 1233 | $0 0100 | $793 3100 |