NVB 8001 (Rev 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1    Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder")

RICHARD A. DAHLMAN
LYNDA F. DAHLMAN
2903 GREAT LAKES
SUGAR LAND TX. 77479

Telephone Number
832 755-8270

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 23 2024**

U.S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only) | Check here if this Proof of Interest |
|---|---|
| IDA-        325        -0382 | ☐ replaces a previously filed Proof of Interest dated _____  ☐ amends a previously filed Proof of Interest dated _____ |

**2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** RICHARD A DAHLMAN
TDA/SCHWAB    111,478 SHARES

Telephone Number

**3    Date Equity Interest was acquired**
BETWEEN 11-30-18 TO
12-9-22 SEE
ATTACHED DOCUMENTS

**4    Total amount of member interest** 111,478

**5    Certificate number(s)** _____

**6    Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

Description    INVESTOR    COACH2CHAMPIONSKATING.COM

**7    Supporting Documents** Attach copies of supporting documents such as stock certificates option agreements warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8    Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of his Proof of Interest

**9    Signature:**
Check the appropriate box
☑ I am the interest holder    ☐ I am the interest holder's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety
    (Attach copy of power of attorney if any)    or their authorized agent    endorser or other
    (See Bankruptcy Rule 3004)    codebtor
    (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information and reasonable belief

Print Name    RICHARD A. DAHLMAN                                    12/16/24
Title    INVESTOR
Company    Address and telephone number (if different from notice address)

Linda Dahlman
2903 Great Lakes Ave
Sugar Land TX 77479

(Signature)
832 755 8270    email C2DAK@?...
Telephone number

Penalty for ... fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571

**Print Form**    **Save Form**    **Clear Form**

# QUARTERLY SUMMARY Q3 2023
July 01, 2023-September 30, 2023
Account Ending in (6802)

Prepared for RICHARD DAHLMAN

**Page 3 of 8**



## ⟍OUNT HOLDINGS continued
### ⟍UITIES AND OPTIONS

| Security ID / Description | Quantity Price | Market Value | Cost Basis | Unrealized Gain/Loss | Est Annual Income[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| MMAT META MATERIALS INC[c] | 1,000 000 $0 21 | $211 90 | $3,095 58 | $(2,883 68) | 0 00% |
| **Total** | | **$211 90** | **$3,095 58** | **$(2,883 68)** | |

[c] Dividends and/or capital gains distributed by this security will be distributed as cash

# CASH AND NON-CASH TRANSACTION ACTIVITY

## Inflows
### Additions

| | |
|---|---|
| Securities Sold | $0 00 |
| Income and Distributions | $0 00 |
| Inflows | $0 00 |
| Credits and Other | $0 00 |

## Outflows
### Debits

| | |
|---|---|
| Securities Purchased | $0 00 |
| Reinvestments | $0 00 |
| Outflows | $0 00 |
| Fees and Other | ($30 00) |

# CREDITS, FEES, AND OTHER

| Date | Security ID / Description | Transaction | Amount |
|---|---|---|---|
| 07/14/2023 | ANNUAL CUSTODIAL FEE | Charge | $(30 00) |

[a]  Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated

**LPL Financial**

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive  San Diego  CA 92121 3091

Not FDIC Insured | No Bank Guarantee |
May Lose Value | Not a Deposit |
Not Insured by any Federal Government Agency

**Linda Dahlman**
2903 Great Lakes Ave
Sugar Land TX 77479

**Linda Dahlman**
2903 Great Lakes Ave
Sugar Land TX 77479



**Dahlman Venture Partners LP**
111 Brand Lane Ste 300
Stafford TX 77477

2246

12/16/24

PAY TO THE ORDER OF  US Bankrupt Court #          $ 28 00

Twonay Eight                          DOLLARS

Chase
JP Morgan Chase

FOR  MMAT 2450792

⑈111000614⑈    8 22690368⑈ 2246

## Statement for Account # 495-172325
06/01/21 - 06/30/21

| Online Cash Services Summary | | |
|---|---|---|
| Description | Current | Year To Date |
| **CREDITS** | | |
| Electronic Transfer | $ 19,520.00 | $ 55,541.37 |
| *Subtotal* | 19,520.00 | 55,541.37 |
| **TOTAL** | **19,520.00** | **55,541.37** |

| Income Summary Detail* | | |
|---|---|---|
| Description | Current | Year to Date |
| Margin Interest Charged | $ (22.27) | $ (183.15) |
| Qualified Dividends | 1.74 | 153.99 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
| **Stocks - Margin** | | | | | | | | | | |
| CAPITAL GROUP HOLDINGS INC COM | CGHC | 555,000 | $ 0.005 | $2,775.00 | 03/23/10 | $ 10,001.84 | $ 0.02 | $ (7,226.84) | $ - | - |
| EUROGAS INC COM DELISTED | 298734104 | 150,000 | NA | NA | 06/21/07 | 12,831.44 | 0.09 | (12,831.44) | - | - |
| EXXON MOBIL CORPORATION COM | XOM | 1 | 63.08 | 63.08 | 05/28/21 | 58.30 | 58.30 | 4.78 | 3.48 | 5.5% |
| FUNCTIONX INC NEW COM | 36077T207 | 58,590 | NA | NA | 05/21/15 | 79,240.38 | 1.35 | (79,240.38) | - | - |
| META MATERIALS INC COM | MMAT | 108,000 | 7.49 | 808,920.00 | 11/30/18 | 188,726.78 | 1.75 | 620,193.22 | - | - |
| PHONEX HOLDINGS INC COM | PXHI | 63 | 0.68 | 42.84 | 02/11/10 | 7,632.12 | 121.14 | (7,589.28) | - | - |
| POWERLOCK COM | PWLK | 1,500,000 | 0.0012 | 1,800.00 | - | - | - | - | - | - |

**Statement for Account # 495-172325**
06/01/21 - 06/30/21

| | | | | | Account Activity | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/21 | 06/14/21 | Margin | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 50 | 3.00 | (150.00) | 713.20 |
| 06/10/21 | 06/14/21 | Margin | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 250 | 3.00 | (750.00) | (36.80) |
| 06/11/21 | 06/14/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 750.00 | 713.20 |
| 06/11/21 | 06/14/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 20.00 | 733.20 |
| 06/14/21 | 06/14/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1.72) | 731.48 |
| 06/14/21 | 06/14/21 | Margin | Delivered - | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 N:TRANSFER TO 785-807881-1 | TRCH | 250- | 0.00 | - | 731.48 |
| 06/11/21 | 06/15/21 | Margin | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 250 | 3.10 | (775.00) | (43.52) |
| 06/14/21 | 06/15/21 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 5.00 | (38.52) |
| 06/15/21 | 06/15/21 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 1.72 | (36.80) |
| 06/28/21 | 06/28/21 | Margin | Delivered - Other | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843\|REVERSE SPLIT | TRCH | 216,000- | 0.00 | - | (36.80) |
| 06/28/21 | 06/28/21 | Margin | Received - Other | META MATERIALS INC COM 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843\|REVERSE SPLIT | MMAT | 108,000 | 0.00 | - | (36.80) |

| TD Ameritrade Clearing, Inc | **Proceeds from Broker and Barter Exchange Transactions** | Account    495172325 |
|---|---|---|
| 2022    1099-B    OMB No 1545 0715 | | 01/19/2023 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered)  For tax lots whose term is undetermined  use your historical documents to establish the cost basis and date of purchase  Tax lots with an additional notation of 'Ordinary' represent neither short- nor long term capital transactions  You may wish to consult with your tax advisor  the IRS or your state tax authority regarding the proper treatment

Closing of written options is presented in a distinct manner in accordance with IRS regulation  For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position

Several column headings describe two related items  a quantity and a qualifier  For example  proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium)  When these conditions exist, the qualifier is shown to the right of the amount

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
Gain or loss ( ) is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 07/28/22 | 680 000 | 622 10 | Various | 1,767 80 | | -1 145 70 | Sale |
| 11/25/22 | 339 000 | 674 55 | Various | 317 65 | | 356 90 | Sale |
| 11/28/22 | 360 000 | 662 37 | Various | 676 57 | 4 05 W | -10 15 | Sale |
| | Security total | 1,959 02 | | 2,762 02 | 4 05 W | -798 95 | |
| Totals | | 1,959 02 | | 2,762 02 | 4 05 W | -798 95 | |

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949  Part II with Box D checked  Basis is provided to the IRS  *(Line 12)*
"Gain or loss (-)' is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 02/10/22 | 500 000 | 989 94 | Various | 704 50 | | 285 44 | Total of 2 transactions |
| 02/15/22 | 8 000 000 | 15,534 02 | Various | 11 271 99 | | 4 262 03 | Total of 3 transactions |
| 02/16/22 | 500 000 | 964 94 | 11/30/18 | 704 50 | | 260 44 | Sale |
| 02/17/22 | 9 500 000 | 18 141 18 | Various | 13 385 50 | | 4,755 68 | Total of 4 transactions |
| 02/18/22 | 15,400 000 | 28 428 28 | Various | 21,698 60 | | 6 729 68 | Total of 3 transactions |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

| TD Ameritrade Clearing, Inc | **Proceeds from Broker and Barter Exchange Transactions** | Account   495172325 |
|---|---|---|
| 2022   1099-B*  OMB No 1545 0715 | (continued) | 01/19/2023 |

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*

Report on Form 8949, Part II with Box D checked  Basis is provided to the IRS  *(Line 12)*

"Gain or loss ( )" is NOT reported to the IRS

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT (cont d) | | | | | | | |
| 03/07/22 | 4 830 000 | 7 293 17 | 11/30/18 | 6 805 47 | | 487 70 | Sale |
| 05/10/22 | 5 000 000 | 6 249 32 | 11/30/18 | 7 045 00 | | -795 68 | Sale |
| 06/17/22 | 1 000 000 | 1 519 84 | Various | 1,457 10 | 45 49  W | 108 23 | Sale |
| 06/21/22 | 2,000 000 | 3 479 66 | 05/01/19 | 5,322 93 | | 1 843 27 | Sale |
| 06/21/22 | 2,000 000 | 3,139 67 | Various | 5,495 59 | 2 330 27  W | 25 65 | Sale |
| 06/23/22 | 2,000 000 | 3 759 65 | Various | 4 686 86 | | 927 21 | Sale |
| 07/18/22 | 4,000 000 | 4 039 39 | Various | 7 931 13 | | 3,891 74 | Sale |
| 07/18/22 | 1 000 000 | 999 95 | Various | 1 996 12 | 5 20  W | 990 97 | Sale |
| 07/19/22 | 15,000 000 | 14 073 76 | Various | 19 435 83 | | -5 362 07 | Total of 5 transactions |
| 07/20/22 | 10,000 000 | 9 798 48 | Various | 7,628 84 | | 2,169 64 | Total of 2 transactions |
| 07/21/22 | 5 000 000 | 4,996 96 | Various | 3,668 87 | | 1,328 09 | Total of 4 transactions |
| 07/28/22 | 14 320 000 | 13,100 64 | Various | 49 373 24 | | 36 272 60 | Sale |
| 08/03/22 | 9 000 000 | 8 098 64 | Various | 23 850 64 | 83 21  W | 15,668 79 | Sale |
| | **Security total** | **144,607 49** | | **192,462 71** | **2,464 17  W** | **-45,391 05** | |
| OCEAN POWER TECHNOLOGIES INC COM / CUSIP  674870506 / Symbol  OPTT | | | | | | | |
| 11/25/22 | 10 000 | 6 40 | 10/21/21 | 21 40 | | 15 00 | Sale |
| **Totals** | | **144,613 89** | | **192,484 11** | **2,464 17  W** | **-45,406 05** | |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

Page    1 of    10

| **TD Ameritrade** Member FINRA/SIPC | **Tax Information** Account 495172325 | **Statement Date** 01/18/2024 **Document ID** 1J22 12R 8356 | **2023** |
|---|---|---|---|
| PO BOX 2209 OMAHA, NE 68103 2209 Client Services 800-669-3900 | LINDA DAHLMAN & RICHARD DAHLMAN JT TEN 111 BRAND LN STE 300 STAFFORD, TX 77477-4801 | | |
| PAYER'S TIN 47-0533629 | RECIPIENT'S TIN XXX-XX-6181 | | |

11 [ ] FATCA filing requirement (see instructions)

## Summary Information

13 [ ] FATCA filing requirement (see instructions)

### DIVIDENDS AND DISTRIBUTIONS    2023 1099-DIV*    OMB No 1545 0110

| | |
|---|---|
| 1a Total ordinary dividends (includes lines 1b  5  2e) | 0 91 |
| 1b Qualified dividends | 0 91 |
| 2a Total capital gain distributions (includes lines 2b  2c  2d 2f) | 0 00 |
| 2b Unrecaptured Section 1250 gain | 0 00 |
| 2c Section 1202 gain | 0 00 |
| 2d Collectibles (28%) gain | 0 00 |
| 2e Section 897 ordinary dividends | 0 00 |
| 2f Section 897 capital gain | 0 00 |
| 3 Nondividend distributions | 0 00 |
| 4- Federal income tax withheld | 0 00 |
| 5 Section 199A dividends | 0 00 |
| 6 Investment expenses | 0 00 |
| 8 Foreign country or US possession        7- Foreign tax paid | 0 00 |
| 9 Cash liquidation distributions | 0 00 |
| 10 Noncash liquidation distributions | 0 00 |
| 12 Exempt interest dividends (includes line 13) | 0 00 |
| 13 Specified private activity bond interest dividends (AMT) | 0 00 |

### MISCELLANEOUS INFORMATION    2023 1099-MISC*    OMB No 1545 0115

| | |
|---|---|
| 2 Royalties | 0 00 |
| 3 Other income | 0 00 |
| 4- Federal income tax withheld | 0 00 |
| 8 Substitute payments in lieu of dividends or interest | 0 00 |

### SECTION 1256 CONTRACTS    2023 1099-B*    OMB No 1545 0715

| | |
|---|---|
| 8 Profit or (loss) realized in 2023 on closed contracts | 0 00 |
| 9 Unrealized profit or (loss) on open contracts 12/31/2022 | 0 00 |
| 10 Unrealized profit or (loss) on open contracts 12/31/2023 | 0 00 |
| 11 Aggregate profit or (loss) on contracts | 0 00 |

*If applicable  proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document*

\* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099 B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items to determine the correct gains and losses  The amounts shown below are for informational purposes*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 49 13 | 204 54 | 0 00 | 0 00 | 155 41 |
| Short | B (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Short | C (Form 1099 B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Short-term** | **49 13** | **204 54** | **0 00** | **0 00** | **-155 41** |
| Long | D (basis reported to the IRS) | 105 10 | 88,608 11 | 0 00 | 0 00 | 88 503 01 |
| Long | E (basis not reported to the IRS) | 1 74 | 95 173 60 | 0 00 | 0 00 | 95,171 86 |
| Long | F (Form 1099 B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Long-term** | **106 84** | **183,781 71** | **0 00** | **0 00** | **-183,674 87** |
| Undetermined | B or E (basis not reported to the IRS) | 0 46 | 0 00 | 0 00 | 0 00 | 0 00 |
| Undetermined | C or F (Form 1099 B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Undetermined-term** | **0 46** | **0 00** | **0 00** | **0 00** | **0 00** |
| | **Grand total** | **156 43** | **183,986 25** | **0 00** | **0 00** | **-183,830 28** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0 00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form

| TD Ameritrade Clearing, Inc | **Proceeds from Broker and Barter Exchange Transactions** | Account   495172325 |
|---|---|---|
| 2023    1099-B*   OMB No 1545 0715 | | 01/18/2024 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered)  For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase  Tax lots with an additional notation of 'Ordinary' represent neither short- nor long-term capital transactions  You may wish to consult with your tax advisor  the IRS or your state tax authority regarding the proper treatment

Closing of written options is presented in a distinct manner in accordance with IRS regulation  For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position

Several column headings describe two related items  a quantity and a qualifier  For example  proceeds and  if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium)  When these conditions exist  the qualifier is shown to the right of the amount

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade

FATCA filing requirement [ ]

### SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949  Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
*Gain or loss ( )  is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 03/27/23 | 106 000 | 49 13 | Various | 204 54 | | 155 41 | Sale |
| Totals | | 49 13 | | 204 54 | | -155 41 | |

### LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949  Part II with Box D checked  Basis is provided to the IRS  *(Line 12)*
'Gain or loss ( )  is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| CAPITAL GROUP HOLDINGS INC COM / CUSIP  14019U103 / Symbol  CGHC | | | | | | | |
| 03/27/23 | 532,500 000 | 0 54 | Various | 9,309 43 | | 9 308 89 | Sale |
| EXXON MOBIL CORPORATION COM / CUSIP  30231G102 / Symbol  XOM | | | | | | | |
| 03/27/23 | 1 000 | 104 51 | 05/28/21 | 58 30 | | 46 21 | Sale |
| FUNCTIONX INC NEW COM / CUSIP  36077T207 / Symbol | | | | | | | |
| 03/27/23 | 58,590 000 | 0 05 | Various | 79,240 38 | | -79 240 33 | Sale |
| Totals | | 105 10 | | 88,608 11 | | -88,503 01 | |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)