NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, INC MMATQ
Case Number: 24-50792

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Kimberly Thanh Pham
12122 Lower Azusa Rd
El Monte CA 91732

Telephone Number: 626 872 7889

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 23 2024
US BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only) # 5N137033

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Kimberly Thanh Pham
Webull 44 Wall Street 2nd floor
New York, NY 10005 USA
Telephone Number: 917-725-2448

**3** Date Equity Interest was acquired
02-14-2023 → 06-12-2024

**4** Total amount of member interest ___60 Shares___

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature.
Check the appropriate box
☒ I am the interest holder
☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief

Print Name: KIMBERLY THANH PHAM
Title: _____
Company ___ Address and telephone number (if different from notice address above): _____

(Signature) Kimberlyepham     (Date) 12-16-2024

Telephone number 626 872 7889  email Kimmyp2005@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# MMATQ
Meta Materials Inc

| Open P&L(USD) | | Day's P&L(USD) |
|---|---|---|
| | | 0.00 0.00% |
| Market Value | Total Cost | Average Price |
| 6.00 | 584.04 | 9.73 |
| Quantity | Position Ratio | Last Price |
| 60 | 0.10% | 0.1000 |

## FPSL Details

| Market Value of Loan | Collateral Value | Collateral Price |
|---|---|---|
| -- | -- | -- |
| Qty on Loan | Prev Closing Price | |
| -- | | |

## Corporation Action Reminder

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 9 | 3.50 / 31.50 | 06/12/2024 12:56:59 EDT |
| Buy 1 | 3.52 / 3.52 | 05/21/2024 11:05:48 EDT |
| Buy 10 | 2.24 / 22.40 | 05/14/2024 10:05:02 EDT |
| Buy 10 | 2.50 / 25.00 | 03/25/2024 14:51:44 EDT |
| Buy 18 | 3.92 / 70.56 | 02/22/2024 06:01:23 EST |
| Buy 2 | 2.93 / 5.86 | 02/07/2024 06:31:35 EST |

Sell to Close    Buy    Quotes