NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Bill Cheung
24553 63rd ave
Douglaston, NY 11362

Telephone Number  646-957-3586

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 23 2024**
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor
**7415-7183**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Charles Schwab & Co Inc
3000 Schwab Way, Westlake, TX 76262
Telephone Number  800 435 4000

**3** Date Equity Interest was acquired  12/07/2022

**4** Total amount of member interest  1000

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  Investor

**7** Supporting Documents  Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor, or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Bill Cheung
Title  _____
Company  Address and telephone number (if different from notice address above)  _____

(Signature) *Bill Cheung*   (Date) 12/9/2024

Telephone number  646 957 3586   email  bill5354@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**Schwab One® Account**
Account Number 7415-7183

Statement Period  December 1, 2022 to December 31, 2022
Page 1 of 4

Last Statement  November 30, 2022

Questions? Call 1 (800) 435-4000 - 24/7 Customer service
Visit us at schwab.com/login

**Account Of**

BILL CHEUNG
24553 63RD AVE
DOUGLASTON NY    11362-2022

**Mail To**

BILL CHEUNG
24553 63RD AVE
DOUGLASTON NY    11362-2022

## Account Value Summary

| | |
|---|---|
| Cash, Bank Sweep, and Money Market | $ 10.38 |
| Total Investments Long | $ 1,190.00 |
| Total Investments Short | $ 0.00 |
| Net Loan Balance | $ 0.00 |
| **Total Account Value** | **$ 1,200.38** |

## Change in Account Value

| | |
|---|---|
| Starting Account Value | $ 2,320.16 |
| Transactions & Income | $ 0.00 |
| Income Reinvested | $ 0.00 |
| Change in Value of Investments | $ (1,119.78) |
| **Ending Account Value** | **$ 1,200.38** |
| Year-to-Date Change in Value Since 1/1/22 | $ (3,568.70) |

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at
**Schwab.com/transparency**

## Total Funds Available  Cash + Margin

| | |
|---|---|
| Available to Withdraw | $ 10.38 |
| Securities Buying Power | $ 10.38 |
| Margin Loan Rates Vary by Balance | 8.50% to 12.57% |

Please see *Endnotes For Your Account* section for an explanation of the endnote codes and symbols on this statement

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature
Please see your Cash Feature Disclosure Statement for more information on insurance coverage
12/30 00000-NRS00501 091949  1 2 3-4  #1 2 3-4

© 2016 Charles Schwab & Co Inc All rights reserved  Member SIPC  (0616-1157)



**Schwab One® Account**
Account Number: 7415-7183

Statement Period: December 1, 2022 to December 31, 2022
Page 3 of 4

## Investment Detail

| Description | | | *Starting Balance* | *Ending Balance* |
|---|---|---|---|---|
| **Cash and Bank Sweep** | | | | |
| BANK SWEEP X,Z | | | 0.00 | 10.38 |

| Description | Symbol | Quantity | Price | Market Value |
|---|---|---|---|---|
| **Investments** | | | | |
| META MATLS INC (M) | MMAT | 1,000.0000 | 1.19000 | 1,190.00 |
| | Total Account Value | | | 1,200.38 |

## Transaction Detail

| Settle Date | Trade Date | Transaction | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| **Investments Activity** | | | | | | |
| 12/09 | 12/07 | Sold | CHARGEPOINT HOLDINGS INC CLASS A: CHPT | (84.0000) | 11.1125 | 933.43 |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 200.0000 | 2.1499 | (429.98) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 25.0000 | 2.1499 | (53.75) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 56.0000 | 2.1499 | (120.39) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 47.0000 | 2.1499 | (101.05) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 100.0000 | 2.1499 | (214.99) |
| 12/09 | 12/07 | Bought | META MATLS INC: MMAT | 72.0000 | 2.1499 | (154.79) |
| 12/09 | 12/07 | Sold | NIO INC F SPONSORED ADR: NIO | (100.0000) | 12.2800 | 1,227.97 |

## Bank Sweep Activity

Opening Balance X,Z: 0.00

| Trans Date | Transaction | Description | Withdrawal | Deposit |
|---|---|---|---|---|
| 12/09 | Auto Transfer | BANK CREDIT FROM BROKERAGE X | | 10.38 |
| | | **Total Activity** | 0.00 | 10.38 |

Ending Balance X,Z: 10.38

Bank Sweep: Interest rate as of 12/30/22 was 0.44%. Your interest period was 11/16/22 - 12/15/22. Z

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

Please see "Endnotes For Your Account" section for an explanation of the endnote codes and symbols on this statement.