NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

William J Lipka Jr
140 E Roland Rd
Brookhaven, PA 19015

Telephone Number: (484) 370-0817

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 652-728905

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
1735 Market St Philadelphia Pa 19103
Telephone Number: 800-722-0437

**3. Date Equity Interest was acquired:** 3/31/2021

**4. Total amount of member interest:** 7,990

**5. Certificate number(s):** 7,990

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box:
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William Lipka Jr
Title: Individual
Company: Address and telephone number (if different from notice address above): 14E Roland Rd Brookhaven Pa 19015

(Signature) /s/ W Lipka Jr
(Date)
Telephone number: (484) 370-0817
email: lipka34@icloud.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



WILLIAM JOHN LIPKA JR
140 E ROLAND RD
BROOKHAVEN, PA 19015-3327

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5 / will be grouped into the category of 'Other' in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year to date.

**Income & Expense Summary (non IRAs only)** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only)** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first in first out (FIFO) method which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity** All account activity is listed in date order and reflected in the closing cash balance.

**Trades Pending Settlement** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail** Cash management transactions that cleared during this period including check debit card and ATM activity are listed in date order.

**Online Cash Services Summary** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade Inc. and TD Ameritrade Clearing at 800 669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing Inc. in writing. The statement will otherwise be considered conclusive.

**Account Protection** TD Ameritrade FDIC Insured Deposit Account ( IDA ) deposits are held at one or more banks ( Program Banks ). Three of the Program Banks are Charles Schwab Bank SSB Charles Schwab Premier Bank SSB and Charles Schwab Trust Bank each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250 000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities including mutual funds held in your Brokerage Account are not deposits or obligations of or guaranteed by any bank are not FDIC insured and involve investment risks including possible loss of principal. TD Ameritrade is a member of SIPC which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash). Explanatory brochure is available on request at www.sipc.org

Additionally TD Ameritrade provides each client $149 5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency a client may receive amounts due from the trustee in bankruptcy and then SIPC Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share. It is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments the statement details may not equal the statement totals
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order and the proceeds returned to your securities account or remitted to you.

**Tax Reporting** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest dividends capital gains taxes withheld and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis** Cost Basis tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract exercise and assignment fees.

**Current Market Prices** The market values of securities have been obtained if available from quotation services and other independent sources. Values are based on the closing price the mean between the bid and asking prices or other methods. If no market value is available from a quotation service or other independent source the security is subject to being reflected as Not Available ( NA ). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ( CDs ) is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity** The figure on the statement represents the number of bonds. For example $3 000 of a $1 000 face value bond would display as 3 in the quantity.

**Alternative Investments ( AI )** also called Non Standard Assets ('NSA') are typically investments in direct participation program securities (partnerships limited liability companies or real estate investment trusts) commodity pools private equity private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods including but not limited to unconfirmed management estimates independent appraisals the programs net assets and/or third party tender offers that have been provided by the management, administrator and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods the valuation may be reflected as Not Available ('NA'). For additional detail regarding valuation for Alternative Investments please contact Client Services. These investments are not covered under the SIPC. All transaction fees are applicable to purchases capital call processing and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K 1 as applicable.

**Auction Rate Securities ( ARS ) Pricing** The market values for ARS securities have been obtained if available from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available TD Ameritrade will price the ARS position taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and as a result there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution rules regulations customs and usages of the exchange or market, and its clearinghouse if any on which such transactions are executed (ii) federal and state laws and the rules and regulations promulgated thereunder and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA s Public Disclosure Program, please contact FINRA at 800 289-9999 or www.finra.org

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G 10** TD Ameritrade Inc is registered with the Municipal Securities Rulemaking Board and the U S Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http //www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification** The statement of financial condition for TD Ameritrade Clearing Inc is available twice a year and may be obtained at no cost via the internet at http //www.tdameritrade.com/financialstatement.html

**Option Assignment** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients short positions.

**Free Credit Balances (Rule 15c3-2 & 3)** Under the client protection rules we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)** If you have a margin account this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607)** Rule 607 of Regulation NMS requires broker-dealers to disclose upon opening a new customer account and on an annual basis thereafter (i) its policies regarding receipt of payment for order flow including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions

The firm receives compensation for directing listed and OTC securities and options order flow to selected market centers (e g broker dealers exchanges and alternative trading systems for execution) Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades in accordance with SEC Rule 606. TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade s material relationships with those market centers. This report is made available at www tdameritrade com/historical 606-disclosure page or in written form upon request. As required under SEC Rule 606(b)(1) on request TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders and the time of the executions. If any that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non directed client orders it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310 including where applicable but not necessarily limited to speed of execution, price improvement opportunities differences in price disimprovement likelihood of executions the marketability of the order size guarantees service levels and support the reliability of order handling systems customer needs and expectations transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b 10)** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients** In accordance with the Packaged Retail and Insurance based Investment Products Regulation EU No 1286 retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page https //tdameritrade com/priips regulation page

**Taxes** Transactions in foreign securities (including foreign company ADRs that trade in the U S ) may include taxes and fees charged by the foreign markets or governments which may be reflected in the price of the security or charged as an independent line item

**Privacy Policy Notification** A copy of the TD Ameritrade privacy policy is available at www tdameritrade com

**Callable Securities** The allocation of partial redemptions or calls is done using a pro rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers please contact us at 1 800 669 3900 or in writing to P O Box 2209 Omaha, NE 68103 or by email at clientservices@tdameritrade com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E such as ATM and point-of-sale transfers debit transactions direct deposits and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared
(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information
(3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation

TDA 150 10/21

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
March 1, 2021 - March 31, 2021

## Holdings

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

### Stocks (continued)

| Description | Beginning Market Value Mar 1, 2021 | Quantity Mar 31, 2021 | Price Per Unit Mar 31, 2021 | Ending Market Value Mar 31, 2021 | Cost | Unrealized Gain/Loss Mar 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **EXP WORLD HOLDINGS INC COM** ISIN #US30212W1009 SEDOL #BDH2902 (EXPI) | 10,568.25 | 120.000 | 45.5500 | 5,466.00 | 8,749.00 | -3,283.00 | - - |
| **METAMATERIAL INC COM NPV** ISIN #CA59134F1018 SEDOL #BLNM4X0 (MMATF) | unavailable | 820.000 | 2.6972 | 2,211.71 | 2,763.22 | -551.51 | - - |
| **TESLA INC COM** (TSLA) | 32,424.00 | 112.000 | 667.9300 | 74,808.16 | 74,063.67 | 744.49 | - - |
| **TORCHLIGHT ENERGY RESOURCES INC** (TRCH) | 1,822.80 | 6,415.000 | 1.8300 | 11,739.45 | 14,377.40 | -2,637.95 | - - |
| Total Common Stock (100% of account holdings) | $94,176.55 | | | $135,384.94 | $164,959.87 | -$29,574.93 | $116.00 |
| **Total Stocks (100% of account holdings)** | **$94,176.55** | | | **$135,384.94** | **$164,959.87** | **-$29,574.93** | **$116.00** |
| **Total Holdings** | | | | **$135,400.91** | **$164,959.87** | **-$29,574.93** | **$116.01** |

*All positions held in cash account unless indicated otherwise.*

**EAI & EY** **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*



INVESTMENT REPORT
March 1, 2021 - March 31, 2021

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/02 | AXSOME THERAPEUTICS INC COM | 05464T104 | You Sold  Transaction Loss: $1,689.63 | -250.000 | $68.71900 | $18,869.29 | -$0.09 | $17,179.66 |
| 03/02 | BIONANO GENOMICS INC COM | 09075F107 | You Bought | 1,000.000 | 9.73340 | | - | -9,733.40 |
| 03/02 | SWITCHBACK ENERGY ACQUISTN CRP COM CL A | 87105M102 | You Bought | 190.000 | 30.27000 | | - | -5,751.30 |
| 03/02 | TESLA INC COM | 88160R101 | You Bought | 10.000 | 673.69820 | | - | -6,736.98 |
| 03/02 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 500.000 | 2.27300 | | - | -1,136.50 |
| 03/05 | CHURCHILL CAPITAL CORP IV CL A | 171439102 | You Sold  Transaction Loss: $3,005.02 | -100.000 | 24.78000 | 5,483.00 | -0.02 | 2,477.98 |
| 03/05 | EXP WORLD HOLDINGS INC COM  ISIN #US30212W1009 SEDOL #BDH2902 | 30212W100 | You Sold  Transaction Loss: $1,802.20 | -75.000 | 54.33500 | 5,877.30 | -0.03 | 4,075.10 |
| 03/05 | HEXO CORP COM NPV (POST REV SPLIT)  ISIN #CA4283043079 SEDOL #BMDCRL6 | 428304307 | You Sold  Transaction Loss: $7,175.12 | -450.000 | 6.95410 | 10,304.45 | -0.02 | 3,129.33 |
| 03/05 | HEXO CORP COM NPV (POST REV SPLIT)  ISIN #CA4283043079 SEDOL #BMDCRL6 | 428304307 | You Sold  Transaction Loss: $6,144.28 | -300.000 | 6.95500 | 8,230.76 | -0.02 | 2,086.48 |
| 03/05 | TESLA INC COM | 88160R101 | You Bought | 4.000 | 657.23500 | | - | -2,628.94 |
| 03/05 | TESLA INC COM | 88160R101 | You Bought | 5.000 | 655.42000 | | - | -3,277.10 |
| 03/05 | TESLA INC COM | 88160R101 | You Bought | 8.000 | 659.10000 | | - | -5,272.80 |
| 03/05 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 440.000 | 2.65270 | | - | -1,167.19 |
| 03/08 | BIONANO GENOMICS INC COM | 09075F107 | You Sold  Transaction Loss: $8,164.94 | -1,000.000 | 6.92510 | 15,090.00 | -0.04 | 6,925.06 |
| 03/08 | EXP WORLD HOLDINGS INC COM  ISIN #US30212W1009 SEDOL #BDH2902 | 30212W100 | You Bought | 20.000 | 45.35000 | | - | -907.00 |
| 03/08 | HEXO CORP COM NPV (POST REV SPLIT)  ISIN #CA4283043079 SEDOL #BMDCRL6 | 428304307 | You Sold  Transaction Profit: $1,355.58  Transaction Loss: $13.15 | -376.000 | 6.45770 | 1,085.65 | -0.02 | 2,428.08 |
| 03/08 | TESLA INC COM | 88160R101 | You Bought | 10.000 | 614.16500 | | - | -6,141.65 |
| 03/08 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 1,000.000 | 2.06400 | | - | -2,064.00 |
| 03/09 | ACREAGE HOLDINGS INC SHS CL E SUB VTG  ISIN #CA00489Y6001 SEDOL #BM8V3M1 | 00489Y600 | You Sold  Transaction Loss: $15,842.93 | -1,500.000 | 6.40000 | 25,442.88 | -0.05 | 9,599.95 |
| 03/09 | CHURCHILL CAPITAL CORP IV CL A | 171439102 | You Sold  Transaction Loss: $3,188.02 | -100.000 | 22.95000 | 5,483.00 | -0.02 | 2,294.98 |
| 03/09 | TESLA INC COM | 88160R101 | You Bought | 15.000 | 580.06000 | | - | -8,700.90 |
| 03/09 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 500.000 | 2.01010 | | - | -1,005.05 |
| 03/09 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 1,000.000 | 2.05000 | | - | -2,050.00 |
| 03/09 | VERIZON COMMUNICATIONS INC | 92343V104 | You Sold  Transaction Profit: $111.20 | -2.000 | 55.60500 | - | -0.01 | 111.20 |



INVESTMENT REPORT
March 1, 2021 - March 31, 2021

# Activity

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/11 | ACREAGE HOLDINGS INC SHS CL E SUB VTG<br>ISIN #CA00489Y6001 SEDOL #BM8V3M1 | 00489Y600 | You Sold<br>Transaction Profit: $1,090.77<br>Transaction Loss: $419.98 | -1,393.000 | 6.60000 | 8,522.96 | -0.05 | 9,193.75 |
| 03/11 | ACREAGE HOLDINGS INC SHS CL E SUB VTG<br>ISIN #CA00489Y6001 SEDOL #BM8V3M1 | 00489Y600 | You Sold<br>Transaction Loss: $340.27 | -130.000 | 6.62000 | 1,200.86 | -0.01 | 860.59 |
| 03/11 | TESLA INC COM | 88160R101 | You Bought | 9.000 | 634.74000 | | - | -5,712.66 |
| 03/11 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 100.000 | 2.32000 | | - | -232.00 |
| 03/11 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 2,000.000 | 2.27450 | | - | -4,549.00 |
| 03/15 | AURORA CANNABIS INC COM NPV<br>POST REV SPLIT ISIN #CA05156X8843 SEDOL #BLB8BC8 | 05156X884 | You Sold<br>Transaction Loss: $19,248.89 | -260.000 | 10.49500 | 21,977.57 | -0.02 | 2,728.68 |
| 03/15 | METAMATERIAL INC COM NPV<br>ISIN #CA59134F1018 SEDOL #BLNM4X0 | 59134F101 | You Bought | 20.000 | 3.30880 | | - | -66.18 |
| 03/15 | METAMATERIAL INC COM NPV<br>ISIN #CA59134F1018 SEDOL #BLNM4X0 | 59134F101 | You Bought | 800.000 | 3.30880 | | -50.00 | -2,697.04 |
| 03/23 | CHARGEPOINT HOLDINGS INC COM CL A | 15961R105 | You Sold<br>Transaction Loss: $578.33 | -90.000 | 23.84430 | 2,724.30 | -0.02 | 2,145.97 |
| 03/23 | TESLA INC COM | 88160R101 | You Bought | 1.000 | 646.60400 | | - | -646.60 |
| 03/23 | TESLA INC COM | 88160R101 | You Bought | 2.000 | 646.67570 | | - | -1,293.35 |
| 03/23 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 140.000 | 2.28500 | | - | -319.90 |
| **Total Securities Bought** | | | | | | - | -$50.00 | -$72,089.54 |
| **Total Securities Sold** | | | | | | $130,292.02 | -$0.42 | $65,236.81 |
| **Net Securities Bought & Sold** | | | | | | | -$50.42 | -$6,852.73 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 03/05 | AMPHENOL CORP CLASS A COM USD0.001 | 032095101 | Distribution | 100.000 | - | - |
| **Total Dividends, Interest & Other Income** | | | | | | - |



INVESTMENT REPORT
March 1, 2021 - March 31, 2021

## Activity

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/02 | CHARGEPOINT HOLDINGS INC COM CL A MER FROM 87105M102 #REOR M0051310290001 | 15961R105 | Merger | 190.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/02 | SWITCHBACK ENERGY ACQUISTN CRP COM CL A *EXCHANGED FOR CUSIP 15961R105* MER PAYOUT #REOR M0051310290000 | 87105M102 | Merger | -190.000 | - | | - | - |
| 03/09 | VERIZON COMMUNICATIONS INC | 92343V104 | In Lieu Of Frx Share | -0.016 | - | - | - | 0.89 |
| **Total Other Activity Out** | | | | | | | - | $0.89 |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/02 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -6,178.520 | $1.0000 | -$6,178.52 | $689.29 |
| 03/05 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -577.140 | 1.0000 | -577.14 | 112.15 |
| 03/08 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 240.490 | 1.0000 | 240.49 | 352.64 |
| 03/09 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES @ 1 | 0.890 | 1.0000 | 0.89 | 353.53 |
| 03/09 | CASH | You Bought | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | 250.180 | 1.0000 | 250.18 | 603.71 |
| 03/11 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -439.320 | 1.0000 | -439.32 | 164.39 |

## Statement for Account # 493-231430
01/01/23 - 01/31/23

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| CLEARSIGN TECHNOLOGIES CORP COM | CLIR | 2 | $ 0.7401 | $ 1.48 | 06/30/21 | $ 9.54 | $ 4.77 | $ (8.06) | $ - | - |
| META MATERIALS INC COM | MMAT | 114 | 1.01 | 115.14 | 02/16/21 | 855.22 | 7.50 | (740.08) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 197 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | $116.62 | | $864.76 | | $(748.14) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $116.62 | | $864.76 | | $(748.14) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 01/06/23 | 01/06/23 | Cash | Delivered - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED Auto Reorg#624344IREMOVE WORTHLESS | 6DA993019 | 197- | $ 0.00 | $ - | 0.00 |
| 01/06/23 | 01/06/23 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED | 6DA993019 | 197 | 0.00 | - | 0.00 |
| **Closing Balance** | | | | | | | | | $ 0.00 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 01/01/23 | $ 7.10 | 31 | 0.3494 | $ - | $ - | $ - |
| **Total Interest Income** | | | | | | $0.00 |



Schwab One® Account of

WILLIAM JOHN LIPKA JR

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $16.84 | | $0.00 | | $0.00 | | $0.00 | | ($0.12) | | **$16.72** | $864.76 | ($855.14) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ,ᶻ | | | 7.10 | 7.10 | 0.00 | | 0.45% | 42% |
| **Total Cash and Cash Investments** | | | | | **$7.10** | **$7.10** | **$0.00** | | | **42%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| CLIR | CLEARSIGN TECHNOLOGIES C | 2.0000 | 0.99000 | 1.98 | 9.54 | (7.56) | N/A | 0.00 | 12% |
| MMAT | META MATLS INC | 2.0000 | 3.82000 | 7.64 | 855.22 | (847.58) | N/A | 0.00 | 46% |
| **Total Equities** | | | | **$9.62** | **$864.76** | **($855.14)** | | **$0.00** | **58%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $7.10 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $7.10 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Schwab One® Account** of

WILLIAM JOHN LIPKA JR

Statement Period
January 1-31, 2024

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | | 2.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC SPLIT | XXX REVERSE | (114.0000) | | | | |
| **Total Transactions** | | | | | | | | | **$0.00** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/01 | Beginning Balance X,Z | $7.10 | 01/31 | Ending Balance X,Z | $7.10 | 01/31 | Interest Rate *Z | 0.45% |

* Your interest period was 12/16/23 - 01/15/24.

## Endnotes For Your Account

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the

## Statement for Account # 493-231430
11/01/23 - 11/30/23

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 11/06/23 | 11/06/23 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | $ 0.00 | $ 7.10 | 7.10 |
| 11/06/23 | 11/06/23 | Cash | Delivered - | CLEARSIGN TECHNOLOGIES CORP COM TDA TO CS&CO TRANSFER 4932314301 | CLIR | 2- | 0.00 | - | 7.10 |
| 11/06/23 | 11/06/23 | Cash | Delivered - | META MATERIALS INC COM TDA TO CS&CO TRANSFER 4932314301 | MMAT | 114- | 0.00 | - | 7.10 |
| 11/06/23 | 11/06/23 | Cash | Journal - Funds Disbursed | TDA TO CS&CO TRANSFER | - | - | 0.00 | (7.10) | 0.00 |
| **Closing Balance** | | | | | | | | | **$ 0.00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 11/01/23 | $ 7.10 | 5 | 0.3494 | $ - | $ - | $ - |

**Total Interest Income** $0.00

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$7.10** |
| 11/06/23 | - | 11/06/23 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (7.10) | 0.00 |
| **Closing Balance** | | | | | | | | **$ 0.00** |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade.

## Statement for Account # 493-231430
12/01/21 - 12/31/21

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 850.00 |
| *Subtotal* | 0.00 | 850.00 |
| **TOTAL** | 0.00 | 850.00 |

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| CLEARSIGN TECHNOLOGIES CORP COM | CLIR | 2 | $ 1.38 | $ 2.76 | 06/30/21 | $ 9.54 | $ 4.77 | $ (6.78) | $ - | - |
| META MATERIALS INC COM | MMAT | 114 | 2.46 | 280.44 | 02/16/21 | 855.22 | 7.50 | (574.78) | - | - |
| META MATERIALS INC PFD | MMTLP | 197 | 1.51 | 297.47 | - | - | - | - | - | - |
| **Total Stocks** | | | | $580.67 | | $864.76 | | $(581.56) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $580.67 | | $864.76 | | $(581.56) | $0.00 | 0.0% |

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 12/01/21 | $ 7.10 | 31 | 0.0100 | $ - | $ - | $ - |
| **Total Interest Income** | | | | | | $0.00 |

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | $7.10 |
| **Closing Balance** | | | | | | | | $7.10 |
| **TD Bank NA** | | | | | | | €7.10 | |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade.



**Statement Reporting Period:**
12/01/21 - 12/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 493-231430**
WILLIAM JOHN LIPKA JR
140 E ROLAND RD
BROOKHAVEN, PA 19015-3327

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | 7.10 | 7.10 | - | - | - | 0.01% | IDA 1.2% |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 580.67 | 790.09 | (209.42) | (26.5)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 98.8% |
| **Total** | **$587.77** | **$797.19** | **($209.42)** | **(26.3)%** | **$ 0.00** | **0.0%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | - | (869.25) |
| Securities Sold | - | 1.70 |
| Funds Deposited | - | 850.00 |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | (38.00) |
| Other | - | 55.55 |
| **Closing Balance** | $ 0.00 | $0.00 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | (38.00) |
| Other | - | - | - |
| **Net** | $0.00 | $0.00 | ($38.00) |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 12/31/21 ** | $864.76 |
| Unrealized Gains | - |
| Unrealized Losses | (581.56) |
| Funds Deposited/(Disbursed) YTD | 850.00 |
| Income/(Expense) YTD | (38.00) |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

page 1 of 3



Eecoming EQ

AMERICAN STOCK TRANSFER & TRUST CO , LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108 1232.001 002 589
WILLIAM JOHN LIPKA JR
140 E FOLAND RD
BROOKHAVEN PA 19015

| | |
|---|---|
| Company Number | 27067 |
| Company Name | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP | 591994371 |
| Company Ticker Symbol | |
| Stock Exchange | |
| Account Number | 0000010795 |
| Statement Date | February 28 2023 |

www astfinancial com
investors@astfinancial com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 197 000 | 197 000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 197 000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 01/23/2023 | BK 0000298 | BOOK SHARES CREDITED | 197 000 |

AST01270670000010795



2021 YEAR-END INVESTMENT REPORT
January 1, 2021 - December 31, 2021

### Core Account and Credit Balance Cash Flow (continued)
Core Account: FIDELITY GOVERNMENT CASH RESERVES

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

| | |
|---|---|
| Other Activity In | 4.97 |
| Other Activity Out | 0.89 |
| **Total Investment Activity** | **-$2,103.72** |
| **Ending Balance as of Dec 31, 2021** | **$250.76** |

D   Includes dividend reinvestments.

## Holdings

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT CASH RESERVES  (FDRXX) -- 7-day yield:  0.01% | 250.760 | $1.0000 | $250.76 | not applicable | not applicable | $0.07 |
| **Total Core Account (0% of account holdings)** | | | **$250.76** | | | **$0.07** |

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC (AMC) | 3,522.000 | $27.2000 | $95,798.40 | $149,344.07 | -$53,545.67 | - |
| AMPHENOL CORP CLASS A COM USD0.001 (APH) | 0.180 | 87.4600 | 15.74 | - | | 29.06 |
| Total Common Stock (89% of account holdings) | | | $95,814.14 | $149,344.07 | -$53,529.93 | $29.06 |
| **Preferred Stock** | | | | | | |
| META MATERIALS INC PFD SER A (MMTLP) | 7,990.000 | $1.5100 | $12,064.90 | $3,156.96 | $8,907.94 | - |
| Total Preferred Stock (11% of account holdings) | | | $12,064.90 | $3,156.96 | $8,907.94 | - |



2021 YEAR-END INVESTMENT REPORT
January 1, 2021 - December 31, 2021

## Holdings

Account # 652-728906
K-C 401K & PSP - NON-PROTOTYPE

Stocks (continued)

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| Total Stocks (100% of account holdings) | | | $107,879.04 | $152,501.03 | -$44,621.99 | $29.06 |
| Total Holdings | | | $108,129.80 | $152,501.03 | -$44,621.99 | $29.13 |
| Total income earned on positions no longer held | | | $1.25 | | | |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*