NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

**RECEIVED AND FILED**
**DEC 23 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Cathy McDermott
    50 Brien Place, Joyce Road,
    Drumcondra, Dublin 9, Ireland.

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 01 8573565

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

cathymcdermott4@gmail.com

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Telephone Number: +49 6550604950

3. Date Equity Interest was acquired:

    See dates from 2021-2023 in printouts. I didn't sell them.

4. Total amount of member interest: MMAT 16
   MMTLP 2380 =) 2018 = 10,625 euros

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CATHY MCDERMOTT
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Cathy McDermott    (Date) 3/12/24

Telephone number: +353 1 8573565    email: cathymcdermott4@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Ms CATHY MCDERMOTT
O Brien Place 5 Joyce Road
DUBLIN 9 Drumcondra
Ireland

User name   ****   tt4

Transactions from 04 02 2021 until 03 12 2024

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-08 2024 | 13 18 | META MATERIALS INC | US59134N3026 | OTC | | 16 | 0 5258 USD | 8 41 USD | 7 70 EUR | 1 0931 | EUR | 7 70 EUR |
| 21-08-2024 | 13 18 | META MATERIALS INC | US59134N3026 | NDQ | | 16 | 0 5258 USD | 8 41 USD | 7 70 EUR | 1 0931 | EUR | 7 70 EUR |
| 29-01 2024 | 16 24 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 86 | 0 USD | 0 00 USD | 0 00 EUR | 1 094 | EUR | 0 00 EUR |
| 29 1 2024 | 00 00 | META MATERIALS INC | US59134N3026 | NDQ | | 16 | 5 82 USD | 93 12 USD | 85 12 EUR | 1 094 | EUR | 85 12 EUR |
| 29 01 2024 | 00 00 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 1600 | 0 0582 USD | 93 12 USD | 85 12 EUR | 1 094 | EUR | 85 12 EUR |
| 16 12 2022 | 16 17 | NEXT BRIDGE HYDROCARBONS INC NON TRADEABLE | US5919943713 | DEG | | 3380 | 2 895 USD | 9 785 10 USD | 9 483 72 EUR | 1 0318 | EUR | 9 483 72 EUR |
| 16 12 2022 | 16 17 | META MATERIALS INC | US59134N2036 | OTC | | 3380 | 2 895 USD | 9 785 10 USD | 9 483 72 EUR | 1 0318 | EUR | 9 483 72 EUR |
| 17 11 2021 | 16 49 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | SOHO | 1 | 4 54 USD | 4 54 USD | 4 02 EUR | 1 1295 | 0 50 EUR | 3 52 EUR |
| 17 11 2021 | 16 38 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 3 | 4 5001 USD | 13 50 USD | 11 94 EUR | 1 1304 | 0 51 EUR | 11 43 EUR |
| 21 10 2021 | 15 26 | META MATERIALS INC | US59134N2036 | OTC | | 3380 | 0 USD | 0 00 USD | 0 00 EUR | 1 1738 | EUR | 0 00 EUR |
| 21 10-2021 | 15 26 | TORCHLIGHT ENERGY RESO NON TRADEABLE | US89102U2024 | DEG | | 3380 | 0 USD | 0 00 USD | 0 00 EUR | 1 1738 | EUR | 0 00 EUR |
| 28 05-2021 | 00 00 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 1690 | 9 9 USD | 16 731 00 USD | 14 027 27 EUR | 1 1927 | EUR | 14 027 27 EUR |
| 28 05 2021 | 00 00 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | | 3380 | 4 95 USD | 16 731 00 USD | 14 027 27 EUR | 1 1927 | EUR | 14 027 27 EUR |
| 23 03-2021 | 00 00 | TORCHLIGHT ENERGY RESO NON TRADEABLE | US89102U2024 | DEG | | 3380 | 0 USD | 0 00 USD | 0 00 EUR | 1 1927 | EUR | 0 00 EUR |
| 16 03-2021 | 16 39 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | CDED | 60 | 6 535 USD | 392 10 USD | 323 33 EUR | 1 2127 | 0 20 EUR | 323 53 EUR |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG  flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands  flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.ie
clients@degiro.ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 1 / 2

Ms CATHY MCDERMOTT
O Brien Place 5 Joyce Road
DUBLIN 9 Drumcondra
Ireland

User name   ****   tt4

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 06 2021 | 16 39 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | MSPL | 400 | 6 54 USD | 2 616 00 USD | 2 157 17 EUR | 1 2127 | 1 82 EUR | 2 158 99 EUR |
| 11-06 2021 | 15 43 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | CDED | 1920 | 3 17 USD | 6 086 40 USD | 5 021 79 EUR | 1 212 | 6 34 EUR | 5 028 13 EUR |
| 11 06 2021 | 15 43 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | MSPL | 1000 | 3 17 USD | 3 170 00 USD | 2 615 51 EUR | 1 212 | 3 80 EUR | 2 619 31 EUR |
| 11 06 2021 | 15 41 | BOOHOO | JE00BG6L7297 | LSE | AIMX | 11 | 326 8 GBX | 3 594 80 GBX | 41 92 EUR | 85 7604 | 0 02 EUR | 41 90 EUR |
| 11 06 2021 | 15 41 | BOOHOO | JE00BG6L7297 | LSE | AIMX | 138 | 326 8 GBX | 45 098 40 GBX | 525 87 EUR | 85 7604 | -0 26 EUR | 525 61 EUR |
| 11 06 2021 | 15 41 | BOOHOO | JE00BG6L7297 | LSE | AIMX | 554 | 326 8 GBX | 181 047 20 GBX | 2 111 08 EUR | 85 7604 | 1 06 EUR | 2 110 02 EUR |
| 11 06 2021 | 15 41 | BOOHOO | JE00BG6L7297 | LSE | TRQM | 1312 | 326 9 GBX | 428 892 80 GBX | 5 001 06 EUR | 85 7604 | 6 50 EUR | 4 994 56 EUR |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG  flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands  flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.ie
clients@degiro.ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 2 / 2

Ms CATHY MCDERMOTT
O Brien Place 5 Joyce Road
DUBLIN 9 Drumcondra
Ireland

User name    ****    tt4

### Portfolio Overview per 03 12 2024

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in EUR |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 17 23 | 17 23 |
| META MATERIALS INC | US59134N3026 | 16 | 0 06 | USD 0 98 | 0 93 |
| NEXT BRIDGE HYDROCARBONS INC | US5919943713 | 3 380 | 0 00 | USD 0 34 | 0 32 |
| Total portfolio value | | | | | EUR 18 48 |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www degiro ie
clients@degiro ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 1 / 1