NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**RONAN MC DERMOTT**
**5 O'Brien's Place, Joyce Road**
**Drumcondra, Dublin 9, Ireland**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 23 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

Telephone Number: **+353 85 130 85 94**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**RonanMcdermott98@gmail.com**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Degiro**

Telephone Number: **+49 69506041950**

3. Date Equity Interest was acquired:
**see data from 2021-2023 in printouts. I never sold them**

4. Total amount of member interest: **MMAT 26**
**MMTLP 8,370 · Loss 20,769 Euro**

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual number interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **RONAN MC DERMOTT**
Title: _____
Company: Address and telephone number (if different from notice address above):

(Signature) **RMD**
(Date) **3/12/24**

Telephone number: **+353 85 1308594**    email: **Ronanmcdermott98@gmail.com**

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Mr Ronan McDermott
O Briens Place 5 Joyce Road
9 DRUMCONDRA
Ireland

User name    t98

### Portfolio Overview per 03 12 2024

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in EUR |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 19 93 | 19 93 |
| META MATERIALS INC | US59134N3026 | 26 | 0 06 | USD 1 59 | 1 61 |
| NEXT BRIDGE HYDROCARBONS INC | US5919943713 | 8 370 | 0 00 | USD 0 84 | 0 80 |
| Total portfolio value | | | | | EUR 17 63 |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www degiro ie
clients@degiro ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 1 / 1

Mr Ronan McDermott
O Briens Place 5 Joyce Road
9 DRUMCONDRA
Ireland

User name         **    t98

## Transactions from 04 02 2021 until 03 12 2024

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 08 2024 | 13 18 | META MATERIALS INC | US59134N3026 | OTC | | 26 | 0 5258 USD | 13 67 USD | 12 51 EUR | 1 0931 | EUR | 12 51 EUR |
| 21 08 2024 | 13 18 | META MATERIALS INC | US59134N3026 | NDQ | | 26 | 0 5258 USD | 13 67 USD | 12 51 EUR | 1 0931 | EUR | 12 51 EUR |
| 17 04 2024 | 16 23 | META MATERIALS INC | US59134N3026 | NDQ | CDED | -6 | 2 62 USD | 15 72 USD | 14 78 EUR | 1 0635 | EUR | 14 78 EUR |
| 17 04 2024 | 16 23 | META MATERIALS INC | US59134N3026 | NDQ | CDED | 1 | 2 62 USD | 2 62 USD | 2 46 EUR | 1 0635 | 2 00 EUR | 0 46 EUR |
| 29 11 2024 | 16 24 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 86 | 0 USD | 0 00 USD | 0 00 EUR | 1 094 | EUR | 0 00 EUR |
| 29 11 2024 | 00 00 | META MATERIALS INC | US59134N3026 | NDQ | | 33 | 5 82 USD | 192 06 USD | 175 56 EUR | 1 094 | EUR | 175 56 EUR |
| 29 11 2024 | 00 00 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 3300 | 0 0582 USD | 192 06 USD | 175 56 EUR | 1 094 | EUR | 175 56 EUR |
| 18 12 2023 | 16 34 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 255 | 0 0714 USD | 18 21 USD | 16 67 EUR | 1 0923 | EUR | 16 67 EUR |
| 18 12 2023 | 16 34 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 50 | 0 0714 USD | 3 57 USD | 3 27 EUR | 1 0923 | 2 00 EUR | 1 27 EUR |
| 07 03 2023 | 16 23 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 75 | 0 2173 USD | 16 30 USD | 15 24 EUR | 1 0697 | EUR | 15 24 EUR |
| 07 03 2023 | 16 23 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | MSPL | 400 | 0 2172 USD | 86 88 USD | 81 22 EUR | 1 0697 | 2 00 EUR | 79 22 EUR |
| 16 12 2022 | 16 17 | NEXT BRIDGE HYDROCARBONS INC NON TRADEABLE | US5919943713 | DEG | | 8370 | 2 895 USD | 24 231 15 USD | 23 484 83 EUR | 1 0318 | EUR | 23 484 83 EUR |
| 16 12 2022 | 16 17 | META MATERIALS INC | US59134N2036 | OTC | | -8370 | 2 895 USD | 24 231 15 USD | 23 484 83 EUR | 1 0318 | EUR | 23 484 83 EUR |
| 17 05 2022 | 16 05 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 10 | 1 79 USD | 17 90 USD | 16 15 EUR | 1 1087 | 0 50 EUR | 15 65 EUR |
| 19 07 2022 | 16 02 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 3 | 2 08 USD | 6 24 USD | 5 50 EUR | 1 1347 | 0 50 EUR | 5 00 EUR |

flatexDEGIRO Bank Dutch Branch  trading under the name DEGIRO
is the Dutch branch of flatexDEGIRO Bank AG  flatexDEGIRO Bank
AG is primarily supervised by the German financial regulator (BaFin)
In the Netherlands  flatexDEGIRO Bank Dutch Branch is registered
with DNB and supervised by AFM and DNB

www.degiro.ie
clients@degiro.ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 1 / 4

---

Mr Ronan McDermott
O Briens Place 5 Joyce Road
9 DRUMCONDRA
Ireland

User name         **    t98

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 12 2021 | 16 13 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | CDED | 6 | 2 64 USD | 17 04 USD | 15 07 EUR | 1 1304 | EUR | 15 07 EUR |
| 21 10 2021 | 15 26 | META MATERIALS INC | US59134N2036 | OTC | | 8370 | 0 USD | 0 00 USD | 0 00 EUR | 1 1738 | EUR | 0 00 EUR |
| 21 10 2021 | 15 26 | TORCHLIGHT ENERGY RESO NON TRADEABLE | US89102U2024 | DEG | | -8370 | 0 USD | 0 00 USD | 0 00 EUR | 1 1738 | EUR | 0 00 EUR |
| 28 06 2021 | 00 00 | META MATERIALS INC COMMON STOCK | US59134N1046 | NDQ | | 4185 | 9 9 USD | 41 431 50 USD | 34 736 17 EUR | 1 1927 | EUR | 34 736 17 EUR |
| 28 06 2021 | 00 00 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | | 8370 | 4 95 USD | 41 431 50 USD | 34 736 17 EUR | 1 1927 | EUR | 34 736 17 EUR |
| 23 06 2021 | 00 00 | TORCHLIGHT ENERGY RESO NON TRADEABLE | US89102U2024 | DEG | | 8370 | 0 USD | 0 00 USD | 0 00 EUR | 1 1927 | EUR | 0 00 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 576 | 5 19 USD | 2 989 44 USD | 2 504 56 EUR | 1 1936 | 1 93 EUR | 2 506 49 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 600 | 5 19 USD | 3 114 00 USD | 2 608 92 EUR | 1 1936 | 2 01 EUR | 2 610 93 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 24 | 5 19 USD | 124 56 USD | 104 36 EUR | 1 1936 | 0 08 EUR | 104 44 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 35 | 5 19 USD | 181 65 USD | 152 19 EUR | 1 1936 | 0 12 EUR | 152 31 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 100 | 5 19 USD | 519 00 USD | 434 82 EUR | 1 1936 | 0 34 EUR | 435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 165 | 5 19 USD | 856 35 USD | 717 45 EUR | 1 1936 | 0 55 EUR | 718 00 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 100 | 5 19 USD | 519 00 USD | 434 82 EUR | 1 1936 | 0 34 EUR | 435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 100 | 5 19 USD | 519 00 USD | 434 82 EUR | 1 1936 | 0 34 EUR | 435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 5 19 USD | 519 00 USD | 434 82 EUR | 1 1936 | 0 34 EUR | 435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 5 19 USD | 519 00 USD | 434 82 EUR | 1 1936 | 0 34 EUR | 435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 5 19 USD | 519 00 USD | -434 82 EUR | 1 1936 | 0 34 EUR | -435 16 EUR |
| 17 06 2021 | 15 53 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | EDGX | 290 | 5 19 USD | 1 505 10 USD | 1 260 98 EUR | 1 1936 | 1 47 EUR | 1 262 45 EUR |

flatexDEGIRO Bank Dutch Branch  trading under the name DEGIRO
is the Dutch branch of flatexDEGIRO Bank AG  flatexDEGIRO Bank
AG is primarily supervised by the German financial regulator (BaFin)
In the Netherlands  flatexDEGIRO Bank Dutch Branch is registered
with DNB and supervised by AFM and DNB

www.degiro.ie
clients@degiro.ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 2 / 4

Mr Ronan McDermott
O Briens Place 5 Joyce Road
9 DRUMCONDRA
Ireland

User name    **    t98

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | MSPL | 300 | 2 69 USD | 807 00 USD | 662 62 EUR | 1 2179 | 0 99 EUR | 663 61 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 500 | 2 69 USD | 1 345 00 USD | 1 104 36 EUR | 1 2179 | 1 64 EUR | 1 106 00 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 35 | 2 69 USD | 94 15 USD | 77 31 EUR | 1 2179 | 0 12 EUR | 77 43 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 200 | 2 69 USD | 538 00 USD | -441 74 EUR | 1 2179 | 0 66 EUR | -442 40 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 200 | 2 69 USD | 538 00 USD | 441 74 EUR | 1 2179 | 0 66 EUR | 442 40 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 300 | 2 69 USD | 807 00 USD | 662 62 EUR | 1 2179 | 0 99 EUR | 663 61 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | 0 33 EUR | 221 20 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 49 | 2 69 USD | 131 81 USD | 108 23 EUR | 1 2179 | 0 16 EUR | 108 39 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | 0 33 EUR | 221 20 EUR |
| 04-06-2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | 0 33 EUR | 221 20 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 451 | 2 69 USD | 1 213 19 USD | 996 13 EUR | 1 2179 | 1 48 EUR | 997 61 EUR |
| 04 6 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 500 | 2 69 USD | 1 345 00 USD | 1 104 36 EUR | 1 2179 | 1 64 EUR | 1 106 00 EUR |
| 04 6 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 49 | 2 69 USD | 131 81 USD | 108 23 EUR | 1 2179 | 0 16 EUR | 108 39 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 451 | 2 69 USD | 1 213 19 USD | 996 13 EUR | 1 2179 | 1 48 EUR | 997 61 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | EDGX | 165 | 2 69 USD | -443 85 USD | 364 44 EUR | 1 2179 | 0 54 EUR | 364 98 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 500 | 2 69 USD | 1 345 00 USD | 1 104 36 EUR | 1 2179 | 1 64 EUR | 1 106 00 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | EDGX | 15 | 2 69 USD | 40 35 USD | 33 13 EUR | 1 2179 | 0 05 EUR | 33 18 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 200 | 2 69 USD | 538 00 USD | 441 74 EUR | 1 2179 | 0 66 EUR | -442 40 EUR |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www degiro ie
clients@degiro ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 3 / 4

Mr Ronan McDermott
O Briens Place 5 Joyce Road
9 DRUMCONDRA
Ireland

User name **    **t98

| Date | Time | Product | ISIN | Reference | Venue | Quantity | Price | Local value | Value | Exchange rate | Transaction and/or third | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-0 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | EDGX | 300 | 2 69 USD | 807 00 USD | 662 62 EUR | 1 2179 | -0 99 EUR | -663 61 EUR |
| 04-0 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | -0 33 EUR | 221 20 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | XNAS | 500 | 2 69 USD | 1 345 00 USD | 1 104 36 EUR | 1 2179 | 1 64 EUR | 1 106 00 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | ARCX | 300 | 2 69 USD | -807 00 USD | -662 62 EUR | 1 2179 | -0 99 EUR | 663 61 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | EDGX | 300 | 2 69 USD | 807 00 USD | 662 62 EUR | 1 2179 | -0 99 EUR | -663 61 EUR |
| 04-06-2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | -0 33 EUR | 221 20 EUR |
| 04-06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 100 | 2 69 USD | 269 00 USD | 220 87 EUR | 1 2179 | 0 33 EUR | 221 20 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 65 | 2 69 USD | 174 85 USD | 143 57 EUR | 1 2179 | -0 21 EUR | 143 78 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 63 | 2 69 USD | 169 47 USD | 139 15 EUR | 1 2179 | 0 21 EUR | 139 36 EUR |
| 04 06 2021 | 16 03 | TORCHLIGHT ENERGY RESO | US89102U1034 | NDQ | BATS | 37 | 2 69 USD | 99 53 USD | 81 72 EUR | 1 2179 | -0 62 EUR | 82 34 EUR |
| 03-06 2021 | 17 23 | BOOHOO | JE00BG6L7297 | LSE | HRSI | 2890 | 306 1 GBX | 884 629 00 GBX | 10 291 07 EUR | 85 9609 | 9 15 EUR | 10 281 92 EUR |
| 03-06 2021 | 17 22 | ASOS | GB0030927254 | LSE | MESI | 57 | 4 832 GBX | 275 424 00 GBX | 3 204 45 EUR | 85 9505 | 5 60 EUR | 3 198 85 EUR |

flatexDEGIRO Bank Dutch Branch trading under the name DEGIRO is the Dutch branch of flatexDEGIRO Bank AG flatexDEGIRO Bank AG is primarily supervised by the German financial regulator (BaFin) In the Netherlands flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www degiro ie
clients@degiro ie
Amstelplein 1 1096 HA

Account statement
2024 12 03
Page 4 / 4