NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**
META MATERIALS

**Case Number**
24-50792-hlb

**RECEIVED AND FILED**

DEC 23 2024

U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

LAURA L NEWTON
625 DOGWOOD RD
BOONE NC 28607

Telephone Number
828-263-4694

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
**SEE ATTACHEMENTS**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Telephone Number

**3** Date Equity Interest was acquired

**4** Total amount of member interest   343 shares

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor s authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004 )   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  LAURA NEWTON
Title  SHAREHOLDER
Company ___ Address and telephone number (if different from notice address above) _____

(Signature)  Laura Newton   (Date) 12/18/24

Telephone number _____   email _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

**Laura Newton** Account # ▓▓▓8706
625 Dogwood Rd  Boone  NC 28607

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $45 55 | $45 55 |
| Total Securities | $424 41 | $327 12 |
| **Portfolio Value** | **$469 96** | **$372 67** |

### Portfolio Allocation



■ **Cash and Cash Equivalents**
12 22%

■ **Equities**
87 78%

■ **Options**
0 00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0 00 | $0 00 |
| Capital Gains Distributions | $0 00 | $0 00 |
| Interest Earned | $0 00 | $0 00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions)  Errors and omissions exempted  Please address all communications to the firm and not to the individuals  Address changes or other material changes in your account should be directed to the office servicing your account  Kindly mention your account number  This statement should be retained for income tax purposes

Robinhood Securities  LLC ( RHS ) carries your account as the clearing broker by arrangement with your introducing broker dealer  Robinhood Financial LLC ( RHF )

RHS is a Member of SIPC  which protects securities customers of its members up to $500 000 (including $250 000 for claims for cash)  Explanatory brochure available upon request or at www sipc org                3708669

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est  Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield  0 00% | MMAT | Cash | 141 | $2 3200 | $327 12 | $0 00 | 87 78% |
| **Total Securities** | | | | | **$327 12** | **$0 00** | **87 78%** |
| **Brokerage Cash Balance** | | | | | **$45 55** | | **12 22%** |
| **Total Priced Portfolio** | | | | | **$372 67** | | |



The TradeStation Building
Suite 2000
8050 S W 10th Street
Plantation, FL 33324
(954) 652 7920 * (800) 871 3577

Page    1 of 2

8050 SW10th Street  Suite 2000
Plantation  FL 33324



| Processing Date | 4/5/2023 |
|---|---|
| Account Number | ⬛⬛⬛2059  FTR9 |

LAURA L NEWTON
625 DOGWOOD RD
BOONE          NC 28607

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | MC | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/2023 | 04/10/2023 | Bought | META MATLS INC COM | MMAT 59134N104 | 200 | 0 41 | Principal Commission | 82 00 0 00 | MGN | N1 | NBAIB |
| Execution Time  13 56 34 | | | | | | | NET AMOUNT | 82 00 | | | |

Please address all communications to the firm and not to any particular individual  and please
prominently mention your account number in your correspondence

*April 1, 2024 - June 30, 2024*

PAGE 2 OF 7

ACCOUNT NUMBER ████████21 19  RR A14

**LAURA NEWTON**

**ally**®

**Ally Invest Securities**
P O  Box 30248  Charlotte  NC 28230
Phone  855 880 2559 | Fax  866 899 0563
Member FINRA and SIPC   Ally com/invest

| ► PORTFOLIO SUMMARY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | / OF TOTAL PORTFOLIO |
| **EQUITIES / OPTIONS** | | | | | | | | | |
| GLOBAL TECH INDUSTRIES GROUP INC COM | GTII | C | 410 | $0 104 | $42 64 | $111 52 | 62% | | 56 982% |
| META MATERIALS INC COMMON STOCK | MMAT | C | 2 | 3 01 | 6 02 | 6 14 | 2 | | 8 045 |
| NEXT BRIDGE HYDROCARBONS INC A PRIVATE COMPANY | 8AQ9903 | C | 42 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$48 66** | | | | **65 027%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$26 17** | | | | **34 973%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$74 83** | | | | |