NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| META Material , Inc | 24-50792 |

**1 Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Deanne L Benorden
290 Wedgewood Dr
Lenoir City , TN 37772

Telephone Number
865-924-6040

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED

DEC 23 2024

U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor
* Charles Schwab 4645-6873

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
Deanne L Benorden

Telephone Number See below

**3 Date Equity Interest was acquired**
March of 2021 - Feb. of 2024 (approximate dates)
- See attached documentation

**4 Total amount of member interest** $ 22,438 80
MMAT 137 Shares

**5 Certificate number(s)** See attached docs

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description Investor

**7 Supporting Documents** Attach copies of supporting documents such as stock certificates, option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8 Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor s authorized agent (Attach copy of power of attorney, if any )
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004 )
☐ I am a guarantor surety, endorser or other codebtor (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name Deanne Benorden
Title
Company Address and telephone number (if different from notice address above)
_____
_____

Deanne L. Benorden 12-12-2024
(Signature) (Date)

Telephone number 865-924-6040 email dlbenorden@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

* Charles Schwab & Co , Inc
Omaha Operations Center
P.O Box 2339
Omaha, NE 68103
800-435-4000



## Roth Contributory IRA of

DEANNE L BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
4645-6873

Statement Period
February 1-29, 2024

## Account Summary

| Ending Account Value as of 02/29 | Beginning Account Value as of 02/01 | Total Value Change ($) |
|---|---|---|
| $456.59 | $572.92 | ($116.33) |

Chart y-axis labels: $5.4K, $5.1K, $3.8K, $2.6K, $1.3K, $0.0K

Chart x-axis labels: Mar'23  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan'24  Feb

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $572.92 | $959.31 | ($386.39) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.02 | 0.02 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (116.35) | (386.41) | 270.06 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** $^W$ | **$456.59** | **$572.92** | **($116.33)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Manage Your Account

### Customer Service and Trading:
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

  Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

DEANNE L BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
29C WEDGEWOOD DR
LENOIR CITY TN  37772-6942



**Roth Contributory IRA** of

DEANNE L BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
February 1-29, 2024

## Positions - Summary

| Beginning Value as of 02/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 02/29 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $572.92 | | $0.00 | | $0.00 | | $0.02 | | ($116.35) | | $456.59 | $22,958.80 | ($22,544.79) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK [X,Z] | | | 42.56 | 42.58 | 0.02 | | 0.45% | 9% |
| **Total Cash and Cash Investments** | | | | | **$42.56** | **$42.58** | **$0.02** | | | **9%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 137.0000 | 2.97000 | 406.89 | 22,438.80 | (22,031.91) | N/A | 0.00 | 89% |
| MULN | MULLEN AUTOMOTIVE INC | 1.0000 | 7.12000 | 7.12 | 520.00 | (512.88) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$414.01** | **$22,958.80** | **($22,544.79)** | | **$0.00** | **91%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 75.0000 | | | 0.00 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Roth Contributory IRA** of

DEANNE L BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
March 1-31, 2024

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|------|--------|-------------|----------|----------|----------------------|-------------------|-----------------------------|---------------------------|----------------------|-----------|
| Bank Sweep | | CHARLES SCHWAB BANK X,Z | | | 42.58 | 305.37 | 262.79 | | 0.45% | 100% |
| **Total Cash and Cash Investments** | | | | | **$42.58** | **$305.37** | **$262.79** | | | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|-----------------------|
| | NEXT BRIDGE HYDROCARBONS | 75.0000 | | | 0.00 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

## Transactions - Summary

| Beginning Cash* as of 03/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 03/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $42.58 | | $0.00 | | $0.00 | | $0.00 | | $262.77 | | $0.02 | | $0.00 | | $305.37 |

Other Activity **$0.00**      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|-------------------------|----------------------|-----------|-------------------------|
| 03/18 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.02 | (137.0000) | 1.8754 | 0.02 | 256.91 | (22,181.89) (LT) |
| | Sale | | MULN | MULLEN AUTOMOTIVE INC | (1.0000) | 5.8607 | | 5.86 | (514.14) (LT) |
| | Interest | Bank Interest X,Z | | BANK INT 021624-031524 | | | | 0.02 | |
| **Total Transactions** | | | | | | | | **$262.79** | **$(22,696.03)** |

Date column represents the Settlement/Process date for each transaction.