NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**
Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

RAY DHANRAJ
3342 WEST 95TH STREET
CLEVELAND, OH 44102

Telephone Number (216) 926-8900

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

DEC 23 2024
U S BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor
227 518762

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
RAY DHANRAJ
PO BOX 484 JERSEY CITY NJ 07303
Telephone Number (800)387 2331

**3. Date Equity Interest was acquired**
BETWEEN 02/06/2023-01/25/2024
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest** 34 600 SHARES

**5. Certificate number(s)** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

**7. Supporting Documents** Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9. Signature:**
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name: RAY DHANRAJ
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) *[signed]*    (Date) 12/12/24

Telephone number (216)926-8900    email RAY DHANRAJ@GMAIL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

| PROOF OF INTEREST SUPPLEMENTAL INFORMATION | | | | |
|---|---|---|---|---|
| CASE: 24-50792, META MATERIALS, INC | | | | |
| FOR RAY DHANRAJ | | | | |
| BROKER ETRADE | | | | |
| ACCT# 227 518762 | | | | |
| TRANSACTIONS (Pre-Reverse Split) | | | | |
| 02/06/2023 | | 20 1 | 0 919403 | 18 4800003 |
| 02/09/2023 | | 8 | 0 87 | 6 96 |
| 02/16/2023 | | 100 3 | 0 7278166 | 73 00000498 |
| 02/17/2023 | | 110 3 | 0 6883953 | 75 93000159 |
| 02/21/2023 | | 501 4 | 0 6641404 | 332 9999966 |
| 02/21/2023 | | 401 1 | 0 666168 | 267 1999848 |
| 02/21/2023 | | 200 6 | 0 6729811 | 135 0000087 |
| 02/21/2023 | | 200 6 | 0 6879362 | 138 0000017 |
| 02/22/2023 | | 200 6 | 0 667996 | 133 9999976 |
| 02/24/2023 | | 1002 9 | 0 6305713 | 632 3999568 |
| 02/24/2023 | | 200 5 | 0 638404 | 128 000002 |
| 02/24/2023 | | 200 6 | 0 6500499 | 130 4000099 |
| 03/01/2023 | | 501 4 | 0 5956322 | 298 6499851 |
| 03/07/2023 | | 10 | 0 57 | 5 7 |
| 03/07/2023 | | 1002 9 | 0 5803171 | 582 0000196 |
| 03/08/2023 | | 8 | 0 55125 | 4 41 |
| 03/08/2023 | | 80 3 | 0 5531756 | 44 42000068 |
| 03/08/2023 | | 1103 1 | 0 5544375 | 611 6000063 |
| 03/27/2023 | | 456 4 | 0 4486196 | 204 7499854 |
| 03/28/2023 | | 702 | 0 4176068 | 293 1599736 |
| 03/31/2023 | | 146 4 | 0 4123634 | 60 37000176 |
| 04/13/2023 | | 1713 9 | 0 3088162 | 529 2800852 |
| 04/14/2023 | | 100 3 | 0 2242273 | 22 48999819 |
| 05/31/2023 | | 36 1 | 0 2193906 | 7 92000066 |
| 06/13/2023 | | 1020 9 | 0 2286512 | 233 4300101 |
| 06/15/2023 | | 501 4 | 0 2172916 | 108 9500082 |
| 06/27/2023 | | 1002 9 | 0 1757902 | 176 2999916 |
| 06/27/2023 | | 2507 2 | 0 1884572 | 472 4998918 |
| 07/06/2023 | | 330 9 | 0 1881837 | 62 26998633 |
| 07/07/2023 | | 5686 3 | 0 1854668 | 1054 619865 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/24/2023 | 7233 7 | 0 1395994 | 1009 82018 |
| 10/25/2023 | 38 1 | 0 1322835 | 5 04000135 |
| 10/25/2023 | 100 3 | 0 1377866 | 13 81999598 |
| 01/16/2024 | 2005 8 | 0 0837571 | 167 9999912 |
| 01/16/2024 | 5014 3 | 0 0897433 | 449 9998292 |
| 01/23/2024 | 149 4 | 0 0578313 | 8 63999622 |
| 01/25/2024 | 1 | 0 06 | 0 06 |
| **TOTAL SHARES HELD PRE-REVERSE SPLIT   34600** | | | 8500 569768 |
| | | | |
| **TOTAL MONIES IVESTED PRE-REVERSE SPLIT  $8500** | | | |
| | | | |
| ***See Transaction documentation attached | | | |

| DOW ▼ 0.17% | NASDAQ ▼ 0.10% | S&P 500 ▼ -0.12% |
|---|---|---|

E*TRADE from Morgan Stanley                    Log Off

↻ Dec 12, 2024 01:23 PM ET

# Portfolios

**Positions**  Allocation  Performance  Historical value  Margin  Gains & Losses  Risk Assessment

**Account**
Individual Brokerage -8762 ▼

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | Transfer money |
|---|---|---|---|

| Cash Purchasing Power ⓘ | Available for Withdrawal | | |
|---|---|---|---|
| $2.00 | $2.00 | | |

⌄ Show less

⌄ Filters    View: All Pos ▼    Filter by Symbol / CUSIP: MMATQ    Security type: All securities ▼    Wash sale adjustment ⬤

| Symbol | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | Trade | 0.00 | 0.00 | 0.00% | 346 | 24.56812 | 0.00 | -8,500.57 | -100.00% | 0.00 |
| 02/06/2023 | | 0.00 | 0.00 | 0.00% | 0.201 | 91.9403 | 0.00 | -18.48 | -100.00% | 0.00 |
| 02/09/2023 | | 0.00 | 0.00 | 0.00% | 0.08 | 87.00 | 0.00 | -6.96 | -100.00% | 0.00 |
| 02/16/2023 | | 0.00 | 0.00 | 0.00% | 1.003 | 72.78166 | 0.00 | -73.00 | -100.00% | 0.00 |
| 02/17/2023 | | 0.00 | 0.00 | 0.00% | 1.103 | 68.83953 | 0.00 | -75.93 | -100.00% | 0.00 |
| Cash | Transfer money | | | | | | | | | $2.80 |
| **Total** | | | | | | $8,500.57 | $0.00 | -$8,500.57 | -100.00% | $2.80 |



| Symbol | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/21/2023 | 0.00 | 0.00 | 0.00% | 5.014 | 66.41404 | 0.00 | -333.00 | -100.00% | 0.00 |
| 02/21/2023 | 0.00 | 0.00 | 0.00% | 4.011 | 66.6168 | 0.00 | -267.20 | -100.00% | 0.00 |
| 02/21/2023 | 0.00 | 0.00 | 0.00% | 2.006 | 67.29811 | 0.00 | -135.00 | -100.00% | 0.00 |
| 02/21/2023 | 0.00 | 0.00 | 0.00% | 2.006 | 68.79362 | 0.00 | -138.00 | -100.00% | 0.00 |
| 02/22/2023 | 0.00 | 0.00 | 0.00% | 2.006 | 66.7996 | 0.00 | -134.00 | -100.00% | 0.00 |
| 02/24/2023 | 0.00 | 0.00 | 0.00% | 10.029 | 63.05713 | 0.00 | -632.40 | -100.00% | 0.00 |
| 02/24/2023 | 0.00 | 0.00 | 0.00% | 2.005 | 63.8404 | 0.00 | -128.00 | -100.00% | 0.00 |
| 02/24/2023 | 0.00 | 0.00 | 0.00% | 2.006 | 65.00499 | 0.00 | -130.40 | -100.00% | 0.00 |
| 03/01/2023 | 0.00 | 0.00 | 0.00% | 5.014 | 59.56322 | 0.00 | -298.65 | -100.00% | 0.00 |
| 03/07/2023 | 0.00 | 0.00 | 0.00% | 0.1 | 57.00 | 0.00 | -5.70 | -100.00% | 0.00 |
| 03/07/2023 | 0.00 | 0.00 | 0.00% | 10.029 | 58.03171 | 0.00 | -582.00 | -100.00% | 0.00 |
| 03/08/2023 | 0.00 | 0.00 | 0.00% | 0.08 | 55.125 | 0.00 | -4.41 | -100.00% | 0.00 |
| 03/08/2023 | 0.00 | 0.00 | 0.00% | 0.803 | 55.31756 | 0.00 | -44.42 | -100.00% | 0.00 |
| 03/08/2023 | 0.00 | 0.00 | 0.00% | 11.031 | 55.44375 | 0.00 | -611.60 | -100.00% | 0.00 |
| 03/27/2023 | 0.00 | 0.00 | 0.00% | 4.564 | 44.86196 | 0.00 | -204.75 | -100.00% | 0.00 |
| 03/28/2023 | 0.00 | 0.00 | 0.00% | 7.02 | 41.76068 | 0.00 | -293.16 | -100.00% | 0.00 |
| 03/31/2023 | 0.00 | 0.00 | 0.00% | 1.464 | 41.23634 | 0.00 | -60.37 | -100.00% | 0.00 |
| 04/13/2023 | 0.00 | 0.00 | 0.00% | 17.139 | 30.88162 | 0.00 | -529.28 | -100.00% | 0.00 |
| Cash | Transfer money | | | | | | | | $2.80 |
| Total | | | | | $8,500.57 | $0.00 | -$8,500.57 | -100.00% | $2.80 |

⌄ Symbo ⌃

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 1.003 | 22.42273 | 0.00 | -22.49 | -100.00% | 0.00 |
| 05/31/2023 | 0.00 | 0.00 | 0.00% | 0.361 | 21.93906 | 0.00 | -7.92 | -100.00% | 0.00 |
| 06/13/2023 | 0.00 | 0.00 | 0.00% | 10.209 | 22.86512 | 0.00 | -233.43 | -100.00% | 0.00 |
| 06/15/2023 | 0.00 | 0.00 | 0.00% | 5.014 | 21.72916 | 0.00 | -108.95 | -100.00% | 0.00 |
| 06/27/2023 | 0.00 | 0.00 | 0.00% | 10.029 | 17.57902 | 0.00 | -176.30 | -100.00% | 0.00 |
| 06/27/2023 | 0.00 | 0.00 | 0.00% | 25.072 | 18.84572 | 0.00 | -472.50 | -100.00% | 0.00 |
| 07/06/2023 | 0.00 | 0.00 | 0.00% | 3.309 | 18.81837 | 0.00 | -62.27 | -100.00% | 0.00 |
| 07/07/2023 | 0.00 | 0.00 | 0.00% | 56.863 | 18.54668 | 0.00 | -1,054.62 | -100.00% | 0.00 |
| 10/24/2023 | 0.00 | 0.00 | 0.00% | 72.337 | 13.95994 | 0.00 | -1,009.82 | -100.00% | 0.00 |
| 10/25/2023 | 0.00 | 0.00 | 0.00% | 0.381 | 13.22835 | 0.00 | -5.04 | -100.00% | 0.00 |
| 10/25/2023 | 0.00 | 0.00 | 0.00% | 1.003 | 13.77866 | 0.00 | -13.82 | -100.00% | 0.00 |
| 01/16/2024 | 0.00 | 0.00 | 0.00% | 20.058 | 8.37571 | 0.00 | -168.00 | -100.00% | 0.00 |
| 01/16/2024 | 0.00 | 0.00 | 0.00% | 50.143 | 8.97433 | 0.00 | -450.00 | -100.00% | 0.00 |
| 01/23/2024 | 0.00 | 0.00 | 0.00% | 1.494 | 5.78313 | 0.00 | -8.64 | -100.00% | 0.00 |
| 01/25/2024 | 0.00 | 0.00 | 0.00% | 0.01 | 6.00 | 0.00 | -0.06 | -100.00% | 0.00 |

Viewing 1 of 1 filtered results

| Cash | Transfer money | | | | | | | | $2.80 |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | $8,500.57 | $0.00 | -$8,500.57 | -100.00% | $2.80 |

The total amount of the price paid column reflects the total costs of all open positions
◆ Special event for position