NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>**META MATERIALS, INC** | Case Number<br>**24-50792** | |

| 1 | Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder) | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars | **RECEIVED AND FILED** |
|---|---|---|---|
| | ANURADHA ALAPATI<br>12426 STEEPLECHASE LN,<br>STRONGSVILLE, OH 44149 | ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **DEC 23 2024**<br>**U S BANKRUPTCY COURT**<br>**MARY A SCHOTT, CLERK** |
| | Telephone Number (440) 263-7222 | | |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>9794-9594 | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2 | Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>ANURADHA ALAPATI<br>3000 SCHWAB WAY  WESTLAKE TX 76262<br>Telephone Number (312) 517 3100 | 3 | Date Equity Interest was acquired<br>BETWEEN 02/17/2021-12/07/2022<br>SEE ATTACHED DOCUMENTATION |
|---|---|---|---|
| 4 | Total amount of member interest  10 000 SHARES FOR $52 327 04 | 5 | Certificate number(s) SEE ATTACHED DOCUMENTATION |

6  Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: INVESTOR

7  Supporting Documents Attach copies of supporting documents, such as stock certificates  option agreements  warrants  etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

8  Date-Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped  self-addressed envelope and copy of this Proof of Interest

9  Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor s authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor, surety  endorser, or other codebtor
                        (Attach copy of power of attorney, if any)   or their authorized agent                      (See Bankruptcy Rule 3005)
                                                                      (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information  and reasonable belief

Print Name  ANURADHA ALAPATI
Title
Company __ Address and telephone number (if different from notice address above)

(Signature) /s/ Anuradha Alapati    (Date) 12/12/24

Telephone number (440)263-7222    email ANUALAPATI4@AOL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*



### Inherited IRA from IRA of

ANURADHA ALAPATI INH IRA
BENE OF SWARNA NIMMAGADDA
CHARLES SCHWAB & CO INC CUST

Account Number: 9794-9594
Statement Period: November 1-30, 2024

## Account Summary



Ending Account Value as of 11/30

Beginning Account Value as of 11/01

|  | This Statement | YTD |
|---|---|---|
| Beginning Value |  |  |
| Deposits |  |  |
| Withdrawals |  |  |
| Dividends and Interest |  |  |
| Transfer of Securities | 0.00 |  |
| Market Appreciation/(Depreciation) |  | 210,367 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** ᵂ |  |  |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

ANURADHA ALAPATI INH IRA
BENE OF SWARNA NIMMAGADDA
CHARLES SCHWAB & CO INC CUST
12426 STEEPLECHASE LN
STRONGSVILLE OH 44149-9276

11/29-00000-ID2321609-103657

1 of 6



Inherited IRA from IRA of

ANURADHA ALAPATI INH IRA
BENE OF SWARNA NIMMAGADDA
CHARLES SCHWAB & CO INC CUST

Statement Period
November 1-30, 2024

## Positions - Summary



Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | | | ■■■ | ■■■ | ■■■ | | ■■■ | ■■■ |
| **Total Cash and Cash Investments** | | | | | ■■■ | ■■■ | ■■■ | | | ■■■ |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| MMATQ | META MATLS INC | 100.0000 | 0.06100 | 6.10 | 52,333.14 † | (52,327.04) | N/A | 0.00 | <1% |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |