NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

RECEIVED AND FILED
DEC 23 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ANURADHA ALAPATI
12426 STEEPLECHASE LN,
STRONGSVILLE, OH 44149

Telephone Number: (440) 263-7222

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 157542737

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ______________
☐ amends a previously filed Proof of Interest dated: ______________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ANURADHA ALAPATI
85 WILLOW RD, MENLO PARK, CA 94025
**Telephone Number:** HELP@ROBINHOOD.COM

3. **Date Equity Interest was acquired:**
BETWEEN 06/28/2021-12/09/2022
SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 7,600 SHARES FOR $34,578.44

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ANURADHA ALAPATI
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12/12/24

Telephone number: (440)263-7222 email: ANUALAPATI4@AOL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Robinhood

85 Willow Rd Menlo Park CA 94025
help@robinhood com

12/01/2022 to 12/31/2022
**ANURADHA ALAPATI** Account # 157642737
12426 Steeplechase Ln Strongsville OH 44149

■ Options ■ Equities ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | [illegible] | [illegible]78 |
| Total Securities | [illegible]9 | [illegible] |
| **Portfolio Value** | [illegible]5 | [illegible] |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | [illegible] | [illegible] |
| Capital Gains Distributions | [illegible] | [illegible] |
| Interest Earned | [illegible] | [illegible] |

## Portfolio Allocation

Cash and Cash Equivalents 1 94%
Equities 98 06%
Options 0 00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account Kindly mention your account number This statement should be retained for income tax purposes

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| [redacted]<br>Estimated Yield 0 00% | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Meta Materials<br>Estimated Yield 0 00% | MMAT | Margin | 7 500 446772 | $ 19 | $8 925 53 | $0 00 | 54 97% |
| [redacted]<br>Estimated Yield 0 00% | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted]<br>Estimated Yield 0 64% | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Securities** | | | | | [redacted] | [redacted] | [redacted] |
| **Brokerage Cash Balance** | | | | | [redacted] | | [redacted] |
| **Total Priced Portfolio** | | | | | [redacted] | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 4 509176 | $2 22 | $10 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 95 | $2 24 | $212 33 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 182 183035 | $2 24 | $408 09 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 117 | $2 24 | $262 08 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 200 | $2 24 | $447 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2 24 | $223 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2 24 | $223 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 200 | $2 14 | $427 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2 14 | $213 50 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 132 | $2 14 | $281 82 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 300 | $2 14 | $640 50 | |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 200 | $2 14 | $427 00 | |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 4 365339 | $2 14 | $9 32 | |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 14 98829 | $2 14 | $32 00 | |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2 24 | $223 50 | |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 0 400932 | $2 14 | $0 86 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| Meta Materials<br>CUSIP 59134N104 | MMAT | Margin | Buy | 12/08/2022 | 150 | $1 86 | $278 72 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| MMAT 12/16/2022 Call $2 00 | MMAT | Margin | BTO | 12/12/2022 | 2 | $0 05 | $10 00 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| MMAT Preferred Shares CUSIP 59134N203 | | Margin | MRGS | 12/13/2022 | 9 000S | | | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12 09/2022 | 100 | $1 38 | $137 86 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/09/2022 | 500 | $1 38 | $690 00 | |
| Meta Materials CUSIP 59134N104 | MMAT | Margin | Buy | 12/09/2022 | 400 | $1 40 | $558 00 | |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| [illegible] | | [illegible] | [illegible] | 1[illegible] | | | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | 12[illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | 12[illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| [illegible] 0 50 | | Margin | [illegible] | [illegible] | 5S | | | |
| **Total Funds Paid and Received** | | | | | | | [illegible] | [illegible] |

### Executed Trades Pending Settlement

These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0 00 | $0 00 |


85 Willow Rd Menlo Park CA 94025
help@robinhood com

06/01/2021 to 06/30/2021
ANURADHA ALAPATI Account # 157642737
12426 Steeplechase Ln Strongsville OH 44149

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | [redacted] | [redacted] |
| Total Securities | [redacted] | [redacted] |
| **Portfolio Value** | [redacted] | [redacted] |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | [redacted] | [redacted] |
| Capital Gains Distributions | [redacted] | [redacted] |
| Interest Earned | [redacted] | [redacted] |

Portfolio Allocation

Options
Equities
Cash and Cash Equivalents
Cash and Cash Equivalents 0 17%
Equities 99 83%
Options 0 00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions) Errors and omissions exempted Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account Kindly mention your account number This statement should be retained for income tax purposes

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| [illegible] Estimated Yield 1 42% | AMC | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] ETF Estimated Yield 0 10% | [illegible] | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Technology Estimated Yield 0 00% | [illegible] | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Investments Estimated Yield 0 00% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Holdings Estimated Yield 0 00% | [illegible] | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Estimated Yield 0 00% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Me a Materials Estimated Yield 0 00% | MMAT | Margin | 4 500 | $7 49 | $33 705 00 | $0 00 | 36 32% |
| [illegible] Brands Estimated Yield 0 00% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Estimated Yield 0 13% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Estimated Yield 0 13% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Estimated Yield 0 00% | [illegible] | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Estimated Yield 0 00% | [illegible] | Margin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Securities** | | | | | [illegible] | [illegible] | [illegible] |
| **Brokerage Cash Balance** | | | | | [illegible] | | [illegible] |
| **Total Priced Portfolio** | | | | | [illegible] | | |

Search Rewards Investing Crypto Spending Notificati

# Anuradha Alapati

Investing Crypto Transfers Recurring Reports and statements Tax center History Settings Help

Total portfolio value

## $10,607.74

| | | |
|---|---|---|
| Stocks | 54.87% | $5,820.20 |
| Cryptocurrencies | 44.38% | $4,707.90 |
| Individual cash | 0.75% | $79.64 |

Individual cash
$79.64
0.75%

## Stocks

| Name | Symbol | Shares | Price | Average cost | Total return | Equity |
|---|---|---|---|---|---|---|
| Meta Materials | MMATQ | 76 | $0.00 | $454.98 | $34,578.44 | $0.00 |

Stocks & options

Search