NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Brandon D. Hays
107 Sam Drive
West Monroe LA 71291

Telephone Number: 318-372-5726

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 23 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 5757-0176

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab & Co Inc
PO Box 2339 Omaha, NE 68103
Telephone Number: 1-800-435-4000

**3. Date Equity Interest was acquired:**
Between 03/2/22 - 11/10/23
"See Attached"

**4. Total amount of member interest:** 160

**5. Certificate number(s):** See Attached

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor    ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any.)    ☐ I am the trustee, or the debtor or their authorized agent (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Brandon Hays
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature): [signed] Brandon Hays    (Date): 12-12-24

Telephone number: 318-372-5726    email: bhays@djcon.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571*

# Transaction History for Individual    176

## Transactions found from 12/05/2020 to 12/05/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/12/2024 | Sell | MMAT<br>META MATLS INC | 160 | $0 85 | $0 03 | $135 97 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 160 | | | |
| 11/10/2023 | Buy | MMAT<br>META MATLS INC | 1,000 | $0 094 | | -$94 00 |
| 11/10/2023 | Buy | MMAT<br>META MATLS INC | 1,000 | $0 095 | | -$95 00 |
| 11/07/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,000 | | | |
| 11/07/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -500 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -12,500 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/06/2023 | Internal Transfer | MMAT UNSTLD-META MATLS INC | 1,500 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 12,500 | | | |
| 11/03/2023 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @0.1050 | 1,000 | $0.105 | | -$105.00 |
| 11/03/2023 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.1090 | 500 | $0.109 | | -$54.50 |
| 10/20/2023 | Buy | MMAT TDA TRAN - Bought ...250 (MMAT) @0.1700 | 250 | $0.17 | | -$42.50 |
| 10/20/2023 | Buy | MMAT TDA TRAN - Bought ...250 (MMAT) @0.1800 | 250 | $0.18 | | -$45.00 |
| 10/19/2023 | Buy | MMAT TDA TRAN - Bought 2000 (MMAT) @0.1912 | 2,000 | $0.1912 | | -$382.40 |
| 10/04/2023 | Buy | MMAT TDA TRAN - Bought ...400 (MMAT) @0.2154 | 400 | $0.2154 | | -$86.16 |
| 10/03/2023 | Buy | MMAT TDA TRAN - Bought ...200 (MMAT) @0.2260 | 200 | $0.226 | | -$45.20 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | Buy | MMAT TDA TRAN - Bought 150 (MMAT) @0 2290 | 150 | $0 229 | | -$34 35 |
| 09/28/2023 | Buy | MMAT TDA TRAN - Bought 400 (MMAT) @0 2010 | 400 | $0 201 | | -$80 40 |
| 09/21/2023 | Buy | MMAT TDA TRAN - Bought 450 (MMAT) @0 2020 | 450 | $0 202 | | -$90 90 |
| 09/19/2023 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @0 2030 | 1,000 | $0 203 | | -$203 00 |
| 09/15/2023 | Buy | MMAT TDA TRAN - Bought 200 (MMAT) @0 2150 | 200 | $0 215 | | -$43 00 |
| 08/29/2023 | Buy | MMAT TDA TRAN - Bought 200 (MMAT) @0 2180 | 200 | $0 218 | | -$43 60 |
| 08/24/2023 | Buy | MMAT TDA TRAN - Bought 200 (MMAT) @0 2250 | 200 | $0 225 | | -$45 00 |
| 08/16/2023 | Buy | MMAT TDA TRAN - Bought 200 (MMAT) @0 2245 | 200 | $0 2245 | | -$44 90 |
| 07/24/2023 | Journaled Shares | MMAT 07/21/2023 1 50 C | -30 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION T GL30001500) |  |  |  |  |
| 07/20/2023 | Buy | MMAT | 500 | $0.215 |  | -$107.50 |
|  |  | TDA TRAN - Bought 500 (MMAT) @0.2150 |  |  |  |  |
| 07/11/2023 | Buy | MMAT | 500 | $0.1875 |  | -$93.75 |
|  |  | TDA TRAN - Bought 500 (MMAT) @0.1875 |  |  |  |  |
| 07/07/2023 | Buy | MMAT | 550 | $0.1892 |  | -$104.06 |
|  |  | TDA TRAN - Bought 550 (MMAT) @0.1892 |  |  |  |  |
| 07/06/2023 | Buy | MMAT | 500 | $0.191 |  | -$95.50 |
|  |  | TDA TRAN - Bought 500 (MMAT) @0.1910 |  |  |  |  |
| 07/03/2023 | Buy | MMAT | 50 | $0.20 |  | -$10.00 |
|  |  | TDA TRAN - Bought 50 (MMAT) @0.2000 |  |  |  |  |
| 06/28/2023 | Buy | MMAT | 500 | $0.195 |  | -$97.50 |
|  |  | TDA TRAN - Bought 500 (MMAT) @0.1950 |  |  |  |  |
| 06/27/2023 | Buy | MMAT | 450 | $0.178 |  | -$80.10 |
|  |  | TDA TRAN - Bought 450 (MMAT) @0.1780 |  |  |  |  |
| 06/23/2023 | Buy | MMAT | 50 | $0.1995 |  | -$9.98 |
|  |  | TDA TRAN - |  |  |  |  |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | Bought 50 (MMAT) @0 1995 | | | | |
| 06/20/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0 2081 | 500 | $0 2081 | | -$104 05 |
| 04/27/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0 1820 | 500 | $0 182 | | -$91 00 |
| 04/21/2023 | Buy | MMAT TDA TRAN - Bought 300 (MMAT) @0 1850 | 300 | $0 185 | | -$55 50 |
| 04/20/2023 | Buy | MMAT TDA TRAN - Bought 300 (MMAT) @0 1860 | 300 | $0 186 | | -$55 80 |
| 04/20/2023 | Buy | MMAT TDA TRAN - Bought 100 (MMAT) @0 1949 | 100 | $0 1949 | | -$19 49 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 400 (MMAT) @0 2220 | 400 | $0 222 | | -$88 80 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 500 (MMAT) @0 2160 | 500 | $0 216 | | -$108 00 |
| 04/12/2023 | Buy | MMAT TDA TRAN - Bought 150 (MMAT) @0 3810 | 150 | $0 381 | | -$57 15 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/12/2023 | Buy | MMAT<br>TDA TRAN - Bought 150 (MMAT) @0 3815 | 150 | $0 3815 | | -$57 23 |
| 03/27/2023 | Buy | MMAT<br>TDA TRAN - Bought 55 (MMAT) @0 4600 | 55 | $0 46 | | -$25 30 |
| 03/20/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 10 (MMAT Jul 21 2023 1 5 Call) @0 0200 | 10 | $0 02 | $6 60 | -$26 60 |
| 03/13/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 5 (MMAT Jul 21 2023 1 5 Call) @0 0200 | 5 | $0 02 | $3 30 | -$13 30 |
| 02/28/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 5 (MMAT Jul 21 2023 1 5 Call) @0 0600 | 5 | $0 06 | $3 30 | -$33 30 |
| 02/01/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 3 | 3 | $0 13 | $1 98 | -$40 98 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT Jul 21 2023 1 5 Call) @0 1300 | | | | |
| 01/25/2023 | Sell to Close | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Sold to Close 1 (MMAT Jul 21 2023 1 5 Call) @0 1300 | 1 | $0 13 | $0 66 | $12 34 |
| 01/20/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 2 (MMAT Jul 21 2023 1 5 Call) @0 1700 | 2 | $0 17 | $1 32 | -$35 32 |
| 01/13/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 1 (MMAT Jul 21 2023 1 5 Call) @0 2000 | 1 | $0 20 | $0 66 | -$20 66 |
| 01/12/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 1 (MMAT Jul 21 2023 1 5 Call) @0 2200 | 1 | $0 22 | $0 66 | -$22 66 |
| 01/09/2023 | Buy to Open | MMAT 07/21/2023 1 50 C | 1 | $0 28 | $0 66 | -$28 66 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought to Open 1 (MMAT Jul 21 2023 1 5 Call) @0 2800 | | | | |
| 12/09/2022 | Buy | MMAT<br>TDA TRAN - Bought 6 (MMAT) @1 5000 | 6 | $1 50 | | -$9 00 |
| 12/08/2022 | Buy | MMAT<br>TDA TRAN - Bought 3 (MMAT) @1 8599 | 3 | $1 8599 | | -$5 58 |
| 12/08/2022 | Buy | MMAT<br>TDA TRAN - Bought 8 (MMAT) @1 8500 | 8 | $1 85 | | -$14 80 |
| 12/08/2022 | Buy | MMAT<br>TDA TRAN - Bought 3 (MMAT) @1 8400 | 3 | $1 84 | | -$5 52 |
| 12/07/2022 | Buy | MMAT<br>TDA TRAN - Bought 15 (MMAT) @2 0299 | 15 | $2 0299 | | -$30 45 |
| 12/07/2022 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 2 (MMAT Jul 21 2023 1 5 Call) @0 8000 | 2 | $0 80 | $1 32 | -$161 32 |
| 12/05/2022 | Buy to Open | MMAT 07/21/2023 1 50 C | 1 | $0 75 | $0 66 | -$75 66 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought to Open 1 (MMAT Jul 21 2023 1 5 Call) @0 7500 | | | | |
| 11/30/2022 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @1 8700 | 50 | $1 87 | | -$93 50 |
| 11/30/2022 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @1 9099 | 50 | $1 9099 | | -$95 50 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @1 9500 | 20 | $1 95 | | -$39 00 |
| 11/10/2022 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @1 2700 | 50 | $1 27 | | -$63 50 |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN - Bought 30 (MMAT) @1 4000 | 30 | $1 40 | | -$42 00 |
| 11/07/2022 | Buy | MMAT<br>TDA TRAN - Bought 25 (MMAT) @1 4800 | 25 | $1 48 | | -$37 00 |
| 10/19/2022 | Buy | MMAT<br>TDA TRAN - Bought 20 (MMAT) @0 8100 | 20 | $0 81 | | -$16 20 |
| 10/19/2022 | Buy | MMAT<br>TDA TRAN - | 15 | $0 86 | | -$12 90 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | Bought 15 (MMAT) @0 8600 | | | | |
| 10/14/2022 | Buy | MMAT TDA TRAN - Bought 52 (MMAT) @0 9000 | 52 | $0 90 | | -$46 80 |
| 10/13/2022 | Buy | MMAT TDA TRAN - Bought 35 (MMAT) @0 9500 | 35 | $0 95 | | -$33 25 |
| 10/12/2022 | Buy | MMAT TDA TRAN - Bought 100 (MMAT) @0 9799 | 100 | $0 9799 | | -$97 99 |
| 10/10/2022 | Buy | MMAT TDA TRAN - Bought 18 (MMAT) @0 7050 | 18 | $0 705 | | -$12 69 |
| 03/17/2022 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 45 | | | |
| 03/17/2022 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | -45 | | | |
| 03/02/2022 | Buy | MMAT TDA TRAN - | 45 | $1 6984 | | -$76 43 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | Bought 45 (MMAT) @1 6984 | | | | |

Page Total  -$3,837 88

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

(1123-3U5Y, 0924-CLCV)

---

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account   176
Today's Date  11 02 AM ET  12/05/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary, Charles Schwab & Co  Inc  (Member SIPC) and its affiliates offer investment services and products  Its banking subsidiary Charles Schwab Bank  SSB (member FDIC and an Equal Housing Lender)  provides deposit and lending services and products  This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents  Charles Schwab Hong Kong clients  Charles Schwab UK clients  © 2024 Charles Schwab & Co , Inc  All rights reserved  Member SIPC  Unauthorized access is prohibited  Usage will be monitored