NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

LINDA MOLINA
66-481 Kilioe Pl
Haleiwa, HI 96712

**Telephone Number:** 808-825-1403

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 23 2024
U.S. BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 500 77731

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

CHARLES SCHWAB
**Telephone Number:** 866-855-9102

**3. Date Equity Interest was acquired:**
10-01-2021 (20)
10-07-2021 (60)
12-12-2022 (3)
12-12-2022 (1)

**4. Total amount of member interest:** 84

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box:
☑ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** LINDA MOLINA
**Title:** MISS
**Company:** Address and telephone number (if different from notice address above): _____

**(Signature):** Linda Molina
**(Date):** 12-17-2024
**Telephone number:** 808-825-1403
**email:** lindamoline99@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Individual_XXX731_Transactions_20241217 035923

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT | META MATLS INC | 8 | | | |
| 01/29/2024 | Reverse Split | 59134N104 | META MATLS INC XXXREVERSE SPLIT EFF 01/29/24 | 719 | | | |
| 11/07/2023 as of 11/06/2023 | MoneyLink Transfer | | Tfr AMERICAN SAVINGS B LINDA C MOLINA | | | | $50 00 |
| 10/27/2023 | Buy | MMAT | META MATLS INC | 270 | $0 15 | | $40 15 |
| 10/24/2023 as of 10/23/2023 | MoneyLink Transfer | | Tfr American Savings B LINDA C MOLINA | | | | $40 00 |
| 10/24/2023 as of 10/23/2023 | MoneyLink Transfer | | Tfr AMERICAN SAVINGS B LINDA C MOLINA | | | | $40 00 |
| 10/23/2023 | Buy | MMAT | META MATLS INC | 270 | $0 15 | | $40 50 |
| 10/17/2023 as of 10/16/2023 | MoneyLink Transfer | | Tfr American Savings B LINDA C MOLINA | | | | $40 00 |
| 08/03/2023 | Buy | MMAT | META MATLS INC | 95 | $0 25 | | $24 03 |
| 07/27/2023 | MoneyLink Transfer | | Tfr American Savings B LINDA C MOLINA | | | | $25 00 |
| 05/30/2023 | Journaled Shares | | TDA TRAN  CASH MOVEMENT OF OUTGOING ACCOUNT TRANSFER | | | | $0 57 |
| 05/30/2023 | Journaled Shares | MMAT | TDA TRAN  TRANSFER OF SECURITY OR OPTION OUT (MMAT) | 84 | | | |
| 05/30/2023 | Journaled Shares | 6DA993019 | TDA TRAN  TRANSFER OF SECURITY OR OPTION OUT (6DA993019) | 135 | | | |
| 05/30/2023 | Internal Transfer | MMAT | META MATLS INC | 84 | | | |
| 05/30/2023 | Internal Transfer | 629999590 | NEXT BRIDGE HYDROCARBONS | 135 | | | |
| 05/30/2023 | Internal Transfer | | TDA TO CS&CO TRANSFER | | | | $0 57 |
| 01/03/2023 | Journaled Shares | 6DA993019 | TDA TRAN  MANDATORY  EXCHANGE (6DA993019) | 135 | | | |
| 01/05/2023 | Journaled Shares | 6DA993019 | TDA TRAN  MANDATORY  EXCHANGE (6DA993019) | 135 | | | |
| 12/30/2022 | Bond Interest | | TDA TRAN  FREE BALANCE INTEREST ADJUSTMENT | | | | $0 02 |
| 12/30/2022 | Journaled Shares | 6DA993019 | TDA TRAN  MANDATORY  EXCHANGE (6DA993019) | 135 | | | |
| 12/30/2022 | Journaled Shares | 5CT999019 | TDA TRAN  MANDATORY  EXCHANGE (5CT999019) | 135 | | | |
| 12/13/2022 | Journaled Shares | 5CT999019 | TDA TRAN  MANDATORY  EXCHANGE (5CT999019) | 135 | | | |
| 12/13/2022 | Journaled Shares | ZZZZP | TDA TRAN  MANDATORY  EXCHANGE (MMTLP) | 135 | | | |
| 12/12/2022 | Buy | MMAT | TDA TRAN  Bought 1 (MMAT) @1 3500 | 1 | $1 35 | | $1 35 |
| 12/12/2022 | Buy | MMAT | TDA TRAN  Bought 3 (MMAT) @1 3500 | 3 | $1 35 | | $4 05 |
| 12/13/2022 | Buy | ZZZZP | TDA TRAN  Bought  135 (MMTLP) @4 9800 | 135 | $4 98 | $6 95 | $679 25 |
| 12/07/2022 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $140 00 |
| 12/07/2022 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $98 00 |
| 12/07/2022 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $190 00 |
| 12/07/2022 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $243 00 |
| 10/07/2021 | Buy | MMAT | TDA TRAN  Bought 60 (MMAT) @5 0300 | 60 | $5 03 | | -$301 80 |
| 10/05/2021 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $300 00 |
| 10/01/2021 | Buy | MMAT | TDA TRAN  Bought 20 (MMAT) @5 5000 | 20 | $5 50 | | $110 00 |
| 10/01/2021 | MoneyLink Transfer | | TDA TRAN  CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $126 00 |

1

Lot-Details

MMATQ Lot Details for ...731 as of 06:52 PM ET 12/12/2024

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 10/27/2023 | 3.004 | $0.10 | $13.36 | $0.30 | $40.15 | $39.85 | 99.25% | Long Term |
| 10/23/2023 | 3.004 | $0.10 | $13.48 | $0.30 | $40.50 | $40.20 | 99.26% | Long Term |
| 08/03/2023 | 1.057 | $0.10 | $22.73 | $0.11 | $24.03 | $23.92 | 99.54% | Long Term |
| 12/ 2/2022 | 0.033 | $0.10 | $121.33 | $0.00 | $4.05 | $4.05 | 100% | Long Term |
| 12/ 2/2022 | 0.011 | $0.10 | $121.33 | $0.00 | $1.35 | $1.35 | 100% | Long Term |
| 10/07/2021 | 0.668 | $0.10 | $452.07 | $0.07 | $301.80 | $301.73 | 99.98% | Long Term |
| 10/01/2021 | 0.223 | $0.10 | $494.31 | $0.02 | $110.00 | $109.98 | 99.98% | Long Term |
| Total | 8 | | | $0.80 | $521.88 | $521.08 | 99.85% | |

1