NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792-hlb**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Patty May Jean MacLeod**
**4 Sweetbriar Gate**
**Eastern Passage, NS**
**B3G CA6   CANADA**

Telephone Number: **1-902-292-2807**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 23 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**07XFB3J - TD Waterhouse**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**Patty MacLeod**
**TD Waterhouse  3500 Steeles Ave E, Tower 2,**
**             2nd Floor. Markham Ont. L3R 0X1**
Telephone Number: **1-800-465-5463          Canada**

**3. Date Equity Interest was acquired:**
**Between 21/11/2022 - 26/01/2024**
**See Attached**

**4. Total amount of member interest:** **4001 shares for $1209.53 USD**

**5. Certificate number(s):** **See attached documentation**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Patty MacLeod**
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

**(Signature)** *YMacLeod*      **Dec. 1, 2024** (Date)

Telephone number: **1-902-292-2807** email **pattyhuskins7@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC**
**FOR: Patty MacLeod**

BROKER  TD Waterhouse (Canada)
ACCT # 07XFB3J
TRANSACTIONS (Pre-Reverse Split)

23/11/2022 Purchased 313 shares    $1 945/share  [$608 70 USD invested - $843 96 CAD including fees]

30/03/2023 Purchased 317 shares    $0 43/share  [$136 31 USD invested - $201 15 CAD including fees]

13/042023 Purchased 315 shares    $0 3175/share  [$100 01 USD invested - $148 93 CAD including fees]

01/05/2023 Purchased 440 shares    $0 185/share  [$81 40 USD invested - $125 74 CAD including fees]

02/10/2023 Purchased 390 shares    $0 2185/share  [$85 22 USD invested - $132 14 CAD including fees]

16/10/2023 Purchased 460 shares    $0 215/share  [$98 90 USD invested - $150 69 CAD including fees]

26/01/2024 Purchased 1,766 shares  $0 056/share  [$98 90 USD invested - $148 73 CAD including fees]

TOTAL SHARES HELD PRE-REVERSE SPLIT   4,001 [41 SHARES POST REVERSE SPLIT]

TOTAL MONIES INVESTED PRE-REVERSE SPLIT    $1,209 53 USD ($1,681 40 CAD)

[$1,751 33 CAD including fees – 7 transactions @$9 99/transaction]

** See Transaction documentation attached

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MRS  PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

## Transaction Confirmation

### Account number and type
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 21, 2022

▸ **For settlement on**  November 23, 2022
▸ **Processed on**  November 21, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC SJ-567679 | 313 | 1 945 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  608 79 |
| *Plus* | Commission | 9 99 |
| *Plus* | Premium on USD Funds converted at 36 39% | 225 17 |
| *Equals* | **Net transaction amount** | **CAD $843 95** |

**Ticker symbol  MMAT**
Security number  43665R
CUSIP ID  59134N104
Trade number  003481
Trade processed by  9HNS

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**Order execution account**
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

### Account number and type
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 30, 2023

▸ **For settlement on**  April 03, 2023
▸ **Processed on**  March 30, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC BK-595533 | 317 | 0 43 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  136 31 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at 37 49% | 54 85 |
| Trade number  001849 | | | |
| Trade processed by  9HNS | *Equals* **Net transaction amount** | | **CAD $201 15** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson, dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**Order execution account**
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

## Transaction Confirmation

**Account number and type**
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 13, 2023

▶ **For settlement on** April 17, 2023
▶ **Processed on** April 13, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC YK-597421 | 315 | 0 3175 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  100 01 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at | |
| Trade number  002990 | | 35 39% | 38 93 |
| Trade processed by  9HNS | | | |
| | | *Equals* **Net transaction amount** | **CAD $148 93** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

Order execution account
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

**Account number and type**
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 01, 2023

▸ **For settlement on** May 03, 2023
▸ **Processed on** May 01, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC OH-600090 | 440 | 0 185 | |

| | | |
|---|---|---|
| Ticker symbol  **MMAT** | Gross transaction amount | USD  81 40 |
| Security number  43665R | *Plus*   Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus*   Premium on USD Funds converted at | |
| Trade number  002740 | 37 59% | 34 35 |
| Trade processed by  9HNS | *Equals* **Net transaction amount** | **CAD $125 74** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
0006919 000004260 20230501 59134N104 43665R

Order execution account
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

## Transaction Confirmation

**Account number and type**
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 02, 2023

▸ **For settlement on**  October 04, 2023
▸ **Processed on**  October 02, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>NC-631335 | 390 | 0 2185 | |

| | | | | |
|---|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | | USD  85 22 |
| Security number  43665R | *Plus* | Commission | | 9 99 |
| CUSIP  D  59134N104 | *Plus* | Premium on USD Funds converted at 38 79% | | 36 93 |
| Trade number  001596 | | | | |
| Trade processed by  9HNS | *Equals* **Net transaction amount** | | | **CAD $132 14** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing TD Direct Investing**

**Order execution account**
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

**Account number and type**
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 16, 2023

▸ **For settlement on**  October 18, 2023
▸ **Processed on**  October 16, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC QY-634099 | 460 | 0 215 | |

| | | | |
|---|---|---|---|
| Ticker symbol  **MMAT** | | Gross transaction amount | USD  98 90 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N104 | *Plus* | Premium on USD Funds converted at | |
| Trade number 006509 | | 38 39% | 41 80 |
| Trade processed by  9HNS | *Equals* | **Net transaction amount** | **CAD $150 69** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto-Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing
TD Direct Investing**

Order execution account
No advice or recommendations provided

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MRS PATTY MAY JEAN MACLEOD
51 MIDYAT CRT
EASTERN PASSAGE NS  B3G 0E7

## Transaction Confirmation

**Account number and type**
07XFB3J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 26, 2024

▸ **For settlement on**  January 30, 2024
▸ **Processed on·** January 26, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC TL-658890 | 1,766 | 0 056 | |

| | | | |
|---|---|---|---|
| **Ticker symbol  MMAT** | | Gross transaction amount | USD  98 90 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at 36 59% | 39 84 |
| Trade number  003609 | | | |
| Trade processed by  9HNS | | *Equals* **Net transaction amount** | **CAD $148 73** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S  trades  For more information, see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc , a subsidiary of The Toronto Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing
TD Direct Investing**

Order execution account
No advice or recommendations provided