NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials Inc | Case Number<br>24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder")

   Andrew Gibbs
   5 Holly Road
   Golborne
   Warrington
   Cheshire UK
   WA3 3JT
   Telephone Number
   +44 7800 954434

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED

DEC 23 2024

U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor-An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>8590005 | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
   Trading 212 UK Ltd Aldermary House, 10-15 Queen Street
   London UK EC4N 1TX
   Telephone Number +44 020 38571320

3. Date Equity Interest was acquired
   2021
   Jan 14,25,27,29 Feb 2,17,24
   Mar 15 23 26 30 Apr 14 20,21
   May 3 Jun 15,21 22 28 Jul 8
   Aug 27
   2022
   Mar 3 May 19 Jun 2 24
   Aug 2 16 18 19 22 23,28
   Oct 28 Nov 1 3 11 17
   2023
   Feb 15 Jul 5 14 Oct 23 25

4. Total amount of member interest  130 0225843

5. Certificate number(s) _____

6. Type of Equity Interest
   Please indicate the type of Equity Interest you hold
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest
   Description Investor

7. Supporting Documents Attach copies of supporting documents, such as stock certificates option agreements warrants etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

8. Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

9. Signature
   Check the appropriate box
   ☒ I am the creditor   ☐ I am the creditor's authorized agent   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser or other codebtor
                         (Attach copy of power of attorney if any)   or their authorized agent         (See Bankruptcy Rule 3005 )
                                                                    (See Bankruptcy Rule 3004 )

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

   Print Name  ANDREW GIBBS
   Title  MR
   Company __ Address and telephone number (if different from notice address above)
   _____

   (Signature)  _____  December 14 2024 (Date)

   Telephone number                email

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*

# TRADING 212

| ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|
| JL173589B | 8041767 | Andrew Keith Gibbs |

## Confirmation of holdings
as of 13/12/2024

**Trading 212 Invest**
Holdings value: 147.27 GBP

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Meta Materials Inc | US59134N3026 | 130.0225843 | USD 0.1001 |
| Ryvyl Inc | ~~US05463G2048~~ | ~~12.48824~~ | USD 1.44 |
| NEXT BRIDGE HYDROCARBONS INC. – UNLISTED | ~~(redacted)~~ | ~~2009.25016~~ | USD 0 |

1/1

This document is electronically generated and it doesn't require signing.
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd. on behalf of the client as of the closing times of the respective exchanges on the specified date. This includes the closing of the US after-hours session, which may extend into the following day.
Prices are relevant to the closing prices at the end of the trading session for the specified date.

When investing, your capital is at risk. Investments can rise and fall and you may get back less than you invested. Trading 212 is a trading name of Trading 212 UK Ltd., Trading 212 Markets Ltd., Trading 212 AU PTY LTD and Trading 212 Ltd. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005) Registered address: Alcarmary House, 10-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146)

1/1