NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **META MATERIALS, INC**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Nuon Johnson**
   **7915 Westmoreland Ave**
   **Parkville MD 21234**

   Telephone Number: **410-967-3626**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 23 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK
   DLS

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**Robin Hood: 806 320 354, Webull 184 5ND34**
**CharlesSchwab: 593853800 225 82159**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **Please see Attached for Brokers**
   Telephone Number:

3. Date Equity Interest was acquired:
   **2/8/2021 - 2/1/2022**

4. Total amount of member interest: **32 shares for $16,643.59**

5. Certificate number(s): **See Attached**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: **Nuon Johnson**
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above): _____

   (Signature)  **12/18/2024** (Date)
   Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest supplemental Information:
Case No. 24-50792
For: Nuon Johnson

Broker: Robinhood
Account #: 806 320 354
Shares: 23
Cost: $8,953.03

Broker: Charles Schwab (Previously TD Ameritrade Account#: 497-432617 (Transferred))
Account #: 59385380022582159
Shares: 8
Cost: $6,623.60

Broker: Webull
Account #: 5ND34184
Shares: 1
Cost: $1,066.96

Total Shares: 32

Total cost: $ 16, 643.59

All shares listed above are after the reverse split.

## Lot Details: MMATQ – META MATLS INC CLASS EQUITY

🖨 Cost Basis Calculator   ❔ Help   ⬇ Export   🖨 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Lo: |
|---|---|---|---|---|---|---|---|
| 07/12/2021 | 0.503144 | $0.00001 | $391.96 | $0.00 | $197.21 | -$197.21 | -1 |
| 06/18/2021 | 2.465409 | $0.00001 | $1,222.31 | $0.00 | $3,013.50 | -$3,013.50 | -1 |
| 06/15/2021 | 2.520755 | $0.00001 | $1,028.53 | $0.00 | $2,592.68 | -$2,592.68 | -1 |
| 06/15/2021 | 0.040252 | $0.00001 | $1,122.18 | $0.00 | $45.17 | -$45.17 | -1 |
| 02/08/2021 | 2.47044 | $0.00001 | $313.73 | $0.00 | $775.04 | -$775.04 | -1 |
| **Total** | **8** | | | | **$6,623.60** | **-$6,623.60** | **-1** |

Name, Address of Brokers:

JP Morgan Chase/Account of Charles Schwab
211 Main Street
San Francisco, CA 94105

Robinhood Markets Inc
85 Willow Road, CA 94025
650-940-2700

Webull's Clearing Broker
Apex Clearing Corporation
350 N. St. Paul Suit 1300
Dallas, TX 75201

| Activity Date | Process Date | Settle Date | Instrument |
|---:|---:|---:|---|
| 1/31/2024 | 1/31/2024 | 1/31/2024 | MMATQ |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMATQ |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT |
| 2/1/2022 | 2/1/2022 | 2/3/2022 | MMAT |
| 2/1/2022 | 2/1/2022 | 2/3/2022 | MMAT |
| 2/1/2022 | 2/1/2022 | 2/3/2022 | MMAT |
| 2/1/2022 | 2/1/2022 | 2/3/2022 | MMAT |
| 12/21/2021 | 12/21/2021 | 12/23/2021 | MMAT |
| 7/6/2021 | 7/6/2021 | 7/6/2021 | MMAT |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | MMAT |

| | |
|---|---|
| Account # | 806 320 354 |
| Shares | 23 |
| Cost | $8,953.03 |

| Description | Trans Code | Quantity |
|---|---|---:|
| Meta Materials | SPR | 1 |
| Meta Materials | SPR | 22 |
| Meta Materials | SPR | 2250.9121S |
| Meta Materials | Buy | 0.193029 |
| Meta Materials | Buy | 535.081897 |
| Meta Materials | Buy | 568.193456 |
| Meta Materials | Buy | 0.800569 |
| Meta Materials | Buy | 727.643163 |
| CIL on 0.285 @ $9.34 - MMAT | CIL | |
| Meta Materials | SPR | 419 |

| Price | Amount |
|---|---|
| $1.86 | ($0.36) |
| $1.87 | ($999.64) |
| $1.76 | ($998.60) |
| $1.76 | ($1.40) |
| $2.75 | ($2,000.00) |
|  | $2.66 |

Track MMATQ with Webull Trading Assistant
Details >



# MMATQ
Meta Materials Inc

Open P&L(USD)  
-1,066.86 -99.99%

Day's P&L(USD)  
0.00 0.00%

Market Value  
0.10

Total Cost  
1,066.96

Average Price  
1,066.96

Quantity  
1

Position Ratio  
100.00%

Last Price  
0.1000

## Corporation Action Reminder

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 22 | 1.98 43.56 | 12/07/2022 13:56:23 EST |
| Buy 119 | 8.60 1,023.40 | 06/22/2021 11:38:06 EDT |

Sell to Close | Buy | Quotes