NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: META MATERIALS, INC | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DAVID JAMES
691 CORNWALLIS CT
MEDINA, OH 44256

Telephone Number: 440-602-2522

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**
RECEIVED AND FILED
DEC 23 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
5MW9015b

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
WEBULL
44 WALL STREET
2ND FLOOR
NEW YORK, NY 10005

Telephone Number: (888)828-0618

**3. Date Equity Interest was acquired:** BETWEEN 04/12/23-5/11/23
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 6200 SHARES FOR $2229.54

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.
☐ I am the trustee, or the debtor,
☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)
or their authorized agent.
(See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DAVID JAMES
Title:
Company: Address and telephone number (if different from notice address above):
(Signature) (Date) Telephone number: email:

_[signature]_  12/15/24   (440) 602-2522   NOMAD196JAMES@YAHOO.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Webull**
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number:** 5MW-90156          **Account Name:** DAVID T JAMES

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Interest/STTax | Tag Number | Net Amount | Trade# | CUSIP | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 02/10/23 | 02/14/23 | 100 | MMAT | 0.8289000 | 82.89 | 0.00 | 0.00 | 0.00 | 0.00 | L5562 | 82.89 | WEA0214 | 59134N104 | 6 | 1 |

Desc: META MATLS INC COMMON STOCK
Currency: USD          ReportedPX:          MarkUp/Down:
Trailer:

| 2 | S | 02/10/23 | 02/14/23 | 1 | MULN | 0.3463000 | 0.35 | 0.00 | 0.02 | 0.00 | 0.00 | L5139 | 0.33 | WEA0214 | 62526P109 | 6 | 1 |

Desc: MULLEN AUTOMOTIVE INC COMMON STOCK
Currency: USD          ReportedPX:          MarkUp/Down:
Trailer:

SUMMARY FOR CURRENT TRADE DATE:
|  |  |  |
|---|---|---|
| 02/10/23 | TOTAL SHARES BOUGHT: | 100.00 | TOTAL DOLLARS BOUGHT: | -82.89 |
|  | TOTAL SHARES SOLD: | -1.00 | TOTAL DOLLARS SOLD: | 0.33 |

ProcessDate:02/10/2023

Page: 1



**webull**
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number:** 5MW-90156    **Account Name:** DAVID T JAMES

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Interest/STTax | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 04/12/23 | 04/14/23 | 5,000 | MMAT | 0.3872000 | 1,936.00 | 0.00 | 0.00 | 0.00 | 0.00 | Z8731 | 1,936.00 | WEA0414 59134N104 | 6 | 1 |

Desc: META MATLS INC COMMON STOCK
Currency: USD    ReportedPX:                                                                    MarkUp/Down:                                 CUSIP:
Trailer:

| 2 | S | 04/12/23 | 04/14/23 | 641 | BOIL | 3.2300000 | 2,070.43 | 0.00 | 0.11 | 0.00 | 0.00 | Z2838 | 2,070.32 | WEA0414 74347Y870 | 6 | 1 |

Desc: PROSHARES TRUST II PROSHARES ULTRA BLOOMBERG NATURAL GAS
Currency: USD    ReportedPX:                                                                    MarkUp/Down:                                 CUSIP:
Trailer:

SUMMARY FOR CURRENT TRADE DATE:    04/12/23
TOTAL SHARES BOUGHT:    5,000.00    TOTAL DOLLARS BOUGHT:    -1,936.00
TOTAL SHARES SOLD:    -641.00    TOTAL DOLLARS SOLD:    2,070.32

ProcessDate:04/12/2023                                                                                                                                      Page: 1