NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

RECEIVED AND FILED
DEC 23 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Ori Pejo
   8808 Garfield Street
   Bethesda, MD
   20817

   Telephone Number: 301-922-9528

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
RHS 668893787

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Ori Pejo    85 Willow Rd, Menlo Park, CA 94025

   Telephone Number: 1(650)761-7789

3. **Date Equity Interest was acquired:**

   Between 07/8/2021 - 11/13/2023
   See Attached Documentation

4. **Total amount of member interest:** 43200 shares

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ori Pejo
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Ori Pejo*    (Date) 12/16/2024

Telephone number: 301-922-9528    email: Ori.Pejo@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Meta Materials Limit Buy**
13-Nov-23
**$133.90**
1,300 shares at $0.103

**Meta Materials Limit Buy**
7-Nov-23
**$2,869.58**
27,000 shares at $0.1063

**MMAT Preferred Shares Limit Sell**
9-Dec-22
**Rejected**

**Meta Materials Market Buy**
25-Nov-22
**$103.45**
52 shares at $1.99

**Meta Materials Market Buy**
21-Nov-22
**$2,315.25**
1,050 shares at $2.21

**Meta Materials Market Buy**
12-Oct-22
**$533.50**
530 shares at $1.01

**Meta Materials Market Buy**
12-Oct-22
**$606.05**
660 shares at $0.9183

**Meta Materials Market Buy**
12-Oct-22
**$289.41**
340 shares at $0.8512

**Meta Materials Market Buy**
11-Oct-22
**$39.03**
50 shares at $0.7805

**Meta Materials Market Buy**
11-Oct-22
**$961.10**
1,222 shares at $0.7865

**Meta Materials Market Buy**
7-Oct-22
**$47.95**
73 shares at $0.6569

**Meta Materials Market Buy**
7-Oct-22
**$966.75**
1,407 shares at $0.6871

**Meta Materials Market Buy**
31-Aug-22
**$367.29**
438 shares at $0.8386

**Meta Materials Market Buy**
15-Aug-22
**$1,088.67**
1,111 shares at $0.9799

**Meta Materials Market Buy**
10-Aug-22
**$47.12**
50 shares at $0.9425

**Meta Materials Market Buy**
10-Aug-22
**$954.00**
1,060 shares at $0.90

**Meta Materials Market Buy**
17-Feb-22
**$54.15**
30 shares at $1.81

**Meta Materials Market Buy**
17-Feb-22
**$940.52**
520 shares at $1.81

**Meta Materials Market Buy**
9-Feb-22
**$14.55**
8 shares at $1.82

**Meta Materials Market Buy**
7-Jan-22
**$36.72**
15 shares at $2.45

**Meta Materials Market Buy**
7-Jan-22
**$1,004.15**
407 shares at $2.47

**Meta Materials Market Buy**
3-Jan-22
**$954.31**
335 shares at $2.85

**Meta Materials Market Buy**
20-Dec-21
**$28.71**
11 shares at $2.61

**Meta Materials Market Buy**
19-Nov-21
**$1,313.46**
300 shares at $4.38

**Meta Materials Market Buy**
8-Nov-21
**$1,029.58**
200 shares at $5.15

**Meta Materials Market Buy**
2-Nov-21
**$5,018.00**
1,000 shares at $5.02

**Meta Materials Market Buy**
1-Nov-21
**$1,013.66**
200 shares at $5.07

**Meta Materials Market Buy**
29-Oct-21
**$1,378.50**
300 shares at $4.60

**Meta Materials Market Buy**
28-Oct-21
**$3,684.00**
800 shares at $4.61

**Meta Materials Market Buy**
8-Oct-21
**$621.87**
114 shares at $5.46

**Meta Materials Market Buy**
5-Oct-21
**$1,289.58**
250 shares at $5.16

**Meta Materials Market Buy**
27-Sep-21
**$28.60**
5 shares at $5.72

**Meta Materials Market Buy**
23-Sep-21
**$10.26**
2 shares at $5.13

**Meta Materials Market Buy**

14-Sep-21

**$538.51**

98 shares at $5.50

**Meta Materials Market Buy**

3-Sep-21

**$3,284.58**

600 shares at $5.47

**Meta Materials Market Buy**

2-Sep-21

**$15.75**

3 shares at $5.25

**Meta Materials Market Buy**

25-Aug-21

**$11.33**

3 shares at $3.78

**Meta Materials Market Buy**

8-Jul-21

**$87.83**

15 shares at $5.86

**Meta Materials Market Buy**

8-Jul-21

**$1,496.47**

255 shares at $5.87