NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Steven Inneh
   7512 Parkwood Ct Apt 303
   Falls Church, Virginia 22042

   Telephone Number: 954-483-3801

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED DLS
AND FILED

DEC 27 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 221269396

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Steven Inneh
   P.O. box 770001 Cincinnati, OH 45277-0036

   Telephone Number: 1-800-343-3548

3. **Date Equity Interest was acquired:**
   Between 07-08-2021 to 06-12-2024
   See attached documentation.

4. Total amount of member interest: 1466.16 Shares (Post-Split) for $73,743.22

5. Certificate number(s): See attached documentation.

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Steven Inneh
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) [signed]   (Date) 12/21/24

Telephone number: 954-483-3801   email: steveninneh@yahoo.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

Proof of Interest Supplemental Information:

Case: 24-50792, Meta Materials, INC.

For: Steven Inneh

Broker: Fidelity Investments

Account Number: 221269396 (Roth)

Transactions: multiple purchases between the dates of 07-08-2021 to 06-12-2024

Total shares held post reverse split: 1284.16 shares

Total monies invested: $41,800.93

Broker: Webull

Account Number: (5JU78131)

Transactions: multiple purchases between the dates of 06-24-2021 to 03-4-2024

Total shares held pre-reverse split: 18,100

Total shares held post reverse split: 202 shares

Total monies invested: $31,942.29

Total Invested: $73,743.22

**See transaction documentation attached



META MATERIALS INC...     $0.00    0.00%    2,440.967    $258,812.18
$106.03 / Share

**Account Total**

**ROTH IRA**  243206564

**MMATQ**
META MATERIALS INC...    $0.00    $0.00    0.00%    —    —
              $0.00  -$12,557.41
              0.00%  -100.00%    $0.00    0.00%    101    $12,557.41
                                                        $124.33 / Share

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-26-2024 | Short | -$4.27 | -100% | $0.00 | 2 | $2.13 | $4.27 |
| Oct-04-2023 | Long | -$0.11 | -100% | $0.00 | 0.005 | $22.00 | $0.11 |
| Oct-04-2023 | Long | -$29.37 | -100% | $0.00 | 1.347 | $21.80 | $29.37 |
| Sep-07-2023 | Long | -$2.93 | -100% | $0.00 | 0.13 | $22.54 | $2.93 |

| Date | Position | Cost Basis | % Change | Value | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|
| Sep-07-2023 | Long | -$136.13 | -100% | $0.00 | 6.037 | $22.55 | $136.13 |
| Aug-08-2023 | Long | -$0.21 | -100% | $0.00 | 0.008 | $26.25 | $0.21 |
| Aug-08-2023 | Long | -$0.52 | -100% | $0.00 | 0.02 | $26.00 | $0.52 |
| Aug-08-2023 | Long | -$54.55 | -100% | $0.00 | 2.126 | $25.66 | $54.55 |
| Jul-07-2023 | Long | -$13.94 | -100% | $0.00 | 0.718 | $19.42 | $13.94 |
| Jul-07-2023 | Long | -$0.12 | -100% | $0.00 | 0.006 | $20.00 | $0.12 |
| Jun-05-2023 | Long | -$1.61 | -100% | $0.00 | 0.07 | $23.00 | $1.61 |
| May-03-2023 | Long | -$31.79 | -100% | $0.00 | 1.706 | $18.63 | $31.79 |
| Apr-05-2023 | Long | -$0.42 | -100% | $0.00 | 0.01 | $42.00 | $0.42 |
| Apr-05-2023 | Long | -$52.08 | -100% | $0.00 | 1.237 | $42.10 | $52.08 |
| Mar-03-2023 | Long | -$0.40 | -100% | $0.00 | 0.006 | $66.67 | $0.40 |
| Mar-03-2023 | Long | -$55.23 | -100% | $0.00 | 0.878 | $62.90 | $55.23 |
| Feb-03-2023 | Long | -$117.83 | -100% | $0.00 | 1.227 | $96.03 | $117.83 |
| Feb-03-2023 | Long | -$0.03 | -100% | $0.00 | --- | --- | $0.03 |
| Jan-05-2023 | Long | -$1.02 | -100% | $0.00 | 0.009 | $113.33 | $1.02 |
| Jan-05-2023 | Long | -$304.20 | -100% | $0.00 | 2.595 | $117.23 | $304.20 |
| Nov-08-2022 | Long | -$0.67 | -100% | $0.00 | 0.005 | $134.00 | $0.67 |
| Nov-08-2022 | Long | -$14.96 | -100% | $0.00 | 0.11 | $136.00 | $14.96 |
| Oct-05-2022 | Long | -$19.76 | -100% | $0.00 | 0.299 | $66.09 | $19.76 |
| Oct-05-2022 | Long | -$0.40 | -100% | $0.00 | 0.006 | $66.67 | $0.40 |
| Sep-07-2022 | Long | -$29.97 | -100% | $0.00 | 0.369 | $81.22 | $29.97 |
| Aug-04-2022 | Long | -$93.69 | -100% | $0.00 | 0.998 | $93.88 | $93.69 |
| Aug-04-2022 | Long | -$33.73 | -100% | $0.00 | 0.359 | $93.96 | $33.73 |
| Aug-04-2022 | Long | -$0.74 | -100% | $0.00 | 0.008 | $92.50 | $0.74 |
| Aug-03-2022 | Long | -$91.00 | -100% | $0.00 | 0.998 | $91.18 | $91.00 |
| Jul-06-2022 | Long | -$217.30 | -100% | $0.00 | 2.046 | $106.21 | $217.30 |

| Date | Position | | | | | |
|---|---|---|---|---|---|---|
| May-12-2022 | Long | -$1.19 | -100% | $0.00 | 0.01 | $119.00 | $1.19 |
| May-12-2022 | Long | -$0.55 | -100% | $0.00 | 0.005 | $110.00 | $0.55 |
| Apr-28-2022 | Long | -$185.00 | -100% | $0.00 | 1.477 | $125.25 | $185.00 |
| Apr-22-2022 | Long | -$299.25 | -100% | $0.00 | 2.245 | $133.30 | $299.25 |
| Apr-11-2022 | Long | -$1.49 | -100% | $0.00 | 0.01 | $149.00 | $1.49 |
| Apr-11-2022 | Long | -$0.38 | -100% | $0.00 | 0.003 | $126.67 | $0.38 |
| Apr-11-2022 | Long | -$4,562.03 | -100% | $0.00 | 30.566 | $149.25 | $4,562.03 |
| Apr-11-2022 | Long | -$506.57 | -100% | $0.00 | 3.393 | $149.30 | $506.57 |
| Apr-11-2022 | Long | -$0.52 | -100% | $0.00 | 0.003 | $173.33 | $0.52 |
| Apr-11-2022 | Long | -$298.98 | -100% | $0.00 | 1.976 | $151.31 | $298.98 |
| Apr-08-2022 | Long | -$0.63 | -100% | $0.00 | 0.004 | $157.50 | $0.63 |
| Apr-08-2022 | Long | -$15.20 | -100% | $0.00 | 0.1 | $152.00 | $15.20 |
| Apr-07-2022 | Long | -$1.45 | -100% | $0.00 | 0.01 | $145.00 | $1.45 |
| Apr-07-2022 | Long | -$5,375.19 | -100% | $0.00 | 35.865 | $149.87 | $5,375.19 |

Show Less  &lt; 1 &gt;

**Account Total**

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201



Webull
Webull Financial LLC

Account Number: 5JU-78131

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

STEVEN INNEH



## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are cancelled by Apex each business day (cancelled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex, your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes: | Account Types | Currency Codes: | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange    7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American    8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges    Stock Dividends, Redemptions, | X#B = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or less on the transaction |
| 4-Mutual Funds    "Reorgs" or Tenders | X#S = Cancel Sell | 4- Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options    9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction. |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| MEMBER FINRA, SIPC & NYSE (214) 765-1055  TAX ID #13-2967453 | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |
| | | 9-RVP/DVP | Add'l Currencies | 67 – Riskless Principal |
| S1010B81 - 05/21 | | | Contact your broker | A – As Agency |
| | | | | B – As Principal |



**webull**
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5JU-78131**         **Account Name: STEVEN INNEH**

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade # | M C K A T P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 01/23/24 | 01/25/24 | 2,000 | MMAT | 0.0585000 | 117.00 | 0.00 | 0.00 | 0.00 | F2653 | 117.00 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 2,900 | MMAT | 0.0585000 | 169.65 | 0.00 | 0.00 | 0.00 | F3658 | 169.65 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 2,447 | MMAT | 0.0584000 | 142.90 | 0.00 | 0.00 | 0.00 | F3754 | 142.90 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 2,500 | MMAT | 0.0585000 | 146.25 | 0.00 | 0.00 | 0.00 | F3804 | 146.25 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 4,700 | MMAT | 0.0585000 | 274.95 | 0.00 | 0.00 | 0.00 | F4337 | 274.95 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 3,483 | MMAT | 0.0570980 | 198.87 | 0.00 | 0.00 | 0.00 | W3833 | 198.87 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | B | 01/23/24 | 01/25/24 | 35 | MMAT | 0.0612000 | 2.14 | 0.00 | 0.02 | 0.00 | J2116 | 2.12 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |
| 1 | S | 01/23/24 | 01/25/24 | 18,100 | MMAT | 0.0582000 | 1,053.42 | 0.00 | 3.01 | 0.00 | J3435 | 1,050.41 | WEA0125 | 6 1 |
| Desc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: 0.00 | | CUSIP: 59134N104 | | |
| Currency: USD | | | | | | ReportedPX: | | | MarkUp/Down: | | | | | |
| Trailer: | | | | | | | | | | | | | | |

ProcessDate: 01/23/2024                                                                                                                 Page: 1

Account Number: 5JU-78131     Account Name: STEVEN INNEH

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SUMMARY FOR CURRENT TRADE DATE: 01/23/24
TOTAL SHARES BOUGHT: 18,030.00    TOTAL DOLLARS BOUGHT: -1,049.62
TOTAL SHARES SOLD: -18,135.00    TOTAL DOLLARS SOLD: 1,052.53

ProcessDate:01/23/2024

Page: 2