NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| **Name of Debtor:** META MATERIALS INC | **Case Number:** 24-7204 | **PROOF OF INTEREST** |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Charlotte Raymond
9281 SW 102nd Place
Ocala, FL 34481

Telephone Number: 863-266-9669

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or of the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

24-50792

RECEIVED AND FILED
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

Charles Schwab

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab
200 S. 108 AV
Omaha, Nebraska 68154
Telephone Number: 800-935-4000

**3. Date Equity Interest was acquired:**
Oct. 4, 2021    Nov. 12, 2021
Nov. 4, 2021    Nov. 12, 2021

**4. Total amount of member interest:** $1,748.47

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:   Invester
Description:

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Charlotte Raymond
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Charlotte Raymond   (Date) 12/16/24

Telephone number: 863-266-9669   email: ATRiumJR 352@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

## Statement for Account # 426-474236
### 11/01/21 - 11/30/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/11/21 | 11/15/21 | Cash | Buy - Securities Purchased | OCUGEN INC COM | OCGN | 10 | 8.0493 | (80.49) | 310.51 |
| 11/11/21 | 11/15/21 | Cash | Sell - Securities Sold | AQUESTIVE THERAPEUTICS INC COM Regulatory Fee 0.01 | AQST | 50- | 6.3301 | 316.50 | 627.01 |
| 11/15/21 | 11/17/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (627.01) | 0.00 |
| 11/15/21 | 11/16/21 | Cash | Sell - Securities Sold | SUNDIAL GROWERS INC COM Regulatory Fee 0.01 | SNDL | 100- | 0.8733 | 87.32 | 87.32 |
| 11/16/21 | 11/16/21 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 100 | 4.73 | (473.00) | (623.18) |
| 11/12/21 | 11/16/21 | Cash | Buy - Securities Purchased | META MATERIALS INC COM Regulatory Fee 0.01 | MMAT | 50 | 4.7499 | (237.50) | (150.18) |
| 11/12/21 | 11/16/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 623.18 | 0.00 |
| 11/16/21 | 11/16/21 | Cash | Sell - Securities Sold | TESLA INC COM Regulatory Fee 0.01 | TSLA | 1- | 994.768 | 994.76 | 994.76 |
| 11/12/21 | 11/16/21 | Cash | Buy - Securities Purchased | SPI ENERGY CO LTD COM Regulatory Fee 0.01 | SPI | 50 | 5.6699 | (283.00) | 711.76 |
| 11/17/21 | 11/17/21 | Cash | Sell - Securities Sold | SPI ENERGY CO LTD COM | SPI | 50- | 6.89 | 344.49 | 344.49 |
| 11/17/21 | 11/17/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (711.76) | 0.00 |
| 11/17/21 | 11/17/21 | Cash | Buy - Securities Purchased | OCUGEN INC COM | OCGN | 20 | 7.87 | (157.40) | 187.09 |
| 11/19/21 | 11/19/21 | Cash | Div/Int - Income | ENERGY TRANSFER LP COM UNITS REP LTD PTN INT Payable: 11/19/2021 MLP Return of Capital  6.10 | ET | - | 0.00 | 6.10 | 193.19 |
| 11/19/21 | 11/19/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (193.19) | 0.00 |
| 11/19/21 | 11/23/21 | Cash | Buy - Securities Purchased | MARATHON OIL CORPORATION COM | MRO | 10 | 15.08 | (150.80) | (150.80) |

**Statement for Account # 426-474236**
11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| OCUGEN INC COM | OCGN | 70 | 6.34 | 443.80 | 11/04/21 | 631.67 | $ 9.02 | (187.87) | - | - |
| **Total Stocks** | | | | **$4,619.68** | | **$4,960.70** | | **$(341.02)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$4,619.68** | | **$4,960.70** | | **$(341.02)** | **$0.00** | **0.0%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 11/01/21 | 11/02/21 | Cash | Buy - Securities Purchased | ILUSTRATO PICTURES INTL INC COM Commission/Fee 6.95 | ILUS | 1,500 | $ 0.3668 | $ (557.15) | (557.15) |
| 11/01/21 | 11/02/21 | Cash | - Contributions | ACH IN | | | | 2,000.00 | 1,442.85 |
| 11/02/21 | 11/02/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 0.00 | 0.00 |
| 11/02/21 | 11/04/21 | Cash | Buy - Securities Purchased | NETLIST INC COM Commission/Fee 6.95 | NLST | 100 | 7.41 | (747.95) | (747.95) |
| 11/04/21 | 11/04/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 747.95 | 0.00 |
| 11/04/21 | 11/08/21 | Cash | Buy - Securities Purchased | OCUGEN INC COM | OCGN | 10 | 10.66 | (106.60) | (106.60) |
| 11/04/21 | 11/08/21 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 60 | 5.04 | (302.40) | (409.00) |
| 11/04/21 | 11/08/21 | Cash | Buy - Securities Purchased | AQUESTIVE THERAPEUTICS INC COM | AQST | 50 | 6.0699 | (303.50) | (712.50) |
| 11/04/21 | 11/08/21 | Cash | Buy - Securities Purchased | OCUGEN INC COM | OCGN | 10 | 10.41 | (104.10) | (816.60) |
| 11/05/21 | 11/08/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 816.60 | 0.00 |
| 11/05/21 | 11/09/21 | Cash | Sell - Securities Sold | ENERGY TRANSFER LP COM UNITS REP LTD PTN INT | ET | 40- | 9.29 | 371.60 | 371.60 |

## Statement for Account # 426-474236
### 10/01/21 - 10/31/21

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| MIRIM PHARMACEUTICALS INC COM | MIRM | 40 | 15.88 | 635.20 | 10/01/21 | 762.40 | 19.06 | (127.20) | - | - |
| SUNDIAL GROWERS INC COM | SNDL | 100 | 0.65 | 65.00 | 08/25/21 | 77.59 | 0.78 | (12.59) | - | - |
| **Total Stocks** | | | | $2,557.31 | | $2,738.14 | | $(180.83) | $24.40 | 1.0% |
| **Total Cash Account** | | | | $2,557.31 | | $2,738.14 | | $(180.83) | $24.40 | 1.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | $ 0.00 | $ 0.00 |
| 10/01/21 | 10/04/21 | Cash | Journal - Contributions | ACH IN PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 0.00 | $ 550.00 | 550.00 |
| 10/04/21 | 10/04/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (550.00) | 0.00 |
| 10/01/21 | 10/05/21 | Cash | Buy - Securities Purchased | MIRIM PHARMACEUTICALS INC COM | MIRM | 40 | 19.0599 | (762.40) | (762.40) |
| 10/05/21 | 10/05/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 762.40 | 0.00 |
| 10/04/21 | 10/06/21 | Cash | Buy - Securities Purchased | AMER BATTERY TECHNOLOGY CO COM Commission/Fee 6.95 | ABML | 200 | 1.585 | (323.95) | (323.95) |
| 10/06/21 | 10/06/21 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 40 | 5.3399 | (213.60) | (537.55) |
| 10/06/21 | 10/06/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 537.55 | 0.00 |
| 10/07/21 | 10/07/21 | Cash | Journal - Contributions | ACH IN PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 1,300.00 | 1,300.00 |
| 10/07/21 | 10/07/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,300.00) | 0.00 |