NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: | Case Number: |
|---|---|
| Meta Material Inc. | 24-50792-hlb |

**1.  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Josue Allen medina 18 RES LA MONTANAa APt 163 Aguadilla PuertoRico 00603

Telephone Number:
1(787)387-2563

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 27 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 4 digits: 4411 and Account No. (RHS) 469222285 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Telephone Number:

**3.  Date Equity Interest was acquired:** See AttAched TRCH CUS.i.P: 88102U103 MMAT Preferred Shares CUS.i.P: 59134N263 MMAT CUS.i.P: 59134N104 MMATQ CUS.i.P: 59134N302 Next Bridge Hydrocarbons Com tha CUS.P: 59134U371

**4.  Total amount of member interest:** 695 X 100=6,900Sx2(3.1) **5.  Certificate number(s):** See AttAched Document Buy(13,800)Share/2=6,900Share/100=69Share for $136,620(Jun 25,2021)max Value $11860 each

**6.  Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.  Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.  Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:** Josue Allen
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Josue Allen medina
Title: Ind. Udua(
Company: Address and telephone number (if different from notice address above):

_____
_____

(Signature) Josue Allen    (Date)

Telephone number: (787)357-256 email: jam7873872563@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

**Fill in this information to identify the case:**

Debtor 1          Meta Material Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Nevada

Case number    24-50792-hlb

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Josue Allen Medina | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor  4 digits: 4411 and Account No. (RHS) 469222285 | |
| 2. **Has this claim been acquired from someone else?** | ☑ No | |
| | ☐ Yes.  From whom? _____ | |

| 3. **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Josue Allen Medina | |
| | Name | Name |
| | 18 RES LA MONTANA APT 163 | |
| | Number         Street | Number         Street |
| | AGUADILLA        PR        00603 | |
| | City              State        ZIP Code | City              State        ZIP Code |
| | Contact phone  1(787)387-2563 | Contact phone _____ |
| | Contact email jam7873872563@gmail.com | Contact email _____ |
| | | |
| | Uniform claim identifier (if you use one): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| | | |
|---|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No | |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No | |
| | ☐ Yes.  Who made the earlier filing? _____ | |

Official Form 410                                    **Proof of Claim**                                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $695X100=6,900 5X2=13,800?

*(handwritten)* lose in Call

Buy 13,800 share /2 = 6900 share /100 = 69

share for $136,620 (Jun 25, 2021) Mayor valve $1,980 Each

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

☑ *(handwritten)* Check this box if your Equity Interest is based on an actual member Interest held in the Debtor

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                  $_____

Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured:     $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:        $_____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.        $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410                                  Proof of Claim                                  page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/18/2024
                  MM / DD / YYYY

Signature  *Josue Allen*

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Josue Allen Medina | | |
| | First name | Middle name | Last name |
| Title | Individual | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 18 RES LA MONTANA APT 163 | | |
| | Number          Street | | |
| | AGUADILLA | PR | 00603 |
| | City | State | ZIP Code |
| Contact phone | 1(787)387-2563 | Email | jam7873872563@gmail.com |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

End date: 12/21/2024

**JOSUE ALLEN** Account #:469222285

Res La Montaña, Apt 163 Bldg 18, Aguadilla, PR 00603

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| MMAT Preferred Shares CUSIP: 59134N203 | | Margin | MRGS | 12/13/2022 | 1,950S | | | |
| CIL on 0.297 @ $0.87 - MMTLP | MMTLP | Margin | CIL | 10/15/2021 | | | | $0.26 |
| MMAT Preferred Shares CUSIP: 59134N203 | | Margin | SOFF | 07/07/2021 | 1,950 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/21/2024

**JOSUE ALLEN** Account #:469222285
Res La Montaña, Apt 163 Bldg 18, Aguadilla, PR 00603

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 6,819.9000174S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/19/2024 | 1 | $0.0700 | $0.07 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/16/2024 | 1 | $0.0581 | $0.06 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/09/2024 | 1 | $0.0646 | $0.06 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/05/2024 | 3 | $0.0642 | $0.19 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/20/2023 | 2 | $0.0695 | $0.14 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2023 | 1 | $0.0606 | $0.06 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/05/2023 | 2 | $0.0705 | $0.14 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 4 | $0.0929 | $0.37 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 200 | $0.0930 | $18.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 100 | $0.0930 | $9.30 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 504 | $0.0930 | $46.87 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 498 | $0.0930 | $46.31 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/20/2023 | 2 | $0.0930 | $0.19 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2023 | 1,032 | $0.0915 | $94.43 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2023 | 2 | $0.0920 | $0.18 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/01/2023 | 837 | $0.1193 | $99.85 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/28/2023 | 1 | $0.2023 | $0.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/14/2023 | 4 | $0.2224 | $0.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/14/2023 | 82 | $0.2221 | $18.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/14/2023 | 1 | $0.2219 | $0.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/05/2023 | 13 | $0.2219 | $2.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/05/2023 | 5 | $0.2349 | $1.17 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/15/2023 | 1 | $0.2339 | $0.23 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/14/2023 | 4 | $0.2432 | $0.97 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/28/2023 | 9 | $0.2245 | $2.02 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/18/2023 | 10 | $0.1940 | $1.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/18/2023 | 11 | $0.1932 | $2.13 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/11/2023 | 1 | $0.1886 | $0.19 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/11/2023 | 10 | $0.1885 | $1.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2023 | 6 | $0.1773 | $1.06 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/21/2023 | 1 | $0.2051 | $0.21 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/13/2023 | 9 | $0.2282 | $2.05 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/09/2023 | 13 | $0.2329 | $3.03 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/02/2023 | 1 | $0.2070 | $0.21 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/02/2023 | 4 | $0.2070 | $0.83 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/01/2023 | 1 | $0.2106 | $0.21 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/24/2023 | 1 | $0.2525 | $0.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/23/2023 | 4 | $0.2801 | $1.12 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/11/2023 | 4 | $0.2184 | $0.87 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/10/2023 | 5 | $0.2245 | $1.12 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/28/2023 | 5 | $0.1869 | $0.93 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/27/2023 | 1 | $0.1970 | $0.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/27/2023 | 20 | $0.1979 | $3.96 | |
| Stock Lending August Payment Weighted Average Return Rate: 1.50% | MMAT | Margin | SLIP | 09/07/2023 | | | | $1.67 |
| Stock Lending July Payment Weighted Average Return Rate: 1.50% | MMAT | Margin | SLIP | 08/05/2022 | | | | $1.29 |
| Stock Lending June Payment Weighted Average Return Rate: 1.50% | MMAT | Margin | SLIP | 07/07/2022 | | | | $1.58 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 744.157251 | $1.9383 | $1,442.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 141.3161195 | $1.9450 | $274.86 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 347.52816 | $1.9176 | $666.42 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 0.219321 | $1.9150 | $0.42 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 83.931758 | $1.9050 | $159.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/09/2022 | 0.605744 | $1.9200 | $1.16 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/09/2022 | 23.247311 | $1.8600 | $43.24 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/09/2022 | 33 | $1.7150 | $56.60 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/03/2022 | 101 | $1.6247 | $164.09 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/03/2022 | 151 | $1.6600 | $250.66 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/03/2022 | 100 | $1.6600 | $166.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/03/2022 | 0.974647 | $1.7800 | $1.73 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/02/2022 | 211 | $1.7663 | $372.69 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/02/2022 | 48 | $1.7200 | $82.56 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/02/2022 | 100 | $1.7374 | $173.74 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/02/2022 | 300 | $1.7366 | $520.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/02/2022 | 3.920634 | $1.8900 | $7.41 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/28/2022 | 11.957142 | $1.4000 | $16.74 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/28/2022 | 0.430107 | $1.3950 | $0.60 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 08/12/2021 | 7 | $3.3800 | $23.66 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 10.607187 | $4.0350 | $42.80 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 Bulk Equity Order Allocation Execution | MMAT | Margin | Buy | 07/14/2021 | 0.253447 | $3.9456 | $1.00 | |
| Meta Materials CUSIP: 59134N104 Bulk Equity Order Allocation Execution | MMAT | Margin | Buy | 07/13/2021 | 0.274033 | $3.6492 | $1.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/09/2021 | 1.998003 | $5.0100 | $10.01 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/09/2021 | 0.117882 | $5.0050 | $0.59 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/07/2021 | 1.5625 | $6.4000 | $10.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/06/2021 | 0.19914 | $6.9800 | $1.39 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | CIL | 07/06/2021 | | | | $1.39 |
| CIL on 0.149 @ $9.34 ~ MMAT | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/02/2021 | 3 | $6.9450 | $20.84 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/02/2021 | 0.599712 | $6.9450 | $4.16 | |
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 975 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1768825

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

**JOSUE ALLEN** Account #:469222285
Res La Montaña, Apt 163 Bldg 18, Aguadilla, PR 00603

End date: 12/21/2024

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | |
| Meta Materials CUSIP: 59134N302 | | Margin | SPR | 01/29/2024 | 68 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/21/2024
**JOSUE ALLEN** Account #:469222285
Res La Montaña, Apt 163 Bldg 18, Aguadilla, PR 00603

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Name change 1950 shares of 59194371 | | Margin | SXCH | 03/27/2024 | 1,950S | | | |
| Next Bridge Hydrocarbons Contra CUSIP: 59194371 | | Margin | MRGS | 12/13/2022 | 1,950 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/21/2024
JOSUE ALLEN Account #:469222285
Res La Montaña, Apt 163 Bldg 18, Aguadilla, PR 00603

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 1,950.297428S | | | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 0.297428 | $7.1950 | $2.14 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 1,950 | $7.5000 | $14,625.00 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Sell | 06/22/2021 | 12.804408 | $7.9114 | | $101.30 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 11.975672 | $7.8100 | $93.53 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 0.793945 | $7.8050 | $6.20 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 0.034791 | $7.7950 | $0.27 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Sell | 06/22/2021 | 1,892 | $7.5710 | | $14,324.02 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Sell | 06/22/2021 | 0.243051 | $7.5700 | | $1.84 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 3.715498 | $9.4200 | $35.00 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 28.773045 | $9.2299 | $265.57 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 0.140846 | $9.2299 | $1.30 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/18/2021 | 5.645252 | $6.1999 | $35.00 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 0.428794 | $3.1950 | $1.37 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/10/2021 | 3.686783 | $2.1889 | $8.07 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/09/2021 | 1.995495 | $2.2200 | $4.43 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/09/2021 | 0.004514 | $2.2150 | $0.01 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/08/2021 | 1.995633 | $2.2900 | $4.57 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/08/2021 | 0.026268 | $2.2850 | $0.06 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/03/2021 | 4.654275 | $2.6800 | $12.52 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/02/2021 | 0.431372 | $2.8100 | $1.21 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/02/2021 | 1.996197 | $2.6300 | $5.25 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/02/2021 | 0.63619 | $2.6250 | $1.67 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/01/2021 | 15.886718 | $2.5600 | $40.67 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/01/2021 | 18.966037 | $2.6500 | $50.26 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/01/2021 | 0.428111 | $2.6450 | $1.13 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 02/24/2021 | 1,801.790035 | $2.8100 | $5,063.03 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 02/24/2021 | 0.040998 | $2.8050 | $0.11 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 02/23/2021 | 1 | $2.7289 | $2.73 | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762826