NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

KAHLYA SIMS
4905 34TH ST SOUTH
SUITE 178
SAINT PETERSBURG, FL 33711

Telephone Number: 513-766-1916

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: TD 498-207908 AND SCHWAB 4255-6146

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
KAHLYA SIMS
TD AMERITRADE NOW : CHARLES SCHWAB OMAHA
200 S 108th Ave Omaha, NE 68154
Telephone Number: 800-435-4000

3. **Date Equity Interest was acquired:** 10/31/2022 - 7/31/2024

4. **Total amount of member interest:** 21,000 FOR $7,777.00

5. **Certificate number(s):** SEE ATTACHED DOCUMENT

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KAHLYA SIMS
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) Kahlya Sims (Date) 12/16/24

Telephone number: 513-766-1916 email: INFO@THEBIGSECURITYGROUP.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form



TD Ameritrade Before Schwab

**Statement for Account # 498-207908**
06/01/23 - 06/30/23

**Account Positions**

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| MARVELL TECHNOLOGY INC COM | MRVL | 10.106 | 59.78 | 604.14 | 11/04/20 | 401.49 | 39.73 | 202.65 | 2.42 | 0.4% |
| META MATERIALS INC COM | MMAT | 21,000 | 0.2152 | 4,519.20 | 10/31/22 | 7,777.00 | 0.37 | (3,257.80) | - | - |
| META PLATFORMS INC COM CL A | META | 2 | 286.98 | 573.96 | 02/08/22 | 322.47 | 161.24 | 251.49 | - | - |
| MGM RESORTS INTERNATIONAL COM | MGM | 20.013 | 43.92 | 878.97 | 06/05/20 | 360.51 | 18.01 | 518.46 | - | - |
| MICROSOFT CORP COM | MSFT | 4.115 | 340.54 | 1,401.32 | 06/08/20 | 820.67 | 199.43 | 580.65 | 11.20 | 0.8% |
| MOUNTAIN HIGH ACQUISITIONS COM | MYHI | 1,300 | 0.0001 | 0.13 | 04/30/20 | 43.31 | 0.03 | (43.18) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 1,100 | NA | NA | 10/18/22 | 5,753.60 | 5.23 | (5,753.60) | - | - |
| NOKIA OYJ ADR SPONSORED | NOK | 205.473 | 4.16 | 854.77 | 01/27/21 | 1,213.56 | 5.91 | (358.79) | 13.78 | 1.6% |
| QUALCOMM INC COM | QCOM | 8.559 | 119.04 | 1,018.86 | 05/04/20 | 805.51 | 94.11 | 213.35 | 27.39 | 2.7% |
| ROYAL CARIBBEAN GROUP COM | RCL | 10 | 103.74 | 1,037.40 | 05/26/20 | 450.20 | 45.02 | 587.20 | - | - |
| SOUTHWEST AIRLINES CO COM | LUV | 29.293 | 36.21 | 1,060.70 | 04/07/20 | 998.78 | 34.10 | 61.92 | 21.09 | 2.0% |
| TE CONNECTIVITY LTD COM | TEL | 3.155 | 140.16 | 442.20 | 05/18/20 | 254.36 | 80.62 | 187.84 | 7.45 | 1.7% |
| TESLA INC COM | TSLA | 31 | 261.77 | 8,114.87 | 08/31/20 | 4,934.14 | 159.17 | 3,180.73 | - | - |
| UBER TECHNOLOGIES INC COM | UBER | 5 | 43.17 | 215.85 | 06/26/20 | 147.45 | 29.49 | 68.40 | - | - |

 Ameritrade

PO BOX 2577
OMAHA NE 68103-2577

KAHLYA A SIMS
4905 34TH ST S
178
SAINT PETERSBURG, FL 33711-4595

Schwab One® Account of

KAHLYA A SIMS

Account Nickname
WIN BIG

Statement Period
July 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GE | GE AEROSPACE ◊ | 6.0656 | 170.20000 | 1,032.37 | 272.15 | 760.22 | 0.65% | 6.79 | 1% |
| GEHC | GE HEALTHCARE TECHNOLOGI ◊ | 2.0034 | 84.63000 | 169.55 | 88.24 | 81.31 | N/A | 0.00 | <1% |
| GEV | GE VERNOVA INC | 1.0000 | 178.24000 | 178.24 | 46.10 | 132.14 | N/A | 0.00 | <1% |
| GM | GENERAL MOTORS CO ◊ | 44.8686 | 44.32000 | 1,988.58 | 2,021.76 | (33.18) | 1.08% | 21.54 | 3% |
| GTII | GLOBAL TECH INDS GP | 1,750.0000 | 0.06000 | 105.00 | 2,119.10 | (2,014.10) | N/A | 0.00 | <1% |
| | GLOBAL TECH INDS GP | 50.0000 | 0.06000 | 3.00 | 43.08 | (40.08) | N/A | 0.00 | <1% |
| HEMP | HEMP INC | 2,000.0000 | 0.00000 | 0.00 | 54.35 | (54.35) | N/A | 0.00 | |
| IBM | IBM CORP ◊ | 5.8527 | 192.14000 | 1,124.54 | 709.40 | 415.14 | 3.47% | 39.10 | 1% |
| INTC | INTEL CORP ◊ | 15.4852 | 30.74000 | 476.02 | 515.10 | (39.08) | 1.62% | 7.74 | <1% |
| MAR | MARRIOTT INTL INC ◊ | 3.0664 | 227.30000 | 696.99 | 243.83 | 453.16 | 1.1% | 7.73 | <1% |
| MRVL | MARVELL TECHNOLOGY INC ◊ | 10.1568 | 66.98000 | 680.30 | 404.54 | 275.76 | 0.35% | 2.44 | <1% |
| MMAT | META MATLS INC ◊ | 535.0000 | 2.32000 | 1,241.20 | 11,084.56 | (9,843.36) | N/A | 0.00 | 2% |
| META | META PLATFORMS INC ◊ | 2.0040 | 474.83000 | 951.56 | 324.47 | 627.09 | 0.42% | 4.01 | 1% |
| MGM | MGM RESORTS INTL ◊ | 20.0130 | 42.97000 | 859.96 | 360.51 | 499.45 | N/A | 0.00 | 1% |
| MSFT | MICROSOFT CORP ◊ | 4.1456 | 418.35000 | 1,734.31 | 832.76 | 901.55 | 0.71% | 12.44 | 2% |
| | MOUNTAIN HIGH ACQ CO XXX | 1,300.0000 | 0.00020 | 0.26 | 43.31 | (43.05) | N/A | 0.00 | <1% |
| NIO | NIO INC F<br>SPONSORED ADR<br>1 ADR REPS 1 ORD SHS | 50.0000 | 4.44000 | 222.00 | 737.50 | (515.50) | N/A | 0.00 | <1% |
| NOK | NOKIA OYJ F<br>SPONSORED ADR<br>1 ADR REPS 1 ORD SHS | 206.5620 | 3.92000 | 809.72 | 1,217.83 | (408.11) | 4.39% | 35.62 | 1% |
| PLNH | PLANET 13 HOLDINGS INC N | 1,000.0000 | 0.46500 | 465.00 | 629.66 | (164.66) | N/A | 0.00 | <1% |
| PG | PROCTER & GAMBLE ◊ | 3.0362 | 160.76000 | 488.10 | 453.49 | 34.61 | 2.5% | 12.22 | <1% |
| QCOM | QUALCOMM INC ◊ | 8.7446 | 180.95000 | 1,582.34 | 833.60 | 748.74 | 1.87% | 29.73 | 2% |
| RCL | ROYAL CARIBBEAN GROUP F ◊ | 10.0000 | 156.72000 | 1,567.20 | 450.20 | 1,117.00 | N/A | 0.00 | 2% |
| LUV | SOUTHWEST AIRLINES ◊ | 31.2110 | 26.94000 | 840.82 | 1,054.63 | (213.81) | 2.67% | 22.47 | 1% |

charles SCHWAB

Schwab One® Account of

KAHLYA A SIMS

Account Number
4255-6146

Account Nickname
WIN BIG

Statement Period
July 1-31, 2024

## Account Summary

Ending Account Value as of 07/31
**$78,128.98**

Beginning Account Value as of 07/01
**$78,866.86**

$86.7K
$69.4K
$52.0K
$34.7K
$17.3K
$0.0K

Aug'23 Sep Oct Nov Dec Jan'24 Feb Mar Apr May Jun Jul

| | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | **$78,866.86** | $75,452.52 |
| Deposits | **0.00** | 0.00 |
| Withdrawals | **0.00** | 0.00 |
| Dividends and Interest | **43.33** | 79.51 |
| Transfer of Securities | **0.00** | 0.00 |
| Market Appreciation/(Depreciation) | **(781.21)** | 3,334.83 |
| Expenses | **0.00** | 0.00 |
| **Ending Value** | **$78,128.98** | **$78,866.86** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

KAHLYA A SIMS
4905 34TH ST S
178
SAINT PETERSBURG FL 33711-4595



Schwab One® Account of

KAHLYA A SIMS

Account Nickname
WIN BIG

Statement Period
July 1-31, 2024

## Positions - Summary

| Beginning Value as of 07/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $78,866.86 | | $0.00 | | ($43.33) | | $43.33 | | ($737.88) | | **$78,128.98** | $71,464.28 | $6,426.48 |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 238.22 | 238.22 | 0.00 | 14.42 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$238.22** | **$238.22** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ABNB | AIRBNB INC ◊ | 5.0000 | 139.56000 | 697.80 | 753.00 | (55.20) | N/A | 0.00 | <1% |
| GOOGL | ALPHABET INC. ◊ | 25.0284 | 171.54000 | 4,293.37 | 3,107.94 | 1,185.43 | 0.46% | 20.02 | 5% |
| AMZN | AMAZON.COM INC ◊ | 86.0000 | 186.98000 | 16,080.28 | 11,813.71 | 4,266.57 | N/A | 0.00 | 21% |
| AAL | AMERICAN AIRLS GROUP ◊ | 30.0000 | 10.64000 | 319.20 | 382.20 | (63.00) | N/A | 0.00 | <1% |
| AAPL | APPLE INC ◊ | 53.1575 | 222.08000 | 11,805.22 | 6,341.69 | 5,463.53 | 0.45% | 53.16 | 15% |
| BRKB | BERKSHIRE HATHAWAY ◊ | 1.0000 | 438.50000 | 438.50 | 173.25 | 265.25 | N/A | 0.00 | <1% |
| SQ | BLOCK INC ◊ | 13.0000 | 61.88000 | 804.44 | 1,274.01 | (469.57) | N/A | 0.00 | 1% |
| BA | BOEING CO ◊ | 9.0000 | 190.60000 | 1,715.40 | 1,359.44 | 355.96 | N/A | 0.00 | 2% |
| CCL | CARNIVAL CORP F ◊ | 150.0000 | 16.66000 | 2,499.00 | 1,352.26 | 1,146.74 | N/A | 0.00 | 3% |
| DAL | DELTA AIR LINES INC DEL ◊ | 30.2909 | 43.02000 | 1,303.11 | 843.64 | 459.47 | 0.93% | 12.12 | 2% |
| DXCM | DEXCOM INC ◊ | 5.0000 | 67.82000 | 339.10 | 349.65 | (10.55) | N/A | 0.00 | <1% |
| FNGR | FINGERMOTION INC ◊ | 50.0000 | 2.12000 | 106.00 | 235.00 | (129.00) | N/A | 0.00 | <1% |
| F | FORD MOTOR CO ◊ | 212.6686 | 10.82000 | 2,301.07 | 2,504.78 | (203.71) | 5.54% | 127.60 | 3% |