NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:    META MATERIALS, INC | Case Number:  24-50792 |
|---|---|

**1.    Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

KAHLYA SIMS
4905 34TH ST SOUTH
SUITE 178
SAINT PETERSBURG, FL 33711

Telephone Number:        513-766-1916

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor:  5NS14012-15 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
KAHLYA SIMS
WEBULL FINANCIAL LLC
44 WALL street   New York NY 10005
Telephone Number: 888-828-0618

**3.    Date Equity Interest was acquired:** 11/01/2022 ~ 7/31/2024

**4.    Total amount of member interest:** 525 FOR $997.50

**5.    Certificate number(s):** SEE ATTACHED DOCUMENT

**6.    Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7.    Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.    Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   KAHLYA SIMS
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Kahlya Sims        (Date) 12/16/24

Telephone number: 513-766-1916    email: INFO@THEBIGSECURITYGROUP.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2022 - November 30, 2022*

ACCOUNT NUMBER   **5NS-14012-15 RR WEA**

PAGE **2** OF **10**

KAHLYA AISHA SIMS

## ▲ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ATERIAN INC COMMON STOCK | ATER | C | 125 | $1.08 | $135.00 | $137.50 | -2% | | 9.033% |
| AMTD DIGITAL INC AMERICAN DEPOSTARY SHRS EVERY FIVE OF WHICH RPRSNT TWO CL A | HKD | C | 20 | 18.00 | 360.00 | | N/A | | 24.087 |
| WTS BIOAFFINITY TECHNOLOGIES INC WT EXP NON TRADEABLE EXP PENDING | 09076W125 | C | 81 | Not Available | | | N/A | | N/A |
| META MATLS INC COMMON STOCK | MMAT | C | 525 | 1.90 | 997.50 | | N/A | | 66.741 |
| **Total Equities** | | | | | **$1,492.50** | | | | **99.861%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2.08** | | | | **0.139%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,494.58** | | | | |

## ▲ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/16/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | $1.5399 | $769.95 | |



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2022 - November 30, 2022*

PAGE 3 OF 10

ACCOUNT NUMBER  **5NS-14012-15  RR WEA**

**KAHLYA AISHA SIMS**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 11/23/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 25 | 2.08 | 52.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$821.95** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 11/11/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Oct2022 REBATE Security Number: 8S87337 | | | | $1.66 |
| **Total Dividends And Interest** | | | | | | | **$1.66** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 11/03/22 | C | AMTD DIGITAL INC AMERICAN DEPOSITARY SHRS EVERY FIVE OF WHICH RPRSNT TWO CL A TO TYPE 1 FROM TYPE 7 FRS(193752453) CUSIP: 00180N101 | 20 | | | |
| JOURNAL | 11/07/22 | O | AMTD DIGITAL INC AMERICAN DEPOSITARY SHRS EVERY FIVE OF WHICH RPRSNT TWO CL A TO TYPE 7 FROM TYPE 1 FRS(194250778) CUSIP: 00180N101 | 20 | | | |