NVB 3001 (Effective 1/21)

# PROOF OF INTEREST

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

Name of Debtor: Meta Materials

Case Number: 24-50792-hlb

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

Diane Gray
2200 Woodwyck Way
Raleigh, N.C. 27604

Telephone Number: 919-413-6507

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

DEC 27 2024

U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor

833720659

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

Robinhood
85 Willow Road, Menlo Park, CA 94025

Telephone Number (888) 275-8523

**3** Date Equity Interest was acquired
Aug 6, 2021       Oct 6, 2022
Dec 1, 2021       Oct 11, 2022
Jan 25, 2022      Oct 17, 2022
Jul 1, 2022
Jul 18, 2022

**4** Total amount of member interest  3,746.288373 37 after Jan 29 2022 Rev Split

**5** Certificate number(s) Held By Robinhood

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7** Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney, if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Diane T Gray
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) Diane Gray    (Date) 12-11-2024

Telephone number (919) 413-6507    email Lovesmali@bellsouth.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571*