NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

**Name of Debtor:** Meta Materials, INC
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder'):

Marie Ritz (minor) Daniel Ritz
26W 211 Arrow Glen Ct
Wheaton, IL 60189

Telephone Number: (773) 991-6396

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 27 2024
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:** E-trade 120-425792-202

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Marie Ritz (minor) Daniel Ritz
26W 211 Arrow Glen Ct, Wheaton, IL 60189
Telephone Number: (773) 991-6396

**3. Date Equity Interest was acquired:** 4/14/2023

**4. Total amount of member interest:** 13 Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

**9. Signature**
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor's authorized agent  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Daniel Ritz
Title: _____
Company: ___ Address and telephone number (if different from notice address above)

(Signature)    12/16/24 (Date)

Telephone number: (773) 991-6396   email: Ritz34@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

## Account Detail

Self-Directed Brokerage Account  SARA RITZ C/F
120-425702 202   MARIE A RITZ UTMA/IL

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co LLC (Morgan Stanley) and Morningstar, Inc's equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc's equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar Inc.

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| XXXXXXXXXX Reinvestments | Purchases | | | | | | | |
| | Total | | | | | | | |
| Next Dividend Payable 12/13/24, Asset Class Equities | | | | | | | | |
| META MATERIALS INC NEW (MMATQ)<br>Asset Class Equities | | 13,000 | 0.061 | 273.04 | 0.79 | (272.25) | — | — |
| XXXXXXXXXX | Purchases | | | | | | | |
| | Total | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | | | | | | | | |

### EXCHANGE-TRADED & CLOSED-END FUNDS

Estimated Annual Income for Exchange Traded Funds is based upon historical distributions over the preceding 12-month period while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|