NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder.)

Thomas Stuart Taylor
306 Raptor Beak Way
Cedar Creek, TX 78612

**Telephone Number:** 951-234-2169

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 27 2024**
**U.S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 676 845 919

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Etrade

**Telephone Number:** 800-387-2331

**3. Date Equity Interest was acquired:**
6/28/2021 starting multiple purchases thru 12/6/2022 (have documentation)

**4. Total amount of member interest:** 15,304

**5. Certificate number(s):** _____

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box:
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Thomas Stuart Taylor
**Title:** _____
**Company:** _____ Address and telephone number (if different from notice address above)

(Signature) Thomas Stuart Taylor   (Date) 12/15/24
**Telephone number:** 951-234-2169   **email:** ttgerblue@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| TransactionDate | Transaction | Symbol | Quantity | Amount | Price | Description | |
|---|---|---|---|---|---|---|---|
| 12/6/2022 | Bought | MMAT | 500 | -832.5 | 1.665 | META MATLS INC | COMMON STOCK |
| 11/3/2022 | Bought | MMAT | 100 | -134.5 | 1.345 | META MATLS INC | COMMON STOCK |
| 11/2/2022 | Bought | MMAT | 85 | -111.99 | 1.3175 | META MATLS INC | COMMON STOCK |
| 10/31/2022 | Bought | MMAT | 100 | -111.5 | 1.115 | META MATLS INC | COMMON STOCK |
| 10/24/2022 | Bought | MMAT | 1000 | -910.2 | 0.9102 | META MATLS INC | COMMON STOCK |
| 10/7/2022 | Bought | MMAT | 300 | -203.97 | 0.6799 | META MATLS INC | COMMON STOCK |
| 9/29/2022 | Bought | MMAT | 250 | -162.98 | 0.6519 | META MATLS INC | COMMON STOCK |
| 9/23/2022 | Bought | MMAT | 200 | -136.04 | 0.6802 | META MATLS INC | COMMON STOCK |
| 9/22/2022 | Bought | MMAT | 300 | -210.39 | 0.7013 | META MATLS INC | COMMON STOCK |
| 8/22/2022 | Bought | MMAT | 300 | -240.84 | 0.8028 | META MATLS INC | COMMON STOCK |
| 8/22/2022 | Bought | MMAT | 600 | -503.22 | 0.8387 | META MATLS INC | COMMON STOCK |
| 8/17/2022 | Bought | MMAT | 100 | -92.32 | 0.9232 | META MATLS INC | COMMON STOCK |
| 8/1/2022 | Bought | MMAT | 200 | -177.58 | 0.8879 | META MATLS INC | COMMON STOCK |
| 7/1/2022 | Bought | MMAT | 95 | -98.49 | 1.0367 | META MATLS INC | COMMON STOCK |
| 6/30/2022 | Bought | MMAT | 130 | -132.33 | 1.0179 | META MATLS INC | COMMON STOCK |
| 6/28/2022 | Bought | MMAT | 100 | -108.45 | 1.0845 | META MATLS INC | COMMON STOCK |
| 6/28/2022 | Bought | MMAT | 200 | -215 | 1.075 | META MATLS INC | COMMON STOCK |
| 6/27/2022 | Bought | MMAT | 100 | -121 | 1.21 | META MATLS INC | COMMON STOCK |
| 6/21/2022 | Bought | MMAT | 100 | -159 | 1.59 | META MATLS INC | COMMON STOCK |
| 6/17/2022 | Bought | MMAT | 100 | -154 | 1.54 | META MATLS INC | COMMON STOCK |
| 6/13/2022 | Bought | MMAT | 100 | -140 | 1.4 | META MATLS INC | COMMON STOCK |
| 5/25/2022 | Bought | MMAT | 70 | -117.49 | 1.6784 | META MATLS INC | COMMON STOCK |
| 5/12/2022 | Bought | MMAT | 100 | -120.79 | 1.2079 | META MATLS INC | COMMON STOCK |
| 5/11/2022 | Bought | MMAT | 100 | -111 | 1.11 | META MATLS INC | COMMON STOCK |
| 5/9/2022 | Bought | MMAT | 100 | -119.5 | 1.195 | META MATLS INC | COMMON STOCK |
| 5/5/2022 | Bought | MMAT | 100 | -119.95 | 1.1995 | META MATLS INC | COMMON STOCK |
| 4/27/2022 | Bought | MMAT | 100 | -116.64 | 1.1664 | META MATLS INC | COMMON STOCK |
| 4/26/2022 | Bought | MMAT | 100 | -124.58 | 1.2458 | META MATLS INC | COMMON STOCK |
| 4/22/2022 | Bought | MMAT | 200 | -255.02 | 1.2751 | META MATLS INC | COMMON STOCK |
| 4/21/2022 | Bought | MMAT | 110 | -141.35 | 1.285 | META MATLS INC | COMMON STOCK |
| 4/20/2022 | Bought | MMAT | 100 | -136.48 | 1.3648 | META MATLS INC | COMMON STOCK |
| 4/19/2022 | Bought | MMAT | 150 | -218.25 | 1.455 | META MATLS INC | COMMON STOCK |
| 4/14/2022 | Bought | MMAT | 250 | -380.75 | 1.523 | META MATLS INC | COMMON STOCK |
| 4/12/2022 | Bought | MMAT | 250 | -368.75 | 1.475 | META MATLS INC | COMMON STOCK |
| 4/6/2022 | Bought | MMAT | 150 | -236.99 | 1.5799 | META MATLS INC | COMMON STOCK |
| 3/29/2022 | Bought | MMAT | 55 | -103.68 | 1.885 | META MATLS INC | COMMON STOCK |
| 3/14/2022 | Bought | MMAT | 100 | -148.5 | 1.485 | META MATLS INC | COMMON STOCK |
| 3/7/2022 | Bought | MMAT | 48 | -74.88 | 1.56 | META MATLS INC | COMMON STOCK |
| 3/1/2022 | Bought | MMAT | 200 | -421.22 | 2.1061 | META MATLS INC | COMMON STOCK |
| 3/1/2022 | Bought | MMAT | 100 | -211.9 | 2.119 | META MATLS INC | COMMON STOCK |
| 2/25/2022 | Bought | MMAT | 100 | -183.5 | 1.835 | META MATLS INC | COMMON STOCK |
| 2/22/2022 | Bought | MMAT | 120 | -197.4 | 1.645 | META MATLS INC | COMMON STOCK |
| 2/16/2022 | Bought | MMAT | 100 | -194.94 | 1.9494 | META MATLS INC | COMMON STOCK |
| 2/9/2022 | Bought | MMAT | 10 | -18.75 | 1.8747 | META MATLS INC | COMMON STOCK |
| 2/9/2022 | Bought | MMAT | 50 | -93.75 | 1.875 | META MATLS INC | COMMON STOCK |
| 2/9/2022 | Bought | MMAT | 50 | -93.25 | 1.865 | META MATLS INC | COMMON STOCK |
| 2/4/2022 | Bought | MMAT | 120 | -202.2 | 1.685 | META MATLS INC | COMMON STOCK |
| 2/3/2022 | Bought | MMAT | 20 | -34 | 1.7 | META MATLS INC | COMMON STOCK |
| 1/27/2022 | Bought | MMAT | 200 | -295.42 | 1.4771 | META MATLS INC | COMMON STOCK |

| Date | Action | Symbol | Qty | Amount | Price | Name | Type | Note |
|---|---|---|---|---|---|---|---|---|
| 1/25/2022 | Bought | MMAT | 100 | -166 59 | 1 6659 | META MATLS INC | COMMON STOCK | |
| 1/21/2022 | Bought | MMAT | 30 | -54 69 | 1 823 | META MATLS INC | COMMON STOCK | |
| 1/13/2022 | Bought | MMAT | 100 | -223 99 | 2 2399 | META MATLS INC | COMMON STOCK | |
| 1/11/2022 | Bought | MMAT | 110 | -252 97 | 2 2997 | META MATLS INC | COMMON STOCK | |
| 1/10/2022 | Bought | MMAT | 125 | -285 54 | 2 2843 | META MATLS INC | COMMON STOCK | |
| 12/29/2021 | Bought | MMAT | 157 | -384 65 | 2 45 | META MATLS INC | COMMON STOCK | |
| 12/29/2021 | Bought | MMAT | 43 | -105 15 | 2 4453 | META MATLS INC | COMMON STOCK | |
| 12/29/2021 | Bought | MMAT | 500 | -1225 | 2 45 | META MATLS INC | COMMON STOCK | |
| 12/23/2021 | Bought | MMAT | 100 | -283 95 | 2 8395 | META MATLS INC | COMMON STOCK | |
| 12/23/2021 | Bought | MMAT | 15 | -42 53 | 2 835 | META MATLS INC | COMMON STOCK | |
| 12/20/2021 | Bought | MMAT | 340 | -896 | 2 6353 | META MATLS INC | COMMON STOCK | |
| 12/17/2021 | Bought | MMAT | 200 | -572 92 | 2 8646 | META MATLS INC | COMMON STOCK | |
| 12/15/2021 | Bought | MMAT | 1000 | -2925 | 2 925 | META MATLS INC | COMMON STOCK | |
| 12/15/2021 | Bought | MMAT | 1000 | -2939 9 | 2 9399 | META MATLS INC | COMMON STOCK | |
| 9/17/2021 | Bought | MMAT | 33 | -171 11 | 5 185 | META MATLS INC | COMMON STOCK | |
| 9/1/2021 | Bought | MMAT | 430 | -1945 75 | 4 525 | META MATLS INC | COMMON STOCK | |
| 8/31/2021 | Bought | MMAT | 13 | -60 05 | 4 6191 | META MATLS INC | COMMON STOCK | |
| 8/30/2021 | Bought | MMAT | 50 | -224 77 | 4 4953 | META MATLS INC | COMMON STOCK | |
| 8/30/2021 | Bought | MMAT | 50 | -222 88 | 4 4575 | META MATLS INC | COMMON STOCK | |
| 8/27/2021 | Bought | MMAT | 10 | -42 88 | 4 2881 | META MATLS INC | COMMON STOCK | |
| 8/26/2021 | Bought | MMAT | 375 | -1368 38 | 3 649 | META MATLS INC | COMMON STOCK | |
| 8/25/2021 | Bought | MMAT | 30 | -111 83 | 3 7275 | META MATLS INC | COMMON STOCK | |
| 8/18/2021 | Bought | MMAT | 67 | -202 28 | 3 0191 | META MATLS INC | COMMON STOCK | |
| 8/16/2021 | Bought | MMAT | 70 | -213 9 | 3 0557 | META MATLS INC | COMMON STOCK | |
| 8/16/2021 | Bought | MMAT | 100 | -308 99 | 3 0899 | META MATLS INC | COMMON STOCK | |
| 8/13/2021 | Bought | MMAT | 105 | -342 98 | 3 2665 | META MATLS INC | COMMON STOCK | |
| 8/6/2021 | Bought | MMAT | 100 | -325 5 | 3 255 | META MATLS INC | COMMON STOCK | |
| 7/22/2021 | Bought | MMAT | 210 | -738 99 | 3 519 | META MATLS INC | COMMON STOCK | |
| 7/20/2021 | Bought | MMAT | 200 | -642 | 3 21 | META MATLS INC | COMMON STOCK | |
| 7/19/2021 | Bought | MMAT | 295 | -998 58 | 3 385 | META MATLS INC | COMMON STOCK | |
| 7/16/2021 | Bought | MMAT | 105 | -394 28 | 3 755 | META MATLS INC | COMMON STOCK | |
| 7/16/2021 | Bought | MMAT | 105 | -391 36 | 3 7272 | META MATLS INC | COMMON STOCK | |
| 7/15/2021 | Bought | MMAT | 100 | -398 71 | 3 9871 | META MATLS INC | COMMON STOCK | |
| 7/12/2021 | Bought | MMAT | 50 | -199 75 | 3 995 | META MATLS INC | COMMON STOCK | |
| 7/12/2021 | Bought | MMAT | 12 | -47 94 | 3 995 | META MATLS INC | COMMON STOCK | |
| 7/12/2021 | Bought | MMAT | 100 | -399 77 | 3 9977 | META MATLS INC | COMMON STOCK | |
| 7/2/2021 | Bought | MMAT | 100 | -681 44 | 6 8144 | META MATLS INC | COMMON STOCK | |
| 6/29/2021 | Bought | MMAT | 70 | -576 1 | 8 23 | META MATLS INC | COMMON STOCK | |
| 6/28/2021 | Bought | MMAT | 100 | -789 | 7 89 | META MATLS INC | COMMON STOCK | |
| 6/28/2021 | Reorganizat | MMAT | 491 | 0 | 0 | META MATLS INC | COMMON STOCK | RESULT OF REVERSE SPLIT |

**Total    15,304**