NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials
**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kenneth R Barner Jr
144 McEwensville Rd
Watsontown, PA 17777

**Telephone Number:** 570-850-2404

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
**DEC 27 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Fidelity  Z05524776

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Fidelity Brokerage Services LLC
member NYSE, SIPC
900 Salem Street, Smithfield, RI 02917
**Telephone Number:** 800-544-3455

**3. Date Equity Interest was acquired:**
6-29-2021  Torchlight  1000 Shares
7-7-2021   MMAT       500 Shares

**4. Total amount of member interest:** 1000

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold.
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
**Description:** Investor

**7. Supporting Documents.** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
☑ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser or other codebtor (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Kenneth Barner Jr
**Title:** Creditor
**Company:** Address and telephone number (if different from notice address above):

(Signature)  (Date)
Telephone number  email

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Print Form    Save Form    Clear Form



Transaction Confirmation  
Confirm Date June 25, 2021

Page 1 of 2

Brokerage Account Number  
*****4776 INDIVIDUAL

KENNETH BARNER

9900158121

KENNETH BARNER  
144 MCEWENSVILLE RD  
WATSONTOWN PA 17777-1310

Online — Fidelity com  
FAST(sm)-Automated Telephone — 800-544-5555  
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 21176-1BTL3C | 1* | WK# | 06-25-21 | 06-29-21 | 00165C104 | 21176-CT9PJ | | |
| You Bought at Symbol AMC | | | DESCRIPTION and DISCLOSURES AMC ENTERTAINMENT HOLDINGS INC WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 21176-1CD4TK | 1* | WK# | 06-25-21 | 06-29-21 | 00165C104 | 21176-DLJ4V | | |
| You Bought at Symbol AMC | | | DESCRIPTION and DISCLOSURES AMC ENTERTAINMENT HOLDINGS INC WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



9900158121

KENNETH BARNER  
144 MCEWENSVILLE RD  
WATSONTOWN PA 17777-1310

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4776 only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above Please mail checks to the Fidelity address on this form Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE SIPC




Transaction Confirmation  
Confirm Date June 25, 2021

Page 2 of 2

Brokerage Account Number  
*****4776 INDIVIDUAL

KENNETH BARNER

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 21176-1CK6VS | 1* | WK# | 06-25-21 | 06-29-21 | 00165C104 | 21176-DR9SN | | |
| You Bought at Symbol AMC | | | | DESCRIPTION and DISCLOSURES AMC ENTERTAINMENT HOLDINGS INC WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | [redacted] [redacted] |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 21176-1B267K | 1* | WK# | 06-25-21 | 06-29-21 | 89102U103 | 21176-C82TN | | |
| You Bought at Symbol TRCH | | 1,000 4.9000 | | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 4,900 00 4,900 00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900158121

**REMITTANCE COUPON**



Transaction Confirmation  
Confirm Date  July 2, 2021

Page 1 of 1

Brokerage Account Number  
*****4776 INDIVIDUAL

KENNETH BARNER

9900172349

KENNETH BARNER  
144 MCEWENSVILLE RD  
WATSONTOWN PA 17777-1310

Online — Fidelity.com  
FAST(sm)-Automated Telephone — 800-544-5555  
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 21183-1BS5VD | 1* | WK# | 07-02-21 | 07-07-21 | 00165C104 | 21183-CSNMJ | | |
| You Bought at Symbol AMC | | | | DESCRIPTION and DISCLOSURES AMC ENTERTAINMENT HOLDINGS INC WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | ▬▬▬ ▬▬▬ |
| 21183-DLYFWO | 1* | WK# | 07-02-21 | 07-07-21 | 59134N104 | 21183-C645G | | |
| You Bought at Symbol MMAT | | | 500 6 8000 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | 3,400 00 3,400 00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



KENNETH BARNER  
144 MCEWENSVILLE RD  
WATSONTOWN PA 17777-1310

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4776 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS  
PO BOX 770001  
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house if any) where executed by us or by our agents of the Financial Industry Regulatory Authority Inc. as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then or thereafter may have against the party giving such orders whether arising thereunder or not It is further understood and agreed that we have the right to close transactions without further notice at public or private sale without liability for subsequent difference in value when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers, and that we have the right to loan such securities held by us.

Confirm Date represents the day the trade was processed Trade Date represents the day the trade was or should have been executed If Confirm Date is later than Trade Date—an "As Of" Trade—the price received is based on Trade Date Please contact your broker-dealer if you have any questions.

When Issued When-Distributed or TBA Transactions The information contained herein is an estimate based upon information available at the time of your order The final figures will be forwarded to you when obtainable upon issue delivery or pool allocation. Such transactions shall be settled at such time place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine National Financial Services LLC ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

With the exception of managed accounts National Financial Services ("NFS"), an affiliate broker-dealer, will execute the fractional component of a customer order in a principal capacity

Open Orders An open order will remain in effect until executed or canceled Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right but are not obligated to cancel open orders when the limit price becomes unrealistic in relation to the market price Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded may be automatically adjusted on the date the security trades ex-dividend" "ex-rights" "ex-distribution" or ex-interest" Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity as that term is defined under ERISA and underlying U.S Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS Please review FBS s annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds REITS) Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction The settlement date for these transactions is often extended a number of days beyond the subscription (i e trade) or redemption date As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC

In connection with (i) access to purchase or redemption of and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds some funds or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services start up fees, infrastructure support and maintenance and marketing engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX Inc on a principal basis Fidelity FOREX Inc. an affiliate of NFS may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity selection among such lots is random

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC an affiliate of NFS and FBS

Other remuneration may have been received and information will be furnished on request

At the time you purchase shares of a no-load fund those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities including bonds, preferred stocks and common stocks, may be subject to call or redemption (prior to maturity, if applicable) Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield Complete information will be provided upon written request

This statement is computed for payment by bank draft on settlement date If payment is made at a later date additional interest to date of payment will be charged

Name of the other party time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC Member NYSE/SIPC Account carried with National Financial Services LLC

**\* T - TYPE OF ACCOUNT**
| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale

D1 Additional call features exist that may affect yield complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3 For bonds callable and issued in bearer form it may be difficult for you to determine whether the securities have been called.
D4 Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request

Ratings information when provided has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time Ratings information may not be provided for all debt securities When indicated NR denotes that the security is not rated by the listed rating organization The security may be rated by other rating services Please contact your broker dealer if you need more information about a security

447970 28 0

## INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**
1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate
2) Write "National Financial Services LLC" on the line between "appoint" and "attorney"
3) Write your brokerage account number on the top right corner of the front of the certificate
4) Failure to properly prepare the Certificate may result in delays completing your transaction

**MAIL CERTIFICATES TO THIS ADDRESS**

NATIONAL FINANCIAL SERVICES LLC
ATTN Banking Services
Mail Zone KC1N
100 Crosby Parkway
Covington, KY 41015

9900172349