NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** Meta Materials Inc | **Case Number** 24-50792-hlb | **RECEIVED AND FILED** DEC 27 2024 U S BANKRUPTCY COURT MARY A SCHOTT, CLERK |

**1  Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

HOAI TU

15022 S RAYMOND AVE
GARDENA, CA 90247
USA

Telephone Number

336-509-0031

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor (last 4 digits only)
535019E16

Check here if this Proof of Interest
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**

ROBINOOD MARKET INC

Telephone Number  650 940 2700

**3  Date Equity Interest was acquired**
1 FOR 100 SPLIT AS 01/28/2024

PURCHASE IN 06/15/20121

**4  Total amount of member interest** 8181 6

**5  Certificate number(s)** 86

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7  Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8  Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the interest holder
☐ I am the interest holder s authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information and reasonable belief

Print Name  HOAI TU
Title  INDIVIDUAL
Company__ Address and telephone number (if different from notice address above)
_____

(Signature)  /s/ _____    12-16-2024 (Date)

Telephone number  336 509 0031    email HOAITU0209@GMAIL COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood com

06/16/2021

Hoai Tu Account # 5? ;019616
15022 S Raymond Ave  Gardena  CA 90247

## Transaction Confirmation

Thank you for letting Robinhood Securities LLC (RHS) serve you through Robinhood Financial LLC (RHF)

1 Amounts due for securities transactions must be received on or before the settlement date shown

2 All orders are received and executed subject to the applicable rules regulations and customs of the SEC FINRA and the exchange or market where the order is entered the provisions of the Securities Exchange Act of 1934

3 Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4 For purchase transactions in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date or at such earlier time that payment may be demanded or satisfy applicable margin requirements

5 Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum under circumstances which permit commingling thereof with securities of other customers all without further notice to the customer

6 If shares loaned for a short sale are no longer available RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7 Upon written request and where available further details of items herein will be provided including the execution date and time the counterparty when acting as agent the detailed breakdown of fees and the remuneration details if any to RHS or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8 All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9 Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time Please contact RHF for more specific details Until such expiration or cancellation or cancellation by the customer all open orders are considered good When entering a substitute order the responsibility for cancelling the original order rests upon the customer Therefore if a customer fails to cancel an existing order transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account

10 The responsibility to cancel an open order resides with the customer Any transactions which result from the execution of any order which the customer has not instructed RHF RHS to cancel will be entered into the customer's account

The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First Out (FIFO) for Equities Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

2 Backup Withholding - if you have not provided us with your correct social security number/tax id number under federal law you may be subject to a $50 penalty as well as backup withholding on certain payments

3 RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution Such remuneration is considered compensation to the firm The source and nature in connection with your transactions are available upon written request RHF then clearing through PHS may share in such payments or may directly receive payment for order flow for certain transactions Details are available upon written request

4 If you request the sale of a non-marketable or worthless security RHF will be the buyer to the transaction in the event a market cannot be located In such a sale you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15 RHF receives payment from a third party for services rendered in distributing new securities offerings

Accounts carried by Robinhood Securities LLC Member FINRA & SIPC - help@robinhood com Tax ID 38-4019216

---

| | | | | | |
|---|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared** | **Buy/Sell Codes** | **Account Types** | **U/S: Solicitation** | **CAP = Capacity in which the firm acted** | |
| NYSE - New York Stock Exchange | B – Buy or Buy To Open | C = Cash | U – Unsolicited | 1 - 2 4 - 5 8 - As AGENT | |
| NYSEA - NYSE Alternext | S – Sell or Sell To Close | M – Margin | S – Solicited | 3 - As PRINCIPAL your broker has bought from you or sold to you and may have received a profit or loss on the transaction | |
| USE - Other US Exchange | BCXL – Cancel Buy | N = Non-negotiable | | 6 - As AGENT for both buyer and seller | |
| MF – Mutual Funds | SCXL = Cancel Sell | S – Short | | | |
| OP - Options | BTC = Buy To Close | | | | |
| OTC – Over the-Counter/NASDAQ | STO = Sell To Open | | | | |
| UND  Underwriting | BTCX = Buy To Close Cancel | | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | | |
| OTH – Other | | | | | |

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

06/16/2021
Hoai Tu Account # 3350196,6
15022 S Raymond Ave  Gardena  CA 90247

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP 89102U103 | S | 06/16/202 | 06/18/2021 | M | $6 0600 | 769 508605 | $4 663 22 | $0 00 | $0 2 | $4 663 10 | OTC | 3 | U |
| Alummune ALT CUSIP 02155H200 | B | 06/16/202 | 06/18/2021 | M | $ 8 1250 | 165 517241 | $3 000 00 | $0 00 | $0 00 | $3 000 00 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/16/202 | 06/18/2021 | M | $6 1150 | 0 248569 | $1 52 | $0 00 | $0 00 | $1 52 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/16 2021 | 06/18/202 | M | $6 1190 | 75 508416 | $4 598 48 | $0 00 | $0 00 | $4 598 48 | OTC | 3 | U |
| Alummune ALT CUSIP 02155H200 | B | 06/16/202 | 06/18/2021 | M | $19 0380 | 78 789788 | $1 500 00 | $0 00 | $0 00 | $1 500 00 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/16/2021 | 06/18/2021 | M | $6 0300 | 0 700082 | $4 22 | $0 00 | $0 00 | $4 22 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/16/202 | 06/18/2021 | M | $6 0383 | 164 9 0653 | $995 78 | $0 00 | $0 00 | $995 78 | OTC | 3 | U |
| Alummune ALT CUSIP 02155H200 | S | 06/16/2021 | 06/18/2021 | M | $ 6 0600 | 0 30/029 | $4 93 | $0 00 | $0 00 | $4 93 | OTC | 3 | U |
| Alummune ALT CUSIP 02155H200 | S | 06 6 2021 | 06/18/202 | M | $ 6 0300 | 244 | $3 911 32 | $0 00 | $0 05 | $3 9 1 27 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06 C 202 | 06/18/2021 | M | $5 8950 | 0 635284 | $3 74 | $0 00 | $0 00 | $3 74 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06 C 2021 | 06/18/2021 | M | $5 8950 | 169 | $996 26 | $0 00 | $0 00 | $996 26 | OTC | 3 | U |

| **Total Quantity Bought** | 1 331 310033 | **Total Dollars Bought** | $ 1 100 00 |
|---|---|---|---|
| **Total Quantity Sold** | 1 013 813634 | **Total Dollars Sold** | $8 579 30 |

# Robinhood

85 Willow Rd, Menlo Park  CA 94025
help@robinhood.com

06/21/2021
Hoai Tu  Account # 535019616
15022 S Raymond Ave  Gardena  CA 90247

## Transaction Confirmation

Thank you for letting Robinhood Securities  LLC ( RHS ) serve you through Robinhood Financial  LLC ( RHF )

1  Amounts due for securities transactions must be received on or before the settlement date shown

2  All orders are received and executed subject to the applicable rules regulations and customs of the SEC  FINRA  and the exchange or market where the order is entered  the provisions of the Securities Exchange Act or 1934

3  Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction

4  For purchase transactions in a margin account  it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date  or at such earlier time that payment may be demanded to satisfy applicable margin requirements

5  Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum  under circumstances which permit commingling thereof with securities of other customers  all without further notice to the customer

6  If shares loaned for a short sale are no longer available  RHS reserves the right to decide by random selection which positions will be subject to a buy-in

7  Upon written request and where available  further details or items herein will be provided including  the execution date and time  the counterparty when acting as agent  the detailed breakdown of fees and the remuneration details  if any  to RHS  or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment

8  All transactions on this confirmation are presumed to be unsolicited unless noted otherwise

9  Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time  Please contact RHF for more specific details  Until such expiration or cancellation  or cancellation by the customer  all open orders are considered good  When entering a substitute order  the responsibility for cancelling the original order rests upon the customer  Therefore  if a customer fails to cancel an existing order  transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account

10  The responsibility to cancel an open order resides with the customer  Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account

11  The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities  Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12  Backup Withholding - if you have not provided us with your correct social security number/tax id number under federal law  you may be subject to a $50 penalty as well as backup withholding on certain payments

13  RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution  Such remuneration is considered compensation to the firm  The source and nature in connection with your transactions are available upon written request  RHF  when clearing through RHS  may share in such payments or may directly receive payment  or order flow for certain transactions  Details are available upon written request

14  If you request the sale of a non-marketable or worthless security  RHF will be the buyer to the transaction in the event a market cannot be located  In such a sale  you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities  The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale

15  RHF receives payment from a third party for services rendered in distributing new securities offerings

Accounts carried by Robinhood Securities  LLC Member FINRA & SIPC -
help@robinhood com Tax ID 38-401926

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared** | **Buy/Sell Codes** | **Account Types** | **U/S: Solicitation** | **CAP = Capacity in which the firm acted** |
| NYSE - New York Stock Exchange | B – Buy or Buy To Open | C – Cash | U – Unsolicited | 1 - 2 4 - 5 8 - As AGENT |
| NYSEA - NYSE Alternext | S – Sell or Sell To Close | M – Margin | S – Solicited | 3 - As PRINCIPAL  your broker has bought from you or sold to you and may have received a profit or loss on the transaction |
| USE - Other US Exchange | BCXL = Cancel Buy | N – Non-negotiable | | 6 - As AGENT for both buyer and seller |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC  Over the Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTOX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

# Robinhood

85 Willow Rd  Menlo Park  CA 94025  
help@robinhood.com

06/21/2021  
Hoai Tu Account # 535019616  
15022 S Raymond Ave  Gardena  CA 90247

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $8.9300 | 300 | $2,679.00 | $0.00 | $0.00 | $2,679.00 | OTC | 1 | U |
| Ocugen Inc OCGN CUSIP 67577C105 | S | 06/21/2021 | 06/23/2021 | M | $6.3028 | 682.90462 | $4,301.21 | $0.00 | $0.11 | $4,301.10 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.1784 | 2.7902902 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | OTC | 3 | U |
| indie Semiconductor INDI CUSIP 45569U101 | S | 06/21/2021 | 06/23/2021 | M | $8.8950 | 0.38335 | $1.23 | $0.00 | $0.00 | $1.23 | OTC | 3 | U |
| indie Semiconductor INDI CUSIP 45569U101 | S | 06/21/2021 | 06/23/2021 | M | $8.8800 | 495 | $4,395.60 | $0.00 | $0.09 | $4,395.51 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7700 | 0.243326 | $3.11 | $0.00 | $0.00 | $3.11 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7400 | 100 | $1,274.00 | $0.00 | $0.02 | $1,273.98 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7400 | 10 | $127.40 | $0.00 | $0.00 | $127.40 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7400 | 100 | $1,274.00 | $0.00 | $0.02 | $1,273.98 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7400 | 100 | $1,274.00 | $0.00 | $0.02 | $1,273.98 | OTC | 3 | U |
| ChemoCentryx CCXI CUSIP 16383L106 | S | 06/21/2021 | 06/23/2021 | M | $12.7400 | 141 | $1,796.34 | $0.00 | $0.03 | $1,796.31 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.0900 | 0.044004 | $0.40 | $0.00 | $0.00 | $0.40 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.0900 | 37.579757 | $341.60 | $0.00 | $0.00 | $341.60 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.0995 | 402 | $3,658.00 | $0.00 | $0.00 | $3,658.00 | OTC | 3 | U |

# Robinhood

85 Willow Rd  Menlo Park  CA 94025
help@robinhood.com

06/21/2021
**Hoai Tu** Account # 535019616
15022 S Raymond Ave  Gardena  CA 90247

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ocugen Inc<br>OCGN CUSIP 67577C105 | B | 06/21/2021 | 06/23/2021 | M | $7.0187 | 712.382634 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | OTC | 3 | U |
| **Total Quantity Bought** | | | 1,669.909297 | | | | **Total Dollars Bought** | | | | | | $13,679.00 |
| **Total Quantity Sold** | | | 1,629.286281 | | | | **Total Dollars Sold** | | | | | | $14,449.60 |

12:28

View MMAT

# Reverse split
Meta Materials

Account
Individual

Date received
Jun 28, 2021

Split amount
1 for 2

Previous shares
2,617.139226

New shares
1,308

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other



Ringer

# History

All accounts ⌄    All types ⌄

## Older

| | |
|---|---|
| **ALT buy**<br>Jun 16, 2021 | **−$3,000.00**<br>165.517241 shares at $18.13 |
| **TRCH sell**<br>Jun 16, 2021 | **+$4,663.22**<br>769.508605 shares at $6.06 |
| **ARVL stop buy**<br>Jun 16, 2021 · **Canceled** | |
| **ARVL stop buy**<br>Jun 16, 2021 · **Canceled** | |
| **TRCH buy**<br>Jun 15, 2021 | **−$4,000.00**<br>769.48233 shares at $5.20 |
| **TRCH stop loss sell**<br>Jun 15, 2021 | **+$5,596.10**<br>1,046 shares at $5.35 |
| **DQ buy**<br>Jun 15, 2021 | **−$5,000.00**<br>76.27765 shares at $65.55 |

12:10  

View MMATQ

Meta Materials

Account
Individual

Date received
Jan 28, 2024

Split amount
1 for 100

Previous shares
8,181.675382

New shares
81

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our **Help Center.**

