NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METY MATERIALS | Case Number: 24-50792-hlb | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): KAREN MEDLAM 5 GUILLEMOT CLOSE, HULL HU4 6UD UK | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** DEC 27 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK |
| Telephone Number: +44 7737 044 754 | | |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: ACC 4151261 IO 7027059 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: TRADING 212 UK LTD ALDERMARY HOUSE, 10-15 Queen Street LONDON EC4N 1TX COMPANY NO 8590005 Telephone Number: | 3. Date Equity Interest was acquired: SEE ATTACHED |
| 4. Total amount of member interest: 20 | 5. Certificate number(s): SEE ATTACHED |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KAREN MEDLAM
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) Kmedlam    (Date) 2/12/2024

Telephone number: +44 7737 044 754    email: kbm1968@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Case Number 24-50792-hlb
**Name and address of Holder** - Karen Medlam, 5 Guillemot Close Hull, HU4 6UD United Kingdom
**Name and Address of record holder/ Broker** for above Trading 212 UK Ltd   Aldermary Housem 10 15 Queen Street, LONDON  EC4N 1TX Company Reg 8590005
**Account reference with Trading 212** - Customer ID 7027059 Account 4151261

| Action | Time | ISIN | Ticker | Name | No of shares | Price / share | Currency (Price / share) | Exchange rate | Currency (Result) | Total | Currency (Total) | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Market buy | 12/10/2022 13 30 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 82 | USD | 1 10432 | GBP | 73 92 | GBP | EOF2089532902 |
| Market buy | 13/10/2022 13 30 | US59134N3026 | MMATQ | Meta Materials | 90 | 1 13 | USD | 1 11881 | GBP | 91 04 | GBP | EOF2091853626 |
| Market buy | 13/10/2022 17 51 | US59134N3026 | MMATQ | Meta Materials | 10 | 0 99 | USD | 1 1344 | GBP | 8 7 | GBP | EOF2091894364 |
| Market buy | 27/10/2022 13 30 | US59134N3026 | MMATQ | Meta Materials | 90 | 1 04 | USD | 1 15712 | GBP | 81 01 | GBP | EOF2111432550 |
| Stop limit buy | 28/10/2022 18 01 | US59134N3026 | MMATQ | Meta Materials | 192 | 0 99 | USD | 1 1588 | GBP | 163 8 | GBP | EOF2114465053 |
| Market buy | 28/10/2022 18 03 | US59134N3026 | MMATQ | Meta Materials | 8 | 0 99 | USD | 1 15788 | GBP | 6 83 | GBP | EOF2114465202 |
| Market buy | 28/10/2022 18 04 | US59134N3026 | MMATQ | Meta Materials | 5 | 0 99 | USD | 1 15856 | GBP | 4 27 | GBP | EOF2114465234 |
| Limit buy | 13/02/2023 14 30 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 82 | USD | 1 20862 | GBP | 67 78 | GBP | EOF2265895920 |
| Market buy | 13/02/2023 14 30 | US59134N3026 | MMATQ | Meta Materials | 5 | 0 82 | USD | 1 21005 | GBP | 3 39 | GBP | EOF2265902069 |
| Limit buy | 13/02/2023 14 32 | US59134N3026 | MMATQ | Meta Materials | 55 | 0 8 | USD | 1 20912 | GBP | 36 44 | GBP | EOF2266761743 |
| Market buy | 13/02/2023 19 23 | US59134N3026 | MMATQ | Meta Materials | 45 | 0 75 | USD | 1 21395 | GBP | 27 66 | GBP | EOF2267718995 |
| Market buy | 17/04/2023 18 52 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 22 | USD | 1 23723 | GBP | 17 65 | GBP | EOF2365738547 |
| Market buy | 17/04/2023 18 53 | US59134N3026 | MMATQ | Meta Materials | 25 | 0 22 | USD | 1 23863 | GBP | 4 41 | GBP | EOF2365738609 |
| Market buy | 08/05/2023 16 32 | US59134N3026 | MMATQ | Meta Materials | 175 | 0 23 | USD | 1 26364 | GBP | 31 57 | GBP | EOF3013730690 |
| Limit buy | 01/11/2023 14 38 | US59134N3026 | MMATQ | Meta Materials | 1000 | 0 11 | USD | 1 21518 | GBP | 90 25 | GBP | EOF5500693426 |
| | | | | Total Before reverse split | 2000 | | | | | | | |
| | | | | Total After reverse split | 20 | | | | | | | |