NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC    Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE, LA 70809

Telephone Number: 225-928-5569

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

X Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

RECEIVED AND FILED
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

1225-2093

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
OLIVER LAMAR POOLE
WELLS FARGO ADVISORS

Telephone Number: 800-869-3557

**3. Date Equity Interest was acquired:**

BETWEEN 6/23/21 - 8/20/24

**4. Total amount of member interest:**
PURCHASED:
STOCK: 600 TRCH SHARES FOR 3082.92 - LOSS OF $3082.92
STOCK: 24950 MMAT SHARES FOR $9390.25 - LOSS OF 9115.26
OPTIONS: 267 MMAT CALLS FOR $3420.94 - LOSS OF $3420.94

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
X Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.

X I am the creditor.  ❏ I am the creditor's authorized agent.

❏ I am the trustee, or the debtor,

❏ I am a guarantor, surety, endorser, or other codebtor.

(Attach copy of power of attorney, if any.)

or their authorized agent.

(See Bankruptcy Rule 3005.)

(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: OLIVER LAMAR POOLE

Company:, Address and telephone number (if different from notice address above):

Signature) _____ (Date)_____ 12/4/24

Telephone number: 225-928-5569        Email: OLAMAR@YAHOO.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# OLIVER LAMAR POOLE

**STOCK**

| BUY/SELL | DATE | SYMBOL | SHARES | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|
| Buy | 6/23/21 | TRCH | 400 | 5.3598 | 2143.92 | |
| Buy | 6/23/21 | TRCH | 200 | 4.695 | 939.00 | |
|  |  |  | 600 | TOTAL | 3082.92 | LOSS |
| Buy | 10/12/22 | MMAT | 1000 | 1.0899 | 1089.00 | |
| Buy | 11/21/22 | MMAT | 1000 | 2.19 | 2190.00 | |
| Buy | 12/9/22 | MMAT | 200 | 1.7 | 340.00 | |
| Buy | 3/13/23 | MMAT | 1000 | 0.5391 | 574.05 | |
| Buy | 4/14/23 | MMAT | 1500 | 0.2291 | 378.60 | |
| Buy | 5/1/23 | MMAT | 1000 | 0.1889 | 223.85 | |
| Buy | 5/31/23 | MMAT | 4000 | 0.23 | 920.00 | |
| Buy | 6/7/23 | MMAT | 10000 | 0.268 | 2680.00 | |
| Buy | 1/5/24 | MMAT | 5000 | 0.0661 | 330.50 | |
| Buy | 3/25/24 | MMAT | 100 | 2.765 | 276.50 | |
| Buy | 3/25/24 | MMAT | 150 | 2.585 | 387.75 | |
|  |  |  | 24950 | Sub Total | 9390.25 | |
| Sell | 8/20/24 |  | 500 | 0.55 | 274.99 | |
|  |  |  |  | TOTAL | 9115.26 | LOSS |

Post Reverse Split

**OPTIONS**

| BUY/SELL | DATE | SYMBOL | SHARES | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|
| Buy | 11/21/22 | MMAT $2.00 Calls Exp 1/20/23 | 3 | 0.63 | 197.29 | |
| Buy | 11/21/22 | MMAT $2.00 Calls Exp 1/20/23 | 4 | 0.63 | 261.07 | |
| Buy | 12/7/22 | MMAT $2.50 Calls Exp 12/16/22 | 10 | 0.2 | 213.63 | |
| Buy | 12/7/22 | MMAT $2.00 Calls Exp 12/16/22 | 10 | 0.32 | 333.63 | |
| Buy | 1/11/23 | MMAT $1.00 Calls Exp 1/19/24 | 10 | 0.41 | 423.63 | |
| Buy | 1/11/24 | MMAT $3.00 Calls Exp 1/13/23 | 100 | 0.01 | 182.77 | |
| Buy | 1/17/23 | MMAT $1.00 Calls Exp 1/19/24 | 10 | 0.38 | 393.63 | |
| Buy | 1/20/23 | MMAT $1.00 Calls Exp 1/19/24 | 10 | 0.34 | 353.63 | |
| Buy | 2/7/23 | MMAT $1.00 Calls Exp 1/19/24 | 10 | 0.28 | 293.74 | |
| Buy | 6/7/23 | MMAT $1.00 Calls Exp 1/17/25 | 100 | 0.07 | 767.92 | |
|  |  |  | 267 TOTAL |  | 3420.94 | LOSS |



**WELLS FARGO** **Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 06/23/21

**Account Number**   1225-2093
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCES INC | | | 400 | 5.359800000 | 2,143.92 |
| SYMBOL | TRCH | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 3553-010 | TRADE DATE | 06/23/21 | **NET AMOUNT** | **$2,143.92** |
| CUSIP | 89102U-10-3 | SETTLEMENT DATE | 06/25/21 | | |
| UNSOLICITED | | | | | |
| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
| TORCHLIGHT ENERGY RESOURCES INC | | | 200 | 4.695000000 | 939.00 |
| SYMBOL | TRCH | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 3553-010 | TRADE DATE | 06/23/21 | **NET AMOUNT** | **$939.00** |
| CUSIP | 89102U-10-3 | SETTLEMENT DATE | 06/25/21 | | |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

Page 1 of 3                                                                                           205 Q5 HV04



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

**CONFIRMATION**
DATED 10/12/22

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 1,000 | 1.089900000 | 1,089.90 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 10/12/22 | **NET AMOUNT** | **$1,089.90** |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 10/14/22 | | |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

Page 1 of 2                                                                                                       205 Q5 HV04



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 11/21/22

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| **BOUGHT** METAMATLS INC | | | QUANTITY 1,000 | PRICE 2.190000000 | PRINCIPAL 2,190.00 |
|---|---|---|---|---|---|
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 11/21/22 | **NET AMOUNT** | **$2,190.00** |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 11/23/22 | | |
| UNSOLICITED | | | | | |

| **BOUGHT** CALL META MATLS INC S2   EXP 01/20/23 | | | QUANTITY 4 | PRICE 0.630000000 | PRINCIPAL 252.00 |
|---|---|---|---|---|---|
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 8.95 |
| SECURITY NUMBER | 4622-294 | TRADE DATE | 11/21/22 | OTHER FEE* | 0.12 |
| UNSOLICITED | | SETTLEMENT DATE | 11/22/22 | | |
| | | | | **NET AMOUNT** | **$261.07** |
| | | | | | *SEE ITEM 8 ON PAGE 2 |

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

| **BOUGHT** CALL META MATLS INC S2   EXP 01/20/23 | | | QUANTITY 3 | PRICE 0.630000000 | PRINCIPAL 189.00 |
|---|---|---|---|---|---|
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 8.20 |
| SECURITY NUMBER | 4622-294 | TRADE DATE | 11/21/22 | OTHER FEE* | 0.09 |
| UNSOLICITED | | SETTLEMENT DATE | 11/22/22 | | |
| | | | | **NET AMOUNT** | **$197.29** |
| | | | | | *SEE ITEM 8 ON PAGE 2 |

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 12/07/22

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC | | | 10 | 0.200000000 | 200.00 |
| $2.50    EXP 12/16/22 | | | | | |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 13.45 |
| SECURITY NUMBER | 4236-007 | TRADE DATE | 12/07/22 | OTHER FEE* | 0.18 |
| UNSOLICITED | | SETTLEMENT DATE | 12/08/22 | | |
| | | | | **NET AMOUNT** | **$213.63** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY" BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC | | | 10 | 0.320000000 | 320.00 |
| $2    EXP 12/16/22 | | | | | |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 13.45 |
| SECURITY NUMBER | 4298-372 | TRADE DATE | 12/07/22 | OTHER FEE* | 0.18 |
| UNSOLICITED | | SETTLEMENT DATE | 12/08/22 | | |
| | | | | **NET AMOUNT** | **$333.63** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY" BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

**Investment and Insurance Products are:**
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 12/09/22

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE  LA  70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 200 | 1.700000000 | 340.00 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 12/09/22 | **NET AMOUNT** | **$340.00** |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 12/13/22 | | |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

**CONFIRMATION**
DATED 01/11/23

**Account Number   1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC<br>S1    EXP 01/19/24 | | | 10 | 0.410000000 | 410.00 |
| UNDERLYING SYMBOL<br>SECURITY NUMBER<br>UNSOLICITED | MMAT<br>4670-207 | ACCOUNT TYPE<br>TRADE DATE<br>SETTLEMENT DATE | MARGIN<br>01/11/23<br>01/12/23 | CHARGE/COMMISSION<br>OTHER FEE* | 13.45<br>0.18 |
| | | | | **NET AMOUNT** | **$423.63** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC<br>S3    EXP 01/13/23 | | | 100 | 0.010000000 | 100.00 |
| UNDERLYING SYMBOL<br>SECURITY NUMBER<br>UNSOLICITED | MMAT<br>4719-625 | ACCOUNT TYPE<br>TRADE DATE<br>SETTLEMENT DATE | MARGIN<br>01/11/23<br>01/12/23 | CHARGE/COMMISSION<br>OTHER FEE* | 80.95<br>1.82 |
| | | | | **NET AMOUNT** | **$182.77** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 01/17/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC | | | 10 | 0.380000000 | 380.00 |
| S1   EXP 01/19/24 | | | | | |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 13.45 |
| SECURITY NUMBER | 4670-207 | TRADE DATE | 01/17/23 | OTHER FEE* | 0.18 |
| UNSOLICITED | | SETTLEMENT DATE | 01/18/23 | | |
| | | | | **NET AMOUNT** | **$393.63** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

**Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.



**WELLS FARGO Advisors**
For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 01/20/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC $1  EXP 01/19/24 | | | 10 | 0.340000000 | 340.00 |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 13.45 |
| SECURITY NUMBER | 4670-207 | TRADE DATE | 01/20/23 | OTHER FEE* | 0.18 |
| UNSOLICITED | | SETTLEMENT DATE | 01/23/23 | **NET AMOUNT** | **$353.63** |

*SEE ITEM 8 ON PAGE 2

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 02/07/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC | | | 10 | 0.280000000 | 280.00 |
| $1    EXP 01/19/24 | | | | | |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 13.45 |
| SECURITY NUMBER | 4670-207 | TRADE DATE | 02/07/23 | OTHER FEE* | 0.29 |
| UNSOLICITED | | SETTLEMENT DATE | 02/08/23 | | |
| | | | | **NET AMOUNT** | **$293.74** |
| | | | | | *SEE ITEM 8 ON PAGE 2 |

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 03/13/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE  LA  70809-1767

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 1,000 | 0.539100000 | 539.10 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 34.95 |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 03/13/23 | | |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 03/15/23 | **NET AMOUNT** | **$574.05** |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
· Not Insured by the FDIC or Any Federal Government Agency
· Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
· Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

Page 1 of 2                                    205 Q5 HV04



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

Electronic Delivery

**CONFIRMATION**
DATED 04/14/23

**Account Number   1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 1,500 | 0.229100000 | 343.65 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 34.95 |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 04/14/23 | | |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 04/18/23 | **NET AMOUNT** | **$378.60** |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 05/01/23

Electronic Delivery

**Account Number   1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 1,000 | 0.188900000 | 188.90 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 34.95 |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 05/01/23 | | |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 05/03/23 | **NET AMOUNT** | **$223.85** |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
· Not Insured by the FDIC or Any Federal Government Agency
· Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
· Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 05/31/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 4,000 | 0.230000000 | 920.00 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 05/31/23 | **NET AMOUNT** | **$920.00** |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 06/02/23 | | |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

**CONFIRMATION**
DATED 06/07/23

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC | | | 10,000 | 0.268000000 | 2,680.00 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-916 | TRADE DATE | 06/07/23 | **NET AMOUNT** | **$2,680.00** |
| CUSIP | 59134N-10-4 | SETTLEMENT DATE | 06/09/23 | | |
| UNSOLICITED | | | | | |

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| CALL META MATLS INC | | | 100 | 0.070000000 | 700.00 |
| $1     EXP 01/17/25 | | | | | |
| UNDERLYING SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | CHARGE/COMMISSION | 65.00 |
| SECURITY NUMBER | 4235-806 | TRADE DATE | 06/07/23 | OTHER FEE* | 2.92 |
| UNSOLICITED | | SETTLEMENT DATE | 06/08/23 | | |
| | | | | **NET AMOUNT** | **$767.92** |
| | | | | | *SEE ITEM 8 ON PAGE 2 |

**TRADE INFORMATION:** OPENING TRANSACTION. EXERCISE BY EXCEPTION; AT EXPIRATION, LONG OPTIONS THAT ARE 'IN THE MONEY' BY $.01 OR MORE WILL BE AUTOMATICALLY EXERCISED. SHOULD YOU NOT WISH TO HAVE YOUR OPTION EXERCISED, YOU MAY REQUEST A CONTRARY EXERCISE INSTRUCTION. TO DO SO, PLEASE NOTIFY YOUR INVESTMENT PROFESSIONAL BY 4:30 PM ET ON THE FRIDAY OF EXPIRATION.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-6275

CONFIRMATION
DATED 01/05/24

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| **BOUGHT** META MATLS INC | | | QUANTITY 5,000 | PRICE 0.066100000 | PRINCIPAL 330.50 |
|---|---|---|---|---|---|
| SYMBOL SECURITY NUMBER CUSIP UNSOLICITED | MMAT 2593-916 59134N-10-4 | ACCOUNT TYPE TRADE DATE SETTLEMENT DATE | MARGIN 01/05/24 01/09/24 | **NET AMOUNT** | **$330.50** |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

Page 1 of 2                                                                                   205 Q5 HV04



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

## CONFIRMATION
DATED 03/25/24

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA   70809-1767

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC NEW NEW | | | 100 | 2.765000000 | 276.50 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-949 | TRADE DATE | 03/25/24 | **NET AMOUNT** | **$276.50** |
| CUSIP | 59134N-30-2 | SETTLEMENT DATE | 03/27/24 | | |
| UNSOLICITED | | | | | |
| **BOUGHT** | | | QUANTITY | PRICE | PRINCIPAL |
| META MATLS INC NEW NEW | | | 150 | 2.585000000 | 387.75 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | | |
| SECURITY NUMBER | 2593-949 | TRADE DATE | 03/25/24 | **NET AMOUNT** | **$387.75** |
| CUSIP | 59134N-30-2 | SETTLEMENT DATE | 03/27/24 | | |
| UNSOLICITED | | | | | |

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

<a>Case 24-50792-hlb    Doc 1466    Entered 12/30/24 15:12:09    Page 20 of 20</a>



**WELLS FARGO Advisors**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

CONFIRMATION
DATED 08/20/24

**Account Number    1225-2093**
YOUR INVESTMENT PROFESSIONAL
WELLSTRADE
1-800-TRADERS
800-872-3377

Electronic Delivery

OLIVER LAMAR POOLE
8328 CYPRESS LAKE DR
BATON ROUGE   LA  70809-1767

| SOLD | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| META MATLS INC NEW NEW | | | 500 | 0.550000000 | 275.00 |
| SYMBOL | MMAT | ACCOUNT TYPE | MARGIN | OTHER FEE* | 0.01 |
| SECURITY NUMBER | 2593-949 | TRADE DATE | 08/20/24 | | |
| CUSIP | 59134N-30-2 | SETTLEMENT DATE | 08/21/24 | **NET AMOUNT** | **$274.99** |
| UNSOLICITED | | | | | |

*SEE ITEM 8 ON PAGE 2

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

<s>Page 1 of 2                                    205 Q5 HV04</s>