NvB 3001 (Effective 1 21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials, Inc | 24-50792 |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )

Yeng Yang
355 Riverview Dr
Thiensville, WI 53092

Telephone Number    414-698-2304

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 27 2024**

**U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security (b) interest of a limited partner in a limited partnership or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| Multiple Broker Accounts See Attached Documentation | ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest    Yeng Yang

Multiple Brokers
See attached documentation

Telephone Number

**3** Date Equity Interest was acquired

Between 06/2021 — 01/2023
See Attached documentation

**4** Total amount of member interest 24,767 Shares for #35,690 24

**5** Certificate number(s) See Attached documentation

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description    Investor

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name    Yeng Yang
Title _____
Company __ Address and telephone number (if different from notice address above)
_____
_____

(Signature)    12/14/24 (Date)

Telephone number 414-698-2304    email y yang 84@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571*

Print Form          Save Form          Clear Form

| | Purchase Date | Quantity | Amount | |
|---|---|---|---|---|
| **TD Ameritrade** | 12/16/2021 | 337 00 | $ 997 35 | |
| | 7/9/2021 | 4 00 | $ 20 48 | |
| | 7/7/2021 | 258 00 | $ 1,744 08 | |
| | 7/7/2021 | 443 00 | $ 2,994 64 | |
| | 6/28/2021 | 615 00 | received from a reverse split | |
| | | 1,657 00 | $ 5,756 55 | Total |
| | | | | |
| **Etrade** | 6/28/2021 | 319 00 | received from a reverse split | |
| | | | | |
| **Webull** | 12/7/2021 | 500 00 | $ 1,614 95 | |
| | 12/7/2021 | 500 00 | $ 1,602 50 | |
| | 7/20/2021 | 300 00 | $ 1,104 00 | |
| | 7/19/2021 | 203 00 | $ 862 75 | |
| | 7/19/2021 | 200 00 | $ 804 00 | |
| | 7/19/2021 | 200 00 | $ 816 00 | |
| | 7/19/2021 | 100 00 | $ 408 55 | |
| | 7/23/2021 | 100 00 | $ 512 75 | |
| | 7/12/2021 | 100 00 | $ 585 78 | |
| | 7/8/2021 | 229 00 | $ 1,671 70 | |
| | | 2,432 00 | $ 9,982 98 | Total |
| | | | | |
| **Robinhood** | 12/11/2023 | 3,200 00 | $ 223 04 | |
| | 5/3/2023 | 5,214 00 | $ 995 87 | |
| | 4/13/2023 | 100 00 | $ 31 79 | |
| | 4/13/2023 | 100 00 | $ 31 39 | |
| | 4/4/2023 | 500 00 | $ 218 65 | |
| | 3/1/2023 | 1,000 00 | $ 611 90 | |
| | 2/24/2023 | 100 00 | $ 64 22 | |
| | 2/24/2023 | 100 00 | $ 64 22 | |
| | 2/24/2023 | 100 00 | $ 64 22 | |
| | 2/24/2023 | 100 00 | $ 64 22 | |
| | 2/24/2023 | 100 00 | $ 64 22 | |
| | 2/24/2023 | 400 00 | $ 256 84 | |
| | 2/24/2023 | 100 00 | $ 64 21 | |
| | 2/23/2023 | 500 00 | $ 330 70 | |
| | 2/23/2023 | 500 00 | $ 339 00 | |
| | 2/23/2023 | 500 00 | $ 339 00 | |
| | 2/21/2023 | 500 00 | $ 335 95 | |
| | 2/14/2023 | 500 00 | $ 372 35 | |
| | 2/10/2023 | 500 00 | $ 413 15 | |
| | 12/15/2022 | 2,000 00 | $ 2,757 40 | |
| | 12/8/2022 | 245 00 | $ 454 48 | |

| Date | Amount | | Value |
|---|---|---|---|
| 12/7/2022 | 500 00 | $ | 1,160 00 |
| 12/7/2022 | 450 00 | $ | 1,044 00 |
| 12/7/2022 | 100 00 | $ | 232 00 |
| 12/7/2022 | 100 00 | $ | 232 00 |
| 12/7/2022 | 500 00 | $ | 1,160 00 |
| 12/7/2022 | 100 00 | $ | 232 00 |
| 12/2/2022 | 400 00 | $ | 743 72 |
| 12/14/2021 | 100 00 | $ | 294 75 |
| 8/6/2021 | 100 00 | $ | 324 75 |
| 7/22/2021 | 250 00 | $ | 872 50 |
| 7/15/2021 | 300 00 | $ | 1,131 00 |
| 7/15/2021 | 100 00 | $ | 406 87 |
| 7/15/2021 | 100 00 | $ | 414 00 |
| 7/15/2021 | 100 00 | $ | 431 95 |
| 7/15/2021 | 100 00 | $ | 437 90 |
| 7/14/2021 | 500 00 | $ | 1,904 45 |
| 7/13/2021 | 93 00 | $ | 386 88 |
| 7/13/2021 | 107 00 | $ | 445 12 |
| | 20,359 00 | | 19,950 71 | Total |



Statement Reporting Period:
01/01/22 - 01/31/22

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 235-095939**
YENG YANG ROTH IRA TD AMERITRADE
CLEARING, CUSTODIAN
355 RIVERVIEW DR
THIENSVILLE, WI 53092-1713

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | 0.50 | 2.47 | (1.97) | (79.8)% | - | 0.01% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 15,211.30 | 18,520.77 | (3,309.47) | (17.9)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$15,211.80** | **$18,523.24** | **($3,311.44)** | **(17.9)%** | **$ 0.00** | **0.0%** | |

Stocks
100.0%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | (6,706.58) | (6,706.58) |
| Securities Sold | 6,704.61 | 6,704.61 |
| Contributions | - | - |
| Distributions | - | - |
| Income | - | - |
| Expense | - | - |
| Other | 1.97 | 1.97 |
| **Closing Balance** | $ 0.00 | $0.00 |

## Retirement Account Summary

| | 2022 PTD | 2022 YTD | 2021 YTD |
|---|---|---|---|
| Contributions | $ - | $ - | $2,000.00 |
| Distributions | - | - | - |
| Plan Contribution | - | - | - |
| Rollover | - | - | - |
| Direct Transfer | - | - | 23,174.41 |
| Tax Withheld | - | - | - |
| Recharact | - | - | - |
| Roth Conv. | - | - | - |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 01/31/22 ** | $ - |
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)^YTD | - |
| Income/(Expense)^YTD | - |
| Securities Received/(Delivered)^YTD | 0.00 |

**To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Account > Cost Basis.

**Statement for Account # 235-095939**
01/01/22 - 01/31/22

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 11,701 | $ 1.30 | $ 15,211.30 | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | **$15,211.30** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$15,211.30** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 01/07/22 | 01/11/22 | Margin | Sell - Securities Sold | FIRST COLOMBIA GOLD CORP COM Commission/Fee 6.95 Regulatory Fee 5.96 | FCGD | 1,218,827- | $ 0.0011 | $ 1,327.80 | 1,327.80 |
| 01/11/22 | 01/11/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (935.17) | 392.63 |
| 01/10/22 | 01/12/22 | Margin | Sell - Securities Sold | META MATERIALS INC COM Regulatory Fee 0.04 | MMAT | 337- | 2.2801 | 768.35 | 1,160.98 |
| 01/10/22 | 01/12/22 | Margin | Sell - Securities Sold | INFRAX SYSTEMS INC COM Commission/Fee 6.95 Regulatory Fee 5.95 | IFXY | 128,663- | 0.0031 | 385.96 | 1,546.94 |
| 01/10/22 | 01/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 1,574 | 1.29 | (2,037.41) | (490.47) |
| 01/10/22 | 01/12/22 | Margin | Sell - Securities Sold | INFRAX SYSTEMS INC COM Commission/Fee 6.95 Regulatory Fee 5.95 | IFXY | 157,304- | 0.0032 | 490.47 | 0.00 |
| 01/14/22 | 01/14/22 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 937.14 | 937.14 |
| 01/13/22 | 01/18/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 674 | 1.38 | (937.07) | 0.07 |

**Statement for Account # 235-095939**

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/21 | 12/16/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 337 | 2.9595 | (997.35) | 1,002.22 |
| 12/14/21 | 12/16/21 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD Commission/Fee 6.95 | MMTLP | 460 | 1.37 | (637.15) | 365.07 |
| 12/14/21 | 12/16/21 | Margin | Buy - Securities Purchased | FIRST COLOMBIA GOLD CORP COM Commission/Fee 6.95 | FCGD | 157,000 | 0.0009 | (148.25) | 216.82 |
| 12/14/21 | 12/16/21 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD Commission/Fee 6.95 | MMTLP | 148 | 1.29 | (197.87) | 18.95 |
| 12/14/21 | 12/16/21 | Margin | Buy - Securities Purchased | INFRAX SYSTEMS INC COM Commission/Fee 6.95 | IFXY | 2,000 | 0.006 | (18.95) | 0.00 |

**Closing Balance** — **$ 0.00**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 12/01/21 | $ 2.04 | 9 | 0.0100 | $ - | $ - | $ - |
| 12/10/21 | 2,002.04 | 5 | 0.0100 | - | - | - |
| 12/15/21 | 2.47 | 17 | 0.0100 | - | - | - |

**Total Interest Income** — **$0.00**

**Statement for Account # 235-095939**
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 08/05/21 | 08/09/21 | Margin | Sell - Securities Sold | INNERSCOPE HEARING TECH INC COM<br>Commission/Fee 6.95<br>Regulatory Fee 5.96 | INND | 222,222- | $ 0.0129 | $ 2,853.75 | 2,853.75 |
| 08/09/21 | 08/09/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2,853.75) | 0.00 |
| 08/13/21 | 08/17/21 | Margin | Sell - Securities Sold | META MATERIALS INC COM<br>Regulatory Fee 0.18 | MMAT | 1,320- | 3.28 | 4,329.42 | 4,329.42 |
| 08/13/21 | 08/17/21 | Margin | Sell - Securities Sold | MAJIC WHEELS CORPORATION COM<br>Commission/Fee 6.95<br>Regulatory Fee 0.12 | MJWL | 1,000- | 0.1181 | 111.03 | 4,440.45 |
| 08/13/21 | 08/17/21 | Margin | Sell - Securities Sold | MAJIC WHEELS CORPORATION COM<br>Commission/Fee 6.95<br>Regulatory Fee 0.12 | MJWL | 1,044- | 0.1171 | 122.13 | 4,562.58 |
| 08/13/21 | 08/17/21 | Margin | Sell - Securities Sold | GREEN BATTERY MINERALS INC COM<br>Commission/Fee 6.95<br>Regulatory Fee 0.89 | GBMIF | 7,500- | 0.106 | 786.94 | 5,349.52 |
| 08/13/21 | 08/17/21 | Margin | Sell - Securities Sold | ELINE ENTERTAINMENT GROUP INC COM<br>Commission/Fee 6.95<br>Regulatory Fee 5.96 | EEGI | 444,444- | 0.0024 | 1,053.76 | 6,403.28 |
| 08/13/21 | 08/17/21 | Margin | Buy - Securities Purchased | DARKPULSE INC COM<br>Commission/Fee 6.95 | DPLS | 19,083 | 0.131 | (2,506.82) | 3,896.46 |
| 08/13/21 | 08/17/21 | Margin | Buy - Securities Purchased | LAKE RESOURCES NL COM<br>Commission/Fee 6.95 | LLKKF | 4,192 | 0.477 | (2,006.53) | 1,889.93 |
| 08/13/21 | 08/17/21 | Margin | Buy - Securities Purchased | LAKE RESOURCES NL COM<br>Commission/Fee 6.95 | LLKKF | 1,200 | 0.4765 | (578.75) | 1,311.18 |
| 08/17/21 | 08/17/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,311.18) | 0.00 |

## Statement for Account # 235-095939
07/01/21 - 07/31/21

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | |

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **($23.32)** |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NIO INC ADR | NIO | 1- | $ 49.435 | $ 49.44 | 26.12 |
| 07/01/21 | 07/01/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (26.12) | 0.00 |
| 07/02/21 | 07/07/21 | Margin | Sell - Securities Sold | NIO INC ADR Regulatory Fee 0.07 | NIO | 205- | 49.95 | 10,239.68 | 10,239.68 |
| 07/02/21 | 07/07/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 443 | 6.7599 | (2,994.64) | 7,245.04 |
| 07/02/21 | 07/07/21 | Margin | Buy - Securities Purchased | ILUSTRATO PICTURES INTL INC COM Commission/Fee 6.95 | ILUS | 15,974 | 0.0626 | (1,006.92) | 6,238.12 |
| 07/02/21 | 07/07/21 | Margin | Buy - Securities Purchased | MAJIC WHEELS CORPORATION COM Commission/Fee 6.95 | MJWL | 2,044 | 0.2445 | (506.71) | 5,731.41 |
| 07/02/21 | 07/07/21 | Margin | Buy - Securities Purchased | INNERSCOPE HEARING TECH INC COM Commission/Fee 6.95 | INND | 222,222 | 0.0179 | (3,984.72) | 1,746.69 |
| 07/02/21 | 07/07/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 258 | 6.76 | (1,744.08) | 2.61 |
| 07/07/21 | 07/07/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2.61) | 0.00 |
| 07/08/21 | 07/08/21 | Margin | Received - Other | META MATERIALS INC COM Stock Div\Split on 1230 TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 SPINOFF FROM CUSIP 89102U103 Payable: 06/25/2021 | 59134N203 | 1,230 | 0.00 | - | 0.00 |
| 07/09/21 | 07/13/21 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 4 | 5.1199 | (20.48) | (20.48) |
| 07/13/21 | 07/13/21 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 20.48 | 0.00 |

**Statement for Account # 235-095939**

06/01/21 - 06/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| **Opening Balance** | | | | | | | | | **$0.01** |
| 06/01/21 | 06/01/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 0.00 | $ (0.01) | 0.00 |
| 06/18/21 | 06/22/21 | Margin | Sell - Securities Sold | MARATHON DIGITAL HOLDINGS INC COM Regulatory Fee 0.07 | MARA | 284- | 29.315 | 8,325.39 | 8,325.39 |
| 06/18/21 | 06/22/21 | Margin | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 1,230 | 5.645 | (6,943.35) | 1,382.04 |
| 06/18/21 | 06/22/21 | Margin | Buy - Securities Purchased | ILUSTRATO PICTURES INTL INC COM Commission/Fee 6.95 | ILUS | 25,910 | 0.053 | (1,380.18) | 1.86 |
| 06/22/21 | 06/22/21 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1.86) | 0.00 |
| 06/28/21 | 06/28/21 | Margin | Delivered - Other | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843\|REVERSE SPLIT | TRCH | 1,230- | 0.00 | - | 0.00 |
| 06/28/21 | 06/28/21 | Margin | Received - Other | META MATERIALS INC COM 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843\|REVERSE SPLIT | MMAT | 615 | 0.00 | - | 0.00 |
| 06/28/21 | 06/28/21 | Margin | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#539843 | 89102U103 | - | 0.00 | (38.00) | (38.00) |
| 06/29/21 | 06/29/21 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 14.68 | (23.32) |
| **Closing Balance** | | | | | | | | | **($23.32)** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

*January 1, 2022 - January 31, 2022*

PAGE **2** OF 8

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NB-51643-14  RR WEA**

**YENG YANG**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC PFD SER A | MMTLP | M | 1,456 | $1.30 | $1,892.80 | $2,198.56 | -14% | | 99.348% |
| **Total Equities** | | | | | **$1,892.80** | | | | **99.348%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$12.43** | | | | **0.652%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,905.23** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 01/07/22 | M | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 2,016 | $0.8772 | | $1,768.17 |
| SOLD | 01/07/22 | M | KULR TECHNOLOGY GROUP INC COMMON STOCK CUSIP: 50125G109 | 3,128 | 2.7601 | | 8,633.13 |
| SOLD | 01/07/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,695 | 2.57 | | 4,355.90 |
| **Total Buy / Sell Transactions** | | | | | | | **$14,757.20** |

*December 1, 2021 - December 31, 2021*

PAGE **3** OF 10

ACCOUNT NUMBER   **5NB-51643-14  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**YENG YANG**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 12/03/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 1,000 | 3.5281 | 3,528.10 | |
| SOLD | 12/03/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 1,000 | 3.5104 | | 3,510.26 |
| BOUGHT | 12/06/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 50 | 3.13 | 156.50 | |
| BOUGHT | 12/06/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 500 | 3.22 | 1,610.00 | |
| BOUGHT | 12/06/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 548 | 3.20 | 1,753.60 | |
| SOLD | 12/06/21 | M | NANO DIMENSION LTD<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 63008G203 | 1,250 | 4.3201 | | 5,399.95 |
| BOUGHT | 12/07/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 500 | 3.12491 | 1,562.46 | |
| BOUGHT | 12/07/21 | M | KULR TECHNOLOGY GROUP INC<br>COMMON STOCK<br>CUSIP: 50125G109 | 1,000 | 3.17 | 3,170.00 | |
| BOUGHT | 12/07/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 3.205 | 1,602.50 | |
| BOUGHT | 12/07/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 3.2299 | 1,614.95 | |

*July 1, 2021 - July 31, 2021*

PAGE **3** OF 12

ACCOUNT NUMBER    **5NB-51643-14  RR WEA**

**YENG YANG**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**▶ ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/08/21 | M | META MATLS INC | 229 | $7.30 | $1,671.70 | |
| | | | COMMON STOCK | | | | |
| | | | CUSIP: 59134N104 | | | | |
| BOUGHT | 07/08/21 | M | META MATLS INC | 997 | | | |
| | | | PFD SER A | | | | |
| | | | SPINOFF  ON    997 SHS | | | | |
| | | | TORCHLIGHT ENERGY RESOURCES | | | | |
| | | | REC 06/24/21 PAY 06/25/21 | | | | |
| | | | AS OF 07/07/21 | | | | |
| | | | CUSIP: 59134N203 | | | | |
| BOUGHT | 07/08/21 | O | META MATLS INC | 459 | | | |
| | | | PFD SER A | | | | |
| | | | SPINOFF  ON    459 SHS | | | | |
| | | | TORCHLIGHT ENERGY RESOURCES | | | | |
| | | | REC 06/24/21 PAY 06/25/21 | | | | |
| | | | AS OF 07/07/21 | | | | |
| | | | CUSIP: 59134N203 | | | | |
| BOUGHT | 07/12/21 | M | META MATLS INC | 100 | 5.8578 | 585.78 | |
| | | | COMMON STOCK | | | | |
| | | | CUSIP: 59134N104 | | | | |
| BOUGHT | 07/13/21 | M | META MATLS INC | 100 | 5.1275 | 512.75 | |
| | | | COMMON STOCK | | | | |
| | | | CUSIP: 59134N104 | | | | |
| BOUGHT | 07/19/21 | M | META MATLS INC | 100 | 4.0855 | 408.55 | |
| | | | COMMON STOCK | | | | |
| | | | CUSIP: 59134N104 | | | | |
| BOUGHT | 07/19/21 | M | META MATLS INC | 200 | 4.08 | 816.00 | |
| | | | COMMON STOCK | | | | |
| | | | CUSIP: 59134N104 | | | | |

*July 1, 2021 - July 31, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **4** OF 12

ACCOUNT NUMBER   **5NB-51643-14  RR WEA**

**YENG YANG**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/19/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 4.02 | 804.00 | |
| BOUGHT | 07/19/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 203 | 4.25 | 862.75 | |
| SOLD | 07/19/21 | M | RIOT BLOCKCHAIN INC<br>COMMON STOCK<br>CUSIP: 767292105 | 142 | 28.01 | | 3,977.37 |
| BOUGHT | 07/20/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | 3.68 | 1,104.00 | |
| SOLD | 07/22/21 | M | RIOT BLOCKCHAIN INC<br>COMMON STOCK<br>CUSIP: 767292105 | 155 | 24.77 | | 3,839.31 |
| **Total Buy / Sell Transactions** | | | | | | **$6,765.53** | **$7,816.68** |

**DIVIDENDS AND INTEREST**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTEREST | 07/14/21 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>June2021 REBATE<br>Security Number: 8S87337 | | | | $4.44 |
| **Total Dividends And Interest** | | | | | | | **$4.44** |



**Robinhood**
85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 5
12/01/2023 to 12/31/2023

**YENG YANG** Account #: 901652129
355 Riverview Dr, Thiensville, WI 53092

■ Options    ■ Equities    Cash and Cash Equivalents

### Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.25 | $15.09 |
| Total Securities | $2,694.88 | $1,593.86 |
| **Portfolio Value** | **$2,695.13** | **$1,608.95** |

Portfolio Allocation



- Cash and Cash Equivalents
  0.94%
- Equities
  99.06%
- Options
  0.00%

### Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3132498

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Cash | 0.113333 | $6.12 | $0.69 | $0.00 | 0.04% |
| VINCO VENTURES INC<br>Estimated Yield: 0.00% | BBIG | Cash | 1 | $0.01 | $0.01 | $0.00 | 0.00% |
| FingerMotion<br>Estimated Yield: 0.00% | FNGR | Cash | 5 | $4.02 | $20.10 | $0.00 | 1.25% |
| Genius Group<br>Estimated Yield: 0.00% | GNS | Cash | 1 | $0.65 | $0.65 | $0.00 | 0.04% |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>Estimated Yield: 0.00% | HKD | Cash | 1 | $4.17 | $4.17 | $0.00 | 0.26% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Cash | 23,747 | $0.07 | $1,567.30 | $0.00 | 97.41% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Cash | 9,000 | $0.00 | $0.00 | $0.00 | 0.00% |
| TROIKA MEDIA GROUP<br>Estimated Yield: 0.00% | TRKAQ | Cash | 1 | $0.10 | $0.10 | $0.00 | 0.01% |
| ProShares Ultra VIX Short-Term Futures ETF<br>Estimated Yield: 0.00% | UVXY | Cash | 0.1 | $8.43 | $0.84 | $0.00 | 0.05% |
| **Total Securities** | | | | | **$1,593.86** | **$0.00** | **99.06%** |
| **Brokerage Cash Balance** | | | | | **$15.09** | | **0.94%** |
| **Total Priced Portfolio** | | | | | **$1,608.95** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| C3.AI CUSIP: 18408P104 | AI | Cash | Sell | 11/30/2023 | 25 | $29.51 | | $737.77 |
| Crypto Money Movement | | Cash | COIN | 12/06/2023 | | | $499.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Cash | Buy | 12/11/2023 | 3,200 | $0.07 | $223.04 | |
| Mullen Automotive CUSIP: 62526P307 | | Cash | SPR | 12/21/2023 | 1S | | | |
| **Total Funds Paid and Received** | | | | | | | $722.93 | $737.77 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Mullen Automotive<br>CUSIP: 62526P109 | | Margin | SPR | 05/04/2023 | 1S | | | |
| C3.AI<br>CUSIP: 12468P104 | AI | Margin | Sell | 05/03/2023 | 25 | $17.17 | | $429.25 |
| Marathon Digital<br>CUSIP: 565788106 | MARA | Margin | Sell | 05/03/2023 | 50 | $9.16 | | $458.00 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 05/03/2023 | 5,214 | $0.19 | $995.87 | |
| Mullen Automotive<br>CUSIP: 62526P208 | | Margin | SPR | 05/08/2023 | 1 | | | |
| Vinco Ventures<br>CUSIP: 927330100 | | Margin | SPR | 05/11/2023 | 1S | | | |
| Vinco Ventures<br>CUSIP: 927330209 | | Margin | SPR | 05/15/2023 | 1 | | | |
| Genius Group<br>CUSIP: Y3009A109 | GNS | Margin | Buy | 05/19/2023 | 1 | $0.88 | $0.88 | |
| **Total Funds Paid and Received** | | | | | | | **$996.75** | **$887.25** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/04/2023 | 500 | $0.44 | $218.68 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/13/2023 | 100 | $0.32 | $31.79 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/13/2023 | 100 | $0.32 | $31.79 | |
| Gold Fee | | Margin | GOLD | 04/20/2023 | | | $5.00 | |
| **Total Funds Paid and Received** | | | | | | | **$287.23** | **$0.00** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 03/01/2023 | 1,000 | $0.61 | $611.90 | |
| Troika Media Group<br>CUSIP: 89689F305 | TRKA | Margin | Buy | 03/08/2023 | 1,750 | $0.37 | $656.08 | |
| Troika Media Group<br>CUSIP: 89689F305 | TRKA | Margin | Sell | 03/13/2023 | 1,749 | $0.23 | | $407.62 |
| Gold Fee | | Margin | GOLD | 03/21/2023 | | | $5.00 | |
| **Total Funds Paid and Received** | | | | | | | **$1,272.98** | **$407.62** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries.

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 400 | $0.64 | $256.84 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.22 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.22 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.22 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.22 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.22 | |
| **Total Funds Paid and Received** | | | | | | | **$5,163.29** | **$5,866.43** |

Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 02/06/2023 | | | $99.99 | |
| Marathon Digital<br>CUSIP: 565788106 | MARA | Margin | Buy | 02/02/2023 | 50 | $8.16 | $407.88 | |
| C3.AI<br>CUSIP: 12468P104 | AI | Margin | Sell | 02/07/2023 | 150 | $24.87 | | $3,730.48 |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>CUSIP: 00180N101 | HKD | Margin | Buy | 02/08/2023 | 50 | $9.39 | $469.72 | |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>CUSIP: 00180N101 | HKD | Margin | Buy | 02/08/2023 | 150 | $9.39 | $1,408.50 | |
| AMC Entertainment<br>CUSIP: 00165C104 | AMC | Margin | Sell | 02/09/2023 | 100 | $5.18 | | $517.47 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/10/2023 | 500 | $0.83 | $413.15 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/14/2023 | 500 | $0.74 | $372.25 | |
| Gold Fee | | Margin | GOLD | 02/21/2023 | | | $5.00 | |
| AMTD Digital Inc. American Depositary Shares (every five of which represent two Class A Ordinary Shares)<br>CUSIP: 00180N101 | HKD | Margin | Sell | 02/21/2023 | 199 | $8.13 | | $1,618.48 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/21/2023 | 500 | $0.67 | $335.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/23/2023 | 500 | $0.68 | $339.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/23/2023 | 500 | $0.68 | $339.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/23/2023 | 500 | $0.66 | $330.70 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 02/24/2023 | 100 | $0.64 | $64.21 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/02/2022 | 400 | $1.86 | $743.72 | |
| ProShares Ultra VIX Short-Term Futures ETF CUSIP: 74347Y839 | UVXY | Margin | Sell | 12/02/2022 | 104 | $7.34 | | $762.81 |
| ACH Deposit | | Margin | ACH | 12/07/2022 | | | | $4,500.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2.32 | $232.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 500 | $2.32 | $1,160.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2.32 | $232.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 100 | $2.32 | $232.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 450 | $2.32 | $1,044.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/07/2022 | 500 | $2.32 | $1,160.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/08/2022 | 245 | $1.86 | $454.48 | |
| MMAT Preferred Shares CUSIP: 59134N203 | | Margin | MRGS | 12/13/2022 | 9,000S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 12/09/2022 | 5,000 | $1.57 | | $7,869.16 |
| Next Bridge Hydrocarbons Contra CUSIP: 591994371 | | Margin | MRGS | 12/13/2022 | 9,000 | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/15/2022 | 2,000 | $1.38 | $2,757.40 | |
| Gold Fee | | Margin | GOLD | 12/21/2022 | | | $5.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Marathon Digital CUSIP: 565788106 | MARA | Margin | Buy | 11/29/2021 | 58 | $50.72 | $2,941.86 | |
| Marathon Digital CUSIP: 565788106 | MARA | Margin | Sell | 11/30/2021 | 58 | $49.39 | | $2,864.82 |
| Crypto Money Movement | | Margin | COIN | 12/06/2021 | | | $1,058.09 | |
| Crypto Money Movement | | Margin | COIN | 12/06/2021 | | | $243.39 | |
| Crypto Money Movement | | Margin | COIN | 12/06/2021 | | | | $500.05 |
| Crypto Money Movement | | Margin | COIN | 12/15/2021 | | | | $750.32 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/14/2021 | 100 | $2.95 | $294.75 | |
| Crypto Money Movement | | Margin | COIN | 12/20/2021 | | | | $1,007.33 |
| Crypto Money Movement | | Margin | COIN | 12/20/2021 | | | | $1,492.05 |
| Crypto Money Movement | | Margin | COIN | 12/20/2021 | | | | $100.54 |
| Crypto Money Movement | | Margin | COIN | 12/20/2021 | | | | $50.26 |
| Aggregated Margin Interest 2.5% APR | | Margin | MINT | 12/27/2021 | | | $3.08 | |
| Gold Fee | | Margin | GOLD | 12/22/2021 | | | $5.00 | |
| **Total Funds Paid and Received** | | | | | | | **$4,546.19** | **$6,765.37** |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Robinhood Markets CUSIP: 770700102 | HOOD | Margin | Buy | 07/29/2021 | 50 | $38.00 | $1,900.00 | |
| Robinhood Markets CUSIP: 770700102 | HOOD | Margin | Buy | 07/29/2021 | 50 | $38.00 | $1,900.00 | |
| Inpixon CUSIP: 45790J800 | INPX | Margin | Sell | 08/05/2021 | 100 | $1.01 | | $101.16 |
| Lipocine CUSIP: 53630X104 | LPCN | Margin | Sell | 08/05/2021 | 100 | $1.24 | | $124.08 |
| Steel Connect CUSIP: 858098106 | STCN | Margin | Sell | 08/05/2021 | 25 | $1.71 | | $42.75 |
| Tyme Technologies CUSIP: 90238J103 | TYME | Margin | Sell | 08/05/2021 | 5 | $1.05 | | $5.26 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/06/2021 | 100 | $3.25 | $324.75 | |
| Ideanomics CUSIP: 45166V106 | IDEX | Margin | Sell | 08/11/2021 | 1,900.971351 | $2.33 | | $4,429.00 |
| Robinhood Markets CUSIP: 770700102 | HOOD | Margin | Sell | 08/11/2021 | 100 | $50.63 | | $5,062.96 |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 08/12/2021 | 2,000 | $9.09 | $18,180.00 | |
| Trading fee correction credit | | Margin | T/A | 08/16/2021 | | | | $0.14 |
| Bionano Genomics CUSIP: 09075F107 | BNGO | Margin | Sell | 08/17/2021 | 0.058633 | $5.38 | | $0.32 |
| Cinedigm CUSIP: 172406209 | CIDM | Margin | Sell | 08/17/2021 | 1 | $1.66 | | $1.66 |
| Gevo CUSIP: 374396406 | GEVO | Margin | Sell | 08/17/2021 | 1 | $5.34 | | $5.35 |
| Lucid Group CUSIP: 549498103 | LCID | Margin | Sell | 08/17/2021 | 0.5 | $22.49 | | $11.25 |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2021 | 93 | $4.16 | $386.88 | |
| Churchill Capital Unsolicited, CUSIP: 171439102 | CCIV | Margin | Sell | 07/14/2021 | 17 | $23.86 | | $405.62 |
| Churchill Capital Unsolicited, CUSIP: 171439102 | CCIV | Margin | Sell | 07/14/2021 | 9 | $23.86 | | $214.74 |
| Churchill Capital Unsolicited, CUSIP: 171439102 | CCIV | Margin | Sell | 07/14/2021 | 2 | $23.86 | | $47.72 |
| Churchill Capital Unsolicited, CUSIP: 171439102 | CCIV | Margin | Sell | 07/14/2021 | 20 | $23.86 | | $477.20 |
| Churchill Capital Unsolicited, CUSIP: 171439102 | CCIV | Margin | Sell | 07/14/2021 | 2 | $23.86 | | $47.72 |
| Crypto Money Movement | | Margin | COIN | 07/16/2021 | | | $500.00 | |
| Crypto Money Movement | | Margin | COIN | 07/16/2021 | | | $20.74 | |
| Crypto Money Movement | | Margin | COIN | 07/16/2021 | | | $978.99 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2021 | 500 | $3.81 | $1,904.45 | |
| Cinedigm Unsolicited, CUSIP: 172406209 | CIDM | Margin | Sell | 07/15/2021 | 0.05 | $1.52 | | $0.08 |
| Cinedigm Unsolicited, CUSIP: 172406209 | CIDM | Margin | Sell | 07/15/2021 | 1,600 | $1.52 | | $2,434.67 |
| Crypto Money Movement | | Margin | COIN | 07/19/2021 | | | $500.00 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 100 | $4.38 | $437.90 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 100 | $4.32 | $431.95 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 100 | $4.14 | $414.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Ideanomics<br>Unsolicited, CUSIP: 45166V106 | IDEX | Margin | Buy | 06/30/2021 | 250 | $2.86 | $714.25 | |
| Luokung Technology<br>Unsolicited, CUSIP: G56981106 | LKCO | Margin | Buy | 06/30/2021 | 250 | $2.42 | $604.45 | |
| ACH Deposit | | Margin | ACH | 07/06/2021 | | | | $2,000.00 |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 07/01/2021 | 2 | $54.23 | $108.46 | |
| Crypto Money Movement | | Margin | COIN | 07/06/2021 | | | $200.00 | |
| Crypto Money Movement | | Margin | COIN | 07/06/2021 | | | $369.27 | |
| Crypto Money Movement | | Margin | COIN | 07/06/2021 | | | $131.00 | |
| Crypto Money Movement | | Margin | COIN | 07/06/2021 | | | $229.98 | |
| Luokung Technology<br>Unsolicited, CUSIP: G56981106 | LKCO | Margin | Buy | 07/01/2021 | 250 | $2.42 | $604.60 | |
| MMAT Preferred Shares<br>Unsolicited, CUSIP: 59134N203 | | Margin | SOFF | 07/07/2021 | 9.000 | | | |
| Ideanomics<br>Unsolicited, CUSIP: 45166V106 | IDEX | Margin | Buy | 07/06/2021 | 250 | $2.70 | $674.35 | |
| Luokung Technology<br>Unsolicited, CUSIP: G56981106 | LKCO | Margin | Buy | 07/06/2021 | 200 | $2.16 | $431.80 | |
| Luokung Technology<br>Unsolicited, CUSIP: G56981106 | LKCO | Margin | Sell | 07/07/2021 | 2.700 | $2.02 | | $5,467.15 |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Sell | 07/13/2021 | 92 | $39.67 | | $3,649.61 |
| Crypto Money Movement | | Margin | COIN | 07/15/2021 | | | $250.03 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2021 | 107 | $4.16 | $445.12 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 100 | $4.07 | $406.87 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/15/2021 | 300 | $3.77 | $1,131.00 | |
| Cinedigm<br>Unsolicited, CUSIP: 172406209 | CIDM | Margin | Buy | 07/16/2021 | 1 | $1.38 | $1.38 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 07/21/2021 | 0.1 | $43.24 | $4.32 | |
| NIO<br>Unsolicited, CUSIP: 62914V106 | NIO | Margin | Buy | 07/21/2021 | 0.2 | $46.64 | $9.33 | |
| NIO<br>Unsolicited, CUSIP: 62914V106 | NIO | Margin | Sell | 07/21/2021 | 200.8694 | $46.68 | | $9,376.75 |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2021 | 250 | $3.49 | $872.50 | |
| Security change from 171439102 to 549498103 | | Margin | SXCH | 07/26/2021 | 0.5 | | | |
| Security change from 171439102 to 549498103 | | Margin | SXCH | 07/26/2021 | 0.5S | | | |
| Sundial Growers<br>Unsolicited, CUSIP: 86730L109 | SNDL | Margin | Buy | 07/22/2021 | 500 | $0.83 | $414.45 | |
| Sundial Growers<br>Unsolicited, CUSIP: 86730L109 | SNDL | Margin | Buy | 07/22/2021 | 500 | $0.83 | $414.45 | |
| Ideanomics<br>Unsolicited, CUSIP: 45166V106 | IDEX | Margin | Buy | 07/26/2021 | 400 | $2.48 | $994.00 | |
| NIO<br>Unsolicited, CUSIP: 62914V106 | NIO | Margin | Sell | 07/26/2021 | 0.2 | $43.35 | | $8.67 |
| Aggregated Margin Interest<br>2.5% APR | | Margin | MINT | 07/29/2021 | | | $18.81 | |
| Crypto Money Movement | | Margin | COIN | 07/29/2021 | | | | $1,161.84 |
| Crypto Money Movement | | Margin | COIN | 07/29/2021 | | | | $1,373.57 |



PAGE 1 OF 8

**E*TRADE Pro Elite**
**Investment Account**

**June 1, 2021 - June 30, 2021**
**Account Number:**    6184-1526
Account Type:    INDIVIDUAL
Account Status:    Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

Keep your profile up to date

Have your goals, circumstances, or contact information changed?
If so, let us know by updating your profile anytime at
*etrade.com/investorprofile.*

**IMPORTANT INFORMATION:**
An added measure of protection.

We now offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE to contact this person and to disclose information about your account to: address possible financial exploitation; confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney, or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit *etrade.com/tcp.*

YENG YANG
355 RIVERVIEW DR
THIENSVILLE WI 53092-1713

---

## Account At A Glance

$29,830.30                $29,960.77

As of 05/31/21          As of 06/30/21

| Net Change: | $130.47 |
|---|---|

---

▲ DETACH HERE

YENG YANG
355 RIVERVIEW DR
THIENSVILLE WI 53092-1713

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

| Use This Deposit Slip | Acct: 6184-1526 |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

063020210001  111618415264



**E✳TRADE Pro Elite**
**Investment Account**



| | | |
|---|---|---|
| **Account Number:** 6184-1526 | **Statement Period :** August 1, 2021 - August 31, 2021 | **Account Type:** INDIVIDUAL |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| LIVENT CORPORATION COMMON STOCK | LTHM | Margin | 250 | 24.8700 | 6,217.50 | 19.02 | | |
| META MATLS INC COMMON STOCK | MMAT | Margin | | 4.6500 | 0.00 | 0.00 | | |
| REJUVEL BIO SCIENCES INC | NUUU | Margin | 555,555 | 0.0003 | 166.67 | 0.51 | | |
| SPORTSQUEST INC | SPQS | Margin | 153,061 | 0.0030 | 459.18 | 1.40 | | |
| VIZCONNECT INC COM | VIZC | Margin | 500,000 | 0.0036 | 1,800.00 | 5.51 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$29,847.00** | **91.32%** | | |

### PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Margin | 639 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/21)** | | | | | **$32,683.95** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/04/21 10:37 | 08/06/21 | IQSTEL INC COMMON STOCK | IQST | Sold | -3,703 | 0.4526 | | 1,670.58 |
| 08/04/21 10:32 | 08/06/21 | META MATLS INC COMMON STOCK | MMAT | Sold | -319 | 3.1658 | | 1,009.84 |
| 08/05/21 09:41 | 08/09/21 | INNERSCOPE HEARING TECHNOLOGIES INC COMMON STOCK | INND | Sold | -40,502 | 0.0130 | | 518.77 |
| 08/06/21 10:22 | 08/10/21 | HEALTHIER CHOICES MANAGEMENT CORP COMMON SHARES | HCMC | Sold | -654,545 | 0.0008 | | 512.73 |
| 08/11/21 10:00 | 08/13/21 | ASCENT SOLAR TECHNOLOGIES INC COMMON STOCK | ASTI | Bought | 27,227 | 0.0201 | 552.21 | |

E✳TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF  10



**E\*TRADE Pro Elite**
Investment Account



**Account Number:** 6184-1526              **Statement Period :** June 1, 2021 - June 30, 2021              **Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/23/21 | Adjustment | TRNSFR FROM CASH TO MARGIN | 249.17 | |
| 06/23/21 | Adjustment | TFR MARGIN TO CASH | | 249.17 |
| 06/23/21 | Adjustment | TFR MARGIN TO CASH | 249.17 | |
| 06/23/21 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 249.17 |
| 06/29/21 | Adjustment | TRNSFR FROM CASH TO MARGIN | 38.00 | |
| 06/29/21 | Fee | REORG FEE REVERSAL(89102U103) REFID:2117910720 1280; | | 38.00 |
| 06/29/21 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 38.00 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$38.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/01/21 | NOVAN INC COMMON STOCK CIL ON   0.70000@   7.83997 | NOVN | Cash-in-Lieu | | | | 5.49 |
| 06/23/21 | RTS HEALTHIER CHOICCORP RIGHT CONTRA CUSIP DUE 06/03/21 EXP 06/03/2021 EXPIRED RTS DELETED | 422RGT019 | Expiration | -50,000 | | | |
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 319 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 | 89102U103 | Reverse Splt | -639 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | **$5.49** |
| **NET OTHER ACTIVITY** | | | | | | **$32.51** | |

E\*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF  8