NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIAL INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ALLAN TAHAR
1830 S Treasure dr #10
North Bay Village FL 33141

**Telephone Number:** 305 879 7378
allanatbc@gmail.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor** (last 4 digits only):
#956359020 #5519-1257 #974-44063

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ALLAN TAHAR

**Telephone Number:**

**3. Date Equity Interest was acquired:**
Between 2021 and 2023

**4. Total amount of member interest:** 2348

**5. Certificate number(s):** 2348

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

**Description:** stock shareholder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature**
Check the appropriate box.
■ I am the interest holder
☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ALLAN TAHAR
Title: OWNER
Company: ___ Address and telephone number (if different from notice address above):

(Signature)     12/18/2024 (Date)

Telephone number: 305 879 7378     email: allanatb@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Holder Name | Allan Tahar |
|---|---|

| Brokerages | Account # | Company | Shares | $ Invested | Average Cost |
|---|---|---|---|---|---|
| JP MORGAN | #974-44063 | MMAT | 587 | $ 46,931.90 | $ 79.95 |
| Schwabs | #5519-1257 | MMAT | 516 | $ 46,027.20 | $ 89.20 |
| Robinhood | #956359020 | MMAT | 1133 | $ 81,383.39 | $ 71.83 |
| Webull | #5NE-97868-18 | MMAT | 112 | $ 10,092.32 | $ 90.11 |
| | | TOTAL | 2348 | $ 184,434.81 | |

# J.P.Morgan

INDIVIDUAL  (Acct # 974-44063)      ALLAN TAHAR      Statement Period: June 29 - August 30, 2024

## Activity

J.P. Morgan Self-Directed Investing

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| **Opening Cash Balance** | **$6.88** | **$6.88** |
| Trade and Investment Activity | 363.92 | 363.92 |
| Total Credits | $363.92 | $363.92 |
| Total Debits | $0.00 | $0.00 |
| **Net Cash Activity** | **$363.92** | **$363.92** |
| **CLOSING CASH BALANCE** | **$370.80** | **$370.80** |

"Opening Cash Balance" and "Closing Cash Balance" include Sweep Funds.

### TRADE AND INVESTMENT ACTIVITY

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 15 Aug 2024 / 16 Aug 2024 | SELL / FIFO | META MATERIALS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: KCBNSAPAAL24081505281 ST LOSS -6816.41 LT LOSS -39751.57 Symbol: MMATQ | (587) | 0.62 | | 363.92 | 46,931.90 | (46,567.98) |
| **Total Securities Bought & Sold** | | | | | | **$363.92** | | |
| **TOTAL TRADE AND INVESTMENT ACTIVITY** | | | | | | **$363.92** | | |

### SWEEP PROGRAM ACTIVITY

**CHASE DEPOSIT SWEEP,JPMORGAN CHASE BANK NA,Symbol: QACDS**

| Date | Transaction | Description | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| OPENING BALANCE | | | 6.88 | 1 | | |
| 16 Aug 2024 | PURCHASE | INTRA-DAY DEPOSIT | 363.92 | | (363.92) | |

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

*August 1, 2024 - August 31, 2024*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 8

ACCOUNT NUMBER   **5NE-97868-18  RR WEA**

**ALLAN TAHAR BERRABAH**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| LUOKUNG TECHNOLOGY CORP ORDINARY SHARES | LKCO | C | 1,457 | $0.663 | $965.55 | $815.92 | 18% | | 19.478% |
| PAYSAFE LIMITED COMMON SHARES | PSFE | C | 167 | 22.40 | 3,740.80 | 3,505.33 | 7 | | 75.464 |
| **Total Equities** | | | | | **$4,706.35** | | | | **94.942%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$250.72** | | | | **5.058%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,957.07** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 08/16/24 | C | META MATERIALS INC COMMON STOCK CUSIP: 59134N302 | 112 | $0.6352 | | $71.11 |
| **Total Buy / Sell Transactions** | | | | | | | **$71.11** |

nhood ✒

illow Rd, Menlo Park, CA 94025
robinhood.com

*Robinhood*

08/15/2024

**ALLAN TAHAR** Account #: 956359020

1830 S Treasure Dr apt 10, North Bay Village, FL 33141

*1133 Shares    Realized Loss $81,336.82*

---

**Transaction Confirmation**

---

ou for letting Robinhood Securities, LLC ("RHS") serve you through od Financial, LLC ("RHF").

ints due for securities transactions must be received on or before tlement date shown.

ders are received and executed subject to the applicable rules, ons and customs of the SEC, FINRA, and the exchange or market he order is entered, the provisions of the Securities Exchange Act of

e of customer to notify RHS in writing within five days of the receipt document of any concerns constitutes an acceptance of the tion.

urchase transactions in a margin account, it is agreed that sufficient acceptable collateral will be deposited on or before the settlement at such earlier time that payment may be demanded to satisfy ble margin requirements.

rities purchased and securities pledged as margin are or may be cated for the sum due thereon or for a greater sum, under stances which permit commingling thereof with securities of other ers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of transaction fees (including regulatory trading fees) and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

17. If the transaction involves a debt security that is subject to redemption before maturity, including exchange traded notes, the security may be redeemed in whole or in part before maturity and a redemption could affect the yield represented. Additional information is available upon request. If the transaction involves a callable equity security, you may request additional information regarding the security.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| Market in which transaction ecuted/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL or RISKLESS PRINCIPAL; your broker has bought from you or sold to you and may have received a profit or loss on the transaction; any difference in price between a transaction with you and any prior offsetting contemporaneous transaction will be disclosed |
| Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | |
| lutual Funds | SCXL = Cancel Sell | S = Short | | |
| otions | BTC = Buy To Close | | | 6 - As AGENT for both buyer and seller |
| Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| Underwriting | BTCX = Buy To Close Cancel | | | |
| - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| Other | | | | |



llow Rd, Menlo Park, CA 94025  
robinhood.com

08/15/2024  
**ALLAN TAHAR** Account #:956359020  
1830 S Treasure Dr apt 10, North Bay Village, FL 33141

| ies/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Materials T CUSIP: 59134N302 | S | 08/15/2024 | 08/16/2024 | M | $0.6200 | 1,133 | $702.46 | $0.00 | $0.21 | $702.25 | OTC | 1 | U |

| Quantity Bought: | 0 | Total Dollars Bought: | $0.00 |
| Quantity Sold: | 1,133 | Total Dollars Sold: | $702.25 |

2:44 🔕                         .ıl   5G      76

&lt;                                         **View MMATQ**

**Order status**
Filled

**Submitted**
Aug 15, 2024

**Time in Force**
Good for day

**Entered in**
Shares

**Entered quantity**
1,133

**Limit price**
$0.62

**Filled**
Aug 15, 2024 at 3:34 PM

**Filled quantity**
1,133 shares at $0.62

**Filled notional**
$702.46

**Regulatory fee** ⓘ
$0.21

**Realized loss**
-$81,336.82 &gt;

**View trade confirmation**

    

2:44

&lt;   View MMATQ

# Limit sell

Meta Materials

Account
**Individual**

Order status
**Filled**

Submitted
**Aug 15, 2024**

Time in Force
**Good for day**

Entered in
**Shares**

Entered quantity
**1,133**

Limit price
**$0.62**

Filled
**Aug 15, 2024 at 3:34 PM**

Filled quantity
**1,133 shares at $0.62**

Filled notional
**$702.46**



## Schwab One® Account of

**ALLAN TAHAR**

Account Number: 5519-1257

Statement Period: July 1-31, 2024

## Account Summary

Ending Account Value as of 07/31: **$51,693.28**

Beginning Account Value as of 07/01: **$47,580.74**



*handwritten note: 516. Shares*

| | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | $47,580.74 | $48,459.96 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 4,112.54 | (879.22) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$51,693.28** | **$47,580.74** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

ALLAN TAHAR
1830 S TREASURE DR
APT 10
NORTH BAY VILLAGE FL 33141-4341

\* 5519-1257



## Schwab One® Account of

ALLAN TAHAR

Statement Period
July 1-31, 2024

## Positions - Summary

| Beginning Value as of 07/01 | Transfer of Securities(In/Out) | Dividends Reinvested | Cash Activity | Change in Market Value | Ending Value as of 07/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| $47,580.74 | $0.00 | $0.00 | $0.00 | $4,112.54 | $51,693.28 | $218,410.43 | ($166,739.57) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 22.42 | 22.42 | 0.00 | 0.00 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$22.42** | **$22.42** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| HCMC | HEALTHIER CHOICES MANAGE | 24,032,000.0000 | 0.00005 | 1,201.60 | 25,100.19 | (23,898.59) | N/A | 0.00 | 2% |
| LKCO | LUOKUNG TECHNOLOGY COR F | 2,497.0000 | 0.56000 | 1,398.32 | 23,180.58 | (21,782.26) | N/A | 0.00 | 3% |
| MMAT | META MATLS INC | 516.0000 | 2.32000 | 1,197.12 | 46,024.84 | (44,827.72) | N/A | 0.00 | 2% |
| PSFE | PAYSAFE LTD  F | 1,087.0000 | 20.99000 | 22,816.13 | 35,434.71 | (12,618.58) | N/A | 0.00 | 44% |
| SNDL | SNDL INC  F | 7,703.0000 | 2.27000 | 17,485.81 | 46,915.57 | (29,429.76) | N/A | 0.00 | 34% |
| SPRU | SPRUCE POWER HOLDING COR | 2,214.0000 | 3.42000 | 7,571.88 | 41,754.54 | (34,182.66) | N/A | 0.00 | 15% |
| **Total Equities** | | | | **$51,670.86** | **$218,410.43** | **($166,739.57)** | | **$0.00** | **100%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.