NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24-50792

**RECEIVED AND FILED**
**DEC 27 2024**
**U S BANKRUPTCY COURT**
**MARY A SCHOTT, CLERK**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Carol J Burgeson
2005 E Euclid
Mount Prospect, IL 60056

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 630-267-5177

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
8429-6040

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Charles Schwab, Omaha Operations Center
P.O Box 2339 Omaha, NE 68103

**Telephone Number:** 877-519-1403

**3. Date Equity Interest was acquired:**
between June 2022 and present

**4. Total amount of member interest:** 1550 for 15653

**5. Certificate number(s):** See attached

**6. Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest

**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Carol J. Burgeson
**Title:**
**Company:** Address and telephone number (if different from notice address above):

**(Signature):** Carol J Burgeson   **(Date):** 12-14-2024

**Telephone number:** 630-267-5177   **email:** zdpbol@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Statement Reporting Period**
06/01/22 - 06/30/22

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA  NE 68103-2209
TD Ameritrade Clearing, Inc , Member SIPC

**Statement for Account # 279-165485**
CAROL J BURGESON
2005 E EUCLID AVE
MOUNT PROSPECT, IL 60056-1863

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | 14 81 | (14 81) | (100 0)% | - | 0 10% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 7,255 95 | 7,966 27 | (710 32) | (8 9)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks |
| **Total** | **$7,255 95** | **$7,981 08** | **($725 13)** | **(9 1)%** | **$ 0 00** | **0 0%** | 100 0% |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0 00 | $ - |
| Securities Purchased | - | (1,124 17) |
| Securities Sold | - | 538 98 |
| Funds Deposited | - | 600 00 |
| Funds Disbursed | (14 81) | (14 81) |
| Income | - | - |
| Expense | - | - |
| Other | 14 81 | - |
| **Closing Balance** | $ 0 00 | $0 00 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $0 00 | $0 00 | $0 00 |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 06/30/22 ** | $19,126 06 |
| Unrealized Gains | - |
| Unrealized Losses | (16,659 61) |
| Funds Deposited/(Disbursed)[YTD] | 585 19 |
| Income/(Expense)[YTD] | - |
| Securities Received/(Delivered)[YTD] | 0 00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis

**Statement for Account # 279-165485**
06/01/22 - 06/30/22

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 600.00 |
| *Subtotal* | 0.00 | 600.00 |
| **DEBITS** | | |
| Electronic Transfer | $ (14.81) | $ (14.81) |
| *Subtotal* | (14.81) | (14.81) |
| **TOTAL** | (14.81) | 585.19 |

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| ILUSTRATO PICTURES INTL INC COM | ILUS | 350 | $ 0.092 | $32.20 | 02/01/22 | $ 88.82 | $ 0.25 | $ (56.62) | $ - | - |
| LITHIUM CORPORATION COM | LTUM | 500 | 0.2001 | 100.05 | 02/16/21 | 421.40 | 0.84 | (321.35) | - | - |
| META MATERIALS INC COM | MMAT | 1,550 | 1.03 | 1,596.50 | 02/02/21 | 15,653.38 | 10.10 | (14,056.88) | - | - |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 3,100 | 1.545 | 4,789.50 | - | - | - | - | - | - |
| MICROVISION INC WASHINGTON COM | MVIS | 75 | 3.84 | 288.00 | 02/23/21 | 1,305.06 | 17.40 | (1,017.06) | - | - |
| PIONEER POWER SOLUTIONS INC COM | PPSI | 80 | 2.87 | 229.60 | 02/01/22 | 482.40 | 6.03 | (252.80) | - | - |
| ZOMEDICA CORP COM | ZOM | 1,000 | 0.2201 | 220.10 | 01/12/21 | 1,175.00 | 1.18 | (954.90) | - | - |
| **Total Stocks** | | | | $7,255.95 | | $19,126.06 | | $(16,659.61) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $7,255.95 | | $19,126.06 | | $(16,659.61) | $0.00 | 0.0% |



## Schwab One® Account of

CAROL J BURGESON

| | |
|---|---|
| Account Number | Statement Period |
| 8429-6040 | November 1-30, 2024 |

## Account Summary

Ending Account Value as of 11/30
**$798 37**

Beginning Account Value as of 11/01
**$1,111 09**



| | This Statement | YTD |
|---|---|---|
| Beginning Value | $1,111 09 | $224 53 |
| Deposits | 0 00 | 850 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 11 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | (312 72) | (276 27) |
| Expenses | 0 00 | 0 00 |
| **Ending Value** | **$798 37** | **$798 37** |

Account Ending Value reflects the market value of your cash and investments It does not include pending transactions unpriced securities or assets held outside Schwab s custody

---

### Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab com/login Statements are archived up to 10 years online

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency
Charles Schwab & Co Inc Member SIPC

### Online Assistance

🌐 Visit us online at schwab com

Visit schwab com/stmt to explore the features and benefits of this statement

CAROL J BURGESON
2005 E EUCLID AVE
MOUNT PROSPECT IL

60056-1863

11/29-00000-ID2281610-103828

1 of 6



Schwab One® Account of

CAROL J BURGESON

Statement Period
November 1-30, 2024

## Asset Allocation



| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 33 47 | 4% |
| Equities | 764 90 | 96% |
| **Total** | **$798 37** | **100%** |

$798 37

## Income Summary



| | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0 00 | 0 00 | 0 00 | 0 11 |
| **Total Income** | **$0 00** | **$0 00** | **$0 00** | **$0 11** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| GEVO | GEVO INC | 759 00 | 95% |
| | TD BANK NA | 33 47 | 4% |
| ILUS | ILUSTRATO PICTURES INTL | 3 09 | <1% |
| MMATQ | META MATLS INC | 2 81 | <1% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| YTD | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| **Unrealized** | | | | | | ($16,084 36) |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar Schwab has provided accurate gain and loss information wherever possible for most investments Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases Please login to your account at Schwab com for real-time gain/loss information Statement information should not be used for tax preparation instead refer to official tax documents For additional information refer to Terms and Conditions



## Schwab One® Account of

CAROL J BURGESON

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,111.09 | | $0.00 | | $0.00 | | $0.00 | | ($312.72) | | $798.37 | $16,849.26 | ($16,084.36) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA x,z | | | 33.47 | 33.47 | 0.00 | | 0.10% | 4% |
| **Total Cash and Cash Investments** | | | | | **$33.47** | **$33.47** | **$0.00** | | | **4%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GEVO | GEVO INC | 460.0000 | 1.65000 | 759.00 | 787.83 | (28.83) | N/A | 0.00 | 95% |
| ILUS | ILUSTRATO PICTURES INTL | 1,000.0000 | 0.00309 | 3.09 | 143.81 | (140.72) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 46.0000 | 0.06100 | 2.81 | 15,917.62 | (15,914.81) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$764.90** | **$16,849.26** | **($16,084.36)** | | **$0.00** | **96%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $33.47 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $33.47 |

Other Activity  **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



Schwab One® Account of

CAROL J BURGESON

Statement Period
November 1-30, 2024

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01 | Beginning Balance ˣᶻ | $33 47 | 11/30 | Ending Balance ˣᶻ | $33 47 | 11/29 | Interest Rate *ᶻ | 0 10% |

* Your interest period was 10/16/24 - 11/15/24  ᶻ

## Endnotes For Your Account

X   Bank Sweep deposits are held at FDIC-insured Program Banks which are listed in the Cash Features Disclosure Statement

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that differs from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co Inc ("Schwab ) for your Account at Schwab ( Account ) Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement **Accrued Income** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account but the interest and/or dividends have not been received into your Account Schwab makes no representation that the amounts shown (or any other amount) will be received Accrued amounts are not covered by SIPC account protection until actually received and held in the Account **AIP (Automatic Investment Plan) Customers** Schwab receives remuneration in connection with certain transactions effected through Schwab If you participate in a systematic investment program through Schwab the additional information normally detailed on a trade confirmation will be provided upon request **Average Daily Balance** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest **Bank Sweep and Bank Sweep for Benefit Plans Features** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s) Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ( Program Banks ) that are not obligations of Schwab Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s) please refer to the Cash Features Disclosure Statement available online or from a Schwab representative **Cash** Any Free Credit Balance owed by us to you payable upon demand which although accounted for on our books of record is not segregated and may be used in the conduct of this firm's business **Dividend Reinvestment Customers** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends for which an independent broker dealer acted as the buying agent Further information on these transactions will be furnished upon written request **Gain (or Loss)** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ('Gain/Loss Section(s)') contain a gain or a loss summary of your Account This information has been provided on this statement at the request of your Advisor if applicable This information is not a solicitation or a recommendation to buy or sell **Schwab does not provide tax advice and encourages you to consult with your tax professional Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS Interest** For the Schwab One Interest Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period For the Schwab One Interest feature interest accrues daily from the second to-last business day of the prior month and is posted on the second-to-last business day of the current month For the Bank Sweep and Bank Sweep for Benefit Plans features interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month If on any given day the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005 you will not accrue any interest on that day For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features interest will accrue even if the amount is less than $ 005 **Margin Account Customers** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account as required by Regulation T is available for your inspection Securities purchased on margin are Schwab s collateral for the loan to you It is important that you fully understand the risks involved in trading securities on margin These risks include 1) You can lose more funds than you deposit in the margin account, 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call 4) Schwab can increase its house' maintenance margin requirements at any time without advance written notice to you **Market Price** The most recent price evaluation available to Schwab on the last business day of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account s SIPC account protection and are not