NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** <br> Meta Materials | **Case Number** <br> 24-50792-hlb | |

| 1 | Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder) <br><br> Martin P Peters <br> 10443 N Cherry Dr <br> Kansas City, MO 64155 <br><br> Telephone Number 816-225-6605 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars <br><br> ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED** <br><br> DEC 27 2024 <br><br> U S BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor <br> 9939-5456 | Check here if this claim <br> ☐ replaces a previously filed Proof of Interest dated _____ <br> ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest <br><br> 3000 Schwab Way Westlake TX 76262 <br><br> Telephone Number 1 (877) 519-1403 | 3 Date Equity Interest was acquired <br> 01/29/2024 <br><br> 01/29/24 is the date of the MMAT Reverse Split, showing my total holdings at that time |
| 4 Total amount of member interest  8 476 shares | 5 Certificate number(s) _____ |

| 6 | **Type of Equity Interest** <br> Please indicate the type of Equity Interest you hold <br> ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor <br> ☐ Check this box if your Equity Interest is based on anything else and describe that interest <br> Description _____ |
|---|---|
| 7 | Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc <br> DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary |
| 8 | Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest |

**9 Signature**
Check the appropriate box
☑ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
(Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name   Martin Peters
Title        Mr
Company __ Address and telephone number (if different from notice address above)

(Signature) [signed] Martin Peters        (Date) 12-15-2024

Telephone number 816-225-6605  email immarty@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

9939-5456

## Transaction History for Rollover IRA ...456

Transactions found from 06/01/2021 to 12/16/2024

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/16/2024 as of 09/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 08/16/2024 as of 08/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 07/16/2024 as of 07/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 06/17/2024 as of 06/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 05/16/2024 as of 05/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 04/16/2024 as of 04/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 03/18/2024 as of 03/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 02/16/2024 as of 02/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 84 | | | |
| 01/29/2024 | Reverse Split | 59134N104 META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | -8,392 *8476* | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/16/2024 as of 01/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | | | $0.01 |
| 12/18/2023 as of 12/15/2023 | Bank Interest | BANK INT ...523 TD BANK NA | | | | $0.05 |
| 12/15/2023 | Buy | MMAT META MATLS INC | 1,500 | $0.0732 | | -$109.79 |
| 12/08/2023 as of 12/07/2023 | MoneyLink Transfer | Tfr CAPITOL FEDERAL SA, MARTIN PATRICK P | | | | $100.00 |
| 12/05/2023 | Buy | MMAT META MATLS INC | 1,500 | $0.0699 | | -$104.85 |
| 11/21/2023 as of 11/20/2023 | MoneyLink Transfer | Tfr CAPITOL FEDERAL SA, MARTIN PATRICK P | | | | $100.00 |
| 11/20/2023 | Buy | MMAT META MATLS INC | 2,000 | $0.0912 | | -$182.50 |
| 11/16/2023 as of 11/15/2023 | Bank Interest | BANK INT ...523 TD BANK NA | | | | $0.04 |
| 11/14/2023 as of 11/13/2023 | MoneyLink Transfer | Tfr CAPITOL FEDERAL SA, MARTIN PATRICK P | | | | $100.00 |
| 11/14/2023 as of 11/13/2023 | MoneyLink Transfer | Tfr CAPITOL FEDERAL SA, MARTIN PATRICK P | | | | $100.00 |
| 11/10/2023 | Buy | MMAT META MATLS INC | 1,070 | $0.0934 | | -$99.94 |
| 10/16/2023 as of | Bank Interest | BANK INT ...523 TD BANK NA | | | | $0.04 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/15/2023 | | | | | | |
| 09/18/2023 as of 09/15/2023 | Bank Interest | BANK INT …523 TD BANK NA | | | | $0.02 |
| 09/05/2023 | Journaled Shares | TDA TRAN - CASH MOVEMENT OF OUTGOING ACCOUNT TRANSFER | | | | -$116.79 |
| 09/05/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -2,322 | | | |
| 09/05/2023 | Journaled Shares | 6DA993019 TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (6DA993019) | -2,925 | | | |
| 09/05/2023 | Internal Transfer | MMAT META MATLS INC | 2,322 | | | |
| 09/05/2023 | Internal Transfer | 629999590 NEXT BRIDGE HYDROCARBONS | 2,925 | | | |
| 09/05/2023 | Internal Transfer | TDA TO CS&CO TRANSFER | | | | $116.79 |
| 09/05/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$116.79 |
| 08/31/2023 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES | 0.03 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | INTEREST (MMDA1) | | | | |
| 07/31/2023 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.02 | | | |
| 07/17/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $100.00 |
| 07/14/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 06/30/2023 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 06/28/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$93.95 |
| 06/26/2023 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.1879 | 500 | $0.1879 | | -$93.95 |
| 06/23/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE | | | | $100.00 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMDA1) BANK SWEEP DEPOSIT | | | | |
| 06/22/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 06/08/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$95.96 |
| 06/07/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$4.25 |
| 06/06/2023 | Buy | MMAT TDA TRAN - Bought ...400 (MMAT) @0.2399 | 400 | $0.2399 | | -$95.96 |
| 06/06/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 06/05/2023 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.2085 | 500 | $0.2085 | | -$104.25 |
| 06/02/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES | | | | $100.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | |
| 06/01/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 06/01/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$101.12 |
| 05/31/2023 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.02 | | | |
| 05/30/2023 | Buy | MMAT TDA TRAN - Bought ...400 (MMAT) @0.2528 | 400 | $0.2528 | | -$101.12 |
| 05/22/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $100.00 |
| 05/19/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 05/04/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$95.00 |
| 05/02/2023 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.1900 | 500 | $0.19 | | -$95.00 |
| 04/28/2023 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 04/27/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $100.00 |
| 04/26/2023 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 2,925 | | | |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | -2,925 | | | |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/30/2022 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 2,925 | | | |
| 12/30/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | -2,925 | | | |
| 12/13/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | 2,925 | | | |
| 12/13/2022 | Journaled Shares | ZZZZP TDA TRAN - MANDATORY - EXCHANGE (MMTLP) | -2,925 | | | |
| 10/21/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $3.71 |
| 10/19/2021 | Buy | ZZZZP TDA TRAN - Bought ...300 (MMTLP) @1.6000 | 300 | $1.60 | $6.95 | -$486.95 |
| 10/19/2021 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @4.9067 | 100 | $4.9067 | $0.01 | $490.66 |
| 10/19/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK | | | | -$24.45 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | SWEEP WITHDRAWAL | | | | |
| 10/15/2021 | Buy | ZZZZP<br>TDA TRAN - Bought 10 (MMTLP) @1.7500 | 10 | $1.75 | $6.95 | -$24.45 |
| 10/13/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $25.21 |
| 10/08/2021 | Sell | MMAT<br>TDA TRAN - Sold 5 (MMAT) @5.3150 | 5 | $5.315 | | $26.58 |
| 10/08/2021 | Buy | ZZZZP<br>TDA TRAN - Bought ...300 (MMTLP) @1.7600 | 300 | $1.76 | $6.95 | -$534.95 |
| 10/08/2021 | Sell | MMAT<br>TDA TRAN - Sold ...100 (MMAT) @5.3204 | 100 | $5.3204 | $0.01 | $532.03 |
| 10/08/2021 | Buy | ZZZZP<br>TDA TRAN - Bought ...350 (MMTLP) @1.5200 | 350 | $1.52 | $6.95 | -$538.95 |
| 10/08/2021 | Sell | MMAT<br>TDA TRAN - Sold ...100 (MMAT) @5.3500 | 100 | $5.35 | $0.01 | $534.99 |
| 10/08/2021 | Buy | ZZZZP<br>TDA TRAN - Bought ...330 (MMTLP) @1.5900 | 330 | $1.59 | $6.95 | -$531.65 |
| 10/08/2021 | Sell | MMAT<br>TDA TRAN - Sold ...100 (MMAT) | 100 | $5.325 | $0.01 | $532.49 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | @5.3250 | | | | |
| 10/08/2021 | Buy | ZZZZP TDA TRAN - Bought ...335 (MMTLP) @1.5700 | 335 | $1.57 | $6.95 | -$532.90 |
| 10/08/2021 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @5.3350 | 100 | $5.335 | $0.01 | $533.49 |
| 10/08/2021 | Buy | ZZZZP TDA TRAN - Bought ...300 (MMTLP) @1.7500 | 300 | $1.75 | $6.95 | -$531.95 |
| 10/08/2021 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @5.3604 | 100 | $5.3604 | $0.01 | $536.03 |
| 08/16/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$16.73 |
| 08/12/2021 | Buy | MMAT TDA TRAN - Bought 5 (MMAT) @3.3468 | 5 | $3.3468 | | -$16.73 |
| 07/16/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$483.97 |
| 07/14/2021 | Buy | MMAT TDA TRAN - Bought 90 (MMAT) @4.3249 | 90 | $4.3249 | | -$389.24 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/14/2021 | Buy | MMAT TDA TRAN - Bought 25 (MMAT) @3.7892 | 25 | $3.7892 | | -$94.73 |
| 07/14/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $469.23 |
| 07/13/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $500.00 |
| 07/12/2021 | Buy | MMAT TDA TRAN - Bought 7 (MMAT) @4.3952 | 7 | $4.3952 | | -$30.77 |
| 07/08/2021 | Journaled Shares | ZZZZP TDA TRAN - NON-TAXABLE SPIN OFF/LIQUIDATION DISTRIBUTION (59134N203) | 1,000 | | | |
| 07/01/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $33.98 |
| 06/30/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $50.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/29/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$21.97 |
| 06/28/2021 | Bond Interest | TDA TRAN - OFF-CYCLE INTEREST (MMDA1) | | | | $0.01 |
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 500 | | | |
| 06/28/2021 | Journaled Shares | TRCH TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -1,000 | | | |
| 06/28/2021 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE (TRCH) | | | | -$38.00 |
| 06/18/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$124.19 |
| 06/16/2021 | Buy | TRCH TDA TRAN - Bought ...100 (TRCH) @6.4790 | 100 | $6.479 | | -$647.90 |
| 06/16/2021 | Sell | RAD TDA TRAN - Sold ...295 (RAD) @21.5450 | 295 | $21.545 | $0.07 | $6,355.71 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/16/2021 | Buy | TRCH<br>TDA TRAN - Bought 900 (TRCH) @6 4800 | 900 | $6 48 | | -$5,832 00 |
| 06/07/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$6,124 59 |
| 06/04/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $6,204 22 |
| 06/03/2021 | Buy | RAD<br>TDA TRAN - Bought 45 (RAD) @20 7686 | 45 | $20 7686 | | -$934 59 |
| 06/03/2021 | Buy | RAD<br>TDA TRAN - Bought 250 (RAD) @20 7600 | 250 | $20 76 | | -$5,190 00 |
| 06/02/2021 | Sell | AMC<br>TDA TRAN - Sold 115 (AMC) @53 9501 | 115 | $53 9501 | $0 04 | $6,204 22 |

Page Total **-$113 29**

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page

(7123-3U5Y C924-CLCV)

**Brokerage Products  Not FDIC Insured • No Bank Guarantee • May Lose Value**    Account   456
Today's Date  05 41 AM ET 12/16/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries Its broker dealer subsidiary, Charles Schwab & Co Inc (Member SIPC) and its affiliates offer investment services and products Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products This site is designed for U S residents Non-U S residents are subject to country-specific restrictions Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients © 2024 Charles Schwab & Co , Inc All rights reserved Member SIPC Unauthorized access is prohibited Usage will be monitored