NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials | Case Number<br>24-50792-hlb | |
| 1 Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder)<br><br>Martin P Peters<br>10443 N Cherry Dr<br>Kansas City, MO 64155<br><br>Telephone Number   816-225-6605 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>DEC 27 2024<br><br>U S BANKRUPTCY COURT<br>MARY A SCHOTT, CLERK |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>602178 | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>Robinhood  85 Willow Road  Menlo Park  CA  94025<br><br>Telephone Number  1 (650) 761-7789 | 3 Date Equity Interest was acquired<br>01/29/2024<br><br>01/29/24 is the date of the MMAT Reverse Split, showing my total holdings at that time |
| 4 Total amount of member interest  380 | 5 Certificate number(s) _____ |

6 Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

7 Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8 Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self-addressed envelope and copy of this Proof of Interest

9 Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
   (Attach copy of power of attorney if any)    or their authorized agent    (See Bankruptcy Rule 3005)
   (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Martin Peters
Title  Mr
Company __ Address and telephone number (if different from notice address above)
_____

(Signature)   12-15-2024 (Date)

Telephone number 816-225-6605  email 1mmarty@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Q Search                    Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# Martin Peters

Investing    Crypto    Transfers    Recurring    Reports and statements    Tax center    **History**    Settings    Help

**Refine Results**

## Older

Account    All

**Meta Materials Reverse Split**
Jan 29                                                                 **1:100 Split**    Type    All

Search

| Symbol | Date Received | Type |
|---|---|---|
| MMATQ (formerly MMAT) | Jan 29, 2024 | Reverse Split |

| Split Amount | Previous Shares | New Shares |
|---|---|---|
| 1 for 100 | 380 | 3 |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center

**ETC Market Sell**                                                                 **$3,058.47**
Jun 15, 2021                                                  52.00 Ethereum Classic at $58.82

**ETC Market Buy**                                                                    **$119.78**
Jun 14, 2021                                                   2.00 Ethereum Classic at $59.89

**ETC Market Buy**                                                                  **$2,995.15**
Jun 14, 2021                                                  50.00 Ethereum Classic at $59.90

**DOGE Market Sell**                                                                **$3,110.60**
Jun 14, 2021                                                 9,575.38 Dogecoin at $0.324854

**DOGE Market Buy**                                                                   **$199.97**
Jun 11, 2021                                                    636.67 Dogecoin at $0.314078

**DOGE Market Buy**                                                                    **$50.05**
Jun 11, 2021                                                    157.16 Dogecoin at $0.318427

**DOGE Market Buy**                                                                 **$2,800.35**
Jun 11, 2021                                                   8,781.55 Dogecoin at $0.31889

**DOGE Market Sell**  $3,648.73
Jun 3 2021                    9,000.00 Dogecoin at $0.405415

**DOGE Market Buy**  $1,344.48
Jun 1 2021                    4,000.00 Dogecoin at $0.336119

**BCH Market Sell**  $1,356.51
Jun 1 2021                    2.00 Bitcoin Cash at $678.26

**DOGE Market Buy**  $157.40
May 28 2021                   500.00 Dogecoin at $0.314784

**DOGE Market Buy**  $1,521.11
May 27 2021                   4,500.00 Dogecoin at $0.338024

**ETC Market Sell**  $1,660.49
May 27 2021                   22.00 Ethereum Classic at $75.48

**ETC Market Buy**  $153.77
May 27 2021                   2.00 Ethereum Classic at $76.88

**BCH Market Buy**  $1,557.06
May 27 2021                   2.00 Bitcoin Cash at $778.53

**ETC Market Buy**  $1,550.86
May 27 2021                   20.00 Ethereum Classic at $77.54

**ETC Market Sell**  $3,206.51
May 26 2021                   42.00 Ethereum Classic at $76.35

**ETC Market Buy**  $76.94
May 25 2021                   1.00 Ethereum Classic at $76.94

**ETC Market Buy**  $3,184.39
May 25 2021                   41.00 Ethereum Classic at $77.67

**DOGE Market Sell**  $3,259.65
May 25 2021                   9,500.00 Dogecoin at $0.343122

**DOGE Market Buy**  $142.87
May 23 2021                   500.00 Dogecoin at $0.285737

**Refine Results**

Account

Type

Search

| | |
|---|---|
| **DOGE Market Buy**<br>May 23 2021 | **$2,575.55**<br>9,000.00 Dogecoin at $0.286172 |
| **ETH Market Sell**<br>May 23 2021 | **$2,483.43**<br>1.30 Ethereum at $1,910.34 |
| **ETH Market Buy**<br>May 19 2021 | **$3,605.02**<br>1.30 Ethereum at $2,773.09 |
| **DOGE Market Sell**<br>May 13 2021 | **$4,030.96**<br>8,000.00 Dogecoin at $0.50387 |
| **DOGE Market Buy**<br>May 12 2021 | **$209.91**<br>500.00 Dogecoin at $0.419806 |
| **DOGE Market Buy**<br>May 12 2021 | **$3,210.64**<br>7,500.00 Dogecoin at $0.428084 |
| **DOGE Market Sell**<br>May 12 2021 | **$2,063.01**<br>5,000.00 Dogecoin at $0.412603 |
| **DOGE Market Buy**<br>May 12 2021 | **$2,171.84**<br>5,000.00 Dogecoin at $0.434366 |
| **DOGE Market Sell**<br>May 12 2021 | **$3,461.50**<br>8,475.00 Dogecoin at $0.408437 |
| **DOGE Market Buy**<br>May 10 2021 | **$258.12**<br>500.00 Dogecoin at $0.516237 |
| **DOGE Market Buy**<br>May 9 2021 | **$3,975.36**<br>7,500.00 Dogecoin at $0.530047 |
| **ETH Market Sell**<br>May 9 2021 | **$4,298.76**<br>1.10 Ethereum at $3,907.97 |
| **DOGE Market Buy**<br>May 8 2021 | **$320.15**<br>475.00 Dogecoin at $0.673985 |
| **ETH Market Buy**<br>May 6 2021 | **$3,831.94**<br>1.10 Ethereum at $3,483.58 |

**Refine Results**

Account

Type

Search

**ETC Market Sell** — $197 51
May 4 2021
3 00 Ethereum Classic at $65 84

**DOGE Market Sell** — $3,941 79
May 4 2021
7 000 00 Dogecoin at $0 563113

**ETC Market Buy** — $160 71
May 3 2021
3 00 Ethereum Classic at $53 57

**DOGE Market Buy** — $2,105 67
Apr 29 2021
7 000 00 Dogecoin at $0 300809

**DOGE Market Sell** — $2,216 84
Apr 28 2021
7 200 00 Dogecoin at $0 307895

**DOGE Market Buy** — $1,676 99
Apr 19 2021
4 200 00 Dogecoin at $0 399283

**DOGE Market Buy** — $1,373 12
Apr 16 2021
3 000 00 Dogecoin at $0 457704

**DOGE Market Sell** — $3,307 98
Apr 15 2021
16 000 00 Dogecoin at $0 206749

**DOGE Market Buy** — $3,700 38
Apr 15 2021
16 000 00 Dogecoin at $0 231273

**DOGE Market Sell** — $3,690 00
Apr 15 2021
26 900 00 Dogecoin at $0 137175

**DOGE Market Buy** — $992 70
Apr 14 2021
7 500 00 Dogecoin at $0 132359

**BSV Market Sell** — $992 18
Apr 14 2021
3 00 Bitcoin SV at $330 73

**DOGE Market Buy** — $179 80
Apr 13 2021
2 000 00 Dogecoin at $0 089896

**BSV Market Buy** — $884 96
Apr 13 2021
3 00 Bitcoin SV at $294 99

*Refine Results*

Account

Type

Search

| | | |
|---|---|---|
| **DOGE Market Buy**<br>Apr 13, 2021 | **$1,233.99**<br>15,000.00 Dogecoin at $0.082265 | |
| **DOGE Market Buy**<br>Feb 26, 2021 | **$122.36**<br>2,400.00 Dogecoin at $0.050982 | |
| **BTC Market Sell**<br>Jun 4, 2020 | **$54.97**<br>0.00570345 Bitcoin at $9,639.40 | **Refine Results** |
| **BTC Market Buy**<br>Jun 2, 2020 | **$54.00**<br>0.00570345 Bitcoin at $9,467.95 | Account |
| **MMAT Preferred Shares Limit Sell**<br>Dec 2, 2022 | **Canceled** | Type |
| **Meta Materials Market Buy**<br>Aug 12, 2021 | **$6.70**<br>2 shares at $3.35 | Search |
| **Deposit to individual account from Capitol Federal Savings Bank**<br>Jul 16, 2021 | **+$200.00** | |
| **Meta Materials Market Buy**<br>Jul 15, 2021 | **$33.12**<br>8 shares at $4.14 | |
| **Meta Materials Market Buy**<br>Jul 15, 2021 | **$164.37**<br>40 shares at $4.11 | |
| **Deposit to individual account from Capitol Federal Savings Bank**<br>Jul 14, 2021 | **+$500.00** | |
| **Meta Materials Market Buy**<br>Jul 12, 2021 | **$30.35**<br>7 shares at $4.34 | |
| **Meta Materials Market Buy**<br>Jul 8, 2021 | **$53.80**<br>10 shares at $5.38 | |
| **Meta Materials Market Buy**<br>Jul 8, 2021 | **$413.88**<br>77 shares at $5.38 | |
| **Deposit to individual account from Capitol Federal Savings Bank**<br>Jul 6, 2021 | **+$50.00** | |

| | | |
|---|---|---|
| **Meta Materials Market Buy**<br>Jul 2, 2021 | **$47.44**<br>7 shares at $6.78 | |
| **Meta Materials Reverse Split**<br>Jun 28, 2021 | **1:2 Split** | |
| Torchlight Energy Resources Market Buy<br>Jun 25, 2021 | $5.05<br>1 share at $5.05 | **Refine Results** |
| Torchlight Energy Resources Market Buy<br>Jun 16, 2021 | $42.32<br>7 shares at $6.05 | Account |
| | | Type |
| | | Search |