NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb |
|---|---|

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Mitchell Koffsky
285 E Constance RD
DeBary FL 32713

Telephone Number: 407-474-3147

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Schwab - various Accts

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab
470 S. Orange Ave
Orlando FL 32801

Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
Various

4. Total amount of member interest: 15,800

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor  ☐ I am the creditor's authorized agent  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mitch Koffsky
Title: _____
Company: Address and telephone number (if different from notice address above):
285 E Constance Rd
DeBary

(Signature) /s/ MK
(Date) 12-13-2024

Telephone number: 407-474-3147
email: Mitch@reMarketplace.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

-4,000 quantity

Internal Transfer                                                                                     11/06/2023

MMAT

META MATLS INC

4,000 quantity

---

Buy                                                                                                   08/18/2022

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @0 8948

1,000 quantity

$0 8948 price

-$894 80 amount

---

Buy                                                                                                   08/13/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3 2000

1,000 quantity

$3 20 price

-$3,200 00 amount

---

Buy                                                                                                   07/12/2021

Trade Details

MMAT

TDA TRAN - Bought 2000 (MMAT) @3 9999

2,000 quantity

$3 9999 price

-$7,999 80 amount

Page Total  -$12,055 00



# Transaction History

Updated 01 39 22 PM ET, 12/13/2024

i dont know

744

### Date range

All

### Symbol (Optional)

mmat     ☒ Include Options

**Search**

≡ Filter by Transaction Types

## Transactions found from 12/13/2020 to 12/13/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Am( |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 3 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -300 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 300 | | | |
| 06/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought  300 | 300 | $7 5799 | | -$2,273 97 |



# Transaction History

Updated 01:26:37 PM ET 12/13/2024

IRA    676

**Date range**

-All

**Symbol (Optional)**

🔍 mmat ⊗    ☑ Include Options

Search

≡ Filter by Transaction Types

## Transactions found from 12/13/2020 to 12/13/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Am( |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell<br>Trade Details | MMAT<br>META MATLS INC | 45 | $0.9901 | $0.01 | $44 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 45 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -4,500 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 4,500 | | | |

# Trade Transaction Details

### Trade Details

TRCH - TDA TRAN - Bought 2000 (TRCH) @2 4899

| Transactions | Trade Details |
|---|---|
| Trade Date | 02/26/2021 |
| Settle Date | 03/02/2021 |
| CUSIP # | 89102U103 |
| Action | Buy |
| Quantity | 2,000 |
| Price | $2 4899 |
| Principal | -$4,979 80 |
| Commission | $0 00 |
| **Total** | **-$4,979 80** |



# Transaction History

Updated 01 26 37 PM ET 12/13/2024

Mom

'477

**Date range**

All

**Symbol (Optional)**

mmat    ☒ Include Options

[ Search ]

≡ Filter by Transaction Types

## Transactions found from 12/13/2020 to 12/13/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amo |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell<br>Trade Details | MMAT<br>META MATLS INC | 40 | $0 9902 | $0 01 | $39 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 40 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -4,000 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 4,000 | | | |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 08/18/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0 8948 | 1,000 | $0 8948 | -$894 80 |
| 08/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3 2000 | 1,000 | $3 20 | -$3,200 00 |
| 07/12/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 2000 (MMAT) @3 9999 | 2,000 | $3 9999 | -$7,999 80 |

Page Total **-$12,055 00**

Sell                                                                                                       08/09/2024

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 08/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @0 8000 | 1,000 | $0 80 | -$800 00 |
| 07/19/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @3 5299 | 1,000 | $3 5299 | -$3,529 90 |
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 2,500 | | |

Page Total **-$4,285 36**

Sell 08/09/2024