NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 - HLB |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

[redacted]

Telephone Number: [redacted]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS
DEC 30 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: [redacted]

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity Investments
245 Summer St Boston, MA 02205
Telephone Number: 800-544-6666

**3. Date Equity Interest was acquired:**
15 December 2021

**4. Total amount of member interest:** [redacted]

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ryan T Franz
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature)    (Date) 20-Dec-24

Telephone number [redacted]    email [redacted]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RECEIPT # 20002025 #28.00

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 - HLB | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Ryan T Franz
   6750 Longleaf Branch Drive
   Jacksonville, FL 32222

   Telephone Number: 815-701-6705

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC - 2 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: Z30198405 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Fidelity Investments
   245 Summer St Boston, MA 02205
   Telephone Number: 800-544-6666

3. Date Equity Interest was acquired:
   17 June 2021

4. Total amount of member interest: __301__

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Ryan T Franz
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above): _____

   (Signature) _[signed]_    (Date) 20-Nov-2024

   Telephone number: 815-701-6705   email: Ryan.FRANZ@me.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

NVB 9037 (Rev. 12/15)

# SAMPLE FORM

**A copy of this Request must be submitted to the transcript company.**

Ryan T Franz
6750 LongLeaf Branch Drive
Jacksonville, FL 32222
Ryan.Franz@me.com

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: Meta Materials Inc.

_____Debtor_____

Plaintiff

vs

_____Defendant_____

Bankruptcy No.: 24-50792-HLB
Chapter 7

Adv. No.: 287

REQUEST FOR REDACTION

Hearing Date: NA
Hearing Time: NA

Pursuant to the court's Notice on Policy and Procedure Regarding Electronic Availability of Transcripts, _Ryan Franz_ hereby files the following list of items to be redacted from the transcript listed below:

| Docket # of Transcript | Page # | Line # | Type of Identifier | Identifier should be redacted to read: |
|---|---|---|---|---|
| 30 | 13 | 5 | social security # | xxx-xx-1111 |
| 30 | 7 | 10 | taxpayer identification # | xxxxxxx1234 |
| 30 | 27 | 16 | financial account # | xxxx-xxxxxx5432 |
| 30 | 4 | 2 | minor's name | A.B. |
| 30 | 2 | 9 | date of birth | xx/xx/1959 |

The undersigned understands that redactions other than the personal identifiers listed in the Policy requires a separate motion for additional redactions to be filed within 21 calendar days of the filing of the transcript, and requires court approval.

Date: 20 December 2024                                   _____
                                                                        Signature

Docket 287