Mr. Thomas Hamilton
1511 Hickory Lake Ct.
Clive, IA 50325-8160

NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials, Inc. | **Case Number:** 24-50792 Chap 7 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Thomas Hamilton
1511 Hickory Lake Ct.
Clive, IA. 50325

Telephone Number:
515-221-1733

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 27 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only) | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Thomas Hamilton
1511 Hickory Lake Ct. Clive, IA 50325
Telephone Number: 515-221-1733

**3. Date Equity Interest was acquired:**
1-13-2021

✱ **4 Total amount of member interest:** 300,000 Shares
TRCH → 1,500 MMAT

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. ✓ Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Thomas Hamilton
Title:
Company: __ Address and telephone number (if different from notice address above):
_____

(Signature) Thomas Ham    12-16-2024 (Date)
Telephone number: 515-221-1733   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

✱ See Cover Letter

tthamilton1@mchsi.com

December 16, 2024
US Bankruptcy Court District of Nevada
ATTN: Clerk of the Court
First Floor 300 Booth Street
Reno, Nevada 89509

Subject: Case Number 24-50792 Chp. 7. MMAT and MMTLP Submission of Stock Trade Information and Current Share Ownership

To Whom It May Concern:

Please see attached information to support claims or potential claims in Case Number 24-50792 Chp. 7. I am submitting information regarding my stock trades in MMAT and my current ownership of shares in MMTLP/NextBridge HydroCarbons. I am providing it as a precaution and to serve as a placeholder in the court proceedings. Attached, please find the following documents:

1. **Proof of MMAT Stock Ownership/Sale at Charles Schwab & Co:**
   - Subscription agreement/proof of payment for 300,000 shares of Torchlight Energy for $240,000.00 on 1/13/2021.
   - Documentation of 1,500 MMAT shares post-split (following the 1-for 2 reverse split and 1-for-100 reverse split on January 29, 2024).
   - A record of sale for 1,500 shares of MMAT stock, including details from Charles Schwab & Co, for a total of $3,737.22. (Note: These shares were sold after Mr. Palikaras was terminated from MMAT.)
   - The net loss from this sale was -$236,252.78

2. **Proof of 240,000 illiquid (MMTLP) NextBridge HydroCarbons Shares:**
   - Account statement from American Stock Transfer reflecting current ownership of 240,000 illiquid shares in NextBridge Hydrocarbons. <u>Ownership recorded after trading in MMTLP was halted on 12/9/2022</u>.

Please let me know if additional information or documentation is required. Thank you for your time and consideration, I look forward to the court's proceedings.

Sincerely,

*[signature]*
Thomas T Hamilton
151 Hickory Lake Ct.
Clive, IA 50325
515-221-1733

## SUBSCRIPTION AGREEMENT

### TORCHLIGHT ENERGY RESOURCES, INC.

Torchlight Energy Resources, Inc.
5700 Plano Parkway, Suite 3600
Plano, Texas 75093

The undersigned, Thomas Hamilton, whose address is 1511 Hickory Lake Ct, Clive, IA, 50325 (the "Subscriber"), understands that Torchlight Energy Resources, Inc., a Nevada Corporation (the "Company") is offering for sale to the undersigned 300,000 shares of common stock, par value $0 001 ("Common Stock") at a purchase price of **$0.80 per** share, for a total aggregate purchase price of **$240,000.00**. The Subscriber acknowledges and understands that the offering of the Common Stock (the "Offering") is being made without registration under the Securities Act of 1933, as amended (the "Act"), or any securities "blue sky" or other similar laws of any state. All funds received by the Company in this Offering will immediately become assets of the Company.

### NOTICE TO RESIDENTS OF ALL STATES

**IN MAKING AN INVESTMENT DECISION INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF THE ISSUER AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. THE COMMON STOCK HAS NOT BEEN RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THE COMMON STOCK IS SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE AND MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND THE APPLICABLE STATE SECURITIES LAWS, PURSUANT TO REGISTRATION OR EXEMPTION THEREFROM. INVESTORS SHOULD BE AWARE THAT THEY WILL BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.**

1.  **Subscription.** Subject to the terms and conditions hereof, the Subscriber hereby subscribes for and agrees to purchase 300,000 shares of Common Stock for the aggregate purchase price of **$240,000.00** upon acceptance of this Subscription Agreement.

2.  **Payment for the Common Stock.** The undersigned encloses herewith **$240,000** required to purchase the Common Stock subscribed for hereunder. If this subscription is not accepted by the Company for any reason, all documents will be returned to the Subscriber.

3.  **Representations and Warranties of the Subscriber.** The Subscriber hereby represents and warrants to and covenants with the Company, as well as each officer and director of the Company as follows:



Schwab One® Trust Account of
**THOMAS TODD HAMILTON TTEE**
**THOMAS T HAMILTON REVOCABLE TR**
U/A DTD 10/20/2011

**Account Number**
4053-8635

**Statement Period**
January 1-31, 2021

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 01/04/21 | 01/04/21 | Funds Received | FUNDS RECEIVED | | 8,400.00 |
| 01/13/21 | 01/13/21 | Journaled Funds | TRANSFER FUNDS TO SCHWAB BANK - 440014221574 | | (242,000.00) |
| 01/13/21 | 01/13/21 | Journaled Funds | TRANSFER FUNDS FROM SCHW AB BANK - 440014221574 | | 240,000.00 |
| 01/13/21 | 01/13/21 | Funds Paid | WIRED FUNDS DISBURSED | | (240,000.00) |
| **Total Deposits & Withdrawals** | | | | | **(233,600.00)** |

The total deposits activity for the statement period was $248,400.00. The total withdrawals activity for the statement period was $482,000.00.

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 01/28/21 | 01/28/21 | Credit Interest | SCHWAB1 INT 12/30-01/27 | 1.06 |
| **Total Dividends & Interest** | | | | **1.06** |

12/30 through 01/27: $1.06 based on .010% average Schwab One® interest rate paid on 24 days in which your account had an average daily balance of $161,435.33.

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 01/13/21 | 01/13/21 | Service Fee | WIRED FUNDS FEE | (15.00) |
| 01/13/21 | 01/13/21 | Misc Cash Entry | WAIVE WIRE FEE | 15.00 |
| **Total Fees & Charges** | | | | **0.00** |

**Total Transaction Detail** 15,705.84

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 45 of 49



Schwab One® Trust Account of
**THOMAS TODD HAMILTON TTEE**
**THOMAS T HAMILTON REVOCABLE TR**
**U/A DTD 10/20/2011**

**Account Number**
**4053-8635**

**Statement Period**
**March 1-31, 2024**

## Transaction Detail - Fees & Charges   (continued)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/14/24 | 03/14/24 | Misc Cash Entry | WAIVE WIRE FEE | 15.00 |
| **Total Fees & Charges** | | | | **0.00** |

*Margin interest charged to your Account during the statement period is included in this section of the statement.*

**Total Transaction Detail**   **(28,029.77)**

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| META MATLS INC: MMAT | Sold | 1,500.0000 | 03/28/24 | 04/02/24 | 2.5150 | | 3,747.22 |
| **Total Trades Pending Settlement** | | | | | | | **3,747.22** |

*Pending transactions are not included in account value.*

## Open Orders

*You can change or cancel any open order by calling us.*
*Orders expire as of close of business on expiration date listed below.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price | Will Expire |
|---|---|---|---|---|---|---|
| GOLD ROCK HLDGS INC CLASS A | Buy | 15,000.0000 | 03/18/24 | 0.0600 | 0.0452 | 09/13/24 |




AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

THOMAS T HAMILTON TTEE
THOMAS T HAMILTON REV TR
DTD 10/20/2011
1511 HICKORY LAKE CT
CLIVE IA 50325

| | |
|---|---|
| Statement Date: | December 29, 2023 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 591994371 |
| Account Number: | 0000013705 |
| W9/W8/W8BENE Certified: | No |
| Dividend Amount Paid YTD: | $0.00 |

# Balance Detail as of 12/29/2023

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 240,000.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 12/27/2023 | BK*0004105 | 240,000.000 | No |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com




MMAT > Bankruptcy
MMTLP > Court



FedEx Office.

Address:         10201 UNIVERSITY
                 AVE
                 CLIVE
                 IA 50325
Location:        SGMK
Device ID:       BTC01
Transaction:     9464451557bb

FedEx Standard Overnight
Tracking Number
283345408681    0.90 lb (M)    54.30
    Direct Signature Required
    Declared Value   100
Recipient Address:
    US Bankruptcy Court District
    of Nevada ATTN Clerk of Court
    300 Booth St 1st Fl
    Reno, NV 89509
    000000000

Scheduled Delivery Date 12/17/2024

Pricing option:
    ONE RATE

Package information:
    FedEx Envelope

            Shipment subtotal:     $54.30

                    Total Due:     $54.30

              (S) CreditCard:      $54.30
            ************2502


M = Weight entered manually
S = Weight read from Scale
T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.