NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: <br> META MATERIALS, INC. | Case Number: 24-50792 | COURT USE ONLY <br> RECEIVED AND FILED <br> DEC 30 2024 <br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |
|---|---|---|

| **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Cianni Kwon <br> 94-1060 Waipahu Street, #320 <br> Waipahu, HI 96797 <br><br> Telephone Number: (650) 823-4052 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. |
|---|---|

| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. |
|---|

| Account or other number by which Interest holder identifies Debtor: <br> E-Trade, account #: XXX-XXXXX4-204 <br> Vanguard, account #: XXXX8541 <br> Webull account #: XXX-XXX50-13 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: <br> ☒ amends a previously filed Proof of Interest dated: 12/9/2024 |
|---|---|

| Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br> Cianni Kwon <br><br> E-Trade (Headquarters) <br> 671 N. Glebe Road <br> Ballston Tower, Arlington, VA 22203 <br> (800) 280-4534 <br><br> Vanguard <br> 100 Vanguard Blvd. <br> Malvern, PA 19355 <br> (800) 662-2739 <br><br> Webull Financial, LLC <br> 350 North St. Paul, Suite 1300 <br> Dallas, TX 75201 <br> Telephone Number: **(917) 725-2448** | 3. Date Equity Interest was acquired: <br><br> **PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION** <br><br><br> 02/26/2021 & 03/03/2021 <br><br><br><br><br> 06/28/2021 (From MMATF & TRCH merger) <br><br><br><br> 07/08/2021 (From MMATF & TRCH merger) |
|---|---|

RECEIPT # 70607027 $ 78.00

| 4. Total amount of member interest: **8080 shares** | 5. Certificate number(s): PLEASE SEE ATTACHED DOCUMENTS |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description: INVESTOR**

**Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent.
☐ I am the trustee, or the debtor,
☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)
or their authorized agent.
(See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cianni Kwon
Title:
Company: Address and telephone number (if different from notice

(Signature)  _Cianni Kwon_   12/27/2024  (Date)

Telephone number: (650) 823-4052    Email: jujubaksa@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 27, 2024

U.S. Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court

My name is Cianni Kwon. On December 9, 2024, I submitted PROOF OF INTERST FORM in the matter of Meta Materials, Inc., Case Number: 24-50792. It was stamped as "Received and Filed on December 12, 2024 U. S. Bankruptcy Court Mary A. Schott, Clerk" with request of additional information regarding a redacted version of the Proof of Interest Form.

Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge on December 12, 2024, I have included in this mail, a completed redacted version of Proof of Interest (POI) form. I have redacted the account numbers associated with each of the brokerage firms. I have also included the money order in the amount of $28.00 made payable to U.S. Bankruptcy Court, Clerk. (I am resending the money order that I had originally sent on 12/09/2024 that was returned to me. I have added "Clerk" and I hope that it will be well received).

Please also find enclosed a postage paid and stamped and self-addressed envelope. If you would send an acknowledgement of filing of my POI in the envelope that I provided, I would very much appreciate it.

Thank you very much for your help and attention. I look forward to hearing from you soon.

Sincerely,

*Cianni Kwon*

Cianni Kwon
94-1060 Waipahu Street, #320
Waipahu, HI 96797
(650) 823-4052