NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**Meta Materials, Inc.** | Case Number:<br>**24-50792** | |

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br>☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>DEC 30 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |
| Telephone Number: | | COURT USE ONLY |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>Fidelity XXXXX 7210, XXXXX 2649,<br>XXXXX 8010, a WeBull xxx-xxx 57-11 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Fidelity Investments, P.O. Box 770001, CINCINATI<br>OH 45277; WeBull, 44 Wall St, NY NY 10005<br>Telephone Number: ① 800-544-6666   ② N/A | 3. Date Equity Interest was acquired:<br>Fidelity: 3/15/21 - 1/18/24<br>WeBull: 6/24/21 - 8/18/21<br>Refer to attached |

| 4. Total amount of member interest: Fidelity 8,453 shares<br>@ $14,615 loss; WeBull 175 shares @ $1,084 loss | 5. Certificate number(s): Refer to attached<br>brokerage docs. |

| 6. Type of Equity Interest:<br>Please indicate the type of Equity Interest you hold:<br>☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.<br>☐ Check this box if your Equity Interest is based on anything else and describe that interest:<br>Description: Investor |

| 7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.<br>DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. |

| 8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest. |

| 9. Signature:<br>Check the appropriate box.<br>☑ I am the creditor.   ☐ I am the creditor's authorized agent.<br>(Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.) |

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____   *Nicole C. Hughes*   12/16/24
_____   (Signature)   (Date)
_____
Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RECEIPT # 20002025 $ 26.⁰⁰

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR:      xxxxxx x xxxxxx

Fidelity Acct#   xxxxx7210, xxxxx2649,
                 xxxxx8010

WeBull Acct#   xxx-xxx-57-11

■redacted
Summary

| Fidelity- All account | |
|---|---|
| Total Shares Held Pre-Reverse Split @ | 8,453 |
| Total Shares Sold @ | 0 |
| Total Monies Invested Pre-Reverse Split @ | $14,614.56 |
| Transactions Post-Reverse Split @ | 0 |
| Total Shares Held Post-Reverse Split @ | 77 |
| Current Value @ $0 for screenshot | |

| WeBull- All account | |
|---|---|
| Total Shares Held Pre-Reverse Split @ | 175 |
| Total Shares Sold @ | 0 |
| Total Monies Invested Pre-Reverse Split @ | $1,083.73 |
| Transactions Post-Reverse Split @ | 0 |
| Total Shares Held Post-Reverse Split @ | 1 |
| Current Value @ $0.10 for screenshot | |

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR:    XXXXXX X XXXXXX

Fidelity Acct#    xxxxx7210, xxxxx2649, xxxxx8010

WeBull Acct#    xxx-xxx-57-11

Redacted

Page #1 of 8

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 250 | $2.56 | -$640.50 | 3/17/2021 | 21074-1GHM6J | 21074-KJPTG | attached invoice #1B |
| 05/13/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 20 | $1.90 | -$38.00 | 5/17/2021 | 21133-1CHM1G | 21133-DPVXV | attached Invoice #2C |
| 06/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 110 | $7.52 | -$826.90 | 6/24/2021 | 21173-B0V59E | 21173-HCG5V | attached Invoice #3C |
| 06/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 78 | $7.99 | -$623.22 | 6/24/2021 | 21173-1D5H2Q | 21173-GMK7B | attached Invoice #3C |
| 06/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 42 | $7.19 | -$301.98 | 6/24/2021 | 21173-1FT83H | 21173-HDC0 | attached Invoice #3C |
| 06/23/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 2 | $5.30 | -$10.60 | 6/25/2021 | 21174-6BLDKI | 21174-CQ6SL | attached Invoice #4B |
| 06/23/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 74 | $5.32 | -$393.67 | 6/25/2021 | 21174-7V733U | 21174-CQRTL | attached Invoice #4B |
| 06/25/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 293 | $5.28 | -$1,548.24 | 6/29/2021 | 21176-XDRJKI | 21176-FPRNJ | attached Invoice #5C |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**   xxxxxx x xxxxxx

**Fidelity Acct#**   xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#**   xxx-xxx-57-11

Redacted

Page #2 of 8

| Run Date | Account | Action | Symbol/CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 200 | $4.61 | -$922.00 | 6/29/2021 | 21176-0F6QNT | 21176-H7MTV | attached Invoice #5C |
| 06/25/2021 | Fidelity xxxxx7210 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 300 | $4.60 | -$1,380.00 | 6/29/2021 | 21176-0F6QNV | 21176-H7MTV | attached Invoice #5D |
| 07/07/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 195 | $6.11 | -$1,191.45 | 7/9/2021 | 21188-06BD9D | 21188-H83HW | attached Invoice #6A |
| 06/28/2021 | Fidelity xxxxx7210 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -576 | | -$2,851.20 | | | | attached brokerage statement; #32AH |
| 06/28/2021 | Fidelity xxxxx7210 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 288 | | $2,292.48 | | | | attached brokerage statement; #32AI |
| 06/29/2021 | Fidelity xxxxx7210 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -793 | | -$3,925.35 | | | | attached brokerage statement; #32AI |
| 06/29/2021 | Fidelity xxxxx7210 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 396 | | $2,783.88 | | | | attached brokerage statement; #32AI |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**     xxxxxx x xxxxxx

**Fidelity Acct#**   xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#**   xxx-xxx-57-11

Redacted

Page #3 of 8

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2021 | Fidelity xxxxx7210 | IN LIEU OF FRX SHARE LIEU PAYOUT 89102U103#REORLM005133648000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 0 | | $4.09 | | | | attached brokerage statement; #32AH |
| 07/14/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 6 | $3.84 | -$23.03 | 7/16/2021 | 21195-1C1KGM | 21195-FRFFG | attached Invoice #7A |
| 07/19/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 150 | $3.40 | -$510.00 | 7/21/2021 | 21200-1BVQPH | 21200-CLVBS | attached Invoice #8 |
| 07/20/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2 | $3.25 | -$6.50 | 7/22/2021 | 21201-1D8K2V | 21201-GJM0B | attached Invoice #9D |
| 07/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 103 | $3.85 | -$396.55 | 7/26/2021 | 21203-1BCQ0X | 21203-B4N5Q | attached Invoice |
| 07/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 3 | $3.83 | -$11.49 | 7/26/2021 | 21203-1BCRFP | 21203-B4WLD | attached Invoice |
| 07/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 22 | $3.74 | -$82.27 | 7/26/2021 | 21203-1BGHBX | 21203-B5PND | attached Invoice |
| 07/22/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 5 | $3.72 | -$18.60 | 7/26/2021 | 21203-1B/VFS | 21203-B82DV | attached Invoice |
| 08/04/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1 | $3.16 | -$3.16 | 8/6/2021 | 21216-1CS2QJ | 21216-FKXWD | attached Invoice #11 |
| 08/16/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1 | $3.15 | -$3.15 | 8/18/2021 | 21228-1BF2PS | 21228-BS4LP | attached Invoice #12 |
| 08/19/2021 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 15 | $2.98 | -$44.70 | 8/23/2021 | 21231-1D0D7R | 21231-G7X8D | attached Invoice |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**   xxxxxx x xxxxxx

**Fidelity Acct#** xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#** xxx-xxx-57-11

Redacted

**Page #4 of 8**

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2022 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 313 | $1.86 | -$583.43 | 11/17/2022 | 22319-1DW6CL | 22319-HN9JD | attached Invoice #14 |
| 11/15/2022 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 10 | $1.88 | -$18.80 | 11/17/2022 | 22319-1DXO2G | 22319-HOGGP | attached Invoice #14 |
| 11/21/2022 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 490 | $2.20 | -$1,075.84 | 11/23/2022 | 22325-1CMLSW | 22325-HAWGV | attached Invoice |
| 11/21/2022 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 310 | $2.15 | -$668.05 | 11/23/2022 | 22325-1CPQ2J | 22325-HBMHH | attached Invoice |
| 12/07/2022 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 52 | $2.10 | -$108.94 | 12/9/2022 | 22341-1DF1RM | 22341-HBYAL | attached Invoice #16 |
| 01/27/2023 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 138 | $1.00 | -$137.97 | 1/31/2023 | 23027-1D8W1F | 23027-HPO6W | attached Invoice #17 |
| 01/18/2024 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 3011 | $0.07 | -$222.51 | 1/22/2024 | 24018-0JHC3J | 24018-HLL0M | attached Invoice #18 |
| 01/18/2024 | Fidelity xxxxx7210 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 489 | $0.07 | -$36.19 | 1/22/2024 | 24018-0JHC3K | 24018-HLL0M | attached Invoice #18 |
| 01/29/2024 | Fidelity xxxxx7210 | REVERSE SPLIT R/S TO 59134N302#REOR M0061559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -6000 | | -$349.20 | | | | attached brokerage statement; #33W |
| 01/29/2024 | Fidelity xxxxx7210 | REVERSE SPLIT R/S FROM 59134N104#REOR M0061559130001 META MATERIALS INC COM NEW ISIN US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 60 | | $330.60 | | | | attached brokerage statement; #33W |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**   xxxxx x xxxxxx

**Fidelity Acct#**   xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#**   xxx-xxx-57-11

Redacted    Page #5 of 8

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/2021 | Fidelity xxxxx2649 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 40 | $8.11 | -$324.38 | 6/24/2021 | 21173-1D1XZN | 21173-GH06X | attached Invoice #19C |
| 06/22/2021 | Fidelity xxxxx2649 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 34 | $8.14 | -$276.74 | 6/24/2021 | 21173-1D3RLB | 21173-GK0HV | attached Invoice #19C |
| 06/22/2021 | Fidelity xxxxx2649 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 26 | $7.20 | -$187.20 | 6/24/2021 | 21173-8NNR1U | 21173-HGC9D | attached Invoice #19C |
| 06/25/2021 | Fidelity xxxxx2649 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 4 | $4.58 | -$18.32 | 6/29/2021 | 21176-0F6MFB | 21176-H7G2Q | attached Invoice #20 |
| 06/28/2021 | Fidelity xxxxx2649 | REVERSE SPLIT R/S TO 59134N104#REOR M00513364B0000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -100 | | -$495.00 | | | | attached brokerage statement; #32L |
| 06/28/2021 | Fidelity xxxxx2649 | REVERSE SPLIT R/S FROM 89102U103#REOR M00513364B0001 META MATERIALS INC COM ISIN US59134N104 (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 50 | | $398.00 | | | | attached brokerage statement; #32M |
| 06/29/2021 | Fidelity xxxxx2649 | REVERSE SPLIT R/S TO 59134N104#REOR M00513364B0000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -4 | | -$19.80 | | | | attached brokerage statement; #32L |

Redacted

Page #6 of 8

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**  xxxxx X xxxxxx

Fidelity Acct#  xxxxx7210, xxxxx2649, xxxxx8010

WeBull Acct#  xxx-xxx-57-11

| Run Date | Account | Action | Symbol/CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref# | Trade Order# | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2021 | Fidelity xxxxx2649 | REVERSE SPLIT R/S FROM 89102U103#REOR M005133648O001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2 | | $14.06 | | | | attached brokerage statement; #32M |
| 07/14/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 70 | $3.85 | -$269.35 | 7/16/2021 | 21195-1C2GCZ | 21195-FSRBB | attached Invoice |
| 07/14/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 60 | $3.89 | -$233.29 | 7/16/2021 | 21195-1C27GV | 21195-FTSKQ | attached Invoice |
| 07/14/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 19 | $3.98 | -$75.58 | 7/16/2021 | 21195-1C3KGG | 21195-FV81J | attached Invoice |
| 07/16/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 14 | $3.65 | -$51.10 | 7/20/2021 | 21197-0F36PG | 21197-HTW8V | attached Invoice |
| 07/16/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 70 | $3.64 | -$254.80 | 7/20/2021 | 21197-0F393S | 21197-H13RL | attached Invoice |
| 07/19/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 3 | $3.40 | -$10.20 | 7/21/2021 | 21200-1B47LP | 21200-C390G | attached Invoice #23 |
| 07/20/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2 | $3.19 | -$6.37 | 7/22/2021 | 21201-1D2RFN | 21201-GBM5S | attached Invoice |
| 07/20/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 8 | $3.26 | -$26.08 | 7/22/2021 | 21201-1D8KXW | 21201-GJW5B | attached Invoice |
| 08/04/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1 | $3.16 | -$3.16 | 8/6/2021 | 21216-1CS5PN | 21216-FK3PQ | attached Invoice #25 |
| 08/19/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 143 | $2.96 | -$423.28 | 8/23/2021 | 21231-1DQX4Z | 21231-GXKDJ | attached Invoice |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:** xxxxxx x xxxxxx

Fidelity Acct# xxxx7210, xxxxx2649, xxxxx8010

WeBull Acct# xxx-xx-57-11

Redacted

Page #7 of 8

| Run Date | Account | Action | Symbol/CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2021 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 30 | $2.95 | -$88.50 | 8/23/2021 | 21231-1DSR7B | 21231-G0RLS | attached Invoice #27 |
| 01/18/2024 | Fidelity xxxxx2649 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1028 | $0.07 | -$75.56 | 1/22/2024 | 24018-0JHBTG | 24018-HLI55 | attached Invoice #27 |
| *01/29/2024* | *Fidelity xxxxx2649* | *REVERSE SPLIT R/S TO 59134N302#REOR M00515S9130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)* | *59134N104* | *META MATERIALS INC COM ISIN US59134N104* | *Cash* | *-1500* | | *-$87.30* | | | | attached brokerage statement; #33I |
| *01/29/2024* | *Fidelity xxxxx2649* | *REVERSE SPLIT R/S FROM 59134N104#REOR M00515S9130001 META MATERIALS INC COM NEW ISIN US5... (MMATQ) (Cash)* | *MMATQ* | *META MATERIALS INC COM NEW ISIN #US5913* | *Cash* | *15* | | *$82.65* | | | | attached brokerage statement; #33I |
| 06/22/2021 | Fidelity xxxxx8010 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 26 | $8.00 | -$208.00 | 6/24/2021 | 21173-0D7SNK | 21173-GLM8S | attached Invoice #28B |
| 06/22/2021 | Fidelity xxxxx8010 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 5 | $7.20 | -$36.00 | 6/24/2021 | 21173-1XN1TI | 21173-HHXRL | attached Invoice #28C |
| *06/28/2021* | *Fidelity xxxxx8010* | *REVERSE SPLIT R/S TO 59134N104#REOR M005133648000000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)* | *89102U103* | *TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2* | *Cash* | *-31* | | *-$153.45* | | | | attached brokerage statement; #32S |
| *06/28/2021* | *Fidelity xxxxx8010* | *REVERSE SPLIT R/S FROM 89102U103#REOR M005133648000001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)* | *59134N104* | *META MATERIALS INC COM ISIN US59134N104* | *Cash* | *15* | | *$119.40* | | | | attached brokerage statement; #32S |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**  xxxxxx x xxxxxx

**Fidelity Acct#** xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#** xxx-xxx-57-11

Redacted

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2021 | Fidelity xxxxx8010 | IN LIEU OF FRX SHARE LEU PAYOUT 89102U103#REORLM0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 0 | | $4.09 | | | | attached brokerage statement; #32S |
| 07/16/2021 | Fidelity xxxxx8010 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 23 | $3.64 | -$83.72 | 7/20/2021 | 21197-0F4CLW | 21197-HT7WL | attached invoice #32Q |
| 07/16/2021 | Fidelity xxxxx8010 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2 | $3.64 | -$7.28 | 7/20/2021 | 21197-0F4DCJ | 21197-HT9DL | attached invoice #32Q |
| 07/16/2021 | Fidelity xxxxx8010 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 22 | $3.64 | -$80.08 | 7/20/2021 | 21197-0F4F7R | 21197-HVCZJ | attached invoice #32Q |
| 08/19/2021 | Fidelity xxxxx8010 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 13 | $2.97 | -$38.59 | 8/23/2021 | 21231-0DP8CG | 21231-GS3QL | attached invoice #32R |
| 01/18/2024 | Fidelity xxxxx8010 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 125 | $0.07 | -$9.24 | 1/22/2024 | 24018-0IHBOS | 24018-HLJZY | attached invoice #31 |
| 01/29/2024 | Fidelity xxxxx8010 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -200 | | -$11.64 | | | | attached brokerage statement; #33N |
| 01/29/2024 | Fidelity xxxxx8010 | REVERSE SPLIT R/S FROM 59134N104#REOR M0051559130001 META MATERIALS INC COM NEW ISIN US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 2 | | $11.02 | | | | attached brokerage statement; #33N |

## PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

### CASE: 24-50792, META MATERIALS, INC.

**FOR:** XXXXXX X XXXXXX

**Fidelity Acct#** xxxxx7210, xxxxx2649, xxxxx8010

**WeBull Acct#** xxx-xxx-57-11

Redacted   WeBull

WeBull did so many variations of the reverse splits, you need to refer to the statements attached as the kept crediting & depositing but the correct QTY resulted.

| Run Date | Account | Action | Symbol/CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/2021 | xxx-xxx-57-11 | Purchased TRCH TORCHLIGHT ENERGY RESOURCES INC TO TYPE 7 FROM TYPE 1 FFS(107306555) CUSIP: 89102U103 | 89102U103 | Torchlight Energy Resources Inc | Cash | 67 | $7.8295 | -$524.58 | | | | Refer to attached |
| 6/25/2021 | xxx-xxx-57-11 | Purchased TRCH TORCHLIGHT ENERGY RESOURCES INC TO TYPE 7 FROM TYPE 1 FFS(107306555) CUSIP: 89102U103 | 89102U103 | Torchlight Energy Resources Inc | Cash | 100 | $5.32 | -$532.36 | | | | Refer to attached |
| June, 2021 | xxx-xxx-57-11 | After the reverse split | 59134N104 | | Cash | 83 | $3.50 | ($290.50) | | | | attached |
| 8/13/2021 | xxx-xxx-57-11 | Purchased META MATLS INC | 59134N104 | Meta Materials Inc | Cash | 7 | $3.37 | -$23.59 | | | | attached |
| 8/18/2021 | xxx-xxx-57-11 | Purchased META MATLS INC | 59134N104 | Meta Materials Inc | Cash | 1 | $3.20 | -$3.20 | | | | attached |
| Jan, 2024 | xxx-xxx-57-11 | After the reverse split | 59134N104 | | Cash | 1 | $1,083.59 | $1,083.59 | | | | Open P&L for acct is at ($1,083.59) |

**WeBull Screenshot:**

Positions   Orders

| Actions | Symbol | Mkt Value | Day's P&L | Open P&L | Open P&L% |
|---|---|---|---|---|---|
| Close | MMATQ | 0.10 | 0.00 | -1,083.59 | -99.99% |
| Close | BB | 30.50 | -0.40 | -60.70 | -66.56% |

Positions   Orders

| Actions | Name | Quantity | Mkt Value | Day's P&L | Open P&L | Open P&L% |
|---|---|---|---|---|---|---|
| Close | Meta Materials Inc | 1 | 0.10 | 0.00 | -1,083.59 | -99.99% |
| Close | Blackberry | 10 | 30.50 | -0.40 | -60.70 | -66.56% |

BNED $1.92 -1.36 -10.24%   BRK-B 455.20 (Pre +0.20 +0.04%)   Local Time: 12/17/2024 05:36:06



## Fidelity Screenshots

Overview

As of Dec-16-2024 1:39 p.m. ET

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ | 15 | $148.38 | -- | | $0.00 | $0.00 | $0.00 | 0.00% | -$2,225.72 | -100.00% | 0.00% | |

META MATERIALS INC COM NEW COM NEW ISIN

Manage Dividends

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQG7J98

Buy   Sell   Set Exit Plan

Purchase History   Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-18-2024 | Short | -$75.56 | -100% | $0.00 | 10.28 | | $7.35 |
| Aug-19-2021 | Long | -$88.50 | -100% | $0.00 | 0.3 | | $295.00 |
| Aug-19-2021 | Long | -$423.28 | -100% | $0.00 | 1.43 | | $296.00 |
| Aug-04-2021 | Long | -$3.16 | -100% | $0.00 | 0.01 | | $316.00 |
| Jul-20-2021 | Long | -$26.08 | -100% | $0.00 | 0.08 | | $326.00 |
| Jul-20-2021 | Long | -$6.37 | -100% | $0.00 | 0.02 | | $318.59 |
| Jul-19-2021 | Long | -$10.20 | -100% | $0.00 | 0.03 | | $340.00 |
| Jul-16-2021 | Long | -$254.80 | -100% | $0.00 | 0.7 | | $364.00 |
| Jul-16-2021 | Long | -$51.10 | -100% | $0.00 | 0.14 | | $365.00 |
| Jul-14-2021 | Long | -$75.58 | -100% | $0.00 | 0.19 | | $397.79 |
| Jul-14-2021 | Long | -$233.29 | -100% | $0.00 | 0.6 | | $388.82 |
| Jul-14-2021 | Long | -$269.35 | -100% | $0.00 | 0.7 | | $384.79 |
| Jun-25-2021 | Long | -$18.32 | -100% | $0.00 | 0.02 | | $916.00 |
| Jun-22-2021 | Long | -$163.88 | -100% | $0.00 | 0.13 | | $1,260.62 |
| Jun-22-2021 | Long | -$242.27 | -100% | $0.00 | 0.17 | | $1,425.12 |
| Jun-22-2021 | Long | -$283.98 | -100% | $0.00 | 0.2 | | $1,419.90 |

As of Dec-16-2024 1:41 a.m. ET

## Overview

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COM NEW ISIN #... <br> Manage Dividends | | | | | | | | | | | | |
| | 2 | $216.26 | | $432.52 | $0.00 | $0.00 | $0.00 | 0.00% | -$432.52 | -100.00% | 0.00% | |

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

Buy  Sell  Set Exit Plan  Research

### Purchase History

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | $ Today's Gain/Loss | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|---|
| Jan-18-2024 | Short | -$9.24 | -100% | | $0.00 | 1.25 | | $7.39 |
| Aug-19-2021 | Long | -$38.59 | -100% | | $0.00 | 0.13 | | $296.85 |
| Jul-16-2021 | Long | -$80.08 | -100% | | $0.00 | 0.22 | | $364.00 |
| Jul-16-2021 | Long | -$7.28 | -100% | | $0.00 | 0.02 | | $364.00 |
| Jul-16-2021 | Long | -$83.72 | -100% | | $0.00 | 0.23 | | $394.00 |
| Jun-22-2021 | Long | -$31.52 | -100% | | $0.00 | 0.024 | | $1,313.33 |
| Jun-22-2021 | Long | -$182.09 | -100% | | $0.00 | 0.126 | | $1,445.16 |



As of Dec-16-2024 1:41 a.m. ET

Overview

Manage Dividends

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COM NEW ISIN... | 60 | $192.08 | | $11,525.00 | | $0.00 | $0.00 | 0.00% | -$11,525.00 | -100.00% | 0.00% | 0.00% |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

Buy    Sell    Set Exit Plan

Purchase History    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-18-2024 | Short | -$36.19 | -100% | $0.00 | 4.89 | $7.40 | $36.19 |
| Jan-18-2024 | Short | -$222.51 | -100% | $0.00 | 30.11 | $7.39 | $222.51 |
| Jan-27-2023 | Long | -$137.97 | -100% | $0.00 | 1.38 | $99.98 | $137.97 |
| Dec-07-2022 | Long | -$108.94 | -100% | $0.00 | 0.52 | $209.50 | $108.94 |
| Nov-21-2022 | Long | -$668.05 | -100% | $0.00 | 3.1 | $215.50 | $668.05 |
| Nov-21-2022 | Long | -$1,075.84 | -100% | $0.00 | 4.9 | $219.56 | $1,075.84 |
| Nov-15-2022 | Long | -$18.80 | -100% | $0.00 | 0.1 | $188.00 | $18.80 |
| Nov-15-2022 | Long | -$583.43 | -100% | $0.00 | 3.13 | $186.40 | $583.43 |
| Aug-19-2021 | Long | -$44.70 | -100% | $0.00 | 0.15 | $298.00 | $44.70 |
| Aug-16-2021 | Long | -$3.15 | -100% | $0.00 | 0.01 | $315.00 | $3.15 |

Show All    < 1 2 3 >



As of Dec-16-2024 1:41 a.m ET

Overview

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COM NEW ISIN... | 60 | $192.08 | | $11,525.00 | $0.00 | | $0.00 | $0.00 | -$11,525.00 | -100.00% | 0.00% | |

Manage Dividends

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

Buy   Sell   Set Exit Plan   Research

**Purchase History**

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Aug-04-2021 | Long | -$3.16 | -100% | | 0.01 | $316.00 | $3.16 |
| Jul-22-2021 | Long | -$18.60 | -100% | | 0.05 | $372.00 | $18.60 |
| Jul-22-2021 | Long | -$82.27 | -100% | | 0.22 | $373.95 | $82.27 |
| Jul-22-2021 | Long | -$11.49 | -100% | | 0.03 | $383.00 | $11.49 |
| Jul-22-2021 | Long | -$396.55 | -100% | | 1.03 | $385.00 | $396.55 |
| Jul-20-2021 | Long | -$6.50 | -100% | | 0.02 | $325.00 | $6.50 |
| Jul-19-2021 | Long | -$510.00 | -100% | | 1.5 | $340.00 | $510.00 |
| Jul-14-2021 | Long | -$23.03 | -100% | | 0.06 | $383.83 | $23.03 |
| Jul-07-2021 | Long | -$1,191.45 | -100% | | 1.95 | $611.00 | $1,191.45 |
| Jun-25-2021 | Long | -$1,300.00 | -100% | | 1,498 | $921.23 | $1,300.00 |

Show All   ‹ 1 2 3 ›

Overview  >

As of Dec-16-2024 1:41 a.m. ET

Manage Dividends

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC COM NEW ISIN... | 60 | 7210 $192.08 | ... | $11,525.00 | $0.00 | $0.00 | $0.00 | 0.00% | -$11,525.00 | -100.00% | 0.00% | |

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

Buy  Sell  Set Exit Plan   Research

### Purchase History

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jun-25-2021 | Long | -$922.00 | -100% | $0.00 | 0.999 | $922.92 | $922.00 |
| Jun-25-2021 | Long | -$1,548.24 | -100% | $0.00 | 1.463 | $1,058.26 | $1,548.24 |
| Jun-23-2021 | Long | -$10.60 | -100% | $0.00 | 0.01 | $1,060.00 | $10.60 |
| Jun-23-2021 | Long | -$393.67 | -100% | $0.00 | 0.37 | $1,063.97 | $393.67 |
| Jun-22-2021 | Long | -$264.37 | -100% | $0.00 | 0.21 | $1,258.90 | $264.37 |
| Jun-22-2021 | Long | -$723.91 | -100% | $0.00 | 0.55 | $1,316.20 | $723.91 |
| Jun-22-2021 | Long | -$545.59 | -100% | $0.00 | 0.39 | $1,398.95 | $545.59 |
| May-13-2021 | Long | -$33.27 | -100% | $0.00 | 0.1 | $332.70 | $33.27 |
| Mar-15-2021 | Long | -$560.72 | -100% | $0.00 | 1.25 | $448.58 | $560.72 |

Show All  < 1 ... >



# 1 A
Redacted



**Transaction Confirmation**                                                    Page 1 of 2
**Confirm Date: March 15, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900534863

0087-

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

9900534863                      ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE. SIPC

7210   00   000

#1 B
redacted

**Transaction Confirmation**
**Confirm Date: March 15, 2021**

Page 2 of 2

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21074-1GHM6J | 1* | L## | 03-15-21 | 03-17-21 | 89102U103 | 21074-KJPTG | | |

You Bought

250
at          2.5620

Symbol:
TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172, YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

| Principal Amount | 640.50 |
|---|---|
| Settlement Amount | 640.50 |

9900534863

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

Redacted
#2A



**Transaction Confirmation**
**Confirm Date: May 13, 2021**                    Page 1 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900407273

Online                                  Fidelity.com
FAST(sm)-Automated Telephone            800-544-5555
Premium Services                        800-544-4442
8am - 11pm ET, Mon - Fri

70087-



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

9900407273        ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

099      7210    00    000

Redacted
#2.B

Transaction Confirmation
Confirm Date: May 13, 2021

Page 2 of 3



9900407273        ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

REMITTANCE COUPON

*Redacted*
*#2C*



**Transaction Confirmation**
**Confirm Date: May 13, 2021**                                    Page 3 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21133-1CHMJG | 1* | WY# | 05-13-21 | 05-17-21 | 89102U103 | 21133-DPVXV | | |

You Bought
      20
     at
1.9000
Symbol:
TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount      38.00
Settlement Amount    38.00

9900407273          ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

Redacted
#3A



**Transaction Confirmation**                                    Page 1 of 3
**Confirm Date: June 22, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900328450



Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | | | |
|---|---|---|---|---|---|---|---|---|

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900328450

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****7210   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000

Redacted
#3B

**Transaction Confirmation**
Confirm Date: June 22, 2021

Page 2 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900328450

**REMITTANCE COUPON**

Redacted
# 3C

**Transaction Confirmation**
Confirm Date: June 22, 2021                    Page 3 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-B0V59E | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-HCG5V | | |

DESCRIPTION and DISCLOSURES

You Bought          TORCHLIGHT ENERGY RESOURCES INC        Principal Amount        826.90
         110        WE HAVE ACTED AS AGENT.                Settlement Amount       826.90
    at   7.5173
Symbol:
TRCH

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1D5H2Q | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-GMK7B | | |

DESCRIPTION and DISCLOSURES

You Bought          TORCHLIGHT ENERGY RESOURCES INC        Principal Amount        623.22
          78        WE HAVE ACTED AS AGENT.                Settlement Amount       623.22
    at   7.9900
Symbol:
TRCH

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1FT83H | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-HDCON | | |

DESCRIPTION and DISCLOSURES

You Bought          TORCHLIGHT ENERGY RESOURCES INC        Principal Amount        301.98
          42        WE HAVE ACTED AS AGENT.                Settlement Amount       301.98
    at   7.1900
Symbol:
TRCH

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900328450

*# 41A*
*Redacted*



Transaction Confirmation                    Page 1 of 2
Confirm Date: June 23, 2021

Brokerage Account Number
*****7210 IRA - ROLLOVER



9900318187

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

70087-



| REFERENCE NO. | TYPE * | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900318187

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

7210    00    000

*#4B*
*Redacted*

**Transaction Confirmation**
**Confirm Date: June 23, 2021**                    Page 2 of 2

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21174-6BLDKI | 1* | WY# | 06-23-21 | 06-25-21 | 89102U103 | 21174-CQ6SL | | |

You Bought

         2

at   5.3000

Symbol:
TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount    10.60
Settlement Amount   10.60

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21174-7V733U | 1* | WY# | 06-23-21 | 06-25-21 | 89102U103 | 21174-CQRTL | | |

You Bought

      74

at   5.3199

Symbol:
TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount   393.67
Settlement Amount  393.67

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900318187

**REMITTANCE COUPON**

#5A
Redacted



| | |
|---|---|
| **Transaction Confirmation**<br>**Confirm Date: June 25, 2021** | Page 1 of 4 |

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900347585

Online                         Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                 800-544-4442
8am - 11pm ET, Mon - Fri



| REFERENCE NO. | TYPE | REG.REP.<br>WK# | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | | |
|---|---|---|---|---|---|---|---|

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900347585



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH   45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210    00    000

#5B
Redacted

**Transaction Confirmation**
**Confirm Date: June 25, 2021**

Page 2 of 4

Brokerage Account Number
*****7210 IRA - ROLLOVER



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900347585

**REMITTANCE COUPON**

#5C
Redacted

**Transaction Confirmation**
**Confirm Date: June 25, 2021**                                    Page 3 of 4

Brokerage Account Number
*****7210 IRA - ROLLOVER



| REFERENCE NO.<br>21176-XDRJKI | TYPE<br>1* | REG.REP.<br>WK# | TRADE DATE<br>06-25-21 | SETTLEMENT DATE<br>06-29-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21176-FPRNJ | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | | | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 1,548.24 |
| at | 293<br>5.2841 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1,548.24 |
| Symbol :<br>TRCH | | | | | | | | |

| REFERENCE NO.<br>21176-OF6QNT | TYPE<br>1* | REG.REP.<br>WQ# | TRADE DATE<br>06-25-21 | SETTLEMENT DATE<br>06-29-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21176-H7MTV | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | | | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 922.00 |
| at | 200<br>4.6100 | | WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Settlement Amount | | 922.00 |
| Symbol :<br>TRCH | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900347585

#5D
Redacted

**Transaction Confirmation**
**Confirm Date: June 25, 2021**

Page 4 of 4

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. 21176-0F6QNV | TYPE 1* | REG.REP. WQ# | TRADE DATE 06-25-21 | SETTLEMENT DATE 06-29-21 | CUSIP NO. 89102U103 | ORDER NO. 21176-H7MTV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 300 | | TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 1,380.00 |
| at | 4.6000 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1,380.00 |
| Symbol: | | | PARTIAL EXECUTION | | | | | |
| TRCH | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900347585



#6A
Redac

**Transaction Confirmation**
Confirm Date: July 7, 2021                                    Page 1 of 2

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900377711

Online                          Fidelity.com
FAST(sm)-Automated Telephone     800-544-5555
Premium Services                 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21188-OGBD9D | 1* | WY# | 07-07-21 | 07-09-21 | 59134N104 | 21188-H83HW | | |

You Bought            DESCRIPTION and DISCLOSURES
                      META MATERIALS INC COM        Principal Amount    1,191.45
          195         WE HAVE ACTED AS AGENT.       Settlement Amount   1,191.45
      at  6.1100
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900377711

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210  00  000

# 6B
Redac

Transaction Confirmation
Confirm Date: July 7, 2021

Page 2 of 2

Brokerage Account Number
*****7210 IRA - ROLLOVER



WY#

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900377711

**REMITTANCE COUPON**

#7A
Redacted


**Fidelity**
INVESTMENTS

**Transaction Confirmation**                                      Page 1 of 1
**Confirm Date: July 14, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900350758

Online                      Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21195-1C1KGM | 1* | WY# | 07-14-21 | 07-16-21 | 59134N104 | 21195-FRFFG | | |

You Bought                    **DESCRIPTION and DISCLOSURES**
                              META MATERIALS INC COM                    Principal Amount        23.03
        6                     ISIN #US59134N1046 SEDOL #BKSCVX7         Settlement Amount        23.03
    at   3.8383               WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900350758
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
FIDELITY INVESTMENTS              payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001                     Deposits will be made to the account listed above.  Please
CINCINNATI OH  45277-0003         mail checks to the Fidelity address on this form. Refer to the
                                  last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE. SIPC

7210   00   000





**Transaction Confirmation**
**Confirm Date: July 19, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900494657

Online                                              Fidelity.com
FAST(sm)-Automated Telephone          800-544-5555
Premium Services                            800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21200-1BVQPH | 1* | WQ# | 07-19-21 | 07-21-21 | 59134N104 | 21200-CLVBS | | |

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|
| You Bought | 150 | META MATERIALS INC COM | Principal Amount | 510.00 |
| at | 3.4000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 510.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                      9900494657

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000