

#9A
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**                           Page 1 of 5

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900326925



Online                                    Fidelity.com
FAST(sm)-Automated Telephone              800-544-5555
Premium Services                          800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900326925

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****7210   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210    00    000

#9B
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 2 of 5

Brokerage Account Number
*****7210 IRA - ROLLOVER



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900326925

**REMITTANCE COUPON**

#9C
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 3 of 5

Brokerage Account Number
*****7210 IRA - ROLLOVER





ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900326925

#9D
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21201-1D8K2V | 1* | WK# | 07-20-21 | 07-22-21 | 59134N104 | 21201-GJM0B | | |

You Bought    2    at    3.2500

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    6.50
Settlement Amount    6.50



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900326925

#9E
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 5 of 5

Brokerage Account Number
*****7210 IRA - ROLLOVER



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900326925



#10A
Redacted

**Transaction Confirmation**
**Confirm Date: July 22, 2021**

Page 1 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900266617

Online                                          Fidelity.com
FAST(sm)-Automated Telephone                    800-544-5555
Premium Services                                800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900266617

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000



**Transaction Confirmation**
**Confirm Date: July 22, 2021**

Page 2 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER



| REFERENCE NO. 21203-1BCQOX | TYPE 1* | REG.REP. WQ# | TRADE DATE 07-22-21 | SETTLEMENT DATE 07-26-21 | CUSIP NO. 59134N104 | ORDER NO. 21203-B4N5Q | | |
|---|---|---|---|---|---|---|---|---|

You Bought

      103
  at  3.8500

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     396.55
Settlement Amount    396.55

| REFERENCE NO. 21203-1BCRFP | TYPE 1* | REG.REP. WQ# | TRADE DATE 07-22-21 | SETTLEMENT DATE 07-26-21 | CUSIP NO. 59134N104 | ORDER NO. 21203-B4WLD | | |
|---|---|---|---|---|---|---|---|---|

You Bought

      3
  at  3.8300

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     11.49
Settlement Amount    11.49

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900266617

**REMITTANCE COUPON**

#10C
Redacted

**Transaction Confirmation**
**Confirm Date: July 22, 2021**

Page 3 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-1BGHBX | 1* | WQ# | 07-22-21 | 07-26-21 | 59134N104 | 21203-B5PND | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | META MATERIALS INC COM | | | Principal Amount | | 82.27 |
| | 22 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 82.27 |
| at | 3.7395 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-1BJVFS | 1* | WY# | 07-22-21 | 07-26-21 | 59134N104 | 21203-B82DV | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | META MATERIALS INC COM | | | Principal Amount | | 18.60 |
| | 5 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 18.60 |
| at | 3.7200 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900266617

#10A
Redacted



**Transaction Confirmation**                          Page 1 of 3
Confirm Date: **July 22, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900266617

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900266617

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210    00    000

#10B
Redacted

**Transaction Confirmation**
**Confirm Date: July 22, 2021**                    Page 2 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER



| REFERENCE NO. 21203-1BCQOX | TYPE 1* | REG.REP. WQ# | TRADE DATE 07-22-21 | SETTLEMENT DATE 07-26-21 | CUSIP NO. 59134N104 | ORDER NO. 21203-B4N5Q | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 396.55 |
| | 103 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 396.55 |
| at | 3.8500 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: MMAT | | | | | | | | |

| REFERENCE NO. 21203-1BCRFP | TYPE 1* | REG.REP. WQ# | TRADE DATE 07-22-21 | SETTLEMENT DATE 07-26-21 | CUSIP NO. 59134N104 | ORDER NO. 21203-B4WLD | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 11.49 |
| | 3 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 11.49 |
| at | 3.8300 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900266617

**REMITTANCE COUPON**

#IOC
Redacted

**Transaction Confirmation**
**Confirm Date: July 22, 2021**

Page 3 of 3

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-1BGHBX | 1* | WQ# | 07-22-21 | 07-26-21 | 59134N104 | 21203-B5PND | | |

You Bought      **DESCRIPTION and DISCLOSURES**

|  |  |  |  |
|---|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | Principal Amount | 82.27 |
|  22 | META MATERIALS INC COM | Settlement Amount | 82.27 |
| at 3.7395 | ISIN #US59134N1046 SEDOL #BKSCVX7 |  |  |
| Symbol: | WE HAVE ACTED AS AGENT. |  |  |
| MMAT |  |  |  |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-1BJVFS | 1* | WY# | 07-22-21 | 07-26-21 | 59134N104 | 21203-B82DV | | |

|  |  |  |  |
|---|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | Principal Amount | 18.60 |
|  5 | META MATERIALS INC COM | Settlement Amount | 18.60 |
| at 3.7200 | ISIN #US59134N1046 SEDOL #BKSCVX7 |  |  |
| Symbol: | WE HAVE ACTED AS AGENT. |  |  |
| MMAT |  |  |  |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900266617




**Fidelity**
INVESTMENTS

**Transaction Confirmation**
**Confirm Date: August 4, 2021**                                   Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900357235

Online                                                   Fidelity.com
FAST(sm)-Automated Telephone          800-544-5555
Premium Services                             800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21216-1CS2QJ | 1* | WY# | 08-04-21 | 08-06-21 | 59134N104 | 21216-FKXWD | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM                    Principal Amount        3.16
ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount     3.16
WE HAVE ACTED AS AGENT.

      at      3.1578

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900357235

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000

#12
Redacted



**Transaction Confirmation**
**Confirm Date: August 16, 2021**                          Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900413572

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21228-1BF2PS | 1* | WY# | 08-16-21 | 08-18-21 | 59134N104 | 21228-BS4LP | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM          Principal Amount        3.15
ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount   3.15
WE HAVE ACTED AS AGENT.

at      1
        3.1500
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900413572

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000





#13A
Related

**Transaction Confirmation**
**Confirm Date: August 19, 2021**

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900344899

Online
FAST(sm)-Automated Telephone
Premium Services
8am - 11pm ET, Mon - Fri

Fidelity.com
800-544-5555
800-544-4442



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21231-1D0D7R | 1* | WK# | 08-19-21 | 08-23-21 | 59134N104 | 21231-G7X8D | | |

You Bought
       15
   at  2.9800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     44.70
Settlement Amount   44.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900344899

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.  Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

7210  00  000

# 13B
Redacted

Brokerage Account Number
*****7210 IRA - ROLLOVER



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900344899

**REMITTANCE COUPON**



**Fidelity** INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

9900313564



Transaction Confirmation
Confirm Date: November 15, 2022

Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Premium Services                          800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22319-1DW6CL | 1* | WO# | 11-15-22 | 11-17-22 | 59134N104 | 22319-HN9JD | | |

You Bought          DESCRIPTION and DISCLOSURES
                    META MATERIALS INC COM              Principal Amount          583.43
            313     ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount         583.43
        at 1.8640   WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22319-1DX02G | 1* | WO# | 11-15-22 | 11-17-22 | 59134N104 | 22319-H0GGP | | |

You Bought          DESCRIPTION and DISCLOSURES
                    META MATERIALS INC COM              Principal Amount           18.80
            10      ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount          18.80
        at 1.8799   WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900313564

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

                                                    7210   00   000

#15A
Redacted



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**          Page 1 of 2
**Confirm Date: November 21, 2022**

Brokerage Account Number
*****7210 IRA - ROLLOVER



9900300306

Online                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Premium Services               800-544-4442
8am - 11pm ET, Mon - Fri



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22325-1CMLSW | 1* | WO# | 11-21-22 | 11-23-22 | 59134N104 | 22325-HAWGV | |

You Bought
                 490        META MATERIALS INC COM                    Principal Amount    1,075.84
     at        2.1956      ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount   1,075.84
Symbol:                    WE HAVE ACTED AS AGENT.
MMAT

DESCRIPTION and DISCLOSURES

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900300306

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000



**Transaction Confirmation**
**Confirm Date: November 21, 2022**                          Page 2 of 2

Brokerage Account Number
*****7210 IRA - ROLLOVER

| REFERENCE NO. 22325-1CPQ2J | TYPE 1* | REG.REP. WO# | TRADE DATE 11-21-22 | SETTLEMENT DATE 11-23-22 | CUSIP NO. 59134N104 | ORDER NO. 22325-HBMHH | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 310 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 668.05 |
| at | | 2.1550 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 668.05 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900300306

**REMITTANCE COUPON**




PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: December 7, 2022

Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900246337

Online                                    Fidelity.com
FAST®-Automated Telephone      800-544-5555
Premium Services                   800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1DF1RM | 1* | WO# | 12-07-22 | 12-09-22 | 59134N104 | 22341-HBYAL | | |

You Bought

at          52
2.0950

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          108.94
Settlement Amount         108.94

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900246337

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210   00   000





PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 27, 2023**                    Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER

9900319275



Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. 23027-1D8W1F | TYPE 1* | REG.REP. WO# | TRADE DATE 01-27-23 | SETTLEMENT DATE 01-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23027-HPO6W | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 138 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount Settlement Amount | | 137.97 137.97 |
| at | | .9998 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900319275

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7210  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

7210  00  000


#18
Redacted


**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 18, 2024**                    Page 1 of 1

Brokerage Account Number
*****7210 IRA - ROLLOVER



9900367426

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24018-OJHC3J | 1* | WO# | 01-18-24 | 01-22-24 | 59134N104 | 24018-HLLOM | | |

DESCRIPTION and DISCLOSURES

You Bought                    META MATERIALS INC COM            Principal Amount        222.51
                  3,011       ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount       222.51
      at          .0739       WE HAVE ACTED AS AGENT.
Symbol:                       PARTIAL EXECUTION
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24018-OJHC3K | 1* | WO# | 01-18-24 | 01-22-24 | 59134N104 | 24018-HLLOM | | |

DESCRIPTION and DISCLOSURES

You Bought                    META MATERIALS INC COM            Principal Amount         36.19
                  489         ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount        36.19
      at          .0740       WE HAVE ACTED AS AGENT.
Symbol:                       PARTIAL EXECUTION
MMAT

                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900367426

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****7210   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover the
trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

                                        7210   00   000



#19A
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**          Page 1 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900148863

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900148863

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

2649   00   000

#19B
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**                    Page 2 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900148863

**REMITTANCE COUPON**

#19C
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

| REFERENCE NO. 21173-1D1XZN | TYPE 1* | REG.REP. WY# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-GHO6X | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 40 | | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 324.38 |
| at | 8.1095 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 324.38 |
| Symbol: TRCH | | | | | | | | |

| REFERENCE NO. 21173-1D3RLB | TYPE 1* | REG.REP. WY# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-GKOHV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 34 | | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 276.74 |
| at | 8.1394 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 276.74 |
| Symbol: TRCH | | | | | | | | |

| REFERENCE NO. 21173-8NNR1U | TYPE 1* | REG.REP. WY# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-HGC9D | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 26 | | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 187.20 |
| at | 7.2000 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 187.20 |
| Symbol: TRCH | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900148863


# 20
Redacted

**Fidelity**
INVESTMENTS

9900156135

**Transaction Confirmation**
**Confirm Date: June 25, 2021**                    Page 1 of 1

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21176-0F6MFB | 1* | WQ# | 06-25-21 | 06-29-21 | 89102U103 | 21176-H7G2Q | | |

You Bought                 DESCRIPTION and DISCLOSURES
                           TORCHLIGHT ENERGY RESOURCES INC        Principal Amount        18.32
        4                  WE HAVE ACTED AS AGENT.                Settlement Amount       18.32
     at 4.5800
Symbol:
TRCH

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900156135

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

2649  00  000

#21A
Redacted



**Transaction Confirmation**                          Page 1 of 3
**Confirm Date: July 14, 2021**

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

9900158095



- - - - - ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE - - - - - - -    9900158095

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649 only.

| AMOUNT OF INVESTMENT | $ |
| --- | --- |

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE. SIPC

2649   00   000

# 21B
Redacted

**Transaction Confirmation**
**Confirm Date: July 14, 2021**                        Page 2 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900158095

**REMITTANCE COUPON**

# 21C
Redacted

**Transaction Confirmation**
**Confirm Date: July 14, 2021**

Page 3 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



| REFERENCE NO. 21195-1C2GCZ | TYPE 1* | REG.REP. WY# | TRADE DATE 07-14-21 | SETTLEMENT DATE 07-16-21 | CUSIP NO. 59134N104 | ORDER NO. 21195-FSRBB | | |

You Bought
    at
Symbol:
MMAT

70
3.8479

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      269.35
Settlement Amount   269.35

| REFERENCE NO. 21195-1C27GV | TYPE 1* | REG.REP. WY# | TRADE DATE 07-14-21 | SETTLEMENT DATE 07-16-21 | CUSIP NO. 59134N104 | ORDER NO. 21195-FTSKQ | | |

You Bought
    at
Symbol:
MMAT

60
3.8882

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      233.29
Settlement Amount   233.29

| REFERENCE NO. 21195-1C3KGG | TYPE 1* | REG.REP. WY# | TRADE DATE 07-14-21 | SETTLEMENT DATE 07-16-21 | CUSIP NO. 59134N104 | ORDER NO. 21195-FVB1J | | |

You Bought
    at
Symbol:
MMAT

19
3.9780

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      75.58
Settlement Amount    75.58



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900158095



#22A
Redacted

**Transaction Confirmation**
**Confirm Date: July 16, 2021**                    Page 1 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900158786

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900158786

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

2649   00   000

#22B
Redacted

**Transaction Confirmation**
Confirm Date: July 16, 2021

Page 2 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21197-0F36PG | 1* | WQ# | 07-16-21 | 07-20-21 | 59134N104 | 21197-HTW8V | | |

You Bought

      14

  at  3.6500

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    51.10
Settlement Amount    51.10

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21197-0F393S | 1* | WQ# | 07-16-21 | 07-20-21 | 59134N104 | 21197-HT3RL | | |

You Bought

      70

  at  3.6400

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    254.80
Settlement Amount    254.80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900158786

**REMITTANCE COUPON**

# 22C
Redacted

**Transaction Confirmation**
**Confirm Date: July 16, 2021**

Page 3 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900158786



#23
Redacted

**Transaction Confirmation**
**Confirm Date: July 19, 2021**

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900220643

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21200-1847LP | 1* | WQ# | 07-19-21 | 07-21-21 | 59134N104 | 21200-C390G | | |

You Bought

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | | |
|---|---|---|
| | 3 | |
| at | 3.3984 | |

Symbol:
MMAT

Principal Amount 10.20
Settlement Amount 10.20

---

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900220643

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2649   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

2649  00  000



#24A
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**                                    Page 1 of 5

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900147775

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900147775
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

2649   00   000

# 24B
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 2 of 5

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900147775

**REMITTANCE COUPON**