# 24C
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 3 of 5

Brokerage Account Number
*****2649 INDIVIDUAL - TOD





ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900147775

# 24.D
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 4 of 5

Brokerage Account Number
*****2649 INDIVIDUAL - TOD



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21201-1D2RFN | 1* | WQ# | 07-20-21 | 07-22-21 | 59134N104 | 21201-GBM5S | | |

DESCRIPTION and DISCLOSURES

You Bought    META MATERIALS INC COM      Principal Amount    6.37
      2    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    6.37
   at    3.1850    WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21201-1D8KXW | 1* | WK# | 07-20-21 | 07-22-21 | 59134N104 | 21201-GJW5B | | |

DESCRIPTION and DISCLOSURES

You Bought    META MATERIALS INC COM      Principal Amount    26.08
      8    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    26.08
   at    3.2600    WE HAVE ACTED AS AGENT.
Symbol:
MMAT



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900147775

# 24E
Redacted

**Transaction Confirmation**
**Confirm Date: July 20, 2021**

Page 5 of 5

Brokerage Account Number
*****2649 INDIVIDUAL - TOD





ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900147775

# 25
Redacted

 **Fidelity** INVESTMENTS.

**Transaction Confirmation**
**Confirm Date: August 4, 2021**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*2649 INDIVIDUAL - TOD**

9900160047

Online                          Fidelity.com
FAST(sm)-Automated Telephone     800-544-5555
Premium Services                 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21216-1CS5PN | 1* | WY# | 08-04-21 | 08-06-21 | 59134N104 | 21216-FK3PQ | | |

DESCRIPTION and DISCLOSURES

You Bought                  META MATERIALS INC COM                Principal Amount         3.16
                            ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount        3.16
        at       3.1557     WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900160047

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account \*\*\*\*\*2649  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

2649   00   000



# 26A
Redacted

**Fidelity**
*INVESTMENTS*

**Transaction Confirmation**                                          Page 1 of 3
**Confirm Date: August 19, 2021**

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900155392

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Premium Services                    800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900155392

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649    only.

| AMOUNT OF INVESTMENT | $ |
| --- | --- |

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

2649    00    000



Brokerage Account Number
*****2649 INDIVIDUAL - TOD



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21231-1DQX4Z | 1* | WK# | 08-19-21 | 08-23-21 | 59134N104 | 21231-GXKDJ | | |

You Bought

      143

at    2.9600

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       423.28
Settlement Amount    423.28

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155392

**REMITTANCE COUPON**

#26C
Redacted

**Transaction Confirmation**
**Confirm Date: August 19, 2021**

Page 3 of 3

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21231-1DSR7B | 1* | WK# | 08-19-21 | 08-23-21 | 59134N104 | 21231-GORLS | | |

You Bought

DESCRIPTION and DISCLOSURES

META MATERIALS INC COM

| | | |
|---|---|---|
| | 30 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| at | 2.9500 | WE HAVE ACTED AS AGENT. |

Principal Amount        88.50
Settlement Amount       88.50

Symbol:
MMAT



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155392

#27
Redacted

 **Fidelity**
*INVESTMENTS*

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 18, 2024**                    Page 1 of 1

Brokerage Account Number
*****2649 INDIVIDUAL - TOD

9900126218

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Premium Services                 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24018-OJHBTG | 1* | WO# | 01-18-24 | 01-22-24 | 59134N104 | 24018-HLI55 | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM
              1,028           ISIN #US59134N1046 SEDOL #BKSCVX7        Principal Amount      75.56
      at      .0735           WE HAVE ACTED AS AGENT.                  Settlement Amount     75.56
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900126218

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2649   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

2649   00   000



\# 28A
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**                              Page 1 of 3

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

9900177955

Online                                    Fidelity.com
FAST(sm)-Automated Telephone               800-544-5555
Premium Services                           800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900177955

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8010   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

8010   00   000

# 28B
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Brokerage Account Number
*****8010 INDIVIDUAL - TOD



| REFERENCE NO. 21173-OD7SNK | TYPE 1* | REG.REP. WY# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-GLM8S | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at
Symbol:
TRCH

26
8.0000

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount       208.00
Settlement Amount      208.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900177955

**REMITTANCE COUPON**

# 28C
Redacted

**Transaction Confirmation**
**Confirm Date: June 22, 2021**                    Page 3 of 3

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

| REFERENCE NO. 21173-1XN1TI | TYPE 1* | REG.REP. WY# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-HHXRL | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 5 | TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 36.00 |
| at | | 7.1990 | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 36.00 |
| Symbol: | | | | | | | | |
| TRCH | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900177955



#29A
Redacted

**Transaction Confirmation**
**Confirm Date: July 16, 2021**

Page 1 of 3

Brokerage Account Number
*****80T0 INDIVIDUAL - TOD

9900188921

Online                                                    Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Premium Services                               800-544-4442
8am - 11pm ET, Mon - Fri



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900188921

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8010 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

8010   00   000

# 29B
Redacted

Brokerage Account Number
*****8010 INDIVIDUAL - TOD



| REFERENCE NO. 21197-0F4CLW | TYPE 1* | REG.REP. WK# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HT7WL | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      23
at   3.6400
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     83.72
Settlement Amount    83.72

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900188921

**REMITTANCE COUPON**

#29C
Redacted

**Transaction Confirmation**
**Confirm Date: July 16, 2021**

Page 3 of 3

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

| REFERENCE NO. 21197-0F4DCJ | TYPE 1* | REG.REP. WQ# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HT9DL | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 7.28 |
| | 2 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 7.28 |
| at | 3.6400 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: MMAT | | | | | | | | |

| REFERENCE NO. 21197-0F4F7R | TYPE 1* | REG.REP. WK# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HVCZJ | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 80.08 |
| | 22 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 80.08 |
| at | 3.6400 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900188921



#30A
Redacted



Transaction Confirmation                                          Page 1 of 2
Confirm Date: August 19, 2021

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                800-544-4442
8am - 11pm ET, Mon - Fri

9900183933



- - - - - - - - - - - - - ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE - - - - - - - 9900183933 - - - - -



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8010  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

8010   00   000

# 30B
Redacted

**Transaction Confirmation**
**Confirm Date: August 19, 2021**

Page 2 of 2

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21231-0DP8CG | 1* | WY# | 08-19-21 | 08-23-21 | 59134N104 | 21231-GS3QL | | |

You Bought

at

Symbol:
MMAT

13

2.9684

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          38.59
Settlement Amount         38.59

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900183933

**REMITTANCE COUPON**





#31
Redacted

**Fidelity** INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 18, 2024**

Page 1 of 1

Brokerage Account Number
*****8010 INDIVIDUAL - TOD

9900149342

Online                            Fidelity.com
FAST®-Automated Telephone        800-544-5555
Premium Services                 800-544-4442
8am - 11pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24018-OJHBOS | 1* | WO# | 01-18-24 | 01-22-24 | 59134N104 | 24018-HLJZY | | |

You Bought

            125
   at    .0739

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount         9.24
Settlement Amount       9.24

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900149342

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8010    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.  Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

8010   00   000

Redacted Copy

*All 3 accounts
XXXXX 8Q1Q
XXXXX 2649
XXXXX 7Q1Q

Monthly
Brokerage
Statement

#32A



**Fidelity** INVESTMENTS | FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Envelope # BLCDZMBBBDLDZ





\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\* Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.


M0481216972021D630

\#32B



**FIDELITY PREMIUM SERVICES℠**

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | | Beginning Value | Ending Value |
|---|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | | |
| ▮ | ██████████████████ | ████ | | ████ | ███ |
| | ████████ | | | | |
| ▮ | █████████████████████ | ████ | | ████ | ███ |
| | ████████ | | | ███ | ███ |
| | | ████████ | | | |

#32C



INVESTMENT REPORT™
June 1, 2021–June 30, 2021

Portfolio Summary (continued)





*IMPORTANT: If you have any unsettled trades pending, the asset allocation presented above may be materially impacted and, depending on the size and scope of such unsettled trades, rendered unreliable. Asset allocation includes Other Holdings and Assets Held Away when applicable. Please note that, due to rounding, percentages may not add to 100%. For further details, please see "Frequently Asked Questions" at Fidelity.com/Statements.*

3 of 42

#32D



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

**Account Summary**

Account # 2649



4 of 42

#32E

**Fidelity** | FIDELITY
INVESTMENTS | PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 – June 30, 2021

Core Account and Credit Balance Cash Flow  (continued)
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

Account #  2649

## Holdings



### Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

#32F



FIDELITY
PREMIUM SERVICES℠

## Holdings

Account # ████ 2649

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |





#326



FIDELITY INVESTMENTS
FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # 2649

### Stocks (continued)



| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM (MMAT) | unavailable | 52.000 | 7.4900 | 389.48 | 806.64 | -417.16 | - |

MR_CE_BLOZ2ME69EUO2_BBBBB 20210630
$

#32H



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # 2649

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |

#32I



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # ████ 2649

Stocks (continued)



| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

Common Stock (continued)

Other

9 of 42

#32J



## Holdings

Account # 2649

*All positions held in cash account unless indicated otherwise.*

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY).** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
      *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
      **"Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

10 of 42



#32K

**Fidelity**
INVESTMENTS

FIDELITY
PREMIUM SERVICES℠

## Activity

Account # ████ 2649

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 26.000 | 7.20000 | | - | -187.20 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 34.000 | 8.13940 | | - | -276.74 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 40.000 | 8.10950 | | - | -324.38 |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 4.000 | 4.58000 | | - | -18.32 |

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|