

#32L



**_Fidelity_** | FIDELITY
INVESTMENTS | PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account #▌▌▌2649

Other Activity In

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -100.000 | - | - | - | - |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -4.000 | - | - | - | - |
| **Total Other Activity In** | | | | | | | - | **$37.65** |



\# 32M

**Fidelity** | FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # ███ 2649

Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | **META MATERIALS INC COM** R/S FROM 89102U103 #REOR M00513364800001 | 59134N104 | Reverse Split | 50.000 | - | | - | - |
| 06/29 | **META MATERIALS INC COM** R/S FROM 89102U103 #REOR M00513364800001 | 59134N104 | Reverse Split | 2.000 | - | | - | - |
| **Total Other Activity Out** | | | | | | | - | -$74.10 |

13 of 42



#32 N



**FIDELITY**
**PREMIUM SERVICES™**

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # 2649

Fees and Charges

#320

**_Fidelity_** | FIDELITY
INVESTMENTS | PREMIUM SERVICES℠

## Activity

Account #          2649

### Net Adjustments

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

f     FIFO (First-In, First-Out)

#32P



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Account Summary

Account # ████8010



Account Holdings

16 of 42

#32Q



**Core Account and Credit Balance Cash Flow**  (continued)
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

Account # ▮▮▮▮8010



17 of 42

#32R





**Fidelity** INVESTMENTS | FIDELITY PREMIUM SERVICES℠

INVESTMENT REPORT™
June 1, 2021 - June 30, 2021

## Holdings

Account # _____8010

### Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM (MMAT) | unavailable | 15.000 | 7.4900 | 112.35 | 236.13 | -123.78 | - |

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 5.000 | 7.19900 | | - | -36.00 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 26.000 | 8.00000 | | - | -208.00 |

#32S



| FIDELITY
PREMIUM SERVICES™ | | INVESTMENT REPORT
June 1, 2021 - June 30, 2021 |

## Activity

Account # ████8010

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| **Net Securities Bought & Sold** | | | | | | -$0.03 | | $0.59 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM LEU PAYOUT 89102U103 #REORLM0051336480001 | 59134N104 | In Lieu Of Frx Share | - | - | $7.87† | - | $4.09 |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -31.000 | - | - | - | - |
| **Total Other Activity In** | | | | | | | - | $4.09 |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 15.000 | - | - | | |
| **Total Other Activity Out** | | | | | | | - | |

MR_CE_BLCOZ48B85UZ_BBB8B 20210630

#32 T



| FIDELITY |
| PREMIUM SERVICES™ |

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account #████8010

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

f    *FIFO (First-In, First-Out)*

MR_CE_BLGDZN8BBEGIJZ_BBBBB 20210630

$32 U



| | FIDELITY<br>PREMIUM SERVICES℠ | INVESTMENT REPORT<br>June 1, 2021 - June 30, 2021 |

## Account Summary

Account # 7210

Account Holdings

MR_CE_BUGZOMBI000JDJZ_B6B6B 2021/06/30 S



#32Y

**Fidelity** | FIDELITY
INVESTMENTS | PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account # ██████7210

### Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*



| | This Period | Year-to-Date |
|---|---|---|



**Fidelity** INVESTMENTS | FIDELITY PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # ●●●●7210

Mutual Funds



| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|



# 32X



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # 7210

### Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |



24 of 42

#324



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # 7210

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |





**Fidelity**
INVESTMENTS

FIDELITY
PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # ████7210
A

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |





# Fidelity INVESTMENTS

FIDELITY
PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # [REDACTED]7210

Stocks (continued)

Common Stock (continued)



| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM (MMAT) | unavailable | 684.000 | 7.4900 | 5,123.16 | 6,680.25 | -1,557.09 | - |

# 32  AB



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # █████7210

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |



#32AC



# Fidelity

FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account #          7210

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |

# 32 AD



FIDELITY
PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account #                7210

### Other

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Accrued Interest (AI) Jun 30, 2021 | Cost | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

All positions held in cash account unless indicated otherwise.

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the
"Additional Information and Endnotes" section.**

Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

e     The Cost amount for this security was estimated based on the fair market value of this security when it was originally deposited into your account.  You may change this amount on
Fidelity.com if it does not agree with your records.

## Activity

### Securities Bought & Sold

MR_CE_BN202MBBBDUX_BBBBB 20210630



**Fidelity** INVESTMENTS | FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # ████7210

Securities Bought & Sold (continued)





**Fidelity** | FIDELITY
PREMIUM SERVICES℠

## Activity

Account #                 7210

Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 42.000 | 7.19000 | - | | -301.98 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 78.000 | 7.99000 | - | | -623.22 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 110.000 | 7.51730 | | | -826.90 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 2.000 | 5.30000 | - | | -10.60 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 74.000 | 5.31990 | - | | -393.67 |



**Fidelity** | FIDELITY
PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # ____7210

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 200.000 | 4.61000 | | - | -922.00 |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 300.000 | 4.60000 | | - | -1,380.00 |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 293.000 | 5.28410 | | - | -1,548.24 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

33 of 42



**Fidelity** | FIDELITY
INVESTMENTS | PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account #                7210



Other Activity In

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M005133648000 | 89102U103 | Reverse Split | -576.000 | - | - | - | - |
| 06/29 | META MATERIALS INC COM LIEU PAYOUT 89102U103 #REORLM005133648000001 | 59134N104 | In Lieu Of Frx Share | - | - | 4.86 | | 4.09 |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M005133648000 | 89102U103 | Reverse Split | -793.000 | - | - | - | - |
| Total Other Activity In | | | | | | - | | $29.03 |

MR_CE_BUCDZ2MBBBDLDZ_BBBBB 20210630

34 of 42

#32AI



**Fidelity** | FIDELITY PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account #          7210

Other Activity Out

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M005133648000I | 59134N104 | Reverse Split | 288.000 | - | | - | |
| 06/29 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M005133648000I | 59134N104 | Reverse Split | 396.000 | - | | - | |
| **Total Other Activity Out** | | | | | | | - | **-$49.88** |

35 of 42

#32AJ



FIDELITY
PREMIUM SERVICES℠

## Activity

Account #          7210

Contributions





## Activity

Account #                7210

**Core Fund Activity** (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

Settlement Account

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

#32AL

**Fidelity** INVESTMENTS | FIDELITY
PREMIUM SERVICES™

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

### Estimated Cash Flow (Rolling as of June 30, 2021)

Account # 7210

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

– not available

MR_CE_BLGIZMEBBDUXZ_BBB8B 20210630

#32 AN

**Fidelity**
INVESTMENTS

FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account #                    7210

## Additional Information and Endnotes

▶  We've updated the Fidelity Customer Agreement to provide information and disclosures about the risks of trading in the extended hours (outside of the standard market hours, generally 9:30 a.m. to 4:00 p.m. ET). The risks, which may be greater than the risks you take when you trade during standard market hours, are summarized below. You should review and understand these risks prior to engaging in extended-hours trading.

Extended-hours trading disclosures: 1) Liquidity, volatility, and price spreads. Prices are based on the supply and demand created by other sellers and buyers. Because there are generally less participants trading during the extended-hours sessions, there may be wider price spreads, reduced liquidity, and higher volatility. These conditions may prevent your orders from being executed, in whole or in part, or you may receive a less favorable price than you might receive during standard market hours. The prices of investments traded in extended-hours trading may not reflect the prices at the end of regular trading hours, or at opening the next morning. 2) Communication delays. If there is a high volume of orders, increased number of communications being sent, or other computer system problems, you may experience delays or failures in communication that cause delays in or prevent access to current information about the investments you're considering, or in executing your order.

3) Time and price priority of orders. Orders in the extended-hours sessions are generally handled in a price/time priority manner. Orders are first prioritized according to price, with orders at the same price ranked based on the time the order was submitted. There is no trade through protection during the extended-hours sessions, so price/time priority is set by each market center, not across market centers. This may prevent your order from being executed, in whole or in part, or prevent you from receiving as favorable a price as you might receive during standard market hours. If you change your order, your change is treated as a cancellation and replacement, which may cause it to lose its time priority.

4) Access to other markets and market information. Not all market centers are connected in extended-hours trading sessions, and not all market centers offer extended-hours trading during the same time periods. This means there may be greater liquidity or a more favorable price for a particular security in another market center. Access to quotes and trading information in other market centers may be limited during extended-hours sessions. Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. Keep in mind that news stories and related announcements, coupled with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

5) Trading options securities. Risk of Lack of Calculation or Dissemination of Underlying Index Value or Intraday Indicative Value ("IIV") and Lack of Regular Trading in Securities Underlying Indexes. For certain products, an updated underlying index, portfolio value, or IIV will not be calculated or publicly disseminated during extended trading hours. Since the underlying index or portfolio value and IIV are not calculated or widely circulated during extended trading hours, an investor who is unable to calculate implied values for certain products during extended trading hours may be at a disadvantage to market professionals. Additionally, securities underlying the indexes or portfolios will not be regularly trading as they are during regular trading hours, or may not be trading at all. This may cause prices during extended trading hours to not reflect the prices of those securities when they open for trading.

▶  We've updated the Fidelity Customer Agreement to provide information about the risks of trading penny stocks. Low priced securities, or penny stocks, generally trade for less than $5 per share and have a relatively small market capitalization. Before engaging in penny stock trading, you should carefully review and consider the following risks, which can be exacerbated in periods of market volatility:

1) Lack of public information. Reliable, publicly available information about the penny stock you're considering may not be available or as accessible as information

39 of 42

#-32AN



**Fidelity**
INVESTMENTS

FIDELITY
PREMIUM SERVICES℠

## Additional Information and Endnotes

Account # ▇▇▇7210

about securities that trade on major exchanges. This can include information about the management, operations, financials, and other aspects of a company. As a result, it is less likely that quote prices will be based on full and accurate information about the company. 2) No minimum listing standards. Companies that trade on major exchanges like the New York Stock Exchange or Nasdaq must meet minimum standards for the amount of net assets they have and the numbers of shareholders invested in their companies. In contrast, companies that trade as penny stocks in the OTC market may be subject to reduced or no minimum listing standards.

3) Liquidity risk. Demand may not be constant for penny stocks, which means you may not be able to sell when you want to. You should carefully consider that you may have difficulty selling the stock, and that this could impact the sale price. 4) High volatility. Penny stocks are susceptible to and can experience large price swings in a short amount of time. These swings may be exacerbated during periods of overall market volatility. 5) Fraud. Since reliable, publicly available information on penny stock is often limited and there is generally less liquidity and trading volume, these stocks can be a target for price or volume manipulation and other fraudulent activity.

▶ We've updated the Fidelity Customer Agreement to include information about the risks of trading foreign stocks and currencies. Trading in foreign securities, including direct investments in foreign markets, involves various investment risks, including foreign exchange risk (the possibility that foreign currency will fluctuate in value against the U.S. dollar); increased volatility as compared to U.S. markets; political, economic, and social events that may influence foreign markets or affect the prices of foreign securities; lack of liquidity (foreign markets may have lower trading volumes and fewer listed companies, shorter trading hours, and restrictions on the types of securities that foreign investors may buy and sell); and less access to information about foreign companies. Trading in foreign securities also may be subject to various credit, settlement, operational, financial, and legal risks. Emerging markets, in particular, can be subject to greater social, economic, regulatory, and political uncertainties, and can be extremely volatile.

Before trading in foreign currencies, you should carefully review the unique risks, which are including but not limited to the fact that currency trading is speculative and volatile, and the risk of loss in trading foreign currency can be substantial. You could suffer currency losses from unfavorable exchange movements; it can be difficult or impossible to liquidate foreign currencies in certain market conditions; there could be wide spreads in quotes for foreign currencies, especially when there are high levels of volatility; and any foreign currency balances may or may not earn interest. Fidelity acts as agent rather than principal in foreign currency transactions and will impose a commission or markup to the price received from the interbank market, which could result in a price that's less favorable to you.

▶ Please review our Customer Relationship Summary (CRS) disclosure outlining our responsibility and commitment to you. This document explains the relationships and services our firm offers to retail investors, including fees and costs, conflicts of interest, and standards of conduct.

If you are receiving your statement by U.S. mail, this disclosure is included with your statement. If you are receiving your statement electronically, the link to this document is included in the email that we send when your new statement is available online.

You can also view this disclosure online at: Fidelity.com/fbs-fpwa-crs.

▶ NOTIFICATION OF YOUR TAX WITHHOLDING OPTIONS IN REGARD TO DISTRIBUTIONS FROM YOUR IRA. Federal Income Tax Withholding - IRS regulations require us to withhold federal income tax at a rate of 10% from your total IRA distribution (excluding Roth IRA distributions) unless you elect not to have federal income tax withholding apply (provided you have supplied Fidelity with a U.S. address) or you elect to increase the rate of withholding. Federal income tax will not be withheld from distributions from a Roth IRA unless you elect to have such tax withheld or are otherwise subject to withholding because you are a non-resident alien. If taken

40 of 42

MR_CE_BLGZXNRBBHOUIZ_BBBBB 20210630    S

#32 AO

**Fidelity** INVESTMENTS | FIDELITY

PREMIUM SERVICES℠

## Additional Information and Endnotes

Account #            7210

under a periodic distribution plan, your election will remain in effect on checkwriting or periodic distributions taken from your IRA until revoked by you. You can change your withholding elections for future distributions at any time by contacting Fidelity.

State Income Tax Withholding - If federal income tax withholding is applied to your distribution, state income tax may also apply. Your state of residence will determine your state income tax withholding requirements, if any. Please refer to the lists below. Your state of residence is determined by the legal address of record on your IRA. For residents of AR, IA, KS, MA, ME, OK and VT, if federal income tax withholding is applied to your distribution, state income tax will also apply. For residents of CA, DE, NC or OR, if federal income tax withholding is applied to your distribution, state income tax will also apply unless you elect not to have state income tax withheld.

For residents of DC, if you take a distribution of your entire account balance and do not directly roll that amount over to another eligible retirement account, DC requires that a minimum amount be withheld from the taxable portion of the distribution, whether or not federal income tax is withheld. For residents of CT or MI, state income tax applies regardless of whether or not federal income tax withholding is applied to your distribution. Please reference the CT or MI W-4P Form for information and to calculate the amount to withhold from your distribution. Tax withholding is not required if you meet certain CT or MI requirements governing pension and retirement benefits. For residents of MS, state income tax withholding will apply regardless of whether or not federal income tax withholding is applied to your distribution, unless you elect not to have state income tax withheld.

For residents of SC, you must provide a valid Social Security number; individual tax identification number; or tax identification number for a nonresident alien. If not SC requires that 7% tax be withheld from the distribution. For residents of AK, FL, HI, NH, SD, TN, TX, WA or WY, state income tax withholding is not available on IRA distributions. For residents of all other states, you are not subject to mandatory state income tax withholding; however you may elect voluntary state income tax withholding in a percentage. If you elect to have state income taxes withheld an your state provides a minimum amount or percentage for withholding, you must elect a percentage that is not less than your state's minimum withholding requirements. If the percentage you elect for withholding is less than your state's minimum withholding requirements, your state's minimum amount or percentage will be withheld.

Whether or not you elect to have federal and/or state income tax withheld from your distribution(s), you are responsible for the full payment of federal income tax, any state or local taxes, and any penalties which may apply. You may be responsible for estimated tax payments and could incur penalties if your estimated tax payments are not sufficient. Please contact Fidelity for more information, or contact your state taxing authority for assistance. THE INFORMATION PROVIDED ABOVE IS GENERAL IN NATURE AND SHOULD NOT BE CONSIDERED LEGAL OR TAX ADVICE.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** – EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

#32AP

## Fidelity

### Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
Lost or Stolen Cards For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
Additional Investments with Fidelity Make checks payable to Fidelity Investments, include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments,P.O. Box 770001, Cincinnati, OH 45277-0003.
Income Summary Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum tax and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
Cost Basis, Gain/Loss, and Holding Period Information NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
Cost Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.
Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
Material Changes Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
Mutual Funds and Performance  Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.
Sales Loads & Fees Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of the purchase.

### Additional Information About Your Brokerage Account, If Applicable

Free credit balances (FCB) are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rate 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. Assets Separate from Your Brokerage Account Only Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. Equity Dividend Reinvestment Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). Price Information/Total Market Value The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, are based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) in your statement are based on evaluated estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.
Short Account Balances If your account has a margin agreement, you may be able to purchase securities on credit ("margin") if your FCB does not contribute to your margin and maintenance requirements. Short Account Balances If Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. Information About Your Option Transactions Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request.

Executing Orders on the Floor of the NYSE The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
SIPC Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
Fidelity Investments Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
FPWA Services Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
Ratings Information from Standard & Poors ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
Miscellaneous Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depository institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.45.0

All 3 accounts :
XXXXX 8010
XXXXX 2649
XXXXX 7210

Monthly
Brokerage
Statement

33A



**Fidelity** INVESTMENTS



**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.


M0481216973 0240131

33B



**Fidelity** INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Portfolio Summary

Accounts Included in This Report

33C



**Fidelity** INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Portfolio Summary (continued)

Income Summary                                    Asset Allocation



MR_CE_BPWYSH886

3 of 28

33D



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

### Account Summary

Account # 2649



MR. G

33E



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account #          2649



## Holdings

Core Account





33F

## Holdings

Account # ████ 2649

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 15.000 | 3.8200 | 57.30 | 2,225.72 | -2,168.42 | - |



6 of 28

33 G



**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

## Holdings

Account #              2649

Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |

7 of 28