33H



**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

## Holdings

Account # 2649

| | | | |
|---|---|---|---|
| **Total Holdings** | $3,927.43 | $15,051.66 | -$10,855.15 | $20.45 |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/22 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,028.000 | $0.07350 | | - | -$75.56 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement | | Symbol/ | | | | | | |



# Fidelity

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account # 2649

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO 59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -1,500.000 | - | - | - | - |
| **Total Other Activity In** | | | | | | | **-** | **-** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 15.000 | - | - | - | - |
| **Total Other Activity Out** | | | | | | | **-** | **-** |

### Fees and Charges

9 of 28



33J



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account # 2649

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

f    FIFO (First-In, First-Out)

33K



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

**Account Summary**

Account # 8010



33L



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 8010

### Core Account

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

### Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 2.000 | 3.8200 | 7.64 | 432.52 | -424.88 | - |



33M



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 8010

*All positions held in cash account unless indicated otherwise.*

**EAI & EY** — *Estimated Annual Income (EAI) & Estimated Yield (EY)* - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 125.000 | $0.07390 | - | -$9.24 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*



33N



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account # 8010

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO 59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -200.000 | - | - | - |
| **Total Other Activity In** | | | | | | **-** | **-** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 2.000 | - | - | - |
| **Total Other Activity Out** | | | | | | **-** | **-** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

330



**Fidelity** INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

**Account Summary**  Account # 7210

33P



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # 7210

Contributions and Distributions (continued)

| | This Period | Year-to-Date |
|---|---|---|
| Reportable dist. | - | - |

## Holdings



16 of 28

33Q



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

Common Stock (continued)

33R



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

**Stocks** (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

**Common Stock** (continued)

18 of 28

33S

**Fidelity**

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 60.000 | 3.8200 | 229.20 | 11,525.00 | -11,295.80 | - - |

Case 24-50792-hlb    Doc 1482-4    Entered 12/30/24 16:44:04    Page 13 of 20

33T



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

**Stocks** (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

**Common Stock** (continued)

20 of 28

33U



**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

**Common Stock** (continued)

### Other

| | Beginning | | Price | Ending Market Value | | Unrealized | |
|---|---|---|---|---|---|---|---|

*All positions held in cash account unless indicated otherwise.*





INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 7210

EAI   *Estimated Annual Income (EAI) & Estimated Yield (EY)*- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY  positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
      and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the
      "Additional Information and Endnotes" section.**

Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 489.000 | $0.07400 | | - | -$36.19 |
| 01/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3,011.000 | 0.07390 | | - | -222.51 |

### Dividends, Interest & Other Income
(Includes dividend reinvestment)






INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Account # ███████7210

## Activity

### Other Activity In

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO 59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -6,000.000 | - | - | - | - |
| **Total Other Activity In** | | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 60.000 | - | - | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

### Fees and Charges



33X



**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

Account # 7210

## Activity

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*





**Fidelity INVESTMENTS**

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Estimated Cash Flow (Rolling as of January 31, 2024)

Account # ▮▮▮▮▮▮▮7210



This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.  **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

– *not available*

33Z

# Fidelity

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Additional Information and Endnotes

Account # 7210

▶ Electronic Funds Transfer Notice: The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

Error Resolution: In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing within 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

Contact Information: You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666. 707063.2.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.

33AA



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Additional Information and Endnotes

Account # 7210

Copyright 2022, S&P Global Market Intelligence. Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

Moody's© Copyright 2022, Moody's Investors Service, Inc. ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .