NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ATTA ANZOUA
   6354 SHANNON PKWY 7E
   UNION CITY, GA, 30291

   Telephone Number: 470-962-1814

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 30 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**5IX35138**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Atta Anzoua / Webull Financial LLC.
   44 Wall Street 2nd Floor, NY, NY 10005
   Telephone Number: (888) 828-0618

3. **Date Equity Interest was acquired:**
   Between 11-17-2022 - 07-01-2024
   See attached documentation.

4. **Total amount of member interest:** 7994 for $ 13,161.06

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Atta Anzoua
Title: Individual
Company:___ Address and telephone number (if different from notice address above): _____

(Signature)   12/23/2024 (Date)

Telephone number: 470-962-1814   email: attaanzoua@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

02/09/2023

(continued)

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)
**Box 6:** Gross (unless indicated as Net in Additional Notes Column)
**Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | |
| 2022-11-17 | 3284.000000 | 5,976.31 | Various | 3,564.36 | 0.00 | 2,411.95 | |
| 2022-11-21 | 2901.000000 | 6,352.66 | 2022-11-21 | 6,034.08 | 0.00 | 318.58 | |
| 2022-12-21 | 1689.000000 | 2,060.31 | 2022-12-02 | 3,106.92 | 448.64 D | -1,046.61 | |
| Security Totals: | | 14,389.28 | | 12,705.36 | | 1,683.92 | |
| Totals: | | 27,237.24 | | 26,868.32 | | 368.92 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

*January 1, 2024 - January 31, 2024*

PAGE 2 OF 8

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

# I N D I V I D U A L   A C C O U N T

ACCOUNT NUMBER    5IX-35138-14 RR WEA

ATTA ANZOUA

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMAT | M | 117 | $3.82 | $446.94 | | N/A | | 96.569% |
| **Total Equities** | | | | | $446.94 | | | | 96.569% |
| **Total Cash (Net Portfolio Balance)** | | | | | $15.88 | | | | 3.431% |
| **TOTAL PRICED PORTFOLIO** | | | | | $462.82 | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 01/26/24 | M | META MATLS INC COM NEW REVERSE SPLIT @ 1:100 FROM 59134N104 TO 59134N302 RESULT OF REVERSE SPLIT CUSIP: 59134N302 | 117 | | | |
| REV SPLIT | 01/26/24 | M | META MATLS INC COMMON STOCK REVERSE SPLIT @ 1:100 FROM 59134N104 TO 59134N302 CUSIP: 59134N104 | -11,624 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

# SECURITIES TRADING ACTIVITY

## Equities & Options

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT - 59134N302 META MATERIALS INC | 07/01/2024 | 07/02/2024 | B | 3.00 | 3.04 | -9.12 | 0.00 | 0.00 | -9.12 | |



## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N302 | 120 | 1 | 2.32 | 278.40 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividends section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.