NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials, INC** | Case Number: 24-50792 |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Allan S. Billehus*
*3585 Raymond Dr.*
*Danville Ga 30340*

Telephone Number: *404 735 6900*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS

DEC 30 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: **Schwab 4904-3908** | Check here if this claim: ☐ replaces a previously filed Proof of Interestdated: _____ ☐ amends a previously filed Proof of Interestdated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Allan S. Billehus — *Schwab*
1105 Hammond Dr, Sandy Springs, GA 30328
Telephone Number: 800-435-4000

**3.** Date Equity Interest was acquired: Between 1/1/2020 to *present See Attached*

**4.** Total amount of member interest: *Present 62 shares 35 options See attached*

**5.** Certificate number(s): see attached documentation

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe thatinterest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor. ☑ I am the creditor's authorized agent. (Attach copy of power of attorney, ifany.) ☐ I am the trustee, or thedebtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Allan S. Billehus
Title: _____
Company: ___ Address and telephone number (if different from notice addressabove): _____
_____

(Signature)                                    (Date) *12·14·24*

Telephone number: 404 735 6900          email: allan3starr@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Allan S. Billehus Proof of interest for MMAT

**December 14, 2024**

**U.S. Bankruptcy Court**

**Foley Federal Building & US Courthouse**

**Attn: clerk of the court**

**300 Las Vegas Blvd. South**

**Las Vegas, Nevada 89101**

**RE: Proof of Interest Form Case Number 24-50792**

**To Clerk of the Court,**

**My name is Allan S. Billehus, and I hear by submit this for PROOF OF INTEREST FORM, and attached information to show Proof of Interest, in the matter of Meta Materials, inc., case 24-50792. Per instructions by The Honorable Hillary L. Bames, United States Bankruptcy Judge**

**Thank you for your Consideration in this matter.**

**Allan S. Billehus**

**3585 Raymond Dr Doraville, Ga 30340**

**404 735 6900**

Allan S. Billehus Proof of interest for MMAT

1

**Billehus, Allan s.**

3585 Raymond Dr Doraville, GA 30340

**Proof of Ownership/Interest for VB 3001  UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**MMAT owner ship history**

Start with TRCH pre-merger with MMAT



MMAT ownership history   includes stock and options

Allan S. Billehus Proof of interest for MMAT



**Statement for Account # 865-711790**
06/01/21 - 06/30/21

### Account positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| IDEANOMICS INC COM | IDEX | 160 | 2.84 | 454.40 | 07/05/21 | 408.00 | 2.55 | 46.40 | - | - |
| IIOT OXYS INC COM | ITOX | 41,900 | 0.012 | 502.80 | 07/09/21 | 1,107.79 | 0.03 | (604.99) | - | - |
| ILUSTRATO PICTURES INTL INC COM | ILUS | 1,700 | 0.0686 | 116.45 | 03/22/21 | 245.75 | 0.14 | (129.30) | - | - |
| IMPERIAL RESOURCES INC COM | IPRC | 35,700 | 0.0159 | 567.63 | 02/26/21 | 446.06 | 0.01 | 121.57 | - | - |
| INNERSCOPE HEARING TECH INC COM | INND | 42,700 | 0.0159 | 678.93 | 04/29/21 | 1,239.23 | 0.03 | (560.30) | - | - |
| INTERNATIONAL LITHIUM CORP COM | ILHUF | 10,500 | 0.0477 | 500.76 | 03/08/21 | 776.70 | 0.07 | (225.45) | - | - |
| LIFE CLIPS INC COM | LCLP | 500,700 | 0.0046 | 2,303.22 | 04/13/21 | 4,520.55 | 0.01 | (2,217.33) | - | - |
| MANGANESE X ENERGY CORP COM | MNXXF | 1,400 | 0.2873 | 402.22 | 03/24/21 | 522.15 | 0.37 | (119.93) | - | - |
| META MATERIALS INC COM | MMAT | 100 | 3.49 | 349.00 | 02/26/21 | 430.00 | 4.30 | 319.00 | - | - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM | MMAT | 100 | 3.50 | 350.00 | 02/26/21 | 430.00 | 4.30 | (80.00) | - | |
| META MATERIALS INC COM | 59134N203 | 200 | NA | NA | | | | | - | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM | MMAT | 100 | 3.50 | 350.00 | 02/26/21 | 430.00 | 4.30 | (80.00) | - | |
| META MATERIALS INC COM | 59134N203 | 200 | NA | NA | | | | - | - | - |

## Transaction History

Updated 10:22:58 AM ET (2/09/2024    Refresh    Help    Export    Print

**Date range**: All

**Symbol (Tip): mmat    Include Options    Search

Filter by Transaction T    **MMATQ**    Meta Materials Inc.

**Transactions found from 12/09/2020 to 12/09/2024**
Black on white text displayed on...

| Date | Action | Symbol/ Entry Desc | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 62 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT | -6,150 | | | |
| 11/06/2023 | Journaled Shares | MMAT 01/17/2025 0.50 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 17 2025 0.5 Call) | -35 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 6,150 | | | |
| 11/06/2023 | Internal Transfer | MMAT 01/17/2025 0.50 C CALL META MATLS INC $0.5 EXP 01/17/25 | 35 | | | |
| 08/04/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ... 870 (MMAT) @0.2400 | 870 | $0.24 | | -$208.60 |
| 07/05/2023 | Buy to Open Trade Details | MMAT 01/17/2025 0.50 C TDA TRAN - Bought to Open 3 (MMAT Jan 17 2025 0.5 Call) @0.0800 | 3 | $0.08 | $1.98 | -$25.98 |
| 06/28/2023 | Buy to Open Trade Details | MMAT 01/17/2025 0.50 C TDA TRAN - Bought to Open 12 (MMAT Jan 17 2025 0.5 Call) @0.0800 | 12 | $0.08 | $7.92 | -$103.92 |
| 06/26/2023 | Buy to Open Trade Details | MMAT 01/17/2025 0.50 C TDA TRAN - Bought to Open 6 (MMAT Jan 17 2025 0.5 Call) @0.0800 | 6 | $0.08 | $3.96 | -$51.96 |

**3 | Page**

Allan S. Billehus Proof of interest for MMAT

| Date | Action | Symbol/Description | Shares | Price | Fees & Comm | Amount |
|------|--------|--------------------|--------|-------|-------------|--------|
| 06/26/2023 | Buy to Open<br>Trade Details | MMAT 01/17/2025 0.50 C<br>TDA TRAN - Bought to Open 6 (MMAT Jan 17 2025 0.5 Calls @0.0900 | 6 | $0.08 | $3.96 | -$51.96 |
| 06/26/2023 | Buy to Open<br>Trade Details | MMAT 01/17/2025 0.50 C<br>TDA TRAN - Bought to Open 7 (MMAT Jan 17 2025 0.5 Calls @0.0900 | 7 | $0.09 | $4.62 | -$67.62 |
| 05/08/2023 | Buy to Open<br>Trade Details | MMAT 01/17/2025 0.50 C<br>TDA TRAN - Bought to Open 7 (MMAT Jan 17 2025 0.5 Calls @0.0900 | 7 | $0.09 | $4.62 | -$67.62 |
| 05/02/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 2400 (MMAT) @0.1853 | 2,400 | $0.1853 | | -$444.72 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought   450 (MMAT) @0.2267 | 450 | $0.2267 | | -$102.02 |
| 04/06/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...320 (MMAT) @0.4167 | 320 | $0.4167 | | -$133.34 |
| 04/06/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ... 200 (MMATS @0.408 | 200 | $0.408 | | -$51.60 |
| 04/05/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ... 350 (MMAT) @0.4090 | 350 | $0.403 | | -$141.05 |
| 04/05/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ... 330 (MMAT) @0.4090 | 330 | $0.403 | | -$132.99 |
| 04/03/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought   630 (MMAT) @0.5069 | 630 | $0.5069 | | -$319.35 |
| 12/01/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ... 900 (MMAT) @1.8800 | 900 | $1.88 | | -$188.00 |
| 12/01/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ... 300 (MMAT) @1.8986 | 300 | $1.8986 | | -$569.59 |
| 11/30/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @1.8400 | 100 | $1.84 | | -$184.00 |
| 06/26/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 100 | | | |

Page Total -$2,822.55