NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | **PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Koffi Kra
6354 Shannon Pkwy 7E
Union City, GA, 30291

Telephone Number: 470-962-2288

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED DLS
DEC 30 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 5KX28307

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Koffi Kra
WEBULL FINANCIAL LLC 44 Wall Street, 2nd Floor, NY, NY 10005
**Telephone Number:** (888) 828-0618

3. **Date Equity Interest was acquired:**
Between 02-12-2021 - 12-07-2023
See attached documentation

4. **Total amount of member interest:** 994,533 Shares for $ 4,397,908.83

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Koffi Kra
Title: Individual
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12-26-2024

Telephone number: 470-962-2288 email: koffi.a.kra@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

APEX CLEARING | **Proceeds from Broker and Barter Exchange Transactions** (continued) | 2021 Form 1099-B* | OMB No. 1545-0715

5KX28307 | 01/31/2022

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**Description of property | CUSIP | Symbol(Box 1a)**

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| ***SOS LTD | AMERICAN DPSTRY SHRS ECH RPRSNTNG TEN CL A SHARES \| CUSIP: 83587W106 \| Symbol(Box 1a): SOS | | | | | | | |
| 03/05/2021 | 27.00 | 167.38 | 03/04/2021 | 191.16 | 0.00 | | -23.78 | Sale |
| **Security Totals:** | | **8,891.53** | | **8,765.91** | | | **125.62** | |
| META MATLS INC | COMMON STOCK \| CUSIP: 59134N104 \| Symbol(Box 1a): MMAT | | | | | | | |
| 07/01/2021 | 975.00 | 7,107.59 | Various | 15,758.80 | 8651.21 | D | 0.00 | Sale |
| 07/01/2021 | 1,578.00 | 11,676.95 | 06/22/2021 | 25,534.06 | 13857.11 | D | 0.00 | Sale |
| 07/01/2021 | 5,204.00 | 37,389.61 | Various | 93,571.90 | 56182.29 | D | 0.00 | Sale |
| 07/01/2021 | 5,225.00 | 37,767.08 | Various | 105,137.39 | 67370.31 | D | 0.00 | Sale |
| 07/01/2021 | 5,275.00 | 37,873.67 | Various | 99,830.76 | 61957.09 | D | 0.00 | Sale |
| 07/01/2021 | 5,229.00 | 37,700.79 | Various | 91,897.32 | 54196.53 | D | 0.00 | Sale |
| 07/01/2021 | 5,306.00 | 38,732.97 | Various | 93,835.87 | 55102.90 | D | 0.00 | Sale |
| 07/09/2021 | 10,701.00 | 55,643.64 | Various | 184,997.95 | 129354.31 | D | 0.00 | Sale |
| 07/09/2021 | 3,950.00 | 20,226.19 | Various | 86,985.74 | 66759.55 | D | 0.00 | Sale |
| 07/12/2021 | 2,541.00 | 11,840.69 | Various | 43,584.73 | 31744.04 | D | 0.00 | Sale |
| 07/15/2021 | 2,724.00 | 11,169.52 | Various | 47,133.62 | 22775.79 | D | -13,188.31 | Sale |
| 07/19/2021 | 938.00 | 3,301.63 | Various | 23,228.05 | 0.00 | | -19,926.42 | Sale |
| 07/19/2021 | 1,862.00 | 6,293.30 | Various | 23,812.71 | 0.00 | | -17,519.41 | Sale |
| 07/21/2021 | 2,500.00 | 9,524.65 | Various | 47,505.88 | 0.00 | | -37,981.23 | Sale |
| 08/25/2021 | 4,182.00 | 15,681.92 | Various | 71,815.37 | 56133.45 | D | 0.00 | Sale |
| 08/27/2021 | 4,598.00 | 16,736.08 | Various | 72,416.98 | 41593.46 | D | -14,087.44 | Sale |
| 09/07/2021 | 3,270.00 | 17,821.01 | Various | 57,783.88 | 39962.87 | D | 0.00 | Sale |
| 09/14/2021 | 10.00 | 56.60 | 09/07/2021 | 193.16 | 136.56 | D | 0.00 | Sale |
| 09/28/2021 | 10,000.00 | 64,399.48 | Various | 101,122.86 | 39521.32 | D | 2,797.94 | Sale |
| 10/04/2021 | 1,200.00 | 6,193.26 | Various | 22,528.08 | 16334.82 | D | 0.00 | Sale |
| 10/04/2021 | 2,000.00 | 10,359.90 | Various | 33,232.82 | 22872.92 | D | 0.00 | Sale |
| 10/04/2021 | 5,000.00 | 25,799.26 | Various | 66,728.96 | 40929.70 | D | 0.00 | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING

**Proceeds from Broker and Barter Exchange Transactions**
(continued)

2021 Form 1099-B*
01/31/2022

5KX28307

OMB No. 1545-0715

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS
The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

### Description of property | CUSIP | Symbol (Box 1a)

META MATLS INC    COMMON STOCK | CUSIP: 59134N104 | Symbol (Box 1a): MMAT

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 10/11/2021 | 5,000.00 | 27,924.25 | Various | 67,820.38 | 39897.26 | D | 1.13 | Sale |
| 10/12/2021 | 14,700.00 | 79,377.84 | Various | 119,030.72 | 39889.32 | D | 236.44 | Sale |
| 10/12/2021 | 15,000.00 | 78,297.81 | Various | 117,962.32 | 39976.24 | D | 111.73 | Sale |
| 10/14/2021 | 2.00 | 10.28 | 10/13/2021 | 39.90 | 29.62 | D | 0.00 | Sale |
| 10/18/2021 | 6,136.00 | 29,946.31 | Various | 70,003.72 | 0.00 | | -40,057.41 | Sale |
| **Security Totals:** | | **698,852.28** | | **1,783,493.93** | | | **-139,612.98** | |

*** [illegible] ... OFV

| 01/21/2021 | 31.00 | 287.04 | 01/20/2021 | 303.80 | 0.00 | | -16.76 | Sale |
| **Security Totals:** | | | | | | | **-381.41** | |

[Security details heavily redacted/illegible]

*This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING | **Proceeds from Broker and Barter Exchange Transactions** (continued) | 2021 Form 1099-B* | 01/31/2022 | OMB No. 1545-0715

5KX28307

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**Description of property | CUSIP | Symbol(Box 1a)**

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC | PFD SER A \| CUSIP: 59134N203 \| Symbol(Box 1a): MMTLP | | | | | | |
| 11/01/2021 | 13,500.00 | 20,687.79 | Various | 0.00 | 0.00 | 20,687.79 | Sale |
| 11/03/2021 | 1,000.00 | 1,599.87 | 06/22/2021 | 0.00 | 0.00 | 1,599.87 | Sale |
| **Security Totals:** | | **22,287.66** | | **0.00** | | **22,287.66** | |
| **[illegible] | ORDINARY SHARES \| CUSIP [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | 09/10/2021 | [illegible] | [illegible] | [illegible] | Sale |
| 09/16/2021 | 66,900.00 | [illegible] | Various | [illegible] | [illegible] D | 0.00 | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | 52,800.00 | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| 09/27/2021 | [illegible] | 23,993.92 | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | 46,473.81 | Various | 54,984.57 | [illegible] D | [illegible] | Sale |
| 09/28/2021 | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | 8,609.92 | Various | [illegible] | [illegible] D | 0.00 | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| 10/04/2021 | 42,940.00 | 15,796.72 | Various | [illegible] | [illegible] D | 0.00 | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | 3,773.82 | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | 10,492.02 | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] D | 228.76 | Sale |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Case 24-50792-hlb Doc 1485 Entered 12/31/24 11:01:50 Page 5 of 15

Apex Clearing

5KX28307

# Proceeds from Broker and Barter Exchange Transactions

(continued)

2022 Form 1099-B*

02/09/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2022-02-17 | 4717.000000 | 9,245.13 | Various | 9,329.19 | 84.09 D | -84.06 | |
| 2022-02-23 | 2274.000000 | 3,570.09 | 2022-02-16 | 4,441.25 | 871.16 D | -871.16 | |
| 2022-03-02 | 41191.000000 | 70,645.31 | Various | 72,480.14 | 3,790.47 D | -1,834.83 | |
| 2022-03-04 | 7500.000000 | 10,899.21 | 2022-03-04 | 12,828.87 | 1,610.29 D | -1,929.66 | |
| 2022-03-07 | 5000.000000 | 7,549.81 | 2022-03-04 | 8,923.91 | 0.00 | -1,374.10 | |
| 2022-05-02 | 50000.000000 | 62,493.19 | Various | 62,087.15 | 1,447.57 D | 406.04 | |
| 2022-05-04 | 18000.000000 | 21,777.54 | 2022-05-02 | 23,148.24 | 1,393.48 D | -1,370.70 | |
| 2022-05-05 | 52570.000000 | 64,653.94 | Various | 64,697.22 | 1,072.75 D | -43.28 | |
| 2022-05-06 | 100008.000000 | 120,244.29 | Various | 120,551.00 | 1,833.36 D | -306.71 | |
| 2022-05-09 | 75000.000000 | 90,056.58 | Various | 90,010.06 | 566.14 D | 46.52 | |
| 2022-05-11 | 13300.000000 | 15,696.30 | 2022-05-10 | 16,260.34 | 230.27 D | -564.04 | |
| 2022-05-17 | 90.000000 | 145.79 | 2022-05-10 | 107.09 | 0.00 | 38.70 | |
| 2022-05-19 | 3870.000000 | 6,656.69 | Various | 6,769.42 | 10.92 D | -112.73 | |
| 2022-06-17 | 351.000000 | 545.74 | Various | 527.21 | 0.30 D | 18.53 | |
| 2022-07-26 | 5600.000000 | 5,094.60 | Various | 5,768.87 | 674.27 D | -674.27 | |
| 2022-08-10 | 10000.000000 | 8,923.41 | Various | 10,734.01 | 1,810.60 D | -1,810.60 | |
| 2022-08-12 | 40000.000000 | 39,189.90 | Various | 40,462.66 | 1,762.67 D | -1,272.76 | |
| 2022-08-16 | 9913.000000 | 9,442.94 | Various | 10,914.65 | 1,472.12 D | -1,471.71 | |
| 2022-08-17 | 22800.000000 | 20,694.40 | Various | 21,936.03 | 1,090.13 D | -1,241.63 | |
| 2022-09-15 | 5130.000000 | 4,316.29 | Various | 5,243.98 | 927.69 D | -927.69 | |
| 2022-09-16 | 11244.000000 | 9,100.96 | 2022-09-16 | 9,625.30 | 578.07 D | -524.34 | |
| 2022-09-19 | 6500.000000 | 5,199.03 | Various | 5,171.24 | 42.44 D | 27.79 | |
| 2022-10-07 | 1490.000000 | 1,028.53 | Various | 1,282.13 | 253.60 D | -253.60 | |
| 2022-10-10 | 3098.000000 | 2,351.45 | 2022-10-10 | 2,847.36 | 495.91 D | -495.91 | |
| 2022-10-11 | 2052.000000 | 1,649.68 | 2022-10-11 | 1,891.51 | 241.83 D | -241.83 | |
| 2022-10-12 | 17383.000000 | 16,523.44 | Various | 18,640.20 | 2,118.26 D | -2,116.76 | |
| 2022-10-25 | 11430.000000 | 11,258.10 | Various | 12,375.41 | 1,280.84 D | -1,117.31 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing

5KX28307

# Proceeds from Broker and Barter Exchange Transactions

(continued)

2022 Form 1099-B*

02/09/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2022-10-26 | 11594.000000 | 11,480.36 | Various | 12,679.40 | 1,237.94 D | -1,199.04 | |
| 2022-10-31 | 87.000000 | 93.94 | 2022-10-28 | 114.08 | 20.14 D | -20.14 | |
| 2022-11-01 | 87.000000 | 95.68 | 2022-10-31 | 110.18 | 14.50 D | -14.50 | |
| 2022-11-03 | 550.000000 | 797.41 | Various | 826.35 | 29.58 D | -28.94 | |
| 2022-11-04 | 508.000000 | 802.85 | 2022-11-04 | 881.05 | 78.70 D | -78.20 | |
| 2022-11-09 | 518.000000 | 839.07 | Various | 850.26 | 11.45 D | -11.19 | |
| 2022-11-17 | 651.000000 | 1,178.27 | Various | 1,193.01 | 14.99 D | -14.74 | |
| 2022-11-21 | 181.000000 | 390.88 | 2022-11-21 | 398.27 | 7.39 D | -7.39 | |
| 2022-11-22 | 81.000000 | 165.22 | 2022-11-22 | 171.04 | 5.82 D | -5.82 | |
| 2022-11-25 | 11603.000000 | 22,625.40 | Various | 23,996.62 | 1,372.01 D | -1,371.22 | |
| 2022-11-29 | 1000.000000 | 1,929.82 | Various | 2,112.40 | 182.80 D | -182.58 | |
| 2022-12-01 | 11535.000000 | 21,683.80 | Various | 22,194.42 | 775.06 D | -510.62 | |
| 2022-12-05 | 11074.000000 | 20,819.41 | Various | 21,452.29 | 708.43 D | -632.88 | |
| 2022-12-27 | 1330.000000 | 1,343.09 | 2022-12-05 | 2,591.84 | 1,248.75 D | -1,248.75 | |
| **Security Totals:** | | **703,197.54** | | **728,625.65** | | **-25,428.11** | |
| [illegible] \| Symbol: NVDA | | | | | | | |
| 2022-11-21 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 2022-12-13 | [illegible] | [illegible] | 2022-12-13 | [illegible] | [illegible] | [illegible] | |
| **Security Totals:** | | [illegible] | | [illegible] | | **5.03** | |
| [illegible] ENERGY SERVICE INC COMMON STOCK \| [illegible] | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 162.92 D | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] D | [illegible] | |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] | [illegible] | |
| **Security Totals:** | | [illegible] | | [illegible] | | [illegible] | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing **Proceeds from Broker and Barter Exchange Transactions** 2022 Form 1099-B*

5KX28307 (continued) 02/09/2023 OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| VINCO VENTURES INC COMMON STOCK \| CUSIP: 927330100 \| Symbol: BBIG | | | | | | | |
| 2022-05-09 | 10000.000000 | 30,198.54 | 2022-05-09 | 29,900.00 | 0.00 | 298.54 | |
| 2022-05-26 | 10497.000000 | 24,980.92 | 2022-05-09 | 31,281.06 | 6,300.14 D | -6,300.14 | |
| 2022-06-01 | 15720.000000 | 33,110.07 | Various | 47,899.20 | [illegible] D | [illegible] | |
| [illegible] | 17604.000000 | [illegible] | Various | 56,271.49 | 0.00 | [illegible] | |
| 2022-08-19 | 2057.000000 | 2,303.51 | 2022-08-18 | 3,661.46 | [illegible] D | [illegible] | |
| 2022-09-16 | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] | |
| 2022-09-19 | [illegible] | 12,026.48 | Various | 21,312.49 | [illegible] D | [illegible] | |
| 2022-10-25 | [illegible] | 95.30 | 2022-10-24 | [illegible] | [illegible] | [illegible] | |
| **Security Totals:** | | **156,107.21** | | **214,697.86** | | **-58,590.65** | |
| MOTUS GI HOLDINGS INC COMMON STOCK \| CUSIP: 62014P405 \| Symbol: MOTS | | | | | | | |
| 2022-10-24 | 3939.000000 | 7,886.94 | 2022-10-24 | 8,071.37 | 194.00 D | [illegible] | |
| FORZA X1 INC COMMON STOCK \| CUSIP: 34988N104 \| Symbol: FRZA | | | | | | | |
| [illegible] | 4000.000000 | 38,198.60 | Various | [illegible] | [illegible] | [illegible] | |
| **GIGACLOUD TECHNOLOGY INC CLASS A ORDINARY SHARES \| CUSIP: G38644103 \| Symbol: GCT | | | | | | | |
| 2022-08-18 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] 10/28/22 220 TESLA INC \| CUSIP: *8SYYQB0 \| Symbol: TSLA--221028P00220000 | | | | | | | |
| 2022-10-28 | [illegible] | 0.00 | 2022-10-28 | [illegible] | 0.00 | [illegible] | |
| [illegible] INC COMMON STOCK \| CUSIP: 007025505 \| Symbol: [illegible] | | | | | | | |
| 2022-09-16 | [illegible] | [illegible] | [illegible] | 4,107.13 | [illegible] D | [illegible] | |
| FOXO TECHNOLOGIES INC CLASS A COMMON STOCK \| CUSIP: 351471107 \| Symbol: FOXO | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] D | [illegible] | |
| CALL MMAT 11/18/22 1.50 META MATLS INC \| CUSIP: *8LMCWQ9 \| Symbol: MMAT--221118C00001500 | | | | | | | |
| 2022-11-02 | 10.000000 | 109.59 | 2022-11-01 | 90.38 | 0.00 | 19.21 | |
| CALL MMAT 11/18/22 2 META MATLS INC \| CUSIP: *8LMDMZ9 \| Symbol: MMAT--221118C00002000 | | | | | | | |
| 2022-11-15 | 70.000000 | 1,047.15 | 2022-11-09 | 838.67 | 0.00 | 208.48 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Case 24-50792-hlb Doc 1485 Entered 12/31/24 11:01:50 Page 7 of 15

APEX CLEARING | **Proceeds from Broker and Barter Exchange Transactions** (continued) | 2021 Form 1099-B* | OMB No. 1545-0715

5KX28307 | 01/31/2022

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**Description of property | CUSIP | Symbol(Box 1a)**

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| [illegible] INC \| CUSIP: [illegible] \| Symbol(Box 1a): [illegible] | | | | | | | |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] Sale | |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] | [illegible] Sale | |
| **Security Totals:** | | [illegible] | | [illegible] | | [illegible] | |
| [illegible] HOLDINGS INC COMMON STOCK \| CUSIP: 75955K102 \| Symbol(Box 1a): MARK | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5697.18 D | 0.00 Sale | |
| [illegible] | [illegible] | [illegible] | 10/25/2021 | [illegible] | [illegible] D | [illegible] Sale | |
| [illegible] | [illegible] | [illegible] | 10/25/2021 | [illegible] | [illegible] D | [illegible] Sale | |
| [illegible] | [illegible] | [illegible] | 10/25/2021 | [illegible] | [illegible] D | [illegible] Sale | |
| [illegible] | [illegible] | 2,354.63 | 10/25/2021 | [illegible] | [illegible] D | [illegible] Sale | |
| [illegible] | [illegible] | [illegible] | Various | [illegible] | [illegible] D | [illegible] Sale | |
| **Security Totals:** | | **9,752.69** | | **41,588.40** | | **0.00** | |
| ***[illegible] HOLDINGS LTD COM \| CUSIP: [illegible] \| Symbol(Box 1a): [illegible] | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] Sale | |
| TORCHLIGHT ENERGY RESOURCES INC \| CUSIP: 89102U103 \| Symbol(Box 1a): TRCH | | | | | | | |
| 02/12/2021 | 12,435.00 | 46,007.00 | 02/12/2021 | 43,522.50 | 0.00 | 2,484.50 Sale | |
| 02/12/2021 | 14,958.00 | 43,674.61 | 02/12/2021 | 43,527.78 | 0.00 | 146.83 Sale | |
| 02/16/2021 | 13,000.00 | 50,697.32 | Various | 46,565.00 | 0.00 | 4,132.32 Sale | |
| 02/22/2021 | 200.00 | 678.16 | Various | 888.44 | 210.28 D | 0.00 Sale | |
| 02/22/2021 | 300.00 | 1,040.93 | Various | 1,457.36 | 416.43 D | 0.00 Sale | |
| 02/22/2021 | 1,003.00 | 3,291.68 | Various | 5,041.92 | 1750.24 D | 0.00 Sale | |
| 02/24/2021 | 1,000.00 | 2,719.86 | 02/16/2021 | 4,470.00 | 1750.14 D | 0.00 Sale | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING
5KX28307

## Proceeds from Broker and Barter Exchange Transactions
(continued)

2021 Form 1099-B*
01/31/2022
OMB No. 1545-0715

# SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**Description of property | CUSIP | Symbol(Box 1a)**

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCES INC \| CUSIP: 89102U103 \| Symbol(Box 1a): TRCH | | | | | | | | |
| 02/24/2021 | 2,000.00 | 5,393.99 | 02/16/2021 | 8,940.00 | 3546.01 | D | 0.00 | Sale |
| 02/24/2021 | 4,000.00 | 10,839.46 | Various | 18,368.17 | 7528.71 | D | 0.00 | Sale |
| 03/08/2021 | 1,667.00 | 3,750.53 | 02/16/2021 | 7,451.49 | 3700.96 | D | 0.00 | Sale |
| 03/09/2021 | 1,639.00 | 3,640.00 | Various | 8,756.98 | 5116.98 | D | 0.00 | Sale |
| 03/09/2021 | 3,000.00 | 6,869.60 | Various | 12,690.09 | 5820.49 | D | 0.00 | Sale |
| 03/10/2021 | 3,000.00 | 6,931.10 | Various | 13,311.43 | 6380.33 | D | 0.00 | Sale |
| 03/11/2021 | 9,000.00 | 24,118.80 | Various | 41,110.72 | 16991.92 | D | 0.00 | Sale |
| 03/12/2021 | 435.00 | 1,348.44 | 03/11/2021 | 2,093.22 | 744.78 | D | 0.00 | Sale |
| 03/18/2021 | 1,692.00 | 3,790.86 | Various | 7,643.75 | 3852.89 | D | 0.00 | Sale |
| 03/19/2021 | 1,000.00 | 2,224.86 | Various | 4,686.01 | 2461.15 | D | 0.00 | Sale |
| 03/19/2021 | 1,000.00 | 2,229.86 | Various | 5,221.01 | 2991.15 | D | 0.00 | Sale |
| 03/19/2021 | 1,000.00 | 2,242.86 | Various | 5,264.12 | 3021.26 | D | 0.00 | Sale |
| 03/19/2021 | 3,902.00 | 8,271.73 | Various | 20,377.07 | 12105.34 | D | 0.00 | Sale |
| 03/19/2021 | 3,000.00 | 6,584.60 | Various | 14,694.69 | 8110.09 | D | 0.00 | Sale |
| 03/26/2021 | 1,006.00 | 1,860.97 | Various | 6,470.44 | 4609.47 | D | 0.00 | Sale |
| 03/29/2021 | 1,000.00 | 1,839.87 | Various | 4,968.65 | 2172.14 | D | -956.64 | Sale |
| 03/29/2021 | 1,000.00 | 1,829.87 | Various | 5,007.37 | 0.00 | | -3,177.50 | Sale |
| 04/22/2021 | 8,712.00 | 14,983.52 | Various | 39,913.27 | 0.00 | | -24,929.75 | Sale |
| 06/14/2021 | 5,000.00 | 16,699.31 | Various | 15,773.90 | 0.00 | | 925.41 | Sale |
| 06/17/2021 | 18,268.00 | 99,334.70 | Various | 98,487.38 | 18.29 | D | 865.61 | Sale |
| 06/17/2021 | 22,100.00 | 114,740.38 | Various | 79,089.41 | 22.86 | D | 35,673.83 | Sale |
| 06/18/2021 | 295.00 | 1,837.90 | 06/18/2021 | 1,805.40 | 0.00 | | 32.50 | Sale |
| 06/18/2021 | 18,395.00 | 103,377.18 | Various | 99,351.29 | 0.00 | | 4,025.89 | Sale |
| 06/18/2021 | 20,000.00 | 126,196.97 | 06/18/2021 | 124,400.00 | 0.00 | | 1,796.97 | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING

5KX28307

# Proceeds from Broker and Barter Exchange Transactions
(continued)

2021 Form 1099-B*

01/31/2022

OMB No. 1545-0715

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)    Box 6: Gross (unless indicated as Net in Additional Notes Column)    Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

### TORCHLIGHT ENERGY RESOURCES INC | CUSIP: 89102U103 | Symbol(Box 1a): TRCH

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| 06/18/2021 | 20,000.00 | 128,569.62 | 06/18/2021 | 125,600.00 | 0.00 | 2,969.62 | Sale |
| 06/18/2021 | 25,169.00 | 137,670.72 | Various | 135,760.61 | 0.00 | 1,910.11 | Sale |
| 06/18/2021 | 24,374.00 | 135,759.58 | Various | 135,519.44 | 0.00 | 240.14 | Sale |
| 06/22/2021 | 1,878.00 | 15,211.50 | 06/18/2021 | 12,207.00 | 0.00 | 3,004.50 | Sale |
| 06/22/2021 | 11,863.00 | 96,562.91 | Various | 105,318.99 | 8877.92 D | 121.84 | Sale |
| 06/22/2021 | 15,000.00 | 122,997.58 | Various | 131,107.90 | 9361.51 D | 1,251.19 | Sale |
| 06/22/2021 | 20,005.00 | 160,036.80 | Various | 169,100.51 | 9363.91 D | 300.20 | Sale |
| 06/22/2021 | 30,000.00 | 242,995.19 | Various | 221,955.49 | 9465.95 D | 30,505.65 | Sale |

Security Totals:    1,758,850.82    1,827,918.80    61,323.22

### Security Totals: (redacted) | CUSIP: (redacted) | Symbol(Box 1a): FFIE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/09/2021 | 462.00 | (redacted) | Various | 10,429.95 | 1056.00 D | (redacted) | Sale |

### Security Totals: (redacted)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/31/2021 | 99.00 | (redacted) | 03/(?)/2021 | 1,350.05 | 0.00 | -98.57 | Sale |
| | | 11,916.37 | | 11,786.00 | | 235.41 | |

### LO(redacted) | CLASS A COMMON STOCK | CUSIP: (redacted) | Symbol(Box 1a): LCID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/19/2021 | 42.00 | 503.98 | 11/19/2021 | 488.04 | 0.00 | (redacted) | Sale |

### ENVISION SOLAR INT'L INC | COMMON STOCK | CUSIP: 29405(?)104 | Symbol(Box 1a): EVSI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/10/2021 | 1,177.00 | 7,414.92 | 03/10/2021 | 6,920.76 | 0.00 | 494.16 | Sale |

### SHI(redacted) INC | COMMON STOCK | CUSIP: 82450(?)103 | Symbol(Box 1a): PIXY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/2021 | 70(?) | 1(?).91 | 12/(?)/21 | 1(?).00 | 0.00 | (redacted) | Sale |

### JACK(redacted) INC | COMMON STOCK | CUSIP: 47010(?)109 | Symbol(Box 1a): JACK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/(?)/2021 | 1(?).00 | 1,(?)5 | 01/04/2021 | 1,349.7(?) | | (redacted) | Sale |

### (redacted) BIOSCIENCES INC | COMMON STOCK | CUSIP: (redacted) | Symbol(Box 1a): (redacted)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/24/2021 | 1,141.00 | 7,416.32 | 05/24/2021 | 7,(?) | | 29(?) | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing** — **Proceeds from Broker and Barter Exchange Transactions** — **2022 Form 1099-B***

5KX28307 — **(continued)** — 02/09/2023 — OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| LASER PHOTONICS CORPORATION COMMON STOCK \| CUSIP: 51807Q100 \| Symbol: LASE | | | | | | | |
| 2022-10-11 | [illegible] | 3,0[illegible].78 | 2022-10-11 | 2,[illegible] | 0.00 | [illegible] | |
| CALL TSLA 10/28/22 230 TESLA INC \| CUSIP: *8SYYQB3 \| Symbol: TSLA--221028C00230000 | | | | | | | |
| 2022-10-26 | 45.000000 | 19,322.23 | 2022-10-26 | 18,727.23 | 0.00 | [illegible] | |
| CALL TSLA 10/28/22 227.50 TESLA INC \| CUSIP: *8SZTBQ4 \| Symbol: TSLA--221028C00227500 | | | | | | | |
| 2022-10-26 | 60.000000 | 29,6[illegible] | 2022-10-26 | 26,[illegible] | [illegible] D | [illegible] | |
| CALL TSLA 10/28/22 232.50 TESLA INC \| CUSIP: *8SZTBQ6 \| Symbol: TSLA--221028C00232500 | | | | | | | |
| 2022-10-26 | [illegible] | 18,397.00 | 2022-10-26 | 17,752.45 | 0.00 | 644.55 | |
| 2022-10-27 | [illegible] | 26,927.62 | Various | 23,027.60 | 2,022.11 D | 3,900.02 | |
| 2022-10-28 | 1[illegible].000000 | 1,3[illegible].95 | 2022-10-27 | 21,[illegible].88 | 0.00 | -20,315.93 | |
| **Security Totals:** | | **[illegible]722.57** | | **6[illegible],493.93** | | **[illegible]36** | |
| PUT NVDA 12/02/22 147 NVIDIA CORPORATION \| CUSIP: *8544266 \| Symbol: NVDA--221202P00147000 | | | | | | | |
| 2022-12-02 | 600.000000 | 0.00 | Various | 4,810.89 | 0.00 | -4,810.89 | |
| CALL MMAT 12/16/22 3.50 META MATLS INC \| CUSIP: *8C37573 \| Symbol: MMAT--221216C00003500 | | | | | | | |
| 2022-12-12 | 1500.000000 | 1,439.45 | Various | 7,357.23 | 0.00 | -5,917.78 | |
| CALL NVDA 12/16/22 182.50 NVIDIA CORPORATION \| CUSIP: *8GQDHF3 \| Symbol: NVDA--221216C00182500 | | | | | | | |
| 2022-12-14 | 2.000000 | 849.89 | 2022-12-13 | 544.08 | 0.00 | 305.81 | |
| PUT NVDA 12/16/22 167.50 NVIDIA CORPORATION \| CUSIP: *8GQDGY6 \| Symbol: NVDA--221216P00167500 | | | | | | | |
| 2022-12-15 | 5.000000 | 1,034.77 | 2022-12-15 | 815.19 | 0.00 | 219.58 | |
| CALL TSLA 12/30/22 115 TESLA INC \| CUSIP: *8UBGLT3 \| Symbol: TSLA--221230C00115000 | | | | | | | |
| 2022-12-28 | 3.000000 | 1,424.84 | 2022-12-27 | 1,020.11 | 0.00 | 404.73 | |
| PUT TSLA 01/06/23 117 TESLA INC \| CUSIP: *8SGJBJ6 \| Symbol: TSLA--230106P00117000 | | | | | | | |
| 2022-12-29 | 2.000000 | 1,219.88 | 2022-12-29 | 1,080.08 | 0.00 | 139.80 | |
| PUT TSLA 12/30/22 111 TESLA INC \| CUSIP: *8SGHZZ4 \| Symbol: TSLA--221230P00111000 | | | | | | | |
| 2022-12-28 | 3.000000 | 1,1[illegible].83 | 2022-12-28 | 975.11 | 0.00 | 181.72 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing
5KX28307
Page 4 of 15
2023 Form 1099-B*
2024-02-10
OMB No. 1545-0715

# Proceeds from Broker and Barter Exchange Transactions
### (continued)

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)
**Box 6:** Gross (unless indicated as Net in Additional Notes Column)
**Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | |
|---|---|---|---|---|---|---|
| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | | Gain or Loss (-) Additional Notes |

| Date Sold | Quantity | Proceeds | Date Acquired | Cost Basis | Wash/AMD | Gain/Loss |
|---|---|---|---|---|---|---|
| ARM — [redacted] | | | | | | |
| 2023-09-21 | 35.0 | [redacted] | 2023-09-20 | 351.76 | 0.00 | 174.62 |
| TSLA — [redacted] | | | | | | |
| 2023-08-02 | 10.0 | 995.47 | Various | 3,226.50 | 0.00 | -2,231.03 |
| AMD 12/15/23 [redacted] | | | | | | |
| 2023-12-07 | 1.0 | 351.94 | 2023-12-07 | 355.04 | 0.00 | [redacted] |
| TSLA [redacted] | | | | | | |
| 2023-07-06 | 100.0 | 184.82 | Various | 6,554.92 | 0.00 | -6,370.10 |
| SPY [redacted] | | | | | | |
| 2023-07-28 | 28.0 | 950.55 | Various | 1,224.40 | 0.00 | -273.85 |
| CVNA 10/20/23 [redacted] | | | | | | |
| 2023-09-15 | 7.0 | 475.62? | Various | 598.35 | 0.00 | [redacted] |

**CALL MMAT 04/21/23 1.50 META MATLS INC | CUSIP: *8KWQRF5 | Symbol: MMAT--230421C00001500**

| 2023-04-20 | 5.0 | 4.73 | Various | 91.19 | 86.46 D | 0.00 |
| 2023-04-21 | 295.0 | 0.00 | Various | 2,841.14 | 0.00 | -2,841.14 |

**Security Totals:** 4.73    2,932.33    **-2,841.14**

| CRM [redacted] | | | | | | |
| 2023-08-28 | 247.50 TESLA INC | [redacted] | 2023-08-01 | 3,575.35 | 0.00 | 183.24 |
| TSLA 03/17/23 177.50 TESLA INC | CUSIP: *8LFLKL3 | Symbol: TSLA-230317C00177500 | | | | |
| 2023-03-14 | 5.0 | 1,699.72 | 2023-03-14 | 1,385.25 | 0.00 | 314.47 |
| TSLA 03/17/23 182.50 TESLA INC | CUSIP: *8LFLL14 | Symbol: TSLA-230317C00182500 | | | | |
| 2023-03-14 | 5.0 | 1,924.69 | 2023-03-14 | 1,650.25 | 0.00 | 274.44 |
| CALL AMC 09/08/23 9.50 AMC ENTERTAINMENT HOLDINGS INC | CUSIP: *8LJMZY2 | Symbol: AMC--230908C00009500 | | | | |
| 2023-09-08 | 4.0 | 0.00 | 2023-09-06 | 276.20 | 0.00 | -276.20 |
| CALL SPY 09/13/23 447 STANDARD & POORS DEPOSITORY | CUSIP: *8LWZPR2 | Symbol: SPY-230913C00447000 | | | | |
| 2023-09-13 | 8.0 | 580.55 | 2023-09-13 | 478.40 | 0.00 | 102.15 |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing

5KX28307

# Proceeds from Broker and Barter Exchange Transactions (continued)

2023 Form 1099-B*

2024-02-10 OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL MMAT 01/17/25 .50 META MATLS INC \| CUSIP: *8SZHQY7 \| Symbol: #8SZHQY7 | | | | | | | |
| 2023-07-25 | 100.0 | 694.82 | Various | 805.91 | 111.09 D | 0.00 | |
| 2023-08-24 | 95.0 | 660.00 | Various | 869.32 | 8.81 D | -200.51 | |
| 2023-09-21 | 9.0 | 53.52 | Various | 82.76 | 0.00 | -29.24 | |
| **Security Totals:** | | **1,408.34** | | **1,757.99** | | **-229.75** | |
| CALL PLTR 08/11/23 19 PALANTIR TECHNOLOGIES INC CL A \| CUSIP: *8UGMYJ8 \| Symbol: PLTR 230811C00019000 | | | | | | | |
| 2023-08-11 | 656.0 | 0.00 | Various | 4,494.81 | 0.00 | -4,494.81 | |
| PUT TSLA 08/11/23 245 TESLA INC \| CUSIP: *8UGTKC7 \| Symbol: TSLA 230811P00245000 | | | | | | | |
| 2023-08-07 | 10.0 | 2,709.45 | 2023-08-07 | 2,700.50 | 0.00 | 991.05 | |
| 2023-08-09 | 10.0 | 4,449.44 | 2023-08-07 | 2,700.50 | 0.00 | 748.94 | |
| **Security Totals:** | | **7,158.89** | | **7,401.00** | | **-242.11** | |
| CALL TSLA 08/11/23 250 TESLA INC \| CUSIP: *8UGTKC8 \| Symbol: TSLA 230811C00250000 | | | | | | | |
| 2023-08-07 | 20.0 | 8,098.88 | 2023-08-07 | 7,601.00 | 0.00 | 497.88 | |
| PUT BABA 08/11/23 100 ALIBABA GROUP HOLDING LIMITED \| CUSIP: *8UGYJK1 \| Symbol: BABA 230811P00100000 | | | | | | | |
| 2023-08-10 | 45.0 | 5,622.59 | 2023-08-10 | 2,972.25 | 0.00 | 2,650.34 | |
| PUT AAPL 09/29/23 175 APPLE INC \| CUSIP: *8UHTKQ6 \| Symbol: AAPL 230929P00175000 | | | | | | | |
| 2023-09-11 | 17.0 | 3,654.08 | 2023-09-08 | 3,368.85 | 0.00 | 285.23 | |
| PUT ABNB 09/29/23 138 AIRBNB INC \| CUSIP: *8UHTLR6 \| Symbol: ABNB 230929P00138000 | | | | | | | |
| 2023-09-06 | 14.0 | 4,171.23 | 2023-09-05 | 3,780.70 | 0.00 | 390.53 | |
| CALL TSLA 07/28/23 257.50 TESLA INC \| CUSIP: *8UJDWB1 \| Symbol: TSLA 230728C00257500 | | | | | | | |
| 2023-07-21 | 1.0 | 1,099.93 | 2023-07-21 | 720.05 | 0.00 | 379.88 | |
| PUT DIS 09/29/23 81 WALT DISNEY CO \| CUSIP: *8UJGSN3 \| Symbol: DIS 230929P00081000 | | | | | | | |
| 2023-09-01 | 2.0 | 351.88 | 2023-09-01 | 348.10 | 0.00 | 3.78 | |
| PUT PLTR 09/29/23 15 PALANTIR TECHNOLOGIES INC CL A \| CUSIP: *8UJVRH3 \| Symbol: PLTR 230929P00015000 | | | | | | | |
| 2023-09-01 | 36.0 | 3,022.08 | 2023-08-29 | 2,941.80 | 0.00 | 80.28 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing

5KX28307

# Proceeds from Broker and Barter Exchange Transactions
(continued)

2023 Form 1099-B*

2024-02-10 OMB No. 1545-0715

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.
**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1c - DateSold or Disposed** | **Quantity** | **1d - Proceeds** | **1b - Date Acquired** | **1e - Cost or Other Basis** | **1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D)** | **Gain or Loss (-)** | **Additional Notes** |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: #M067927 | | | | | | | |
| 2023-09-21 | 100.0 | 20.16 | 2023-08-03 | 194.00 | 0.00 | -173.84 | |
| **Totals:** | | **20.16** | | **194.00** | | **-173.84** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Case 24-50792-hlb Doc 1485 Entered 12/31/24 11:01:50 Page 15 of 15

**Apex Clearing** 5KX28307

# Proceeds from Broker and Barter Exchange Transactions (continued)

**2023 Form 1099-B*** 2024-02-10 OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security) **Box 6:** Gross (unless indicated as Net in Additional Notes Column) **Box 12:** Basis Reported to the IRS

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SHOP 09/29/23 53 SHOPIFY INC CL A \| CUSIP: *8UJZDF0 \| Symbol: SHOP--230929P00053000 | | | | | | | |
| 2023-09-20 | 15.0 | 359.20 | 2023-09-19 | 477.75 | 0.00 | -118.55 | |
| PUT TSLA 08/25/23 222.50 TESLA INC \| CUSIP: *8UJZXK9 \| Symbol: TSLA--230825P00222500 | | | | | | | |
| 2023-08-21 | 2.0 | 509.88 | 2023-08-21 | 860.10 | 0.00 | -350.22 | |
| PUT TSLA 09/29/23 260 TESLA INC \| CUSIP: *8UJZXP5 \| Symbol: TSLA--230929P00260000 | | | | | | | |
| 2023-09-21 | 4.0 | 3,[illegible] | 2023-[illegible] | [illegible] | 0.00 | -240.44 | |
| CALL SPY 10/26/23 417 STANDARD & POORS DEPOSITORY \| CUSIP: *8UNBYF0 \| Symbol: SPY--231026C00417000 | | | | | | | |
| 2023-10-26 | 4.0 | 399.82 | 2023-10-26 | 324.16 | 0.00 | [illegible] | |
| **AMTD DIGITAL INC AMERICAN DEPOSITARY SHRS EVERY FIVE OF WHICH RPRSNT TWO CL A \| CUSIP: 00180N101 \| Symbol: HKD* | | | | | | | |
| 2023-05-09 | 100.0 | 657.98 | 2023-05-05 | 658.00 | 0.02 D | 0.00 | |
| 2023-06-28 | 240.0 | 1,557.55 | Various | 1,636.49 | 81.03 D | 2.09 | |
| 2023-07-06 | 416.0 | 2,691.64 | Various | 2,791.72 | 0.00 | -100.08 | |
| **Security Totals:** | | **4,907.17** | | **5,086.21** | | **-97.99** | |
| LIPELLA PHARMACEUTICALS INC COMMON STOCK \| CUSIP: 53630L100 \| Symbol: LIPO | | | | | | | |
| 2023-01-12 | 224.0 | 689.87 | 2023-01-11 | 889.56 | 0.00 | -199.69 | |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: #M067927 | | | | | | | |
| 2023-01-05 | 1120.0 | 1,299.68 | Various | 2,652.14 | 1,352.46 D | 0.00 | |
| 2023-01-17 | 1500.0 | 1,562.33 | Various | 3,314.64 | 110.39 D | -1,641.92 | |
| 2023-05-09 | 250.0 | 54.85 | 2022-12-05 | 484.98 | 430.13 D | 0.00 | |
| 2023-07-27 | 10000.0 | 2,129.79 | Various | 18,822.82 | 16,693.03 D | 0.00 | |
| 2023-08-02 | 11000.0 | 2,714.27 | Various | 18,916.97 | 169.06 D | -16,033.64 | |
| 2023-12-07 | 6415.0 | 396.79 | 2023-12-04 | 509.35 | 0.00 | -112.56 | |
| **Security Totals:** | | **8,157.71** | | **44,700.90** | | **-17,788.12** | |

*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.**