NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792 hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Robert M. Arrell**
   **1342 Worthington Drive**
   **Mount Joy, PA 17552**

   Telephone Number: **717-413-9677**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED DLS
   AND FILED
   DEC 30 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **2344 and 6651 NEW ACCT #**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **ETRADE    800-387-2331**
   **PO BOX 484**
   Telephone Number: **Jersey City, NJ. 07303**

3. Date Equity Interest was acquired:
   **06/28/2021 – 11/13/2023**

4. Total amount of member interest: **1,100**

5. Certificate number(s): **SEE ATTACHED PGS**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: **Robert M. Arrell**
   Title: _____
   Company: Address and telephone number (if different from notice address above): _____

   (Signature) **Robert M. Arrell**   (Date) **12/26/2024**

   Telephone number: **717-413-9677**   email: **rarrell1953@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792 META MATERIALS, INC.
FOR: Robert M. Arrell

ETrade
ACCT# 3969-2344
TRANSACTIONS [Pre-Reverse split]
06/28/2021 Purchased 500 shares    $5.6199 [$5619.90 total invested]
12/02/2022 Purchased 500 shares    $1.8684 [$924.20 total invested]
11/13/2023 Purchased 9000 shares    $0.10 [$855.00 total invested]
TOTAL SHARES HELD PRE-REVERSE SPLIT 10,000 [100 SHARES POST-REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT    $7399.10

TRANSACTIONS [Post -Reverse Split 1/100]
01/29/24 NO SHARES PURCHASED

TOTAL SHARES HELD POST REVERSE SPLIT: 100 shares [100]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $7399.10

See transaction documentation attached

EXPLANATION OF DOCUMENTATION
Robert M. Arrell

06/16/2021 Bought 1000 shares of TOURCHLIGHT ENERGY RESOURCES.
06/28/2021 TOURCHLIGHT ENERGY RESOURCES split 1:2 which the result was 500 shares META MATERIALS INC. (MMAT)

12/02/22 Bought 500 shares of META MATERIALS INC. (MMAT)

11/13/23 Bought 9000 shares of META MATERIALS. (MMAT)

01/29/2024 META MATERIALS INC. split 1:100 result was 100 shares for 10,000.

# Transaction record

| | |
|---|---|
| Type | Reorganization |
| Account | Brokerage - 6651 |
| | Previous account number: XXXX - 2344 |
| Date posted | 01/03/2023 |
| Amount | $0.00 |
| Description | 1000 META MATLS PREFERRED STOCK CONTRA CUSIP DTC EXIT @ 1:1 FROM 591994371 TO 629999590 |

Category (optional)

Select a category to assign

Memo (Optional)

Robert M Arrell 1342 Worthington Drive Mount Joy, PA 17552 717-413-9677

Maximum 100 characters

Note: This transaction occurred before your brokerage account number was converted to a 9-digit number.

# Transaction record

| | |
|---|---|
| Order Type | Bought |
| Account | Brokerage - 6651 |
| Trade date | 11/13/2023 |
| Settlement date | 11/15/2023 |
| Security | MMAT |
| Quantity | 9000 |
| Price | $0.10 |
| Commission | $0.00 |
| Amount | $855.00 |
| Description | 9000 of MMAT @ $0.095 (Order #194) |

Category (optional) ⓘ

Select a category to assign

Memo (Optional)

```
```

Maximum 100 characters

# E*TRADE

E*TRADE Securities
Individual Retirement Account



Account Number: -2344     Statement Period: June 1, 2021 - June 30, 2021     Account Type: IRA - ROLLOVER

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/16/21 09:19 | 06/18/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 1,000 | 5.6199 | 5,619.90 | |

**TOTAL SECURITIES ACTIVITY** $14,594.90

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

**TOTAL DIVIDENDS & INTEREST ACTIVITY**
**NET DIVIDENDS & INTEREST ACTIVITY**

### CONTRIBUTIONS & DISTRIBUTIONS ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | DISTRIBUTIONS | CONTRIBUTIONS |
|---|---|---|---|---|---|
| 06/01/21 | 2021 Contrib | CHECK DEPOSIT | | | |
| 06/01/21 | 2021 Contrib | CHECK DEPOSIT | | | |
| 06/01/21 | 2021 Contrib | CHECK DEPOSIT | | | |
| 06/23/21 | 2021 Contrib | CHECK DEPOSIT | | | |
| 06/23/21 | 2021 Contrib | CHECK DEPOSIT | | | |
| 06/23/21 | 2021 Contrib | CHECK DEPOSIT | | | |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/28/21 | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 500 | | | |

# E*TRADE

**E*TRADE Securities**
**Individual Retirement Account**



Account Number: ●●●-2344       Statement Period: June 1, 2021 - June 30, 2021       Account Type: IRA - ROLLOVER

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 | 89102U103 | Reverse Splt | -1,000 | | | |

**TOTAL OTHER ACTIVITY**       $38.00
**NET OTHER ACTIVITY**         $38.00

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 8

# E✱TRADE®
from Morgan Stanley

E✱TRADE Securities
Individual Retirement Account

Account Number: ▇▇▇-2344     Statement Period: December 1, 2022 - December 31, 2022     Account Type: IRA - ROLLOVER

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.14% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | |
|   Opening Balance | | 1,028.96 |
|   Closing Balance | 0.14 | 62.76 |
| **TOTAL CASH & CASH EQUIVALENTS** | **0.14%** | **$62.76** |
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY) | | $1.46 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.86% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | 1,000 | 1.1900 | 1,190.00 | | 24.00 | 0.11% |
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | |
| ▇▇▇ INC | | | | | | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | **$24.00** | **0.05%** |

### PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | | 2.8950 | 0.00 | 0.00 | | |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 1,000 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)** | | | | | **$44,865.56** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | | | **$24.00** | |

December 1, 2022 - December 31, 2022
Account Number: ▓▓▓-2344
Account Type: IRA - ROLLOVER

## Customer Update:

When to expect your 2022 tax documents
Visit *etrade.com/tax* to see when you'll receive 1099s, 5498s, and other tax documents.

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**E*TRADE Securities**
**Individual Retirement Account**

**IMPORTANT INFORMATION**
Your year-end balance, as shown on this statement, is the Fair Market Value of your account for the year ending 12/31/2022 and serves as your written notification of your Fair Market Value information in compliance with Internal Revenue Service (IRS) requirements. This information is being furnished to the IRS. If you have a futures IRA sub-account or hard-to-value assets in your account, see additional note below.

ROBERT M ARRELL
R/O IRA E*TRADE CUSTODIAN
1342 WORTHINGTON DR.
MOUNT JOY PA  17552-7233

### Account At A Glance



$67,615.46    $44,865.56
As of 11/30/22    As of 12/31/22

**Net Change:**    $-22,749.90

## INFORMATION ABOUT YOUR FAIR MARKET VALUE (FMV)

This statement does not include any positions held in a futures IRA sub-account. To the extent you maintain a futures IRA sub-account in connection with this IRA, the futures IRA sub-account is a component of this IRA and is held by E*TRADE Securities LLC as part of your IRA. If you have a futures IRA sub-account and would like to view your positions and balances, please go to the Brokerage Statements tab at *etrade.com/statement*, choose your futures IRA sub-account from the account list and select the statement you would like to review.

For customers eligible for required minimum distributions (RMD), you can review your RMD by visiting *etrade.com/rmd*. The RMD will reflect the combined FMV of the IRA and futures IRA sub-account. We will also send a notice in mid-January with the RMD data for 2023.

If your statement includes hard-to-value securities in your IRA, we may receive an adjusted year-end value for those investments and your FMV may change. Please note that a second notice on IRS Form 5498 will be provided; refer to box 15a for the updated FMV, which will be reported to the IRS.

**E*TRADE from Morgan Stanley**



E*TRADE Securities
Individual Retirement Account

Account Number: -2344     Statement Period: December 1, 2022 - December 31, 2022     Account Type: IRA - ROLLOVER

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/02/22 15:05 | 12/06/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 500 | 1.8684 | 934.20 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$934.20** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| | | | | | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A MANDATORY REORG FEE CHARGED | 59134N203 | Fee | | | 38.00 | |
| 12/13/22 | META MATLS INC PFD SER A REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 | 59134N203 | Merger | -1,000 | | | |
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 SHRS RECEIVED THRU MERGER | 591994371 | Merger | 1,000 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$38.00** | |

## Account Detail

Self-Directed Retirement Account
▇▇6651-▇▇
Rollover IRA

ROBERT M ARRELL

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | — | — |
| Asset Class: Equities | | | | | | | |
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | — | — |
| Rating: Morningstar: 2; Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 1,000.000 | N/A | 0.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC (MMAT) | 10,000.000 | 0.066 | 7,409.10 | 660.00 | (6,749.10) | — | — |
| Asset Class: Equities | | | | | | | |
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| Rating: Morgan Stanley: 1, Morningstar: 2; Next Dividend Payable 03/2024; Asset Class: Equities | | | | | | | |
| ▇▇▇▇▇▇ | | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | |
| Rating: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | | | | | | | |
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | 99.85% | | ▇▇ | ▇▇ | ▇▇ | ▇▇ | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | ▇▇ | ▇▇ | ▇▇ | ▇▇ | |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

**STATEMENT FOR:**
ROBERT M ARRELL

Beginning Total Value (as of 12/1/23)  $104,896.99
Ending Total Value (as of 12/31/23)  $109,959.68
Includes Accrued Interest

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

Morgan Stanley Smith Barney LLC. Member SIPC.
E*TRADE is a business of Morgan Stanley.

#BWNJGWM

ROBERT M ARRELL
1342 WORTHINGTON DR.
MOUNT JOY PA 17552

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

273 - 336651 - 201 - 4 - 1

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 7 of 10

## Account Detail

Self-Directed Retirement Account    ROBERT M ARRELL
████6651████
Rollover IRA

## STOCKS
### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ███████ | ███ | ███ | ███ | ███ | ███ | — | — |
| Asset Class: Equities | | | | | | | |
| ███████ | ███ | ███ | ███ | ███ | ███ | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMAT) | 100.000 | 3.820 | 7,409.10 | 382.00 | (7,027.10) | — | — |
| Asset Class: Equities | | | | | | | |
| ███████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Rating: Morgan Stanley: 1, Morningstar: 3; Next Dividend Payable 03/2024; Asset Class: Equities | | | | | | | |
| ███████ | ███ | ███ | ███ | ███ | ███ | — | — |
| Rating: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | | | | | | | |
| ███████ | ███ | ███ | ███ | ███ | ███ | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | 95.03% | | ███ | ███ | ███ | ███ | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | ███ | ███ | ███ | ███ | |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

# E✲TRADE
from Morgan Stanley

## CLIENT STATEMENT | For the Period January 1-31, 2024

**STATEMENT FOR:**
ROBERT M ARRELL

**Beginning Total Value** (as of 1/1/24)
**Ending Total Value** (as of 1/31/24)
Includes Accrued Interest

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

Morgan Stanley Smith Barney LLC. Member SIPC.
E*TRADE is a business of Morgan Stanley.

#BWIJGWM

ROBERT M ARRELL
1342 WORTHINGTON DR.
MOUNT JOY PA 17552

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

## Account Detail

Self-Directed Retirement Account    ROBERT M ARRELL
●●●●6651●●●
Rollover IRA

### TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

#### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange-Delivered-Out | META MATERIALS INC | | (10,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 100.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.