NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Charley Estes
   1353 Downington Tr. WW
   Acworth, GA 30101

   Telephone Number: 678-772-1859

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED DLS
   DEC 30 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
459-558272-208

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charley Estes - Etrade
   PO Box 484, Jersey City, NJ 07303
   Telephone Number:

3. Date Equity Interest was acquired:
   Between July 7, 2021 - October 31, 2023

4. Total amount of member interest: 14,718 for $16,442.03   5. Certificate number(s): See Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Charley Estes
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature) Charley Estes     (Date) 12/5/2024

   Telephone number: 678 772 1859   email: ce311@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]



Page 7 of 8
**Tax Year 2023**  CHARLEY ESTES   Account Number: 459 558272 208

## 1099-B  PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS (continued)     OMB NO. 1545-0715

**Gross Proceeds less commissions and option premiums on stocks, bonds, etc.** Consider the Net Proceeds box checked in IRS box 6 (Reported to IRS) for all option transactions. Consider IRS box 7(Loss is not allowed based on amount in 1d) as not being checked for any transactions.

**Long Term - Covered Securities** (Continued)  (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part II with box D checked.)

| DESCRIPTION (Box 1a) QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC (Cont.) | | CUSIP: 59134N104 | | Symbol: MMAT | | | | |
| 1,000.000 | 03/07/22 | 10/20/23 | $145.86 | $1,570.00 | $0.00 | $0.00 | ($1,424.14) | $0.00 |
| 100.000 | 06/28/22 | 10/20/23 | $14.58 | $107.00 | $0.00 | $0.00 | ($92.42) | $0.00 |
| 1,000.000 | 08/09/22 | 10/20/23 | $145.86 | $905.00 | $0.00 | $0.00 | ($759.14) | $0.00 |
| 1,100.000 | 08/10/22 | 10/20/23 | $160.43 | $986.14 | $0.00 | $0.00 | ($825.71) | $0.00 |
| 120.000 | 10/14/22 | 10/20/23 | $17.51 | $109.34 | $0.00 | $0.00 | ($91.83) | $0.00 |
| Security Subtotal  5,488.000 | | | $800.45 | $14,626.90 | $0.00 | $0.00 | ($13,826.45) | $0.00 |
| **Total Long Term Covered Securities** | | | $800.45 | $14,626.90 | $0.00 | $0.00 | ($13,826.45) | $0.00 |
| **Total Covered and Noncovered Securities** | | | $2,247.65 | $16,939.19 | $0.00 | $0.00 | ($14,691.54) | $0.00 |

**Form 1099-B Total Reportable Amounts** - Does not include cost basis, accrued market discount or wash sale loss disallowed amounts for noncovered securities.

| | | |
|---|---|---|
| Total IRS Reportable Proceeds (Box 1d) | $2,247.65 | |
| Total IRS Reportable Cost or Other Basis for Covered Securities (Box 1e) | $16,939.19 | |
| Total IRS Reportable Accrued Market Discount (Box 1f) | | $0.00 |
| Total IRS Reportable Wash Sale Loss Disallowed (Box 1g) | | $0.00 |
| Total Fed Tax Withheld (Box 4) | | $0.00 |


Case #24.50792

**E✱TRADE** from Morgan Stanley

**1099 Consolidated Tax Statement**
**Tax Year 2023    Copy B For Recipient**

Morgan Stanley Capital Management, LLC
Morgan Stanley Smith Barney, LLC
1 New York Plaza
7th Floor
New York, NY 10004

Page 6 of 8

Name Reported to the IRS:  CHARLEY ESTES
1353 DOWNINGTON TRCE NW
ACWORTH GA 30101

Identification Number:  11-3658445
Taxpayer ID Number:  XXX-XX-0119
Account Number:  459 558272 208

**Customer Service: 866-324-6088**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## 1099-B   PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS                                      OMB NO. 1545-0715

**Gross Proceeds less commissions and option premiums on stocks, bonds, etc.** Consider the Net Proceeds box checked in IRS box 6 (Reported to IRS) for all option transactions.
Consider IRS box 7(Loss is not allowed based on amount in 1d) as not being checked for any transactions.

### Short Term - Covered Securities   (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part I with box A checked.)

| DESCRIPTION (Box 1a) QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | | CUSIP: 59134N104 | | Symbol: MMAT | | | | |
| 1,850.000 | 04/17/23 | 10/20/23 | $269.83 | $399.23 | $0.00 | $0.00 | ($129.40) | $0.00 |
| 6,700.000 | 04/20/23 | 10/20/23 | $977.22 | $1,289.75 | $0.00 | $0.00 | ($312.53) | $0.00 |
| 80.000 | 05/03/23 | 10/20/23 | $11.67 | $14.85 | $0.00 | $0.00 | ($3.18) | $0.00 |
| 600.000 | 05/03/23 | 10/20/23 | $87.51 | $111.30 | $0.00 | $0.00 | ($23.79) | $0.00 |
| Security Subtotal  9,230.000 | | | $1,346.23 | $1,815.13 | $0.00 | $0.00 | ($468.90) | $0.00 |
| T2 BIOSYSTEMS INC NEW | | CUSIP: 89853L302 | | Symbol: TTOO | | | | |
| 18.000 | 09/11/23 | 10/20/23 | $100.97 | $497.16 | $0.00 | $0.00 | ($396.19) | $0.00 |
| **Total Short Term Covered Securities** | | | **$1,447.20** | **$2,312.29** | **$0.00** | **$0.00** | **($865.09)** | **$0.00** |

### Long Term - Covered Securities   (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part II with box D checked.)

| DESCRIPTION (Box 1a) QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | | CUSIP: 59134N104 | | Symbol: MMAT | | | | |
| 15.000 | 02/24/21 | 10/20/23 | $2.19 | $85.80 | $0.00 | $0.00 | ($83.61) | $0.00 |
| 140.000 | 02/24/21 | 10/20/23 | $20.42 | $848.40 | $0.00 | $0.00 | ($827.98) | $0.00 |
| 499.500 | 02/24/21 | 10/20/23 | $72.85 | $3,096.90 | $0.00 | $0.00 | ($3,024.05) | $0.00 |
| 400.000 | 02/26/21 | 10/20/23 | $58.34 | $1,964.00 | $0.00 | $0.00 | ($1,905.66) | $0.00 |
| 22.500 | 03/17/21 | 10/20/23 | $3.28 | $102.51 | $0.00 | $0.00 | ($99.23) | $0.00 |
| 91.000 | 06/25/21 | 10/20/23 | $13.28 | $901.81 | $0.00 | $0.00 | ($888.53) | $0.00 |
| 1,000.000 | 11/22/21 | 10/20/23 | $145.85 | $3,950.00 | $0.00 | $0.00 | ($3,804.15) | $0.00 |

**CONTINUED ON NEXT PAGE**

**IMPORTANT TAX INFORMATION -- PLEASE RETAIN FOR YOUR RECORDS**

039362 MSG7CE01 208864 000000

| | | |
|---|---|---|
| **E✱TRADE** from Morgan Stanley | **1099 Consolidated Tax Statement** <br> **Tax Year 2023     Copy B For Recipient** | Morgan Stanley Capital Management, LLC    **Page 5 of 8** <br> Morgan Stanley Smith Barney, LLC <br> 1 New York Plaza <br> 7th Floor <br> New York, NY 10004 |

Name Reported to the IRS:    CHARLEY ESTES
1353 DOWNINGTON TRCE NW
ACWORTH GA 30101

Identification Number:    11-3658445
Taxpayer ID Number:    XXX-XX-0119
Account Number:    459 558272 208

**Customer Service: 866-324-6088**

## FORM 1099-B TOTALS SUMMARY

### REALIZED GAIN/LOSS SUMMARY

Refer to Proceeds from Broker and Barter Exchange Transactions for detailed information regarding these summary values. The amounts shown below are for informational purposes only.

| SHORT-TERM GAIN OR (LOSSES) - REPORT ON FORM 8949, PART I | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|
| Box A (basis reported to the IRS) | $1,447.20 | $2,312.29 | $0.00 | $0.00 | ($865.09) |
| Box A - Ordinary - (basis reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Short - Term** | **$1,447.20** | **$2,312.29** | **$0.00** | **$0.00** | **($865.09)** |
| **LONG-TERM GAIN OR (LOSSES) - REPORT ON FORM 8949, PART II** | | | | | |
| Box D (basis reported to the IRS) | $800.45 | $14,626.90 | $0.00 | $0.00 | ($13,826.45) |
| Box D - Ordinary - (basis reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Long - Term** | **$800.45** | **$14,626.90** | **$0.00** | **$0.00** | **($13,826.45)** |
| **UNKNOWN TERM - CODE (X) REPORT ON FORM 8949, PART I OR PART II** | | | | | |
| Box B or Box E (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B or Box E - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Unknown Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| REGULATED FUTURES CONTRACTS | AMOUNT |
|---|---|
| Profit or (loss) realized in 2023 - closed contracts | $0.00 |
| Unrealized Profit or (loss) on open contracts 12/31/2022 | $0.00 |
| Unrealized Profit or (loss) on open contracts 12/31/2023 | $0.00 |
| **Aggregate profit or (loss) on contracts** | **$0.00** |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Charley Estes
1353 Downington Tr. NW
Acworth, GA 30101

Telephone Number: 678-772-1859

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

5NW-16706

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Charley Estes
Webull: One Dallas Center, 350 N St. Paul
Dallas, TX 75201
Telephone Number: 888-828-0618

3. Date Equity Interest was acquired:
Between 4/1/2023 – 10/31/2023

4. Total amount of member interest: 7,667 for $7,545.86

5. Certificate number(s): See Attached

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Charley Estes
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)    12/5/2024 (Date)

Telephone number: 678-772-1859    email: Ce311@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2023 Form 1099-B*

5NW16706 | 2024-02-11 | OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: #M067927 | | | | | | | |
| 2023-10-20 | 4800.0 | 700.09 | Various | 1,084.53 | 0.00 | -384.44 | |
| **Totals:** | | **700.09** | | **1,084.53** | | **-384.44** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing             **Proceeds from Broker and Barter Exchange Transactions**      2023 Form 1099-B*
5NW16706                                         (continued)                              2024-02-11    OMB No. 1545-0715

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.
**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: #M067927 | | | | | | | |
| 2023-10-20 | 2867.0 | 418.17 | Various | 6,461.12 | 0.00 | -6,042.95 | |
| **Totals:** | | 418.17 | | 6,461.12 | | -6,042.95 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| MMAT | 1099 2021 | 2022 | 2023 | ST Shares | ST Gain/Loss | LT Shares | LT Gain/loss |
|---|---|---|---|---|---|---|---|
| Etrade | 4,000.00 | 3,320.00 | | 9,230.00 | $ (468.90) | 5,488.00 | $ (13,826.45) |
| SCHWAB | | | | 995 | $ (4,463.24) | | |
| TDA | | 20,500.00 | 75,000.00 | | $ (1,059.59) | | $ (60,374.25) |
| Webull | | 4,800.00 | | 4,800.00 | $ (384.44) | 2,867.00 | $ (6,042.95) |
| Gain Loss | | | | | $ (6,376.17) | | $ (80,243.65) |



## Schwab One® Account of

CHARLEY M ESTES &
CHANTHALA PHANKHAMSAO
DESIGNATED BENE PLAN/TOD

Account Number
3831-2256

Trade Confirmation
May 8, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $2,248.70 | $0.19 | $2,248.51 |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Exchange Processing Fee | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 05/10 | Sale | MMAT 59134N302 | **META MATLS INC** | 995 | 2.26 | 2,248.70 | 0.19 | 2,248.51 | A5, F2, G1, C2 |

## Disclosures

A5  Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



Schwab One® Account of

CHARLEY M ESTES &
CHANTHALA PHANKHAMSAO
DESIGNATED BENE PLAN/TOD

Account Number
3831-2256

Trade Confirmation
May 8, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(6)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(7)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. **(8)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(9)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. **(10)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(11)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(12)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(13)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(14)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

**Manage Your Account**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

CHARLEY M ESTES &
CHANTHALA PHANKHAMSAO
DESIGNATED BENE PLAN/TOD
1353 DOWNINGTON TRCE NW
ACWORTH GA  30101-8434

05/08-00000-DC62A091 *