NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** METa MATERIALS, INC | **Case Number:** 24-50792 | |

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Marc A. Upchurch, Roth Contibutory IRA 1050 Oak Chase Blvd. Lenoir City, Tn. 37772 Telephone Number: 865-556-4901 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** DEC 30 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK **COURT USE ONLY** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only) 5331 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest Marc A. Upchurch, Charles Schwab & Co Inc Cust, Roth Contributory IRA Telephone Number: 800-435-4000 | 3. Date Equity Interest was acquired: 4 buy trades between 11-16-2021 - 10-06-2022 and one sale trade on 06-14-2024 after January 2024 100-1 Reverse Split See attached documentation |
| 4. Total amount of member interest: 7,815 shares for $13,006.34 | 5. Certificate number(s): See attached documentation |

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor through Roth IRA contribory IRA held by Charles Schwab account #9054-5331

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Marc A. Upchurch
Title: _____
Company:__ Address and telephone number (if different from notice address above): _____

(Signature) *Marc A. Upchurch*    (Date) 12-19-2024
Telephone number: 865-556-4901    email: marc.a.upchurch@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Institutional**
PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

TD AMERITRADE INSTITUTIONAL
DIVISION OF TD AMERITRADE, INC
PO BOX 650567
DALLAS, TX 75265-0567

MARC A UPCHURCH ROTH IRA
TD AMERITRADE CLEARING CUSTODIAN
1050 OAK CHASE BLVD
LENOIR CITY TN 37772-6963



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 913-366787-1 | | 38756701077 | A | WMG FINANCIAL ADVISORS LLC |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1,600 | 59134N104 | 4.3751 | 7,000.16 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/16/2021 | 11/18/2021 | | 0.00 | 7,000.16 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS A SOLICITED DISCRETIONARY TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request

# TD Ameritrade Institutional

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

TD AMERITRADE INSTITUTIONAL
DIVISION OF TD AMERITRADE, INC
PO BOX 650567
DALLAS, TX 75265-0567

MARC A UPCHURCH ROTH IRA
TD AMERITRADE CLEARING CUSTODIAN
1050 OAK CHASE BLVD
LENOIR CITY TN 37772-6963



## Confirmation Notice

| ACCOUNT NO | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 913-366787-1 | | 42171798328 | A | WMG FINANCIAL ADVISORS LLC |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1 850 | 59134N104 | 1 3549 | 2 506 57 | | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/21/2022 | 04/25/2022 | | 0 00 | 2,506 57 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS A SOLICITED DISCRETIONARY TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity The debt security may be called or redeemed in whole or in part before maturity which could affect its yield Additional information is available upon request



# TD Ameritrade
## Institutional
PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE INSTITUTIONAL**
**DIVISION OF TD AMERITRADE, INC**
**PO BOX 650567**
**DALLAS, TX 75265-0567**

MARC A UPCHURCH ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
1050 OAK CHASE BLVD
LENOIR CITY  TN  37772-6963

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 913-366787-1 | | 44341669685 | | A | WMG FINANCIAL ADVISORS LLC | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 2,150 | 59134N104 | .929949 | 1,999.39 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 08/05/2022 | 08/09/2022 | | | 0.00 | 1,999.39 |

**TRADE DESCRIPTION**     **SYMBOL**

META MATERIALS INC     MMAT
COM

THIS IS A SOLICITED, DISCRETIONARY TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 913-366787-1 | | 44341685431 | | A | WMG FINANCIAL ADVISORS LLC | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1,000,000 | 57776X109 | .0006 | 600.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 08/05/2022 | 08/09/2022 | | | 0.00 | 600.00 |

**TRADE DESCRIPTION**     **SYMBOL**

MAX SOUND CORPORATION     MAXD
COM

THIS IS A SOLICITED, DISCRETIONARY TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

# TD Ameritrade
## Institutional
PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

**TD AMERITRADE INSTITUTIONAL**
**DIVISION OF TD AMERITRADE, INC**
**PO BOX 650567**
**DALLAS, TX 75265-0567**

MARC A UPCHURCH ROTH IRA
TD AMERITRADE CLEARING CUSTODIAN
1050 OAK CHASE BLVD
LENOIR CITY  TN  37772-6963



## Confirmation Notice

| ACCOUNT NO | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 913-366787-1 | | 45551667330 | A | WMG FINANCIAL ADVISORS LLC | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2 215 | 59134N104 | 6773 | 1 500 22 | 0 | 0 00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/04/2022 | 10/06/2022 | | 0 00 | 1,500 22 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED DISCRETIONARY TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS
*CLBL - If the above security description includes a 'CLBL' notation this transaction involves a debt security that is subject to call or redemption before maturity  The debt security may be called or redeemed in whole or in part before maturity which could affect its yield  Additional information is available upon request



**Individual Retirement Account** of

MARC A UPCHURCH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
9054-5331

Trade Confirmation
June 13, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 2 | $0.00 | $2,701.68 | $0.00 | $2,701.68 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 06/14 | Sale | AVGE 025072232 | AMERICAN CENTY AVANTIS ALL EQUITY MKTS ETF | 35 | 69.4935 | 2,432.27 | | 2,432.27 | F2, L3, A1, C2 |
| | Sale | MMAT 59134N302 | META MATLS INC | 79 | 3.4103 | 269.41 | | 269.41 | F2, L3, A1, C2 |

## Disclosures

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

A1  Schwab acted as your agent.

L3  Your Advisor pays Schwab applicable commissions or other transaction fees in connection with this transaction. The amount of that remuneration is available upon request through your advisor or Schwab Alliance at 1-800-515-2157.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



**Roth Contributory IRA** of

MARC A UPCHURCH
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period

January 1-31, 2024



## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/02 | Fee | Advisor Fee * | | MGMTFEE TO ADVISOR | | | | | (9.35) |
| 01/16 | Interest | Bank Interest X,Z | | BANK INT 121623-011524 | | | | | 0.17 |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | | 79.0000 | | | |
| | Other Activity | Reverse Split | | META MATLS INC | XXX REVERSE SPLIT | (7,815.0000) | | | |
| **Total Transactions** | | | | | | | | | **($9.18)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01/01 | **Beginning Balance** X,Z | **$468.99** | 01/31 | **Ending Balance** X,Z | **$459.81** |
| 01/03 | BANK TRANSFER TO BROKERAGE | (9.35) | 01/31 | **Interest Rate** *Z | **0.45%** |
| 01/15 | BANK INTEREST - TD BANK NA X,Z | 0.17 | | | |

* Your interest period was 12/16/23 - 01/15/24. Z

## Endnotes For Your Account

\* You authorize Schwab to debit your account to pay investment management fees per the authorization you granted in your Account Application. Schwab does not review or monitor these fee payments. Contact your Investment Manager if you have questions.

X Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided