NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>Meta Materials, Inc | Case Number<br>24-50792 | |
| 1  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder")<br><br>Enzo Chiarello<br>90 Murray Street, Unit 304<br>Amherstburg, ONT<br>N9V 4B9<br><br>Telephone Number 705-945-1922 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED**<br><br>DEC 30 2024<br><br>U S BANKRUPTCY COURT<br>MARY A SCHOTT, CLERK<br><br>COURT USE ONLY |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor<br>495XB6J | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br><br>Enzo Chiarello, TD Direct Investing, 3500 Steeles Ave East, Markham, ONT L3R 0X1<br>Telephone Number 1-800-465-5463 | 3  Date Equity Interest was acquired<br>Between June 30-2022 and April 19-2023 |
| 4  Total amount of member interest  4 250 Shares for $3031 40 | 5  Certificate number(s) See Attached |

6  **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  Investor

7  **Supporting Documents** Attach copies of supporting documents, such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

8  **Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self addressed envelope and copy of this Proof of Interest

9  **Signature**
Check the appropriate box
☒ I am the creditor  ☐ I am the creditor s authorized agent  ☐ I am the trustee or the debtor,  ☐ I am a guarantor, surety, endorser or other codebtor
(Attach copy of power of attorney if any)  or their authorized agent  (See Bankruptcy Rule 3005)
(See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Enzo Chiarello
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)  Dec/18-2024  (Date)

Telephone number 705 945-1922    email enzochiarello@hotmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR ENZO CHIARELLO
589 MORIN ST
SAULT STE. MARIE ON  P6C 3G3

## Transaction Confirmation

**Account number and type**
495XB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 30, 2022

▸ **For settlement on:** July 05, 2022
▸ **Processed on:** June 30, 2022

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| You bought | META MATERIALS INC EP-531919 | | 1,750 | 1.0158 | |
| | | | Gross transaction amount | | USD 1,777.65 |
| **Ticker symbol: MMAT** | | Plus | Commission | | 9.99 |
| Security number: 43665R | | Plus | Premium on USD Funds converted at | | |
| CUSIP ID: 59134N104 | | | 30.84% | | 551.31 |
| Trade number: 006004 | | Equals | **Net transaction amount** | | **CAD $2,338.95** |
| Trade processed by: 9EON | | | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00095365 0000004047 20220630 59134N104 43665R

Page **1** of **1**



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR ENZO CHIARELLO
589 MORIN ST
SAULT STE. MARIE ON  P6C 3G3

**Account number and type**
495XB6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on April 17, 2023

▸ **For settlement on:** April 19, 2023
▸ **Processed on:** April 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 2,500 | 0.2199 | |
| | JG-598543 | 3,200 | 0.22 | |
| | | 5,700 | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005691
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,253.75 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.09% | 456.08 |
| *Equals* | **Net transaction amount** | **CAD $1,719.82** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00080057 0000004250 20230417 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1