NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792-nlb** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**RUSLANAS VRISTIUK**
**Flat 10 Potters Lodge**
**50 Manchester road**
**E14 3BE, London**
**United Kingdom**

Telephone Number: **+44 7888 8268 07**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 3 1 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**T212 Investment account 2479084**
**T212 ISA account 4084_18**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**Trading 212 UK Ltd, A denmary House,**
**10-15 Queen street, London, EC4N 1TX**
Telephone Number:

**3. Date Equity Interest was acquired:**
**Between dates Jan 04 2021 - October 31 2023**

**4. Total amount of member interest:** **10600 ( See in the documents provided )**

**5. Certificate number(s):** **See in the documents provided**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Ruslanas Vristiuk**
Title: **Individual**
Company: ___ Address and telephone number (if different from notice address above).

(Signature)   **12-03-2024** (Date)

Telephone number: **+44 7888 8268 07**   email: **russ.vristiuk@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



| Action | Time | ISIN | Ticker | Name | No of shares | Price / share | Currency (Price / Exchange rate) | Result | Currency |
|---|---|---|---|---|---|---|---|---|---|
| Market buy | 2021 01 04 14 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 72 USD | | 1 | USD |
| Market buy | 2021 01 04 18 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 7 USD | | 1 | USD |
| Market buy | 2021 01 06 14 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 83 USD | | 1 | USD |
| Limit buy | 2021 01 06 16 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 84 USD | | 1 | USD |
| Limit buy | 2021 01 06 19 1 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 89 USD | | 1 | USD |
| Market buy | 2021 01 25 14 4 | US59134N3026 | MMATQ | Meta Materials | 500 | 1 87 USD | | 1 | USD |
| Market buy | 2021 01 25 15 2 | US59134N3026 | MMATQ | Meta Materials | 400 | 2 09 USD | | 1 | USD |
| Limit buy | 2021-01-25 15 3 | US59134N3026 | MMATQ | Meta Materials | 200 | 2 USD | | 1 | USD |
| Limit buy | 2021 01 25 15 5 | US59134N3026 | MMATQ | Meta Materials | 200 | 1 88 USD | | 1 | USD |
| Limit buy | 2021 01 25 16 1 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 74 USD | | 1 | USD |
| Market buy | 2021-01-26 14 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 07 USD | | 1 | USD |
| Limit buy | 2021 01 27 18 5 | US59134N3026 | MMATQ | Meta Materials | 14 | 1 7 USD | | 1 | USD |
| Limit buy | 2021 01 27 18 5 | US59134N3026 | MMATQ | Meta Materials | 86 | 1 7 USD | | 1 | USD |
| Limit buy | 2021 04 29 15 1 | US59134N3026 | MMATQ | Meta Materials | 7 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04 29 15 1 | US59134N3026 | MMATQ | Meta Materials | 7 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 1200 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 600 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 1004 | 2 31 USD | | 1 | USD |
| Limit buy | 2021-04 29 15 1 | US59134N3026 | MMATQ | Meta Materials | 600 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 1200 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 7 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04 29 15 1 | US59134N3026 | MMATQ | Meta Materials | 2 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 600 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04 29 15 1 | US59134N3026 | MMATQ | Meta Materials | 600 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 600 | 2 31 USD | | 1 | USD |
| Limit buy | 2021 04-29 15 1 | US59134N3026 | MMATQ | Meta Materials | 73 | 2 31 USD | | 1 | USD |
| Limit sell | 2021 06 16 13 3 | US59134N3026 | MMATQ | Meta Materials | 1000 | 6 15 USD | | 1 | 3997 59 USD |
| Limit sell | 2021 06 16 13 3 | US59134N3026 | MMATQ | Meta Materials | 600 | 6 5 USD | | 1 | 2608 55 USD |
| Limit sell | 2021 06 16 13 4 | US59134N3026 | MMATQ | Meta Materials | 412 | 6 USD | | 1 | 1585 21 USD |
| Limit sell | 2021-06-16 13 4 | US59134N3026 | MMATQ | Meta Materials | 588 | 6 USD | | 1 | 2262 38 USD |
| Limit sell | 2021 06 16 13 5 | US59134N3026 | MMATQ | Meta Materials | 70 | 6 35 USD | | 1 | 293 83 USD |
| Limit sell | 2021 06 16 13 5 | US59134N3026 | MMATQ | Meta Materials | 46 | 6 35 USD | | 1 | 193 09 USD |
| Limit sell | 2021 06 16 13 5 | US59134N3026 | MMATQ | Meta Materials | 884 | 6 35 USD | | 1 | 3710 67 USD |
| Limit sell | 2021 06 16 13 5 | US59134N3026 | MMATQ | Meta Materials | 1000 | 6 4 USD | | 1 | 4247 59 USD |
| Limit sell | 2021 06-16 14 0 | US59134N3026 | MMATQ | Meta Materials | 1000 | 6 4 USD | | 1 | 4247 58 USD |
| Limit sell | 2021 06 16 14 0 | US59134N3026 | MMATQ | Meta Materials | 1000 | 6 6 USD | | 1 | 4447 59 USD |
| Limit buy | 2021 06-17 14 1 | US59134N3026 | MMATQ | Meta Materials | 2500 | 5 USD | | 1 | USD |
| Limit buy | 2021 06 21 16 2 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 8 USD | | 1 | USD |
| Limit buy | 2021 06 21 16 2 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 72 USD | | 1 | USD |
| Limit buy | 2021 06 21 16 2 | US59134N3026 | MMATQ | Meta Materials | 933 | 8 72 USD | | 1 | USD |
| Limit buy | 2021 06 21 16 2 | US59134N3026 | MMATQ | Meta Materials | 167 | 8 72 USD | | 1 | USD |
| Limit buy | 2021 06 21 17 2 | US59134N3026 | MMATQ | Meta Materials | 1300 | 9 1 USD | | 1 | USD |
| Stop sell | 2021 06 22 13 5 | US59134N3026 | MMATQ | Meta Materials | 2300 | 9 08 USD | | 1 | 7737 54 USD |
| Stop sell | 2021 06 22 13 5 | US59134N3026 | MMATQ | Meta Materials | 1895 | 9 09 USD | | 1 | 6392 68 USD |
| Stop sell | 2021 06 22 13 5 | US59134N3026 | MMATQ | Meta Materials | 3105 | 9 09 USD | | 1 | 10474 56 USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 2231 | 8 8 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 136 | 8 8 USD | | 1 | USD |
| Limit buy | 2021-06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 633 | 8 8 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 700 | 8 7 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 500 | 8 69 USD | | 1 | USD |
| Limit buy | 2021-06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 300 | 8 69 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 400 | 8 69 USD | | 1 | USD |
| Limit buy | 2021-06-22 15 3 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 69 USD | | 1 | USD |
| Limit buy | 2021-06-22 15 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 69 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 1100 | 8 69 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 400 | 8 69 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 800 | 8 69 USD | | 1 | USD |
| Limit buy | 2021 06 22 15 3 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 55 USD | | 1 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 4875 | 8 3 USD | | 1 | 2093 85 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 5 | 8 3 USD | | 1 | 2 15 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 3 USD | | 1 | -42 95 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 50 | 8 3 USD | | 1 | 21 48 USD |
| Stop sell | 2021-06-22 15 5 | US59134N3026 | MMATQ | Meta Materials | 1 | 8 3 USD | | 1 | 0 43 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 1002 | 8 3 USD | | 1 | -430 36 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 42 | 8 3 USD | | 1 | 18 04 USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 3 USD | | 1 | -42 95 USD |

| sult Total | Currency (Total) | Stamp duty reser | Currency (Stamp | Transaction fee | Finra fee | ID | Currency (Trans | Currency (Finra fee) |
|---:|---|---|---|---|---|---|---|---|
| 71 99 | USD | | | | | EOF736559361 | | |
| 70 26 | USD | | | | | EOF743920854 | | |
| 83 | USD | | | | | EOF756577855 | | |
| 84 | USD | | | | | EOF763232072 | | |
| 88 5 | USD | | | | | EOF767043126 | | |
| 935 | USD | | | | | EOF884598913 | | |
| 836 | USD | | | | | EOF885819701 | | |
| 400 | USD | | | | | EOF886842391 | | |
| 376 | USD | | | | | EOF886873873 | | |
| 174 | USD | | | | | EOF888002029 | | |
| 207 | USD | | | | | EOF893348321 | | |
| 23 8 | USD | | | | | EOF909680027 | | |
| 146 2 | USD | | | | | EOF909681883 | | |
| 16 17 | USD | | | | | EOF1311785174 | | |
| 16 17 | USD | | | | | EOF1311785175 | | |
| 2772 | USD | | | | | EOF1311785176 | | |
| 1386 | USD | | | | | EOF1311785177 | | |
| 2319 24 | USD | | | | | EOF1311785178 | | |
| 1386 | USD | | | | | EOF1311785179 | | |
| 2772 | USD | | | | | EOF1311785180 | | |
| 16 17 | USD | | | | | EOF1311785181 | | |
| 4 62 | USD | | | | | EOF1311785182 | | |
| 1386 | USD | | | | | EOF1311785183 | | |
| 1386 | USD | | | | | EOF1311785184 | | |
| 1386 | USD | | | | | EOF1311785185 | | |
| 168 63 | USD | | | | | EOF1311785186 | | |
| 6150 | USD | | | | | EOF1394205663 | | |
| 3900 | USD | | | | | EOF1394207623 | | |
| 2472 | USD | | | | | EOF1394216257 | | |
| 3528 | USD | | | | | EOF1394216258 | | |
| 444 5 | USD | | | | | EOF1395318125 | | |
| 292 1 | USD | | | | | EOF1395318126 | | |
| 5613 4 | USD | | | | | EOF1395318132 | | |
| 6400 | USD | | | | | EOF1395318218 | | |
| 6400 | USD | | | | | EOF1395320189 | | |
| 6600 | USD | | | | | EOF1395322024 | | |
| 12500 | USD | | | | | EOF1397619847 | | |
| 1760 | USD | | | | | EOF1404202460 | | |
| 1744 | USD | | | | | EOF1404202665 | | |
| 8135 76 | USD | | | | | EOF1404202788 | | |
| 1456 24 | USD | | | | | EOF1404202789 | | |
| 11830 | USD | | | | | EOF1404209819 | | |
| 20885 61 | USD | | | | | EOF1405461031 | | |
| 17225 55 | USD | | | | | EOF1405461032 | | |
| 28224 45 | USD | | | | | EOF1405461034 | | |
| 19632 8 | USD | | | | | EOF1406633206 | | |
| 1196 8 | USD | | | | | EOF1406633208 | | |
| 5570 4 | USD | | | | | EOF1406633209 | | |
| 6090 | USD | | | | | EOF1406633613 | | |
| 4345 | USD | | | | | EOF1406633747 | | |
| 2607 | USD | | | | | EOF1406633748 | | |
| 3474 | USD | | | | | EOF1406633749 | | |
| 1737 | USD | | | | | EOF1406633750 | | |
| 868 75 | USD | | | | | EOF1406633751 | | |
| 9557 46 | USD | | | | | EOF1406633752 | | |
| 3476 | USD | | | | | EOF1406633753 | | |
| 6952 | USD | | | | | EOF1406633754 | | |
| 1710 | USD | | | | | EOF1406633828 | | |
| 40462 5 | USD | | | | | EOF1406635897 | | |
| 41 5 | USD | | | | | EOF1406635898 | | |
| 830 | USD | | | | | EOF1406635900 | | |
| 415 | USD | | | | | EOF1406635901 | | |
| 8 3 | USD | | | | | EOF1406635902 | | |
| 8316 6 | USD | | | | | EOF1406635903 | | |
| 348 6 | USD | | | | | EOF1406635904 | | |
| 830 | USD | | | | | EOF1406635905 | | |

| Type | Date | ISIN | Symbol | Name | Qty | Price | | Ratio | Value | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 3 | USD | 1 | -42 95 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 5 | 8 3 | USD | 1 | 2 15 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 3 | USD | 1 | -42 95 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 50 | 8 3 | USD | 1 | 21 48 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 1000 | 8 3 | USD | 1 | -429 5 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 10 | 8 3 | USD | _1 | -4 3 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 10 | 8 3 | USD | 1 | -4 3 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 50 | 8 3 | USD | 1 | 21 47 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 20 | 8 3 | USD | 1 | 8 59 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 20 | 8 3 | USD | 1 | 8 59 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 3 | USD | 1 | -42 95 | USD |
| Stop sell | 2021 06 22 15 5 | US59134N3026 | MMATQ | Meta Materials | 60 | 8 3 | USD | 1 | 25 77 | USD |
| Limit buy | 2021 06 22 16 4 | US59134N3026 | MMATQ | Meta Materials | 1031 | 7 9 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 4 | US59134N3026 | MMATQ | Meta Materials | 10 | 7 9 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 4 | US59134N3026 | MMATQ | Meta Materials | 959 | 7 9 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 4 | US59134N3026 | MMATQ | Meta Materials | 199 | 7 9 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 4 | US59134N3026 | MMATQ | Meta Materials | 200 | 7 9 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 5 | US59134N3026 | MMATQ | Meta Materials | 2000 | 8 15 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 5 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 1 | USD | 1 | | USD |
| Limit buy | 2021 06-22 16 5 | US59134N3026 | MMATQ | Meta Materials | 1859 | 8 1 | USD | 1 | | USD |
| Limit buy | 2021 06 22 16 5 | US59134N3026 | MMATQ | Meta Materials | 41 | 8 1 | USD | 1 | | USD |
| Limit buy | 2021 06 22 17 0 | US59134N3026 | MMATQ | Meta Materials | 1400 | 8 15 | USD | 1 | | USD |
| Limit buy | 2021 06 22 17 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 05 | USD | 1 | | USD |
| Market buy | 2021 06 22 17 3 | US59134N3026 | MMATQ | Meta Materials | 1 | 8 07 | USD | 1 | | USD |
| Limit buy | 2021 06-22 19 1 | US59134N3026 | MMATQ | Meta Materials | 100 | 7 95 | USD | 1 | | USD |
| Limit sell | 2021 08 09 17 1 | US59134N3026 | MMATQ | Meta Materials | 300 | 3 6 | USD | 1 | 3755 26 | USD |
| Limit buy | 2021 10 22 13 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 4 4 | USD | 1 | | USD |
| Market sell | 2022 06 24 17 2 | US59134N3026 | MMATQ | Meta Materials | 3800 | 1 43 | USD | 1 | 54640 91 | USD |
| Limit buy | 2022 06 24 19 5 | US59134N3026 | MMATQ | Meta Materials | 1000 | 1 17 | USD | 1 | | USD |
| Limit buy | 2022 07 14 13 4 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 91 | USD | 1 | | USD |
| Market buy | 2023 04 18 13 3 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 22 | USD | 1 | | USD |
| Limit sell | 2023 09 20 13 3 | US59134N3026 | MMATQ | Meta Materials | 1200 | 0 22 | USD | 1 | 1025 12 | USD |

| Amount | Currency | Reference |
|---|---|---|
| 830 | USD | EOF1406635906 |
| 41 5 | USD | EOF1406635907 |
| 830 | USD | EOF1406635908 |
| 415 | USD | EOF1406635909 |
| 8300 | USD | EOF1406635910 |
| 83 | USD | EOF1406635911 |
| 83 | USD | EOF1406635912 |
| 415 | USD | EOF1406635913 |
| 166 | USD | EOF1406635914 |
| 166 | USD | EOF1406635915 |
| 830 | USD | EOF1406635916 |
| 498 | USD | EOF1406635917 |
| 8144 9 | USD | EOF1406641286 |
| 79 | USD | EOF1406641288 |
| 7576 1 | USD | EOF1406641289 |
| 1572 1 | USD | EOF1406641586 |
| 1580 | USD | EOF1406641587 |
| 16300 | USD | EOF1406642335 |
| 810 | USD | EOF1406642402 |
| 15057 9 | USD | EOF1406642420 |
| 332 1 | USD | EOF1406642421 |
| 11410 | USD | EOF1406643018 |
| 805 | USD | EOF1406645447 |
| 8 07 | USD | EOF1406645506 |
| 795 | USD | EOF1406653875 |
| 1080 | USD | EOF1487850186 |
| 440 | USD | EOF1624479334 |
| 5434 | USD | EOF1957777265 |
| 1170 | USD | EOF1957784908 |
| 90 9 | USD | EOF1978757302 |
| 22 22 | USD | EOF2367354966 |
| 258 | USD | EOF3653014666 |

| Type | Date | ISIN | Ticker | Symbol | Quantity | Price | Currency | Value | P/L |
|---|---|---|---|---|---|---|---|---|---|
| Stop sell | 2021 06-22 15 54 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 28 | USD | 1 39192 | 36 8 |
| Limit buy | 2021 06-22 16 39 04 | US59134N3026 | MMATQ | Meta Materials | 1518 | 8 | USD | 1 39343 | |
| Limit buy | 2021 06-22 16 39 04 | US59134N3026 | MMATQ | Meta Materials | 882 | 8 | USD | 1 39346 | |
| Stop sell | 2021 06-22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39382 | 5 5 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39383 | 5 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 800 | 8 04 | USD | 1 39383 | 21 6 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021-06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39383 | 2 8 |
| Stop sell | 2021-06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39382 | 5 4 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06-22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 300 | 8 04 | USD | 1 39383 | 8 1 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Limit buy | 2021 06 22 17 04 15 | US59134N3026 | MMATQ | Meta Materials | 2000 | 8 1 | USD | 1 39392 | |
| Limit buy | 2021 06 22 17 32 54 | US59134N3026 | MMATQ | Meta Materials | 600 | 8 | USD | 1 39401 | |
| Limit buy | 2021 10 04 14 50 49 | US59134N3026 | MMATQ | Meta Materials | 200 | 5 25 | USD | 1 36239 | |
| Limit buy | 2021-10 19 13 33 39 | US59134N3026 | MMATQ | Meta Materials | 200 | 4 85 | USD | 1 38121 | |
| Limit buy | 2021 10 22 13 33 47 | US59134N3026 | MMATQ | Meta Materials | 200 | 4 4 | USD | 1 37823 | |
| Limit buy | 2021-10 26 16 36 47 | US59134N3026 | MMATQ | Meta Materials | 100 | 4 55 | USD | 1 3767 | |
| Limit buy | 2022 01 21 14 33 14 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 82 | USD | 1 35598 | |
| Limit buy | 2022 01 21 14 53 31 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 8 | USD | 1 35562 | |
| Limit buy | 2022 01 21 17 16 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 8 | USD | 1 35572 | |
| Limit buy | 2022 01 21 18 19 26 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 79 | USD | 1 35595 | |
| Limit buy | 2022 01 27 15 23 40 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 55 | USD | 1 33874 | |
| Limit buy | 2022 01 27 20 16 07 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 43 | USD | 1 33782 | |
| Limit buy | 2022 04 07 14 21 26 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 55 | USD | 1 30669 | |
| Limit buy | 2022 04 13 17 26 17 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 56 | USD | 1 31026 | |
| Market sell | 2022 06 16 13 30 11 | US59134N3026 | MMATQ | Meta Materials | 2800 | 1 5 | USD | 1 22638 | -15074 6 |
| Limit buy | 2022-06-28 17 11 06 | US59134N3026 | MMATQ | Meta Materials | 1000 | 1 07 | USD | 1 21837 | |
| Limit buy | 2022-06 30 13 46 31 | US59134N3026 | MMATQ | Meta Materials | 1000 | 1 02 | USD | 1 2148 | |
| Market buy | 2022-09 29 15 19 41 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 66 | USD | 1 10386 | |
| Market buy | 2022 10 03 13 47 45 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 63 | USD | 1 12099 | |
| Limit buy | 2022 11-08 14 32 48 | US59134N3026 | MMATQ | Meta Materials | 90 | 1 35 | USD | 1 14655 | |
| Market buy | 2022 11-08 14 35 32 | US59134N3026 | MMATQ | Meta Materials | 10 | 1 4 | USD | 1 1466 | |
| Limit buy | 2022-11-16 16 06 16 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 72 | USD | 1 18948 | |
| Market buy | 2022-11-22 14 46 50 | US59134N3026 | MMATQ | Meta Materials | 900 | 2 05 | USD | 1 1878 | |
| Market buy | 2022 11-22 14 54 50 | US59134N3026 | MMATQ | Meta Materials | 1800 | 2 03 | USD | 1 1875 | |
| Market buy | 2022 11 22 15 01 12 | US59134N3026 | MMATQ | Meta Materials | 300 | 2 03 | USD | 1 18706 | |
| Limit buy | 2022 11-22 15 09 00 | US59134N3026 | MMATQ | Meta Materials | 300 | 2 03 | USD | 1 18727 | |
| Market buy | 2022-11-22 15 24 19 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18838 | |
| Market buy | 2022-11-22 15 42 49 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 1 | USD | 1 18758 | |
| Market buy | 2022-11-22 16 18 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18713 | |
| Market buy | 2022 11-22 16 19 14 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18727 | |
| Market buy | 2022 11-22 16 29 44 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18685 | |
| Market buy | 2023 04 24 13 43 43 | US59134N3026 | MMATQ | Meta Materials | 6248 2461 | 0 2 | USD | 1 24384 | |
| Limit buy | 2023 07-06 17 36 30 | US59134N3026 | MMATQ | Meta Materials | 1000 | 0 19 | USD | 1 27292 | |
| Limit buy | 2023 09-18 15 35 36 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 21 | USD | 1 23937 | |
| Limit buy | 2023 09 28 18 30 31 | US59134N3026 | MMATQ | Meta Materials | 600 | 0 19 | USD | 1 21981 | |
| Limit buy | 2023-10 19 19 05 41 | US59134N3026 | MMATQ | Meta Materials | 547 154985 | 0 19 | USD | 1 21477 | |
| Limit buy | 2023-10 19 19 24 58 | US59134N3026 | MMATQ | Meta Materials | 52 845015 | 0 19 | USD | 1 21448 | |
| Limit buy | 2023 10 20 14 45 43 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 18 | USD | 1 21449 | |
| Limit buy | 2023 10 23 14 03 35 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 15 | USD | 1 21753 | |
| Limit buy | 2023 10-30 15 39 25 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 13 | USD | 1 21624 | |
| Limit buy | 2023-10 31 13 50 19 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 12 | USD | 1 21428 | |





| Col1 | Amount | Ref1 | Ref2 | Amount2 |
|---|---|---|---|---|
| BP | 593 97 GBP | | EOF1406240685 | 0 89 GBP |
| BP | 8728 27 GBP | | EOF1406246230 | 13 09 GBP |
| BP | 5071 23 GBP | | EOF1406246232 | 7 61 GBP |
| BP | 1152 07 GBP | | EOF1406248017 | 1 73 GBP |
| BP | 1152 21 GBP | | EOF1406248018 | 1 73 GBP |
| BP | 575 97 GBP | | EOF1406248019 | 0 86 GBP |
| BP | 4607 71 GBP | | EOF1406248020 | 6 91 GBP |
| BP | 575 97 GBP | | EOF1406248021 | 0 86 GBP |
| BP | 576 11 GBP | | EOF1406248022 | 0 86 GBP |
| BP | 575 97 GBP | | EOF1406248023 | 0 86 GBP |
| BP | 1151 93 GBP | | EOF1406248024 | 1 73 GBP |
| BP | 575 97 GBP | | EOF1406248025 | 0 86 GBP |
| BP | 575 97 GBP | | EOF1406248026 | 0 86 GBP |
| BP | 1727 89 GBP | | EOF1406248027 | 2 59 GBP |
| BP | 575 97 GBP | | EOF1406248028 | 0 86 GBP |
| BP | 11639 36 GBP | | EOF1406248739 | 17 46 GBP |
| BP | 3448 47 GBP | | EOF1406251654 | 5 17 GBP |
| BP | 771 86 GBP | | EOF1580042953 | 1 16 GBP |
| BP | 703 34 GBP | | EOF1617775112 | 1 06 GBP |
| BP | 639 46 GBP | | EOF1623481053 | 0 96 GBP |
| BP | 331 GBP | | EOF1632622267 | 0 5 GBP |
| BP | 134 42 GBP | | EOF1758905785 | 0 2 GBP |
| BP | 132 98 GBP | | EOF1758918333 | 0 2 GBP |
| BP | 132 97 GBP | | EOF1758952127 | 0 2 GBP |
| BP | 132 21 GBP | | EOF1759906896 | 0 2 GBP |
| BP | 115 95 GBP | | EOF1767522765 | 0 17 GBP |
| BP | 107 05 GBP | | EOF1768707548 | 0 16 GBP |
| BP | 118 8 GBP | | EOF1865302541 | 0 18 GBP |
| BP | 119 24 GBP | | EOF1872966499 | 0 18 GBP |
| BP | 3419 55 GBP | | EOF1949853656 | 5 14 GBP |
| BP | 879 54 GBP | | EOF1961977466 | 1 32 GBP |
| BP | 840 9 GBP | | EOF1964165009 | 1 26 GBP |
| BP | 120 05 GBP | | EOF2071274193 | 0 18 GBP |
| BP | 56 61 GBP | | EOF2076436490 | 0 08 GBP |
| BP | 106 13 GBP | | EOF2128898550 | 0 16 GBP |
| BP | 12 23 GBP | | EOF2128899597 | 0 02 GBP |
| BP | 144 82 GBP | | EOF2141096184 | 0 22 GBP |
| BP | 1555 62 GBP | | EOF2147317184 | 2 33 GBP |
| BP | 3081 67 GBP | | EOF2147318028 | 4 62 GBP |
| BP | 513 8 GBP | | EOF2147319240 | 0 77 GBP |
| BP | 513 71 GBP | | EOF2147320140 | 0 77 GBP |
| BP | 171 08 GBP | | EOF2147322171 | 0 26 GBP |
| BP | 177 1 GBP | | EOF2147324835 | 0 27 GBP |
| BP | 171 26 GBP | | EOF2147329131 | 0 26 GBP |
| BP | 171 24 GBP | | EOF2147329319 | 0 26 GBP |
| BP | 171 3 GBP | | EOF2147330565 | 0 26 GBP |
| BP | 1005 67 GBP | EOF2376367500 | 1 51 GBP | |
| BP | 147 99 GBP | EOF3155323145 | 0 22 GBP | |
| BP | 84 85 GBP | EOF3601037122 | 0 13 GBP | |
| BP | 94 63 GBP | EOF4050841560 | 0 14 GBP | |
| BP | 86 61 GBP | EOF4950898200 | 0 13 GBP | |
| BP | 8 36 GBP | EOF4950899699 | 0 01 GBP | |
| BP | 30 12 GBP | EOF5000638077 | 0 05 GBP | |
| BP | 24 68 GBP | EOF5101600770 | 0 04 GBP | |
| BP | 54 14 GBP | EOF5400545634 | 0 08 GBP | |
| BP | 51 18 GBP | EOF5449960236 | 0 08 GBP | |

| Type | Date/Time | ISIN | Ticker | Name | Quantity | Price | Currency | Amount | Extra |
|---|---|---|---|---|---|---|---|---|---|
| Stop sell | 2021 06 22 15 54 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 28 | USD | 1 39192 | 36 8 |
| Limit buy | 2021 06 22 16 39 04 | US59134N3026 | MMATQ | Meta Materials | 1518 | 8 | USD | 1 39343 | |
| Limit buy | 2021 06 22 16 39 04 | US59134N3026 | MMATQ | Meta Materials | 882 | 8 | USD | 1 39346 | |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39382 | 5 5 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39383 | 5 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 800 | 8 04 | USD | 1 39383 | 21 6 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39383 | 2 8 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 200 | 8 04 | USD | 1 39382 | 5 4 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 300 | 8 04 | USD | 1 39383 | 8 1 |
| Stop sell | 2021 06 22 16 55 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 8 04 | USD | 1 39382 | 2 7 |
| Limit buy | 2021 06 22 17 04 15 | US59134N3026 | MMATQ | Meta Materials | 2000 | 8 1 | USD | 1 39392 | |
| Limit buy | 2021 06 22 17 32 54 | US59134N3026 | MMATQ | Meta Materials | 600 | 8 | USD | 1 39401 | |
| Limit buy | 2021 10 04 14 50 49 | US59134N3026 | MMATQ | Meta Materials | 200 | 5 25 | USD | 1 36239 | |
| Limit buy | 2021 10 19 13 33 39 | US59134N3026 | MMATQ | Meta Materials | 200 | 4 85 | USD | 1 38121 | |
| Limit buy | 2021 10 22 13 33 47 | US59134N3026 | MMATQ | Meta Materials | 200 | 4 4 | USD | 1 37823 | |
| Limit buy | 2021 10-26 16 36 47 | US59134N3026 | MMATQ | Meta Materials | 100 | 4 55 | USD | 1 3767 | |
| Limit buy | 2022 01-21 14 33 14 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 82 | USD | 1 35598 | |
| Limit buy | 2022 01-21 14 53 31 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 8 | USD | 1 35562 | |
| Limit buy | 2022 01 21 17 16 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 8 | USD | 1 35572 | |
| Limit buy | 2022 01 21 18 19 26 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 79 | USD | 1 35595 | |
| Limit buy | 2022 01 27 15 23 40 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 55 | USD | 1 33874 | |
| Limit buy | 2022 01 27 20 16 07 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 43 | USD | 1 33782 | |
| Limit buy | 2022 04 07 14 21 26 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 55 | USD | 1 30669 | |
| Limit buy | 2022 04 13 17 26 17 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 56 | USD | 1 31026 | |
| Market sell | 2022 06 16 13 30 11 | US59134N3026 | MMATQ | Meta Materials | 2800 | 1 5 | USD | 1 22638 | 15074 6 |
| Limit buy | 2022 06 28 17 11 06 | US59134N3026 | MMATQ | Meta Materials | 1000 | 1 07 | USD | 1 21837 | |
| Limit buy | 2022 06 30 13 46 31 | US59134N3026 | MMATQ | Meta Materials | 1000 | 1 02 | USD | 1 2148 | |
| Market buy | 2022 09 29 15 19 41 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 66 | USD | 1 10386 | |
| Market buy | 2022 10 03 13 47 45 | US59134N3026 | MMATQ | Meta Materials | 100 | 0 63 | USD | 1 12099 | |
| Limit buy | 2022 11-08 14 32 48 | US59134N3026 | MMATQ | Meta Materials | 90 | 1 35 | USD | 1 14655 | |
| Market buy | 2022 11-08 14 35 32 | US59134N3026 | MMATQ | Meta Materials | 10 | 1 4 | USD | 1 1466 | |
| Limit buy | 2022 11-16 16 06 16 | US59134N3026 | MMATQ | Meta Materials | 100 | 1 72 | USD | 1 18948 | |
| Market buy | 2022 11-22 14 46 50 | US59134N3026 | MMATQ | Meta Materials | 900 | 2 05 | USD | 1 1878 | |
| Market buy | 2022 11-22 14 54 50 | US59134N3026 | MMATQ | Meta Materials | 1800 | 2 03 | USD | 1 1875 | |
| Market buy | 2022 11-22 15 01 12 | US59134N3026 | MMATQ | Meta Materials | 300 | 2 03 | USD | 1 18706 | |
| Limit buy | 2022 11-22 15 09 00 | US59134N3026 | MMATQ | Meta Materials | 300 | 2 03 | USD | 1 18727 | |
| Market buy | 2022 11-22 15 24 19 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18838 | |
| Market buy | 2022 11-22 15 42 49 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 1 | USD | 1 18758 | |
| Market buy | 2022 11 22 16 18 05 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18713 | |
| Market buy | 2022 11-22 16 19 14 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18727 | |
| Market buy | 2022 11-22 16 29 44 | US59134N3026 | MMATQ | Meta Materials | 100 | 2 03 | USD | 1 18685 | |
| Market buy | 2023 04 24 13 43 43 | US59134N3026 | MMATQ | Meta Materials | 6248 2461 | 0 2 | USD | 1 24384 | |
| Limit buy | 2023 07 06 17 36 30 | US59134N3026 | MMATQ | Meta Materials | 1000 | 0 19 | USD | 1 27292 | |
| Limit buy | 2023 09-18 15 35 36 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 21 | USD | 1 23937 | |
| Limit buy | 2023 09-28 18 30 31 | US59134N3026 | MMATQ | Meta Materials | 600 | 0 19 | USD | 1 21981 | |
| Limit buy | 2023 10-19 19 05 41 | US59134N3026 | MMATQ | Meta Materials | 547 154985 | 0 19 | USD | 1 21477 | |
| Limit buy | 2023 10-19 19 24 58 | US59134N3026 | MMATQ | Meta Materials | 52 845015 | 0 19 | USD | 1 21448 | |
| Limit buy | 2023 10-20 14 45 43 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 18 | USD | 1 21449 | |
| Limit buy | 2023 10-23 14 03 35 | US59134N3026 | MMATQ | Meta Materials | 200 | 0 15 | USD | 1 21753 | |
| Limit buy | 2023 10-30 15 39 25 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 13 | USD | 1 21624 | |
| Limit buy | 2023 10-31 13 50 19 | US59134N3026 | MMATQ | Meta Materials | 500 | 0 12 | USD | 1 21428 | |





| ID | Amount |
|---|---|
| EOF1406240685 | 0 89 GBP |
| EOF1406246230 | 13 09 GBP |
| EOF1406246232 | 7 61 GBP |
| EOF1406248017 | 1 73 GBP |
| EOF1406248018 | 1 73 GBP |
| EOF1406248019 | 0 86 GBP |
| EOF1406248020 | 6 91 GBP |
| EOF1406248021 | 0 86 GBP |
| EOF1406248022 | 0 86 GBP |
| EOF1406248023 | 0 86 GBP |
| EOF1406248024 | 1 73 GBP |
| EOF1406248025 | 0 86 GBP |
| EOF1406248026 | 0 86 GBP |
| EOF1406248027 | 2 59 GBP |
| EOF1406248028 | 0 86 GBP |
| EOF1406248739 | 17 46 GBP |
| EOF1406251654 | 5 17 GBP |
| EOF1580042953 | 1 16 GBP |
| EOF1617775112 | 1 06 GBP |
| EOF1623481053 | 0 96 GBP |
| EOF1632622267 | 0 5 GBP |
| EOF1758905785 | 0 2 GBP |
| EOF1758918333 | 0 2 GBP |
| EOF1758952127 | 0 2 GBP |
| EOF1759906896 | 0 2 GBP |
| EOF1767522765 | 0 17 GBP |
| EOF1768707548 | 0 16 GBP |
| EOF1865302541 | 0 18 GBP |
| EOF1872966499 | 0 18 GBP |
| EOF1949853656 | 5 14 GBP |
| EOF1961977466 | 1 32 GBP |
| EOF1964165009 | 1 26 GBP |
| EOF2071274193 | 0 18 GBP |
| EOF2076436490 | 0 08 GBP |
| EOF2128898550 | 0 16 GBP |
| EOF2128899597 | 0 02 GBP |
| EOF2141096184 | 0 22 GBP |
| EOF2147317184 | 2 33 GBP |
| EOF2147318028 | 4 62 GBP |
| EOF2147319240 | 0 77 GBP |
| EOF2147320140 | 0 77 GBP |
| EOF2147322171 | 0 26 GBP |
| EOF2147324835 | 0 27 GBP |
| EOF2147329131 | 0 26 GBP |
| EOF2147329319 | 0 26 GBP |
| EOF2147330565 | 0 26 GBP |
| EOF2376367500 | 1 51 GBP |
| EOF3155323145 | 0 22 GBP |
| EOF3601037122 | 0 13 GBP |
| EOF4050841560 | 0 14 GBP |
| EOF4950898200 | 0 13 GBP |
| EOF4950899695 | 0 01 GBP |
| EOF5000638077 | 0 05 GBP |
| EOF5101600770 | 0 04 GBP |
| EOF5400545634 | 0 08 GBP |
| EOF5449960236 | 0 08 GBP |