NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS INC.

Case Number: 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

SANTOS TRAQUINO
27 COLESTRETE CLOSE
STEVENAGE, HERTFORDSHIRE, ENGLAND
SG1 1RG    UNITED KINGDOM

Telephone Number: +447908570578

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 31 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

TRADING212  8437424

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

SANTOS TRAQUINO
27 COLESTRETE CLOSE, STEVENAGE, HERTS,
SG1 1RG. UNITED KINGDOM
Telephone Number: +447908670578

**3.** Date Equity Interest was acquired:
~~27/05/2021~~  23/06/2021

**4.** Total amount of member interest: 200

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box. ☑ SHAREHOLDER
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: SANTOS TRAQUINO
Title: MR
Company: Address and telephone number (if different from notice address above): N/A

(Signature)  (Date) 14/12/24

Telephone number: +447908670578
email: AGRADICER@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Contract Note Statement from Trading 212
messages

Trading 212 <noreply@trading212.com>  
to agradicer@gmail.com                                                                                              Thu 8 Jul 2021 at 07

# TRADING 212

## Contract Note Statement from Trading212.com

| Client. | Santos Traquino |
|---|---|
| Account number | 3977648 |
| Account type | INVEST |
| Currency | GBP |

We confirm the following transactions for 2021-07-08

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue | Exchange rate | Total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1430995687 | NLST/US64118P1093 | Sell | 50 | 3.2044 GBP | 160.22 GBP | 07 07 2021 | 16 23 41 | 0.24 GBP | 0 GBP | MARKET | Over the Counter (OTC) | 0.72499 | 0.24 GBP |

* All transactions execution times are GMT

Trading 212 is a trading name of Trading 212 UK Ltd

Trading 212 UK Ltd is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Register number 609146)

This information does not represent investment advice, recommendation or inducement to buy or sell financial instruments

The value of investment in stocks and shares can fall as well as rise so you may get back less than you invested. Past performance is no guarantee of future results

This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it from your system

Trading 212 <noreply@trading212.com>                                                                                Thu 8 Jul 2021
to agradicer@gmail.com

# TRADING 212

## Contract Note Statement from Trading212.com

| Client. | Santos Traquino |
|---|---|
| Account number | 3977649 |
| Account type | ISA |
| Currency | GBP |

We confirm the following transactions for 2021 07 08

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue | Exchange rate | Total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1371671003 | AMC/US00165C1045 | Buy | 6 | 33.8695 GBP | 203.22 GBP | 07 07 2021 | 16 25 11 | 0.31 GBP | 0 GBP | MARKET | Over the Counter (OTC) | 0.72525 | 203.53 GBP |
| 2 | POS1405641942 | MMAT/US29134N1046 | Buy | 9 | 4.6121 GBP | 41.51 GBP | 07 07 2021 | 16 30 21 | 0.06 GBP | 0 GBP | MARKET | Over the Counter (OTC) | 0.72518 | 41.57 GBP |

| № | ID | Opening time | Direction | Quantity | Instrument | Price | Closing time | Closed by | Closing price | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | POS1352765080 | 2021.05.24 17:10 | Buy | 40 | SPCE | 24.5355 | 2021.06.02 21:09 | EO1370518559 | 31.1 | 184.45 |
| 14 | POS1362000280 | 2021.05.28 18:32 | Buy | 10 | AMC | 27.31 | 2021.06.02 19:31 | EO1369292019 | 55.97 | 202.58 |
| | | | | | | | | | | 289.03 |

Please note, transactions executed on an exchange are settled with a delay of typically two or three days, per the specific rules of the given market. This settlement period may be extended beyond this standard cycle due to operational factors in certain rare circumstances. As explained in Clause 7 of the Terms of Business, in the improbable event that a transaction fails to settle at all, then the transaction will be cancelled, meaning your account would be restored to the state it would have been in had the transaction not occurred. Your contract note, received at the time of a transaction, will state if the specific transaction was executed on an exchange.

## Positions summary

Open positions at the end of the day:

| № | ID | Time | Direction | Quantity | Instrument | Price | Market price | Margin |
|---|---|---|---|---|---|---|---|---|
| 1 | POS1371671003 | 2021.06.03 16:31 | Buy | 120 | AMC | 53.32633333 | 56.55 | 0 |
| 2 | POS1405641942 | 2021.06.22 16:30 | Buy | 100 | MMAT | 17.13 | 7.45 | 0 |
| 3 | POS1411717928 | 2021.06.24 21:55 | Buy | 10 | CRSP | 137.697 | 161.59 | 0 |
| | | | | | | | | 0 |

## A/C Summary:

| | | | | |
|---|---|---|---|---|
| Account currency: | GBP | | | |
| Opening balance: | 6245.78 | Equity: | 6761.07 |
| Net swaps | 0 | Margin requirement: | 0 |
| Commissions and fees: | -46.87 | Bonus non-withdrawable: | 0 |
| Equity charges and fees: | -0.2 | Available margin: | 0 |
| Closed positions result: | 289.03 | | |
| Deposit/Withdrawal: | 520.41 | | |
| Dividends: | 0 | | |
| Account adjustments: | 0 | | |
| Closing balance: | 7008.15 | | |

\* Important: Please note that it is your responsibility to check your monthly statements and inform us of any discrepancies within one working day. After this period all deals will be deemed confirmed by you.

\* All transactions' execution times are GMT+2.



| ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|
| SG127083D | 8437424 | Santos Traquino |

# Confirmation of holdings
## as of 10/12/2022

**Trading 212 Invest**
Holdings value 1 620 02 GBP

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Netlist Inc | US64118P1093 | 1000 | USD 1 199 |
| Magic Empire Global Ltd | VGG5865E1051 | 430 | USD 1 84 |



This document is electronically generated and it doesn't require signing
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd on behalf of the client as of the closing times of the respective exchanges on the specified date This includes the closing of the US after-hours session which may extend into the following day
Prices are relevant to the closing prices at the end of the trading session for the specified date

When investing your capital is at risk. Investments can rise and fall and you may get back less than you invested Trading 212 is a trading name of Trading 212 UK Ltd Trading 212 Markets Ltd Trading 212 AU PTY LTD and Trading 212 Ltd Trading 212 UK Ltd is registered in England and Wales (Company number 08590005) Registered address Aldermary House 10-15 Queen Street London EC4N 1TX Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146



# TRADING 212

| | ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|---|
| | SG127083D | 8437424 | Santos Traquino |

## Trading 212 Stocks ISA
Holdings value 1 340 82 GBP

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| AMC Entertainment Holdings Inc | US00165C3025 | 180 | USD 5 94 |
| Meta Materials – Preferred share | US59134N2036 | 200 | USD 2 89 |

*Confirmation of holding after U3 Halt.*

This document is electronically generated and it doesn t require signing
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd on behalf of the client as of the closing times of the respective exchanges on the specified date This includes the closing of the US after-hours session which may extend into the following day
Prices are relevant to the closing prices at the end of the trading session for the specified date

When investing your capital is at risk Investments can rise and fall and you may get back less than you invested Trading 212 is a trading name of Trading 212 UK Ltd Trading 212 Markets Ltd Trading 212 AU PTY LTD and Trading 212 Ltd Trading 212 UK Ltd is registered in England and Wales (Company number 08590005) Registered address Aldermary House 10-15 Queen Street London EC4N 1TX Trading 212 UK Ltd is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146)