NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** <br> Meta Materials Inc | **Case Number** <br> BK-24-50792-HLB | |

**1   Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Gary Kudrna
11134 Green River Dr
Dickinson, ND 58601

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

DEC 31 2024

U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

Telephone Number
1-(701) 290-8406

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor (last 4 digits only) <br> 9402 | Check here if this Proof of Interest <br> ☐ replaces a previously filed Proof of Interest dated _____ <br> ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Robin hood

Telephone Number   1(650) 761-7789

**3   Date Equity Interest was acquired**
June 28, 2021
July 8, 2021
Sept 2, 2021
Jan 28, 2024

**4   Total amount of member interest**  37 ea

**5   Certificate number(s)** _____

**6   Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description   Investor

**7   Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS   If the documents are not available, explain If the documents are voluminous, attach a summary

**8   Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9   Signature**
Check the appropriate box
☑ I am the interest holder
☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief

Print Name   Gary Kudrna
Title
Company   Address and telephone number (if different from notice address above)

(Signature)  _Gary Kudrna_    (Date) 12-26-2024

Telephone number 1-701-290-8406   Email garyakudrna@gmail.com

**Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both   18 U S C §§ 152 AND 3571**

7:20 .ıl LTE 53

◂ Gmail

View MMAT

# Reverse split

Meta Materials

**Account**
Individual

**Date received**
Jun 28, 2021

**Split amount**
1 for 2

**Previous shares**
4,786.655623

**New shares**
2,393

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our **Help Center**.

7:19 ◀ Gmail .ıl LTE 54

< View MMAT

# Limit buy

Meta Materials

Account
Individual

Order status
Filled

Submitted
Jul 8, 2021

Time in Force
Good for day

Entered in
Shares

Entered quantity
600

Limit price
$5.55

Filled
Jul 8, 2021 at 7:35 AM

Filled quantity
600 shares at $5.55

Filled notional
$3,330.00

View trade confirmation

7:16 ◀ Gmail .ıl LTE 5G

View MMAT

# Limit buy

Meta Materials

**Account**
Individual

**Order status**
Filled

**Submitted**
Sep 2, 2021

**Time in Force**
Good for day

**Entered in**
Shares

**Entered quantity**
650

**Limit price**
$5.77

**Filled**
Sep 2, 2021 at 3:13 PM

**Filled quantity**
650 shares at $5.76

**Filled notional**
$3,744.00

View trade confirmation



# Reverse split
Meta Materials

**Account**
Individual

**Date received**
Jan 28, 2024

**Split amount**
1 for 100

**Previous shares**
3,643

**New shares**
36

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our **Help Center**.



