NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Brad Davis
   4771 Sweetwater Blvd 188
   S.L., TX. 77479

   Telephone Number: ~~[redacted]~~

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   JAN 01 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY
   AND FILED
   JAN 02 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

   Account or other number by which Interest holder identifies Debtor (last 4 digits only): 2 Accts ~~[redacted]~~-5894 + ~~[redacted]~~-9627

   Check here if this Proof of Interest:
   ☐ replaces a previously filed Proof of Interest dated: _____
   ☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Brad Davis
   Charles Schwab 211 Main St SF CA 94105
   Telephone Number: 800-435-8000

3. Date Equity Interest was acquired:
   Oct 10, 2022 — April 14, 2023
   See attached

4. Total amount of member interest: 324,000 (310,000 + 14,000)

5. Certificate number(s): See attached stmts

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Brad Davis
   Title:
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) [signature]    12-12-2024 (Date)
   Telephone number: ~~[redacted]~~    email: ~~[redacted]~~

   *Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

   Print Form | Save Form | Clear Form

December 12, 2024

US Bankruptcy Court
Foley Federal Building and
US Courthouse
Attn: Court Clerk
300 Las Vegas Blvd. South
LV, NV. 89101

Re: Notice of Redaction

My name is Brad Davis, I am submitting a notice of redaction for my proof of interest form regarding Meta Materials, case 24-50792.

I have included a unredacted copy as well and my $28 check for processing

Thank you,

Brad Davis
4771 Sweetwater Blvd. 188
SL, TX. 77479