NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: **META MATERIALS INC**

Case Number: **24-50792**

RECEIVED AND FILED
JAN 02 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Bart Willems
   Diepvenneke 51
   2350 Vosselaar
   Belgium

   Telephone Number: +32 478 56 95 73

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**0661374**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   KBC Bank NV (Bolero) - Havenlaan 2 - 1080 Brussels (Belgium)

   Telephone Number: +32 3 283 29 81

3. Date Equity Interest was acquired:
   Share were acquired between 10/12/2020 and 13/09/2023
   More details are in the attached documentation

4. Total amount of member interest: 120 shares (post splitt)

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Bart Willems
   Title:
   Company: ___ Address and telephone number (if different from notice address above): _____
   (Signature) Bart Willems   05.12.2024 (Date)

   Telephone number: +32478569573   email: bwillems@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Datum | Transactie | Type effect | Details | Waarde | Munt | # | Price |
|---|---|---|---|---|---|---|---|
| 28/06/2021 | Corporate action | Aandeel | Uitboeking corporate action TORCHLIGHT ENERGY RESOURCES IN (NY) | -99.000,00 | USD | -20.000,00 | 3,84356 => resulting in 10.000 shares of MMAT + 20.000 shares of MMTLP |
| 22/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 14.339,88 | USD | 1.500,00 | 9,50000 |
| 21/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 27.917,42 | USD | 3.000,00 | 9,25674 |
| 14/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 10.817,59 | USD | 3.000,00 | 3,58000 |
| 14/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -24.006,38 | USD | -12.380,00 | 1,95000 |
| 12/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -25,25 | USD | -20,00 | 2,02000 |
| 11/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -179,31 | USD | -100,00 | 1,95000 |
| 30/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 4.294,91 | USD | 2.000,00 | 2,13000 |
| 29/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 11.329,38 | USD | 5.000,00 | 2,25000 |
| 27/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 3.933,65 | USD | 2.000,00 | 1,95000 |
| 8/04/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -25.898,72 | USD | -14.000,00 | 1,86000 |
| 31/03/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -16.063,35 | USD | -8.000,00 | 2,02000 |
| 26/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 5.709,85 | USD | 3.000,00 | 1,89000 |
| 23/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 9.653,60 | USD | 5.000,00 | 1,92000 |
| 16/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 21.040,21 | USD | 10.000,00 | 2,09170 |
| 12/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 11.580,25 | USD | 5.000,00 | 2,30000 |
| 10/12/2020 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 13.587,25 | USD | 5.000,00 | 2,70000 |
| | | | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 5.011,21 | USD | 10.000,00 | 0,49738 |
| | | | Total investment in TRCH | 73.042,19 | USD | | |

MMAT holdings - Bart Willems

1/4

MMAT holdings - Bart Willems

# Bolero

**MENU**
- Portefeuille
- Orders
- Rekeningen
- Watchlists
- Alerts
- Markten & Nieuws
- Idea Center
- Analyse & Inzicht
- Academy

Zoeken op naam, ISIN, ticker

0,7440,20 EUR 0,66 %

Zoeken per effecttype

0,0440,0 / EUR

Rekening - WILLEMS-SCHOETERS (066137A)
Beschikbaar voor orders: 2.074,17 EUR
**2.074,17 EUR**

Overzicht | Posities | **Historiek** | Performance | Nieuws | Rapporten

## Filter historiek

**TYPE TRANSACTIE**
Alle

**TRANSACTIEDATUM**
VAN: 01-01-2020
TOT: 05-12-2024

**TYPE EFFECT**
Aandelen

**MUNT**
AMERIKAANSE DOLLAR

**BEDRAG**
Bedrag van       Bedrag tot

**TREFWOORD**
torchlight

| Datum | Transactie | Effect | Aantal | Bedrag |
|---|---|---|---|---|
| 25-05-2021 | Corporate action | TORCHLIGHT ENERGY RESOURCES IN (NM) | | |
| 22-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 21-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 14-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 12-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 21-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 4 | |
| 14-05-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 4 | |
| 30-04-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 4 | |
| 27-04-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 2 | |
| 15-04-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 2 | |
| 31-03-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 22-03-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 05-03-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 03-03-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 02-03-2021 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |
| 08-12-2020 | Verkoop (effecten) | TORCHLIGHT ENERGY RESOURCES IN (NM) | 1 | |

2/4

| Datum | Transactie | Type effect | Details | Waarde | Munt | # | Price | |
|---|---|---|---|---|---|---|---|---|
| 29/01/2024 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | 661,2 | USD | 120,00 | 260,17400 | total holding after reverse splitt |
| 29/01/2024 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS INC (NY) | -698,4 | USD | -12.000,00 | 2,60174 | total holding before reverse splitt |
| 13/09/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.855,87 | USD | -13.000,00 | 0,22200 | |
| 23/08/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.610,73 | USD | -12.000,00 | 0,22000 | |
| 20/07/2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 240,79 | USD | 1.000,00 | 0,22500 | |
| 15/02/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -6.697,52 | USD | -9.000,00 | 0,74903 | |
| 23/01/2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.635,00 | USD | 1.500,00 | 1,07623 | |
| 12/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.169,82 | USD | -1.500,00 | 1,46170 | |
| 6/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -40.805,56 | USD | -20.000,00 | 2,05000 | |
| 6/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -17.597,64 | USD | -10.000,00 | 1,77000 | |
| 2/12/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 18.504,40 | USD | 10.000,00 | 1,84000 | |
| 25/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 19.206,85 | USD | 10.000,00 | 1,91000 | |
| 22/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 20.110,00 | USD | 10.000,00 | 2,00000 | |
| 22/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 3.030,50 | USD | 1.500,00 | 2,00000 | |
| 16/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.900,98 | USD | 5.000,00 | 1,77000 | |
| 15/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.552,79 | USD | 3.500,00 | 1,86000 | |
| 14/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.333,04 | USD | 3.748,00 | 1,67850 | |
| 11/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.635,73 | USD | 1.252,00 | 1,29000 | |
| 27/07/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 918,15 | USD | 1.000,00 | 0,09000 | |
| 7/07/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.077,20 | USD | 1.000,00 | 1,05850 | |
| 24/06/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.800,63 | USD | 5.000,00 | 1,75000 | |
| 25/04/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.339,62 | USD | 1.000,00 | 1,32000 | |
| 18/04/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -11.280,98 | USD | -8.000,00 | 1,42010 | |
| 1/03/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.576,75 | USD | 5.000,00 | 2,10000 | |
| 22/09/2021 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -25.460,26 | USD | -5.000,00 | 5,12000 | |
| 14/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.347,87 | USD | 2.000,00 | 5,13596 | |
| 3/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 5.288,38 | USD | 1.000,00 | 5,25000 | |
| 2/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 5.719,88 | USD | 1.000,00 | 5,68000 | |
| 30/08/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.175,35 | USD | 2.000,00 | 5,05000 | |
| 27/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 20.842,52 | USD | 4.000,00 | 5,18000 | |
| 27/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.623,03 | USD | 2.000,00 | 3,29000 | |
| 23/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 18.750,26 | USD | 5.500,00 | 3,39000 | |
| 7/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.600,43 | USD | 2.450,00 | 3,49000 | |
| 28/06/2021 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | 355,19 | USD | 50,00 | 6,78000 | |
|  |  |  |  | 79.600,00 | USD | 10.000,00 | 7,68712 | |

Total investment in MMAT: 86.086,96 USD

MMAT holdings - Bart Willems

3/4

[Page rotated sideways — Bolero portfolio transaction listing for MMAT holdings - Bart Willems, showing filter controls (Type transactie, Transactiedatum 01-01-2020 to 05-12-2024, Type effect, Munt Amerikaanse Dollar, Bedrag, Trefwoord) and a table of transactions for META MATERIALS INC (MMAT) with columns for Datum, Transactie, Type effect, Details, Bedrag, and currency (USD). Individual figures are illegible due to image quality.]

| WILLEMS-SCHOETERS BART-CINDY SIMONNE | Rekeningnummer: 0661374 | Datum Overzicht: 30/09/2024 |
|---|---|---|

**EFFECTEN IN BEWARING: Aandelen**  **Waarde: 5.205,02 EUR**

| Aantal | Code | Benaming | Marktwaarde of geschatte waarde Datum | Waarde in EUR |
|---|---|---|---|---|
|  | | | | |
| 120 | US59134N3026 | META MATERIALS INC (NY) | 0,37 USD 30/09/2024 | 39,66 |
| 20.000 | US009A86MTT3 | NEXT BRIDGE HYDROCARBONS INC NPV(NY | 0,00 USD 01/01/0001 | 0,00 |

**TOTAAL EFFECTEN IN BEWARING: 5.205,02 EUR**

Totaal Financiële Rekeningen: 88,67 EUR

| Rekening | Beschrijving | Saldo | Saldo in EUR |
|---|---|---|---|
| 401 000 578 | BEDRAGEN OP VALUTA | 0,00 NOK | 0,00 |
| 401 000 840 | BEDRAGEN OP VALUTA | 80,80 USD | 72,17 |
| 401 000 978 | BEDRAGEN OP VALUTA | 16,50 EUR | 16,50 |

**TOTAAL FINANCIELE REKENINGEN: 88,67 EUR**

# TOTAALWAARDE PORTEFEUILLE: 5.293,69 EUR

**Gehanteerde Wisselkoersen**

| EUR | NOK | 0,085001 |
|---|---|---|
| EUR | USD | 0,893176 |

WILLEMS-SCHOETERS BART-CINDY SIMONNE                                    Pagina 1
0661374

\* Zie disclaimer op de laatste pagina.

KBC BANK NV                                                  Documentreferte BKL006111019
Havenlaan 2, 1080 Brussels, Belgium                                    VAT BE 0462.920.226
                                                                            RLP Brussels
                                      Account N° BE77 4096 5474 0142 - BIC KREDBEBB

