Redacted Version

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials, Inc.** | Case Number: 24-50792 | |
|---|---|---|

1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

RECEIVED AND FILED
JAN 03 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **XXXXX 8445** | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Fidelity Investments**
**P.O. Box 770001, Cincinatti, OH 45277**
Telephone Number: **800-544-6666**

3.  Date Equity Interest was acquired:
**Between 5/17/21 thru 7/26/21, a qty of 1,200 shares purchased. None sold. Refer to brokerage info attached.**

4.  Total amount of member interest: **1,200 shares @ $6,060.28**
5.  Certificate number(s): **Refer to brokerage info attached.**

6.  Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

7.  Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9.  Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **N/A**
Title:
Company:___ Address and telephone number (if different from notice address above): **N/A**
_____

**John C. Penel** (Signature)   **12/16/24** (Date)

Telephone number: **N/A**   email: **N/A**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

15th December 2024

US Bankruptcy Court
Foley Federal Building and US Courthouse
ATTN: Clerk of the Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

**RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792**

To Clerk of the Court,

My name is John C. Pervel Jr., and I hereby submit this NOTICE OF REDACTION for my PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request ***ALL*** but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions given, I have included with this filing:

- An unredacted version of the POI,
- A redacted version of the POI,
- A detailed explanation of my $MMAT/ $MMATQ trading records,
- A redacted version of the explanation of my $MMAT/ $MMATQ trading records,
- Unredacted versions of Brokerage documentation to substantiate my assertions,
- Redacted versions of Brokerage documentation to substantiate my assertions
- A check to the value of the $28 processing fee for this filing.

Thank you for your consideration in this matter.

Kind regards,

*John C. Pervel, Jr.*

John C. Pervel Jr.
3 Veeda Court
River Ridge, LA 70123

Ph: 504-858-1589

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR:        XXXX X XXXXXX

BROKE: FIDELITY INVESTMENTS

ACCT # xxxxx8445

Page #1 of 3                    Redacted

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 20 | $1.90 | -$38.00 | 5/17/2021 | 21133-1CHMF | 21133-DFW7H | attached #1B |
| 06/22/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 22 | $7.63 | -$167.75 | 6/24/2021 | 21173-NJPP2E | 21173-G9FMH | attached #2C |
| 06/22/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 46 | $7.72 | -$355.12 | 6/24/2021 | 21173-ZG68VO | 21173-G40VH | attached #2C |
| 06/22/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 18 | $7.59 | -$136.62 | 6/24/2021 | 21173-1DV2JG | 21173-F4NCP | attached #2C |
| 06/22/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 44 | $7.94 | -$349.36 | 6/24/2021 | 21173-1D67BM | 21173-GKHWW | attached #2C |
| 06/22/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 50 | $7.73 | -$386.45 | 6/24/2021 | 21173-8Q29HE | 21173-G6I5Z | attached #2D |
| 06/23/2021 | xxxxx8445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 200 | $4.96 | -$991.98 | 6/25/2021 | 21174-1CNJMT | 21174-DX0TF | attached #3 |
| 06/28/2021 | xxxxx8445 | REVERSE SPLIT R/S TO 59134N104#REOR M00513336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -400 | | -$1,980.00 | | | | attached brokerage stmt. #7E, 7F, 7G, |
| 06/28/2021 | xxxxx8445 | REVERSE SPLIT R/S FROM 89102U103#REOR M00513336480001 META MATERIALS INC COM ISIN US59134N104 (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 200 | | $1,592.00 | | | | attached brokerage stmt. #7E, 7F, 7G, |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR:** XXXX X XXXXXX

**BROKE FIDELITY INVESTMENTS**
**ACCT # xxxxx8445**

**Page #2 of 3**   **Redacted**

| Run Date | Account | Action | Symbol/CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2021 | xxxxx8445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (ISIN US59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | $6.09 | -$1,827.00 | 7/9/2021 | 21188-06BB3B | 21188-H8XFF | attached #4B |
| 07/16/2021 | xxxxx8445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 106 | $3.64 | -$385.84 | 7/20/2021 | 21197-0F4BCW | 21197-HR86R | attached #5A |
| 07/16/2021 | xxxxx8445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 19 | $3.64 | -$69.16 | 7/20/2021 | 21197-0F4BMQ | 21197-HR9NC | attached #5B |
| 07/16/2021 | xxxxx8445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | $3.64 | -$1,092.00 | 7/20/2021 | 21197-0F4JTM | 21197-HSL3T | attached #5B |
| 07/22/2021 | xxxxx8445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 75 | $3.48 | -$261.00 | 7/26/2021 | 21203-0FV13W | 21203-HHPPZ | attached #6 |
| 01/29/2024 | xxxxx8445 | REVERSE SPLIT R/S TO 59134N302#REOR M00515S9130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1000 | | -$58.20 | | | | attached brokerage statement #8D, 8F, |
| 01/29/2024 | xxxxx8445 | REVERSE SPLIT R/S FROM 59134N104#REOR M00515S9130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 10 | | $55.10 | | | | attached brokerage statement #8D, 8F, |

| | | |
|---|---|---|
| Total Shares Held Pre-Reverse Split @ | 1,200 shares | 10 Shares post splits |
| Total Shares Sold @ | 0 | |
| Total Monies Invested Pre-Reverse Split @ | $6,060.28 | |
| Transactions Post-Reverse Split @ | 0 | |
| Total Shares Held Post-Reverse Split @ | 10 | 10shares = $0.00 Value Remains |

*Yes, I'm aware it doesn't match the Fidelity total gain/loss on the screenshot below but original receipts attached. Fidelity would not correct gain/loss.

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR:    XXXX X XXXXXX

BROKE FIDELITY INVESTMENTS

Page #3 of 3    Redacted

ACCT # xxxx8445

Overview >

Manage Dividends

As of Dec-15-2024 1:44 p.m. ET

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8445 | 10 | $588.18 | | $5,881.77 | $0.00 | $0.00 | $0.00 | 0.00% | $5,881.77 | -100.00% | 0.00% | |

MMATQ
META MATERIALS INC COM NEW ISIN...

Buy   Sell   Set Exit Plan

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

Purchase History    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | $ Today's Gain/Loss | Quantity | % Today's Gain/Loss | Average Cost Basis | % Total Gain/Loss | Cost Basis Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul-22-2021 | Long | -$261.00 | -100% | | $0.00 | 0.75 | | $348.00 | $261.00 |
| Jul-16-2021 | Long | -$1,092.00 | -100% | | $0.00 | 3 | | $364.00 | $1,092.00 |
| Jul-16-2021 | Long | -$69.16 | -100% | | $0.00 | 0.19 | | $364.00 | $69.16 |
| Jul-16-2021 | Long | -$385.84 | -100% | | $0.00 | 1.06 | | $364.00 | $385.84 |
| Jul-07-2021 | Long | -$1,827.00 | -100% | | $0.00 | 3 | | $609.00 | $1,827.00 |
| Jun-23-2021 | Long | -$991.98 | -100% | | $0.00 | 1 | | $991.98 | $991.98 |
| Jun-22-2021 | Long | -$146.86 | -100% | | $0.00 | 0.11 | | $1,335.09 | $146.86 |
| Jun-22-2021 | Long | -$338.32 | -100% | | $0.00 | 0.25 | | $1,353.28 | $338.32 |
| Jun-22-2021 | Long | -$310.89 | -100% | | $0.00 | 0.23 | | $1,351.70 | $310.89 |
| Jun-22-2021 | Long | -$305.85 | -100% | | $0.00 | 0.22 | | $1,390.23 | $305.85 |
| Jun-22-2021 | Long | -$119.60 | -100% | | $0.00 | 0.09 | | $1,328.89 | $119.60 |
| May-13-2021 | Long | -$33.27 | -100% | | $0.00 | 0.1 | | $332.70 | $33.27 |

Redacted
#1A



**Transaction Confirmation**
**Confirm Date: May 13, 2021**                    Page 1 of 2

Brokerage Account Number
*****8445 **INDIVIDUAL**

9900197007

70123-

Online                                    Fidelity.com
FAST(sm)-Automated Telephone              800-544-5555
Customer Service                          800-544-6666



9900197007                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8445   only.

| AMOUNT OF INVESTMENT | $ |
| --- | --- |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE. SIPC

099 ▮▮▮▮ 8445  00   000

Redacted
#1B

**Transaction Confirmation**
Confirm Date: May 13, 2021

Page 2 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21133-1CHMJF | 1* | WY# | 05-13-21 | 05-17-21 | 89102U103 | 21133-DFW7H | | |

DESCRIPTION and DISCLOSURES

You Bought        20        TORCHLIGHT ENERGY RESOURCES INC        Principal Amount        38.00
     at    1.9000        WE HAVE ACTED AS AGENT.        Settlement Amount        38.00
Symbol:
TRCH

9900197007        ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**



*Redacted*
*#2A*

Page 1 of 4

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Brokerage Account Number
*****8445 **INDIVIDUAL**

9900154764

  70123

Online                                                    Fidelity.com
FAST(sm)-Automated Telephone       800-544-5555
Customer Service                              800-544-6666



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900154764

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8445    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▇▇▇ 8445   00   000

Redacted
#2B

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Page 2 of 4

Brokerage Account Number
*****8445 INDIVIDUAL



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900154764

**REMITTANCE COUPON**



Redacted
#2C

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Page 3 of 4

Brokerage Account Number
*****8445 INDIVIDUAL



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-NJPP2E | 1* | WO# | 06-22-21 | 06-24-21 | 89102U103 | 21173-G9FMH | | |

You Bought  22  at  7.6250
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount    167.75
Settlement Amount   167.75

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-ZG68VO | 1* | WO# | 06-22-21 | 06-24-21 | 89102U103 | 21173-G4JVH | | |

You Bought  46  at  7.7200
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount    355.12
Settlement Amount   355.12

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1DV2JG | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-F4NCP | | |

You Bought  18  at  7.5900
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount    136.62
Settlement Amount   136.62

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1D67BM | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-GKHVW | | |

You Bought  44  at  7.9400
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount    349.36
Settlement Amount   349.36

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900154764

Redacted
#2D

**Transaction Confirmation**
**Confirm Date: June 22, 2021**

Page 4 of 4

Brokerage Account Number
*****8445 INDIVIDUAL

| REFERENCE NO. 21173-8Q29HE | TYPE 1* | REG.REP. WO# | TRADE DATE 06-22-21 | SETTLEMENT DATE 06-24-21 | CUSIP NO. 89102U103 | ORDER NO. 21173-G6J5Z | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES TORCHLIGHT ENERGY RESOURCES INC | | | Principal Amount | | 386.45 |
| at | 50 7.7290 | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 386.45 |
| Symbol: TRCH | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900154764

Redacted #3

 **Fidelity**
INVESTMENTS

**Transaction Confirmation**
**Confirm Date: June 23, 2021**                                   Page 1 of 1

Brokerage Account Number
*****8445 INDIVIDUAL

9900148530

70123

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21174-1CNJMT | 1* | WY# | 06-23-21 | 06-25-21 | 89102U103 | 21174-DXOTF | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 991.98 |
| | 200 | WE HAVE ACTED AS AGENT. | Settlement Amount | 991.98 |
| at | 4.9599 | | | |
| Symbol: | | | | |
| TRCH | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900148530

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8445  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0████8445  00  000

Redacted
#4A



**Transaction Confirmation**
**Confirm Date: July 7, 2021**                    Page 1 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

9900176718

70123-

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900176718

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

70123-

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8445 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

099  0     8445   00   000

Redacted
#4B

**Transaction Confirmation**
**Confirm Date: July 7, 2021**                          Page 2 of 2

Brokerage Account Number
- *****8445 **INDIVIDUAL**

| REFERENCE NO. 21188-0GBB3B | TYPE 1* | REG.REP. WK# | TRADE DATE 07-07-21 | SETTLEMENT DATE 07-09-21 | CUSIP NO. 59134N104 | ORDER NO. 21188-H8XFF | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 300 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 1,827.00 1,827.00 |
| at | | 6.0900 | | | | | | |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900176718

**REMITTANCE COUPON**

Redacted
#5A



**Transaction Confirmation**
**Confirm Date: July 16, 2021**                          Page 1 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

9900164693

70123

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21197-0F4BCW | 1* | WY# | 07-16-21 | 07-20-21 | 59134N104 | 21197-HR86R | | |

You Bought               DESCRIPTION and DISCLOSURES
                         META MATERIALS INC COM              Principal Amount          385.84
            106          ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount         385.84
      at    3.6400       WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                         9900164693

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8445    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  ████  8445   00   000


Redacted
#5B

**Transaction Confirmation**
**Confirm Date: July 16, 2021**

Brokerage Account Number
*****8445 INDIVIDUAL

| REFERENCE NO. 21197-0F4BMQ | TYPE 1* | REG.REP. WY# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HR9NC | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | 19 | | META MATERIALS INC COM | | | Principal Amount | | 69.16 |
| at | 3.6400 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 69.16 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 21197-0F4JTM | TYPE 1* | REG.REP. WY# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HSL3T | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | 300 | | META MATERIALS INC COM | | | Principal Amount | | 1,092.00 |
| at | 3.6400 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,092.00 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | ▓ | ▓ | DESCRIPTION and DISCLOSURES | | | | | |
| ▓▓▓▓ | ▓▓ | | ▓▓▓▓▓▓▓▓▓▓ | | | ▓▓▓▓▓▓ | | ▓▓▓▓ |
| ▓▓▓ | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900164693

**REMITTANCE COUPON**



Redacted #6

**Transaction Confirmation**
**Confirm Date: July 22, 2021**                    Page 1 of 1

Brokerage Account Number
*****8445 INDIVIDUAL

9900124043



70123-

Online                                Fidelity.com
FAST(sm)-Automated Telephone          800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-0FV13W | 1* | WY# | 07-22-21 | 07-26-21 | 59134N104 | 21203-HHPPZ | | |

You Bought

         75

     at
3.4800

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            261.00
Settlement Amount          261.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900124043

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8445    only.



| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC. MEMBER NYSE, SIPC

099    8445    00    000

Redacted
#7A



**INVESTMENT REPORT**
June 1, 2021 - June 30, 2021

Fidelity Account ▶ 8445



Envelope # BLCKBRBBCKCLC



70123

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*   Excludes unpriced securities.



Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H01633687320210630

1 of 14

MR_CE_BLCKBRBBCKCLC_BBBBB 20210630

Redacted
#7B

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Account Summary

Account # ████ 8445

████████████        ████████

████████████        ▲ ██████



### Account Holdings

### Top Holdings

Total Account Trades Jul 2020 - Jun 2021: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions
from Other Activity In or Out and Multi-currency transactions, plus any distribution and
income earned during the statement period.

Please note that, due to rounding, percentages may not add to 100%.

### Core Account and Credit Balance Cash Flow
Core Account: *FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|

MR_CE_BLOKRBROXXCL_BBBB 2021/0630

2 of 14

Redacted
#7C



**Fidelity** INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Core Account and Credit Balance Cash Flow *(continued)*

Account # ...8445

Realized Gains and Losses from Sales

D    *Includes dividend reinvestments.*

## Holdings

### Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |

Redacted
#M.D



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account #___ 8445

### Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |

4 of 14

Redacted
#7E

 **Fidelity** INVESTMENTS

## Holdings

Account # 8445

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |
| META MATERIALS INC COM (MMAT) | unavailable | 200.000 | 7.4900 | 1,498.00 | 2,425.28 | -927.28 | - |



MR_CE_BLORRBHCKGLC_BBBBB 20210630

5 of 14

Redacted
#7F

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # ███████8445

*All positions held in cash account unless indicated otherwise.*

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY   *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
   *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the*
   *"Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 18.000 | 7.59000 | | - | -136.62 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 22.000 | 7.62500 | | - | -167.75 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 44.000 | 7.94000 | | - | -349.36 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 46.000 | 7.72000 | | - | -355.12 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 50.000 | 7.72900 | | - | -386.45 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 200.000 | 4.95990 | | | -991.98 |

MR_CE_BLOXIRIIBCKGLC_BBBBB 20210630



Redacted
#7G



**Fidelity** INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # 8445

Securities Bought & Sold (continued)

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | **TORCHLIGHT ENERGY RESOURCES INC** 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M005133648000 | 89102U103 | Reverse Split | -400.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | | |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | **META MATERIALS INC COM** R/S FROM. 89102U103 #REOR M005133648001 | 59134N104 | Reverse Split | 200.000 | - | | | |
| **Total Other Activity Out** | | | | | | | - | - |

7 of 14

MR_CE_BLDGBRBGKGLC_888888 20210630

Redacted
±7H



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # ▮▮▮▮8445



Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

f     FIFO (First-In, First-Out)



Redacted
#7 I



**Fidelity**
INVESTMENTS

Account # 8445

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.  **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

— *not available*

MR_CE_BLONR89GKO_C_BBBB 20210630

S

*Redacted*
*#7 J*



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Additional Information and Endnotes

Account #            8445

▶ We've updated the Fidelity Customer Agreement to provide information and disclosures about the risks of trading in the extended hours (outside of the standard market hours, generally 9:30 a.m. to 4:00 p.m. ET). The risks, which may be greater than the risks you take when you trade during standard market hours, are summarized below. You should review and understand these risks prior to engaging in extended-hours trading.

Extended-hours trading disclosures: 1) Liquidity, volatility, and price spreads. Prices are based on the supply and demand created by other sellers and buyers. Because there are generally less participants trading during the extended-hours sessions, there may be wider price spreads, reduced liquidity, and higher volatility. These conditions may prevent your orders from being executed, in whole or in part, or you may receive a less favorable price than you might receive during standard market hours. The prices of investments traded in extended-hours trading may not reflect the prices at the end of regular trading hours, or at opening the next morning. 2) Communication delays. If there is a high volume of orders, increased number of communications being sent, or other computer system problems, you may experience delays or failures in communication that cause delays in or prevent access to current information about the investments you're considering, or in executing your order.

3) Time and price priority of orders. Orders in the extended-hours sessions are generally handled in a price/time priority manner. Orders are first prioritized according to price, with orders at the same price ranked based on the time the order was submitted. There is no trade through protection during the extended-hours sessions, so price/time priority is set by each market center, not across market centers. This may prevent your order from being executed, in whole or in part, or prevent you from receiving as favorable a price as you might receive during standard market hours. If you change your order, your change is treated as a cancellation and replacement, which may cause it to lose its time priority.

4) Access to other markets and market information. Not all market centers are connected in extended-hours trading sessions, and not all market centers offer extended-hours trading during the same time periods. This means there may be greater liquidity or a more favorable price for a particular security in another market center. Access to quotes and trading information in other market centers may be limited during extended-hours sessions. Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. Keep in mind that news stories and related announcements, coupled with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

5) Trading options securities. Risk of Lack of Calculation or Dissemination of Underlying Index Value or Intraday Indicative Value ("IIV") and Lack of Regular Trading in Securities Underlying Indexes. For certain products, an updated underlying index, portfolio value, or IIV will not be calculated or publicly disseminated during extended trading hours. Since the underlying index or portfolio value and IIV are not calculated or widely circulated during extended trading hours, an investor who is unable to calculate implied values for certain products during extended trading hours may be at a disadvantage to market professionals. Additionally, securities underlying the indexes or portfolios will not be regularly trading as they are during regular trading hours, or may not be trading at all. This may cause prices during extended trading hours to not reflect the prices of those securities when they open for trading.

▶ We've updated the Fidelity Customer Agreement to provide information about the risks of trading penny stocks. Low priced securities, or penny stocks, generally trade for less than $5 per share and have a relatively small market capitalization. Before engaging in penny stock trading, you should carefully review and consider the following risks, which can be exacerbated in periods of market volatility:

1) Lack of public information. Reliable, publicly available information about the penny stock you're considering may not be available or as accessible as information

MR_CE_BIOBBRBIOCLC_BBBB8 20210630                                              S



Redacted
#7K



**Fidelity** INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Additional Information and Endnotes

Account # ████████8445

about securities that trade on major exchanges. This can include information about the management, operations, financials, and other aspects of a company. As a result, it is less likely that quote prices will be based on full and accurate information about the company. 2) No minimum listing standards. Companies that trade on major exchanges like the New York Stock Exchange or Nasdaq must meet minimum standards for the amount of net assets they have and the numbers of shareholders invested in their companies. In contrast, companies that trade as penny stocks in the OTC market may be subject to reduced or no minimum listing standards.

3) Liquidity risk. Demand may not be constant for penny stocks, which means you may not be able to sell when you want to. You should carefully consider that you may have difficulty selling the stock, and that this could impact the sale price. 4) High volatility. Penny stocks are susceptible to and can experience large price swings in a short amount of time. These swings may be exacerbated during periods of overall market volatility. 5) Fraud. Since reliable, publicly available information on penny stock is often limited and there is generally less liquidity and trading volume, these stocks can be a target for price or volume manipulation and other fraudulent activity.

► We've updated the Fidelity Customer Agreement to include information about the risks of trading foreign stocks and currencies. Trading in foreign securities, including direct investments in foreign markets, involves various investment risks, including foreign exchange risk (the possibility that foreign currency will fluctuate in value against the U.S. dollar); increased volatility as compared to U.S. markets; political, economic, and social events that may influence foreign markets or affect the prices of foreign securities; lack of liquidity (foreign markets may have lower trading volumes and fewer listed companies, shorter trading hours, and restrictions on the types of securities that foreign investors may buy and sell); and less access to information about foreign companies. Trading in foreign securities also may be subject to various credit, settlement, operational, financial, and legal risks. Emerging markets, in particular, can be subject to greater social, economic, regulatory, and political uncertainties, and can be extremely volatile.

Before trading in foreign currencies, you should carefully review the unique risks, which are including but not limited to the fact that currency trading is speculative and volatile, and the risk of loss in trading foreign currency can be substantial. You could suffer currency losses from unfavorable exchange movements; it can be difficult or impossible to liquidate foreign currencies in certain market conditions; there could be wide spreads in quotes for foreign currencies, especially when there are high levels of volatility; and any foreign currency balances may or may not earn interest. Fidelity acts as agent rather than principal in foreign currency transactions and will impose a commission or markup on the price received from the interbank market, which could result in a price that's less favorable to you.

► Please review our Customer Relationship Summary (CRS) disclosure outlining our responsibility and commitment to you. This document explains the relationships and services our firm offers to retail investors, including fees and costs, conflicts of interest, and standards of conduct.

If you are receiving your statement by U.S. mail, this disclosure is included with your statement. If you are receiving your statement electronically, the link to this document is included in the email that we send when your new statement is available online.

You can also view this disclosure online at: Fidelity.com/fbs-fpwa-crs.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not

11 of 14

MR_CE_BLGKRBIBGKDLC_BWBBB 20210630

Redacted
#7L

 **Fidelity**
INVESTMENTS

**Additional Information and Endnotes**

Account # 8445

be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BLC80BRC6CLC_BBBB0-20210630

S

Redacted
#7M

**Fidelity**
INVESTMENTS

## Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
Lost or Stolen Cards For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments, include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method of shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Performance and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificates. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(d) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities and short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions Each** transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment Shares** credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 3 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

SIPC Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® Intermediate Municipal Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® International Equity Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P rated ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund account, call Fidelity at 1-800-544-5555.

588130.45.0

13 of 14

MR_CE_BLCKRBBDGKXLC_BRBB9 20210630

Redacted
#7N



This page intentionally left blank

*Redacted*
*#8A*



**Fidelity**
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

FIDELITY ACCOUNT
▶ **Account Number:** 8445

Envelope # BPWTQRBBBCPTZ


70123



## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
** Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.


H0163368732024o131

MN_CE_BPWTQRBBBCPTZ_BBBBB 20240131

Redacted
#8-B



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Account Summary

Account # 2███████8445



### Account Holdings

### Top Holdings

Please note that, due to rounding, percentages may not add to 100%.

Total Account Trades Feb 2023 - Jan 2024: 3

*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

MR_CE_BFWTGRBBGCFYZ_BBBBB 20240131

2 of 12

Redacted
#8C



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # ████ 8445



Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock | | | | | | | |



Redacted
#8E

**Fidelity** INVESTMENTS

## Holdings

Account # ▮▮▮▮-B445

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

### Other

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Accrued Interest (AI) Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

*All positions held in cash account unless indicated otherwise.*

EAI & EY   **Estimated Annual Income (EAI) & Estimated Yield (EY)–** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE_BPWTGI6886GPTZ_BBI888 20240101 S

Redacted
# 8F



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account # ████ ▒▒▒▒ 8445

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | $37.97 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO  59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -1,000.000 | - | - | - |
| **Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM  59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 10.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

### Fees and Charges

MR_CE_BPWTGRBBRDPTZ_BBBBB 20240131

Redacted
#8G



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account #     8445

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*



### Estimated Cash Flow *(Rolling as of January 31, 2024)*



This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next

Redacted
#84

**Fidelity** INVESTMENTS

## Estimated Cash Flow (Rolling as of January 31, 2024)

Account #  8445

12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.   **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

## Additional Information and Endnotes

**The following interested party information is on file for your account:**



Redacted
#8 I

 **Fidelity**
INVESTMENTS

## Additional Information and Endnotes

Account # 2 8445

▶ Electronic Funds Transfer Notice: The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

Error Resolution: In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing within 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

Contact Information: You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666.
707063.2.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

9 of 12

Redacted
#8 J

 **Fidelity** INVESTMENTS

## Additional Information and Endnotes

Account #                    8445

**Copyright 2022, S&P Global Market Intelligence.**  Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.**   ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our  **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BPWTGRBBBCPTZ_BBRBB 32240131

10 of 12

Redacted
# 8K

**Fidelity** INVESTMENTS

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings account (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analysis programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use the free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order. **Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. **SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.**

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depository institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-6555.

Redasted
#8L

**Fidelity**
INVESTMENTS

This page intentionally left blank