NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor: Joseph A. Ventola | Case Number: 24-50792 (HLB) | |
|---|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   6525 N. Calle Lottie
   Tucson, AZ 85718-1971

   Telephone Number:
   520 399 8906

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JAN - 3 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): Account number 511 215542 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: eTrade 200 Hudson Street Harborside 2, Suite 501, Jersey City, NJ 07311 Telephone Number: 800-387-2331 | 3. Date Equity Interest was acquired: June 28, 2021 |
|---|---|

| 4. Total amount of member interest: 1000 | 5. Certificate number(s): _____ |
|---|---|

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.

☑ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joseph A. Ventola
Title:
Company: ___Address and telephone number (if different from notice address above):

(Signature)  J. G. V    12/16/24  (Date)

Telephone number: 520-399-8906    email: Joe@Ventola.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# E*TRADE

E*TRADE Securities
Investment Account



**Account Number** 5565 6686     **Statement Period** June 1, 2021 - June 30, 2021     **Account Type** INDIVIDUAL

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/07/21 | PUT AMC 06/04/21 25 AMC ENTERTAINMENT HOLDINGS INC OPTION EXPIRATION EXPIRED | | Expiration | 10 | | | |
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 1,000 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 | 89102U103 | Reverse Splt | 2,000 | | | |
| 06/28/21 | CALL AMC 06/25/21 64 AMC ENTERTAINMENT HOLDINGS INC OPTION EXPIRATION EXPIRED | | Expiration | 10 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$38.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 06/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331)

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 06/01/21 | | OPENING BALANCE | $23,899.08 |
| 06/01/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 4,104.81 |
| 06/02/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 776.06 |
| 06/03/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 20.86 |
| 06/04/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 9,117.49 |
| 06/07/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 9,099.97 |
| 06/08/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 4.47 |
| 06/09/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 52.86 |
| 06/10/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 237.75 |
| 06/11/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 2,881.75 |
| 06/14/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 221.75 |
| 06/15/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 204.58 |
| 06/16/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 2,773.71 |
| 06/17/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 117.92 |
| 06/18/21 | Withdrawal | EXTND INS SWEEP ACCT(FDIC INS) | 470.65 |
| 06/21/21 | Deposit | EXTND INS SWEEP ACCT(FDIC INS) | 25,926.49 |