NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Materials Inc.  
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Robert Hallex
811 Airport rd Martinsburg WV 25405

**Telephone Number:** 304-350-7248

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
JAN - 3 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

**Account or other number by which Interest holder identifies Debtor:**
Z20-672218  258 shares        23123293  51 shares

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
Fidelity Investments PO box 28014 Albuquerque NM 87125

**Telephone Number:** 800-343-3548

**3. Date Equity Interest was acquired:**
Multiple purchases at Fidelity starting 11/15/22 and ending on 2/1/24 (see attached)

**4. Total amount of member interest** __309 shares__

**5. Certificate number(s)** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7. Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor   ☐ I am a guarantor, surety, endorser or other codebtor
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

**Print Name:** Robert Hallex
**Title:**
**Company:** Address and telephone number (if different from notice address above):

*(Signature)* Rob Hallex    **11-25-24** (Date)

**Telephone number:** 304-350-7248    **email:** rdhallex1@msn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 AND 3571*

**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

Account # Z20-672218
ROBERT A HALLEX - INDIVIDUAL

## Holdings

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| HYCROFT MINING HOLDING CORP CL A NEW (HYMC) | 275 00 | 110 000 | 2 3900 | 262 90 | 808 12 | -545 22 | - - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 95 46 | 258 000 | 0 0710 | 18 31 | 20,821 84 | 20,803 53 | - - - |
| MULLEN AUTOMOTIVE INC COM NEW (MULN) | 3 15 | 1 000 | 2 0500 | 2 05 | 3 053 13 | -3 051 08 | - - |
| NOKIA OYJ ADR EACH REPR 1 ORD NPV (NOK) | 964 92 | 220 807 | 4 7100 | 1,040 00 | 1,068 87 | -28 87 | 31 00 2 980 |
| NEXT BRIDGE HYDROCARBONS INC $0 0001 NEVADA | unavailable | 2,510 000 | - | unavailable | 7,266 45 | unavailable | - - |
| Total Common Stock (65% of account holdings) | $7,022 35 | | | $6,866 53 | $71,121 96 | $56,988 98 | $31 00 |
| Total Stocks (65% of account holdings) | $7,022 35 | | | $6,866 53 | $71,121 96 | -$56,988 98 | $31 00 |
| **Total Holdings** | | | | $10,556 23 | $71,121 96 | -$56,988 98 | $214 45 |

*All positions held in cash account unless indicated otherwise*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)* - EAI is an estimate of annual income for a specific security position over the next rolling 12 months  EAI may be negative on short positions  EY is calculated by dividing the current EAI for a security position by its statement closing date market value  EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated  Actual income and yield might be lower or higher than the estimated amounts  **For calculation details, refer to the "Additional Information and Endnotes" section**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date January 30, 2024

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

ROBERT A HALLEX

9900176408

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 24030-OD9LPM | 1* | WO# | 01-30-24 | 02-01-24 | 59134N302 | 24030-AJLYK | | |

You Bought
         100
    at  4.8900
Symbol
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT

Principal Amount       489.00
Settlement Amount      489.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900176408

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218   only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099  0Z20672218   00   000



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date June 27, 2023

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900142567

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23178-OHNKPC | 1* | WO# | 06-27-23 | 06-29-23 | 59134N104 | 23178-IOROA | | |
| You Bought | | 2,100 | DESCRIPTION and DISCLOSURES  META MATERIALS INC COM  ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount  Settlement Amount | 417.69  417.69 | |
| at | | .1989 | WE HAVE ACTED AS AGENT | | | | | |
| Symbol  MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900142567

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC MEMBER NYSE SIPC

099 0Z20672218 00 000



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date April 24, 2023

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

ROBERT A HALLEX

9900156117

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23114-0D6DCL | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HZGQC | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | | META MATERIALS INC COM | | | Principal Amount | | 102.65 |
| | | 500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 102.65 |
| at | | 2053 | WE HAVE ACTED AS AGENT | | | | | |
| Symbol | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900156117

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above Please mail checks to the Fidelity address on this form Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0Z20672218  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date  April 14, 2023**

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900145884

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0FRQED | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HWNRW | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 480 90 |
| | 2 100 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 480 90 |
| at | 2290 | | WE HAVE ACTED AS AGENT | | | | | |
| Symbol | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900145884

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****2218    only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 77001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0Z20672218   00    000



PO Box 28019
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date February 21, 2023

Page 1 of 1

Brokerage Account Number
*****2218 INDIVIDUAL

ROBERT A HALLEX

9900205593

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23052-ODJXPW | 1* | WO# | 02-21-23 | 02-23-23 | 59134N104 | 23052-HHNPW | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 670 00 |
| | | 1 000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 670 00 |
| at | | 6700 | WE HAVE ACTED AS AGENT | | | | | |
| Symbol | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900205593

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218    only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0Z20672218   00    000



PO Box 280 9
Albuquerque NM 87125-8019

Transaction Confirmation
Confirm Date January 18, 2023

Page 1 of 2

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

9900162999

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23018-0DFP7H | 1* | WO# | 01-18-23 | 01-20-23 | Y3005A109 | 23018-HMS8Y | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 2 100 | GENIUS GROUP LTD COM NPV | | | Principal Amount | | 1,092 00 |
| at | | 5200 | WE HAVE ACTED AS AGENT | | | Settlement Amount | | 1,092 00 |
| Symbol GNS | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23018-0DF14D | 1* | WO# | 01-18-23 | 01-20-23 | 59134N104 | 23018-HM5X7 | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 1,100 | META MATERIALS INC COM | | | Principal Amount | | 1,147 08 |
| at | | 1 0428 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 1,147 08 |
| Symbol MMAT | | | WE HAVE ACTED AS AGENT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900162999

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218 only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above Please mail checks to the Fidelity address on this form Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099 0Z20672218  00  000



PO Box 2809
Albuquerque NM 87125-8019

Transaction Confirmation  
Confirm Date  December 5, 2022

Page 1 of 2

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6821

9900177878

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0GCZEW | 1* | WO# | 12-05-22 | 12-07-22 | 59134N104 | 22339-H8A45 | | |

You Bought  
     at  
Symbol  
MMAT

100  
1.7100

DESCRIPTION and DISCLOSURES  
META MATERIALS INC COM  
ISIN #US59134N1046 SEDOL #BKSCVX7  
WE HAVE ACTED AS AGENT

Principal Amount      171.00  
Settlement Amount   171.00

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0GB6KZ | 1* | WO# | 12-05-22 | 12-07-22 | 59134N203 | 22339-H7V73 | | |

You Bought  
     at  
Symbol  
MMTLP

100  
7.6300

DESCRIPTION and DISCLOSURES  
META MATERIALS INC PFD SER A 0.00000%  
WE HAVE ACTED AS AGENT

Principal Amount      763.00  
Settlement Amount   763.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900177878

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6821

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218    only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 77001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099  0Z20672218   00   000

Transaction Confirmation  Page 3 of 3
Confirm Date November 28, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

ROBERT A HALLEX

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-M9V7EH | 1* | WO# | 11-28-22 | 11-30-22 | 42309B204 | 22332-G4ES0 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 95 | | HELBIZ INC CLASS A COM | | | Principal Amount | | 26 65 |
| at | 2805 | | WE HAVE ACTED AS AGENT | | | Settlement Amount | | 26 65 |
| Symbol | | | PARTIAL EXECUTION | | | | | |
| HLBZ | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-JPYPV7 | 1* | WO# | 11-28-22 | 11-30-22 | 44228P108 | 22332-G6YH9 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 5,900 | | HOUSTON NAT RES CORP COM | | | Principal Amount | | 2,354 10 |
| at | 3990 | | WE HAVE ACTED AS AGENT | | | Settlement Amount | | 2,354 10 |
| Symbol | | | PARTIAL EXECUTION | | | | | |
| HNRC | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-K4NLXW | 1* | WO# | 11-28-22 | 11-30-22 | 44228P108 | 22332-G6YH9 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 100 | | HOUSTON NAT RES CORP COM | | | Principal Amount | | 39 25 |
| at | 3925 | | WE HAVE ACTED AS AGENT | | | Settlement Amount | | 39 25 |
| Symbol | | | PARTIAL EXECUTION | | | | | |
| HNRC | | | | | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22332-OBR2ZH | 1* | WO# | 11-28-22 | 11-30-22 | 59134N104 | 22332-G34WT | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 2,600 | | META MATERIALS INC COM | | | Principal Amount | | 4,860 70 |
| at | 1 8695 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 4,860 70 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900155105

Transaction Confirmation  Page 3 of 3
Confirm Date November 23, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

ROBERT A HALLEX

| REFERENCE NO. | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-OB162X | 1* | WO# | 11-23-22 | 11-28-22 | 59134N104 | 22327-AD2CN | | |
| You Bought at<br>Symbol MMAT | | 2,100<br>1.9444 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT | | | Principal Amount<br>Settlement Amount | 4,083.24<br>4,083.24 | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-H43B£Z | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought at<br>Symbol MULN | | 6,200<br>.2111 | DESCRIPTION and DISCLOSURES<br>MULLEN AUTOMOTIVE INC COM<br>WE HAVE ACTED AS AGENT<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | 1,308.82<br>1,308.82 | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-LWT9B9 | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought at<br>Symbol MULN | | 600<br>.2106 | DESCRIPTION and DISCLOSURES<br>MULLEN AUTOMOTIVE INC COM<br>WE HAVE ACTED AS AGENT<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | 126.36<br>126.36 | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22327-M1C8EQ | 1* | WO# | 11-23-22 | 11-28-22 | 62526P109 | 22327-G8390 | | |
| You Bought at<br>Symbol MULN | | 200<br>.2103 | DESCRIPTION and DISCLOSURES<br>MULLEN AUTOMOTIVE INC COM<br>WE HAVE ACTED AS AGENT<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | 42.06<br>42.06 | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900128597



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**  Page 1 of 2
Confirm Date  November 21, 2022

Brokerage Account Number
*****2218 INDIVIDUAL

**ROBERT A HALLEX**

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

9900166763

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22325-0B1J5M | 1* | WC# | 11-21-22 | 11-23-22 | 00165C203 | 22325-G3PQ0 | | |

You Bought  1,100  at  13372
DESCRIPTION and DISCLOSURES
AMC ENTMT HLDGS INC PFD EQT UNIT
WE HAVE ACTED AS AGENT
Principal Amount    1,470.92
Settlement Amount   1,470.92
Symbol APE

| REFERENCE NO. | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22325-0B0T3P | 1* | WC# | 11-21-22 | 11-23-22 | 59134N104 | 22325-G237C | | |

You Bought  4,200  at  1.9999
DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT
Principal Amount    8,399.58
Settlement Amount   8,399.58
Symbol MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900166763

ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2218  only

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0Z20672218  00  000



INVESTMENT REPORT
October 1, 2024 - October 31, 2024

# Holdings

Account # 231-232993
ROBERT A HALLEX - IRA - BDA

## Mutual Funds (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Short-Term Funds** (continued) | | | | | | | |
| Total Short-Term Funds (0% of account holdings) | $170.41 | | | $171.07 | | | $8.55 |
| Total Mutual Funds (94% of account holdings) | $235,839.01 | | | $235,115.74 | $13,656.13 | $221,288.54 | $820.90 |

## Stocks

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Cost | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| AMC ENTMT HLDGS INC CL A NEW (AMC) | $1,524.25 | 335.000 | $4.3900 | $1,470.65 | $11,868.32 | $10,397.67 | - |
| GAMESTOP CORPORATION COM USD0.001 CLASS A (GME) | 2,545.23 | 111.000 | 22.1800 | 2,461.98 | 3,053.61 | -591.63 | - |
| HYCROFT MINING HOLDING CORP CL A NEW (HYMC) | 525.00 | 210.000 | 2.3900 | 501.90 | 1,729.14 | -1,227.24 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 18.87 | 51,000 | 0.0710 | 3.62 | 5,044.30 | -5,040.68 | - |
| Total Common Stock (2% of account holdings) | $4,613.35 | | | $4,438.15 | $21,695.37 | $17,257.22 | - |
| Total Stocks (2% of account holdings) | $4,613.35 | | | $4,438.15 | $21,695.37 | $17,257.22 | - |
| **Total Holdings** | | | | $250,835.46 | $35,351.50 | $204,031.32 | $1,381.80 |

*All positions held in cash account unless indicated otherwise*



PO Box 28019
Albuquerque NM 87125 8019

**Transaction Confirmation**
**Confirm Date  July 20, 2023**

Page 1 of 1

9900363343

Brokerage Account Number
*****2993 IRA - BDA
**ROBERT A HALLEX**

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23201-1CLTHB | 1* | WO# | 07-20-23 | 07-24-23 | 59134N104 | 23201-HGGW4 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 2 000 | META MATERIALS INC COM | | | Principal Amount | | 468 80 |
| at | | 234399 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 468 80 |
| Symbol | | | WE HAVE ACTED AS AGENT | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900363343

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2993  only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account)  Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above   Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE SIPC

099  0231232993  00  000



PO Box 28019
Albuquerque NM 87125-8019

**Transaction Confirmation**
Confirm Date  February 21, 2023

Page 1 of 1

Brokerage Account Number
*****2993 IRA - BDA

**ROBERT A HALLEX**

9900402989

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

Online — Fidelity com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 23052-1CTVGG | 1* | WO# | 02-21-23 | 02-23-23 | 59134N104 | 23052-HIGAC | | |
| You Bought | | 1 000 at 6695 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT | | | Principal Amount<br>Settlement Amount | 669 50<br>669 50 | |
| Symbol<br>MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900402989

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6821

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****2993   only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account)  Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC  MEMBER NYSE  SIPC

099  0231232993   00    000



PO Box 28019
Albuquerque NM 87125-8019

| | |
|---|---|
| Transaction Confirmation | Page 1 of 1 |
| Confirm Date November 15, 2022 | |

Brokerage Account Number
**\*\*\*\*\*2993 IRA - BDA**

**ROBERT A HALLEX**

9900325257

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22319-LK6RH9 | 1* | WO# | 11-15-22 | 11-17-22 | 36467W109 | 22319-AAEK6 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | GAMESTOP CORPORATION | Principal Amount | 3,053.61 |
| at | 111 | COM USD0.001 CLASS A | Settlement Amount | 3,053.61 |
| Symbol | 27.5100 | WE HAVE ACTED AS AGENT | | |
| GME | | | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22319-1CJDCT | 1* | WO# | 11-15-22 | 11-17-22 | 59134N104 | 22319-AB8S2 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 3,906.00 |
| at | 2,100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 3,906.00 |
| Symbol | 1.8600 | WE HAVE ACTED AS AGENT | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900325257

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - IRA BDA
NSPS ROBERT A HALLEX
811 AIRPORT RD
MARTINSBURG WV 25405-6824

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*2993** only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account) Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to NATIONAL FINANCIAL SERVICES LLC Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0231232993 00 000