NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Material Inc.

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Luciano Allen Sagardia
   Adress:
   18 Res La montana Apt 163
   Aguadilla, Puerto Rico 00603

   **Telephone Number:** 1(939)286-9449

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   JAN 03 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   AM

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor (last 4 digits only):** 4 digits 7085 and Account No. 863648085 (RHS)

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   **Telephone Number:**

3. **Date Equity Interest was acquired:** SEE Attached (MMTLP)
   TRCH CUSIP: 89102U103
   MMAT Preferred Shares CUSIP: 59134W203

4. **Total amount of member interest:** 15x100=100+2=200 see Attached

5. **Certificate number(s):** SEE Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:** Luciano Allen Sagardia
   Check the appropriate box.
   ☑ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Luciana Allen Sagardia
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) Luciano Allen S-
(Date)
Telephone number: 1(939)286-9449    email: las9392648522a@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/30/2024
**LUCIANO ALLEN** Account #:863648085
Residential. La Montana Apartment 163 Building 18, Aguadilla, PR 00603

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|
| Security change from 591994371 to 629999590 | | Margin | SXCH | 03/27/2024 | 74 | | | | $0.76 |
| Security change from 591994371 to 629999590 | | Margin | SXCH | 03/27/2024 | 74S | | | | $0.76 |
| Meta Materials CUSIP: 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | | $0.76 |
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 38.084432S | | | | $0.76 |
| Next Bridge Hydrocarbons Contra CUSIP: 591994371 | | Margin | MRGS | 12/13/2022 | 74 | | | | $0.76 |
| MMAT Preferred Shares CUSIP: 59134N203 | | Margin | MRGS | 12/13/2022 | 74S | | | | $0.76 |
| CIL on 0.879 @ $0.87 - MMTLP | MMTLP | Margin | CIL | 10/15/2021 | | | | $0.76 | $0.76 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/16/2021 | 1.084432 | $3.7900 | $4.11 | | $0.00 |
| MMAT Preferred Shares CUSIP: 59134N203 | | Margin | SOFF | 07/07/2021 | 74 | | | $4.11 | $4.11 |
| CIL on 0.440 @ $9.34 - MMAT | MMAT | Margin | CIL | 07/06/2021 | 37 | | | $4.11 | $4.11 |
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 74.8794403S | | | | $0.00 |
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 74.8794403 | $7.6495 | | | $0.00 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | | | $572.79 | | $0.00 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|
| ACH Withdrawal | | Margin | ACH | 06/22/2021 | | | $1,000.00 | | $572.79 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Sell | 06/22/2021 | 163.825015 | $7.9901 | | $1,308.95 | $1,572.79 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Sell | 06/22/2021 | 33 | $7.9950 | | $263.84 | $263.84 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/04/2021 | 1.822784 | $2.3700 | $4.32 | | $0.00 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 | DRIP | Margin | Sell | 03/04/2021 | 0.412845 | $10.4650 | | $4.32 | $4.32 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/04/2021 | 22.953191 | $2.3500 | $53.94 | | $53.94 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/04/2021 | 0.04904 | $2.3450 | $0.11 | | $54.05 |
| Onconova Therapeutics CUSIP: 68232V405 | ONTX | Margin | Sell | 03/04/2021 | 49.68228 | $1.0800 | | $53.66 | $0.00 |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 03/03/2021 | 172 | $2.7000 | $464.40 | | $0.39 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Sell | 03/03/2021 | 0.675676 | $12.2950 | | $8.31 | $464.79 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Sell | 03/03/2021 | 36 | $12.6800 | | $456.48 | $456.48 |
| Onconova Therapeutics CUSIP: 68232V405 | ONTX | Margin | Buy | 02/16/2021 | 45.460937 | $1.2800 | $58.19 | | $0.00 |
| Onconova Therapeutics CUSIP: 68232V405 | ONTX | Margin | Buy | 02/16/2021 | 4.221343 | $1.2650 | $5.34 | | $58.19 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bull 2X Shares CUSIP: 25460G500 | GUSH | Margin | Sell | 02/16/2021 | 0.943485 | $67.3200 | | $63.52 | $63.53 |
| Interest Payment | | Sweep | INT | 12/31/2020 | | | | $0.01 | $0.01 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 Bulk Equity Order Allocation Execution | DRIP | Margin | Buy | 12/31/2020 | 0.001525 | $26.2300 | $0.04 | | $0.00 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bull 2X Shares CUSIP: 25460G500 Bulk Equity Order Allocation Execution | GUSH | Margin | Buy | 12/31/2020 | 0.001553 | $38.6400 | $0.06 | | $0.04 |
| Cash Div: R/D 2020-12-23 P/D 2020-12-23 - 13.41132 shares at 0.00277 | DRIP | Margin | CDIV | 12/30/2020 | | | | $0.04 | $0.10 |
| Cash Div: R/D 2020-12-23 P/D 2020-12-30 - 0.941932 shares at 0.06567 | GUSH | Margin | CDIV | 12/30/2020 | | | | $0.06 | $0.06 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Buy | 12/23/2020 | 35.332348 | $10.1150 | $357.39 | | $0.00 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Buy | 12/23/2020 | 0.139396 | $10.1150 | $1.41 | | $357.39 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 | DRIP | Margin | Sell | 12/22/2020 | 13 | $27.6000 | | $358.80 | $358.80 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 | DRIP | Margin | Buy | 12/09/2020 | 5.91357 | $26.3800 | $156.00 | | $0.00 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Buy | 12/09/2020 | 0.813497 | $10.9673 | $8.92 | | $156.00 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bull 2X Shares CUSIP: 25460G500 | GUSH | Margin | Sell | 12/09/2020 | 4 | $41.2300 | | $164.92 | $164.92 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 | DRIP | Margin | Buy | 12/08/2020 | 7.496251 | $26.6741 | $199.96 | | $0.00 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bear 2X Shares CUSIP: 25460G658 | DRIP | Margin | Buy | 12/08/2020 | 0.001499 | $26.6741 | $0.04 | | $199.96 |
| ACH Deposit | | Margin | ACH | 12/08/2020 | | | | $200.00 | $200.00 |
| Direxion Daily Junior Gold Miners Index Bear 2X Shares CUSIP: 25460G807 | JDST | Margin | Buy | 11/30/2020 | 0.390435 | $12.7589 | $4.98 | | $0.00 |
| Dynavax CUSIP: 268158201 | DVAX | Margin | Sell | 11/30/2020 | 1 | $4.9800 | | $4.98 | $4.98 |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|
| Received Stock Referral Reward for DVAX | | Margin | REC | 11/25/2020 | 1 | | | | $0.00 |
| Direxion Daily S&P Oil & Gas Exp. & Prod. Bull 2X Shares CUSIP: 25460G500 | GUSH | Margin | Buy | 11/24/2020 | 4.941932 | $40.4700 | $200.00 | | $0.00 |
| ACH Deposit | | Margin | ACH | 11/24/2020 | | | | $200.00 | $200.00 |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.