NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Todd Walkowicz
6601 S Walden St
Aurora, CO 80016

Telephone Number: 720-621-7037

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

RECEIVED AND FILED
JAN 06 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

~~RECEIVED AND FILED DEC - 5 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK~~

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

| Account or other number by which Interest holder identifies Debtor: ■■■-9339 | Check here if this claim: ☒ replaces a previously filed Proof of Interest dated: 12/5/2024 ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Charles Schwab  Telephone Number: 800-435-4000 | **3.** Date Equity Interest was acquired: 02/23/2021 8888 shares purchased 2/23/2021, then incurred 1:100 reverse split on 1/29/2024 resulting in 89 shares owned |
| **4.** Total amount of member interest: 89 shares | **5.** Certificate number(s): N/A. Shares held in Schwab acct |

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Todd Walkowicz
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Todd Walkowicz    (Date) 11/29/2024

Telephone number: 720-621-7037   email: twalkowicz@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Attachment 1 - A.
12/27/2024 - Account # REDACTED. Redacted form submitted 12/27/2024 (TW)

Attachment 2 - 8.15
12/27/2024 REDACTED FORMS SUBMITTED - (TTW)

Section 7 Supporting Documents.

Schwab account statement period October 1-31, 2024.

MMATQ. 89 shares.  Loss $30,743.79



**Schwab One® Account** of

TODD T WALKOWICZ
DESIGNATED BENE PLAN/TOD

Account Number: ▒▒-9339

Account Nickname: Todd
Statement Period: October 1-31, 2024

**Account Summary**

---

**Schwab One® Account** of

TODD T WALKOWICZ
DESIGNATED BENE PLAN/TOD

Account Nickname: Todd
Statement Period: October 1-31, 2024

**Positions - Equities** (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 89.0000 | 0.07100 | 6.32 | 30,750.11 | (30,743.79) | N/A | 0.00 | <1% |

---

**Statement for Account #** ▒▒▒3120
01/01/23 - 01/31/23

**Account Positions**

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date |
|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | |
| META MATERIALS INC COM | MMAT | 8,888 | 1.01 | 8,976.88 | 02/23/21 |

To: U.S. Bankruptcy Court

    Foley Federal Buildig and U.S. Courthouse
    Attn: Clerk of Court
    300 Las Vegas Blvd, South
    Las Vegas, Nevada 89101

Subject: Notice of Redaction, Case # 24-50792-hlb

Pursuant to Case 24-50792-hlb document 138, I am filing a Notice of Redaction.

Please redact my Personal Identifiable Information (PII) listed on previous forms Proof of interest and Supporting documentation which were submitted and received by Clerk on 12/5/2025. The specific PII to redact is my Account numbers. Attached are the redacted documents to replace the original documents previously submitted.

_Todd Walkowicz_  12/27/2024
Todd Walkowicz

Attachments:

    a) Proof of interest form redaction submitted 12/27/2024
    b) Section 7 Supporting Documents redaction submitted 12/27/2024.