NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Janet Hall
   3826 NW Vardon Pl
   Portland OR 97229

   **Telephone Number:** 572-910-3157

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   JAN - 6 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
6684-1209

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 10/23/24
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Charles Schwab  PO Box 982600
   EL Paso TX  79998
   **Telephone Number:** 800-435-4000

3. **Date Equity Interest was acquired:**
   6/3/21

4. **Total amount of member interest:** 2 shares at $831.00

5. **Certificate number(s):** See attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Janet Hall
   **Title:**
   **Company:** ___Address and telephone number (if different from notice address above):

   (Signature) Janet Hall    (Date) 12-6-24

   Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Janet Hall
Charles Schwab 6684-1209

**BOUGHT** Torchlight Energy Re (Symbol: TRCH)

| Security No./CUSIP: 89102U-10-3 | | | Type: Cash | Trade: 06/03/21 | Settle: 06/07/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 300 | 2.77 | 831.00 | N/A | | 831.00 |

For this security:
- Schwab acted as your agent.

Internal Use Only: 2, E

Bought TRCH 6/3/21   Quantity 300 at $831.00

Reverse merger to MMAT for 150 Shares

Reverse split 100/1 to 2 shares

Janet Hall
Charles Schwab
   6684-1209

## Positions

Equities

| Symbol / Name | Quantity | Price | Δ Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % |
|---|---|---|---|---|---|---|---|
| MMATQ 2<br>META MATLS INC CLASS EQUITY | 4 | $0.116 | -$0.0145<br>(-11.11%) | $0.46 | -11.54%<br>(-11.54%) | $2,136.48 | -99.98%<br>(-99.98%) |
| Held in 2 Accounts | Quantity | | | Market Value | Day Change | Cost Basis | Gain / Loss |
| Roth Contributory IRA<br>...209 | 2 | | | $0.23 | -11.54%<br>(-11.54%) | $831.00 | -99.97%<br>(-99.97%) |
| Schwab One<br>...923 | 2 | | | $0.23 | -11.54%<br>(-11.54%) | $1,305.48 | -99.98%<br>(-99.98%) |

To the Court,

My apologies, I didn't understand how to fill out this form, I originally submitted 6 forms dated 10/23/24. Included here are 6 forms that replace those, with more detailed information, on the buy and sell dates, and more detail on the forms themselves. Please let me know if you have any questions or need something more. Thanks so much!

*Janet Hall*
Janet Hall

3826 NW Vardon Place

Portland, OR 97229

512-910-3151