NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Janet Hall
3826 NW Vardon Pl
Portland OR 97229

Telephone Number: 512-910-3151

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JAN - 6 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
7939-8923

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 10-23-24
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Charles Schwab  P.O. Box 982600
El Paso TX 79998
Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
6/11/21 - 10/15/21
See attached

4. Total amount of member interest: 2 shares at $1,305.48

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Janet Hall
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Janet Hall    (Date) 12-6-24

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Schwab One | Bought 457 TRCH on 6/9/21 |
|---|---|
| | Reverse merger into 228 MMAT |
| | Bought 1 share on 7/16/21 |
| | Sold 30 shares on 10/13/21 |
| | (228+1-30)=199 |
| | After 100/2 gives me 2 shares |

## Bought TRCH



Schwab One® Account of
**JANET HALL**
**DESIGNATED BENE PLAN/TOD**

Account Number
**7939-8923**

**Trade Confirmation**

**BOUGHT**  Torchlight Energy Re Dividends reinvested (Symbol: TRCH)

Security No./CUSIP: 89102U-10-3            Type: Margin    Trade: 06/09/21    Settle: 06/11/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 450 | 3.2899 | 1,480.46 | N/A | 1,480.46 |
| 7 | 3.1152 | 21.81 | N/A | 21.81 |
| 457 | | $ 1,502.27 | | $ 1,502.27 |

For this security:
- Schwab acted as your agent.

Internal Use Only. 2. E

## Sold 30 MMAT



Schwab One® Account of
**JANET HALL**
**DESIGNATED BENE PLAN/TOD**

Account Number
**7939-8923**

**Trade Confirmation**

**SOLD**  META MATLS INC Dividends reinvested  (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4            Type: Margin    Trade: 10/13/21    Settle: 10/15/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 30 | 5.2401 | 157.20 | N/A | 157.20 |

## Bought 1 MMAT



Schwab One® Account of
**JANET HALL**
**DESIGNATED BENE PLAN/TOD**

Account Number
**7939-8923**

**Trade Confirmation**

**BOUGHT**  META MATLS INC Dividends reinvested  (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4            Type: Margin    Trade: 07/16/21    Settle: 07/20/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 1 | 3.825 | 3.83 | N/A | 3.83 |

For this security:
- Schwab acted as your agent.

Internal Use Only. 2. E

Janet Hall
Schwab 7939-8923

## Positions

Equities

| Symbol / Name | Quantity | Price | Δ Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % |
|---|---|---|---|---|---|---|---|
| MMATQ 2<br>META MATLS INC CLASS EQUITY | 4 | $0.116 | -$0.0145<br>(-11.11%) | $0.46 | -11.54%<br>(-11.54%) | $2,136.48 | -99.98%<br>(-99.98%) |
| Held in 2 Accounts | Quantity | | | Market Value | Day Change | Cost Basis | Gain / Loss |
| Roth Contributory IRA<br>..209 | 2 | | | $0.23 | -11.54%<br>(-11.54%) | $831.00 | -99.97%<br>(-99.97%) |
| Schwab One<br>..923 | 2 | | | $0.23 | -11.54%<br>(-11.54%) | $1,305.48 | -99.98%<br>(-99.98%) |