NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Janet Hall
3826 NW Vordon Pl
Portland OR 97229

Telephone Number: 572-910-3151

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JAN - 6 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **233944255**

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 10-23-24
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity  PO Box 770001
Cincinnati OH 45277-0002
Telephone Number: 800-544-6666

3. **Date Equity Interest was acquired:** 3/23/22 – 12/27/22

4. Total amount of member interest: 936 Shares at $274,370.00

5. Certificate number(s): See attached

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent.  ☐ I am a guarantor, surety, endorser, or other codebtor.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Janet Hall
Title: _____
Company: _____ Address and telephone number (if different from notice address above):

(Signature) Janet Hall    (Date) 12-6-24

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Proof of Interest Documentation
Case 24-50792, Meta Materials Inc
For Janet Hall                                                                                                          Page 1
Fidelity Accout # 233944255

| Run Date | Action | Symbol | Description | Type | Quantity | Price ($) | Amount paid ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 03/23/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 8910 | 1.92 | $ (17,107.20) | 3/25/2022 |
| 03/23/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 190 | 1.92 | $ (363.85) | 3/25/2022 |
| 04/25/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 350 | 1.38 | $ (482.83) | 4/27/2022 |
| 04/26/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 19217 | 1.3 | $ (24,982.10) | 4/28/2022 |
| 05/02/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 900 | 1.19 | $ (1,075.05) | 5/4/2022 |
| 05/02/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 100 | 1.2 | $ (119.50) | 5/4/2022 |
| 05/04/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1637 | 1.22 | $ (1,988.96) | 5/6/2022 |
| 05/09/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 966 | 1.19 | $ (1,144.71) | 5/11/2022 |
| 05/25/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 3030 | 1.69 | $ (5,110.70) | 5/27/2022 |
| 06/22/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 4700 | 1.84 | $ (8,644.71) | 6/24/2022 |
| 06/27/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 8300 | 1.19 | $ (9,835.51) | 6/29/2022 |
| 07/05/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 8477 | 1.03 | $ (8,773.70) | 7/7/2022 |
| 07/06/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1211 | 1.06 | $ (1,283.54) | 7/8/2022 |
| 07/11/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 820 | 1.01 | $ (828.12) | 7/13/2022 |
| 07/19/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1102 | 0.95 | $ (1,049.43) | 7/21/2022 |
| 07/19/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 20 | 0.95 | $ (19.00) | 7/21/2022 |
| 07/21/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 19000 | 1 | $ (18,977.20) | 7/25/2022 |
| 08/10/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 240 | 0.94 | $ (224.90) | 8/12/2022 |
| 08/26/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 20830 | 0.82 | $ (17,016.03) | 8/30/2022 |
| 09/07/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 8700 | 0.77 | $ (6,707.70) | 9/9/2022 |
| 09/07/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1300 | 0.77 | $ (1,002.04) | 9/9/2022 |
| 09/13/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 4651 | 0.81 | $ (3,782.20) | 9/15/2022 |
| 09/22/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 2800 | 0.73 | $ (2,051.56) | 9/26/2022 |
| 09/29/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1000 | 0.66 | $ (655.60) | 10/3/2022 |
| 10/11/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 5821 | 0.76 | $ (4,441.42) | 10/13/2022 |
| 10/13/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 18602 | 1.24 | $ (23,066.48) | 10/17/2022 |
| 10/13/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1381 | 1.17 | $ (1,615.77) | 10/17/2022 |
| 10/19/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 6090 | 0.84 | $ (5,085.75) | 10/21/2022 |
| 10/24/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 3571 | 0.88 | $ (3,127.84) | 10/26/2022 |
| 11/04/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 3000 | 1.48 | $ (4,440.00) | 11/8/2022 |
| 11/07/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 7980 | 1.58 | $ (12,608.40) | 11/9/2022 |
| 11/07/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 300 | 1.59 | $ (475.50) | 11/9/2022 |
| 11/15/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 3500 | 1.89 | $ (6,615.00) | 11/17/2022 |
| 11/21/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 12649 | 2.15 | $ (27,195.35) | 11/23/2022 |
| 11/21/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 2700 | 2.14 | $ (5,778.00) | 11/23/2022 |
| 11/21/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 2500 | 1.94 | $ (4,843.50) | 11/23/2022 |
| 11/22/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 20000 | 2.01 | $ (40,200.00) | 11/25/2022 |
| 11/22/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 20000 | 2.01 | $ (40,200.00) | 11/25/2022 |
| 11/22/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 5000 | 2.02 | $ (10,100.00) | 11/25/2022 |
| 11/25/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 6593 | 1.9 | $ (12,526.70) | 11/29/2022 |
| 11/25/2022 | BOUGHT | 59134N104 | META MATERIALS INC | Cash | 1797 | 1.9 | $ (3,405.32) | 11/29/2022 |
|  |  |  | Total $ |  | 239935 |  | $ (338,951.17) Total Spent |  |

Proof of Interest Documentation
Case 24-50792, Meta Materials Inc
For Janet Hall                                                                                    Page 2
Fidelity Accout # 233944255

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2000 | 1 | $ | 2,004.75 | 1/31/2023 |
| 02/08/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -5000 | 0.92 | $ | 4,581.89 | 2/10/2023 |
| 03/02/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.61 | $ | 60.49 | 3/6/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.63 | $ | 62.49 | 3/7/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.63 | $ | 124.99 | 3/7/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.63 | $ | 124.99 | 3/7/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -500 | 0.63 | $ | 312.49 | 3/7/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -500 | 0.63 | $ | 312.49 | 3/7/2023 |
| 03/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2300 | 0.63 | $ | 1,437.48 | 3/7/2023 |
| 03/15/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1000 | 0.53 | $ | 525.89 | 3/17/2023 |
| 03/15/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2000 | 0.53 | $ | 1,051.99 | 3/17/2023 |
| 03/29/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -0.672 | 0.43 | $ | 0.29 | 3/31/2023 |
| 03/29/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -5773 | 0.43 | $ | 2,499.69 | 3/31/2023 |
| 04/10/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2000 | 0.42 | $ | 835.99 | 4/12/2023 |
| 05/08/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2600 | 0.23 | $ | 597.99 | 5/10/2023 |
| 05/12/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -5000 | 0.2 | $ | 1,009.99 | 5/16/2023 |
| 05/15/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -3000 | 0.2 | $ | 609.59 | 5/17/2023 |
| 05/22/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -4000 | 0.25 | $ | 1,000.39 | 5/24/2023 |
| 05/31/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2300 | 0.22 | $ | 495.64 | 6/2/2023 |
| 06/01/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -11030 | 0.2 | $ | 2,214.80 | 6/5/2023 |
| 06/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -3000 | 0.24 | $ | 713.99 | 6/8/2023 |
| 06/14/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2182 | 0.22 | $ | 475.88 | 6/16/2023 |
| 06/20/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.21 | $ | 63.65 | 6/22/2023 |
| 06/20/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1500 | 0.21 | $ | 317.84 | 6/22/2023 |
| 06/20/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -3000 | 0.21 | $ | 638.09 | 6/22/2023 |
| 06/29/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2400 | 0.21 | $ | 504.00 | 7/3/2023 |
| 06/30/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1000 | 0.21 | $ | 211.80 | 7/5/2023 |
| 07/03/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -11430 | 0.2 | $ | 2,285.98 | 7/6/2023 |
| 07/12/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -10000 | 0.19 | $ | 1,879.98 | 7/14/2023 |
| 07/19/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -5000 | 0.2 | $ | 993.49 | 7/21/2023 |
| 07/24/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1800 | 0.22 | $ | 395.10 | 7/26/2023 |
| 07/26/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -75 | 0.21 | $ | 15.90 | 7/28/2023 |
| 07/26/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.21 | $ | 21.25 | 7/28/2023 |
| 07/26/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.21 | $ | 21.27 | 7/28/2023 |
| 07/26/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -617 | 0.21 | $ | 131.43 | 7/28/2023 |
| 07/26/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -9108 | 0.21 | $ | 1,927.23 | 7/28/2023 |
| 08/02/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -2500 | 0.24 | $ | 603.74 | 8/4/2023 |
| 09/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -46 | 0.22 | $ | 10.19 | 9/8/2023 |
| 09/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -275 | 0.22 | $ | 60.64 | 9/8/2023 |
| 09/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1000 | 0.22 | $ | 220.90 | 9/8/2023 |
| 09/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -3379 | 0.22 | $ | 743.38 | 9/8/2023 |
| 10/06/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -5000 | 0.22 | $ | 1,089.49 | 10/11/2023 |
| 10/18/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.2 | $ | 20.16 | 10/20/2023 |
| 10/18/2023 | SOLD | 59134N104 | META MATERIALS INC Cash | -1830 | 0.2 | $ | 366.00 | 10/20/2023 |
| 12/19/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -1550 | 1.29 | $ | 2,006.89 | 12/21/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -26 | 0.98 | $ | 25.52 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.19 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |

Proof of Interest Documentation
Case 24-50792, Meta Materials Inc
For Janet Hall                                                                                      Page 3
Fidelity Accout # 233944255

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.20 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -100 | 0.98 | $ | 98.21 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -143 | 0.98 | $ | 140.43 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -144 | 0.98 | $ | 141.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -174 | 0.98 | $ | 170.88 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.39 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.39 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.39 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -200 | 0.98 | $ | 196.41 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.98 | $ | 294.62 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.98 | $ | 294.62 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.98 | $ | 294.62 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.98 | $ | 294.62 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -300 | 0.98 | $ | 294.62 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -400 | 0.98 | $ | 392.83 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -400 | 0.98 | $ | 392.83 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -400 | 0.98 | $ | 392.83 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -400 | 0.98 | $ | 392.83 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -600 | 0.98 | $ | 589.24 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -700 | 0.98 | $ | 687.45 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -900 | 0.98 | $ | 883.86 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -956 | 0.98 | $ | 938.86 | 12/29/2022 |
| 12/27/2022 | SOLD | 59134N104 | META MATERIALS INC Cash | -17187 | 0.98 | $ | 16,877.24 | 12/29/2022 |
| | | | Total $ | -146426 | | $ | 64,581.17 | Total from sale |

Net sh 93509.33                    $    (274,370.00) Net Dollars Spent

currently have 936 Shares after 100/1 reverse split



**Account # 233-944255**
**JANET HALL - TRADITIONAL IRA**

### Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2023 Contributions | ████████ | ████████ |

## Holdings

### Core Account

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ████████ | | | | | | | |
| **Total Core Account (1% of account holdings)** | ████ | | | ████ | | | ████ |

### Stocks

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Cost | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 66.45 | 936.000 | 0.0610 | 57.09 | 175,691.86 | -175,634.77 | - |
| ████████ | ████ | ████ | | ████ | ████ | ████ | - |
| ████████ | ████ | ████ | | ████ | ████ | ████ | |
| **Total Holdings** | | ████ | | ████ | ████ | ████ | |