NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Janet Hall
3826 NW Vardon Pl
Portland OR 97229

**Telephone Number:** 512-910-3151

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JAN - 6 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 25X-79402

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 10-23-24
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Merrill FL4-802-03-05
PO Box 40486 Jacksonville FL 32203
**Telephone Number:** 888-637-3343

3. **Date Equity Interest was acquired:** 2/2/21 — 12/16/22

4. **Total amount of member interest:** 383 Shares $189,078

5. **Certificate number(s):** See attached Documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Janet Hall
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature) Janet Hall     (Date) 12-6-24

Telephone number:     email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Documentation
Case 24-50792, Meta Material Inc                    Page 1
For Janet Hall
Merrill Lynch Account # 25X-79402

TRCH purchases

| Purchase date | Stock | Quantity | Purchase price | Total |
|---|---|---|---|---|
| 2/2/2021 | Torchlight | 300 | $ 1.70 | $ 510.00 |
| 2/10/2021 | Torchlight | 750 | $ 1.60 | $ 1,196.48 |
| 2/23/2021 | Torchlight | 450 | $ 3.01 | $ 1,354.46 |
| 3/2/2021 | Torchlight | 500 | $ 2.19 | $ 1,094.95 |
| 3/17/2021 | Torchlight | 150 | $ 2.56 | $ 384.00 |
| 4/20/2021 | Torchlight | 1700 | $ 1.41 | $ 2,401.93 |
| 5/12/2021 | Torchlight | 560 | $ 2.17 | $ 1,213.02 |
| 5/24/2021 | Torchlight | 1000 | $ 2.12 | $ 2,116.90 |
| 5/25/2021 | Torchlight | 90 | $ 2.19 | $ 197.10 |
| 5/26/2021 | Torchlight | 980 | $ 2.24 | $ 2,190.30 |
| 5/26/2024 | Torchlight | 1520 | $ 2.32 | $ 3,518.80 |
| 6/2/2021 | Torchlight | 1250 | $ 2.38 | $ 2,975.00 |
| 6/4/2021 | Torchlight | 2080 | $ 2.94 | $ 6,106.05 |
| 6/10/2021 | Torchlight | 1000 | 3.265 | $ 3,265.00 |
| 6/16/2021 | Torchlight | 2000 | 3.4167 | $ 6,833.40 |
| 6/17/2021 | Torchlight | 480 | $ 4.93 | $ 2,366.40 |
| 6/17/2021 | Torchlight | 550 | $ 4.80 | $ 2,639.95 |
| 6/17/2021 | Torchlight | 542 | $ 4.78 | $ 2,590.76 |
| 6/18/2021 | Torchlight | 660 | $ 5.94 | $ 3,920.40 |
| 6/21/2021 | Torchlight | 300 | $ 5.51 | $ 1,651.50 |
| 6/22/2021 | Torchlight | 2950 | $ 5.49 | $ 16,195.50 |
| 6/22/2021 | Torchlight | 13 | $ 6.24 | $ 81.11 |
| 6/23/2021 | Torchlight | 124 | $ 8.62 | $ 1,068.88 |
| 6/23/2021 | Torchlight | 549 | $ 8.52 | $ 4,677.48 |
| 6/23/2021 | Torchlight | 333 | $ 8.55 | $ 2,847.15 |
| 6/23/2021 | Torchlight | 6 | $ 9.02 | $ 54.12 |
| 6/23/2021 | Torchlight | 687 | $ 9.00 | $ 6,183.00 |
| 6/23/2021 | Torchlight | 448 | $ 10.02 | $ 4,488.96 |

| For Dividend | | 21972 | | $84,122.58 |
|---|---|---|---|---|

**Exchange to Metamaterial

| 6/29/2021 | Torchlight | 2874 | $ 4.91 | $ 14,110.56 |
|---|---|---|---|---|

Proof of Interest Documentation
Case 24-50792, Meta Material Inc                    Page2
For Janet Hall
Merrill Lynch Account # 25X-79402

| Purchase date | Stock | Quantity | Purchase price | Total | |
|---|---|---|---|---|---|
| 6/9/2021 | Metamaterial Inc | 1,000 | 3.94 | $ 3,940.00 | |
| 6/16/2021 | Metamaterial Inc | 1,010 | 5.1 | $ 5,151.00 | |
| 6/16/2021 | Metamaterial Inc | 1,000 | $ 5.10 | $ 5,100.00 | |
| 6/23/2021 | Metamaterial Inc | 52 | $ 9.50 | $ 494.00 | |
| 6/23/2021 | Metamaterial Inc | 99 | $ 9.62 | $ 952.32 | |
| 6/23/2021 | Metamaterial Inc | 560 | $ 8.82 | $ 4,939.20 | |
| 6/29/2021 | Metamaterial Inc | 1,437 | | $ 14,110.56 | **Exchange |
| 7/8/2021 | Metamaterial Inc | 430 | $ 6.92 | $ 2,974.74 | |
| 7/9/2021 | Metamaterial Inc | 3 | $ 7.10 | $ 21.30 | |
| 7/14/2021 | Metamaterial Inc | 125 | $ 4.81 | $ 601.25 | |
| 7/21/2021 | Metamaterial Inc | 335 | $ 3.37 | $ 1,128.95 | |
| 7/28/2021 | Metamaterial Inc | 740 | $ 3.42 | $ 2,530.80 | |
| 7/30/2021 | Metamaterial Inc | 29 | $ 3.29 | $ 95.41 | |
| 7/30/2021 | Metamaterial Inc | 1 | $ 3.29 | $ 3.29 | |
| 8/3/2021 | Metamaterial Inc | 168 | $ 3.49 | $ 586.32 | |
| 8/3/2021 | Metamaterial Inc | 2,150 | $ 3.53 | $ 7,584.99 | |
| 8/3/2021 | Metamaterial Inc | 990 | $ 3.61 | $ 3,572.91 | |
| 8/27/2021 | Metamaterial Inc | 6,084 | $ 3.58 | $ 21,780.72 | |
| 8/27/2021 | Metamaterial Inc | 3,033 | $ 3.56 | $ 10,797.48 | |
| 8/27/2021 | Metamaterial Inc | 1,939 | $ 3.57 | $ 6,922.23 | |
| 8/30/2021 | Metamaterial Inc | 1,824 | $ 3.70 | $ 6,748.80 | |
| 9/7/2021 | Metamaterial Inc | 120 | $ 5.02 | $ 602.40 | |
| 9/7/2021 | Metamaterial Inc | 5 | $ 5.02 | $ 25.10 | |
| 9/8/2021 | Metamaterial Inc | 1 | $ 5.27 | $ 5.27 | |
| 9/10/2021 | Metamaterial Inc | 37 | $ 5.32 | $ 196.84 | |
| 9/15/2021 | Metamaterial Inc | 275 | $ 5.17 | $ 1,421.75 | |
| 9/15/2021 | Metamaterial Inc | 3 | $ 5.40 | $ 16.20 | |
| 9/15/2021 | Metamaterial Inc | 1 | $ 5.30 | $ 5.30 | |
| 9/17/2024 | Metamaterial Inc | 100 | $ 4.91 | $ 491.00 | |
| 9/17/2024 | Metamaterial Inc | 1 | $ 4.90 | $ 4.90 | |
| 9/20/2021 | Metamaterial Inc | 40 | $ 4.88 | $ 195.20 | |
| 9/20/2021 | Metamaterial Inc | 4 | $ 4.93 | $ 19.70 | |
| 10/1/2021 | Metamaterial Inc | 14 | $ 6.01 | $ 84.12 | |
| 10/6/2021 | Metamaterial Inc | 42 | $ 5.35 | $ 224.70 | |
| 10/7/2021 | Metamaterial Inc | 117 | $ 5.10 | $ 596.70 | |
| 10/27/2021 | Metamaterial Inc | 5 | $ 4.44 | $ 22.20 | |
| 10/27/2021 | Metamaterial Inc | 890 | $ 4.47 | $ 3,978.30 | |
| 11/3/2021 | Metamaterial Inc | 209 | $ 4.80 | $ 1,003.20 | |
| 11/8/2021 | Metamaterial Inc | 28 | $ 4.88 | $ 136.75 | |
| 11/26/2021 | Metamaterial Inc | 260 | $ 3.84 | $ 998.37 | |
| 11/26/2021 | Metamaterial Inc | 1 | $ 3.84 | $ 3.84 | |
| 12/22/2021 | Metamaterial Inc | 405 | $ 3.92 | $ 1,587.60 | |
| 12/29/2021 | Metamaterial Inc | 2 | $ 2.70 | $ 5.40 | |
| 12/29/2021 | Metamaterial Inc | 357 | $ 2.80 | $ 999.60 | |
| 1/28/2022 | Metamaterial Inc | 1 | $ 1.70 | $ 1.70 | |
| 1/28/2022 | Metamaterial Inc | 62 | $ 1.59 | $ 98.58 | |
| 7/14/2022 | Metamaterial Inc | 347 | $ 0.98 | $ 339.19 | |
| 11/23/2022 | Metamaterial Inc | 160 | $ 2.19 | $ 350.40 | |
| 11/29/2022 | Metamaterial Inc | 391 | $ 1.92 | $ 750.72 | |
| | | 26,887 | | $114,201.29 | |

Proof of Interest Documentation
Case 24-50792, Meta Material Inc                                          Page 3
For Janet Hall
Merrill Lynch Account # 25X-79402

| Metamaterial Sales | Quantity | | Sale price | | Basis | | Sale Amount | | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 6/29/2021 | 21 | $ | 13.67 | $ | 82.74 | $ | 287.10 | $ | 204.36 |
| 11/15/2021 | 210 | $ | 4.76 | $ | 938.70 | $ | 1,000.30 | $ | 61.60 |
| 12/14/2021 | 465 | $ | 3.10 | $2,078.55 | | $ | 1,441.49 | $ | (637.06) |
| 3/9/2022 | 999 | $ | 1.61 | $4,152.51 | | $ | 1,609.19 | $ | (2,543.32) |
| 3/16/2022 | 255 | $ | 1.45 | $ | 893.24 | $ | 369.75 | $ | (523.49) |
| 12/9/2022 | 500 | $ | 2.05 | $ | 857.27 | $ | 1,025.00 | $ | 167.73 |
| 12/16/2022 | 227 | $ | 1.36 | $ | 223.74 | $ | 308.72 | $ | 84.98 |
| | | | | $9,226.75 | | $ | 6,041.55 | | |
| | | | | | | Net loss | | $ | (3,185.20) |

Metamaterial transfer to son
   8/3/2021              50                        $  (163.50)  Need


total shares sold and          2727



         10,986   Shares from Torch
         37,873   Total Shares

Exchange  (3,700)   Exchanged Meta Shares on 7/6 /21
Exchange   6,826   Exchanged Meta Shares on 7/6 /21
          40,999


          2,727   less sales and transfers of shares

         38,272   Total Shares before reverse of 100/1

            383   Current shares after reverse split



$ 198,323.87
$   9,226.75
$ 189,097.12   Total basis based individual transacatitions on pages 1,2 and 3
$ 189,078.71   Total basis based on Statement, Page 4

*Proof of interest Documents 24-50792*
*Case 24-50792 MetaMaterial Inc*
*For Janet Hall*
*Merrill Lynch Acct #25X-79402*

*Page 4*

# MERRILL
**A BANK OF AMERICA COMPANY**

JANET HALL                                    Account Number: 25X-79402

## *YOUR CMA ASSETS*

November 01, 2024 - November 29, 2024

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.27 | 0.27 | | .27 | | |
| +ML DIRECT DEPOSIT PROGRAM | 98.00 | 98.00 | 1.0000 | 98.00 | | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 98.27 | | **98.27** | | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 383.0000 | 189,102.07+ | 0.0610 | 23.36 | (189,078.71) | |
| **TOTAL** | | | 189,102.07 | | **23.36** | (189,078.71) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** YIELD .01% | 189,200.34 | **121.63** | (189,078.71) | | |

**Notes**
+Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to
include the holding period of the lot closed by that previous "Wash Sale".

+