NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-hLb

RECEIVED AND FILED
JAN - 6 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ELBASRI SIMARI
1 LAZONby Hall
Penrith, Cumbria, CA10 1AZ
UK

**Telephone Number:** +447703825533

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**Account or other number by which Interest holder identifies Debtor:**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

DEGIRO, Rembrandt tower 10th Floor 1096 HA Amsterdam Netherlands
**Telephone Number:** +4969506041950

**3. Date Equity Interest was acquired:**
Shares Having been purchased below- 28/06/24 To 23/10/23

**4. Total amount of member interest:** 5985

**5. Certificate number(s):** See attached

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** ELBASRI SIMARI
**Title:** Individual
**Company:** Address and telephone number (if different from notice address above):

(Signature)   (Date) 25/12/2024

**Telephone number:** +447703825533   **email:** b_simari@yahoo.co.uk

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

26/12/2024 15:17 Yahoo Mail - DEGIRO - Transactions Notification Mail: Sell 5,885 META MATERIALS INC. - COMMON STOCK @ ...

Case 24-50792-hlb Doc 1532 Entered 01/06/25 18:35:21 Page 2 of 3

# DEGIRO - Transactions Notification Mail: Sell 5,885 META MATERIALS INC. - COMMON STOCK @ 0.055

From: DEGIRO (notifications@degiro.com)

To: b_simari@yahoo.co.uk

Date: Thursday, 25 January 2024 at 15:50 CET

Dear Mr Simari,

The following order has been executed:

## META MATERIALS INC. - COMMON STOCK

| | |
|---|---|
| Order ID | 23e085be-3e0a-4a32-8e6a-72c8b82c90c1 |
| Execution date | 25-Jan-2024 15:49:17 |
| ISIN | US59134N1046 |
| Order | Sell |
| Type | Market |
| Reference exchange | NDQ |
| Execution venue | CDED |
| Quantity | 5885 |
| Price | USD 0.0552 |
| Local value | USD 324.85 |
| Value | GBP 255.58 |
| Exchange rate | 1.2710 |
| Costs AutoFX | GBP -0.64 |
| Transaction and/or third party fees | GBP -1.71 |

| Total Costs | GBP -2.35 |
|---|---|
| Total | GBP 253.23 |

Don't you want to receive those transaction confirmation emails? Please login to your account and disable it in your tradesettings.

QUESTIONS?
We are available on weekdays from 07:00 to 21:00. Please find our Help Center and contact details on our website. We do not answer to replies to this e-mail.

**Prevent cybercrime**
On this page we share a few easy tips on how to prevent cybercrime, such as recognising our official communications and enabling two-factor authentication.

Download our app:                    Follow us on:

The information contained in this e-mail and any attachments is strictly confidential and intended solely for the use of the addressee(s) only, unless otherwise stated. It is possible that this e-mail contains personal and/or confidential information. If you are not the intended recipient, please do not read, copy, use or disclose to others this message or any attachment. Please also notify the sender immediately by replying to this email or by telephone and then delete the email and any copies of it. All circulation, reproduction, use or disclosure of the contents of this e-mail and its attachments to third parties are strictly prohibited. Although this information has been compiled with the greatest care, flatex DEGIRO Bank Dutch Branch is in no way liable for any errors, omissions or other inaccuracies in this information, or the consequences of these, nor is it in any way bound by the contents of this e-mail or its attachments.

© 2021 flatex DEGIRO Bank Dutch Branch