NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** METR MATERIALS INC. (MMATQ) | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Sherri J Von Behren
   Donald D. Von Behren
   806 Aker Dr
   Altamont IL 62411

   Telephone Number:
   843-324-1473

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AM AND FILED
   JAN 06 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 89474370 - | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   CHARLES SCHWAB & CO. INC.
   1945 NORTHWESTERN DRIVE
   Telephone Number:

3. Date Equity Interest was acquired:
   06/12/2021 TO 02/13/2023

   Documented interest holdings attached.

4. Total amount of member interest: $15,455.01

5. Certificate number(s): N/A

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: SHERRI J VONBEHREN / DONALD D VONBEHREN
Title:
Company: ___ Address and telephone number (if different from notice address above):
806 AKER DRIVE
ALTAMONT, IL 62411

(Signature) Sherri J Von Behren / Donald D Von Behren   (Date) 12-29-2024

Telephone number: 843-324-1473   email: SJVONBEHREN@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Schwab One® Account of
SHERRI J VONBEHREN &
DONALD D VONBEHREN JT TEN

**Statement Period**
November 1-30, 2024

### Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $621.12 | | $0.00 | | $0.00 | | $0.00 | | ($18.08) | | $603.04 | | $23,037.59 | | ($20,759.62) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Cash and Cash Investments

| Type | Symbol | Description | | | | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Cost Basis | Pending/Unsettled Cash($) | Interest/ Yield Rate | Est. Annual Income($) | % Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | 284.32 | 284.32 | 0.00 | | 0.00 | | 0.00 | 47% |
| **Total Cash and Cash Investments** | | | | | | **$284.32** | **$284.32** | **$0.00** | | | | | **47%** |

### Positions - Equities

| Symbol | Description | | Quantity | Price($) | Beginning Balance($) | Market Value($) | Cost Basis($) | Ending Balance($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADGO | ADVANTEGO CORP | | 300,000.0000 | 0.00000 | | 0.00 | 96.95 | 96.95 | (96.95) | N/A | 0.00 | 15% |
| ATER | ATERIAN INC | | 33.0000 | 2.73000 | | 90.09 | 3,522.40 | | (3,432.31) | N/A | 0.00 | 15% |
| MMATQ | META MATLS INC | | 61.0000 | 0.06100 | | 3.72 | 15,455.01 | | (15,451.29) | N/A | 0.00 | <1% |
| RENO | RENOVARE ENVIRONMENTAL I | | 250.0000 | 0.00010 | | 0.03 | 383.49 | | (383.46) | N/A | 0.00 | 32% |
| SNDL | SNDL INC F | | 100.0000 | 1.93000 | | 193.00 | 860.94 | | (667.94) | N/A | 0.00 | 5% |
| EEENF | 88 ENERGY ORD | ORDF | 25,500.0000 | 0.00125 | | 31.88 | 759.55 | | (727.67) | N/A | 0.00 | 5% |
| **Total Equities** | | | | | | **$318.72** | **$21,078.34** | | **($20,759.62)** | | **$0.00** | **53%** |