

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 22, 2025

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 24-50792-hlb |
| META MATERIALS INC., | Chapter 7 |
| | **ORDER WAIVING REDACTION FEE** |
| Debtor. | |

The Court previously directed the Clerk of the Court to accept all proofs of interest filed in this case [ECF No. 1216].  The Court also directed parties who wished to remove their personal identifiable information from public view to file a Notice of Redaction pursuant to Local Rule 9037(b) [ECF No. 138] along with the appropriate filing fee. However, some filers submitted payment for their redaction with foreign currency that the Court cannot accept. Therefore, to ensure that personal identifiable information is removed from public view, it is hereby ORDERED:

The filing fee for a redaction under 28 U.S.C. § 1930 is waived in this case.  Parties filing proofs of interest are not required to pay any fee for filing a Notice of Redaction that complies with the Court's previous instructions regarding the redaction of confidential information. The redaction must be completed in accordance with applicable local rules and procedures, which can be found on the Court's website at https://www.nvb.uscourts.gov/.

**DATED AND SIGNED ABOVE.**

Copy sent via CM/ECF Electronic Notice

###