NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA **AMENDED** | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:**
# Meta Materials Inc.

**Case Number:**
## 24-50792-hlb

| | |
|---|---|
| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Jeffrey Mead Kurzon<br>216A Old Jaffrey Road<br>Peterborough, NH 03458<br><br><br>Telephone Number:<br>   212-203-8918 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. |

RECEIVED AND FILED DLS

JAN 27 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>       0365 | Check here if this Proof of Interest:<br>☒ replaces a previously filed Proof of Interest dated: **Jan 10, 2025**<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br><br>   See next page  2/2 *JMK*<br>**Telephone Number:** | 3. **Date Equity Interest was acquired:**<br>100 - November 1, 2023 --> 1<br>1,000 - December 26, 2023 --> 10<br>1 - Fidelity Traditional IRA Aug 14, 2024<br>1 - Fidelity Cash Account - December 29, 2023 |
| 4. **Total amount of member interest:** ____13 shares____ | 5. **Certificate number(s):** _NA_ *JMK* |

| |
|---|
| 6. **Type of Equity Interest:**<br>Please indicate the type of Equity Interest you hold:<br>☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.<br>☒ Check this box if your Equity Interest is based on anything else and describe that interest:<br>    See PPs. 3-6 *JMK*  broker *JMK*<br>**Description:** ___11 directly owned shares, 1 share beneficially owned at broker, 1 share in retirement account___ |
| 7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.<br>DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>    *ATTACHED PP. 2-6 JMK* |
| 8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.  *ENCLOSED JMK* |

**9. Signature:**
Check the appropriate box.

☒ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Jeffrey Mead Kurzon_
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____

(Signature)      *January 23, 2025* (Date)

Telephone number: 212-203-8918 _____  email:___Jeff@Kurzon.com___

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**United States Bankruptcy Court**

**District of Nevada**

## AMENDED AND RESTATED PROOF OF INTEREST

**CASE NO. 24-50792-hlb**

**In Re Meta Materials Inc.**

Continuation of Proof of Interest (page 2 of 2)

      Filed by Jeffrey Mead Kurzon, Interest Holder

Note: This Proof of Interest amends and restates the Proof of Interest filed January 10, 2025 (dated January 6, 2025). The reason for this amendment and restatement is that the original filing for 1,102 shares neglected the reverse split of the Debtor (100-1) on January 29, 2024. Therefore, the correct number of shares in Question 4 is 13 (thirteen) being the sum of 11 and 2.

**Question 2.**

Equiniti Trust Company, LLC,

Operations Center,

6201 15th Avenue, Brooklyn, NY 11219

Ph. 800-937-5449

Fidelity Investments
PO Box 770001
Cincinnati, OH 45277-0002

Ph. 800-343-3548

✕                     **MMATQ**         

 **MMATQ**                              **$0.0001**
Meta Materials            +$0.0001 (9,900.0000%)

Overview            Research            **Positions**

TRADITIONAL IRA ▮▮▮▮4161                    ⌄

## Details

| | |
|---|---|
| Total value | $0.00 |
| Shares owned | 1 |
| Average cost | $0.59 |
| Total gain/loss | -$0.59 (-99.99%) |
| Today's gain/loss | $0.00 (0.00%) |

As of Jan-06-2025 14:47 ET

## Purchase history

| Acquired ▲ | Quantity | Average cost |
|---|---|---|
| Aug-14-2024 | 1 | $0.59 |

| Buy | Sell |
|---|---|

3

**14:46**                    ::!! LTE 67

✕          **MMATQ**  🔗  ⊕  🔔

 **MMATQ**                    **$0.0001**
Meta Materials          +$0.0001 (9,900.0000%)

LAST 4 Acct No,
🔲 **9451**

| Overview | Research | **Positions** |
|---|---|---|

Shares owned                                    1

Average cost                              `$0.49

Total gain/loss              -$0.49 (-99.98%)

Today's gain/loss              $0.00 (0.00%)

As of Jan-06-2025 14:43 ET

## Purchase history

| Acquired ▲ | Quantity | Average cost |
|---|---|---|
| Nov-20-2023 | 0.143 | $0.63 |
| Dec-29-2023 | 0.857 | $0.47 |

| Buy | Sell |
|---|---|

4



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.3100.001.002.325
JEFFREY MEAD KURZON
216A OLD JAFFREY RD
PETERBOROUGH, NH 03458-1825

| | |
|---|---|
| Company Number: | 24438 |
| Company Name: | META MATERIALS INC |
| | |
| CUSIP: | 59134N104 |
| Company Ticker Symbol: | MMAT |
| Stock Exchange: | NASD |
| Account Number: | 0365 |
| Statement Date: | November 1, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 100.000 | 100.000 | Market Value Date | 11/01/2023 |
| Plan Shares | | | | Market Value Price | $0.115 |
| Certificated Shares | | | | | |
| Total Shares | | | 100.000 | Total Market Value | $11.53 |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 11/01/2023 | BK 0000582 | BOOK SHARES CREDITED | 100.000 |



AST01244380000010365



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JEFFREY MEAD KURZON
216A OLD JAFFREY RD
PETERBOROUGH, NH 03458-1825

| | |
|---|---|
| Statement Date: | December 26, 2023 |
| Company Name: | META MATERIALS INC |
| Company Number: | 24438 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N104 |
| Account Number: | 0365 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

## IMPORTANT: Retain this statement for your investment and tax records.

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 1,100.000 | 1,100.000 | Market Value Date | 12/26/2023 |
| Plan Shares | | | | Market Value Price | $0.069 |
| Certificated Shares | | | | | |
| Total Shares | | | 1,100.000 | Total Market Value | $76.12 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 12/26/2023 | BK*0000592 | BOOK SHARES CREDITED | 1,000.000 |



AST01244380000010365



4218.001.001.00264

#1540

**United States Bankruptcy Court**

**District of Nevada**

**CASE NO. 24-50792-hlb**

**In Re Meta Materials Inc.**

Jeffrey Mead Kurzon
216A Old Jaffrey Road
Peterborough, NH 03458
Tel: 212-203-8918 | E-mail: Jeff@Kurzon.com

**Clerk of Court:** Mary A. Schott

**U.S. Bankruptcy Court, District of Nevada**
**Foley Federal Building and U.S. Courthouse**
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Phone: (702) 527-7000

Re: AMENDED AND RESTATED PROOF OF INTEREST

Dear Clerk Schott,

In regard to the **"Order Directing the Clerk of Court to Accept All Proofs of Interest,"** dated December 19, 2024, in the above captioned In Re Meta Materials, please file the attached **amended and restated proof** of 13 interests (11 directly owned and 2 beneficially owned), which amends and restates my proof of interest dated January 6, 2025 and filed January 10, 2025. The reason for the amendment and restatement is stated on page 2 (inadvertently failing to account for the Debtor's reverse split).

The filing consists of the form, plus a supplemental page, plus four pages of evidence (6 pages total). You have my consent to file this page as well (making 7 pages total) if you deem beneficial.

Enclosed is a copy of this letter and the filing that I ask you stamp and return to me in the enclosed stamped envelope.

Thank you for your service.

Sincerely,

1/23/25

Jeffrey Mead Kurzon,

Pro Se Shareholder