NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Michael Graves
    4559 Hamilton Blvd
    Sioux City, IA 51104

    Telephone Number: 712-252-3124

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

MAG
RECEIVED AND FILED
FEB 04 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 2745-3883 | Check here if this Proof of Interest: <br>☐ replaces a previously filed Proof of Interest dated: _____ <br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Telephone Number:

3. Date Equity Interest was acquired:

4. Total amount of member interest: 20,000

5. Certificate number(s): _____

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☒ I am the interest holder.
    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Graves
Title: CPA
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [signed]    (Date) 1/29/25
Telephone number: 712-252-3124    email: mike@fitchgraves.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



*Hilary L. Barnes*
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 19, 2024

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 24-50792-hlb |
|---|---|
| META MATERIALS INC., | Chapter 7 |
| Debtor. | **ORDER DIRECTING THE CLERK OF COURT TO ACCEPT ALL PROOFS OF INTEREST** |

Parties who intend to file Proofs of Interest in the above-captioned bankruptcy case of Meta Materials Inc. must use the Court's local form, which is available on the Court's website at https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/.

Parties who file Proofs of Interest *should not* include their full account number or any other personal identifiable information ("PII"), and if they do so, it is incumbent on them to redact such PII as set forth in Local Rule 9037(b) (which can be found on the Court's website at https://www.nvb.uscourts.gov/downloads/rules/local-rules-2021_final.pdf).

The Clerk of Court is directed to (i) process and docket all filed Proofs of Interest regardless of any deficiencies contained therein and (ii) include specific language regarding such deficiencies, if any, in the docket text.

**DATED AND SIGNED ABOVE.**

Copy sent via CM/ECF Electronic Notice and BNC

###

SAT-85504 0978-3 Case 24-50792-hlb    Doc 1587    Entered 02/05/25 13:28:40    Page 3 of 4
ANDREA J. DRIGGS
2525 EAST CAMELBACK ROAD
SUITE 500
PHOENIX, AZ  85016



001142  1142 1 AB 0.588  51104  7 1  10322-1-1142
MICHAEL GRAVES
4559 HAMILTON BLVD
SIOUX CITY, IA 51104-1142

SAT-85504 0978-3 Case 24-50792-hlb    Doc 1587    Entered 02/05/25 13:28:40    Page 3 of 4
ANDREA J. DRIGGS
2525 EAST CAMELBACK ROAD
SUITE 500
PHOENIX, AZ  85016

001142        8550400114  3018

Fitch & Graves
1531 Villa Ave.
Sioux City, IA 51103

SIOUX FALLS SD 570
30 JAN 2025 PM 2 L



$0.69
US POSTAGE IMI
FIRST-CLASS
063S0006065346
FROM 51103

US Bankruptcy Court District of Nevada
300 Las Vegas Blvd
South Las Vegas, NV 89101

89101-501367