NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **Meta Materials, inc** | Case Number: **24-50792** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

1180 S Miami Ave, Apt 1518
Miami, FL 33139

Telephone Number: 305-588-7646

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**FEB 11 2025**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**Robinhood** 5258

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
85 Willow Road, Menlo Park, CA 9402

Telephone Number: _See statement_

**3.** Date Equity Interest was acquired:
2021 & 2022
See statement

**4.** Total amount of member interest: 28,111.28 / See statement

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Esposito
Title: Investor
Company:___ Address and telephone number (if different from notice address above):

(Signature)   1/31/2025 (Date)

Telephone number: 305-588-7646   email: 888anypain@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Robinhood Securities LLC**           Account ████6258

**Proceeds from Broker and Barter Exchange Transactions**
(continued)

2021    1099-B*    OMB No. 1545-0715                                              02/11/2022

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |

██████████████ / Symbol: (cont'd)

| 1c- Date | Quantity | Proceeds | 1b- Date acquired | Cost | Wash sale | Gain/loss | Additional info |
|---|---|---|---|---|---|---|---|
| | 0.075 | 0.25 | 06/30/21 | 0.46 | ... | -0.21 | 7 of 7 - Sale [25] |
| 10/25/21 | 88.495 | 299.99 | Various | 486.17 | ... | -186.18 | Total of 7 transactions |
| | **Security total:** | **699.98** | | **930.06** | **43.76 W** | **-186.32** | |

META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol:

*6 transactions for 08/30/21. Total proceeds and cost reported to the IRS.*

| | 0.762 | 3.40 | 07/19/21 | 2.58 | ... | 0.82 | 1 of 6 - Sale [25] |
|---|---|---|---|---|---|---|---|
| | 144.000 | 642.22 | 07/19/21 | 487.96 | ... | 154.26 | 2 of 6 - Sale [25] |
| | 150.345 | 670.51 | 07/19/21 | 509.46 | ... | 161.05 | 3 of 6 - Sale [25] |
| | 0.312 | 1.39 | 07/22/21 | 1.17 | ... | 0.22 | 4 of 6 - Sale [25] |
| | 265.653 | 1,184.77 | 07/22/21 | 998.83 | ... | 185.94 | 5 of 6 - Sale [25] |
| | 46.541 | 207.57 | 08/16/21 | 146.61 | ... | 60.96 | 6 of 6 - Sale [25] |
| 08/30/21 | 607.613 | 2,709.86 | Various | 2,146.61 | ... | 563.25 | Total of 6 transactions |

*2 transactions for 08/30/21. Total proceeds and cost reported to the IRS.*

| | 37.000 | 165.01 | 06/23/21 | 394.41 | 229.40 W | 0.00 | 1 of 2 - Sale [25] |
|---|---|---|---|---|---|---|---|
| | 37.000 | 165.02 | 08/16/21 | 345.95 | 180.93 W | 0.00 | 2 of 2 - Sale [25] |
| 08/30/21 | 74.000 | 330.03 | Various | 740.36 | 410.33 W | 0.00 | Total of 2 transactions |

*6 transactions for 12/02/21. Total proceeds and cost reported to the IRS.*

| | 0.129 | 0.43 | 08/16/21 | 0.41 | ... | 0.02 | 1 of 6 - Sale [25] |
|---|---|---|---|---|---|---|---|
| | 0.141 | 0.47 | 08/16/21 | 0.44 | ... | 0.03 | 2 of 6 - Sale [25] |
| | 0.372 | 1.24 | 08/16/21 | 1.17 | ... | 0.07 | 3 of 6 - Sale [25] |
| | 54.277 | 180.85 | 08/16/21 | 170.97 | ... | 9.88 | 4 of 6 - Sale [25] |
| | 179.000 | 598.26 | 08/16/21 | 563.85 | ... | 34.41 | 5 of 6 - Sale [25] |
| | 58.648 | 195.42 | 08/20/21 | 172.71 | ... | 22.71 | 6 of 6 - Sale [25] |
| 12/02/21 | 292.567 | 976.67 | Various | 909.55 | ... | 67.12 | Total of 6 transactions |
| 12/02/21 | 37.000 | 123.28 | 08/20/21 | 289.90 | 166.62 W | 0.00 | Sale [25] |

*5 transactions for 12/08/21. Total proceeds and cost reported to the IRS.*

| | 0.080 | 0.27 | 08/20/21 | 0.24 | ... | 0.03 | 1 of 5 - Sale [25] |
|---|---|---|---|---|---|---|---|
| | 0.359 | 1.24 | 08/20/21 | 1.06 | ... | 0.18 | 2 of 5 - Sale [25] |
| | 4.352 | 14.47 | 08/20/21 | 12.82 | ... | 1.65 | 3 of 5 - Sale [25] |
| | 85.873 | 285.52 | 08/20/21 | 253.28 | ... | 32.24 | 4 of 5 - Sale [25] |
| | 72.000 | 248.48 | 08/20/21 | 212.36 | ... | 36.12 | 5 of 5 - Sale [25] |
| 12/08/21 | 162.664 | 549.98 | Various | 479.76 | ... | 70.22 | Total of 5 transactions |

---

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | Proceeds from Broker and Barter Exchange Transactions | | | | Account ▆▆▆▆5258 | |
|---|---|---|---|---|---|---|---|
| 2021   1099-B*   OMB No. 1545-0715 | | (continued) | | | | 02/11/2022 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol:   (cont'd) | | | | | | | |
| | Security total: | 4,689.82 | | 4,566.18 | 576.95 W | 700.59 | |
| Totals : | | 21,019.11 | | 27,185.27 | 972.74 W | -5,193.42 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Markets Inc. as agent for Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account ▮▮▮▮5258 |
|---|---|---|
| 2022    1099-B*  OMB No. 1545-0715 | | 02/01/2023 |

Sales transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. The Box 12, basis is reported to the IRS indicator checkmark, is reflected as being checked in the title of the covered securities pages of Forms 1099-B, short-term and long-term. The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked, as these securities are not being reported to the IRS.

Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued market discount and wash sale loss disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used. The change in control condition is reported to the IRS for covered lots. Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance.

Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, lots noted as "3 - [X] Collectible" are handled distinctly under the tax code. These conditions are reported to the IRS. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position.

FATCA filing requirement [ ]

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)

Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 4 transactions for 12/07/22. Total proceeds and cost reported to the IRS. | | | | | | | |
| | 80.881 | 170.25 | 08/20/21 | 238.56 | ... | -68.31 | 1 of 4 - Sale |
| | 138.000 | 290.47 | 08/30/21 | 605.61 | ... | -315.14 | 2 of 4 - Sale |
| | 18.548 | 39.04 | 08/30/21 | 81.40 | ... | -42.36 | 3 of 4 - Sale |
| | 0.100 | 0.21 | 08/30/21 | 0.44 | ... | -0.23 | 4 of 4 - Sale |
| 12/07/22 | 237.530 | 499.97 | Various | 926.01 | ... | -426.04 | Total of 4 transactions |
| Totals : | | 499.97 | | 926.01 | | -426.04 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).