Andrea J. Driggs, Bar No. 15211
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:   +1.602.351.8000
Facsimile:   +1.602.648.7000
ADriggs@perkinscoie.com

Kaycee May Royer, Bar No. 15457
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone:   +1.208.343.3434
Facsimile:   +1.208.343.3232
KRoyer@perkinscoie.com

Attorneys for Meta Materials Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 24-50792-hlb |
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | NOTICE OF SUBSTITUTION OF ATTORNEY WITHIN THE FIRM |

Kaycee Royer of the law firm of Perkins Coie LLP, hereby enters her notice of appearance on behalf of Debtor Meta Materials Inc. in place of Andrea J. Driggs, who is leaving the firm on February 28, 2025. Perkins Coie LLP and Kaycee Royer will continue to represent the Debtor Meta Materials Inc. in this case.

Kaycee Royer and Perkins Coie respectfully request that all future pleadings, filings, correspondence, and documents should be directed to Kaycee Royer at Perkins Coie LLP at the contact information listed above. Accordingly, we also request that the

1  Court and counsel remove Ms. Driggs from the service and distribution lists and replace
2  Kaycee Royer in her place.
3
4
5  Dated: February 28, 2025                    **PERKINS COIE LLP**
6
7
8                                              By: /s/ *Andrea J. Driggs*
                                                   Andrea J. Driggs, Bar No. 15211
9                                                  ADriggs@perkinscoie.com
                                                   2525 E. Camelback Road, Suite 500
10                                                 Phoenix, AZ 85016-4227
                                                   Telephone: +1.602.351.8000
11                                                 Facsimile: +1.602.648.7000
12
13 Dated: February 28, 2025                    **PERKINS COIE LLP**
14
15                                             By: /s/ *Kaycee May Royer*
                                                   Kaycee May Royer, Bar No. 15457
16                                                 KRoyer@perkinscoie.com
                                                   1111 West Jefferson Street, Suite 500
17                                                 Boise, ID 83702-5391
                                                   Telephone: +1.208.343.3434
18                                                 Facsimile: +1.208.343.3232
19
                                               Attorneys for Debtor Meta Materials Inc.
20
21
22
23
24
25
26
27
28
                                           -2-

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2025, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

                                                     /s/  *Kaycee May Royer*

180213031.1