Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b)<br><br>Hearing Date:  March 14, 2025<br>Hearing Time:  2:30 p.m. |

NOTICE IS HEREBY GIVEN that a paper entitled Trustee's Motion For Order Approving Online Auction For Sale Of Personal Property; Approving Division Of Proceeds Agreement With Landlord Pursuant To 11 U.S.C. § 503(b) ("Motion") has been filed herein by Chapter 7 trustee Christina Lovato ("Trustee").  In the Motion, the Trustee seeks an Order authorizing Great American Global Partners, Inc. ("GA Global") to conduct an online auction of personal property owned by the Meta Materials Inc. Estate located in a leased facility in Pleasanton, California. The Trustee has been in discussions with the owner of the Premises ("Landlord"), to reach an agreement by which the Court approved auctioneer, GA Global, will be given access to the Premises to inventory and arrange for an online auction of the Personal Property.  The Sale Motion provides that, as part of the agreement with the Landlord, after payment to GA Global of expenses

capped at $70,000, the parties agree to split the net proceeds of sale with the Landlord receiving 55% and the Estate receiving 45%.  The proposed agreement with the Landlord provides that the auction will be conducted at the end of March 2025 with the premises to be completely vacated no later than April 15, 2025.  The exact date of the online auction will be displayed on GA Global's website at www.ga-gp.com/auctions .

The Motion also requests authority to reimburse GA Global the amount necessary to satisfy the auctioneer bond requirement set by the United States Trustee, at the conclusion of the auction.  No commission will be due from the Trustee as the buyers at auction will pay a buyer's commission of 18%.  And finally, the Trustee requests waiver of the 14 day stay of F.R.Bankr.P. 6004(h).

The personal property to be sold at auction is highly technical in nature and relates to the production of nanostructures which can control light and heat on a very small scale, utilizing techniques involving photonic crystals, nanolithography, plasmonic phenomena and nanoparticle manipulation.  A general list of the personal property being sold is attached to the Trustee's Declaration In Support Of her Motion found at **[ECF No. 1603-2, Exhibit B]**.

NOTICE IS FURTHER GIVEN that the online auction is on an "as is – where is" basis and information related to the sale may be found at https://gagp.com/ .

NOTICE IS FURTHER GIVEN that the expedited hearing on the Motion will be held before the Honorable Hilary L. Barnes, C. Clifton Young Federal Building, United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 on __**March 14, 2025**__ at the hour of __**2:30 p.m.**__   Any objection to the Motion must be filed on or before __**March 5, 2025**__.

Parties are permitted to appear telephonically by dialing **1 (833) 435-1820** and entering meeting ID (if applicable): **160 532 0260** and entering access code or passcode **643758#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the date and the hearing judge to view the dial-in number and meeting access codes.

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion **by the date set forth above**. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FINALLY GIVEN that a copy of the Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, NV 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, NV 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: March 3, 2025.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

3