NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

Name of Debtor: Meta Materials
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

[redacted]

Telephone Number: [redacted]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
MAR 03 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
DLS

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: [redacted]9396

Check here if this claim:
■ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Robin Hood
85 Willow Rd
Menlo Park, CA 94025
Telephone Number: 650-294-4858

3. Date Equity Interest was acquired:
3/9/23  875 Shares
4/14/23  240 Shares    2/21/23  725 Shares
4/19/23  4,400 Shares  1/31/23  201 Shares
3/14/23  735 Shares    11/21/23 1299 Shares
3/9/23   910 Shares    11/11/22 30.83 Shares

4. Total amount of member interest: 98

5. Certificate number(s):
11/2/22  355
11/2/22  20

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: [redacted]
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) [redacted]    (Date)
Telephone number: [redacted]    email: [redacted]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Q Search

Investing  Crypto  Transfers  Recurring  Reports and statements  Tax center  History  Settings  Help

Rewards  Investing  Crypto  Spending  Retirement  Notifications  Account

Jan 31, 2023 — 201.857085 shares at $0.9908

**Meta Materials Market Buy**
Nov 21, 2022 — $2,787.00
1,299.300699 shares at $2.15

**Meta Materials Market Buy**
Nov 11, 2022 — $39.77
30.836628 shares at $1.29

**Meta Materials Market Buy**
Nov 2, 2022 — $465.05
355 shares at $1.31

**Meta Materials Market Buy**
Nov 2, 2022 — $25.80
20 shares at $1.29

Refine Results

Account  Individual
Type  Orders

Search

Our powerful, new trading platform is here—at no extra cost. Try Robinhood Legend

Q Search

Investing  Crypto  Transfers  Recurring  Reports and statements  Tax center  History  Settings  Help

Rewards  Investing  Crypto  Spending  Retirement  Notifications  Account

Refine Results

Account  Individual

Type  Orders

Search

**Meta Materials Limit Buy**
Mar 9, 2023
**$503.13**
875 shares at $0.575

**Meta Materials Limit Buy**
Feb 21, 2023
**$499.24**
725 shares at $0.6886

**Meta Materials Market Buy**
Jan 31, 2023
**$200.00**
201.857085 shares at $0.9908

Our powerful, new trading platform is here—at no extra cost. Try Robinhood Legend

Rewards  Investing  Crypto  Spending  Retirement  Notifications  Account

Q Search

Investing  Crypto  Transfers  Recurring  Reports and statements  Tax center  History  Settings  Help

Refine Results

Account  Individual

Type  Orders

Search

Meta Materials Limit Buy
Mar 9, 2023

$500.50
910 shares at $0.55

Our powerful, new trading platforms here—at no extra cost. Try Robinhood Legend

Q Search

Investing  Crypto  Transfers  Recurring  Reports and statements  Tax center  History  Settings  Help

Rewards  Investing  Crypto  Spending  Retirement  Notifications  Account

Order

**Refine Results**

Account  Individual
Type  Orders

Search

**Meta Materials Limit Buy**  $55.20
Apr 14, 2023  240 shares at $0.23

**Meta Materials Limit Buy**  $945.92
Apr 14, 2023  4,400 shares at $0.215

**Meta Materials Limit Buy**  $396.90
Mar 14, 2023  735 shares at $0.54