Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:  March 14, 2025<br>Hearing Time:  2:30 p.m. |

I certify that I am an employee of Hartman & Hartman, and that on February 28 and March 3, 2025, I caused to be served, the following document(s):

**TRUSTEE'S MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b) – ECF No. 1602**

**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b) – ECF No. 1603**

***EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b) – ECF NO. 1604**

1

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**
**– ECF NO. 1605**

**ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b)**
**– ECF NO. 1609**

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING ONLINE AUCTION FOR SALE OF PERSONAL PROPERTY; APPROVING DIVISION OF PROCEEDS AGREEMENT WITH LANDLORD PURSUANT TO 11 U.S.C. § 503(b)**
**– ECF NO. 1610**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- KAYCEE ROYER    kroyer@perkinscoie.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

2

&check; b. Via U. S. Mail, postage prepaid, on March 3, 2025, **Notice of Hearing [ECF No. 1610] only**, addressed to all those persons/entities listed on the attached list of creditors[1] maintained by the Court, and to:

    Ryan Franz
    94 Silver Heron Way
    St. Augustine, FL 32092

    Jupia Consultants Inc.
    55 Rue Acadie
    Cocagne, NB
    E4R 0A3  CANADA

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 4, 2025.

                                                              /s/ *Angie Gerbig*
                                                              Angie Gerbig

---

[1] "BAD" - known bad address; not served by mail.
"CHNG" - address changed.
"DUP" - address appears more than once and is served only one time by mail.
"ECF" - CM/ECF subscriber or user – receives email notification of case activity; not served by mail.
"INC" - incomplete address; not served by mail.
"N-RMV" - party requested removal; not served by mail.

```
Label Matrix for local noticing        META MATERIALS INC.  BAD              United States Bankruptcy Court
0978-3                                  5880 W. LAS POSITAS BLVD, SUITE 51    300 Booth Street
Case 24-50792-hlb                       PLEASANTON, CA 94588-8552             Reno, NV 89509-1360
District of Nevada
Reno
Thu Sep 12 14:55:24 PDT 2024

30 CCC, LLC                             350 Arbor, LLC et al.                 A Friend GmbH
10960 Grantchester Way                  c/o Todd Rothbard                     Sternenstrasse 14, 8002
Suite 110                               Law Office of Todd Rothbard           Zurich, Switzerland
Columbia, MD 21044-6112                 100 Saratoga
                                        Santa Clara, CA 95051-7337

ALESSANDRA POSTEMA-DROLET                ALEXANDER P MCCRORY                   ALTERNATIVE EQUITIES LLC
180 W GRAY ST APT 1526                   35 ST JAMES'S CRESCENT                PO BOX 10464                BAD
HOUSTON, TX 77019-5586                   BELFAST GB-ANN BT12 6DW               PHOENIX, AZ 85064-0464
                                         UNITED KINGDOM

AMBER OLDHAM                             ANDREA L SWYDEN                       ANDREW M ROBERTSON
2032 INA MAE AVE                         10133 NW 99TH ST                      1000 SPRINGHARBOR WALK
DEL CITY, OK 73115-1558                  YUKON OK 73099-8753                   WOODSTOCK
                                                                               WOODSTOCK, GA 30188-5725

ANGELA D MANN                            ANGLER OIL AND GAS          BAD       ANN SIUDZINSKI
1885 FM 2673                             3300 NORTH A STREET BLDG 8 #190       1056 SOUTH ALKIRE ST
H-46                                     MIDLAND, TX 79705-5405                LAKEWOOD CO 80228
CANYON LAKE, TX 78133-4765

ANNE GABRIEL                             ANNE LAMBERT                          ANNE SMITH
1853 KELBERG AVE                         47 PLEASANT STREET                    117 CHARLOTTE ST
HOFFMAN EST, IL 60192-4807               CHESTER NOVA SCOTIA B0J1J0            FREDERICTON
                                         CANADA                                NEW BRUNSWICK E3B 1L3 CANADA

ANTHONY ANTONIADES                       ANTHONY M SPAGNOLETTI-DIMINUCO        ANTHONY MICHAEL GABRIEL
8523 EDENTON ROAD                        2101 UNIT 2                           1853 KELBERG AVE
FULTON, MD 20759-9635                    DIVISION ST                           HOFFMAN EST, IL 60192-4807
                                         MELROSE PARK IL 60160-1952

AST TRUST COMPANY (CANADA)               ASTRO CHEMICALS, INC                  Allison Christilaw        BAD
AS DEPOSITORY                            126 MEMORIAL DRIVE                    c/o Meta Materials Inc.
1 TORONTO STREET SUITE 1200              Springfield, MA 01104-3227            5880 W. Las Positas Blvd
TORONTO, ON M5C2V6 CANADA                                                      Suite 51
                                                                               Pleasanton, CA 94588-8552

Amster, Rothstein & Ebenstein LLP        Analytical Answer, Inc.               Andrea Alu
405 Lexington Avenue                     4 Arrow Drive                         221 Engle St.
48th Floor                               Woburn, MA 01801-2087                 Tenafly, NJ 07670-2139
New York, NY 10174-0002

Apaton Finance GmbH                      BDO USA, LLP                          BEN NIELSEN
Ellernstra?e 34                          One International Place               440 S ALDER ST
30175 Hannover, Germany                  4th Floor                             COLVILLE, WA 99114-3302
                                         Boston, MA 02110-2672
```

| | | |
|---|---|---|
| BLACK HILLS PROPERTIES, LLLP<br>8449 GREENWOOD DRIVE<br>NIWOT, CO 80503-7245 | BLIAXU LO<br>2915 W 4TH ST APT 7<br>APPLETON, WI 54914-4346 | BONNIE SEGGELINK<br>2604 SKPWITH DRIVE<br>PLANO, TX 75023-1428 |
| BRANDON DERKSEN<br>1258 ORION WAY<br>ST PETERS, MO 63376-5224 | BRENDEN MORROW<br>3528 CENTENARY AVE<br>DALLAS, TX 75225-5013 | BRENT WHITLEY REVOCABLE TRUST<br>ATTN: BRENT WHITLEY<br>23830 30 ROAD<br>NESS CITY, KS 67560-6113 |
| BROOKS J GRAVES<br>9 LAKEWAY DRIVE<br>HEATH, TX 75032-7610 | Borden Ladner Gervais LLP<br>World Exchange Plaza<br>100 Queen Street<br>Suite 1300 Ottawa<br>ON, Canada K1P 1J9 | Brian M Leavitt<br>dba Process Innovations<br>PO Box 70734<br>North Dartmouth, MA 02747-0703 |
| (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | Broadridge ICS<br>PO Box 416423<br>Boston, MA 02241-6423 | Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111-2600 |
| (p)BROWNSTEIN HYATT FARBER SCHRECK LLP<br>675 15TH STREET<br>SUITE 2900<br>DENVER CO 80202-4287 | CALVIN XIONG<br>4617 W WETHERSFIELD RD<br>GLENDALE, AZ 85304-2331 | CARLSON FAMILY OPTODOT TRUST<br>29 STAGE HARBOR RD<br>CHATHAM, MA 02633-2268 |
| CEDE & CO (FAST ACCOUNT)<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1617 | CHAD URBANSKI<br>7596 SENECA PLACE<br>LA MESA, CA 91942-8867 | CHARLES A DAVIS<br>220 N. RESIDENT ST<br>WHARTON, TX 77488-3952 |
| CHARLES SCHROEDER<br>8293 E. CARRIAGE LANE<br>PARKER, CO 80134-6303 | CHARLES SCHWAB & CO INC<br>ATTN: SEC OPS<br>2423 E LINCOLN DR<br>PHOENIX AZ 85016-1215 | CHARLES WHEELER<br>1797 QUEENSBURY CIR<br>HOFFMAN EST, IL 60169-6837 |
| CHRIS BRITTEN<br>3711 N PURDUE AVE<br>FRESNO, CA 93727-7946 | CHRIS MUELLER<br>449 MARMORA AVE<br>TAMPA, FL 33606-3821 | CHRISTINE BYRNE<br>5227 NY-22<br>AMENIA NY 12501 |
| CHRISTOFI KONTOS<br>189 VICTORIA DR<br>CLARK, NJ 07066-2035 | CHRISTOPHER HOLGUIN<br>3595 S ORION CIR<br>APT V<br>WEST VALLEY CITY, UT 84119-6130 | CHRISTOPHER K TAYLOR<br>1689 ABBEY OAK DR<br>VIENNA, VA 22182-1972 |
| CHRISTOPHER MADISON<br>4829 ORINDA AVE<br>VIEW PARK, CA 90043-1605 | CHRISTOPHER WALLACE<br>3000 S HULEN<br>SUITE 124 NUMBER 153<br>FORT WORTH, TX 76109-1914 | CO Match GmbH<br>Wilhelmstra?e 118<br>Berlin, 10963   **BAD** |

```
CRE INVESTMENTS LLC                 CYRUS ENTERPRISES, LLC              Christian Attar
4260 COURT DRIVE                    5801 PIEDMONT DR                    2302 Fannin St., Suite 500
SANTA CRUZ, CA 95062-5213           ENGLEWOOD, CO 80111-1132            Houston, TX 77002-9136


Consilio LLC                        Cornerstone Research, Inc.          D&L MOTORS INC
1828 L Street NW Suite 1070         2 Embarcadero Ctr Fl 20             130 MAIN STREET
Washington, DC 20036-5146           San Francisco, CA 94111-3823        FREDERICTON NEW BRUNSWICK E3A1C7
                                                                        CANADA


D.F. KING & CO., INC.               DANIEL GEORGE HAAS                  DAVID A STRAZ JR FOUNDATION TRUST
48 Wall Street                      901 MARLBORO RD                     C/O SEACOST BANK RENAI CRABTREE
New York, NY 10005-2922             LOTHIAN, MD 20711-2414              1031 W MORSE BLVD STE 323
                                                                        WINTER PARK, FL 32789-3750


DAVID MOSHER                        DAVID SOKOLOVE                      DAVID W AVISON
35 KESTREL COURT                    6231 PGA BOULEVARD, SUITE 104       31D LIBERTY SQUARE RD
HALIBUT BAY B3V1P5                  BOX 388                             BOXBORO, MA 01719-1641
CANADA                              PALM BEACH GARDENS, FL 33418-4033


DEANNA EVERHART                     DEBRA A PAULISON                    DECOMPIEGNE PROPERTY COMPANY
311 W WALLACE ST                    828 E LEMON ST                      NO 20 LTD
APT 311                             LAKELAND, FL 33801-5157             500 W TEXAS AVENUE STE 940
BURGAW, NC 28425-5240                                                   MIDLAND, TX 79701-4292


DICOT HOLDINGS LTD                  DIG MEDIA INC.                      DLA Piper LLP (US)
483 RUSSELL HILL ROAD,              1200-736 GRANVILLE ST               650 South Exeter Street
TORONTO, ONTARIO M5P2S8             VANCOUVER BRITISH COLUMBIA V6Z1G3   Suite 1100
CANADA                              CANADA                              Baltimore, MD 21202-4576


DST CONTROL AB                      DST CONTROL AB                      Dan Eaton
41C GILLBERGAGATAN                  Gillbergagatan 41c                  c/o Meta Materials Inc.   BAD
LINK PING, SW 58273                 Link?ping, 58273                    5880 W. Las Positas Blvd
                                                                        Suite 51
                                                                        Pleasanton, CA 94588-8552


David Chester                       Diversified Benefit Services, Inc. DocuSign, Inc.
c/o JOHNSON & GUBLER, P.C.          PO Box 260                          221 Main Street Suite 1550
8831 W. Sahara Avenue               Hartland, WI 53029-0260             San Francisco, CA 94105-1947
Las Vegas, NV 89117-5865


Donnelley Financial Solutions       Ducera Partners LLC                 E*Trade Financial Corporate Services, Inc.
PO Box 842282                       11 Times Square, 36th Floor         3 Edison Drive
Boston, MA 02284-2282   BAD         New York, NY 10036-6600             Alpharetta, GA 30005-3912


ELEN HUNANYAN                       ELLIOT RAY RUSSELL                  EQUINITI AS EXCHANGE AGENT FOR
118 N EVERETT ST APT 7              2511 DOUGLAS DR N                   24438 META MATERIALS INC OLD
GLENDALE, CA 91206-4447             MINNEAPOLIS, MN 55422-3361          55 CHALLENGER ROAD
                                                                        RIDGEFIELD PARK NJ 07660-2102
```

| | | |
|---|---|---|
| EQUINITI AS EXCHANGE AGENT FOR 29153<br>TORCHLIGHT ENERGY RESOURCES INC<br>55 CHALLENGER ROAD<br>RIDGEFIELD PARK NJ 07660-2102 | ERIC M LESLIE<br>1414 8TH STREET SW SUITE 610<br>CALGARY, AB T2R1J6<br>CANADA | ERIKA NAVARRO COELLO<br>19 MONTELLO ST<br>LEWISTON, ME 04240-5242 |
| EUGENIA CORRALES<br>14134 AMHERST COURT<br>LOS ALTOS CA 94022-1801 | EquityEdge by Morgan Stanley<br>Solium Capital ULC<br>Suite 1500<br>600-3rd Ave SW<br>Calgary, AB T2 | Everty Property AP10<br>Single Member Societe Anonyme<br>Municipality of Chalandri, Attica, at 30<br>Vasileos Georgiou B'av. & Mikras As<br>Greece |
| FABIAN BUSTAMANTE<br>UNIT 1608 125 PARKWAY FOREST DRIVE<br>TORONTO ON M2J1L9<br>CANADA | FREDERICO BASTOS<br>PRACETA DIONISIO MATIAS 2, 1ESQ<br>2770-051 PACO DE ARCOS<br>OEIRAS PORTUGAL | FW Cook<br>Two Allen Center<br>1200 Smith Street, Suite 1100<br>Houston, TX 77002-4372 |
| Financial Accounting Standards Board<br>PO Box 418272<br>Boston, MA 02241-8272 | Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878 | GARY STURM<br>124 SUNSET DR<br>SAINT JAMES, MN 56081-1304 |
| GEORGE PALIKARAS<br>17 JULIES WALK<br>HALIFAX NOVA SCOTIA B3M2Z8<br>CANADA | GREG MCCABE<br>P.O. BOX 11188<br>MIDLAND, TX 79702-8188 | HARJIT BHAMBRA<br>111,212 EAST 3RD STREET<br>NORTH VANCOUVER BC V7L0C6<br>CANADA |
| HILLTECH PROPERTIES LTD<br>113 CORPORATE DRIVE<br>MIDLAND, TX 79705-2105 | HUMBERTO IBARRA<br>480 ROOSEVELT AVE<br>REDWOOD CITY, CA 94061-2243 | Hybrid Financial Ltd<br>222 Bay Street, Suite 2600<br>PO Box 37 Toronto, ON, M5K 1B7 |
| IB HOLDINGS NY LLC<br>168 COLERIDGE ST<br>BROOKLYN, NY 11235-4131 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 | IGNITE TECHNOLOGY VENTURES<br>436 UTTERBACK STORE RD<br>GREAT FALLS, VA 22066-3009 |
| INCUBATOR VENTURES LLC<br>1 SENECA TOWER SUITE 2400<br>BUFFALO, NY 14203-2850 | IRA FBO JACK PIRKEY PERSHING LLC<br>AS CUST ROLLOVER ACCOUNT<br>4517 HWY 275 N<br>CUMBY TX 75433 | IRENE C GRAVIER<br>4614 CELIA WAY UNIT 101<br>BELLINGHAM, WA 98226-7226 |
| Idtechex<br>One Boston Place Suite 2600<br>Boston, MA 02108-4420 | Infinite Equity<br>PO Box 720151<br>San Francisco, CA 94172-0151 | Inteum Company<br>9720 NE 120th PL, #101<br>Kirkland, WA 98034-4285 |
| JEFFREY MEAD KURZON<br>216A OLD JAFFREY RD<br>PETERBOROUGH, NH 03458-1825 | JEFFREY P REED TR FBO RAMPART GRYPHON TRUST<br>UA 04-21-2021<br>24928 103RD AVE SE APT D302<br>KENT, WA 98030-5195 | JENS SCHAUMANN<br>PFRONDORFER STRASSE 44<br>TUBINGEN 72074<br>GERMANY |

| | | |
|---|---|---|
| JEREMIAH J TWEEDY<br>1029 CUMBERLAND HEIGHTS RD<br>CLARKSVILLE, TN 37040-6907 | JIMMY JACOB GEORGE &<br>RIBA JACOB JT TEN<br>407 BURGUNDY BLVD<br>WARRINGTON, PA 18976-2465 | JOHN & THERESA HILLMAN FAMILY<br>PROPERTIES LP<br>1501 COUNTRY CLUB DRIVE<br>MIDLAND, TX 79701-5732 |
| JOHN & THERESA HILLMAN PROPERTIES LP<br>PO BOX 50187<br>MIDLAND, TX 79710-0187 | JOHN ALLEN BURGE<br>421 ROOSEVELT ST<br>SAN MARCOS, TX 78666-6231 | JOHN AND THERESA HILLMAN PROPERTIES<br>PO BOX 50187<br>MIDLAND, TX 79710-0187 |
| JOHN P HOPPE &<br>PAMELA L HOPPE JT TEN<br>416 HUBBARD CIR<br>PLANO, IL 60545-1976 | JOHN R HARDING<br>P.O. BOX 1071<br>DAVIDSON, NC 28036-1071 | JOHN WILLIAM PUSSEHL<br>2192 WILDERNESS TRL<br>BARNHART, MO 63012-1266 |
| JONATHON PATRICK HEWITT **BAD**<br>BOX 1936<br>VENICE, FL 34284-1936 | JORDAN C BILLUPS &<br>JANA BILLUPS JT TEN<br>4605 HAPPY HOLLOW RD<br>ASHEBORO, NC 27205-1691 | JOSPEH G ROTH<br>7258 MARBLEHEAD DRIVE<br>HUDSON, OH 44236-1732 |
| JSTM ENERGY<br>PO BOX 5441<br>MIDLAND, TX 79704-5441 | JULIE K MEYERS<br>27 WADSWORTH RD<br>ASHLAND, MA 01721-2522 | Jennifer Charaso **BAD**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| John R. Harding **BAD**<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 | Jonathan Edwards<br>c/o JOHNSON & GUBLER, P.C.<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89117-5865 | Jupia Consultants Inc **CHNG**<br>71 Park Street<br>Moncton, New Brunswick E1C 2B2 |
| KASHIF MALIK<br>2965 JADE LANE<br>OTTAWA ONTARIO K4B1K1<br>CANADA | KEVIN HONDERS<br>6 RUE DES BOUQUETINS C2-12<br>TOULOUSE FR-J 31200<br>FRANCE | KYLE HINDS<br>311 N PROSPECT ST<br>APT B<br>AMARILLO TX 79106-7402 |
| Kenneth Hannah **BAD**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 | LADENBURG THALMANN & CO INC.<br>640 5th Ave, 4th floor<br>New York, NY 10019-6102 | LARK INVESTMENTS INC.<br>220 DUNCAN MILL ROAD, SUITE 615<br>TORONTO ONTARIO, M3B 3J5<br>CANADA |
| LARS H WOHLFAHRT<br>ELPER HOEHE 2<br>HERTEN DE-NW 45701<br>GERMANY | LAURA MULROONEY<br>12 REGENT STREET,<br>CHESTER, NOVA SCOTIA B0J1J0<br>CANADA | LINDA DEFALCO<br>4220 SCHOOL RD<br>TEMPERANCE, MI 48182-9755 |
| LINDA MOSHER<br>35 KESTREL COURT<br>HALIBUT BAY B3V1P5<br>CANADA | LUKE A GRYBOWSKI<br>517 ONTARIO ST<br>FULTON, NY 13069-1330 | Lathrop GPM<br>P.O. Box 7410148<br>Chicago, IL 60674-0148 |

| | | |
|---|---|---|
| LeBlanc Flanery PLLC<br>2929 Allen Parkway, Suite 200<br>Houston, TX 77019-7123 | Lincoln Park Capital Fund, LLC<br>440 North Wells St., Suite 410<br>Chicago, IL 60654-4975 | Lux Research Inc.<br>100 Franklin St. 8th Floor<br>Boston, MA 02110-1524 |
| MAJOR & GROVE International Law Firm<br>95 Akti Miaouli<br>Piraeus 18538, Greece | MANUEL J BARRAGAN III<br>11121 PINON AVE<br>HESPERIA, CA 92345-2257 | MARK TENORIO &<br>SHELLEY TENORIO TEN ENT<br>9530 COMPASS POINT DR S UNIT 7<br>SAN DIEGO, CA 92126-8526 |
| MATTHEW J MARCUS<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 | MATTHEW J MARCUS &<br>CLAIRE MARCUS JT TEN<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 | MATTHEW J MARCUS CUST EVELYN G MARCUS<br>UNDER THE PA UNIF TRAN MIN ACT UNTIL AGE<br>728 S 28TH ST<br>HARRISBURG, PA 17111-1124 |
| MATTHEW RYAN HAID<br>94 ROSEBUD LN<br>HURRICANE, WV 25526-5677 | MAURICE GUITTON<br>42 DUFFERIN STREET PO BOX 627<br>LUNENBURG NOVA SCOTIA<br>CANADA B0J2C0 | MELVIN T BARON<br>3117 LECANTO ST<br>HOLIDAY, FL 34691-3151 |
| MICHAEL ANTHONY NUNZIATA<br>232 3RD AVE NE<br>CALGARY ALBERTA T2E0H2<br>CANADA | MICHAEL D. IBSEN<br>PO BOX 250565<br>LITTLE ROCK, AR 72225-0565 | MICHAEL GRAVES<br>4559 HAMILTON BLVD<br>SIOUX CITY, IA 51104-1142 |
| MICHAEL MARTIN<br>126 CIRCLE DR<br>SPRINGFIELD, IL 62703-4807 | MICHAEL WILLYOUNG<br>57 RIVERS EDGE LANE<br>PALM COAST, FL 32137-4506 | MICHELLE LYNN BRIENT<br>33561 VIA DE AGUA<br>SAN JUAN CAPISTRANO CA 92675-4932 |
| MIKE VAN DONGEN<br>VENLOONSTRAAT 18<br>LOON OP ZAND NL-NB 5175 CB<br>NETHERLANDS | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO<br>One Financial Center<br>Boston, MA 02111-2657 | Mark L Brongersma<br>1011 Lemon Street<br>Menlo Park, CA 94025-6112 |
| McAndrews, Held & Malloy, Ltd<br>500 W Madison St. 34th Fl<br>Chicago, IL 60661-4584 | (p)MEDIANT COMMUNICATIONS  INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | Medical Wireless Sensing<br>QMB Innovation Centre<br>42 New Road London, F12AX, UK |
| MentumTech LLC<br>18694 Sea Turtle Ln<br>Boca Raton, FL 33498-4923 | Molecular Rebar Design<br>13477 Fitzhugh Rd<br>Austin, TX 78736-6514 | Morgan Stanley<br>E*TRADE Financial Corporate<br>Services, Inc.<br>3 Edison Drive<br>Alpharetta, GA 30005-3912 |
| NAN DORA KINGSLEY TR UA 05/18/16<br>THE KINGSLEY FAMILY TRUST<br>803 COUNTRY CLUB DR<br>OJAI, CA 93023-3711 | NAN KINGSLEY<br>1125 BROOKMEADE DR<br>NASHVILLE, TN 37204-4149 | NELSON BAQUET<br>14 HYDE RD<br>BLOOMFIELD, NJ 07003-3019 |

| | | |
|---|---|---|
| NEVILLE GOVENDER<br>5 CAMDEN<br>HEATH, TX 75032-6675 | NHAN LE<br>123 HENDON DR NW<br>CALGARY ALBERTA T2K 1Y9<br>CANADA | NICHOLAS B REARICH<br>8032 HESPERIDES AVE<br>LAS VEGAS, NV 89131-8132 |
| Nader Engheta<br>2077 Fox Creek Road<br>Berwyn, PA 19312-2142 | OLIVIA BRADLEY<br>7716 MARY EVE RD<br>SHREVEPORT, LA 71106-6015 | OMAR B THANNOUN<br>6419 N VANDIVER RD APT 2315<br>SAN ANTONIO, TX 78209-4485 |
| ONE MAN SUPPORT<br>21-23 RUE DU DEPART<br>PARIS 75014 | OPTODOT CORPORATION **BAD**<br>31 MACARTHUR AVE<br>ATTN: STEVEN A. CARLSON<br>DEVENS, MA 01434-4443 | On Search Partners, LLC<br>102 First Street, Suite 201<br>Hudson, OH 44236-5386 |
| PATRICK KNIGHT<br>7026 ROBB ST<br>ARVADA, CO 80004-1361 | PATRYK WOJCIECH ROZKUSZKA<br>696 ROOSEVELT ST<br>HAZLETON, PA 18201-2643 | PETER DESISTO<br>4 TILDEN RD<br>CANTON, MA 02021-1652 |
| PETER STAUDUHAR<br>121 SPRING ST<br>DULUTH, MN 55808-1144 | PHILIP J CLAYTON<br>6 VINE AVENUE CLECKHEATON<br>BRADFORD GB-BRD BD19 3DW<br>UNITED KINGDOM | PIERRE FOURNIER<br>114 CENTURY DRIVE<br>MONCTON NEWS BRUNSWICK E1E2Y3<br>CANADA |
| PPG Industries<br>264 Bodwell St<br>Avon, MA 02322-1119 | PRABIN PRADHAN<br>86 GASTON ROAD APT 318<br>DARTMOUTH NS B2Y3W6<br>CANADA | Philippe Morali **BAD**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| Polsinelli PC<br>900 W 48th Place, Suite 900<br>Kansas City, MO 64112-1899 | Public Company Account Oversight Board<br>PO Box 418631<br>Boston, MA 02241-8631 | QUALITY SERVICES INC<br>559 RODI ROAD<br>PITTSBURGH, PA 15235-4579 |
| RAM RAMKUMAR<br>38 PHEASANT LANE<br>ETOBICOKE<br>ONTARIO M9A 1T4 CANADA | RAMON A CLAYTON<br>1474 E 250TH ST<br>EUCLID, OH 44117-1205 | RAY GARCIA<br>3710 ALMOND CREEK DR<br>HOUSTON, TX 77059-3701 |
| RICHARD J D'AMATO<br>19 CHAPEL HILL DRIVE<br>SOUTH HADLEY, MA 01075-1605 | RICHARD M HART<br>603 BELMONT AVE<br>MONTREAL QCH3Y2WI<br>CANADA | ROBERT JOSEPH WIRE III<br>2251 NE PINECREST LAKES BLVD<br>JENSEN BEACH, FL 34957-5094 |
| ROBERT MONTGOMERY<br>496 LOIS LANE<br>LINO LAKES, MN 55014-3011 | ROBERT PETERS<br>19 MONTELLO ST<br>LEWISTON, ME 04240-5242 | ROBERT S SLATTERY<br>126 HENDERSON BEND RD<br>KNOXVILLE, TN 37931-6127 |

| | | |
|---|---|---|
| ROBIN LIONHEART<br>4501 RIVERSHYRE WAY<br>RALEIGH, NC 27616-7412 | ROGER DENT<br>7 WYCHWOOD PARK<br>TORONTO ONTARIO M6G 2V5<br>CANADA | ROGER WURTELE<br>5913 GLEN HEATHER DRIVE<br>PLANO, TX 75093-4561 |
| RONALD ZELAZO<br>772 SANTA FE TRL<br>FRANKLIN LAKES, NJ 07417-2224 | ROSCOE T LINSTADT<br>5191 UNIONTOWN RD<br>SAN DIEGO, CA 92117-1267 | RYAN MICHAEL SOBOLIK &<br>JESSICA JEAN SOBOLIK JT TEN<br>636 WILSON AVE<br>MINTO ND 58261-6116 |
| RYAN THOMAS FRANZ<br>6750 LONG LEAF BRANCH DR  **BAD**<br>JACKSONVILLE, FL 32222-4228 | Ronke Adeyemo<br>7301 Parkway Drive<br>Hanover, MD 21076-1159 | SANDRA POSTMAN<br>8523 EDENTON ROAD<br>FULTON, MD 20759-9635 |
| SCOTT SWAZEY<br>1260 WINDIMER DR<br>LOS ALTOS, CA 94024-7115 | SEAN THORNTON DENNEY<br>744 W GARY AVE<br>GILBERT, AZ 85233-2068 | SEED CAPITAL PARTNERS II LLC<br>1 SENECA TOWER SUITE 2400<br>BUFFALO, NY 14203-2850 |
| SETH ALLEN<br>3438 W. LILY GARDEN LN.<br>SOUTH JORDAN, UT 84095-2804 | SETH HODGES<br>1914 MADRONA DR SE<br>PORT ORCHARD, WA 98366-2735 | SRAX, Inc.<br>2629 Townsgate Rd, Suite 215<br>Westlake Village, CA 91361-2985 |
| STEFANO FASULO<br>10 CARDINAL DR<br>WALLINGFORD CT 06492-4828 | SUNDANCE VENTURES LLC<br>ATTN:PETER SOUNDANCE TOUREK<br>20829 GRANADA AVENUE CT N<br>FOREST LAKE, MN 55025-8151 | SUSAN LAMBIE<br>7 WYCHWOOD PARK<br>TORONTO<br>ONTARIO M6G 2V5<br>CANADA |
| Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 | Shareholder Intelligence Service LLC<br>151 Rowayton Avenue<br>Rowayton, CT 06853-1433 | Squire Patton Boggs<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304-1217 |
| TANGLEWOOD EQUITIES L P<br>ATTN:TOM KENNEDY GENERAL PARTNER<br>225 GREENFIELD PKWY STE 202<br>LIVERPOOL, NY 13088-6667 | TARQUINUS BUNCH<br>1496 MARJORIE AVE<br>CLAREMONT, CA 91711-3542 | THE SCOTT SWAZEY TRUST<br>AS AMENDED AND RESTATED IN 2021<br>1260 WINDIMER DR<br>LOS ALTOS, CA 94024-7115 |
| THOMAS B JAHNCKE LIVING TR<br>UTAA 1/15/81 ATTN:THOMAS JAHNCKE<br>21779 TAHOE LANE<br>LAKE FOREST, CA 92630-1932 | THOMAS MAYBERRY<br>119 SOUTH 7TH ST<br>SAINT JAMES, MN 56081-1755 | THOMAS VOGL<br>DECHBETTENER WEINBERG 1<br>REGENSBURG DE-BY 93051<br>GERMANY |
| THOROUGHBRED CAPITAL ADVISORS LLC<br>478 STROCKS GROVE  **BAD**<br>UPPER BLACK EDDY, PA 18972-9642 | TIMOTHY HAMEL &<br>DANIELLE HAMEL JT TEN TOD<br>BOX 54<br>BARNSTABLE, MA 02630-0054 | TIMOTHY S HAMEL<br>BOX 54<br>BARNSTABLE, MA 02630-0054 |

| | | |
|---|---|---|
| TOBI KNIGHT<br>7026 ROBB ST<br>ARVADA, CO 80004-1361 | TOM KENNEDY<br>225 GREENFIELD PKWY<br>SUITE 202<br>LIVERPOOL, NY 13088-6667 | TOM WELCH<br>47 PLEASANT STREET<br>CHESTER<br>NOVA SCOTIA B0J1J0 CANADA |
| TRGR Advertising Ltd.<br>1215 13 Street SW 106<br>Calgary, AB T2G 3J4, CA | The Nasdaq Stock Market, LLC<br>151 W. 42nd Street<br>New York, NY 10036-6563 | U.S. Securities and Exchange Commission<br>801 Cherry Street, Suite 1900<br>Fort Worth, TX 76102-6819 |
| U.S. TRUSTEE - RN - 7 **ECF**<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509-1362 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI 53158-3686 | Uzi Sasson **BAD**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 |
| VINCENT CHEN<br>76 E BRADFORD AVE<br>CEDAR GROVE, NJ 07009-1987 | VINCENT THOMAS<br>38149 ANASTASIA WAY<br>PALMDALE, CA 93550-5144 | VREJ HAMAYAN<br>1754 N NORMANDIE AVE<br>LOS ANGELES, CA 90027-3905 |
| VTB CAPITAL DE INVESTMENT **BAD**<br>HOLDING CYPRUS LIMITED<br>EKATERINIS KORNAROV 30 NICOSIA<br>CYPRUS | Vyomesh Joshi **BAD**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd<br>Suite 51<br>Pleasanton, CA 94588-8552 | WALTER K VANATTA AND CATHY J. VANATTA<br>957 SLOANS CIR<br>CRAIG, CO 81625-1430 |
| WAYNE M MARIANI<br>209 WHITE HAWK DR<br>VONORE, TN 37885-5369 | WES-TEX DRILLING COMPANY, L.P.<br>PO BOX 3739<br>ABILENE, TX 79604-3739 | WESTON FARRY<br>2823 SURFRIDER AVE<br>VENTURA, CA 93001-4137 |
| WILLIAM C CARPENTER JR &<br>PAMELA S CAPLES JT TEN<br>680 T STREET<br>SPRINGFIELD, OR 97477-2395 | WILLIAM HUFF<br>304 SKIPPING CEDAR ST<br>SAN MARCOS, TX 78666-3855 | WILLIS PETROLEUM SERVICES<br>4910 RUSTIC TRAIL<br>MIDLAND, TX 79707-1418 |
| WS INVESTMENT COMPANY LLC<br>650 PAGE MILL ROAD<br>PALO ALTO, CA 94304-1001 | Water Tower Research<br>200 2nd Ave South, Suite 718<br>Saint Petersburg, FL 33701-4313 | Wilson Sonsini Goodrich & Rosati<br>PO Box 742866<br>Los Angeles, CA 90074-2866 |
| YEQING SU<br>1028 ROBIE STREET<br>HALIFAX NOVA SCOTIA B3H3C5<br>CANADA | YPC - Streetwise Reports<br>295 Palmas Inn Way, Suite 104, PMB 115<br>Humacao, PR 00791-6257 | ZENITH PETROLEUM CORPORATION<br>7951 E MAPLEWOOD AVE **BAD**<br>GREENWOOD VILLAGE, CO 80111-4723 |
| ZENITHKUMAR GANDHI<br>39095 PLUMBROOK DRIVE<br>FARMINGTON HILLS MI 48331-2971 | ANDREA J. DRIGGS **ECF**<br>PERKINS COIE LLP<br>2525 EAST CAMELBACK ROAD<br>SUITE 500<br>PHOENIX, AZ 85016-4227 | CHRISTINA W. LOVATO<br>P.O. BOX 18417<br>RENO, NV 89511-0417<br>**ECF** |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Broadridge Financial Solutions
1155 long Island Avanue
Edgewood, NY 11717

Brownstein Hyatt Farber Schreck LLP
675 15th Street, Suit 2900
Denver, CO 80202

Mediant Communications Inc.
PO Box 29976
New York, NY 10087-9976

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ARDUCAM TECHNOLOGY CO., LIMITED
4th floor, Building C10, East District
Zidong International Creative Park, No.
Zidong Road, Qixia District.
Nanjing, Jiangsu, 210000

(u)IOANNIS PAPAGIANNIS
FLAT 84 GREENHILL
PRINCE ARTHUR ROAD
CAMDEN NW3 5TZ LONDON

(d)Infinite Equity Inc.
PO Box 720151
San Francisco, CA 94172-0151

(d)JOHN AND THERESA HILLMAN
PROPERTIES LP
PO BOX 50187
MIDLAND, TX 79710-0187

(u)LG Energy Solution, Ltd.
Parc. 1 Tower 108
Yeoui-dacro, Yeongdeungpo-gu
Seoul, 0733

(u)Law office of Kim & Chang
39, Sajik-ro 8-gil, Jongno-gu
Seoul, Gyeonggi-do, 03170

(u)Lewis Silkin LLP
Arbor, 255 Blackfriars Road
London SE1 9AX

(u)Patsnap UK LTD
Building 3, Chiswick Business Park
566 Chiswick High road
London W4 5YA

(d)VTB CAPITAL DE INVESTMENT HOLDING
CYPRUS LIMITED
EKATERINIS KORNAROV 30
NICOSIA
CYPRUS

(u)VTB CAPITAL NANOTECHNOLOGY
INVESTMENT LTD.
FOURTH FL, ONE CAPITAL PL
PO BOX 847 GRAND CAYMAN

End of Label Matrix
Mailable recipients    269
Bypassed recipients     10
Total                  279