```
Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>   Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

I certify that I am an employee of Hartman & Hartman, and that on March 6, 2025, I caused to be served, the following document(s):

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR ANSON FUNDS USA TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS – ECF No. 1614**

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO CUSTODIAN OF RECORDS FOR ANSON FUNDS USA – ECF No. 1615**

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR CITADEL SECURITIES LLC TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS - ECF No. 1616**

1

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO CUSTODIAN OF RECORDS FOR CITADEL SECURITIES LLC**
– ECF No. 1617

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR DEPOSITORY TRUST CLEARING CORPORATION TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS**
– ECF No. 1618

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR DEPOSITORY TRUST CLEARING CORPORATION**
– ECF No. 1619

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR FINANCIAL INDUSTRY REGULATORY AUTHORITY TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS**
– ECF No. 1620

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR FINANCIAL INDUSTRY REGULATORY AUTHORITY**
– ECF No. 1621

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR THE NASDAQ STOCK MARKET LLC TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS**
– ECF No. 1622

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR THE NASDAQ STOCK MARKET LLC**
– ECF No. 1623

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR CHARLES SCHWAB & CO. INC. TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS**
- ECF No. 1624

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR CHARLES SCHWAB & CO. INC.** – ECF No. 1625

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR TD AMERITRADE TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS – ECF No. 1626**

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR TD AMERITRADE – ECF No. 1627**

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR TRADESTATION SECURITIES INC. TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS – ECF No. 1628**

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR TRADESTATION SECURITIES INC. – ECF No. 1629**

**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR VIRTU FINANCIAL, LLC TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS – ECF No. 1630**

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR VIRTU FINANCIAL, LLC – ECF No. 1631**

**AMENDED EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR VIRTU FINANCIAL, LLC TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS – ECF No. 1632**

**AMENDED NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO THE CUSTODIAN OF RECORDS FOR VIRTU FINANCIAL, LLC – ECF No. 1633**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com

- ANDREA J. DRIGGS    adriggs@perkinscoie.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com

- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

- KAYCEE ROYER    kroyer@perkinscoie.com

- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2025.

                                        */s/ Angie Gerbig*
                                        Angie Gerbig