

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
March 07, 2025

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR TD AMERITRADE TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

    This Court having reviewed the *Ex Parte Motion For Order Requiring Custodian Of Records For TD Ameritrade to Appear for Examination Pursuant to F.R.Bankr.P. 2004* (the "Motion") submitted by Christina Lovato, the Chapter 7 Trustee, and for good cause appearing;

    **IT IS HEREBY ORDERED** that the Motion is GRANTED; and

    **IT IS FURTHER ORDERED** that the Custodian of Records of TD Ameritrade, through an appropriate designee(s) shall appear for examination regarding the Debtor's assets, liabilities, and financial condition, before a certified court reporter at a time, place and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by the Trustee for examination; and

    **IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as necessary.

1  Respectfully Submitted By:

2

3  ___/s/ Clayton P. Brust_____
Kent R. Robison, Esq. – NSB #1167
4  Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
5  ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
6  Reno, NV 89503
7  Tel: 775-329-3151
Email: krobison@rssblaw.com
8           cbrust@rssblaw.com
          hwinston@rssblaw.com
9

10  *Attorneys for Christina Lovato, Trustee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2