

_____

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
March 07, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 24-50792-hlb |
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | **ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR DEPOSITORY TRUST CLEARING CORPORATION TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004** |
| | Hearing Date:  N/A |
| | Hearing Time:  N/A |

This Court having reviewed the *Ex Parte Motion For Order Requiring Custodian Of Records For Depository Trust Clearing Corporation to Appear for Examination Pursuant to F.R.Bankr.P. 2004* (the "Motion") submitted by Christina Lovato, the Chapter 7 Trustee, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the Custodian of Records of Depository Trust Clearing Corporation, through an appropriate designee(s) shall appear for examination regarding the Debtor's assets, liabilities, and financial condition, before a certified court reporter at a time, place and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by the Trustee for examination; and

/ / /

1

**IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as necessary.

Respectfully Submitted By:


_/s/ Clayton P. Brust_
Kent R. Robison, Esq. – NSB #1167
Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
Tel: 775-329-3151
Email: krobison@rssblaw.com
         cbrust@rssblaw.com
         hwinston@rssblaw.com

_Attorneys for Christina Lovato, Trustee_