

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
March 07, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR CHARLES SCHWAB & CO. INC. TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

This Court having reviewed the *Ex Parte Motion For Order Requiring Custodian Of Records For Charles Schwab & Co. Inc. to Appear for Examination Pursuant to F.R.Bankr.P. 2004* (the "Motion") submitted by Christina Lovato, the Chapter 7 Trustee, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the Custodian of Records of Charles Schwab & Co. Inc., through an appropriate designee(s) shall appear for examination regarding the Debtor's assets, liabilities, and financial condition, before a certified court reporter at a time, place and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by the Trustee for examination; and

/ / /

**IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as necessary.

Respectfully Submitted By:


  /s/ Clayton P. Brust
Kent R. Robison, Esq. – NSB #1167
Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
Tel: 775-329-3151
Email: krobison@rssblaw.com
        cbrust@rssblaw.com
        hwinston@rssblaw.com

*Attorneys for Christina Lovato, Trustee*

2