KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

*Attorney for Creditors
350 Arbor, LLC, WVP Arbor, LLC
HMH Arbor, LLC, and KP Arbor, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No. 24-50792-hlb<br>(Chapter 7)<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

    I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following addresses and telephone numbers:

KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900

DATED March 7, 2025.　　　　　　　　　　　KAEMPFER CROWELL

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Louis M. Bubala III*
　　　　　　　　　　　　　　　　　　　　　　　Louis M. Bubala III

　　　　　　　　　　　　　　　　　　　　*Attorney for 350 Arbor, LLC, WVP Arbor, LLC,
　　　　　　　　　　　　　　　　　　　　HMH Arbor, LLC, and KP Arbor, LLC*