NVB 4002 (Rev. 7/16)

Jeffrey L. Hartman, Esq./NV Bar No. 1607/Hartman & Hartman
NVB 4002 Rev (7/16)  510 W. Plumb Lane, Suite B, Reno, NV 89509
T: (775) 324-2800/notices@bankruptcyreno.com
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

|  |  |
|---|---|
| In re:<br>    META MATERIALS INC.,<br><br>               Debtor. | ) BK- 24-50792-hlb<br>)<br>) Chapter: 7<br>)<br>) Trustee:<br>)<br>) **CHANGE OF ADDRESS OF:**<br>) **( ) DEBTOR**<br>) **( ) CREDITOR**<br>) **(✓) OTHER** |

I request that notice be sent to the following address: (please print)

    CHRISTIAN ATTAR
Name
  1177 WEST LOOP S, STE 1700
Address

  HOUSTON      TX       77027-9031
City        State         Zip Code

Please check the applicable boxes:

☐  The change of address is applicable only in the above captioned case.

☐  The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐   Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address.  Please provide your DeBN account

number below (DeBN account numbers can be located in the subject line of all emailed court

orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE:03/11/2025_____                    _/s/ Jeffrey L. Hartman____
                                             SIGNATURE
                                             Attorney for Trustee

**NOTE**: Please submit an original and one copy for the record.

2