NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Heather LaVine
   108 Spillway Trace
   Brunswick GA 31525

   **Telephone Number:** 912 603 0777

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   MAR 14 2025
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
Charles Schwab 8953-5302  Former TD 232-839418

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Heather LaVine
   3000 Schway Way Westlake TX 76262
   **Telephone Number:** 800-435-4000

3. **Date Equity Interest was acquired:**
   Please see attached

4. **Total amount of member interest:** _____

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.
   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Heather LaVine
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)  3/10/2025 (Date)

**Telephone number:** 912 603 0777   **email:** heather.L.LaVine@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Heather LaVine**
108 Spillway Trace
Brunswick, GA 3152
912-603-0777
HEATHER.L.LAVINE@GMAIL.COM

March 10, 2025

**U.S. Bankruptcy Court, District of Nevada**
**Foley Federal Building and U.S. Courthouse**
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**Re: Investment in Meta Materials Inc. (MMAT) and Meta Materials Preferred Shares (MMTLP)**

To Whom It May Concern,

I am submitting this statement as part of the bankruptcy proceedings to confirm my position as an investor in Meta Materials Inc. (MMAT) and Meta Materials Preferred Shares (MMTLP). Below is a summary of my investment history:

1. In June 2021, I acquired shares of Meta Materials Inc. (MMAT) when my Torchlight Energy Resources (TRCH) shares were converted into MMAT shares.
2. In July 2021, I received 487 shares of MMTLP in my brokerage account, which were initially untradable.
3. In October 2021, MMTLP shares became tradable.
4. On December 9, 2022, FINRA issued a trading halt on MMTLP. At that time, I held 487 shares of MMTLP and 365 shares of MMAT.
5. Shares were held TD Ameritrade account #232-839418 until TD and Charles Schwab merged. My Charles Schwab account #8953-5302 is active.

I am submitting this statement to affirm my status as an investor and to ensure my interests are recognized in these proceedings. I have enclosed a self-addressed, stamped envelope, and I kindly request that a proof of record confirming receipt of this statement be returned to me at your earliest convenience.

Please let me know if additional documentation or verification is required. Thank you for your time and assistance.

Sincerely,

*[signature]*