NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

# PROOF OF INTEREST

**Name of Debtor:** Meta Materials, Inc.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   [redacted]

   Telephone Number: [redacted]

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
At TD Ameritrade: [redacted]8633
At Charles Schwab: [redacted]4529

Check here if this claim:
☒ replaces a previously filed Proof of Interest dated: 12/06/2024
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Gregory S. Walsh
   TD Ameritrade: P.O. Box 2209 Omaha, NE. 68103-2209
   Charles Schwab: 3000 Schwab Way, Westlake, TX 76262
   Telephone Number:
   TDA: 800-669-3900    Schwab:1 (877) 519-1403

3. **Date Equity Interest was acquired:**
   Various beginning June 21st, 2021 through 09/12/2023
   See attached documentation.

4. **Total amount of member interest:** 305,000 MMAT for $117,825.26
   74,500 MMTLP for $111,750.00

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: [redacted]
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

[redacted signature]    03/12/2025
(Signature)    (Date)

Telephone number: [redacted]    email: gregoryswalsh1#gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Print Form**    **Save Form**    **Clear Form**

**Statement for Account # 427-958633**
12/01/22 - 12/31/22

## Online Cash Services Summary

| Description | Current | | Year To Date |
|---|---|---|---|
| **CREDITS** | | | |
| Checks Deposited | $ - | | $ 12,026.75 |
| Electronic Transfer | 100.00 | | 36,950.00 |
| *Subtotal* | 100.00 | | 48,976.75 |
| **DEBITS** | | | |
| Electronic Transfer | $ (2,570.00) | | $ (27,854.93) |
| *Subtotal* | (2,570.00) | | (27,854.93) |
| **TOTAL** | **(2,470.00)** | | 21,121.82 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.03 | $ 0.48 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 74,500 | $ NA | $ NA | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |

**Statement for Account # ●●●●●8633**
12/01/22 - 12/31/22

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---:|---:|
| **CREDITS** | | |
| Checks Deposited | $ - | $ 12,026.75 |
| Electronic Transfer | 100.00 | 36,950.00 |
| *Subtotal* | 100.00 | 48,976.75 |
| **DEBITS** | | |
| Electronic Transfer | $ (2,570.00) | $ (27,854.93) |
| *Subtotal* | (2,570.00) | (27,854.93) |
| **TOTAL** | **(2,470.00)** | 21,121.82 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---:|---:|
| IDA Interest | $ 0.03 | $ 0.48 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---:|---:|---:|---|---:|---:|---:|---:|---:|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 74,500 | $ NA | $ NA | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |

**Statement for Account # 427-958633**

12/01/21 - 12/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---:|---:|
| **CREDITS** | | |
| Electronic Transfer | $ 26,020.00 | $ 84,740.00 |
| *Subtotal* | 26,020.00 | 84,740.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (35,040.00) |
| *Subtotal* | 0.00 | (35,040.00) |
| **TOTAL** | **26,020.00** | **49,700.00** |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---:|---:|
| IDA Interest | $ 0.05 | $ 0.12 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---:|---:|---:|---|---:|---:|---:|---:|---:|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC PFD | MMTLP | 69,453 | $ 1.51 | $ 104,874.03 | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | $104,874.03 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $104,874.03 | | $0.00 | | $0.00 | $0.00 | 0.0% |

**Statement for Account # ●●●●●8633**

12/01/21 - 12/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---:|---:|
| **CREDITS** | | |
| Electronic Transfer | $ 26,020.00 | $ 84,740.00 |
| *Subtotal* | 26,020.00 | 84,740.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (35,040.00) |
| *Subtotal* | 0.00 | (35,040.00) |
| **TOTAL** | 26,020.00 | 49,700.00 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---:|---:|
| IDA Interest | $ 0.05 | $ 0.12 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---:|---:|---:|---|---:|---:|---:|---:|---:|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC PFD | MMTLP | 69,453 | $ 1.51 | $ 104,874.03 | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | $104,874.03 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $104,874.03 | | $0.00 | | $0.00 | $0.00 | 0.0% |

| TD Ameritrade Clearing, Inc | Proceeds from Broker and Barter Exchange Transactions (continued) | Account 427958633 |
|---|---|---|
| 2021  1099-B*  OMB No 1545-0715 | | 01/20/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked  Basis is provided to the IRS *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

| 1a- Description of property/CUSIP/Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| GEVO INC COM / CUSIP 374396406 / Symbol GEVO (cont'd) | | | | | | | |
| 11/01/21 | 200 000 | 1,475 97 | 01/19/21 | 2,216 00 | | -740 03 | Sale |
| 11/09/21 | 2,800 000 | 20,523 85 | Various | 27,513 81 | | -6,989 96 | Sale |
| | Security total | 103,507 44 | | 88,901 56 | | 14,605 88 | |
| META MATERIALS INC COM / CUSIP 59134N104 / Symbol MMAT | | | | | | | |
| 12/29/21 | 5,000 000 | 12,599 34 | Various | 54,590 11 | | -41,990 77 | Sale |
| NIO INC ADR / CUSIP 62914V106 / Symbol NIO | | | | | | | |
| 01/14/21 | 500 000 | 30,249 27 | 11/13/20 | 22,479 95 | | 7,769 32 | Sale |
| 01/15/21 | 250 000 | 14,271 58 | Various | 11,802 30 | | 2,469 28 | Sale |
| 01/19/21 | 250 000 | 14,375 43 | 11/20/20 | 12,025 00 | | 2,350 43 | Sale |
| | Security total | 58,896 28 | | 46,307 25 | | 12,589 03 | |
| Totals | | 245,369 01 | | 269,426 22 | 581 96 W | -23,475 25 | |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

| TD Ameritrade Clearing, Inc | | Account | 8633 |
|---|---|---|---|
| | Proceeds from Broker and Barter Exchange Transactions (continued) | | |
| 2021   1099-B*   OMB No 1545-0715 | | | 01/20/2022 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949 Part I with Box A checked  Basis is provided to the IRS *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT

| 12/29/21 | 5,000 000 | 12 599 34 | Various | 54,590 11 | | -41,990 77 | Sale |

...4V106 / Symbol  NIO

**Totals**

---

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

| TD Ameritrade Clearing, Inc | | Account 427958633 |
|---|---|---|
| **Proceeds from Broker and Barter Exchange Transactions** | | |
| 2023    1099-B*   OMB No 1545-0715 | | 01/18/2024 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered) For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment

Closing of written options is presented in a distinct manner in accordance with IRS regulation For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position

Several column headings describe two related items a quantity and a qualifier For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium) When these conditions exist, the qualifier is shown to the right of the amount

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade

FATCA filing requirement [ ]

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked Basis is provided to the IRS *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
| GLOBAL TECH INDUSTRIES GRP INC COM / CUSIP 37955R107 / Symbol GTII | | | | | | | |
| 09/21/23 | 2,910 000 | 2,144 91 | Various | 3,119 59 | | -974 68 | Total of 2 transactions |
| 09/21/23 | 30,090 000 | 21,656 39 | Various | 27,087 27 | 528 80 W | -4,902 08 | Total of 4 transactions |
| | Security total | 23,801 30 | | 30,206 86 | 528 80 W | -5,876 76 | |
| META MATERIALS INC COM / CUSIP 59134N104 / Symbol MMAT | | | | | | | |
| 09/12/23 | 300,000 000 | 63,235 15 | Various | 65,402 93 | | -2,167 78 | Total of 10 transactions |
| Totals | | 87,036 45 | | 95,609 79 | 528 80 W | -8,044 54 | |

* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)

| TD Ameritrade Clearing, Inc | Proceeds from Broker and Barter Exchange Transactions | Account ●●●●8633 |
|---|---|---|
| 2023  1099-B*  OMB No 1545 0715 | | 01/18/2024 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered)  For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase  Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions  You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment

Closing of written options is presented in a distinct manner in accordance with IRS regulation  For these transactions the Cost or other basis (column 1e) is always presented as $0 00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position

Several column headings describe two related items  a quantity and a qualifier  For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium)  When these conditions exist, the qualifier is shown to the right of the amount

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade

FATCA filing requirement [ ]

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked  Basis is provided to the IRS  *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 09/12/23 Totals | 300,000 000 | 63,235 15 | Various | 65,402 93 | | -2,167 78 | Total of 10 transactions |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)



Report on Form 8949 Part I with Box A checked Basis is provided to the IRS *(Line 12)*
Gain or loss ( ) is NOT reported to the IRS

| 1a Description of property/CUSIP/Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c Date sold or disposed | Quantity | 1d Proceeds & 6- Reported (G)ross or (N)et | 1b Date acquired | 1e Cost or other basis | 1f Accrued mkt disc (D) & 1g Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional information |

AMC ENTERTAINMENT HOLDINGS INC COM CL A / CUSIP 00165C104 / Symbol AMC

| 1c Date | Quantity | Proceeds | 1b Date | Cost | Wash sale | Gain/loss | Info |
|---|---|---|---|---|---|---|---|
| 06/13/22 | 100 000 | 1 144 96 | 05/27/22 | 1 330 00 | | 185 04 | Sale |
| 06/21/22 | 1 900 000 | 23 920 39 | 05/27/22 | 25 270 00 | | 1 349 61 | Sale |
| Security total | | 25 065 35 | | 26,600 00 | | 1,534 65 | |

CAMBER ENERGY INC 1 50 R/S 12/21/22 13200M607 / CUSIP 13200M508 / Symbol

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/26/22 | 1 500 000 | 1 233 54 | 03/28/22 | 1 259 70 | 26 16 W | 0 00 | Sale |
| 05/19/22 | 2 000 000 | 1 506 31 | 03/28/22 | 1 679 60 | | 173 29 | Sale |
| 05/27/22 | 41 500 000 | 27 186 72 | Various | 32 022 72 | | -4 836 00 | Total of 12 transactions |
| Security total | | 29 926 57 | | 34,962 02 | 26 16 W | 5,009 29 | |

META MATERIALS INC COM / CUSIP 59134N104 / Symbol MMAT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/05/22 | 150 000 | 101 28 | 09/06/22 | 121 44 | | 20 16 | Sale |

META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP 59134N203 / Symbol MMTLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/22/22 | 203 000 | 395 01 | 10/27/21 | 227 82 | | 167 19 | Sale |
| 03/16/22 | 2 500 000 | 4 017 70 | 10/27/21 | 2 805 70 | | 1 212 00 | Sale |
| 04/01/22 | 5 000 000 | 5 749 62 | Various | 8 672 85 | 2 932 00 W | 8 77 | Total of 3 transactions |
| 04/12/22 | 8 909 000 | 10 163 20 | Various | 15 860 08 | | 5 696 88 | Total of 2 transactions |
| 04/12/22 | 11 091 000 | 12 413 47 | 11/09/21 | 19 744 55 | 1 881 85 W | 5 449 23 | Sale |
| 06/24/22 | 500 000 | 842 96 | 11/09/21 | 890 12 | 47 16 W | 0 00 | Sale |
| 06/28/22 | 1 000 000 | 1 572 88 | 11/09/21 | 1 780 23 | 207 35 W | 0 00 | Sale |
| 07/15/22 | 1 000 000 | 1,872 88 | 11/09/21 | 1 780 23 | | 92 65 | Sale |

\* This is important tax information and is being furnished to the Internal Revenue Service If you are required to file a return a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported Remember taxpayers are ultimately responsible for the accuracy of their tax return(s)

---

Page 4 of 8

| TD Ameritrade Clearing, Inc | Proceeds from Broker and Barter Exchange Transactions (continued) | Account 427958633 |
|---|---|---|
| 2022   1099 B*   OMB No 1545 0715 | | 02/02/2023 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949 Part I with Box A checked Basis is provided to the IRS *(Line 12)*
Gain or loss ( ) is NOT reported to the IRS

| 1c Date sold or disposed | Quantity | 1d Proceeds & 6 Reported (G)ross or (N)et | 1b Date acquired | 1e Cost or other basis | 1f Accrued mkt disc (D) & 1g Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP 59134N203 / Symbol MMTLP (cont d)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/26/22 | 500 000 | 687 96 | 11/09/21 | 890 12 | 202 16 W | 0 00 | Sale |
| 07/28/22 | 1 000 000 | 1 362 89 | 11/09/21 | 1 780 23 | 417 34 W | 0 00 | Sale |
| 08/26/22 | 550 000 | 768 46 | 11/09/21 | 979 13 | 210 67 W | 0 00 | Sale |
| 09/30/22 | 1 000 000 | 1 512 89 | Various | 1 703 13 | 213 07 W | 22 83 | Sale |
| 11/21/22 | 220 000 | 2 412 96 | 12/17/21 | 308 11 | | 2 104 85 | Sale |
| 11/28/22 | 100 000 | 985 02 | 12/17/21 | 140 04 | | 844 98 | Sale |
| 12/05/22 | 200 000 | 1 572 98 | 12/17/21 | 280 09 | | 1 292 89 | Sale |
| Security total | | 46,330 88 | | 57 842 43 | 6 111 60 W | -5,399 95 | |
| Totals | | 101 424 08 | | 119 525 89 | 6 137 76 W | 11,984 05 | |

**UNDETERMINED TERM TRANSACTIONS FOR NONCOVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Line 5)*
Report on Form 8949, Part I with Box B checked or Part II with Box E checked Basis is NOT provided to the IRS *(Line 12)*
"Date acquired " "Cost or other basis " "Accrued market discount " "Wash sale loss disallowed" and "Gain or loss ( )" are NOT reported to the IRS

| 1c Date sold or disposed | Quantity | 1d Proceeds & 6 Reported (G)ross or (N)et | Date acquired | Cost or other basis | Accrued mkt disc (D) & Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP 59134N203 / Symbol MMTLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/03/22 | 453 000 | 681 56 | N/A | | | | Sale |
| 02/11/22 | 700 000 | 871 47 | N/A | | | | Sale |
| 02/22/22 | 797 000 | 1 545 92 | Various | | | | Total of 2 transactions |
| Security total | | 3 098 95 | | | | | |

SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949 Part I with Box A checked  Basis is provided to the IRS  (Line 12)
Gain or loss ( )  is NOT reported to the IRS

### 1a Description of property/CUSIP/Symbol

| 1c Date sold or disposed | Quantity | 1d Proceeds & 6- Reported (G)ross or (N)et | 1b Date acquired | 1e Cost or other basis | 1f Accrued mkt disc (D) & 1g Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP  59134N104 / Symbol  MMAT | | | | | | | |
| 10/05/22 | 150 000 | 101 28 | 09/06/22 | 121 44 | | 20 16 | Sale |
| META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP  59134N203 / Symbol  MMTLP | | | | | | | |
| 02/22/22 | 203 000 | 395 01 | 10/27/21 | 227 82 | | 167 19 | Sale |
| 03/16/22 | 2 500 000 | 4 017 70 | 10/27/21 | 2 805 70 | | 1 212 00 | Sale |
| 04/01/22 | 5 000 000 | 5 749 62 | Various | 8 672 85 | 2 932 00 W | 8 77 | Total of 3 transactions |
| 04/12/22 | 8 909 000 | 10 163 20 | Various | 15 860 08 | | 5 696 88 | Total of 2 transactions |
| 04/12/22 | 11 091 000 | 12 413 47 | 11/09/21 | 19 744 55 | 1 881 85 W | 5 449 23 | Sale |
| 06/24/22 | 500 000 | 842 96 | 11/09/21 | 890 12 | 47 16 W | 0 00 | Sale |
| 06/28/22 | 1 000 000 | 1 572 88 | 11/09/21 | 1 780 23 | 207 35 W | 0 00 | Sale |
| 07/15/22 | 1 000 000 | 1 872 88 | 11/09/21 | 1 780 23 | | 92 65 | Sale |

\* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return  a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember  taxpayers are ultimately responsible for the accuracy of their tax return(s)

---

Page 4 of 8

**TD Ameritrade Clearing, Inc**    **Proceeds from Broker and Barter Exchange Transactions**    Account ●●●●8633
2022  1099 B*  OMB No 1545-0715    (continued)    02/02/2023

SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949 Part I with Box A checked  Basis is provided to the IRS  (Line 12)
Gain or loss ( )  is NOT reported to the IRS

### 1a Description of property/CUSIP/Symbol

| 1c Date sold or disposed | Quantity | 1d Proceeds & 6 Reported (G)ross or (N)et | 1b Date acquired | 1e Cost or other basis | 1f Accrued mkt disc (D) & 1g Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP  59134N203 / Symbol  MMTLP (cont d) | | | | | | | |
| 07/26/22 | 500 000 | 687 96 | 11/09/21 | 890 12 | 202 16 W | 0 00 | Sale |
| 07/28/22 | 1 000 000 | 1 362 89 | 11/09/21 | 1 780 23 | 417 34 W | 0 00 | Sale |
| 08/26/22 | 550 000 | 768 46 | 11/09/21 | 979 13 | 210 67 W | 0 00 | Sale |
| 09/30/22 | 1 000 000 | 1 512 89 | Various | 1 703 13 | 213 07 W | 22 83 | Sale |
| 11/21/22 | 220 000 | 2 412 96 | 12/17/21 | 308 11 | | 2 104 85 | Sale |
| 11/28/22 | 100 000 | 985 02 | 12/17/21 | 140 04 | | 844 98 | Sale |
| 12/05/22 | 200 000 | 1 572 98 | 12/17/21 | 280 09 | | 1 292 89 | Sale |
| | Security total | 46 330 88 | | 57 842 43 | 6,111 60 W | 5 399 95 | |
| | Totals | 101 424 08 | | 119 525 89 | 6 137 76 W | 11 964 05 | |

UNDETERMINED TERM TRANSACTIONS FOR NONCOVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Line 5)
Report on Form 8949 Part I with Box B checked or Part II with Box E checked  Basis is NOT provided to the IRS  (Line 12)
Date acquired   Cost or other basis   Accrued market discount   "Wash sale loss disallowed  and  Gain or loss ( )  are NOT reported to the IRS

### 1a Description of property/CUSIP/Symbol

| 1c Date sold or disposed | Quantity | 1d Proceeds & 6- Reported (G)ross or (N)et | Date acquired | Cost or other basis | Accrued mkt disc (D) & Wash sale loss disallowed (W) | Gain or loss( ) & 7 Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING / CUSIP  59134N203 / Symbol  MMTLP | | | | | | | |
| 01/03/22 | 453 000 | 681 56 | N/A | | | | Sale |
| 02/11/22 | 700 000 | 871 47 | N/A | | | | Sale |
| 02/22/22 | 797 000 | 1 545 92 | Various | | | | Total of 2 transactions |
| | Security total | 3 098 95 | | | | | |