NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792-HLB

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Gerald T Bell
2429 Chapman St
Winterville NC 28590

   Telephone Number: 252-355-0440

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**MAR 17 2025**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 224-808769

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Gerald T Bell
Fidelity Investments
PO Box 770001 Cincinnati OH 45277-0002
   Telephone Number: 1-800-343-3548

3. **Date Equity Interest was acquired:**
February 14, 2023
March 14, 2023

4. **Total amount of member interest:** 22,885 Shares for $14,528.15

5. **Certificate number(s):** SEE ATTACHED DOCUMENT

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gerald T. BELL
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Gerald T. Bell    (Date) 3-12-25
Telephone number: 252-355-0440    email: gblucid4u@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]  [Save Form]  [Clear Form]



Envelope # BRLGDHBBBKRGQ

GERALD BELL
2425 CHAPMAN ST
WINTERVILLE NC 28590 8883

### Contact Information

| | |
|---|---|
| Online | Fidelity com |
| FAST® Automated Telephone | (800) 544 5555 |
| Customer Service | (800) 544 6666 |

Save on your tax preparation services  Fidelity is pleased to offer special discounts to help you prepare your tax return  Learn more at Fidelity com/taxprep    1064976 1 0

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS)  Member NYSE SIPC (800) 544 6666  Brokerage accounts carried by National Financial Services LLC (NFS)  Member NYSE SIPC*


M053978329202S0228

INVESTMENT REPORT
February 1 2023 - February 28 2023

## Holdings

Account # 224 808769
GERALD BELL - ROTH IRA

| Total Holdings | $52 759 91 | $43 365 63 | $1 884 12 | $0 00 |

All positions held in cash account unless indicated otherwise

Total Cost does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable

h   The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC Insured Deposit Sweep on the last day of the statement period

q   Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance Subject to the terms of the customer agreement customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC For additional information please see the FDIC Insured Deposit Sweep Disclosures on Fidelity com

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 8 445 000 | $0 83000 | | $7 009 35 |
| | Total Securities Bought | | | | | | $7 009 35 |
| | Net Securities Bought & Sold | | | | | | $7 009 35 |

### Dividends Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 02/28 | FDIC INSURED DEPOSIT | FDIC91026 | Interest Earned | | | $9 00 |
| 02/28 | FDIC INSURED DEPOSIT | FDIC91042 | Interest Earned | | | 0 01 |
| | Total Dividends Interest & Other Income | | | | | $9 01 |

INVESTMENT REPORT
March 1 2023 - March 31 2023

## Holdings

Account # 224 808769
GERALD BELL - ROTH IRA

| | | | | |
|---|---|---|---|---|
| Total Holdings | $37 231 04 | $50 874 43 | $13 650 95 | $0 00 |

*All positions held in cash account unless indicated otherwise*

*Total Cost does not include the cost basis on core money market or other positions where cost basis is unknown or not applicable*

h   *The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC Insured Deposit Sweep on the last day of the statement period*

q   *Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance  Subject to the terms of the customer agreement customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC  For additional information please see the FDIC Insured Deposit Sweep Disclosures on Fidelity com*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 14 440 000 | $0 52000 | | $7 508 80 |
| | Total Securities Bought | | | | | | $7 508 80 |
| | Net Securities Bought & Sold | | | | | | $7 508 80 |

### Dividends Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 03/31 | FDIC INSURED DEPOSIT | FDIC91026 | Interest Earned | | | $6 20 |
| | Total Dividends, Interest & Other Income | | | | | $6 20 |