NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor<br>**META MATERIALS INC** | Case Number<br>**24-50792** | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the Interest holder):

Schoeters Guido
Robsonplein 17
2300 Turnhout
Belgium

Telephone Number +32 477719798

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor
**0939875**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

KBC Bank NV (Bolero) Havenlaan 2 1080 Brussels (Belgium)

Telephone Number +32 3 283 29 81

**3** Date Equity Interest was acquired

Shares were acquired between 10 and 22 December 2021
More details are in the attached documentation

**4** Total amount of member interest __180 shares (post split)__

**5** Certificate number(s) See attached documentation

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description: Investor

**7** Supporting Documents Attach copies of supporting documents such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee, or the debtor    ☐ I am a guarantor, surety, endorser or other codebtor
                         (Attach copy of power of attorney if any)     or their authorized agent                    (See Bankruptcy Rule 3005)
                                                                        (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief

Print Name: Guido Schoeters
Title:
Company __ Address and telephone number (if different from notice address above):

(Signature) *Guido Schoeters*    09/12/2024
                                  (Date)

Telephone number +32477719798    email schoetersguido@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# Bolero

*SCHOETERS-WOUTERS GUIDO-MONIQUE*

## Overzicht transacties en rekeninguittreksels voor klantnummer 0939875
## 29/01/2024

### EUR-REKENING - 3

**Borderel 003980890**
29/01/2024 14:11:21
Uw Uitboeking corporate action van 18.000 META MATERIALS INC (NY) aan 0,12252 USD

1 EUR = 1,077098 USD

Waardecode US59134N1046

**Borderel 003980891**
29/01/2024 14:11:21
Uw Inboeking corporate action van 180 META MATERIALS INC (NY) aan 312,252 USD

1 EUR = 1,077098 USD

Waardecode US59134N3026

SCHOETERS-WOUTERS GUIDO-MONIQUE                                          Pagina 1
0939875

KBC BANK NV                                               Documentreferte: 6
Havenlaan 2, 1080 Brussels, Belgium                       VAT BE 0462.920.226
                                      Account N° BE77 4096 5474 0142 - BIC KREDBEBB

| Datum | Transactie | Type effect | Details | Waarde | Munt | # | Price | |
|---|---|---|---|---|---|---|---|---|
| 29/01/2024 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | 1.047,60 | USD | 180,00 | 312,25200 | total holding after reverse splitt |
| 29/01/2024 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS INC (NY) | -1.047,60 | USD | 18.000,00 | 3,12252 | total holding before reverse splitt |
| 22/12/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 11.118,64 | USD | 4.000,00 | 2,76000 | |
| 22/12/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 11.118,64 | USD | 4.000,00 | 2,76000 | |
| 10/12/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 33.968,00 | USD | 10.000,00 | 3,37997 | |
| | | | Total investment in MMAT | 56.205,28 | USD | | | |