NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>**META MATERIALS INC** | Case Number<br>**24-50792** | |

| 1 Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder) <br><br>Bart Willems<br>Diepvenneke 51<br>2350 Vosselaar<br>Belgium<br><br>Telephone Number  +32 478 56 95 73 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>MAR 17 2025<br><br>US BANKRUPTCY COURT<br>MARY A SCHOTT, CLERK<br><br>COURT USE ONLY |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor<br>**0661374** | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br><br>KBC Bank NV (Bolero)  Havenlaan 2  1080 Brussels (Belgium)<br><br>Telephone Number  +32 3 283 29 81 | 3 Date Equity Interest was acquired<br><br>Share were acquired between 10/12/2020 and 13/09/2023<br>More details are in the attached documentation |
|---|---|

| 4 Total amount of member interest  __120 shares (post splitt)__ | 5 Certificate number(s)  SEE ATTACHED DOCUMENTATION |
|---|---|

6 Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  Investor

7 Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

8 Date Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

9 Signature
Check the appropriate box
■ I am the creditor    ☐ I am the creditor's authorized agent    ☐ I am the trustee or the debtor    ☐ I am a guarantor surety endorser or other codebtor
                       (Attach copy of power of attorney if any)   or their authorized agent                (See Bankruptcy Rule 3005)
                                                                   (See Bankruptcy Rule 3004)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief

Print Name  Bart Willems
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)                                    05 12 2024
                                               (Date)

Telephone number  +32478569573    email  bwillems@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571*



BRUHAV2/BOL/QC

WILLEMS-SCHOETERS
DIEPVENNEKE 51
B-2350 VOSSELAAR
BELGIE

Beste klant,

In bijlage vindt u het **overzicht van uw effectenportefeuille 0661374** bij Bolero op **30 september 2024**. Dit overzicht krijgt u op kwartaalbasis als gevolg van de Europese MiFID II-richtlijn.

**Aanvullingen of opmerkingen?**

Dit portefeuilleoverzicht wordt met de grootste zorg gemaakt. Hebt u eventuele aanvullingen of opmerkingen over de posities in uw portefeuille bij dit overzicht, gelieve die dan **vóór 21 november 2024** schriftelijk mee te delen:

- Per e-mail naar Portfoliocontrol_bolero@kbc.be
- Per post naar onderstaand adres:

    KBC Bank NV
    Dienst Risicobeheer Retail (RMR)
    Brusselsesteenweg 100
    3000 Leuven

Enkel vragen over de posities in uw portefeuille worden via deze mailbox verwerkt.

Wij danken u voor uw vertrouwen en wensen u nog veel succes met uw beleggingen.

Met vriendelijke groeten,

**Uw Bolero-team**

*Ps. Als uw klantengegevens gewijzigd zijn, dan vragen wij u om ons die conform de Algemene Voorwaarden zo spoedig mogelijk mee te delen, waar nodig met de nodige bewijzen (vb. bewijs van woonst bij een gewijzigd adres), zodat wij te allen tijde over actuele en juiste gegevens beschikken.*

---

KBC BANK NV
Havenlaan 2, 1080 Brussels, Belgium

Documentreferte BKL006111019
VAT BE 0462.920.226
RLP Brussels
Account N° BE77 4096 5474 0142 - BIC KREDBEBB



| WILLEMS-SCHOETERS BART-CINDY SIMONNE | Rekeningnummer: 0661374 | Datum Overzicht: 30/09/2024 |
|---|---|---|

| Aantal | Code | Benaming | Marktwaarde of geschatte waarde Datum | Waarde in EUR |
|---|---|---|---|---|
| **EFFECTEN IN BEWARING: Aandelen** | | | **Waarde: 5.205,02 EUR** | |



| Aantal | Code | Benaming | Marktwaarde of geschatte waarde Datum | Waarde in EUR |
|---|---|---|---|---|
| 120 | US59134N3026 | META MATERIALS INC (NY) | 0,37 USD 30/09/2024 | 39,66 |
| 20.000 | US009A86MTT3 | NEXT BRIDGE HYDROCARBONS INC NPV(NY | 0,00 USD 01/01/0001 | 0,00 |

**TOTAAL EFFECTEN IN BEWARING: 5.205,02 EUR**

Totaal Financiële Rekeningen: 88,67 EUR

| Rekening | Beschrijving | Saldo | Saldo in EUR |
|---|---|---|---|
| 401 000 578 | BEDRAGEN OP VALUTA | 0,00 NOK | 0,00 |
| 401 000 840 | BEDRAGEN OP VALUTA | 80,80 USD | 72,17 |
| 401 000 978 | BEDRAGEN OP VALUTA | 16,50 EUR | 16,50 |

**TOTAAL FINANCIELE REKENINGEN: 88,67 EUR**

# TOTAALWAARDE PORTEFEUILLE: 5.293,69 EUR

Gehanteerde Wisselkoersen

| EUR | NOK | 0,085001 |
|---|---|---|
| EUR | USD | 0,893176 |

**WILLEMS-SCHOETERS BART-CINDY SIMONNE**
**0661374**

Pagina 1

\* Zie disclaimer op de laatste pagina.

KBC BANK NV
Havenlaan 2, 1080 Brussels, Belgium

Documentreferte BKL006111019
VAT BE 0462.920.226
RLP Brussels
Account N° BE77 4096 5474 0142 - BIC KREDBEBB

| Datum | Transactie | Type effect | Details | Waarde | Munt | # | Price | |
|---|---|---|---|---|---|---|---|---|
| 28/06/2021 | Corporate action | Aandeel | Uitboeking corporate action TORCHLIGHT ENERGY RESOURCES IN (NY) | -99.000,00 | USD | -20.000,00 | 3,84356 | => resulting in 10.000 shares of MMAT + 20.000 shares of MMTLP |
| 22/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 14.339,88 | USD | 1.500,00 | 0,50000 | |
| 21/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 27.917,42 | USD | 3.000,00 | 9,25674 | |
| 14/06/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 10.817,59 | USD | 3.000,00 | 3,58000 | |
| 14/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -24.006,38 | USD | -12.380,00 | 1,95000 | |
| 12/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -25,25 | USD | -20,00 | 2,02000 | |
| 11/05/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -179,31 | USD | -100,00 | 1,95000 | |
| 30/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 4.294,91 | USD | 2.000,00 | 2,13000 | |
| 29/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 11.329,38 | USD | 5.000,00 | 2,25000 | |
| 27/04/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 3.933,65 | USD | 2.000,00 | 1,95000 | |
| 8/04/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -25.898,72 | USD | -14.000,00 | 1,86000 | |
| 31/03/2021 | Verkoop (effecten) | Aandeel | Verkoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | -16.063,35 | USD | -8.000,00 | 2,02000 | |
| 26/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 5.709,85 | USD | 3.000,00 | 1,89000 | |
| 26/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 9.653,60 | USD | 5.000,00 | 1,92000 | |
| 23/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 21.040,21 | USD | 10.000,00 | 2,09170 | |
| 16/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 11.580,25 | USD | 5.000,00 | 2,30000 | |
| 12/03/2021 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 13.587,25 | USD | 5.000,00 | 2,70000 | |
| 10/12/2020 | Aankoop (effecten) | Aandeel | Aankoop Online TORCHLIGHT ENERGY RESOURCES IN (NY) | 5.011,21 | USD | 10.000,00 | 0,49738 | |

Total investment in TRCH         73.042,19 USD



| Datum | Transactie | Type effect | Details | Waarde | Munt | # | Price | |
|---|---|---|---|---|---|---|---|---|
| 29/01/2024 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | 661,2 | USD | 120,00 | 260,17400 | total holding after reverse splitt |
| 29/01/2024 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS INC (NY) | -698,4 | USD | 12.000,00 | 2,60174 | total holding before reverse splitt |
| 13/09/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.855,87 | USD | -13.000,00 | 0,22200 | |
| 23/08/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.610,73 | USD | -12.000,00 | 0,22000 | |
| 20/07/2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 240,79 | USD | 1.000,00 | 0,22500 | |
| 15/02/2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -6.697,52 | USD | -9.000,00 | 0,74903 | |
| 23/01/2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.635,00 | USD | 1.500,00 | 1,07623 | |
| 12/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.169,82 | USD | -1.500,00 | 1,46170 | |
| 6/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -40.805,56 | USD | -20.000,00 | 2,05000 | |
| 6/12/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -17.597,64 | USD | -10.000,00 | 1,77000 | |
| 2/12/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 18.504,40 | USD | 10.000,00 | 1,84000 | |
| 25/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 19.206,85 | USD | 10.000,00 | 1,91000 | |
| 22/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 20.110,00 | USD | 10.000,00 | 2,00000 | |
| 22/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 3.030,50 | USD | 1.500,00 | 2,00000 | |
| 16/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.900,98 | USD | 5.000,00 | 1,77000 | |
| 15/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.552,79 | USD | 3.500,00 | 1,86000 | |
| 14/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.333,04 | USD | 3.748,00 | 1,67850 | |
| 11/11/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.635,73 | USD | 1.252,00 | 1,29000 | |
| 27/07/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 918,15 | USD | 1.000,00 | 0,09000 | |
| 7/07/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.077,20 | USD | 1.000,00 | 1,05850 | |
| 24/06/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.800,63 | USD | 5.000,00 | 1,75000 | |
| 25/04/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 1.339,62 | USD | 1.000,00 | 1,32000 | |
| 18/04/2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -11.280,98 | USD | -8.000,00 | 1,42010 | |
| 1/03/2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.576,75 | USD | 5.000,00 | 2,10000 | |
| 22/09/2021 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -25.460,26 | USD | -5.000,00 | 5,12000 | |
| 14/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.347,87 | USD | 2.000,00 | 5,13596 | |
| 3/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 5.288,38 | USD | 1.000,00 | 5,25000 | |
| 3/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 5.719,88 | USD | 1.000,00 | 5,68000 | |
| 2/09/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 10.175,35 | USD | 2.000,00 | 5,05000 | |
| 30/08/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 20.842,52 | USD | 4.000,00 | 5,18000 | |
| 27/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 6.623,03 | USD | 2.000,00 | 3,29000 | |
| 27/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 18.750,26 | USD | 5.500,00 | 3,39000 | |
| 23/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 8.600,43 | USD | 2.450,00 | 3,49000 | |
| 7/07/2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | 355,19 | USD | 50,00 | 6,78000 | |
| 28/06/2021 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | 79.600,00 | USD | 10.000,00 | 7,68712 | |

Total investment in MMAT    86.086,96 USD

**Bolero** — Rekening - WILLEMS-SCHOETERS (06613/4)
Beschikbaar voor orders: 2.074,17 EUR

Filter transacties — TYPE TRANSACTIE: Alle; TRANSACTIEDATUM VAN 01-01-2020 TOT 05-12-2024; TYPE EFFECT: Aandeel; MUNT: AMERIKAANSE DOLLAR; TREFWOORD: Meta

| Datum | Type | Type effect | Details | Waarde | Munt |
|---|---|---|---|---|---|
| 29-03-2024 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | +661,20 | USD |
| 29-03-2024 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS INC (NY) | -698,40 | USD |
| 13-09-2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.855,87 | USD |
| 23-08-2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | -2.610,73 | USD |
| 20-07-2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +240,79 | USD |
| 21-04-2023 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS PFD - CONTRA (NY) | 0,00 | USD |
| 15-02-2023 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 6.697,52 | USD |
| 23-01-2023 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +1.635,00 | USD |
| 13-12-2022 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS PFD - CONTRA (NY) | 0,00 | USD |
| 13-12-2022 | Corporate action | Aandeel | Uitboeking corporate action META MATERIALS INC A - PFD.SH (NY) | 57.900,00 | USD |
| 12-12-2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 2.169,82 | USD |
| 06-12-2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 40.805,56 | USD |
| 06-12-2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 17.597,64 | USD |
| 02-12-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +18.504,40 | USD |
| 25-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +19.206,85 | USD |
| 22-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +20.110,00 | USD |
| 22-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +3.030,50 | USD |
| 16-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +8.900,98 | USD |
| 15-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +6.552,79 | USD |
| 14-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +6.333,04 | USD |
| 11-11-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +1.635,73 | USD |
| 27-07-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +918,15 | USD |
| 07-07-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +1.077,20 | USD |
| 24-06-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +8.800,63 | USD |
| 25-04-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +1.519,67 | USD |
| 18-04-2022 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 11.280,98 | USD |
| 01-03-2022 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +10.576,75 | USD |
| 22-09-2021 | Verkoop (effecten) | Aandeel | Verkoop Online META MATERIALS INC (NY) | 25.460,26 | USD |
| 14-09-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +10.347,87 | USD |
| 03-09-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +5.288,38 | USD |
| 03-09-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +5.719,88 | USD |
| 02-09-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +10.175,35 | USD |
| 30-08-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +20.842,52 | USD |
| 27-07-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +6.623,03 | USD |
| 27-07-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +18.750,26 | USD |
| 23-07-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +8.600,43 | USD |
| 02-07-2021 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC A - PFD.SH (NY) | 0,00 | USD |
| 01-07-2021 | Aankoop (effecten) | Aandeel | Aankoop Online META MATERIALS INC (NY) | +355,19 | USD |
| 30-06-2021 | Corporate action | Aandeel | Inboeking corporate action META MATERIALS INC (NY) | +79.600,00 | USD |