NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 | |

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

VICTOR CHELENA
12 NAVIGATION Pointe
Cartersville, GA 30121

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

Telephone Number: 678 643 9223

**RECEIVED AND FILED**
MAR 17 2025
U S BANKRUPTCY COURT
MARY A SCHOTT, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security,(b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 8804 - 6176 | Check here if this claim ☐ replaces a previously filed Proof of Interest dated _____ ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
Charles Schwab

Telephone Number

**3** Date Equity Interest was acquired
12 31.23 STATEMENT see attached

**4** Total amount of member interest  2744

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description:

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☐ I am the creditor   ☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)   ☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)   ☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name  Victor Chelena
Title
Company __ Address and telephone number (if different from notice address above)

(Signature) Victor CChel   (Date) 3/12/25

Telephone number 6786439223  email vchelena@att.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



Schwab One® Account of

VICTOR CAMERON CHELENA &
MOLLY ANNE CHELENA JT TEN

Statement Period
December 1-31  2023

## A Message About Your Account

**CALIFORNIA RESIDENTS**
If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater **and** you or your Partnership had a California address as of 12/31  Schwab will report this information to the California Franchise Tax Board each tax year  per state statute  1223-3LZ0

## Positions - Summary

| Beginning Value as of 12/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] |  | $0.00 |  | [redacted] |  | [redacted] |  | [redacted] |  | [redacted] |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash |  |  |  |  | [redacted] | [redacted] | [redacted] | 0 00 |  |
| **Total Cash and Cash Investments** |  |  |  |  | [redacted] | [redacted] | [redacted] |  |  |

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | [redacted] | [redacted] LAUREATE [redacted] | 50.0000 | 1 [redacted] | 75.[redacted] |
|  | [redacted] | [redacted] | [redacted] | 0.[redacted] | [redacted] |
|  | [redacted] | [redacted] | [redacted] | 0.[redacted] | [redacted] |
|  | [redacted] | [redacted] LTD F | [redacted] | [redacted] | [redacted] |
|  | [redacted] | [redacted] GP | 1[redacted] | [redacted] | [redacted] |
|  | [redacted] | [redacted] GP | [redacted] | 0 [redacted] | [redacted] |
|  | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|  | MMAT | META MATLS INC | 2,744.0000 | 0 06600 | 181 10 |
| **Total Positions** |  |  |  |  | [redacted] |



Schwab One® Account of *Redacted Copy*

Statement Period
December 1-31 2023

## A Message About Your Account

**CALIFORNIA RESIDENTS**
If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater **and** you or your Partnership had a California address as of 12/31, Schwab will report this information to the California Franchise Tax Board each tax year per state statute 1223-3LZ0

## Positions - Summary

| Beginning Value as of 12/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓ | | $0 00 | | $0 00 | | ▓▓ | | ▓▓ | | ▓▓ |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | ▓▓ | ▓▓ | ▓▓ | 0 00 | |
| **Total Cash and Cash Investments** | | | | | ▓▓ | ▓▓ | ▓▓ | | |

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | ▓▓ | ▓▓ INC | ▓▓ | ▓▓ | 75 ▓ |
| | ▓▓ | ▓▓ P | ▓▓ | ▓▓ | ▓▓ |
| | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ |
| | ▓▓ | ▓▓ F | ▓▓ | ▓▓ | ▓▓ |
| | ▓▓ | GLOBAL ▓▓ | ▓▓ | ▓▓ | ▓▓ |
| | ▓▓ | GLOBAL ▓▓ | ▓▓ | ▓▓ | 17▓ |
| | ▓▓ | ▓▓ NC | ▓▓ | ▓▓ | 2▓▓ |
| | MMAT | META MATLS INC | 2 744 0000 | 0 06600 | 181 10 |
| **Total Positions** | | | | | ▓▓ |