NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Johnna Alvarez
2750 NE 183rd Street
411 T
Aventura, FL 33160

Telephone Number: 786-556-4099

☑ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

MAR 27 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
0000010825 / 0000010333

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☑ amends a previously filed Proof of Interest dated: Adding MMTLP/NBH holding

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
AST/Equiniti Trust Co.
P.O Box 500 Newark NY 07101
Telephone Number: 800-937-5449

3. Date Equity Interest was acquired:
Please add MMTLP/NBH holdings statements attached from AST

4. Total amount of member interest: 1364

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Johnna Alvarez
Title:
Company: Address and telephone number (if different from notice address above): 2750 NE 183rd Street 411 T Aventura, FL 33160

(Signature) [signed]
(Date) 3/21/25
Telephone number: 786-556-4099
email: johnnaa@ar-intl.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Johnna Alvarez
786-556-4099
johnnaa@ar-intl.com



**EQUINITI TRUST COMPANY, LLC**
**OPERATIONS CENTER**
**PO BOX 500**
**NEWARK, NJ 07101**

JOHNNA ALVAREZ
2750 NE 183RD STREET
411T
AVENTURA FL   33160

| | |
|---|---|
| *Statement Date:* | March 6, 2025 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000010825 |
| **W9/W8/W8BENE Certified:** | Yes |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Summary as of 03/06/2025

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 62.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| Restricted | | 0.000 | 0.000 |
| Unrestricted | 0.000 | 0.000 | 62.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000010825



10032.001.001.01478



**AST is now EQ**

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JOHNNA ALVAREZ
2750 NE 183RD STREET
411T
AVENTURA FL   33160

| | |
|---|---|
| Statement Date: | March 6, 2025 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | 0000010333 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

## Balance Summary as of 03/06/2025

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 1,302.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| Restricted | | 0.000 | 0.000 |
| Unrestricted | 0.000 | 0.000 | 1,302.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000010333



10032.001.001.01477