NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>META MATERIALS, INC. | Case Number:<br>24-50792 | |

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Edward E. Clark
326 Becker
Snyder, TX 79549-4466

Telephone Number:
(979) 215-7683

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

MAR 28 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>SEP IRA Brokerage Account - 58346788 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>■ amends a previously filed Proof of Interest dated: 12/04/2024 |
|---|---|

| **2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>Vanguard<br>P.O. Box 3009  Monroe, WI   5366-8309 ➕<br>Telephone Number: 877-662-7447 | **3.** **Date Equity Interest was acquired:**<br>BETWEEN 07-06-2016 AND 01-16-2024<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| **4.** **Total amount of member interest:** 48,400 SHARES FOR $38,643 | **5.** **Certificate number(s):** SEE ATTACHED DOCUMENTATION |
|---|---|

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)    or their authorized agent.    endorser, or other
(See Bankruptcy Rule 3004.)    codebtor.
(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Edward E. Clark
Title:  Interest Holder
Company:  Address and telephone number (if different from notice address above):
_____
_____

*Edward E Clark*        3/25/2025
(Signature)        (Date)

Telephone number: 979-215-7683    email: eeclark@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 24-50792**
**FOR: Edward E. Clark**

BROKERS:  Vanguard
ACCT #:    Rollover Individual Retirement Account (IRA) 11437442
               SEP Individual Retirement Account (IRA) 58346788


               TD Ameritrade (Which is now Schwab)
               422-243540-2
               Schwab
               8237-1049


**\*\*Transaction documentation is attached supporting this supplemental information.**


**Torchlight Energy (Stock Symbol TRCH)**

During the years 2016 – 2021, I traded (bought and sold) Torchlight Energy stock.  At the time of the Torchlight Energy/Meta Materials merger in 2021, I had the following shares of Torchlight Energy in my two Vanguard Individual Retirement Accounts (IRA's):

Vanguard Rollover IRA Account 11437442: 10,000 shares TRCH
Vanguard SEP IRA Account  58346788: 10,000 shares TRCH


After the merger, I had the following shares in my two Vanguard IRA accounts:

Vanguard Rollover IRA Account 11437442:  10,000 shares of MMAT Preferred Series A (Which later became 10,000 shares of MMTLP) and 5,000 shares of MMAT.

Vanguard SEP IRA Account 58346788:  10,000 shares of MMAT Preferred Series A (Which later became 10,000 shares of MMTLP) and 5,000 shares of MMAT.

Following the Torchlight Energy/Meta Materials merger in 2021, I did not sell any of my MMAT Preferred Series A stock (MMTLP) in either Vanguard IRA account.  However, I did buy additional MMTLP stock in my TDA Ameritrade brokerage account.  Later, TDA Ameritrade was bought by Schwab.  In total I bought 880 shares of MMTLP in my TDA/Schwab account.

**Meta Materials Stock and MMTLP Stock**

Following the Torchlight Energy/Meta Materials merger in 2021, I bought additional MMAT stock in both Vanguard IRA accounts. I also sold some MMAT stock in both Vanguard IRA accounts. Details are in the attached Transaction Reports.

On December 13, 2022, all remaining MMAT Preferred Series A stock (MMTLP) was scheduled to be spun out to Next Bridge Hydrocarbons (Stock Symbol NBH). **I had 60 Day Good Till Cancel Limit Sell Orders to sell 16,000 shares of the MMTLP stock in my two Vanguard IRA accounts. I also had 60 Day Good Till Cancel Limit Sell Orders on the 880 MMTLP shares in my TDA/Schwab brokerage account. None of these Sell orders were completed due to the trading halt described below.**

On December 9, 2022, FINRA, which is part of the Securities and Exchange Commission, halted trading in MMTLP stock. That trading halt caused all of my MMTLP stock, and all of my MMAT stock, and all of my Next Bridge Hydrocarbons stock to become worthless. Meta Materials filed bankruptcy. Stock in Next Bridge Hydrocarbons is not tradeable, and the company lost its most valuable asset, the Orogrande Basin. There was also a stock split that wiped out almost all of the shares of MMAT.

Total TRCH stock purchased prior to the Torchlight Energy/Meta Materials merger was 20,000 shares at a total cost of $24,661.

Total cost of the 17,400 MMAT stock shares purchased after the Torchlight Energy/Meta Materials merger was $10,823.

Total cost of the 880 shares of MMTLP purchased at TD Ameritrade/Schwab was $3,158. On August 24, 2023, at the request of Next Bridge Hydrocarbons, those shares were transferred to Equinity Trust Company, LLC (which was previously named AST).

Of the 10,000 shares of MMAT that I received in the Torchlight Energy/Meta Materials merger, I kept 1,000 shares. These became worthless after the stock split and Meta Materials bankruptcy.

Soon after the Torchlight Energy/Meta Materials merger, I sold 9,000 shares of MMAT for $48,363.

End of Supplemental Information



Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 22, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

META MATERIALS INC.,

Debtor.

Case No. 24-50792-hlb

Chapter 7

**ORDER WAIVING REDACTION FEE**

    The Court previously directed the Clerk of the Court to accept all proofs of interest filed in this case [ECF No. 1216]. The Court also directed parties who wished to remove their personal identifiable information from public view to file a Notice of Redaction pursuant to Local Rule 9037(b) [ECF No. 138] along with the appropriate filing fee. However, some filers submitted payment for their redaction with foreign currency that the Court cannot accept. Therefore, to ensure that personal identifiable information is removed from public view, it is hereby ORDERED:

    The filing fee for a redaction under 28 U.S.C. § 1930 is waived in this case. Parties filing proofs of interest are not required to pay any fee for filing a Notice of Redaction that complies with the Court's previous instructions regarding the redaction of confidential information. The redaction must be completed in accordance with applicable local rules and procedures, which can be found on the Court's website at https://www.nvb.uscourts.gov/.

### DATED AND SIGNED ABOVE.

Copy sent via CM/ECF Electronic Notice

### ###

Proof of Interest ORDER re

File   Edit   View   Help

Log in    Sign up

Page 1 of 1    ✎ Edit    Mark up ⌄    Sign a copy ⌄    ⊖ ⊕    175% ⌄

Kimberly Kepling shared this file. Want to do more with it?   Log in   Sign up    ✕

Case 24-50792-hlb   Doc 1216   Entered 12/19/24 15

*Khlay L B*

Honorable Hilary
United States Bank

Entered on Docket
December 19, 2024

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES BANKRUP

DISTRICT OF NEVA

In re:                                    Case No. 24

META MATERIALS INC.,                      Chapter 7

                                          ORDER D
                                          OF COUR
Debtor.                                   PROOFS (

**EQ**

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | |
| NEXT BRIDGE HYDROCARBONS INC | |

10108.0.001.002.1
EDWARD E CLARK
GAYL CLARK
326 BECKER ROAD
SNYDER TX 79549

| | |
|---|---|
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | 0000012361 |
| Statement Date: | August 24, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | | 880.000 | 880.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 880.000 |

| Account Value | |
|---|---|
| Market Value Date | NA |
| Market Value Price | NA |
| Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 08/03/2023 | BK*0001632 | BOOK SHARES CREDITED | 880.000 |



AST01270670000012361

My accounts    Balances & holdings

# Account activity

**Order status**    Pending activity    Transaction history    Confirmations    Statements    Historical documents

| | | | | | |
|---|---|---|---|---|---|
| Nasdaq 11,018.35 59.80 | S&P 500 3,955.93 22.01 | 10-year T-note 3.49% 0.08 | DJIA 33,806.28 208.36 | | |

Data as of 12/8/2022 9:56 a.m.    Market summary

### Edward E. Clark—Rollover IRA Brokerage Account—11437442

| Edward E. Clark—Rollover I |  | Buy and Sell    Today's trades    More |
|---|---|---|

Vanguard reserves the right to review any order submitted electronically and to subsequently approve or reject the order in accordance with Vanguard's trading policies. As a result of this review process, it's possible that the order's execution will be delayed or rejected. To monitor the status of an existing order, check the "Order Status" page.

Refresh    | Get a quote | | Go |

| Order date | Status | Symbol | Name | Transaction type | Stop/Limit price | Duration | Dollars/Shares | Executed price | Action |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$498.68 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/23/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$148.68 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/22/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$114.68 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/22/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$88.68 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/22/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$78.68 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/19/2022 | Open | MMAT | META MATERIALS INC | Sell | Limit:$15.68 | GTC:01/20/2023 | 4,400.000 | — | Change \| Cancel |

CONNECT WITH US®

**My Accounts**

| | |
|---|---|
| Account overview | Transaction history |
| Balances & holdings | Order status |
| Personal performance | Retirement summary |
| Portfolio Watch | Required minimum distribution (RMD) |
| Cost basis | Tax forms & information |
| Dividends & capital gains | Profile & account settings |
| Investment prices & returns | Messages |
| Buy & sell | Statements |

Vanguard funds not held in a brokerage account are held by The Vanguard Group, Inc., and are not protected by SIPC. Brokerage assets are held

by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member <u>FINRA</u> and <u>SIPC</u> .

For additional financial information on Vanguard Marketing Corporation, see its Statement of Financial Condition: <u>Audited</u> and <u>Unaudited</u>

<u>Broker-Dealer Form Client Relationship Summary (Form CRS)</u> and <u>Investment Advisor Form Client Relationship Summary (Form CRS)</u>

© 1995–2022 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor of the Vanguard Funds. Your use of this site signifies that you accept our <u>terms & conditions of use</u>.

<u>Our privacy policy</u> | <u>Security at Vanguard</u> | <u>Accessibility</u> | <u>Technical support</u> | <u>Mutual fund prospectuses</u> |
<u>ETF (exchange-traded fund) prospectuses</u> | <u>Special notice to non-U.S. investors</u> | <u>Mobile app</u> | <u>Social media</u> |
<u>Company information and insights</u> |

12/8/2022, 8:56 AM

My accounts    Balances & holdings

# Account activity

**Order status**    **Pending activity**    **Transaction history**    **Confirmations**    **Statements**    **Historical documents**

Nasdaq  11,018.35  59.80    **S&P 500**  3,955.93  22.01    **10-year T-note**  3.49%  0.08    **DJIA**  33,806.28  208.36
Data as of 12/8/2022 9:56 a.m.    Market summary

Edward E. Clark—SEP IRA Brokerage Account—58346788

| Edward E. Clark—SEP IRA |    **Buy and Sell**    Today's trades    More

Vanguard reserves the right to review any order submitted electronically and to subsequently approve or reject the order in accordance with Vanguard's trading policies. As a result of this review process, it's possible that the order's execution will be delayed or rejected. To monitor the status of an existing order, check the "Order Status" page.

Refresh                                                       Get a quote          Go

| Order date | Status | Symbol | Name | Transaction type | Stop/Limit price | Duration | Dollars/Shares | Executed price | Action |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$107.69 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/22/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$97.69 | GTC:01/20/2023 | 2,000.000 | — | Change \| Cancel |
| 11/21/2022 | Open | MMTLP | META MATERIALS INC PFD SER A | Sell | Limit:$40.69 | GTD:12/23/2022 | 2,000.000 | — | Cancel |
| 11/03/2022 | Open | MMAT | META MATERIALS INC | Sell (AON) | Limit:$3.68 | GTC:12/30/2022 | 2,400.000 | — | Change \| Cancel |
| 10/28/2022 | Open | MMAT | META MATERIALS INC | Sell | Limit:$48.68 | GTC:12/30/2022 | 1,000.000 | — | Change \| Cancel |

CONNECT WITH US®

**My Accounts**

Account overview                                Transaction history

Balances & holdings                             Order status

Personal performance                            Retirement summary

Portfolio Watch                                 Required minimum distribution (RMD)

Cost basis                                      Tax forms & information

Dividends & capital gains                       Profile & account settings

Investment prices & returns                     Messages

Buy & sell                                      Statements

Vanguard funds not held in a brokerage account are held by The Vanguard Group, Inc., and are not protected by SIPC. Brokerage assets are held by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member FINRA  and SIPC .

For additional financial information on Vanguard Marketing Corporation, see its Statement of Financial Condition: Audited and Unaudited

12/8/2022, 8:57 AM

Broker-Dealer Form Client Relationship Summary (Form CRS) and Investment Advisor Form Client Relationship Summary (Form CRS)

© 1995–2022 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor of the Vanguard Funds. Your use of this site signifies that you accept our terms & conditions of use.

Our privacy policy  |  Security at Vanguard  |  Accessibility  |  Technical support  |  Mutual fund prospectuses  |
ETF (exchange-traded fund) prospectuses  |  Special notice to non-U.S. investors  |  Mobile app  |  Social media  |
Company information and insights  |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2019 | 2/22/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 4,500.0000 | $1.6000 | $7.0000 | -$7,207.0000 |
| 3/11/2019 | 3/7/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -4,500.0000 | $1.2400 | $7.0700 | $5,572.9300 |
| 3/11/2019 | 3/7/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 3,000.0000 | $1.2086 | $7.0000 | -$3,632.8000 |
| 3/12/2019 | 3/8/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,500.0000 | $1.3100 | $7.0000 | -$1,972.0000 |
| 3/14/2019 | 3/12/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.5300 | $7.0000 | -$1,537.0000 |
| 3/27/2019 | 3/25/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $1.6988 | $7.0000 | -$3,404.6000 |
| 4/15/2019 | 4/11/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 600.0000 | $1.6400 | $7.0000 | -$991.0000 |

Custom report created on: 03/18/2025.

This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2019 | 4/15/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.7797 | $7.0000 | -$1,786.7000 |
| 5/1/2019 | 4/29/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 4,000.0000 | $1.4500 | $7.0000 | -$5,807.0000 |
| 5/1/2019 | 4/29/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -9,100.0000 | $1.4813 | $7.2800 | $13,472.7200 |
| 5/3/2019 | 5/1/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.3041 | $7.0000 | -$1,311.1000 |
| 5/8/2019 | 5/6/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $1.3200 | $7.0000 | -$2,647.0000 |
| 10/15/2019 | 10/10/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $0.9800 | $7.0000 | -$1,967.0000 |
| 10/17/2019 | 10/15/2019 | – | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,200.0000 | $0.8999 | $7.0000 | -$1,086.8800 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2020 | 2/25/2020 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 700.0000 | $0.6772 | Free | -$474.0600 |
| 1/15/2021 | 1/13/2021 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -900.0000 | $1.3700 | $0.0300 | $1,232.9700 |
| 6/28/2021 | 6/28/2021 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Stock split | CASH | -10,000.0000 | — | — | — |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 5,000.0000 | — | — | — |
| 9/20/2021 | 9/16/2021 | MMATQ | META MATERIALS INC | Sell | CASH | -4,500.0000 | $5.1500 | $0.1200 | $23,174.8800 |
| 10/8/2021 | 10/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 100.0000 | $4.9778 | Free | -$497.7800 |
| 12/7/2021 | 12/3/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 75.0000 | $3.1950 | Free | -$239.6300 |
| 12/31/2021 | 12/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 250.0000 | $2.5377 | Free | -$634.4300 |
| 1/18/2022 | 1/13/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 250.0000 | $2.1900 | Free | -$547.5000 |
| 1/25/2022 | 1/21/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 250.0000 | $1.8000 | Free | -$450.0000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3/16/2022 | 3/14/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 300.0000 | $1.4100 | Free | -$423.0000 |
| 4/25/2022 | 4/21/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 175.0000 | $1.2800 | Free | -$224.0000 |
| 10/12/2022 | 10/10/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 500.0000 | $0.7030 | Free | -$351.5200 |
| 10/19/2022 | 10/17/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $0.9274 | Free | -$370.9400 |
| 11/1/2022 | 10/28/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 200.0000 | $1.0248 | Free | -$204.9600 |
| 11/7/2022 | 11/3/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $1.3470 | Free | -$538.8000 |
| 2/23/2023 | 2/21/2023 | MMATQ | META MATERIALS INC | Sell | CASH | -1,500.0000 | $0.6864 | $0.0200 | $1,029.5800 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/18/2023 | 4/14/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $0.2299 | Free | -$91.9600 |
| 6/30/2023 | 6/28/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 1,600.0000 | $0.1930 | Free | -$308.8000 |
| 1/18/2024 | 1/16/2024 | MMATQ | META MATERIALS INC | Buy | CASH | 1,700.0000 | $0.0595 | Free | -$101.1500 |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -5,600.0000 | — | — | — |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 56.0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -56.0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 5,600.0000 | — | — | — |

Custom report created on: 03/18/2025.

This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 56.0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -5,600.0000 | — | — | — |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

NEXT BRIDGE HYDROCARBONS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2023 | 1/3/2023 | — | NEXT BRIDGE HYDROCARBONS INC | Corp Action (Exchange) | CASH | 10,000.0000 | — | — | — |

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at
tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 46708743958 | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 35 | 59134N203 | 7.97 | 278.95 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| | 12/05/2022 | 12/07/2022 | | 6.95 | 285.90 |
| TRADE DESCRIPTION | | | SYMBOL | | |

META MATERIALS INC
PFD SER A *CLBL                    MMTLP

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 46716040406 | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 27 | 59134N203 | 7.21 | 194.67 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| | 12/05/2022 | 12/07/2022 | | 6.95 | 201.62 |
| TRADE DESCRIPTION | | | SYMBOL | | |

META MATERIALS INC
PFD SER A *CLBL                    MMTLP

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

┌─────────────────────────────────────────────────┐
│ Trade on the go with our mobile apps. Download at │
│ tdameritrade.com/mobileapp                        │
└─────────────────────────────────────────────────┘

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 46686567151 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 30 | 59134N203 | 8.19 | 245.70 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/02/2022 | 12/06/2022 | | 6.95 | 252.65 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC | MMTLP |
| PFD SER A *CLBL | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

| Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp |
| --- |

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

**Confirmation Notice**

SIPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
| --- | --- | --- | --- | --- | --- |
| 422-243540-2 | | 46661261892 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| --- | --- | --- | --- | --- | --- | --- |
| YOU BOUGHT | 30 | 59134N203 | 8.27 | 248.10 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | 12/01/2022 | 12/05/2022 | | 6.95 | 255.05 |

| TRADE DESCRIPTION | | SYMBOL |
| --- | --- | --- |
| META MATERIALS INC PFD SER A *CLBL | | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

| Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp |
|---|

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 46509242135 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 60 | 59134N203 | 9.11 | 546.60 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/23/2022 | 11/28/2022 | | 6.95 | 553.55 |

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|
| META MATERIALS INC PFD SER A *CLBL | | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at
tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

**Confirmation Notice**    

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 46493425815 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 38 | 59134N203 | 10.49 | 398.62 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/22/2022 | 11/25/2022 | | 6.95 | 405.57 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC | MMTLP |

PFD SER A *CLBL

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

> Trade on the go with our mobile apps. Download at
> tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 45580467340 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 175 | 59134N203 | 1.71 | 299.25 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/05/2022 | 10/07/2022 | | 6.95 | 306.20 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC | MMTLP |
| PFD SER A *CLBL | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at
tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

**Confirmation Notice**



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 45551145806 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 200 | 59134N203 | 1.53 | 306.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/04/2022 | 10/06/2022 | | 6.95 | 312.95 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC | MMTLP |
| PFD SER A *CLBL | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

Trade on the go with our mobile apps. Download at
tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

SIPC

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 44534901695 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 175 | 59134N203 | 1.59 | 278.25 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/16/2022 | 08/18/2022 | | 6.95 | 285.20 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>PFD SER A *CLBL | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

| Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp |
| --- |

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder  TX  79549

## Confirmation Notice

**SIPC**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
| --- | --- | --- | --- | --- | --- |
| 422-243540-2 | | 43921942375 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| --- | --- | --- | --- | --- | --- | --- |
| YOU BOUGHT | 50 | 59134N203 | 1.91 | 95.50 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | 07/15/2022 | 07/19/2022 | | 6.95 | 102.45 |

| TRADE DESCRIPTION | SYMBOL |
| --- | --- |
| META MATERIALS INC PFD SER A *CLBL | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at
tdameritrade.com/mobileapp

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder TX 79549

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-243540-2 | | 43900040931 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 60 | 59134N203 | 1.90 | 114.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 07/14/2022 | 07/18/2022 | | 6.95 | 120.95 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC | MMTLP |
| PFD SER A *CLBL | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 422-243540**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: |
|---|---|---|

ACCOUNT CODE: Type of Account
1. Cash             2. Margin Long
3. Margin Short     4. Income
5. Withholding      6. Special

CAPACITY CODE:
A= Agent          C= Cross Trade       P= Principal        R= Riskless Principal
Prime Broker if provided (contact the executing broker for further details)
3= Agent for person other than customer          4= Agent for both customer and another person                    5= Principal for some executions and agent for other
6= Acts as both principal and agent              7= Acts as principal, agent and agent for another person         8= Crossing as agent
9= Crossing as principal

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (Alt), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For Inflation Indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the market value or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

Custom report created on: 03/18/2025.

This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

NEXT BRIDGE HYDROCARBONS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2023 | 1/3/2023 | – | NEXT BRIDGE HYDROCARBONS INC | Corp Action (Exchange) | CASH | 10,000.0000 | – | – | – |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.

**Vanguard®**

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | MMATQ | META MATERIALS INC | Stock split | CASH | 5,000.0000 | — | — | — |
| 9/20/2021 | 9/16/2021 | MMATQ | META MATERIALS INC | Sell | CASH | -4,500.0000 | $5.1400 | $0.1200 | $23,129.8800 |
| 10/8/2021 | 10/6/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 100.0000 | $4.9750 | Free | -$497.5000 |
| 12/7/2021 | 12/3/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 75.0000 | $3.2062 | Free | -$240.4700 |
| 12/31/2021 | 12/29/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 250.0000 | $2.5250 | Free | -$631.2500 |
| 1/4/2022 | 12/31/2021 | MMATQ | META MATERIALS INC | Buy | CASH | 200.0000 | $2.4900 | Free | -$498.0000 |
| 1/24/2022 | 1/20/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 300.0000 | $2.0700 | Free | -$621.0000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2022 | 1/24/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 300.0000 | $1.6167 | Free | -$485.0100 |
| 4/22/2022 | 4/20/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 200.0000 | $1.3900 | Free | -$278.0000 |
| 7/13/2022 | 7/11/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 56.0000 | $1.0050 | Free | -$56.2800 |
| 10/12/2022 | 10/10/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 500.0000 | $0.7030 | Free | -$351.5000 |
| 10/14/2022 | 10/12/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 300.0000 | $0.9436 | Free | -$283.0700 |
| 10/14/2022 | 10/12/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 300.0000 | $0.9500 | Free | -$285.0000 |
| 10/19/2022 | 10/17/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $0.9567 | Free | -$382.7000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2022 | 10/28/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 519.0000 | $1.0264 | Free | -$532.7000 |
| 11/4/2022 | 11/2/2022 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $1.2590 | Free | -$503.6000 |
| 2/23/2023 | 2/21/2023 | MMATQ | META MATERIALS INC | Sell | CASH | -1,500.0000 | $0.6859 | $0.0200 | $1,028.8200 |
| 4/18/2023 | 4/14/2023 | MMATQ | META MATERIALS INC | Buy | CASH | 400.0000 | $0.2299 | Free | -$91.9600 |
| 1/18/2024 | 1/16/2024 | MMATQ | META MATERIALS INC | Buy | CASH | 1,700.0000 | $0.0595 | Free | -$101.1500 |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -5,000.0000 | — | — | — |
| 1/29/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 50.0000 | — | — | — |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

META MATERIALS INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 5,000.0000 | — | — | — |
| 2/8/2024 | 1/29/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -50.0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | -5,000.0000 | — | — | — |
| 2/8/2024 | 2/8/2024 | MMATQ | META MATERIALS INC | Stock split | CASH | 50.0000 | — | — | — |

 PO BOX 2577
OMAHA NE 68103-2577

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder, TX 79549

# Terms and Conditions

TD Ameritrade provides monthly statements to accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Highlights:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated annual income and the current yield on your portfolio reflect your holdings as of the end of the statement period. Dividend reinvestment purchases made after the statement date is shown for an indication of your holding period(s). This statement represents a statement of account and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including your right to the Securities Investor Protection Act (SIPA), any oral statements you make to us should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, all of TD Ameritrade. IDA deposits are insured by the FDIC up to $250,000 for each depositor (for the principal and accrued interest) for each insurable capacity (e.g., individual, joint, IRA) in which you hold the account. The combined deposits in your accounts held in the same insurable capacity at all Program Banks are added together for purposes of the FDIC insurance limit. You are responsible for monitoring the total amount of deposits that you hold with each Program Bank, directly or through an intermediary, to determine the extent of FDIC insurance coverage available to you. For more information on FDIC insurance, go to www.fdic.gov. Securities, including mutual funds held in your brokerage account are protected by the Securities Investor Protection Corporation ("SIPC"). TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of a brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC, and supplemental coverage is paid out after the trustee and SIPC payouts and after SIPC coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. This TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund investment return and principal value will fluctuate, so that an investor's shares, when redeemed, may be worth more or less than their original cost. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC-INSURED / ARE NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned as of the statement date and the most recent dividend rate or yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting, in compliance with IRS requirements (includes sales transactions). You may use gains, loss, and income information on your tax return. Some payments are subject to reclassification which will be reflected on subsequent tax reporting.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gain/steeper are offered and provided as a courtesy by TD Ameritrade. TD Ameritrade is not responsible for the accuracy or completeness of the information. TD Ameritrade, and its information providers do not guarantee the accuracy of the information and data provided. OCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade of any change in your investment objectives or your financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing prices, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The securities in your portfolio identified as NA are not guaranteed represent an accurate reflection of the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The Secondary market for Collateralized Mortgage Obligations (CMO) or other Asset backed securities may not be as liquid as markets for other securities. These prices may not reflect the price actually available at the time of the sale of the CMO prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and the price/value may not reflect fair value. Prices provided may not reflect all your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI")**, also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt, or hedge funds. Illiquid investments are do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed investment sponsor valuation ("estimated net asset value"), a most recent purchase, a third party tender offer that have been provided by the management, administrator, and/or sponsor of each program, or by a third party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value, or fair market value. The estimated values provided to TD Ameritrade by outside parties and available for display to clients may not be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable, to our clients please contact customer for more information.

Δ Distributions on Direct Participation Program and/or REITs are reported and a reinvestment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and/the distribution of distributions and is not an indication of any profit or loss of an investment. An investment may result in a loss. The accuracy of such securities can be sold under current market accounting by such party/(ies) and it will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from auction or valuation services or other independent sources. The accuracy of pricing is no guarantee that ARS value is not saleable. The ARS may trade at prices higher or lower, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market and its clearinghouse, if any, on which transactions are executed; (ii) federal and state, and other rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the quotation services at the time the rate was provided. It can fluctuate at any time, as of the statement closing date. Simple interest is accrued daily based on the interest rate applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received from any market participant and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of per share or per contract cash payment. In addition, in receipt of orders for NYSE, AMEX and NASDAQ listed securities, TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade quarterly publishes a report regarding its routing practices which includes the identity of the market centers to which the firm routes customer orders, and whether the firm will receive remuneration for routing order flow to such market centers. The reports is made available at www.tdameritrade.com/historical-605-disclosures.page or in printed format upon written request by contacting us. This information is available in six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the dividend reinvestment program or systematic purchases. A description of the transaction details is on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No. 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/pripps-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103-2209, by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object in writing within sixty (60) days for any transfer of funds subject to Regulation E, such as an ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
12/01/22 - 12/31/22

**Statement for Account # 422-243540**

EDWARD E CLARK &
GAYL CLARK JT TEN
326 Becker Road
Snyder, TX 79549

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $18.04 | $13.22 | $4.82 | - | $ - | - |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 464.72 | 6,631.45 | (6,166.73) | (93.0)% | - | - |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$482.76** | **$6,644.67** | **($6,161.91)** | **(92.7)%** | **$ 0.00** | **0.0%** |
| **Margin Equity** | **100.0%** | | | | | |

### Portfolio Allocation

Cash 3.7%

Stocks 96.3%

## Income & Expense Summary

| | Current | YTD | | Reportable | Non Reportable | YTD |
|---|---|---|---|---|---|---|
| **Income** | | | **Income** | | | |
| Opening Balance | | | Dividends | $ - | $ - | $ - |
| | | | Interest | 0.04 | - | 0.23 |
| | | | Other | - | - | - |
| | | | **Expense** | | | |
| | | | Interest | - | - | - |
| | | | Fees | - | - | - |
| | | | Other | - | - | - |
| | | | **Net** | $0.04 | $0.00 | $0.23 |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $13.22 | $10.22 |
| Securities Purchased | (995.22) | (3,767.41) |
| Securities Sold | - | - |
| Funds Deposited | 1,000.00 | 3,775.00 |
| Funds Disbursed | - | - |
| Income | 0.04 | 0.23 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$18.04** | **$18.04** |

## Performance Summary

| Cost Basis As Of - 12/31/22 ** | $1,137.10 |
|---|---|
| Unrealized Gains | - |
| Unrealized Losses | (672.38) |
| Funds Deposited/(Disbursed) YTD | 3,775.00 |
| Income/(Expense) YTD | 0.23 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

page 1 of 5

## Statement for Account # 422-243540
### 12/01/22 - 12/31/22

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 1,000.00 | $ 3,775.00 |
| *Subtotal* | 1,000.00 | 3,775.00 |
| **TOTAL** | **1,000.00** | **3,775.00** |

### Income Summary Detail*

| Description | Current | Year To Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.04 | $ 0.23 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| IRVING RESOURCES INC COM | IRVRF | 210 | $ 0.715 | $ 150.15 | 05/05/20 | $ 451.78 | $ 2.15 | $ (301.63) | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 880 | NA | NA | - | - | - | - | - | - |
| NOVO RESOURCES CORP COM | NSRPF | 1,530 | 0.2056 | 314.57 | 05/26/22 | 685.32 | 0.45 | (370.75) | - | - |
| **Total Stocks** | | | | **$464.72** | | **$1,137.10** | | **$(672.38)** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$464.72** | | **$1,137.10** | | **$(672.38)** | **$0.00** | **0.0%** |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 12/01/2022 | ACH IN | $ 1,000.00 |
| *Subtotal* | | | 1,000.00 |
| **TOTAL** | | | **1,000.00** |

Statement for Account # 422-243540
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$13.22** |
| 11/30/22 | 12/01/22 | Margin | - Funds Deposited | ACH IN | - | - | $ 0.00 | $ 1,000.00 | 1,013.22 |
| 12/01/22 | 12/05/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 30 | 8.27 | (255.05) | 758.17 |
| 12/02/22 | 12/06/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 30 | 8.19 | (252.65) | 505.52 |
| 12/05/22 | 12/07/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 35 | 7.97 | (285.90) | 219.62 |
| 12/05/22 | 12/07/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 27 | 7.21 | (201.62) | 18.00 |
| 12/13/22 | 12/13/22 | Margin | Delivered - Other | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668|STOCK PAYMENT | MMTLP | 880- | 0.00 | - | 18.00 |
| 12/13/22 | 12/13/22 | Margin | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668|STOCK PAYMENT | 5CT999019 | 880 | 0.00 | - | 18.00 |
| 12/30/22 | 12/30/22 | Margin | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270|STOCK PAYMENT | 5CT999019 | 880- | 0.00 | - | 18.00 |

## Statement for Account # 422-243540
### 12/01/22 - 12/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Margin | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270|STOCK PAYMENT | 6DA993019 | 880 | 0.00 | - | 18.00 |
| 12/30/22 | 12/30/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 12/30/2022 | - | - | 0.00 | 0.04 | 18.04 |
| **Closing Balance** | | | | | | | | | **$18.04** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/01/22 | $ - | $ 1,013.22 | 4 | 0.30 | $ - | $ 0.03 |
| 12/05/22 | - | 758.17 | 1 | 0.30 | - | 0.01 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.04** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**UPDATE TO THE BANK SWEEP PROGRAM**
We wanted to let you know about a change relating to the Bank Sweep Program, as called for by your TD Ameritrade Client Agreement.

The following will be removed from the list of Bank Sweep Program Banks: US Bank N.A; Citibank, N.A.; Wells Fargo Bank, N.A.; Synchrony Bank; Bank of America N.A. Uninvested cash balances will no longer be deposited with any of these banks after April 1, 2023. No action is required from you for this change to take effect.

A complete list of the Program Banks can be found at: www.tdameritrade.com/idaprogrambanks. Program Banks may receive uninvested cash balances in the Bank Sweep Program.

Current information on the terms of the Sweep Program can be found in the latest version of the Client Agreement. You can review it by logging in to your account and navigating to Client Services > Forms and Agreements. Your continued use of your account constitutes your consent to this material update.

# Statement for Account # 422-243540

12/01/22 - 12/31/22

## Important Information

### ANNUAL MARGIN DISCLOSURE

Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action, such as issuing a margin call and/or selling securities or other assets in any of your accounts held with TD Ameritrade, in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include the following: **You can lose more funds than you deposit in the margin account. The firm can force the sale of securities or other assets in your account(s). The firm can sell your securities or other assets without contacting you. You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call. The firm can increase its "house" maintenance requirements at any time and is not required to provide you advance written notice. You are not entitled to an extension of time on a margin call.**

### CALIFORNIA RESIDENTS

If your total payments of interest and interest-dividends on Federally Tax-Exempt non-California municipal bonds were $10 or greater and you or your Partnership had a California address then TD Ameritrade will report this information to the California Franchise Tax Board each tax year per state statute.

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — SEP-IRA Brokerage Account — 58346788*—continued

META MATERIALS INC PFD SER A—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2021 | 7/8/2021 | — | META MATERIALS INC PFD SER A | Corp Action (Spinoff) | CASH | 10,000.0000 | — | — | — |
| 12/13/2022 | 12/13/2022 | — | META MATERIALS INC PFD SER A | Corp Action (Exchange) | CASH | -10,000.0000 | — | — | — |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

TORCHLIGHT ENERGY   CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2016 | 7/6/2016 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,500.0000 | $1.1185 | $7.0000 | -$1,684.8000 |
| 7/14/2016 | 7/11/2016 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.0550 | $7.0000 | -$1,062.0000 |
| 11/18/2016 | 11/15/2016 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $0.9759 | $7.0000 | -$1,958.7600 |
| 2/9/2017 | 2/6/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -4,500.0000 | $1.7181 | $7.1700 | $7,724.1300 |
| 2/28/2017 | 2/23/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.6600 | $7.0000 | -$1,667.0000 |
| 6/1/2017 | 5/26/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 400.0000 | $1.4000 | $7.0000 | -$567.0000 |
| 8/17/2017 | 8/14/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 600.0000 | $1.1400 | $7.0000 | -$691.0000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/2017 | 8/15/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.0500 | $7.0000 | -$1,057.0000 |
| 8/21/2017 | 8/16/2017 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $0.9601 | $7.0000 | -$967.1000 |
| 5/22/2018 | 5/18/2018 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,500.0000 | $1.2700 | $7.0000 | -$3,182.0000 |
| 8/1/2018 | 7/30/2018 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,250.0000 | $1.2800 | $7.0000 | -$2,887.0000 |
| 9/17/2018 | 9/13/2018 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $0.9626 | $7.0000 | -$969.6000 |
| 10/4/2018 | 10/2/2018 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 750.0000 | $0.9869 | $7.0000 | -$747.1800 |
| 10/31/2018 | 10/29/2018 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $0.7979 | $7.0000 | -$804.9000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2019 | 3/7/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 7,400.0000 | $1.2089 | $7.0000 | -$8,952.8600 |
| 3/11/2019 | 3/7/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -11,500.0000 | $1.2503 | $7.1900 | $14,371.3100 |
| 3/14/2019 | 3/12/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.5300 | $7.0000 | -$1,537.0000 |
| 3/26/2019 | 3/22/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $1.5800 | $7.0000 | -$3,167.0000 |
| 4/15/2019 | 4/11/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 1,000.0000 | $1.6300 | $7.0000 | -$1,637.0000 |
| 5/1/2019 | 4/29/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -11,400.0000 | $1.4783 | $7.3500 | $16,845.6500 |
| 5/1/2019 | 4/29/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 10,000.0000 | $1.4500 | $7.0000 | -$14,507.0000 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

TORCHLIGHT ENERGY    CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2019 | 5/2/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 500.0000 | $1.2600 | $7.0000 | -$637.0000 |
| 5/8/2019 | 5/6/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,500.0000 | $1.3200 | $7.0000 | -$3,307.0000 |
| 9/6/2019 | 9/4/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $0.9500 | $7.0000 | -$1,907.0000 |
| 9/25/2019 | 9/23/2019 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -2,000.0000 | $1.1300 | $7.0500 | $2,252.9500 |
| 2/27/2020 | 2/25/2020 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 750.0000 | $0.6657 | Free | -$499.3000 |
| 11/13/2020 | 11/11/2020 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Buy | CASH | 2,000.0000 | $0.2772 | Free | -$554.4000 |
| 1/15/2021 | 1/13/2021 | — | TORCHLIGHT ENERGY | CHG RESOURCE INC | Sell | CASH | -5,750.0000 | $1.3300 | $0.1700 | $7,647.3300 |

Custom report created on: 03/18/2025.
This report only includes transactions that were settled from: 01/01/2015 to 02/28/2025.



---

## Edward E. Clark — Rollover IRA Brokerage Account — 11437442*—continued

TORCHLIGHT ENERGY   CHG RESOURCE INC—continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commission & fees** | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | — | TORCHLIGHT ENERGY   CHG RESOURCE INC | Stock split | CASH | -10,000.0000 | — | — | — |