NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor<br>Meta Materials | Case Number<br>24-50792-hlb | |

| 1  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder )<br><br>Steven Christopher Gray and Leslie Crowe Gray<br>1520 Knight Circle<br>Loganville, GA 30052<br><br>Telephone Number 770-617-4692 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>MAR 31 2025<br><br>U.S BANKRUPTCY COURT<br>MARY A SCHOTT, CLERK |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor<br>5380-4374 E*Trade, 133-409963-204 Morgan Stanley<br>AST 0000011437 | Check here if this claim<br>■ replaces a previously filed Proof of Interest dated 12/18/2024<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|
| 2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>E*Trade from Morgan Stanley  1 800-387-2331<br>PO Box 484 Jersey City, NJ 07303 0484<br>AST 6201 15th Avenue Brooklyn NY 11219<br>Telephone Number 1-800-937-5449 | 3  Date Equity Interest was acquired<br>November 4, 2022   16,000 MMAT, 6,700 MMTLP<br>December 8, 2022   824, 147, 3529 MMTLP<br>November 15, 2023  13,000 MMAT (See attached documentation) |
| 4  Total amount of member interest  11,200 MMTLP & 290 MMAT shares after reverse split on 1/29/2024 | 5  Certificate number(s) E*Trade & EQ+AST NBH0001121<br>See attached documentation |

6  Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description Investor

7  Supporting Documents Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

8  Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9 Signature
Check the appropriate box
■ I am the creditor   ☐ I am the creditor s authorized agent    ☐ I am the trustee or the debtor   ☐ I am a guarantor, surety endorser or othercodebtor  (Attach copy of power of attorney, if any )          or their authorized agent                                  (See Bankruptcy Rule 3005 )
                                                                (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information, and reasonable belief

Print Name  Steven Christopher Gray  Leslie Crowe Gray
Title         Investor
Company _ Address and telephone number (if different from notice addressabove  1520 Knight Circle  Loganville, GA 30052

*(Signature)* Steven Christopher Gray  3/23/2025
Leslie Crowe Gray  3/23/2025
(Date)

Telephone number 770 617-4692    email scgray70@bellsouth net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# PROOF OF INTEREST SUPPLEMENTAL INFORMATION
## CASE: 24-5072-hlb, META MATERIALS, INC
## FOR STEVEN CHRISTOPHER GRAY, LESLIE CROWE GRAY

BROKER E*Trade now Morgan Stanley
ACCT# 5380-4374 now 133-409963-204
TRANSACTIONS

| Date | Transaction |
|---|---|
| 11/04/2022 | Purchased 16,000 shares MMAT $1 56/share ($24,960 total investment) |
| | Purchased 6,700 shares MMTLP $7 40/share ($49,580 total investment) |
| 12/08/2022 | Purchased 824 shares MMTLP $5 33/share ($4,391 92 total investment) |
| | Purchased 147 shares MMTLP $5 34/share ($784 98 total investment) |
| | Purchased 3,529 shares MMTLP $5 35/share ($18,880 15 total investment) |
| 12/13/2022 | Merger MMTLP to Nextbridge total 11,200 shares |
| 07/28/2023 | Credited to AST 11,200 shares MMTLP-Nextbridge |
| 08/16/2023 | Transferred out of E*Trade account 11,200 shares |
| 11/15/2023 | Purchased 13,000 shares of MMAT $ 09245/share ($1,201 85 total investment) |
| 01/29/2024 | MMAT reverse split 1/100 (29,000 shares now 290 shares) |
| 02/29/2024 | MMTLP-Nextbridge DRS/Book entry shares credited Memo mailed physical Nextbridge certificate and received electronic book entry shares |

**See Transaction documentation attached

# E*TRADE
from Morgan Stanley

**E*TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-4374

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
STEVEN C GRAY &
LESLIE C GRAY JTWROS

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | 6 1 | MMAT | BUY | 16,000 | $1.56 | Cash | PRINCIPAL | $24,960.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $24,960.00 |
| 11/04/22 | 11/08/22 | 6 1 | MMTLP | BUY | 6,700 | $7.40 | Cash | PRINCIPAL | $49,580.00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $49,586.95 |

▲ DETACH HERE

STEVEN C GRAY &
LESLIE C GRAY JTWROS
1520 KNIGHT CIR
LOGANVILLE GA 30052

**Use This Deposit Slip**    **Acct: XXXX-4374**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

|||||||||||||||||||||||||||||||||||||||||||||||||||||

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

110420220001  900538043747



**E*TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-4374

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
STEVEN C GRAY &
LESLIE C GRAY JTWROS

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/OPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/22 | 12/08/22 | 6 1 | MMTLP | BUY | 824 | $5.33 | Cash | PRINCIPAL | $4,391.92 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $4,398.87 |
| 12/06/22 | 12/08/22 | 6 1 | MMTLP | BUY | 147 | $5.34 | Cash | PRINCIPAL | $784.98 |
| META MATLS INC PFD SER A | | | | | | | | NET AMOUNT | $784.98 |
| PERPETUAL | | | | | | | | | |
| 12/06/22 | 12/08/22 | 6 1 | MMTLP | BUY | 3,529 | $5.35 | Cash | PRINCIPAL | $18,880.15 |
| META MATLS INC PFD SER A | | | | | | | | NET AMOUNT | $18,880.15 |
| PERPETUAL | | | | | | | | | |

▲ DETACH HERE

STEVEN C GRAY &
LESLIE C GRAY JTWROS
1520 KNIGHT CIR
LOGANVILLE GA 30052-5141

**Use This Deposit Slip**    **Acct: XXXX-4374**

DETACH HERE ▲

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120620220001 900538043747



Becoming EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10112 2660 001 002 61
STEVEN C GRAY
1520 KNIGHT CIRCLE
LOGANVILLE GA 30052

| | |
|---|---|
| Statement Date | October 7, 2023 |
| Company Name | NEXT BRIDGE HYDROCARBONS INC |
| Company Number | 27067 |
| Stock Exchange | |
| Company Ticker Symbol | |
| CUSIP | 591994371 |
| Account Number | 0000011437 |
| W9/W8/W8BENE Certified | Yes |
| Dividend Amount Paid YTD | $0 00 |

## Balance Detail as of 10/07/2023

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 11,200 000 | $0 000 | $0 00 |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third party as of a particular date  AST does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither AST nor its provider will be liable for any errors, incompleteness or delays in the information herein or for any actions taken in reliance thereon

### Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares  0 000

### Certificate Held by Shareowner

| Issue Date | Certificate Number | Number of Shares | Restricted |
|---|---|---|---|
| 07/28/2023 | NBH0001121 | 11,200 000 | No |

1-888-999-0032
1-718 921-8124



AST01270670000011437

If you have questions, please call our office at 800-937-5449  Our representatives are available to assist you Monday through Friday from 8 00 a m to 8 00 p m Eastern Time  You may also email us by selecting "Contact Us" on www astfinancial com

# E✱TRADE
from Morgan Stanley



**CLIENT STATEMENT** | For the Period August 1-31, 2023

Page 7 of 8

## Account Detail

Self-Directed Brokerage Account
133-409963-204

STEVEN C GRAY &
LESLIE C GRAY JT TEN

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY (CONTINUED)

| Activity Date | Activity Type | Description | | | | Credits/(Debits) |
|---|---|---|---|---|---|---|
| **NET ACTIVITY FOR PERIOD** | | | | | | **$(2,049.87)** |

### TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

#### SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 8/16 | Transfer out of Account | FM4 NXTBRG HYDROCARBONS CONTRA | CERT MAIL TO CLIENT FED EX 542183312582 | 11,200.000 | | $0.00 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

```
O D000036001-000092

@JJY                    DEPOSITORY TRUST COMPANY            08/15/23
00000015-KE             CUSTODY WITHDRAWAL TICKET           09 30 25

PARTICIPANT     015  MSSB                    BAR CODE     2321200408

REFERENCE ID    2023072700150017             NUM OF CERTS        1

CUSIP           629999590  NEXT BRIDGE HYDROCARBONS

QUANTITY        11,200 00                    VALUE        $0 00

SAME/NEXT DAY   S    DEST   MAIL TO CUSTOMER    MAIL TY   FEDEX

--------- REGISTRATION -----------    -------- MAILING ADDRESS ----------
STEVEN C GRAY                         STEVEN C GRAY
1520 KNIGHT CIR                       STEVEN C GRAY
LOGANVILLE GA 30052                   1520 KNIGHT CIR
                                      LOGANVILLE      GA 30052
                                      TEL   770-617-4692
                                      MDALDEST    0000001500
```

SHARES **11200**

*****11200*****
*****11200*****
*****11200****
*****11200***
*****11200**
*****11200*

Handwritten: OK, 2582, L N'H



# E✲TRADE
from Morgan Stanley

E✲TRADE Securities
Investment Account

Account Number   5380 4374

Statement Period   December 1, 2022 - December 31, 2022

Account Type   JOINT

### Customer Update:
Tax questions? No problem
Get helpful tips, tools, and key dates in the Tax Center. Visit *etrade.com/tax* today

## ACCOUNT OVERVIEW



Last Statement Date                November 30, 2022

| | |
|---|---|
| Beginning Account Value (On 11/30/22) | $ 85,592.18 |
| Ending Account Value (On 12/31/22) | $ 20,391.20 |
| Net Change | $ -65,200.98 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 12/31/22)





6.63% - Cash & Equivalents

93.37% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/22 | AS OF 11/30/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 1,351.20 | $ 453.18 | 198.16% |
| **Total Cash/Margin Debt** | **$ 1,351.20** | **$ 453.18** | **198.16%** |
| Stocks, Options & ETF (Long) | $ 19,040.00 | $ 30,400.00 | 37.37% |
| Preferred Stocks (Long) | $ 0.00 | $ 54,739.00 | 100.00% |
| **Total Value of Securities** | **$ 19,040.00** | **$ 85,139.00** | **77.64%** |
| **Net Account Value** | **$ 20,391.20** | **$ 85,592.18** | **-76.18%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk including possible loss of the principal invested.

# E✱TRADE
from Morgan Stanley

E✱TRADE Securities
Investment Account

| Account Number 5380-4374 | Statement Period December 1 2022 - December 31 2022 | Account Type JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (6 63% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | 453 18 |
| Closing Balance | 6 63 | 1 351 20 |
| Average Balance | | 1 911 46 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2022** | | |
| CITIBANK N A | | 1 351 20 |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits Your ESDA Program cash balances will be FDIC insured up to an aggregate of $500 000 for individual accounts and $1 000 000 for joint accounts Uninvested cash balances in the ESDA program are not covered by SIPC The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you To see a list of Program Banks please visit www etrade com/esdaagreement or call us at 1-800-387 2331

| TOTAL CASH & CASH EQUIVALENTS | 6 63% | $1 351 20 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (93 37% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST ANNUAL INCOME | EST ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Cash | 16,000 | 1 1900 | 19 040 00 | 93 37 | | |
| **TOTAL STOCKS OPTIONS & ETF** | | | | | **$19 040 00** | **93 37%** | | |

### PREFERRED STOCKS (0 00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST ANNUAL INCOME | EST ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | 2 8980 | | 0 00 | 0 00 | | |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 11 200 | | 0 00 | 0 00 | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22) | $20 391 20 |

# E✱TRADE
from Morgan Stanley

E✱TRADE Securities
**Investment Account**

Account Number: 5380-4374    Statement Period: December 1, 2022 - December 31, 2022    Account Type: JOINT

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP REORGANIZATION @ 1:1 FROM 59134N205 TO 591994371 SHRS RECEIVED THRU MERGER | 591994371 | Merger | 11,200 | | | |
| | **TOTAL OTHER ACTIVITY** | | | | | | $38.00 |
| | **NET OTHER ACTIVITY** | | | | | | $38.00 |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 12/31/22)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **12/01/22** | | **OPENING BALANCE** | **$453.18** |
| 12/07/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 25,000.00 |
| 12/08/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -24,064.00 |
| 12/14/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -38.00 |
| 12/27/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.02 |
| **12/31/22** | | **CLOSING BALANCE** | **$1,351.20** |

# E✱TRADE
## from Morgan Stanley



008401
001 of 002

0005193 01 AB  0.534 01  TR 00022 MSCNPHA2



STEVEN C GRAY &
LESLIE C GRAY JT TEN
1520 KNIGHT CIR
LOGANVILLE GA 30052

**Your Account Number:** 133-XXX963-204
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331



*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price |  | Settlement Amount |
|---|---|---|---|---|---|
| 11/15/2023 | 11/17/2023 | 13,000 | 0.09245 | Principal | $1,201.85 |
| **Transaction Type: Bought** |  |  |  | **Net Amount** | **$1,201.85** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

Security Mark at Right

Page 1 of 2

# E✲TRADE
from MorganStanley

## CLIENT STATEMENT | For the Period January 1-31, 2024

**STATEMENT FOR**
STEVEN C GRAY &
LESLIE C GRAY JT TEN

| | |
|---|---:|
| **Beginning Total Value** (as of 1/1/24) | $2,061 93 |
| **Ending Total Value** (as of 1/31/24) | $1,221 73 |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www etrade com or call 800-387-2331

*Morgan Stanley Smith Barney LLC  Member SIPC*
*E*TRADE is a business of Morgan Stanley*



#BWNJGWM
003541201 AB  0 544 01  TR 00127 MSKDD193 000000
STEVEN C GRAY &
LESLIE C GRAY JT TEN
1520 KNIGHT CIR
LOGANVILLE GA 30052

INVESTMENTS AND INSURANCE PRODUCTS  NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD



133 - 409963 - 204 - 1 - 0



# E✱TRADE
from Morgan Stanley

CLIENT STATEMENT | For the Period January 1-31, 2024

Page 3 of 8

Self-Directed Brokerage Account   STEVEN C GRAY &
133-409963-204                    LESLIE C GRAY JT TEN

## Account Summary

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $2,061 93 | $2,061 93 |
| Credits | 4 00 | 4 00 |
| Debits | (38 00) | (38 00) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(34 00) | $(34 00) |
| Change in Value | (806 20) | (806 20) |
| **TOTAL ENDING VALUE** | $1,221 73 | $1,221 73 |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value*



*The percentages above represent the change in dollar value from the prior period  They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations  No percentage will be displayed when the previous month reflected no value*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | $113 93 | 9 33 |
| Equities | 1,107 80 | 90 67 |
| **TOTAL VALUE** | **$1,221 73** | **100 00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC  Cash and securities (including MMFs) are eligible for SIPC coverage  See Expanded Disclosures Values may include assets externally held, as a courtesy, and may not be covered by SIPC  Foreign Exchange (FX) is neither FDIC nor SIPC insured  For additional information, refer to the corresponding section of this statement*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances  These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes*

E*TRADE from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 5 of 8

## Account Detail

Self-Directed Brokerage Account
133-409963-204

STEVEN C GRAY &
LESLIE C GRAY JT TEN

Brokerage Account

Investment Objectives (in order of priority)  Not Provided
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market Your actual investment return may differ from the unrealized gain/(loss) displayed  Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date  Estimated Annual Income a) is calculated on a pre tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date  Actual income or yield may be lower or higher than the estimates  Current Yield is an estimate for informational purposes only  It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position  It does not reflect changes in its price  Structured Investments, identified on the Position Description Details line as "Asset Class  Struct Inv," may appear in various statement product categories  When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e g , Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest  For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www etrade com  The information presented on the statement should not be used for tax purposes*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis  You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you  Estimated Annual Income, Accrued Interest and APY% will only be displayed for fully settled positions  Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N A and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley  For more information regarding the Bank Deposit Program, go to www etrade com/bdpdisclosure  Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| MORGAN STANLEY BANK N.A | $113 93 | — | $0 01 | 0 010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 9 33% | $113 93 | $0 01 |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW (MMAT)<br>*Asset Class  Equities* | 290 000 | $3 820 | $26 161 85 | $1,107 80 | $(25,054 05) | | |





**E✲TRADE** from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 7 of 8

## Account Detail

Self-Directed Brokerage Account
133-409963-204

STEVEN C GRAY &
LESLIE C GRAY JT TEN

### TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

#### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (29,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 290.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

STEVEN C GRAY
1520 KNIGHT CIRCLE
LOGANVILLE GA 30052

| | |
|---|---|
| Statement Date | February 29, 2024 |
| Company Name | NEXT BRIDGE HYDROCARBONS INC |
| Company Number | 27067 |
| Stock Exchange | |
| Company Ticker Symbol | |
| CUSIP | 629999590 |
| Account Number | 0000011437 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | | 11,200.000 | 11,200.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 11,200.000 |

| Account Value | |
|---|---|
| Market Value Date | NA |
| Market Value Price | NA |
| Total Market Value | NA |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 02/29/2024 | BK*0004828 | BOOK SHARES CREDITED | 11,200.000 |



AST01270670000011437

6023 001 001 00339



**E*TRADE Securities**
**Investment Account**

Account Number: 5380-4374        Statement Period: December 1, 2022 - December 31, 2022        Account Type: JOINT

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/06/22 14:08 | 12/08/22 | META MATLS INC PFD SER A | MMTLP | Bought | 147 | 5.3400 | 784.98 | |
| 12/06/22 14:08 | 12/08/22 | META MATLS INC PFD SER A | MMTLP | Bought | 824 | 5.3300 | 4,398.87 | |
| 12/06/22 14:56 | 12/08/22 | META MATLS INC PFD SER A | MMTLP | Bought | 3,529 | 5.3500 | 18,880.15 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$24,064.00** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| 12/27/22 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | **$0.02** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | | | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|---|---|---|
| 12/06/22 | Deposit | ACH DEPOSIT REFID:68149051905 | | | | | | 25,000.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | | | | | **$25,000.00** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A MANDATORY REORG FEE CHARGED | 59134N203 | Fee | | | 38.00 | |
| 12/13/22 | META MATLS INC PFD SER A REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 | 59134N203 | Merger | -11,200 | | | |

# E*TRADE
from Morgan Stanley

**Investment Account**

Account Number: 5380 4374

Statement Period  December 1 2022  December 31 2022

Account Type  JOINT

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 24,064.00 | $ 98,610.95 |
| Interest Received | | |
| Taxable | $ 0.02 | $ 0.15 |

Net Account Value bars:
- OCT 22: 71.18%
- NOV 22
- DEC-22: 76.18%

## TOP 10 ACCOUNT HOLDINGS (AS OF 12/31/22)



6.63% - CASH EQUIV
93.37% - MMAT

E*TRADE Securities LLC • PO Box 484  Jersey City NJ 07303-0484   www.etrade.com • 1 800-387-2331 • Member FINRA/SIPC

AGE 4 OF 8