NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** METAL MATERIALS, INC. | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ROWENA MOTSCHMANN
   5268 NICHOLSON LANE
   #222
   KENSINGTON, MD 20895

   Telephone Number:
   410-892-4487

■ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

✓ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

■ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
MAR 28 2025
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 27067-0000011242, 27067-0000010770 | Check here if this Proof of Interest: ■ replaces a previously filed Proof of Interest dated: _____ ■ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   ROWENA MOTSCHMANN
   PO Box 500, Newark, NJ 07101
   **Telephone Number:** 800 937 5449

3. **Date Equity Interest was acquired:**
   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 28,782

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ✓ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ■ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ✓ I am the interest holder.    ■ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ■ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ROWENA MOTSCHMANN
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) /s/ Motschmann    (Date) 3/17/2025

Telephone number: 4108924487    email: rowenamotschmann@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Operations Center
PO Box 500
Newark, NJ 07101
astfinancial.com,
help@astfinancial.com
(800) 937-5449

March 17, 2025

ROWENA MOTSCHMANN TOD
NICOLE MOTSCHMANN
SUBJECT TO TOD STA RULES
5268 NICHOLSON LANE G222
KENSINGTON MD 20895

Registration:     ROWENA MOTSCHMANN TOD
Company:         NEXT BRIDGE HYDROCARBONS INC
Account:         27067 - 0000011242

To Whom It May Concern:

As of Monday, March 17, 2025, the open holdings in NEXT BRIDGE HYDROCARBONS INC account number 0000011242 are:

**Certificates:**

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0.000 |

If you are not in possession of any of the certificates listed, notify us immediately by reporting them lost or stolen on our website or in writing to the AST address above - Attn: Lost Securities. Please include the missing certificate number(s).

**Book Entry/DRS Shares (electronically held)**

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK*0000747 | 13-Apr-2023 | 1088.000 |
| BK*0000771 | 17-Apr-2023 | 20000.000 |
| Total Shares | | 21088.000 |

**Dividend Reinvestment or Direct Stock Purchase Shares**

| Total Shares | | 0.000 |
|---|---|---|

| Total Market Value: | As of Date : N/A | N/A |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services



Operations Center
PO Box 500
Newark, NJ 07101
astfinancial.com,
help@astfinancial.com
(800) 937-5449

March 17, 2025

ROWENA FAJARDO MOTSCHMANN
5268 NICHOLSON LN
G222
KENSINGTON MD 20895

Registration:   ROWENA FAJARDO MOTSCHMANN
Company:       NEXT BRIDGE HYDROCARBONS INC
Account:       27067 - 0000010770

To Whom It May Concern:

As of Monday, March 17, 2025, the open holdings in NEXT BRIDGE HYDROCARBONS INC account number 0000010770 are:

**Certificates:**

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0.000 |

If you are not in possession of any of the certificates listed, notify us immediately by reporting them lost or stolen on our website or in writing to the AST address above - Attn: Lost Securities. Please include the missing certificate number(s).

**Book Entry/DRS Shares (electronically held)**

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK*0004679 | 22-Feb-2024 | 7694.000 |
| Total Shares | | 7694.000 |

**Dividend Reinvestment or Direct Stock Purchase Shares**

| Total Shares | | 0.000 |
|---|---|---|

| Total Market Value: | As of Date : N/A | N/A |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services

March 17, 2025

U.S. Bankruptcy Court

Foley Federal Building and

U.S. Courthouse

Attn: Clerk of Court

300 Las Vegas Blvd. South

Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To: Clerk of the Court

My name is Rowena Motschmann, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc.,

Case Number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

Rowena Motschmann

Mailing Address: 5268 Nicholson Lane G222

        Kensington, MD 20895

Phone: 410-892-4487

NOTE: JUDGE HAS WAIVED THE $28 processing fee.

/s/ Motschmann

ATTACHED IS A SELF-ADDRESSED ENVELOPE AND COPIES OF DOCUMENTS WHICH YOU MAY SEND BACK TO ME AS A FORM OF RECEIPT OF THE DOCUMENTS I PROVIDED.