NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| **Name of Debtor:** **META MATERIALS, INC.** | **Case Number:** **24-50792** | |
|---|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>ROWENA MOTSCHMANN<br>5268 NICHOLSON LANE<br>G222<br>KENSINGTON, MD 20895<br><br>Telephone Number:<br><br>410-892-4487 | ■ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>■ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>MAR 28 2025<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br><br>**COURT USE ONLY** |

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): **24Z-90419** | Check here if this Proof of Interest:<br>■ replaces a previously filed Proof of Interest dated: _____<br>■ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>ROWENA MOTSCHMANN<br>PO Box 31024 Tampa, FL 33631-3024<br>**Telephone Number:** 877-653-4732 | 3. **Date Equity Interest was acquired:** JUNE 17, 2021 - JULY 30, 2021<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| 4. **Total amount of member interest:** 110,000 MMTLP   30,000 MMAT | 5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder. ■ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.) ■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ■ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ROWENA MOTSCHMANN
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) _RMotschmann_   3/17/2025
(Date)

Telephone number: 4108924487    email: rowenamotschmann@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION

**ROWENA MOTSCHMANN Merrill Bank of America Company**

**Account Number: 24Z-90419**

**Purchase Date Year 2021 -Equity Interest – Quantity- Purchase Amount – Price per share**

06/17 TORCHLIGHT ENERGY Purchase 3,000 (15,570.00) UNIT PRICE 5.1900

06/17 TORCHLIGHT ENERGY Purchase 1,000 (5,175.00) UNIT PRICE 5.1750

06/17 TORCHLIGHT ENERGY Purchase 1,000 (5,205.00) UNIT PRICE 5.2050

06/17 TORCHLIGHT ENERGY Purchase 3,000 (15,300.00) UNIT PRICE 5.1000

06/17 TORCHLIGHT ENERGY Purchase 1,000 (5,829.90) UNIT PRICE 5.8299

06/17 TORCHLIGHT ENERGY Purchase 1,000 (5,875.50) UNIT PRICE 5.8755

06/17 TORCHLIGHT ENERGY Purchase 5,000 (28,598.50) UNIT PRICE 5.7197

06/17 TORCHLIGHT ENERGY Purchase 2,500 (14,697.61) UNIT PRICE 5.8790

06/17 TORCHLIGHT ENERGY Purchase 500 (2,954.95) UNIT PRICE 5.9099

06/17 TORCHLIGHT ENERGY Purchase 1,000 (5,206.00) UNIT PRICE 5.2060

06/17 TORCHLIGHT ENERGY Purchase 500 (2,640.00) UNIT PRICE 5.2800

06/17 TORCHLIGHT ENERGY Purchase 300 (1,626.00) UNIT PRICE 5.4200

06/17 TORCHLIGHT ENERGY Purchase 50 (272.75) UNIT PRICE 5.4550

06/17 TORCHLIGHT ENERGY Purchase 100 (542.00) UNIT PRICE 5.4200

06/17 TORCHLIGHT ENERGY Purchase 1,050 (5,353.00) UNIT PRICE 5.0980

06/18 TORCHLIGHT ENERGY Purchase 9,000 (50,683.61) UNIT PRICE 5.6315

06/21 TORCHLIGHT ENERGY Purchase 5,000 (27,300.00) UNIT PRICE 5.4600

06/21 TORCHLIGHT ENERGY Purchase 10,000 (57,500.00) UNIT PRICE 5.7500

06/21 TORCHLIGHT ENERGY Purchase 1,000 (4,969.20) UNIT PRICE 4.9692

TORCHLIGHT ENERGY Purchase 5,000 (28,199.00) UNIT PRICE 5.6398

06/22 TORCHLIGHT ENERGY Purchase 4,000 (21,440.00) UNIT PRICE 5.3600

06/22 TORCHLIGHT ENERGY Purchase 5,000 (28,085.61) UNIT PRICE 5.6171

06/22 TORCHLIGHT ENERGY Purchase 5,000 (27,600.00) UNIT PRICE 5.5200

06/22 TORCHLIGHT ENERGY Purchase 5,000 (30,750.00) UNIT PRICE 6.1500

06/23 TORCHLIGHT ENERGY Purchase 10,000 (90,598.00) UNIT PRICE 9.0598

06/23 TORCHLIGHT ENERGY Purchase 5,000 (43,850.00) UNIT PRICE 8.7700

06/23 TORCHLIGHT ENERGY Purchase 5,000 (50,000.00) UNIT PRICE 10.0000

06/23 TORCHLIGHT ENERGY Purchase 9,000 (80,458.55) UNIT PRICE 8.9398

06/23 TORCHLIGHT ENERGY Purchase 1,000 (9,939.90) (UNIT PRICE 9.9399

06/24 TORCHLIGHT ENERGY Purchase 8,000 (79,520.00) UNIT PRICE 9.9400

06/24 TORCHLIGHT ENERGY Purchase 15,000 (160,950) UNIT PRICE 10.7300

06/24 TORCHLIGHT ENERGY Purchase 15,000 (147,600.00) UNIT PRICE 9.8400

06/24 TORCHLIGHT ENERGY Purchase 2,000 (19,960.00) UNIT PRICE 9.9800

06/24 TORCHLIGHT ENERGY Purchase 500 (4,023.50) UNIT PRICE 8.0470

06/24 TORCHLIGHT ENERGY Purchase 3,000 (23,340.00) UNIT PRICE 7.7800

06/24 TORCHLIGHT ENERGY Purchase 1,500(11,924.40) UNIT PRICE 7.9496

06/28 TORCHLIGHT ENERGY Purchase 500 (2,754.60) UNIT PRICE 5.5092

06/28 TORCHLIGHT ENERGY Purchase 100 (479.50) UNIT PRICE 4.7950

06/29 TORCHLIGHT ENERGY Purchase 1,400 (7,014.00) UNIT PRICE 5.0100

Total Number of Torchlight Energy : 147,000 Total Purchase Amount : $1,123,786.08

06/30 META MATERIALS INC Purchase 300 (2,833.50) UNIT PRICE 9.4450

06/30 META MATERIALS INC Purchase 1,000 (8,877.79) UNIT PRICE 8.8777

06/30 META MATERIALS INC Purchase 200 (1,790.00) UNIT PRICE 8.9500

06/30 META MATERIALS INC Purchase 500 (4,825.00) UNIT PRICE 9.6500

06/30 META MATERIALS INC Purchase 1,000 (8,179.05) UNIT PRICE 8.1790

Total Number of META MATERIALS Inc. : 2,100 Total Purchase Amount: $26,505.34

07/01 - 07/30/2021  META MATERIALS, INC
(MMTLP - Preferred series A) 110,000 shares

07/01 - 07/30/2021  META MATERIALS, INC (MMAT) 30,000 shares
COST BASIS $615,870.19
UNREALIZED LOSS (510,870.19)

ROWENA MOTSCHMANN

Account Number: 24Z-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

May 29, 2021 - June 30, 2021

## YOUR CMA TRANSACTIONS

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 06/16 | MEDIACO HLDG INC REG SHS CL A CUS NO 58450D104 UNIT PRICE 5.1800 | Purchase | 300.0000 | (1,554.00) | | (1,554.00) | |
| 06/16 | SEASPECONICS HOLDINGS, INC CUS NO 81727U105 UNIT PRICE 4.3258 | Purchase | 200.0000 | (865.16) | | (865.16) | |
| 06/16 | URBAN ONE INC CL A CUS NO 91705J105 UNIT PRICE 20.6900 | Purchase | 500.0000 | (10,345.00) | | (10,345.00) | |
| 06/17 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.9699 | Purchase | 5,000.0000 | (39,849.50) | | (39,849.50) | |
| 06/17 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.8698 | Purchase | 7,000.0000 | (55,088.74) | | (55,088.74) | |
| 06/17 | CORSAIR GAMING INC REG SHS CUS NO 22041X102 UNIT PRICE 37.3000 | Purchase | 2,000.0000 | (74,600.00) | | (74,600.00) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.1900 | Purchase | 3,000.0000 | (15,570.00) | | (15,570.00) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.1750 | Purchase | 1,000.0000 | (5,175.00) | | (5,175.00) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.2050 | Purchase | 1,000.0000 | (5,205.00) | | (5,205.00) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.1000 | Purchase | 3,000.0000 | (15,300.00) | | (15,300.00) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.8299 | Purchase | 1,000.0000 | (5,829.90) | | (5,829.90) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.8755 | Purchase | 1,000.0000 | (5,875.50) | | (5,875.50) | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.7197 | Purchase | 5,000.0000 | (28,598.50) | | (28,598.50) | |

ROWENA MOTSCHMANN

Account Number: 24Z-90419

# YOUR CMA TRANSACTIONS

May 29, 2021 - June 30, 2021



MERRILL
A BANK OF AMERICA COMPANY

## SECURITY TRANSACTIONS (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 2,500.0000 | (14,697.61) | | (14,697.61) | |
| | | | | | 5.8790 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 500.0000 | (2,954.95) | | (2,954.95) | |
| | | | | | 5.9099 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 1,000.0000 | (5,206.00) | | (5,206.00) | |
| | | | | | 5.2060 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 500.0000 | (2,640.00) | | (2,640.00) | |
| | | | | | 5.2800 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 300.0000 | (1,626.00) | | (1,626.00) | |
| | | | | | 5.4200 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 50.0000 | (272.75) | | (272.75) | |
| | | | | | 5.4550 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 100.0000 | (542.00) | | (542.00) | |
| | | | | | 5.4200 | | |
| 06/17 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE | Purchase | 1,050.0000 | (5,353.00) | | (5,353.00) | |
| | | | | | 5.0980 | | |
| 06/17 | URBAN ONE INC CL A CUS NO 91705J105 UNIT PRICE | Purchase | 200.0000 | (3,540.00) | | (3,540.00) | |
| | | | | | 17.7000 | | |
| 06/17 | URBAN ONE INC CL A CUS NO 91705J105 UNIT PRICE | Purchase | 500.0000 | (8,975.00) | | (8,975.00) | |
| | | | | | 17.9500 | | |
| 06/17 | URBAN ONE INC CL A CUS NO 91705J105 UNIT PRICE | Purchase | 500.0000 | (9,155.00) | | (9,155.00) | |
| | | | | | 18.3100 | | |
| 06/17 | URBAN ONE INC CL A CUS NO 91705J105 UNIT PRICE | Purchase | 500.0000 | (9,094.95) | | (9,094.95) | |
| | | | | | 18.1899 | | |
| 06/18 | OCUGEN INC CUS NO 675TC105 UNIT PRICE | Purchase | 3,000.0000 | (19,316.97) | | (19,316.97) | |
| | | | | | 6.4389 | | |

Case 24-50792-hlb   Doc 1821   Entered 04/01/25 10:35:22   Page 6 of 22

ROWENA MOTSCHMANN

Account Number: 242-90419

24-Hour Assistance: (877) 653-4732
Access Code: 39-246-90419

May 29, 2021 - June 30, 2021

## YOUR CMA TRANSACTIONS

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 06/18 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.6315 | Purchase | 9,000.0000 | (50,683.61) | | (50,683.61) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.4600 | Purchase | 5,000.0000 | (27,300.00) | | (27,300.00) | |
| 06/21 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.7500 | Purchase | 10,000.0000 | (57,500.00) | | (57,500.00) | |
| 06/21 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 4.9692 | Purchase | 1,000.0000 | (4,969.20) | | (4,969.20) | |
| 06/22 | CLEAN ENERGY FUELS CORP CUS NO 184499T101 UNIT PRICE 11.5200 | Purchase | 5,000.0000 | (57,600.00) | | (57,600.00) | |
| 06/22 | NVIDIA CUS NO 67066G104 UNIT PRICE 756.0000 | Purchase | 100.0000 | (75,600.00) | | (75,600.00) | |
| 06/22 | WORKHORSE GROUP INC CUS NO 98138J206 UNIT PRICE 15.1799 | Purchase | 2,000.0000 | (30,359.80) | | (30,359.80) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.6398 | Purchase | 5,000.0000 | (28,199.00) | | (28,199.00) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.3600 | Purchase | 4,000.0000 | (21,440.00) | | (21,440.00) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.6171 | Purchase | 5,000.0000 | (28,085.61) | | (28,085.61) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 5.5200 | Purchase | 5,000.0000 | (27,600.00) | | (27,600.00) | |
| 06/22 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U1103 UNIT PRICE 6.1500 | Purchase | 5,000.0000 | (30,750.00) | | (30,750.00) | |
| 06/22 | VAXART INC CUS NO 92243A200 UNIT PRICE 8.3745 | Purchase | 5,000.0000 | (41,872.92) | | (41,872.92) | |

015

ROWENA MOTSCHMANN

## YOUR CMA TRANSACTIONS

Account Number: 24Z-90419

May 29, 2021 - June 30, 2021



**MERRILL**
A BANK OF AMERICA COMPANY

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   9.0598 | Purchase | 10,000.0000 | (90,598.00) | | (90,598.00) | |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   8.7700 | Purchase | 5,000.0000 | (43,850.00) | | (43,850.00) | |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE  10.0000 | Purchase | 5,000.0000 | (50,000.00) | | (50,000.00) | |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   8.9398 | Purchase | 9,000.0000 | (80,458.55) | | (80,458.55) | |
| 06/23 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   9.9399 | Purchase | 1,000.0000 | (9,939.90) | | (9,939.90) | |
| 06/24 | CONTEXTLOGIC INC REG SHS CL A  CUS NO 21077C107 UNIT PRICE  13.6187 | Purchase | 5,000.0000 | (68,093.69) | | (68,093.69) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   9.9400 | Purchase | 8,000.0000 | (79,520.00) | | (79,520.00) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE  10.7300 | Purchase | 15,000.0000 | (160,950.00) | | (160,950.00) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   9.8400 | Purchase | 15,000.0000 | (147,600.00) | | (147,600.00) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   9.9800 | Purchase | 2,000.0000 | (19,960.00) | | (19,960.00) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   8.0470 | Purchase | 500.0000 | (4,023.50) | | (4,023.50) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   7.7800 | Purchase | 3,000.0000 | (23,340.00) | | (23,340.00) | |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC  CUS NO 89102U103 UNIT PRICE   7.9496 | Purchase | 1,500.0000 | (11,924.40) | | (11,924.40) | |

ROWENA MOTSCHMANN

## YOUR CMA TRANSACTIONS

Account Number: 242-90419

24-Hour Assistance: (877) 653-4732
Access Code: 39-246-90419

May 29, 2021 - June 30, 2021

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/Trading Fees | (Debit)/Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 06/28 | ATOSSA THERAPEUTICS INC CUS NO 0496 2H506 UNIT PRICE 7.9400 | Purchase | 500.0000 | (3,970.00) | | (3,970.00) | |
| 06/28 | ATOSSA THERAPEUTICS INC CUS NO 0496 2H506 UNIT PRICE 8.1076 | Purchase | 500.0000 | (4,053.80) | | (4,053.80) | |
| 06/28 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.3700 | Purchase | 8,000.0000 | (58,960.00) | | (58,960.00) | |
| 06/28 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.2254 | Purchase | 131.0000 | (946.53) | | (946.53) | |
| 06/28 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.3379 | Purchase | 2,869.0000 | (21,052.62) | | (21,052.62) | |
| 06/28 | CENTERLOGIC INC REG SHS CL A CUS NO 21077C107 UNIT PRICE 13.6000 | Purchase | 3,000.0000 | (40,800.00) | | (40,800.00) | |
| 06/28 | FUBOTV INC CUS NO 35953D104 UNIT PRICE 33.1400 | Purchase | 200.0000 | (6,628.00) | | (6,628.00) | |
| 06/28 | EVGEN INC CUS NO 6757C105 UNIT PRICE 7.7950 | Purchase | 1,000.0000 | (7,795.00) | | (7,795.00) | |
| 06/28 | PALANTIR TECHNOLOGIES INC REG SHS CL A CUS NO 69608A108 UNIT PRICE 26.6800 | Purchase | 500.0000 | (13,340.00) | | (13,340.00) | |
| 06/28 | SUNDIAL GROWERS INC REG SHS CUS NO 867301109 UNIT PRICE 1.0680 | Purchase | 5,000.0000 | (5,340.40) | | (5,340.40) | |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 5.5092 | Purchase | 500.0000 | (2,754.60) | | (2,754.60) | |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC CUS NO 89102U103 UNIT PRICE 4.7950 | Purchase | 100.0000 | (479.50) | | (479.50) | |
| 06/28 | ATOSSA THERAPEUTICS INC CUS NO 0496 2H506 UNIT PRICE 8.9347 | Purchase | 100.0000 | (893.47) | | (893.47) | |

015

ROWENA MOTSCHMANN

Account Number: 24Z90419

May 29, 2021 - June 30, 2021

**MERRILL** Ⓜ — A BANK OF AMERICA COMPANY

## YOUR CMA TRANSACTIONS

### SECURITY TRANSACTIONS (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 06/29 | ATOSSA THERAPEUTICS INC CUS NO 04962H506 UNIT PRICE 8.7750 | Purchase | 200.0000 | (1,755.00) | | (1,755.00) | |
| 06/29 | ATOSSA THERAPEUTICS INC CUS NO 04962H506 UNIT PRICE 8.8200 | Purchase | 900.0000 | (7,938.00) | | (7,938.00) | |
| 06/29 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE 7.4484 | Purchase | 1,000.0000 | (7,448.43) | | (7,448.43) | |
| 06/29 | TORCHLIGHT ENERGY RESOURCES INC. CUS NO 89102U103 UNIT PRICE 5.0100 | Purchase | 1,400.0000 | (7,014.00) | | (7,014.00) | |
| 06/29 | YAMANA INC CUS NO 9224A3A200 UNIT PRICE 8.4100 | Purchase | 1,000.0000 | (8,410.00) | | (8,410.00) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 9.4450 | Purchase | 300.0000 | (2,833.50) | | (2,833.50) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 8.8777 | Purchase | 1,000.0000 | (8,877.79) | | (8,877.79) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 8.9500 | Purchase | 200.0000 | (1,790.00) | | (1,790.00) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 9.6500 | Purchase | 500.0000 | (4,825.00) | | (4,825.00) | |
| 06/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 8.1790 | Purchase | 1,000.0000 | (8,179.05) | | (8,179.05) | |
| | **Subtotal (Purchases)** | | | **(3,260,291.92)** | | **(3,260,291.92)** | |
| **Sales** | | | | | | | |
| 06/01 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE 26.5650 | Sale | -300.0000 | 7,969.50 | (04) | 7,969.46 | |
| 06/01 | AMC ENTMT HLDGS INC CL A CUS NO 00165C104 UNIT PRICE | Sale | -200.0000 | 5,294.16 | (03) | 5,294.13 | |

# YOUR CMA ASSETS

ROWENA MOTSCHMANN

Account Number: 242-90419

July 01, 2021 - July 30, 2021

## MERRILL
### A BANK OF AMERICA COMPANY

### PREFERRED STOCKS

| Description | Acquired | Quantity | | Adjusted/Total Cost Basis | | Estimated Market Price | Estimated Market Value | | | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC<br>NEW MONEY ZERO% DEC 31 2099 MOODY'S: *** S&P: *** CUSIP: 59134N203 | N/A | 110,000.0000 | | N/A | | N/A | N/A | | | N/A | N/A |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

### EQUITIES

| Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| BIONANO GENOMICS INC | BNGO | 500.0000 | 5,265.07♦ | 5.9300 | 2,965.00 | (2,300.07) | |
| CHEMBIO DIAGNSTC ORD | CEMI | 500.0000 | 2,690.00 | 2.8400 | 1,420.00 | (1,270.00) | |
| EXELA TECHNOLOGIES ORD | XELA | 10,500.0000 | 42,443.40♦ | 2.6300 | 27,615.00 | (14,828.40) | |
| EYEGATE PHARMACEUTICALS INC REG S | EYEG | 1,000.0000 | 7,430.00 | 2.5200 | 2,520.00 | (4,910.00) | |
| META MATERIALS INC | MMAT | 30,000.0000 | 615,870.19♦ | 3.5000 | 105,000.00 | (510,870.19) | |
| NANOVIBRONIX INC SHS | NAOV | 1,000.0000 | 4,319.46♦ | 2.5000 | 2,500.00 | (1,819.46) | |
| OCUGEN INC | OCGN | 10,001.0000 | 141,067.92♦ | 6.7100 | 67,106.71 | (73,961.21) | |
| SECOND SIGHT MED PRODS INC | EYES | 1,000.0000 | 5,767.02♦ | 3.8200 | 3,820.00 | (1,947.02) | |
| TYME TECHNOLOGIES INC | TYME | 5,000.0000 | 11,302.05♦ | 1.1400 | 5,700.00 | (5,602.05) | |
| VAXART, INC | VRT | 100.0000 | 823.80 | 7.1900 | 719.00 | (104.80) | |
| **TOTAL** | | | 836,978.91 | | 219,365.71 | (617,613.20) | |

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|
| **TOTAL** | 836,978.91 | 219,365.71 | (617,613.20) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

022
3 of 75

ROWENA MOTSCHMANN

Account Number: 24Z-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

July 01, 2021 - July 30, 2021

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    2.7100 | Purchase | 800.0000 | (2,168.00) | | (2,168.00) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    2.7100 | Purchase | 1,000.0000 | (2,710.00) | | (2,710.00) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    2.7200 | Purchase | 3,200.0000 | (8,704.00) | | (8,704.00) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    3.1500 | Purchase | 500.0000 | (1,575.00) | | (1,575.00) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    3.1300 | Purchase | 4,000.0000 | (12,520.00) | | (12,520.00) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    3.1200 | Purchase | 4,556.0000 | (14,214.72) | | (14,214.72) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    3.1200 | Purchase | 944.0000 | (2,945.28) | | (2,945.28) | |
| 07/01 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE    2.6900 | Purchase | 5,000.0000 | (13,450.00) | | (13,450.00) | |
| 07/01 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    7.9495 | Purchase | 2,000.0000 | (15,899.00) | | (15,899.00) | |
| 07/01 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE    9.2940 | Purchase | 1,000.0000 | (9,294.08) | | (9,294.08) | |
| 07/01 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE    8.8000 | Purchase | 1,000.0000 | (8,800.00) | | (8,800.00) | |
| 07/01 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE    11.9200 | Purchase | 2,000.0000 | (23,840.00) | | (23,840.00) | |
| 07/01 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE    16.1400 | Purchase | 1,000.0000 | (16,140.00) | | (16,140.00) | |

6 of 75

022

ROWENA MOTSCHMANN

Account Number: 24Z-90419

# YOUR CMA TRANSACTIONS

July 01, 2021 - July 30, 2021

**MERRILL**
A BANK OF AMERICA COMPANY

## SECURITY TRANSACTIONS (continued)

### Purchases

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/01 | NEW SENIOR INVT GROUP INC SHS CUS NO 648691103 UNIT PRICE    8.9038 | Purchase | 2,000.0000 | (17,807.70) | | (17,807.70) | |
| 07/01 | NEW SENIOR INVT GROUP INC SHS CUS NO 648691103 UNIT PRICE    8.8100 | Purchase | 1,000.0000 | (8,810.00) | | (8,810.00) | |
| 07/01 | NEW SENIOR INVT GROUP INC SHS CUS NO 648691103 UNIT PRICE    8.8750 | Purchase | 1,000.0000 | (8,875.00) | | (8,875.00) | |
| 07/01 | QUMU CORP CUS NO 749063103 UNIT PRICE    3.8300 | Purchase | 2,000.0000 | (7,660.00) | | (7,660.00) | |
| 07/01 | SUNDIAL GROWERS INC REG SHS CUS NO 867301109 UNIT PRICE    .9897 | Purchase | 10,000.0000 | (9,897.61) | | (9,897.61) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    7.1500 | Purchase | 3,000.0000 | (21,450.00) | | (21,450.00) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    7.1400 | Purchase | 2,500.0000 | (17,850.00) | | (17,850.00) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    7.1600 | Purchase | 2,500.0000 | (17,900.00) | | (17,900.00) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    6.9247 | Purchase | 2,000.0000 | (13,849.40) | | (13,849.40) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    6.8250 | Purchase | 500.0000 | (3,412.50) | | (3,412.50) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    6.8050 | Purchase | 2,500.0000 | (17,012.50) | | (17,012.50) | |
| 07/06 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE    6.8354 | Purchase | 100.0000 | (683.54) | | (683.54) | |
| 07/06 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    7.6199 | Purchase | 2,000.0000 | (15,239.80) | | (15,239.80) | |

ROWENA MOTSCHMANN

Account Number: 242-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

July 01, 2021 - July 30, 2021

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/06 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE  16.8754 | Purchase | 200.0000 | (3,375.08) | | (3,375.08) | |
| 07/06 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE  16.4587 | Purchase | 300.0000 | (4,937.61) | | (4,937.61) | |
| 07/06 | SORRENTO THERAPEUTICS INC CUS NO 83587T202 UNIT PRICE  10.6800 | Purchase | 2,000.0000 | (21,360.00) | | (21,360.00) | |
| 07/07 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE  52.0600 | Purchase | 50.0000 | (2,603.00) | | (2,603.00) | |
| 07/07 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE  55.3500 | Purchase | 100.0000 | (5,535.00) | | (5,535.00) | |
| 07/08 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE  6.5650 | Purchase | 500.0000 | (3,282.50) | | (3,282.50) | |
| 07/08 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE  2.2300 | Purchase | 1,000.0000 | (2,230.00) | | (2,230.00) | |
| 07/08 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  7.7000 | Purchase | 500.0000 | (3,850.00) | | (3,850.00) | |
| 07/08 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE  22.9600 | Purchase | 200.0000 | (4,592.00) | | (4,592.00) | |
| 07/08 | NEW SENIOR INVT GROUP INC SHS CUS NO 64869I103 UNIT PRICE  9.0000 | Purchase | 10.0000 | (90.00) | | (90.00) | |
| 07/09 | NEW SENIOR INVT GROUP INC SHS CUS NO 64869I103 UNIT PRICE  9.0000 | Purchase | 500.0000 | (4,500.00) | | (4,500.00) | |
| 07/09 | ATOSSA THERAPEUTICS INC CUS NO 04962H506 UNIT PRICE  5.9729 | Purchase | 1,000.0000 | (5,972.96) | | (5,972.96) | |
| 07/09 | AIR INDUSTRIES GROUP CUS NO 00912N205 UNIT PRICE  1.3900 | Purchase | 2,000.0000 | (2,780.00) | | (2,780.00) | |

022

ROWENA MOTSCHMANN

Account Number: 24Z-90419

**MERRILL**
A BANK OF AMERICA COMPANY

July 01, 2021 - July 30, 2021

# YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/09 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE     6.6600 | Purchase | 1,500.0000 | (9,900.00) | | (9,900.00) | |
| 07/09 | BLONDER TONGUE LAB INC CUS NO 093698108 UNIT PRICE     1.6000 | Purchase | 2,000.0000 | (3,200.00) | | (3,200.00) | |
| 07/09 | DARE BIOSCIENCE INC CUS NO 23666P101 UNIT PRICE     1.9200 | Purchase | 2,000.0000 | (3,840.00) | | (3,840.00) | |
| 07/09 | DATA STORAGE CORP REG SHS CUS NO 23786R201 UNIT PRICE     12.6000 | Purchase | 1,000.0000 | (12,600.00) | | (12,600.00) | |
| 07/09 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE     5.9200 | Purchase | 400.0000 | (2,368.00) | | (2,368.00) | |
| 07/09 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE     5.9200 | Purchase | 100.0000 | (592.00) | | (592.00) | |
| 07/09 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE     5.9200 | Purchase | 190.0000 | (1,124.80) | | (1,124.80) | |
| 07/09 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE     5.9200 | Purchase | 320.0000 | (1,894.40) | | (1,894.40) | |
| 07/09 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE     19.8600 | Purchase | 300.0000 | (5,958.00) | | (5,958.00) | |
| 07/09 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE     19.4500 | Purchase | 250.0000 | (4,862.50) | | (4,862.50) | |
| 07/09 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE     18.3454 | Purchase | 250.0000 | (4,586.35) | | (4,586.35) | |
| 07/09 | NEWEGG COMM INC CUS NO G6483G100 UNIT PRICE     73.2099 | Purchase | 100.0000 | (7,320.99) | | (7,320.99) | |
| 07/09 | ONCOSEC MED INC COM PAR $0.0001 CUS NO 68234L306 UNIT PRICE     3.5900 | Purchase | 1,000.0000 | (3,590.00) | | (3,590.00) | |

ROWENA MOTSCHMANN

Account Number: 24Z-90419

**MERRILL**
A BANK OF AMERICA COMPANY

July 01, 2021 - July 30, 2021

## YOUR CMA TRANSACTIONS

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/12 | TESSCO TECH INC CUS NO 872386107 UNIT PRICE 6.5855 | Purchase | 500.0000 | (3,292.77) | | (3,292.77) | |
| 07/12 | URBAN ONE INC      CL A CUS NO 91705I105 UNIT PRICE 9.6000 | Purchase | 1,000.0000 | (9,600.00) | | (9,600.00) | |
| 07/12 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE 51.0700 | Purchase | 100.0000 | (5,107.00) | | (5,107.00) | |
| 07/13 | COHEN AND CO INC NEW CUS NO 19249M102 UNIT PRICE 28.2500 | Purchase | 500.0000 | (14,125.00) | | (14,125.00) | |
| 07/13 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 3.2650 | Purchase | 1,000.0000 | (3,265.00) | | (3,265.00) | |
| 07/13 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 3.2230 | Purchase | 1,000.0000 | (3,223.00) | | (3,223.00) | |
| 07/13 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 3.2950 | Purchase | 1,000.0000 | (3,295.00) | | (3,295.00) | |
| 07/13 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 3.2076 | Purchase | 1,000.0000 | (3,207.60) | | (3,207.60) | |
| 07/13 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 5.7820 | Purchase | 283.0000 | (1,636.31) | | (1,636.31) | |
| 07/13 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 5.1193 | Purchase | 717.0000 | (3,670.54) | | (3,670.54) | |
| 07/13 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 4.9890 | Purchase | 500.0000 | (2,494.50) | | (2,494.50) | |
| 07/13 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 4.8150 | Purchase | 300.0000 | (1,444.50) | | (1,444.50) | |
| 07/13 | MARIN SOFTWARE INC REG SHS CUS NO 56804T205 UNIT PRICE 20.6100 | Purchase | 200.0000 | (4,122.00) | | (4,122.00) | |

ROWENA MOTSCHMANN

Account Number: 242-90419

July 01, 2021 - July 30, 2021

# MERRILL
## A BANK OF AMERICA COMPANY

## *YOUR CMA TRANSACTIONS*

**SECURITY TRANSACTIONS** (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/13 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE  51.7174 | Purchase | 100.0000 | (5,171.74) | | (5,171.74) | |
| 07/14 | CEMTREX INC CUS NO 15130G600 UNIT PRICE  1.6980 | Purchase | 1,000.0000 | (1,698.00) | | (1,698.00) | |
| 07/14 | CLOVIS ONCOLOGY INC CUS NO 18964410O UNIT PRICE  5.6925 | Purchase | 300.0000 | (1,707.75) | | (1,707.75) | |
| 07/14 | CARVER BANCORP, INC CUS NO 146875604 UNIT PRICE  31.9475 | Purchase | 300.0000 | (9,584.25) | | (9,584.25) | |
| 07/14 | LUCIRA HEALTH INC REG SHS CUS NO 54948U105 UNIT PRICE  9.0600 | Purchase | 193.0000 | (1,748.58) | | (1,748.58) | |
| 07/14 | LUCIRA HEALTH INC REG SHS CUS NO 54948U105 UNIT PRICE  8.7800 | Purchase | 7.0000 | (61.46) | | (61.46) | |
| 07/14 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4.8300 | Purchase | 200.0000 | (966.00) | | (966.00) | |
| 07/14 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE  50.8000 | Purchase | 100.0000 | (5,080.00) | | (5,080.00) | |
| 07/14 | VIRGIN GALACTIC HLDGS INC CUS NO 92766K106 UNIT PRICE  53.0600 | Purchase | 200.0000 | (10,612.00) | | (10,612.00) | |
| 07/15 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE  3.5969 | Purchase | 1,000.0000 | (3,596.96) | | (3,596.96) | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  4.0600 | Purchase | 5,000.0000 | (20,300.00) | | (20,300.00) | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  3.8250 | Purchase | 1,000.0000 | (3,825.00) | | (3,825.00) | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE  3.6041 | Purchase | 1,000.0000 | (3,604.10) | | (3,604.10) | |

13 of 75

022

+

ROWENA MOTSCHMANN

Account Number: 242-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

July 01, 2021 - July 30, 2021

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.9348 | Purchase | 500.0000 | (1,967.40) | | (1,967.40) | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 4.0240 | Purchase | 500.0000 | (2,012.00) | | (2,012.00) | |
| 07/15 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.9300 | Purchase | 2,000.0000 | (7,860.00) | | (7,860.00) | |
| 07/15 | SCWORX CORP CUS NO 78396Y109 UNIT PRICE 3.8500 | Purchase | 1,000.0000 | (3,850.00) | | (3,850.00) | |
| 07/15 | SCWORX CORP CUS NO 78396Y109 UNIT PRICE 4.5600 | Purchase | 1,000.0000 | (4,560.00) | | (4,560.00) | |
| 07/16 | ADIAL PHARMACEUTICALS L L C CUS NO 00688A106 UNIT PRICE 2.6840 | Purchase | 1,000.0000 | (2,684.00) | | (2,684.00) | |
| 07/16 | CLOVIS ONCOLOGY INC CUS NO 189464100 UNIT PRICE 5.5612 | Purchase | 1,000.0000 | (5,561.20) | | (5,561.20) | |
| 07/16 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 4.4930 | Purchase | 2,000.0000 | (8,986.00) | | (8,986.00) | |
| 07/16 | EXELA TECHNOLOGIES ORD CUS NO 30162V409 UNIT PRICE 4.1773 | Purchase | 1,000.0000 | (4,177.31) | | (4,177.31) | |
| 07/16 | MEDIACO HLDG INC REG SHS CL A CUS NO 58450D104 UNIT PRICE 8.8675 | Purchase | 200.0000 | (1,773.50) | | (1,773.50) | |
| 07/16 | MEDIACO HLDG INC REG SHS CL A CUS NO 58450D104 UNIT PRICE 7.8800 | Purchase | 100.0000 | (788.00) | | (788.00) | |
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.9800 | Purchase | 2,000.0000 | (7,960.00) | | (7,960.00) | |
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.8600 | Purchase | 300.0000 | (1,158.00) | | (1,158.00) | |

ROWENA MOTSCHMANN

Account Number: 24Z-90419

July 01, 2021 - July 30, 2021

# *YOUR CMA TRANSACTIONS*

**SECURITY TRANSACTIONS**  (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    3.6799 | Purchase | 1,700.0000 | (6,255.83) | | (6,255.83) | |
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    3.9065 | Purchase | 250.0000 | (976.63) | | (976.63) | |
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    3.9449 | Purchase | 700.0000 | (2,761.43) | | (2,761.43) | |
| 07/16 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE    3.8950 | Purchase | 50.0000 | (194.75) | | (194.75) | |
| 07/16 | RESHAPE LIFESCIENCES INC NEW CUS NO 76090R101 UNIT PRICE    4.0400 | Purchase | 1,000.0000 | (4,040.00) | | (4,040.00) | |
| 07/16 | SCWORX CORP CUS NO 78396V109 UNIT PRICE    2.8443 | Purchase | 500.0000 | (1,422.15) | | (1,422.15) | |
| 07/16 | SCWORX CORP CUS NO 78396V109 UNIT PRICE    2.8697 | Purchase | 500.0000 | (1,434.85) | | (1,434.85) | |
| 07/16 | SCWORX CORP CUS NO 78396V109 UNIT PRICE    2.6499 | Purchase | 2,000.0000 | (5,299.80) | | (5,299.80) | |
| 07/19 | FUBOTV INC CUS NO 35953D104 UNIT PRICE    27.6000 | Purchase | 100.0000 | (2,760.00) | | (2,760.00) | |
| 07/19 | FUBOTV INC CUS NO 35953D104 UNIT PRICE    27.6000 | Purchase | 160.0000 | (4,416.00) | | (4,416.00) | |
| 07/19 | FUBOTV INC CUS NO 35953D104 UNIT PRICE    27.6000 | Purchase | 40.0000 | (1,104.00) | | (1,104.00) | |
| 07/19 | MEDIACO HLDG INC REG SHS CL A CUS NO 58450D104 UNIT PRICE    6.8500 | Purchase | 200.0000 | (1,370.00) | | (1,370.00) | |
| 07/19 | MEDIACO HLDG INC REG SHS CL A CUS NO 58450D104 UNIT PRICE    6.8700 | Purchase | 300.0000 | (2,061.00) | | (2,061.00) | |

**MERRILL**
A BANK OF AMERICA COMPANY

022

ROWENA MOTSCHMANN

*YOUR CMA TRANSACTIONS*

Account Number: 242-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

July 01, 2021 - July 30, 2021

## SECURITY TRANSACTIONS (continued)

### Purchases

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 4.2700 | 500.0000 | (2,135.00) | | (2,135.00) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 4.2700 | 500.0000 | (2,135.00) | | (2,135.00) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.9799 | 500.0000 | (1,989.95) | | (1,989.95) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.9904 | 500.0000 | (1,995.23) | | (1,995.23) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.9650 | 500.0000 | (1,982.50) | | (1,982.50) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.8757 | 150.0000 | (581.36) | | (581.36) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.9050 | 50.0000 | (195.25) | | (195.25) | |
| 07/19 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE | Purchase 3.8800 | 300.0000 | (1,164.00) | | (1,164.00) | |
| 07/19 | INDIE SEMICONDUCTOR INC CUS NO 45569U101 UNIT PRICE | Purchase 8.8000 | 49.0000 | (431.20) | | (431.20) | |
| 07/19 | INDIE SEMICONDUCTOR INC CUS NO 45569U101 UNIT PRICE | Purchase 8.8500 | 29.0000 | (256.65) | | (256.65) | |
| 07/19 | INDIE SEMICONDUCTOR INC CUS NO 45569U101 UNIT PRICE | Purchase 8.8600 | 222.0000 | (1,966.92) | | (1,966.92) | |
| 07/19 | VERB TECH CO INC CUS NO 92337U104 UNIT PRICE | Purchase 2.9637 | 1,000.0000 | (2,963.71) | | (2,963.71) | |
| 07/20 | BIONANO GENOMICS INC CUS NO 09075F107 UNIT PRICE | Purchase 5.9800 | 200.0000 | (1,196.00) | | (1,196.00) | |

ROWENA MOTSCHMANN

Account Number: 242-90419

**24-Hour Assistance: (877) 653-4732**
Access Code: 39-246-90419

July 01, 2021 - July 30, 2021

## *YOUR CMA TRANSACTIONS*

### SECURITY TRANSACTIONS (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/23 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.8400 | Purchase | 200.0000 | (768.00) | | (768.00) | |
| 07/23 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 4.1150 | Purchase | 300.0000 | (1,234.50) | | (1,234.50) | |
| 07/23 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.9539 | Purchase | 2.0000 | (7.91) | | (7.91) | |
| 07/23 | NEUROMETRIX INC CUS NO 641255807 UNIT PRICE 23.3609 | Purchase | 50.0000 | (1,168.05) | | (1,168.05) | |
| 07/23 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.5350 | Purchase | 1,000.0000 | (7,535.00) | | (7,535.00) | |
| 07/23 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.5666 | Purchase | 500.0000 | (3,783.30) | | (3,783.30) | |
| 07/23 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.6980 | Purchase | 500.0000 | (3,849.00) | | (3,849.00) | |
| 07/23 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.6730 | Purchase | 500.0000 | (3,836.50) | | (3,836.50) | |
| 07/23 | SECOND SIGHT MED PRODS INC CUS NO 81362J209 UNIT PRICE 5.0400 | Purchase | 194.0000 | (977.76) | | (977.76) | |
| 07/23 | SECOND SIGHT MED PRODS INC CUS NO 81362J209 UNIT PRICE 5.0500 | Purchase | 200.0000 | (1,010.00) | | (1,010.00) | |
| 07/23 | SECOND SIGHT MED PRODS INC CUS NO 81362J209 UNIT PRICE 5.1900 | Purchase | 250.0000 | (1,297.50) | | (1,297.50) | |
| 07/23 | SECOND SIGHT MED PRODS INC CUS NO 81362J209 UNIT PRICE 5.1900 | Purchase | 250.0000 | (1,297.50) | | (1,297.50) | |
| 07/23 | SECOND SIGHT MED PRODS INC CUS NO 81362J209 UNIT PRICE 5.0400 | Purchase | 106.0000 | (534.24) | | (534.24) | |

ROWENA MOTSCHMANN

Account Number: 242-90419

**MERRILL**
A BANK OF AMERICA COMPANY

July 01, 2021 - July 30, 2021

## YOUR CMA TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)

**Purchases**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/29 | NOVABAY PHARMACEUTICALS INC SHS CUS NO 66987P201 UNIT PRICE .6400 | Purchase | 5,000.0000 | (3,200.00) | | (3,200.00) | |
| 07/30 | EXELA TECHNOLOGIES ORD CUS NO 30162Y409 UNIT PRICE 2.7000 | Purchase | 700.0000 | (1,890.00) | | (1,890.00) | |
| 07/30 | META MATERIALS INC CUS NO 59134N104 UNIT PRICE 3.3399 | Purchase | 2,000.0000 | (6,679.80) | | (6,679.80) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.0699 | Purchase | 1,000.0000 | (7,069.90) | | (7,069.90) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.0550 | Purchase | 1,000.0000 | (7,055.00) | | (7,055.00) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.0664 | Purchase | 1,000.0000 | (7,066.40) | | (7,066.40) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.0350 | Purchase | 1,000.0000 | (7,035.00) | | (7,035.00) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.1567 | Purchase | 1,500.0000 | (10,735.05) | | (10,735.05) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.1564 | Purchase | 500.0000 | (3,578.20) | | (3,578.20) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.2691 | Purchase | 1,000.0000 | (7,269.10) | | (7,269.10) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.2664 | Purchase | 1,000.0000 | (7,266.40) | | (7,266.40) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.2250 | Purchase | 1,000.0000 | (7,225.00) | | (7,225.00) | |
| 07/30 | OCUGEN INC CUS NO 67577C105 UNIT PRICE 7.1186 | Purchase | 1.0000 | (7.12) | | (7.12) | |

March 17, 2025

U.S. Bankruptcy Court

Foley Federal Building and

U.S. Courthouse

Attn: Clerk of Court

300 Las Vegas Blvd. South

Las Vegas, Nevada 89101


RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To: Clerk of the Court

My name is Rowena Motschmann, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc.,

Case Number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.


Rowena Motschmann

Mailing Address: 5268 Nicholson Lane G222

            Kensington, MD 20895

Phone: 410-892-4487


NOTE: JUDGE HAS WAIVED THE $28 Processing Fee.

ATTACHED IS A SELF-ADDRESSED ENVELOPE AND COPIES OF DOCUMENTS SUBMITTED WHICH YOU MAY SEND BACK TO ME AS A FORM OF RECEIPT OF THE DOCUMENTS I PROVIDED.