Bradley A. Cosman (AZ 026223)
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016
602.351.8205
BCosman@perkinscoie.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

META MATERIALS INC.

Debtor.

BK-24-50792-hlb

CHAPTER 7

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

Bradley A. Cosman, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Phoenix, Arizona.

2. That Petitioner is an attorney at law and a member of the law firm of Perkins Coie LLP, with offices at 2525 E. Camelback Road Suite 500, Phoenix AZ 85016

3. That Petitioner has been retained personally or as a member of the law firm by

1  Meta Materials Inc. _____ to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4. That since 2008_____, Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of Arizona_____ where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                              Date Admitted
9  United States District Court of Arizona                   2008
10 United States Bankruptcy Court of Arizona                 2008
11 _____                            _____
12 _____                            _____

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
15 suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
   administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
   N/A
17 _____
18 _____
19 _____
20 _____.
21

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23 N/A
24 _____
25 _____
26 _____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:
State Bar of Arizona

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application    Cause    Title of Court/Administrative Body or Arbitrator    Was Application Granted or Denied
N/A

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 3/28/25

Petitioner's Signature

3

STATE OF Arizona    )
                    )
COUNTY OF Maricopa  )

Bradley A. Cosman_____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

KIMBERLY A MCCLURE
NOTARY PUBLIC - ARIZONA
COCONINO
COMMISSION #609921
MY COMM. EXPIRES APRIL 11, 2025
(SEAL)

_____
Petitioner's Signature

Subscribed and sworn to me before this

___28th___ day of ___March___, ___2025___.

_____Notary public