Bradley A. Cosman (AZ 026223)
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix AZ 85016
602.351.8205
BCosman@perkinscoie.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

|  |  |
|---|---|
| In re: | Bankruptcy No.: 24-50792-hlb |
|  | Chapter 7 |
| META MATERIALS INC. |  |
|  | DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO |
| Debtor(s). |  |

    The undersigned, attorney of record for Meta Materials Inc. , the Debtor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Kaycee Royer attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Kaycee May Royer, Bar No. 15457
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
208.343.3434
KRoyer@perkinscoie.com

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

<u>Bradley A. Cosman</u> Attorney at Law

Counsel for <u>Debtor</u>

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

<u>/s/ Kaycee Royer</u>

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s)  Kaycee Royer                                    as his/her/their

Designated Nevada Counsel is this case.

Deslocalcounsel.wpd   rev. 4/12/07