NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
METeA MATERIALS INC.

BK–24–50792–hlb  
CHAPTER 7

Debtor(s)  

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by BRADLEY A. COSMAN is **GRANTED**.

Dated: 4/2/25

*Mary A. Schott*  
Mary A. Schott  
Clerk of Court