NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** META MATERIALS | **Case Number** 24-50792 | |

**1  Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Robert Bishop
6795 N ST Rd 1
Hagerstown IN 47346

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**
APR - 8 2025
US BANKRUPTCY COURT
MARY A SCHOTT, CLERK

**COURT USE ONLY**

Telephone Number  765-238-6601

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor (last 4 digits only)  #3870 / #3190

Check here if this Proof of Interest
☑ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
E*TRADE Morgan Stanley Smith Barney LLC
PO Box 484
Jersey City NJ 07303-0484
Telephone Number  800-387-2331

**3  Date Equity Interest was acquired**
QBack

**4  Total amount of member interest** ___37___

**5  Certificate number(s)** _____

**6  Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7  Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8  Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9  Signature**
Check the appropriate box
☑ I am the interest holder
☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)
☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief

Print Name  Robert P Bishop
Title  Owner of Shares
Company ___ Address and telephone number (if different from notice address above)

(Signature)  Robt P Bishop
(Date)  3/31/2025
Telephone number  765-238-6601   email  purplkflower4321@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

Brokage

| Bought | Amount | Price |
|---|---|---|
| 6/21/2021 | .802 | $1,648.95 |
| 6/21/2021 | 4.07 | 1647.35 |
| 6/25/2021 | 1.025 | 976.50 |
| 7/15/2021 | 2.69 | 370.90 |
| 9/07/2021 | 1.888 | 521.92 |
| 9/8/2021 | .985 | 499.13 |
| 9/29/2021 | .264 | 606.17 |
| 11/24/2021 | 13.276 | 376.28 |
| Total | 25 shares @ | $16,658.39 |

Rollover IRA – 3190

| | | |
|---|---|---|
| 9/29/2021 | 6.753 | $567.805 |
| 9/29/2021 | 2.05 | 567.805 |
| 12/03/2021 | 3.197 | 312.292 |
| Total | 12 shares | $5,996.79 |