Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

I certify that I am an employee of Hartman & Hartman, and that on April 23, 2025, I caused to be served, the following document(s):

**FIRST AMENDED DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNSEL [F.R.BANKR.P. 2014]
– ECF No. 1878**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- LOUIS M BUBALA    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

1

- ANDREA J. DRIGGS    ajdriggs@hollandhart.com, bcosman@perkinscoie.com;kmcclure@perkinscoie.com;scarnall@perkinscoie.com;docketphx@perkinscoie.com

- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

- KAYCEE ROYER    kroyer@perkinscoie.com, docketphx@perkinscoie.com

- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 23, 2025.

                    /s/ Angie Gerbig
                    Angie Gerbig