CHRISTINA W. LOVATO
P.O. Box 18417
Reno, Nevada 89511
(775) 851-1424
trusteelovato@att.net
Bankruptcy Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: ) | BK-N-24-50792-HLB |
| ) | CHAPTER 7 |
| META MATERIALS INC., ) | |
| ) | **INVENTORY OF ASSETS OF THE** |
| ) | **ESTATE SOLD BY AN AUCTIONEER** |
| ) | |
| DEBTOR ) | **HEARING DATE: N/A** |
| ) | **HEARING TIME: N/A** |
| ) | |
| ) | |

COMES NOW, Christina W. Lovato, the Chapter 7 Trustee in the above-captioned case and submits the attached inventory and summary of proceeds from the sale of Debtor's subsidiary's (*Metamaterial Tech USA, Inc.*) business equipment by public auction on April 3, 2025 by Great American Global Partners, Inc. in accordance with the Order issued on March 17, 2025 (Docket 1660).

Submitted by:

 /s/ Christina W. Lovato
Christina W. Lovato, Trustee

## Auction Settlement
### Meta Materials Inc.

Christina Lovato
PO Box 184117
Reno, NV 89511

| | | |
|---|---:|---:|
| Sale Proceeds | | |
|     Auction Proceeds | | 371,731.73 |
| | | |
| LESS: | | |
| Consultant fixed fee - 0% commission | | - |
| | | |
| Off Budget Expenses: | | |
|     Bankruptcy Bond Reimbursement | | (2,832.50) |
|     Increased Liablilty Umbrella Reimbursement | | (1,033.78) |
|     High 5 Riggers | | (3,650.00) |
| | | |
| Reimbursed Expense cap | | (70,000.00) |
| | | |
| Actual Expenses | | |
|     Bank Service charges | 534.69 | |
|     Equipment Rental | 1,303.94 | |
|     Marketing | 34,767.94 | |
|     Online Bidding Service | 7,009.24 | |
|     Supervision & admin | 32,650.00 | |
|     Supplies & misc. | 787.39 | |
|     Travel | 24,325.94 | |
|   Total Actual Expenses: | 101,379.14 | |
| | | |
| | Balance Due | 294,215.45 |

This is final and complete auction settlement. Once the funds are received, it will be deemed agreed and accepted and no further claims will be made towards GA Global Partners.

x_____
Acknowledged

Great American Global Partners Inc.

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 2003 | VMR 10" x 10" ALUMINUM HOT PLATE STIRRER 120V PN: 97042-762 (LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 2 | 2003 | VMR 10" x 10" HOTPLATE 120V (LOCATION: SUITE 51) | 150.00 | Pala | Ragip |
| 3 | 2047 | ONILAB 70 LCD DIGITAL MAGNETIC HOTPLATE STIRRER MODEL: MS7-H550-PRO (LOCATION: SUITE 51) | 51.78 | Prina | David |
| 4 | 2003 | ANALYTICAL BALANCE HIGH PRECISION ELECTRONIC BALANCE MODEL: FA2204 (LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 5 | 2003 | METTLER TOLEDO ANALYTICAL BALANCE MODEL: ME204TE (LOCATION: SUITE 51) | 300.00 | Pala | Ragip |
| 6 | 2035 | PRECISION BALANCE ELECTRONIC BALANCE MODEL: JT2003D (LOCATION: SUITE 51) | 100.00 | Panas | Cynthia |
| 7 | 2003 | FOUR E'S SCIENTIFIC 5" LED DIGITAL MAGNETIC HOTPLATE STIRRER MODEL: MI0102003V11 (LOCATION: SUITE 51) | 60.00 | Pala | Ragip |
| 8 | 2003 | ONILAB 5" LED DIGITAL HOTPLATE MODEL: MS-H280-PRO (LOCATION: SUITE 51) | 60.00 | Pala | Ragip |
| 9 | 2047 | VEYOR MAGNETIC STIRRER MODEL: SH-2 (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 10 | 2003 | LOT OF (2) ASSTD STIRRERS: (1) FISHERBRAND MODEL: FS RT BASIC STIRRER & (1) ONILAB ECO STIR CAT NO: 8050194000 (LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 11 | 2047 | LOT OF (2) : CORNING LSE VORTEX MIXERS MODEL: 6775 (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 13 | 2003 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | 275.00 | Pala | Ragip |
| 14 | 2003 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | 300.00 | Pala | Ragip |
| 15 | 2003 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | 350.00 | Pala | Ragip |
| 16 | 2003 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-30-36 (LOCATION: SUITE 51) | 375.00 | Pala | Ragip |
| 17 | 2003 | ANALYTIKJENA UVP BLAK-RAY B-100AP LAMP PN: 95-0127-01 (LOCATION: SUITE 51) | 300.00 | Pala | Ragip |
| 18 | 2003 | VIVO HOME 1 STAGE VACUUM PUMP 1/3 HP MODEL: VP-135, VOLTAGE 110V-60HZ WITH GAUGE SET KIT & HALOGEN LEAK DETECTOR MODEL: WJL-6000 (LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 19 | 2047 | ROBINAIR VACUMASTER 1 STAGE VACUUM PUMP 1/3HP MODEL: 15310 VOLTS: 120V-60HZ (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 23 | 2003 | ULTILE PRECISION GLASS CUTTER MODEL: FU-300 (LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 27 | 2003 | H-SQUARE PORTABLE VACUUM WAND MODEL: FWTTA1 W/ ROCKER VACUUM PUMP MODEL: ROCKER 300C (LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 28 | 2039 | ATOMSTACK M4 LASER MARKING MACHINE (LOCATION: SUITE 51) | 275.00 | Pala | Nazmiye |
| 29 | 2010 | VELODYNE LIDAR PUCK HI RES MODEL: VLP-16 (LOCATION: SUITE 51) | 100.00 | Mullen | Christopher |
| 34 | 2035 | LOT OF (2) KIPRIM PROGRAMMABLE DC POWER SUPPLIES MODEL: DC310S (LOCATION: SUITE 51) | 50.00 | Panas | Cynthia |
| 35 | 2047 | LOT OF (2) KIPRIM PROGRAMMABLE DC POWER SUPPLIES MODEL: DC310S (LOCATION: SUITE 51) | 51.79 | Prina | David |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 36 | 2047 | LOT OF (2) KIPRIM PROGRAMMABLE DC POWER SUPPLIES MODEL: DC310S (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 41 | 2015 | LOT OF ASSTD SOILDERING SUPPLIES & CABLE: WELLER MODEL: WLC100, HAKO MODEL: FX-888D, ELECTRICAL WIRE KITS, LOW VOLTAGE CABLE & COPPER WIRE (LOCATION: SUITE 51) | 70.00 | Bauer | John |
| 44 | 2003 | EXTECH 4- CHANNEL THERMOMETER/DATALOGGER MODEL: SDL200 (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 45 | 2003 | EXTECH 4- CHANNEL THERMOMETER/DATALOGGER MODEL: SDL200 (LOCATION: SUITE 51) | 175.00 | Pala | Ragip |
| 51 | 2003 | HEWLETT PACKARD ESG SERIES SIGNAL GENERATOR MODEL: E4400B (LOCATION: SUITE 51) | 325.00 | Pala | Ragip |
| 52 | 2003 | TANTEC EST- ELECTRICAL SURFACE TREATMENT HF SPOT TEC MODEL: D-71299 (LOCATION: SUITE 51) | 350.00 | Pala | Ragip |
| 53 | 2003 | CEE PROGRAMMABLE HOT PLATE MODEL: 1300X (LOCATION: SUITE 51) | 3,000.00 | Pala | Ragip |
| 54 | 2014 | HIELSCHER ULTRASONIC PROCESSOR MODEL: UP400ST (LOCATION: SUITE 51) | 1,700.00 | Hnatow | Michael |
| 55 | 2047 | BRANSON 2800 ULTRASONIC BATH MODEL: CPX2800H (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 57 | 2010 | AMSCOPE T670 SERIES TRINCULAR COMPOUND MICROSCOPE MODEL: T670Q-PL-NL040, WF10x/22 EYEPIECE WITH MICROSCOPE POWER SUPPLY NFP-1 (LOCATION: SUITE 51) | 200.00 | Mullen | Christopher |
| 58 | 2010 | MICROSCOPE STAND WITH AMSCOPE MICROSCOPE DIGITAL CAMERA MODEL: MU130 & AMSCOPE WF10X EYEPIECE (LOCATION: SUITE 51) | 100.00 | Mullen | Christopher |
| 59 | 2035 | AMSCOPE WF10X/20 EYE PIECES, LOCKABLE ZOOM & AMSCOPE .5X WD165 ON DOUBLE ARM BOOM STAND (LOCATION: SUITE 51) | 125.00 | Panas | Cynthia |
| 60 | 2047 | AMSCOPE WF10X MICROSCOPE EYE PIECE WITH MICROSCOPE STAND (LOCATION: SUITE 51) | 51.79 | Prina | David |
| 61 | 2003 | NIKON MICROSCOPE MODEL: OPTIPHOT-300 WITH INFINITY 2 MICROSCOPY CAMERA MODEL: INFINITY2-2C, NIKON 14"x10" STAGE MODEL: 61147 & NIKON CFN 10x/12 LENS MODEL: 351564 WITH MICROSCOPE SOFTWARE AND HP LAPTOP (LOCATION: SUITE 51) | 900.00 | Pala | Ragip |
| 62 | 2003 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | 550.00 | Pala | Ragip |
| 63 | 2035 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | 475.00 | Panas | Cynthia |
| 64 | 2003 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | 500.00 | Pala | Ragip |
| 65 | 2003 | Linear Motion System with ZD 6N56-015 Stepper Motor, Linear Rail Guide (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 66 | 2003 | IDS PRINTER MODEL: NANOJET WITH INDUSTRIAL THERMOLYSIS WATER COOLED CHILLER MODEL: CW-3000 (LOCATION: SUITE 51) | 450.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 67 | 2003 | LOT OF (2) CLEATECH PORTABLE ISOLATION GLOVE BOXES MODEL: C2100-2-D15 WITH (2) CLEATECH AUTOMATIC PURGE CONTROL SYSTEMS OXYGEN ANALYZERS MODEL: A21-HM-OA (LOCATION: SUITE 51) | 550.00 | Pala | Ragip |
| 68 | 2003 | PARKER BALSTON NITROGEN GENERATION SYSTEM MODEL: HFX-1 (LOCATION: SUITE 51) | 200.00 | Pala | Ragip |
| 69 | 2003 | MEMMERT VACUUM DRYING OVEN TYPE: V049 WITH MEMMERT TYPE: PMP49 (LOCATION: SUITE 51) | 550.00 | Pala | Ragip |
| 70 | 2006 | LABCONCO CHEMICAL FUME HOOD PREMIER CAT NO: 10060000010914 APPROX: 6' x 32" x 5' WITH (2) LABCONCO PROTECTOR BASE CABINETS CAT NO: 9900100 (LOCATION: SUITE 51) | 3,250.00 | Bayliss | David |
| 71 | 2003 | LAURELL TECH CORP SPIN COATER MODEL: WS-650HZ-8NPPB WITH TRANSMITTER MODULE AND GAST COMPRESSOR MODEL: 0523-545Q-G588NDX (LOCATION: SUITE 51) | 625.00 | Pala | Ragip |
| 72 | 2003 | LOT OF ASSTD LAB SUPPLIES: GLASS BEAKERS, GLASS BOTTLES, GLASS TRAYS, PLASTIC BOTTLES, PLASTIC TUBES, SINGLE CHANNEL PIPETTORS & SYRINGES (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 73 | 2003 | LOT OF (2) TRANSPARENT VACUUM DESICCATORS (LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 74 | 2003 | LABCONCO CHEMICAL FUME HOOD PREMIER CAT NO: 10060000010814 APPROX: 6' x 32" x 5' WITH (2) LABCONCO PROTECTOR BASE CABINETS CAT NO: 9900100 (LOCATION: SUITE 51) | 3,500.00 | Pala | Ragip |
| 75 | 2003 | LOT OF (3) ZABER ULTRA PRECISION LINEAR MOTOR STAGES WITH BUILT IN CONTROLLERS AND ECODERS PN: X-LDM060C-AE54D12 WITH (1) ZABER HIGH PRECISION MOTORIZED ROTARY STAGES WITH BUILT IN CONTROLLERS AND DIRECT ENCODERS PN: X-RST120AK-DE50 WITH (1) ZABER ULTRA PRECISION VERTICAL STAGES WITH BUILT IN CONTROLLERS PN: X-LDM0660C-AE54ZJ1D1 WITH (1) ZABER PN: X-LDM060C-AE54D12, WITH THOR LABS CM1-BP145B1, THORLABS CP42 THREAD HEAD, THORLABS CP33 NEWPORT 818-SL WITH (1) STANFORD RESEARCH SYSTEMS LOW NOISE CU | 12,000.00 | Pala | Ragip |
| 76 | 2003 | LOT OF (2) THOR LABS OPTICAL POWER METER DIGITAL 4" LCD MODEL: PM100D (LOCATION: SUITE 51) | 900.00 | Pala | Ragip |
| 77 | 2035 | THORLABS STABILIZED FIBER COUPLED LIGHT SOURCE MODEL: SLS201L/M (LOCATION: SUITE 51) | 300.00 | Panas | Cynthia |
| 78 | 2009 | THOR LABS COMPACT SPECTROMETER MODEL: CCS100/M (LOCATION: SUITE 51) | 600.00 | Schmidt | Bodo |
| 79 | 2003 | LINSHANG SPECTRUM TRANSMISSION METER MODEL: LS108H (LOCATION: SUITE 51) | 200.00 | Pala | Ragip |
| 80 | 2003 | NKT PHOTONICS LLTF CONTRAST PN: SR-VIS-HP8 WITH NKT PHOTONICS SUPERK EVO SUPERCONTINUUM WHITE LIGHT LASER EUL-10 COLLIMATED PN: S181-103-000 (LOCATION: SUITE 51) | 950.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First name Name |
|---|---|---|---|---|---|
| 81 | 2003 | NEWPORT RS3000 SEALED HOLE TABLE TOP WITH TUNED DAMPING WITH NEWPORT STABILIZER HIGH PERFORMANCE LAMINAR FLOW ISOLATOR I-2000 SERIES APPROX: 8' x 59" x 35" WITH MOBILE OVERHEARD SHELVES WITH FRAME (LOCATION: SUITE 51) | 4,500.00 | Pala | Ragip |
| 82 | 2003 | WOOD DISPLAY WITHPOWER CIRCUITS LED LIGHTS (LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 82A | 2003 | CUSTOM DARK ROOM WITH PIPE AND CLOTHS (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 83 | 2022 | OPENBUILDS ACTUATORS WITH STEPPER MOTORS (LOCATION: SUITE 51) | 700.00 | Seitz | Oliver |
| 83A | 2010 | THORLABS BREADBOARD 36" x 4" PN: 973/579/7227 (LOCATION: SUITE 51) | 400.00 | Mullen | Christopher |
| 84 | 2003 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | 500.00 | Pala | Ragip |
| 85 | 2035 | THOR LABS HIGH RIGID FRAME PN: PFR75150-8 APPROX: 29" x 59" x 35" WITH THOR LABS NEXUS BREADBOARD MODEL: B75150B APPROX: 29" x 59" x 4.5" (LOCATION: SUITE 51) | 275.00 | Panas | Cynthia |
| 86 | 2003 | NEWAIR 6.7 CU FT CHEST FREEZER MODEL: NFT070GA00 (LOCATION: SUITE 51) | 300.00 | Pala | Ragip |
| 88 | 2003 | DIMATIX MATERIALS PRINTER DMP-2800 SERIES MODEL: DMP-2831 WITH DELL COMPUTER AND DURASTEEL TABLE MODEL: SS-DR3030-18Z ON CASTERS APPROX: 30" x 30" x 34" (LOCATION: SUITE 51) | 3,000.00 | Pala | Ragip |
| 89 | 2006 | DENTON VACUUM DESK IV COLD SPUTTER/ETECH UNIT MODEL: STANDARD, VOLTS: 120VAC, PHASE: 1, AMPS: 10, DATE: 10/10, SN: 49449 (LOCATION: SUITE 51) | 3,000.00 | Bayliss | David |
| 90 | 2003 | JASCO AUTOMATED MEASUREMNET REFLECTANCE AND TRANSMITTANCE MEASUREMNET MODEL: ARMN-920, SN: A000161879, POWER: AC 115C, PROJECT: CLASS 1 WITH JASCO SPECTROPHOTOMETER MODEL: V-770, SN: A016561801, POWER: AC100V-240V, PROJECT: CLASS 1 WITH DELL OPTIPLEX 3040 COMPUTER & DELL MONITOR (LOCATION: SUITE 51) | 4,000.00 | Pala | Ragip |
| 91 | 2010 | HITACHI S-4500 SCANNING ELECTRON MICROSCOPE TYPE: S-4500, MFG NO: 7919-02 WITH SPRITE MULTI AXIS STAGE CONTROLLER MODEL: S-4500II XYZTR, SN: 0045, VOLTAGE: 110-120V, WITH THERMO NESLAB RTE 740 CHILLER, CANATRON TRANSFORMER PN: CT6699 & POWER SUPPLY (LOCATION: SUITE 51) | 650.00 | Mullen | Christopher |
| 93 | 2025 | LABCONCO PROTECTOR LABORATORY FUME HOOD MODEL: FUME HOOD, CATALOG NO: 3030002, APPROX: 30" x 30" x 48" WITH STAINLESS STEEL TABLE APPROX: 48" x 36" x 29 (LOCATION: SUITE 51) | 250.00 | Sun | Daniel |
| 94 | 2003 | WAFAB INTERNATIONAL WET BENCH VALULINE ENCLOSED MODEL: 48" FRONT ACCESS WPP WET BENCH, SN: 13989-01, 120VAC, 1 PH, APPROX: 48" W x 34" D x 75" H WITH SIDE CONTROLLER (LOCATION: SUITE 51) | 325.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 96 | 2003 | 2021 C&D SYSTEMS SMART PRO 9000 LIFTOFF SYSTEM 200MM/P9000 VERSION, MODEL: P9000, SN: 14311/03052021, 280VAC, 3-PHASE, 60HZ, 15A WITH JULABO REFRIGERATED/ HEATING CIRCULATOR 600F MODEL: 600F WITH JULABO MODEL: DYNEO DD & (2) STAINLESS STEEL PRESSURE VESSELS (LOCATION: SUITE 51) | 35,000.00 | Pala | Ragip |
| 97 | 2003 | CLEAN AIR PRODUCTS INDUSTRIAL STEEL CABINET WITH GLASS DOORS MODEL: CAP19S-SST-5DR-SGL-24WX10HX24D-6-5/8B APPROX: 27" x 25" x 64" (LOCATION: SUITE 51) | 275.00 | Pala | Ragip |
| 98 | 2003 | 2022 EPILOG LASER FUSION EDGE MODEL: 17000 LASER SYSTEM, SN: 17000-22042862424, DOM: NOVEMBER 2022, CLASS 2 LASER PEODUCT WITH LENOVO YOGA LAPTOP (LOCATION: SUITE 51) | 4,750.00 | Pala | Ragip |
| 99 | 2010 | ERKODENT ERKOFORM 3D MOTION TYPE: ERKOFORM 3D MOTION, SN: 01167 WITH GOLDSOURCE STU-2000 TRANSFORMER (LOCATION: SUITE 51) | 500.00 | Mullen | Christopher |
| 100 | 2044 | FILM SENSE MULTI WAVE LENGTH ELLIPSOMETER MODEL: FS-1 DETECTOR (LOCATION: SUITE 51) | 850.00 | Krishnan | Vidhya |
| 101 | 2022 | SIMCO TOP GUN 3 IONIZING AIR GUN PN: 4005105 (LOCATION: SUITE 51) | 75.00 | Seitz | Oliver |
| 102 | 2025 | SYMPHONY VMR 10X10 ADVANCED HIGH VOLUME STIRRER CAT NO: 12621-054 (LOCATION: SUITE 51) | 100.00 | Sun | Daniel |
| 103 | 2020 | METTLER TOLEDO NEW CLASSIC BALANCE MODEL: ML6001E (LOCATION: SUITE 51) | 75.00 | Wong | Allen |
| 104 | 2003 | BYK TRANSPARENCY & HAZE METER HAZE GUARD I CAT NO: 4775, SN:1202783 (LOCATION: SUITE 51) | 6,000.00 | Pala | Ragip |
| 105 | 2003 | KEYENCE DIGITAL MICROSCOPE MODEL: VHX-7100 WITH KEYENCE LARGE FREE ANGLE OBSERVATION SYSTEM MODEL: VHX-S770E, WITH KEYENCE VHX DIGITAL VHX-7000 & KEYENCE MICROSCOPE CONTROLLER VHX-A70E (LOCATION: SUITE 51) | 15,000.00 | Pala | Ragip |
| 106 | 2003 | 2023 SURAGUS EDDYCUS TF MAP 5050SR NON CONTACT SHEET RESISTANCE IMAGING DEVICE TESTER ITEM NO: SURA-DD-215, SN: MP5050-210092, YEAR: 2023/04 (LOCATION: SUITE 51) | 6,000.00 | Pala | Ragip |
| 107 | 2003 | SHANGHAI AMSEMI SEMI AUTO WAFER TAPER LAMINATOR MODEL: ATW-12, DATE: 2020-12, (LOCATION: SUITE 51) | 1,500.00 | Pala | Ragip |
| 108 | 2025 | BAXTER SCIENTIFIC PRODUCTS VACUUM OVEN MODEL: DP-61, SN: 188004 (LOCATION: SUITE 51) | 500.00 | Sun | Daniel |
| 109 | 2024 | 2021 Y.E.S CHAMBER ECO COAT SYSTEM WITH PLASMA SOURCE MODEL: 900-10580-212, SN: 90175, YEAR: 2021, ELECTRICAL DIAGRAM NO: 703-14798-62, PHASE 1 WITH SMC THERMO CHILLER MODEL: HRS012-AN-20 (LOCATION: SUITE 51) | 27,500.00 | Wolfington | Jay |
| 110 | 2003 | LAURELL TECHNOLOGIES SPIN COATER MODEL: WS-650HZ-15NPPB/IND WITH ENCLOSURE APPROX: 36" x 29" x 74" & ASSTD PARTS (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 111 | 2003 | SUSS MICROTEC CT2000 RML2 PROJECT NO: C. 3001098A01, SN: 1001 WITH INDUSTRIAL CHILLER CW-5200 (LOCATION: SUITE 51) | 3,750.00 | Pala | Ragip |
| 112 | 2003 | CLEAN AIR PRODUCTS INDUSTRIAL STEEL CABINET WITH GLASS DOORS MODEL: CAP19S-SST-4DR-24X18X24D-6-5/8B APPROX: 27" x 25" x 84" (LOCATION: SUITE 51) | 300.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 113 | 2025 | TERRA UNIVERSAL FUME HOOD MODEL: 2500 APPROX: 63" x 29" x 94" WITH TERRA UNIVERSAL TABLE APPROX: 60" x 30" x 32" (LOCATION: SUITE 51) | 250.00 | Sun | Daniel |
| 115 | 2044 | EYESCALE 4 COLOR ANALYZER (LOCATION: SUITE 51) | 750.00 | Krishnan | Vidhya |
| 117 | 2003 | NORLAKE SCIENTIFIC REFRIGERATOR MODEL: ER201WWW/0 (LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 118 | 2007 | 2011 COMPAIR LUBRICATED SCREW COMPRESSOR L-11 MODEL: L07-L22-L22RS, SN: D089371, VOLTS: 460/3/60, 65CFM, 3600RPM, 15HP WITH COMPAIR AIR DRYER MODEL: CNC75, SN: RC2J475BC1A2NG11145 (LOCATION: SUITE 51) | 1,500.00 | Peart | Scott |
| 119 | 2035 | 2008 AIRTECH VACUUM CONTROLLER MODEL: SCS-L25-2TANV, VOLTS: 3-60-460V, DATE: 03-14-08 WITH AIR TECH VACUUM PUMP TYPE: L-25-G1 & TANK (LOCATION: SUITE 51) | 650.00 | Panas | Cynthia |
| 120 | 2030 | WATER FILTRATION UNIT WITH TANKS (LOCATION: SUITE 51) | 250.00 | Adeyemi | Samuel |
| 121 | 2003 | LOT OF TEKRA FILM ROLLS: (12) 519-33-931-R 1126 6" , (10) 519-33-931-R 1125 & (13) ASSTD WITH WIRE RACK (LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 123 | 2022 | LOT OF (7) WAFER CASSETE CARRIERS (LOCATION: SUITE 51) | 75.00 | Seitz | Oliver |
| 124 | 2003 | LOT OF (60) ASSTD WAFER CASSETE CARRIERS WITH WIRE RACK (LOCATION: SUITE 51) | 375.00 | Pala | Ragip |
| 128 | 2003 | LOT OF (15) ASSTD TUBES  (LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 130 | 2003 | LOT OF ASSTD GLASS TRAYS & STAINLESS STEEL TRAYS WITH WIRE RACK  (LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 132 | 2003 | LOT OF ASSTD SUPPLIES: SHOE COVERS, MASK COVERS, CLEANEOOM LAB COATS, GLOVES & HAIR NETS WITH (1) WIRE RACK & (2) RACKS  (LOCATION: SUITE 51) | 400.00 | Pala | Ragip |
| 133 | 2003 | LOT OF ASSTD TAPE, YELLOW FILM, SYRINGES & (2) WIRE RACKS (LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 134 | 2030 | DESKTOP MANUAL LAMINATING MACHINE  (LOCATION: SUITE 51) | 50.00 | Adeyemi | Samuel |
| 135 | 2003 | LOT OF ASSTD WAFER CARRIERS APPROX: 300  (LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 136 | 2003 | LOT OF ASSTD WAFER CARRIERS & PETRI DISHES  (LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 138 | 2003 | LOT OF PYRAMID FOAM NOISE PANELS (LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 139 | 2003 | ULINE UNIVERSAL MOBILE SPILL KIT  (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 140 | 2003 | ULINE UNIVERSAL MOBILE SPILL KIT  (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 141 | 2035 | ULINE UNIVERSAL MOBILE SPILL KIT  (LOCATION: SUITE 51) | 100.00 | Panas | Cynthia |
| 142 | 2003 | ULINE UNIVERSAL MOBILE SPILL KIT  (LOCATION: SUITE 51) | 125.00 | Pala | Ragip |
| 143 | 2035 | PIG MOBILE SPILL KIT ITEM: KIT317 (LOCATION: SUITE 51) | 100.00 | Panas | Cynthia |
| 145 | 2046 | FESTOOL DUST EXTRACTOR  MODEL: CT15E<br/>(LOCATION: SUITE 51) | 25.00 | bautista | jose |
| 146 | 2003 | LOT OF (2) LASKO BLOWERS & ASSTD FANS<br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 148 | 2003 | SONOPLOT MICROPLOTTER PROTO FLUID DISPENSING SYSTEM MODEL: MICROPLOTTER PROTO SN: PR0031, DATE: 09/14/2021 WITH MAC MODEL: A2438<br/>(LOCATION: SUITE 51) | 1,100.00 | Pala | Ragip |
| 151 | 2035 | ULINE FLAMMABLE LIQUID STORAGE CABINET MODEL: H-1564S-Y 45GAL CAPACITY<br/>(LOCATION: SUITE 51) | 200.00 | Panas | Cynthia |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 152 | 2003 | JUSTRITE SURE GRIP EX FLAMMABLE LIQUID STORAGE CABINET 60GAL CAPACITY<br/>(LOCATION: SUITE 51) | 200.00 | Pala | Ragip |
| 153 | 2035 | JUSTRITE SURE GRIP EX FLAMMABLE LIQUID STORAGE CABINET 60GAL CAPACITY<br/>(LOCATION: SUITE 51) | 225.00 | Panas | Cynthia |
| 154 | 2003 | JUSTRITE SURE GRIP EX ACID AND CORROSIVE STORAGE CABINET 60GAL CAPACITY<br/>(LOCATION: SUITE 51) | 175.00 | Pala | Ragip |
| 155 | 2025 | JUSTRITE SURE GRIP EX ACID AND CORROSIVE STORAGE CABINET 60GAL CAPACITY<br/>(LOCATION: SUITE 51) | 150.00 | Sun | Daniel |
| 157 | 2035 | JUSTRITE SURE-GRIP EX ACID AND CORROSIVE STORAGE CABINET 12 GAL CAPACITY<br/>(LOCATION: SUITE 51) | 275.00 | Panas | Cynthia |
| 158 | 2026 | HUSKY FREE STANDING GARAGE CABINET<br/>(LOCATION: SUITE 51) | 200.00 | Garland | Sharon |
| 159 | 2003 | HUSKY FREE STANDING GARAGE CABINET<br/>(LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 161 | 2003 | ULINE STORAGE CABINET WITH ASSTD CONTENTS <br/>(LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 162 | 2003 | ULINE STORAGE CABINET WITH ASSTD CONTENTS<br/>(LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 163 | 2003 | ULINE STORAGE CABINET WITH ASSTD CONTENTS<br/>(LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 164 | 2003 | BLACK ULINE STORAGE CABINET WITH ASSTD CONTENTS<br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 165 | 2003 | ULINE STORAGE CABINET<br/>(LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 166 | 2003 | ULINE STORAGE CABINET<br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 167 | 2035 | IAC INDUSTRIES WORKBENCH WITH LIGHT APPROX: 60" x 30" x 72" BENCH ONLY<br/>(LOCATION: SUITE 51) | 75.00 | Panas | Cynthia |
| 168 | 2025 | STAINLESS STEEL TABLE APPROX: 96" x 30" x 36"<br/>(LOCATION: SUITE 51) | 50.00 | Sun | Daniel |
| 169 | 2003 | STAINLESS STEEL TABLE APPROX: 72" x 30" x 34" <br/>(LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 170 | 2003 | STAINLESS STEEL TABLE APPROX: 48" x 30" x 30" <br/>(LOCATION: SUITE 51) | 75.00 | Pala | Ragip |
| 172 | 2003 | STAINLESS STEEL TABLE APPROX: 48" x 30" x 30"<br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 173 | 2003 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" <br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 174 | 2003 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" <br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 175 | 2003 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" <br/>(LOCATION: SUITE 51) | 50.00 | Pala | Ragip |
| 176 | 2035 | STAINLESS STEEL TABLE APPROX: 48" x 29" x 30" <br/>(LOCATION: SUITE 51) | 75.00 | Panas | Cynthia |
| 177 | 2003 | DURASTEEL STAINLESS STEEL TABLE APPROX: 36" x 30" x 34<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 178 | 2035 | WIRE RACK<br/>(LOCATION: SUITE 51) | 125.00 | Panas | Cynthia |
| 179 | 2035 | STAINLESS STEEL BENCH 60" LONG<br/>(LOCATION: SUITE 51) | 25.00 | Panas | Cynthia |
| 180 | 2003 | LOT OF (2) WIRE RACKS<br/>(LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 181 | 2035 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" <br/>(LOCATION: SUITE 51) | 100.00 | Panas | Cynthia |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 182 | 2003 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" <br/>(LOCATION: SUITE 51) | 175.00 | Pala | Ragip |
| 183 | 2035 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" <br/>(LOCATION: SUITE 51) | 125.00 | Panas | Cynthia |
| 184 | 2003 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" (DELAYED PICK UP- BUYER WILL BE NOTIFIED)<br/>(LOCATION: SUITE 51) | 150.00 | Pala | Ragip |
| 185 | 2003 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" (DELAYED PICK UP- BUYER WILL BE NOTIFIED)<br/>(LOCATION: SUITE 51) | 200.00 | Pala | Ragip |
| 186 | 2003 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 48" x 30" x 31" (DELAYED PICK UP- BUYER WILL BE NOTIFIED) <br/>(LOCATION: SUITE 51) | 60.00 | Pala | Ragip |
| 190 | 2035 | INDUSTRIAL PRODUCTS WORK BENCH APPROX: 72" x 36" x 33" (DELAYED PICK UP - BUYER WILL BE NOTIFED) <br/>(LOCATION: SUITE 51) | 50.00 | Panas | Cynthia |
| 191 | 2035 | INDUSTRIAL PRODUCTS WORK BENCH APPROX: 72" x 36" x 33" (DELAYED PICK UP - BUYER WILL BE NOTIFED) <br/>(LOCATION: SUITE 51) | 25.00 | Panas | Cynthia |
| 192 | 2035 | INDUSTRIAL PRODUCTS WORK BENCH APPROX: 72" x 36" x 33"<br/>(LOCATION: SUITE 51) | 25.00 | Panas | Cynthia |
| 194 | 2035 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" <br/>(LOCATION: SUITE 51) | 50.00 | Panas | Cynthia |
| 196 | 2003 | HUSKY ADJUSTABLE WORKBENCH WITH WOOD TOP APPROX: 96" x 24" (DELAYED PICK UP - BUYER WILL BE NOTIFIED) <br/>(LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 197 | 2025 | HUSKY ADJUSTABLE WORKBENCH WITH WOOD TOP APPROX: 96" x 24" (DELAYED PICK UP - BUYER WILL BE NOTIFIED) <br/>(LOCATION: SUITE 51) | 50.00 | Sun | Daniel |
| 198 | 2003 | HUSKY ADJUSTABLE WORKBENCH WITH WOOD TOP APPROX: 96" x 24" (DELAYED PICK UP - BUYER WILL BE NOTIFIED) <br/>(LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 199 | 2003 | HUSKY HEAVY DUTY BLACK 5 DRAWER TOOL CHEST WITH WOOD TOP APPROX: 28" x 21" x 33"<br/>(LOCATION: SUITE 51) | 100.00 | Pala | Ragip |
| 200 | 2003 | LOT OF ASSTD PLASTIC BINS, CONTAINERS, TRASH BINS & (4) SHELVING RACKS & (3) WIRE RACKS<br/>(LOCATION: SUITE 51) | 25.00 | Pala | Ragip |
| 202 | 2035 | LOT OF (2) JUSTRITE OILY WASTE CAN MODEL: 09500 RED 14 GALLON CAPACITY<br/>(LOCATION: SUITE 51) | 5.00 | Panas | Cynthia |
| 203 | 2003 | LOT OF (2) JUSTRITE OILY WASTE CAN MODEL: 09300 RED 10 GALLON CAPACITY<br/>(LOCATION: SUITE 51) | 5.00 | Pala | Ragip |
| 204 | 2003 | LOT OF (2) JUSTRITE OILY WASTE CAN MODEL: 09300 RED 10 GALLON CAPACITY & (1) RED TRASH CAN<br/>(LOCATION: SUITE 51) | 5.00 | Pala | Ragip |
| 207 | 2003 | LOT OF (5) GLASS<br/>(LOCATION: SUITE 51) | 10.00 | Pala | Ragip |
| 208 | 2003 | LOT OF (2) ASSTD STOOLS: (1) INTERION KHG 20 & (1) ULINE H-3732<br/>(LOCATION: SUITE 51) | 20.00 | Pala | Ragip |
| 209 | 2003 | LOT OF (2) ASSTD BEVCO STOOLS <br/>(LOCATION: SUITE 51) | 30.00 | Pala | Ragip |
| 210 | 2025 | LOT OF (3) GREEN STOOLS <br/>(LOCATION: SUITE 51) | 50.00 | Sun | Daniel |
| 211 | 2035 | LOT OF (2) BIO FIT STOOLS <br/>(LOCATION: SUITE 51) | 10.00 | Panas | Cynthia |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 212 | 2035 | LOT OF (2) BIO FIT STOOLS & (1) CHAIR<br/>(LOCATION: SUITE 51) | 10.00 | Panas | Cynthia |
| 213 | 2003 | MOBILE MAGNATAG DRY ERASE WHITE BOARD APPROX: 120" x 50" <br/>(LOCATION: SUITE 51) | 10.00 | Pala | Ragip |
| 214 | 2012 | 2021 INTELLIVATION R2R500-E VACUUM WEB COATING SYSTEM MODEL: 21204-R2R-500-E, FULLY CONTAINED EVAP METALIZATION SYSTEM INCLUDING TELEMARK CRYOGENICS 3600 & BUDZHAR DRUM RECIRCULATION COOLING SYSTEM SN: 1131, MANUFACTURED: NOVEMBER, 2021, ELECTRICAL INPUT: 480VAC 3PH + G, 60HZ<br/>(COST IN 2021 WAS 2.5M)<br/>(LOCATION: SUITE 52) | 67,500.00 | GALLOWAY | BRADLEY |
| 215 | 2022 | 2021 COAST CONTROLS R2R EXPOSURE SYSTEM INCLUDES: UNIT + TERRA UNIVERSAL SOFTWALL CLEANROOM + CONTROL PANEL + WATER CHILLER<br/>TERRA UNIVERSAL SPECS - 8' x 10' x 8' INTERNAL HEIGHT (EXTERNAL HEIGHT IS 9.5') INCLUDES 4 HEPA FFU'S (2 WHISPER QUIETS AND 2 ENVIRCO MAC-10's)<br/>WATER CHILLER - S& A INDUSTRIAL MODEL: CW-5200-AI, 220V/50HZ, LWH=55 x 28 x 43cm<br/>CONTROLLER DIMENSIONS: 25" x 60" x 47"<br/>EXPOSURE STATION DIMENSIONS: 72" x 53" x 86" <br/>UNWIND/EXPOSURE/REWIND PROCESS EQUIPMENT<br/>( | 35,000.00 | Seitz | Oliver |
| 221 | 2044 | 2021 LEYBOLD DRYVAC SYSTEM TYPE OF SYSTEM: WH700FC/DV200/PFPE, PN: S171414, SN: 31002331979, VOLTS: 460, PH:3, DATE: 08/2021 WITH LETBOLD TYPE: RUVAC WH 700 PFPE , LEYBOLD TYPE: DRYVAC DV200 PFPE & YASKAWA V1000 IP66 <br/>(LOCATION: SUITE 52) | 4,250.00 | Krishnan | Vidhya |
| 223 | 2007 | 2021 KAISHA KRSD 60 SINGLE STAGE ROTARY VARIABLE SPEED DRIVE SCREW COMPRESSOR MODEL: KRSD-60-125VSD, SN: 452105801U, MOTOR POWER: 60HP & DATE: 2021-05<br/>(LOCATION: SUITE 52) | 3,500.00 | Peart | Scott |
| 224 | 2007 | 2021 ZEKS HEAT SINK TRUE CYCLING AIR DRYER MODEL: 300HSGAF00, SN: WCH1055981<br/>(LOCATION: SUITE 52) | 1,200.00 | Peart | Scott |
| 225 | 2007 | SAMUEL PRESSURE VESSEL GROUP PRESSURE VESSEL MODEL: A10131 , 42" OD X 125" TALL, 1400LBS , 150PSI AT 400F, 660 GALLON CAPACITY<br/>(LOCATION: SUITE 52) | 175.00 | Peart | Scott |
| 226 | 2003 | 2021 FERROTEC/TEMESCAL DEPOSITION SYSTEM MODEL: FC-2800/200MM INCLUDES: <br/>9600 CTI CRYO COMPRESSOR & STAND ALONE MECH PUMP<br/>(LOCATION: SUITE 52) | 50,000.00 | Pala | Ragip |
| 231 | 2044 | CTI CRYOGENICS ON-BOARD CRYOPUMP PN: 9011-2878-0-FS<br/>(LOCATION: SUITE 52) | 2,750.00 | Krishnan | Vidhya |
| 232 | 2047 | XIN JIU YANG CIRCULATING TEMP CONTROL MACHINE MODEL: JVV-10-6<br/>(LOCATION: SUITE 52) | 51.79 | Prina | David |
| 233 | 2044 | EDWARDS DRY VACUUM PUMP MODEL: IGX100L, DATE: 2021-29-01<br/>(LOCATION: SUITE 52) | 2,250.00 | Krishnan | Vidhya |
| 234 | 2003 | S&A INDUSTRIAL CHILLER MODEL: CW-5200<br/>(LOCATION: SUITE 52) | 50.00 | Pala | Ragip |
| 235 | 2010 | THERMO SCIENTIFIC REFRIGERATED BATH NESLAB RTE 740<br/>(LOCATION: SUITE 52) | 200.00 | Mullen | Christopher |
| 236 | 2022 | CEE SPIN COATER MODEL: MODEL: 100HXC, SN: 9601030, VOLTS: 120, WATTS: 400<br/>(LOCATION: SUITE 52) | 1,000.00 | Seitz | Oliver |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 238 | 2003 | LOT OF ASSTD G&E UHV CLEAN COMPONENTS: SHIELD GUIDE SHAFT, SHIELD SEALING RING,SHIELD FRONT DOOR SHIELD BOTTOM, SHIELD GATE VALVE VIEW PORT: PN: 0628-5134, 0628-5074, 0626-9474-1, 0628-2394 WITH ASSTD PARTS<br/>(LOCATION: SUITE 52) | 50.00 | Pala | Ragip |
| 239 | 2022 | LOT OF COAST CONTROLS SPARE PARTS: PN: 690+0003/230/CBN, 305-4000, EAMP-1001, 514C/040/000<br/>(LOCATION: SUITE 37) | 150.00 | Seitz | Oliver |
| 244 | 2010 | JUSTRITE SURE GRIP EX FLAMMABLE LIQUID STORAGE CABINET 60GAL CAPACITY<br/>(LOCATION: SUITE 52) | 150.00 | Mullen | Christopher |
| 245 | 2015 | ULINE FLAMMABLE LIQUID STORAGE CABINET MODEL: H-1564S-Y 45GAL CAPACITY<br/>(LOCATION: SUITE 52) | 125.00 | Bauer | John |
| 248 | 2003 | JUSTRITE SURE GRIP EX ACID AND CORROSIVE STORAGE CABINET 22GAL CAPACITY PN: 892322<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 250 | 2025 | LOT OF (6) ASSTD PUMPS WITH (9) ASSTD DRUMS<br/>(LOCATION: SUITE 52) | 70.00 | Sun | Daniel |
| 251 | 2003 | PRO STAR PLATINUM REGULATOR MODEL: PRS401233<br/>(LOCATION: SUITE 52) | 30.00 | Pala | Ragip |
| 252 | 2003 | PRO STAR PLATINUM REGULATOR MODEL: PRS401233<br/>(LOCATION: SUITE 52) | 30.00 | Pala | Ragip |
| 254 | 2035 | HARRY SPECIALTY GAS REGULATOR MODEL: 702125580C<br/>(LOCATION: SUITE 52) | 5.00 | Panas | Cynthia |
| 257 | 2015 | LOT OF ASSTD CONTENTS WITH ULINE BLACK CRATE MODEL: H-7831BL APPROX: 48" x 48" x 34"<br/>(LOCATION: SUITE 52) | 50.00 | Bauer | John |
| 258 | 2015 | LOT OF ASSTD CONTENTS WITH ULINE BLACK CRATE MODEL: H-7831BL APPROX: 48" x 48" x 34"<br/>(LOCATION: SUITE 52) | 50.00 | Bauer | John |
| 259 | 2015 | LOT OF ASSTD FOAM SHEETS WITH (3) ASSTD ULINE BLACK CRATES MODEL: H-40528BL, H-7830 & H-4052BL<br/>(LOCATION: SUITE 52) | 50.00 | Bauer | John |
| 260 | 2015 | LOT OF (3) ULINE BLACK CRATES MODEL: H-2093BL APPROX: 32" x 30" x 25" <br/>(LOCATION: SUITE 37) | 50.00 | Bauer | John |
| 261 | 2015 | LOT OF (3) ULINE BLACK CRATES MODEL: H-2093BL APPROX: 32" x 30" x 25" <br/>(LOCATION: SUITE 37) | 70.00 | Bauer | John |
| 262 | 2003 | LOT OF (3) ULINE BLACK CRATES MODEL: H-2093BL APPROX: 32" x 30" x 25" <br/>(LOCATION: SUITE 37) | 150.00 | Pala | Ragip |
| 264 | 2003 | TITAN WORKSTATION COMPUTER SN: T-20201291 WITH MINUTE MAN BACK UP POWER<br/>(LOCATION: SUITE 37) | 600.00 | Pala | Ragip |
| 265 | 2003 | TITAN WORKSTATION COMPUTER SN: T-20214195 WITH CYBER POWER BACK UP<br/>(LOCATION: SUITE 37) | 2,500.00 | Pala | Ragip |
| 266 | 2003 | TITAN WORKSTATION COMPUTER T-20201295 WITH CYBER POWER BACK UP<br/>(LOCATION: SUITE 37) | 1,250.00 | Pala | Ragip |
| 267 | 2020 | DELL PRECISION T7500 COMPUTER<br/>(LOCATION: SUITE 37) | 25.00 | Wong | Allen |
| 268 | 2045 | APPLE 27" MONITOR MODEL: A1407<br/>(LOCATION: SUITE 52) | 90.00 | Shannon | Kenneth |
| 269 | 2003 | LENOVO P1 GEN 3 THINKPAD CORE I7 10750H, 2.60GHZ, 32GB RAM, 1TB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 325.00 | Pala | Ragip |
| 270 | 2003 | LENOVO P15S GEN 2 THINKPAD 11TH GEN CORE I7-1165G7, 2.80GHZ, 32GB RAM, 1TB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 100.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 271 | 2045 | LENOVO P15V THINKPAD CORE I7-11800H, 2.30GHZ, 16GB RAM, 500GB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 125.00 | Shannon | Kenneth |
| 272 | 2015 | LENOVO L14 THINKPAD GEN 1 AMD RYZEN 5PRO 46500 W/RADEON GRAPHICS, 2.10GHZ, 16GB RAM, 500GB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 75.00 | Bauer | John |
| 273 | 2015 | LENOVO THINKPAD L14 UL06Q8FV AMD RYZEN 5 PRO, 5650U W/ RADEON GRAPHICS, 2.30GHZ, 8GB RAM, 237 GB HD, WINDOWS 11 PRO<br/>(LOCATION: SUITE 52) | 75.00 | Bauer | John |
| 274 | 2003 | LENOVO X3 GEN 1 THINKPAD AMD RYZEN 7 PRO 4750U W/ RADEON GRAPHICS, 1.70GHZ, 16GB RAM, 1TB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 100.00 | Pala | Ragip |
| 275 | 2003 | LENOVO X13 THINKPAD AMD RYZEN 7 PRO 4750U W/RADEON GRAPHICS, 1.70GHZ, 16GB RAM, 1TB HD, WINDOWS 10 PRO<br/>(LOCATION: SUITE 52) | 100.00 | Pala | Ragip |
| 276 | 2047 | LENOVO INTEL CELERON CPU N3350, 1.10GHZ, WINDOWS 10 HOME<br/>(LOCATION: SUITE 52) | 42.37 | Prina | David |
| 277 | 2020 | BROTHER MFC PRINTER MODEL: MFC-L9570CDW<br/>(LOCATION: SUITE 52) | 25.00 | Wong | Allen |
| 280 | 2020 | ZEBRA ZT411 PRINTER <br/>(LOCATION: SUITE 52) | 125.00 | Wong | Allen |
| 281 | 2044 | VEVOR CUTTING PLOTTER MODEL: SK-375<br/>(LOCATION: SUITE 52) | 10.00 | Krishnan | Vidhya |
| 282 | 2044 | VEYOR LAMINATOR<br/>(LOCATION: SUITE 52) | 10.00 | Krishnan | Vidhya |
| 283 | 2015 | LOT OF (4) ASSTD BATTERY BACK UPS: (2) CYBER POWER MODEL: SX650U, (1) TRIPP LITE MODEL: SMART1500LCD & (1) XFINITY<br/>(LOCATION: SUITE 52) | 125.00 | Bauer | John |
| 284 | 2003 | LOT OF ASSTD: (4) LOCKED LAPTOPS, KEYBOARDS, COMPUTERS, DOCKING STATIONS & CABLES <br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 285 | 2003 | LOT OF (1) DYMO LABEL WRITER 450 TWIN TURBO & (1) BROTHER LABEL PRINTER MODEL: QL-700<br/>(LOCATION: SUITE 52) | 10.00 | Pala | Ragip |
| 286 | 2003 | METTLER TOLEDO SCALE MODEL: PS60<br/>(LOCATION: SUITE 52) | 90.00 | Pala | Ragip |
| 287 | 2010 | METTLER TOLEDO NEW CLASSIC SG MODEL: ML802E /03<br/>(LOCATION: SUITE 52) | 150.00 | Mullen | Christopher |
| 288 | 2030 | LOT OF (2) DATA REMOTE MODEL: CDS-9010<br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 291 | 2020 | LOT OF (5) B3 BALANCING CHARGER MODEL: X002YKKGTP WITH (5) VENOM DRIVE BATTERY MODEL: VPW-15203-FBA<br/>(LOCATION: SUITE 52) | 10.00 | Wong | Allen |
| 297 | 2030 | FELLOWS PAPER SHREDDER MODEL: 79CI<br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 298 | 2003 | LOT OF (2) ASSTD VIEWSONIC MONITORS WITH ARM MOUNTS<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 300 | 2003 | LOT OF (3) ASSTD 27" VIEW SONIC MONITORS<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 301 | 2003 | LOT OF (3) ASSTD 27" VIEW SONIC MONITORS<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 302 | 2003 | LOT OF (2) ASSTD 27" VIEW SONIC MONITORS<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 303 | 2035 | LOT OF (2) ASSTD 27" DELL MONITORS<br/>(LOCATION: SUITE 52) | 25.00 | Panas | Cynthia |
| 305 | 2003 | LOT OF (3) ASSTD VIEWSONIC MONITORS<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 307 | 2026 | HUSKY BLACK MOBILE WORK BENCH 18 DRAWER TOOL CHEST APPROX: 72" x 24" x 39 <br/>(LOCATION: SUITE 52) | 375.00 | Garland | Sharon |
| 308 | 2026 | KOBALT 4 DRAWR ROLLER CABINET MODEL: 274225<br/>(LOCATION: SUITE 52) | 175.00 | Garland | Sharon |
| 309 | 2010 | LOT OF (4) PITTSBURGH 1500LB VEHICLE DOLLYS <br/>(LOCATION: SUITE 52) | 75.00 | Mullen | Christopher |
| 310 | 2015 | ULINE STRAPPING CART WITH ULINE STRAPPING TOOL, ULINE STRAPPING TENSIONER & STRAPPING SEALS<br/>(LOCATION: SUITE 52) | 100.00 | Bauer | John |
| 311 | 2025 | LOT OF (2) ASSTD RIGID SHOP VACS: (1) MODEL: HD09001 & (1) MODEL: WD40700<br/>(LOCATION: SUITE 52) | 50.00 | Sun | Daniel |
| 312 | 2025 | ULINE HYDRAULIC FLOOR CRANE MODEL: H-8462 1.5TON<br/>(LOCATION: SUITE 52) | 90.00 | Sun | Daniel |
| 313 | 2030 | WERNER 10FT LADDER MODEL: 6210<br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 314 | 2003 | WERNER 8FT LADDER MODEL: 6208<br/>(LOCATION: SUITE 52) | 25.00 | Pala | Ragip |
| 316 | 2003 | ULINE PALLET JACK MODEL: H-1782 <br/>(LOCATION: SUITE 52) | 175.00 | Pala | Ragip |
| 317 | 2003 | LOT OF (1) SINGLE CYLINDER HAND TRUCK & (1) MAGLINER HAND TRUCK <br/>(LOCATION: SUITE 52) | 10.00 | Pala | Ragip |
| 318 | 2015 | METAL CART<br/>(LOCATION: SUITE 52) | 50.00 | Bauer | John |
| 319 | 2003 | LOT OF (2) LUXOR UTILITY CARTS<br/> (LOCATION: SUITE 52) | 10.00 | Pala | Ragip |
| 320 | 2025 | LOT OF (2) LUXOR UTILITY CARTS <br/>(LOCATION: SUITE 52) | 40.00 | Sun | Daniel |
| 321 | 2047 | LOT OF (13) ASSTD MICROWAVES WITH WIRE RACK <br/>(LOCATION: SUITE 52) | 8.54 | Prina | David |
| 322 | 2025 | LOT OF (2) EMERGENCY KIT BACKPACKS & (4) ASSTD FIRST AID KITS <br/>(LOCATION: SUITE 52) | 100.00 | Sun | Daniel |
| 323 | 2020 | APC SERVER RACK APPROX: 42" x 23" x 47"<br/>(LOCATION: SUITE 52) | 10.00 | Wong | Allen |
| 324 | 2039 | WHIRLPOOL REFRIGERATOR MODEL: WRX735SDHZ07<br/>(LOCATION: SUITE 52) | 250.00 | Pala | Nazmiye |
| 325 | 2047 | KENMORE REFRIGERATOR MODEL: 111.71212613<br/>(LOCATION: SUITE 52) | 21.18 | Prina | David |
| 327 | 2047 | LOT OF (1) EUHOMG ICE MAKER MODEL: IM-03D & (1) KEURIG COFFEE MAKER MODEL: K60<br/>(LOCATION: SUITE 52) | 21.18 | Prina | David |
| 328 | 2026 | KENMORE REFRIGERATOR MODEL: 106.51102110<br/>(LOCATION: SUITE 37) | 100.00 | Garland | Sharon |
| 333 | 2025 | LOT OF ASSTD ULINE UNIVERSAL PADS, ULINE SAFTEY GLASSES, LATEX GLOVES & BINS WITH WIRE RACK<br/>(LOCATION: SUITE 37) | 300.00 | Sun | Daniel |
| 334 | 2020 | LOT OF ASSTD CLEANING SUPPLIES: TOILET SEAT COVERS, HANDEASH SOAP, PAPER TOWELS & WIRE RACK<br/>(LOCATION: SUITE 37) | 10.00 | Wong | Allen |
| 337 | 2003 | SAMSUNG 82" SMART TV MODEL: QN82Q60TAF WITH WALL MOUNT (TV MOUNTED ON WALL- BUYER MUST BRING TV DOWN)<br/>(LOCATION: SUITE 37) | 225.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 338 | 2046 | SHARP 60" TV MODEL: LC-60LE633U WITH 3 IN 1 CONSOLE FOR FLAT PANEL TV STAND APPROX: 54" x 16" x 22"<br/>(LOCATION: SUITE 37) | 75.00 | bautista | jose |
| 339 | 2026 | 3 PIECE LIVING ROOM SET YELLOW FABRIC: (1) 2 SEAT SOFA APPROX: 72" x 28" x 32"  & (2) SIDE CHAIR SOFAS APPROX: 33" x 28" x 32" | 25.00 | Garland | Sharon |
| 340 | 2020 | TRIANGLE COFFEE TABLE APPROX: 35" x 50" x 15" <br/>(LOCATION: SUITE 37) | 25.00 | Wong | Allen |
| 341 | 2030 | LG 55" TV MODEL: 55UQ7070ZUE <br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 342 | 2037 | TOSHIBA 55" TV MODEL: 55L310U WITH WALL MOUNT (MOUNTED ON WALL- BUYER MUST BRING TV DOWN)<br/>(LOCATION: SUITE 52) | 50.00 | Renner | Brian |
| 343 | 2030 | LOT OF (2) BROWN LIVING ROOM CHAIRS<br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 344 | 2047 | LOT OF (2) BROWN LIVING ROOM CHAIRS<br/>(LOCATION: SUITE 52) | 14.12 | Prina | David |
| 345 | 2047 | COFFEE TABLE APPROX: 59" x 27" x 14" <br/>(LOCATION: SUITE 52) | 14.12 | Prina | David |
| 346 | 2047 | 12' x 9' AREA RUG<br/>(LOCATION: SUITE 52) | 14.12 | Prina | David |
| 349 | 2030 | LOT OF (12) STACKABLE CONFERENCE CHAIRS <br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 350 | 2030 | LOT OF (10) STACKABLE CONFERENCE CHAIRS<br/>(LOCATION: SUITE 52) | 50.00 | Adeyemi | Samuel |
| 353 | 2031 | L SHAPED DESK WITH LEFT RETURN APPROX: 81" x 71" x 29" WITH BOOK CASE APPROX: 31" x 14" x 70" & OFFICE CHAIR<br/>(LOCATION: SUITE 52) | 75.00 | Burke | John |
| 357 | 2003 | LOT OF (3) ASSTD STOOLS<br/>(LOCATION: SUITE 52) | 40.00 | Pala | Ragip |
| 360 | 2035 | LOT OF (2) ROUND TABLES APPROX: 27" WITH (6) CHAIRS<br/>(LOCATION: SUITE 52) | 10.00 | Panas | Cynthia |
| 363 | 2035 | LOT OF (10) ASSTD TRASH BINS | 10.00 | Panas | Cynthia |
| 369 | 2003 | LOT OF (2) OFFICE CHAIRS<br/>(LOCATION: SUITE 52) | 75.00 | Pala | Ragip |
| 370 | 2035 | LOT OF (2) OFFICE CHAIRS<br/>(LOCATION: SUITE 52) | 50.00 | Panas | Cynthia |
| 371 | 2035 | LOT OF (2) OFFICE CHAIRS<br/>(LOCATION: SUITE 52) | 50.00 | Panas | Cynthia |
| 372 | 2003 | 5 TIER SHELF <br/>(LOCATION: SUITE 52) | 10.00 | Pala | Ragip |
| 373 | 2035 | LOT OF (2) 2 DOOR STORAGE CABINETS APPROX: 35" x 22" x 29" <br/>(LOCATION: SUITE 52) | 10.00 | Panas | Cynthia |
| 376 | 2035 | STEEL CASE MIGRATION HEIGHT ADJUSTABLE DESK STYLE NO: 245781XL001 APPROX: 58" x 29" WITH OFFICE CHAIR <br/>(LOCATION: SUITE 37) | 80.00 | Panas | Cynthia |
| 377 | 2035 | STEEL CASE MIGRATION HEIGHT ADJUSTABLE DESK STYLE NO: 245781XL001 APPROX: 58" x 29" WITH OFFICE CHAIR<br/>(LOCATION: SUITE 37) | 80.00 | Panas | Cynthia |
| 378 | 2035 | STEEL CASE MIGRATION HEIGHT ADJUSTABLE DESK STYLE NO: 245781XL001 APPROX: 58" x 29" WITH OFFICE CHAIR<br/>(LOCATION: SUITE 37) | 80.00 | Panas | Cynthia |
| 379 | 2035 | 379 | 75.00 | Panas | Cynthia |
| 381 | 2003 | ULINE STORAGE CABINET WITH ASSTD CONTENTS<br/>(LOCATION: SUITE 37) | 25.00 | Pala | Ragip |

| Lot | Buyer | Description | Price | Last Name | First Name |
|---|---|---|---|---|---|
| 387 | 2003 | DOUBLE SIDED WHITE BOARD APPROX: 71" x 47" WITH PORTABLE STAND<br/>(LOCATION: SUITE 37) | 10.00 | Pala | Ragip |
| 388 | 2035 | LOT OF (4) OFFICE CHAIRS<br/>(LOCATION: SUITE 37) | 125.00 | Panas | Cynthia |
| 393 | 2015 | LOT OF (3) ASSTD STAINLESS STEEL TABLES: (1) 5' x 3' x 29" , (2) 4' x 29" x 39", (2) BOOK CASES APPROX: 31" x 14" x 70" & BINS<br/>(LOCATION: SUITE 37) | 50.00 | Bauer | John |
| 1001 | 2003 | PLEASANTON RELATED IP- APPLICATIONS - EXCLUDING ROLL TO ROLL RELATED IP | 13,500.00 | Pala | Ragip |
| 1002 | 2022 | PLEASANTON RELATED IP FOR ROLL TO ROLL MACHINERY | 12,000.00 | Seitz | Oliver |
| | | Total: | 371,731.73 | | |

# Settlement
## Meta Materials Inc.
### Columbia, MD

Christina Lovato  
PO Box 184117  
Reno, NV 89511

---

| | |
|---|---:|
| Sale Proceeds | |
|     Columbia, MD Proceeds | 12,700.00 |
| | |
| LESS: | |
| Consultant fixed fee - 0% commission | - |
| | |
| Balance Due | 12,700.00 |

This is final and complete auction settlement. Once the funds are received, it will be deemed agreed and accepted and no further claims will be made towards GA Global Partners.

x_____  
Acknowledged

Great American Global Partners Inc.

CA Global Partners Inc.

# Invoice

2637 Townsgate Rd.
Suite 300
Westlake Village, CA 91361

| Date | Invoice # |
|---|---|
| 3/26/2025 | 50339 |

| Bill To |
|---|
| Integrated Technology Solutions<br>3725 Illinois Ave.<br>St. Charles, IL 60174<br>Attn: Gary Winkleman |

| | Terms |
|---|---|
| | Due on receipt |

| Description | Amount |
|---|---|
| Meta Materials Colummbia, Maryland Asset Purchase<br><br>Lot assorted computer equipment:<br>(2) Dell Power Switches, (2) Dell R750 Servers, (2) Pac Storage Units, (2) Misc monitors, (2) Misc TVs. (1) Ciena Switch, (1) Aria Switch. (1) Infoblox Switch, (2) Paloalto PA-469 Switches, (2) Dell VEP 1425 Switches, (1) Netgear Switch<br>(3) HP Switches<br>            Racks and furniture NOT included<br><br>18% Buyer's Premium<br><br>All items sold AS-IS, WHERE-IS with no warranty.  All Sales Final.  No Refunds, Returns nor Exchanges.  No allowances made for claims once the assets leave the premises.<br><br>Buyer responsible for coordination and expense of asset removal.<br>            Assets must be removed by Friday, April 4, 2025<br>Removal contact:  Peter Wyke (702) 592-1012<br><br>Wire Transfer Instructions:<br>      Account Name:  CA Global Partners, Inc.<br><br>      Account#:  207 946 047<br><br>      Routing/ABA:  322271724<br>      SWIFT:  CITIUS33<br><br>         Citibank<br>         4809 Commons Way<br>         Calabasas, CA 91302 | 12,700.00<br><br><br><br><br><br><br>2,286.00 |

| | Total | USD 14,986.00 |
|---|---|---|
| | **Payments/Credits** | USD 0.00 |
| | **Balance Due** | USD 14,986.00 |