1  Jeffrey L. Hartman, Esq.
   Nevada Bar No. 1607
2  HARTMAN & HARTMAN
3  510 W. Plumb Lane, Suite B
   Reno, NV 89509
4  T: (775) 324-2800
   F: (775) 324-1818
5  notices@bankruptcyreno.com
6  Attorney for Christina Lovato, Trustee

7                    UNITED STATES BANKRUPTCY COURT
8                              DISTRICT OF NEVADA

9  In re                                      Case No.: 24-50792-hlb
                                               (Chapter 7)
10 META MATERIALS INC.,
11      Debtor.                                **EX PARTE APPLICATION FOR APPROVAL OF STIPULATED PROTECTIVE ORDER**
12
13                                             Hearing Date:  N/A
14                                             Hearing Time:  N/A
15

16      Chapter 7 trustee, Christina Lovato, files her Ex Parte Application for approval of a
17 negotiated Protective Order.  On March 7, 2025, the Court entered its Order Granting Ex Parte
18 Motion For Order Requiring Custodian Of Records For Charles Schwab & Co., Inc., TD
19 Ameritrade, Trade Station Securities, Inc., and Think or Swim To Appear For Examination
20 Pursuant To F.R.Bankr.P. 2004 ("Schwab 2004 Order"). [ECF No. 1639].  Following service of
21 the Schwab 2004 Order, counsel for the respective parties engaged in a series of conferences
22 regarding a proposed form of protective order related to information to be produced.  The
23 negotiations resulted in a Stipulated Protective Order, approved by counsel for Schwab and
24 counsel for the Meta Estate. A copy of the Stipulated Protective Order is attached to this Ex Parte
25 Application as Exhibit A.
26      Trustee Lovato requests the Court approve the Stipulated Protective Order which will be
27 uploaded following filing of this Ex Parte. Application.
28 / / /

1       DATED: May 9, 2025.       **HARTMAN & HARTMAN**

                                                       */s/ Jeffrey L. Hartman*
                                                       Jeffrey L. Hartman, Esq., Attorney for Trustee