NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Greg McCabe
   P.O. Box 11188
   Midland Tx 79702

   Telephone Number:
   432-684-0018

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   MAY -9 2025
   U.S. BANKRUPTCY COURT
   DANIEL S OWENS, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
Carter Terry-815-10039, Carter Terry-815-09739, AST-0000010191

Check here if this Proof of Interest:
■ replaces a previously filed Proof of Interest dated: 10/04/2024
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Greg McCabe
   P.O. Box 11188, Midland, TX 79702
   Telephone Number: 432-684-0018

3. **Date Equity Interest was acquired:**
   Various dates, see attached documentation

4. **Total amount of member interest:** MMAT: 120,001, MMTLP: 12,826,490

5. **Certificate number(s):** See attached Documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Greg McCabe
Title: Individual
Company: __ Address and telephone number (if different from notice address above):
_____
_____

(Signature) [signed] Greg McCabe   (Date) 5-8-25

Telephone number: 432-684-0018   email: gregmccabe@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

GREG MCCABE
PO BOX 11188



# ACCOUNT STATEMENT
AUGUST 1, 2024 - AUGUST 31, 2024

Account number:
815-10039
Page 4 of 5

## ASSET DETAIL

*The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.*

*\* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvestedAdditionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

Your Financial Professional has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### EQUITY

**US Small Cap Equity**

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 34,861.000 | $0.450 | $15,687.45 | N/A | N/A | |

**TOTAL EQUITY**

**TOTAL ASSETS** $0.00

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

No activity this period.

## OPEN ORDERS

| DATE ENTERED | DESCRIPTION | SYMBOL | QUANTITY REMAINING | ORDER TYPE | PRICE LIMIT | ORDER LIFE |
|---|---|---|---|---|---|---|



**AST is now EQ**

MMAT

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

GREG MCCABE
P.O. BOX 11188
MIDLAND, TX 79702-8188

| | |
|---|---|
| Statement Date: | May 1, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010191 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | 85,140.000 | | 85,140.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 85,140.000 |

| Account Value | |
|---|---|
| Market Value Date | 05/01/2024 |
| Market Value Price | $3.360 |
| Total Market Value | $286,070.40 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#24438) | |
| 05/01/2024 | BK*0000213 | Exchange Company: META MATERIALS INC (OLD) | 85,140.000 |

**A portion or all of the shares represented by this Advice are subject to either an Issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the Issuer or Legal Counsel for the Issuer**


AST01277560000010191


0.001.001.00001

GREG MCCABE
6015 GREEN HILL CT

MMTLP

# ACCOUNT STATEMENT
DECEMBER 1, 2022 - DECEMBER 31, 2022

Account number:
815-10039
Page 6 of 14

## FIXED INCOME

### US Corporate High Yield Fixed Income

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP MOODY N/R   S&P N/R | 591994371 | 568,241.000 | N/P | $0.00 | N/A | N/A | |
| **TOTAL FIXED INCOME** | | 568,241.000 | | $0.00 | $0.00 | $0.00 | |

| TOTAL ASSETS | | | | $788,641.33 | | | $0.00 |

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

### PURCHASES

#### Regular Purchases

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST/ ACCRUED INTEREST | COMMENTS |
|---|---|---|---|---|---|

MMTLP

# CARTER TERRY

3060 Peachtree Road NW Suite 1200 Atlanta Georgia 30305
Phone 404 364 2070 Fax 404 364 2079 • Toll free 1 800 848 9555

## ACCOUNT STATEMENT
DECEMBER 1, 2022 - DECEMBER 31, 2022

Account number
815-09739
Page 5 of 8

## FIXED INCOME

### US Corporate High Yield Fixed Income

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP MOODY N/R  S&P N/R | 591994371 | 12 258,249 000 | N/P | $0 00 | N/A | N/A | |
| **TOTAL FIXED INCOME** | | 12,258,249 000 | | $0 00 | $0 00 | $0 00 | |

| TOTAL ASSETS | | | | $11,161,153 81 | | | $0 00 |
|---|---|---|---|---|---|---|---|

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions It does not include accrued interest*

*Purchases sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account Account value changes due to commissions mark ups, mark downs and accrued interest are shown in the Change in value of priced securities line of the Account Value Summary*

*\* Information that appears in these columns may be based on information provided by you or at your direction, RBC has not verified such data.
Please see About Your Statement on page 2 for further information.*

### OTHER ACTIVITY

| DATE | DESCRIPTION | QUANTITY | PRICE | NET PROCEEDS | NET COST* | REALIZED GAIN/LOSS* | COMMENTS |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A SHRS SURRENDERED – MERGER | −12,258,249 000 | $0 000 | $0 00 | N/A | N/A | EXCHANGE |
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP SHRS RECEIVED THRU MERGER | 12,258,249 000 | $0 000 | $0 00 | N/A | N/A | EXCHANGE |
| **TOTAL OTHER ACTIVITY** | | | | $0 00 | | $0 00 | |

### DEPOSITS

**Cash deposits**

| DATE | DESCRIPTION | AMOUNT | COMMENTS |
|---|---|---|---|

**TOTAL DEPOSITS**