Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

**DECLARATION OF DAVID WENGER IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO ENTER INTO SUBSCRIPTION SERVICE WITH SHAREINTEL [F.R.BANKR.P. 2014]**

Hearing Date: N/A
Hearing Time:

David Wenger, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Darien, Connecticut. I am the Managing Member and owner of Shareholder Intelligence Services, LLC, a Connecticut limited liability company ("ShareIntel") based in Rowayton, CT.

2. I have personal knowledge of the matters stated herein.

3. ShareIntel is an issuer centric compliance driven software as a service (SaaS) which monitors and tracks Bank, Broker-Dealer, Clearing firm, trading settlement and shareholder position movements. ShareIntel's "Data Repository Information Link" (DRIL-Down™) process is designed to help combat market manipulation and in particular, identify the markers and participants to potential illegal naked short selling.

1

4. ShareIntel's arrangements with its clients are in the form of a subscription service designed to meet the client's specific requirements for use in litigation and other types of analysis. The annual subscription fee is $60,000.

5. To the best of my knowledge, there are no connections which ShareIntel, or any of its employees, have with the Meta Estate's creditors, shareholder or other parties-in-interest and their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, related to this matter.

6. ShareIntel has no connections within the legal community relevant to this case.

7. Based on the foregoing, I believe that I, and the employees of ShareIntel are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14), 327 and 328.

DATED: May 9, 2025.

_____
David Wenger, Managing Member
Shareholder Intelligence Services, LLC