*Hilary L. Barnes* (signature)

———————————————
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
May 14, 2025

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EXPENDITURE FOR LITIGATION PURPOSES**<br><br>Hearing Date: N/A<br>Hearing Time: |

The matter came before the Court on the Ex Parte Application by chapter 7 Trustee Christina Lovato for an Order Authorizing Expenditure For Litigation Purposes requesting an order authorizing the expenditure of $60,000, payable to Shareholder Intelligence Services, LLC ("ShareIntel") for a one-year subscription to its services described in the application.

Based upon the Ex Parte Application, and good cause appearing,

**IT IS ORDERED** that Trustee Lovato is authorized to pay $60,000 to Shareholder Intelligence Services, LLC ("ShareIntel") for a one- year subscription to its services, and to enter into the proposed subscription agreement with ShareIntel.

Submitted by:

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Trustee

# # #