UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   DMG 20, Inc.
   5809 CR 7670
   Lubbock, TX 79424

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 806-773-6639

**RECEIVED AND FILED**
MAY 13 2025
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 2350

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   AST
   6201 15th Avenue
   Brooklyn, NY 11219
   Telephone Number: 800-937-5449

3. Date Equity Interest was acquired:
   6/30/2021 through 12/08/2022

4. Total amount of member interest: 94,842
5. Certificate number(s): See attached documents

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold: Shares
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☐ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Margaret Gafford
Title: President
Company: Address and telephone number if different from notice address above: 5809 CR 7670

(Signature) Margaret Gafford    5/7/25 (Date)
Telephone number: 806-773-6639  email: magafford1@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

[Print Form]  [Save Form]  [Clear Form]

# MONTHLY STATEMENT

Reporting Period: **October 1 - 31, 2022**

Account 952-063055
DMG20, INC.
ATTN DANIEL B GAFFORD
CORPORATION

## HOLDINGS DETAIL

### CASH AND CASH ALTERNATIVES

| Investment Description | Quantity | Price | Market Value |
|---|---|---|---|
| TD AMERITRADE CASH | - | $ - | $54,200.00 |
| FDIC INSURED DEPOSIT ACCOUNT IDA12 NOT COVERED BY SIPC | - | - | 1.76 |
| **TOTAL CASH & CASH ALTERNATIVES** | | | **$54,201.76** |

### STOCKS

| Investment Description | Symbol/ CUSIP | Purchase Date | Quantity | Closing Price | Market Value | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| APPLE INC COM | AAPL | 3/2/21 | 98 | $153.34 | $15,027.32 | $12,342.87 | $2,684.45 |
| META MATERIALS INC COM | MMAT | 5/13/22 | 200,000 | 1.06 | 212,000.00 | 372,787.14 | (160,787.14) |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | - | 94,842 | 6.85 | 649,667.70 | - | - |
| **TOTAL STOCKS** | | | | | **$876,695.02** | **$385,130.01** | **$(158,102.69)** |
| *TOTAL STOCKS- LONG POSITION* | | | | | *876,695.02* | | |
| **TOTAL HOLDINGS** | | | | | **$930,896.78** | **$385,130.01** | **$(158,102.69)** |
| **TOTAL ACCOUNT VALUE** | | | | | **$930,896.78** | | |

Questions? Consult your Independent Advisor:
CRESCENT ADVISOR GROUP INC (806) 747-2644

TD Ameritrade Institutional

Page 2 of 4



**EQUINITI TRUST COMPANY, LLC**
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2264.C01.002.596
DMG20 INC
ATTN DANIEL B GAFFORD
2208 WAYNE AVE
LUBBOCK TX 79407

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | 0000012350 |
| Statement Date: | August 24, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 94,842.000 | 94,842.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 94,842.000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 08/03/2023 | BK*0001689 | BOOK SHARES CREDITED | 94,842.000 |



AST01270670000012350