NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor<br>**Meta Materials Inc and MMTLP** | Case Number<br>**24-50792** | |
|---|---|---|

| 1   **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")<br><br>Ryan McMillan<br>62 Prince Edward Drive<br>North Bay, ON P1A·259·<br><br>Telephone Number<br><br>705 471-6558· | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br>MAY 21 2025<br>U.S. BANKRUPTCY COURT<br>DANIEL S OWENS, CLERK<br><br>**COURT USE ONLY** |
|---|---|---|

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor (last 4 digits only)<br>**TD Canada Trust - F02A** | Check here if this Proof of Interest<br>☑ replaces a previously filed Proof of Interest dated Nov 27/2024<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2   **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br><br>Ryan McMillan TD Cananda Trust 103 Laurentian Ave North Bay ON P1B9T2   ⊞<br>**Telephone Number**   705 474 3421 | 3   **Date Equity Interest was acquired**<br>MMLTP 23/11/2022 - 08/12/2022<br>MMAT   13/10/2022 - 17/01/2024<br>See attached transactions |
|---|---|

| 4   **Total amount of member interest**   Mmat   35000   Mmtlp   5850 | 5   **Certificate number(s)**   see attached documentation |
|---|---|

**6**   **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
**Description:** Investor

**7**   **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8**   **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the interest holder    ☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any )    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004 )    ☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information and reasonable belief

Print Name   Ryan McMillan
Title
Company ___ Address and telephone number (if different from notice address above)
_____

(Signature)
Telephone number   705 471-6558

May 13/2025
(Date)
email ryan mcmillan@sunlife com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*



**TRADING SUMMARY - 2022**

TD Direct Investing
77 Bloor Street West
P O Box 5999, Station F
Toronto, Ontario
M4Y 2T1
800 465 5463

S I N
517 486 940

MR RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

YOUR CANADIAN ACCOUNT 08-BF02-A

| DATE | | BUY | SELL | SECURITY DESCRIPTION | PRICE | COST | PROCEEDS | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| NOV | 28 | 418 | | META MATERIALS INC-A PFD | 9 530 | 6,506 72 | | 13 61 |
| NOV | 28 | 82 | | META MATERIALS INC-A PFD | 9 520 | | | |
| NOV | 28 | 200 | | META MATERIALS INC-A PFD | 9 150 | 2,504 04 | | 13 59 |
| DEC | 06 | 450 | | META MATERIALS INC-A PFD | 8 160 | 5 036 59 | | 13 66 |
| DEC | 08 | 150 | | META MATERIALS INC-A PFD | 5 730 | 1,205 03 | | 13 84 |
| DEC | 08 | 700 | | META MATERIALS INC-A PFD | 5 370 | 5,223 44 | | 13 84 |
| DEC | 12 | 350 | | META MATERIALS INC-A PFD | 3 050 | 1,485 75 | | 13 77 |
| DEC | 12 | 1000 | | META MATERIALS INC-A PFD | 4 600 | 6,356 72 | | 13 77 |
| DEC | 12 | 2000 | | META MATERIALS INC-A PFD | 3 150 | 8,700 85 | | 13 77 |
| DEC | 12 | 200 | | META MATERIALS INC-A PFD | 4 680 | 3,232 46 | | 13 77 |
| DEC | 12 | 276 | | META MATERIALS INC-A PFD | 4 660 | | | |
| DEC | 12 | 24 | | META MATERIALS INC-A PFD | 4 670 | | | |
| TOTAL | | 5850 | | | | 40,251 60 | | 123 62 |
| DEC | 30 | | | 5850 META MATERIALS PFD-CONTRA DISP | | | | |
| DEC | 30 | 5850 | | NEXT BRIDGE HYDROCARB INC ACQ | | | | |

AVERAGE US$ RATE FOR 2022 CRA=1 3013



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

### Account number and type
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2024

▸ **For settlement on**  January 19, 2024
▸ **Processed on**  January 17  2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC CV-656779 | 20 000 | 0 07 | |

| | | | |
|---|---|---|---|
| Ticker symbol  MMAT | | Gross transaction amount | USD  1,400 00 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at | |
| Trade number  001263 | | 37 19% | 524 38 |
| Trade processed by  9EON | *Equals* **Net transaction amount** | | **CAD $1,934 37** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00009922 0000004444 20240117 59134N104 43665R

Order execution account
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

### Account number and type
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2024

‣ **For settlement on**  January 19, 2024
‣ **Processed on**  January 17  2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC DT-656445 | 10 000 | 0 07 | |

| | | | |
|---|---|---|---|
| Ticker symbol  MMAT | | Gross transaction amount | USD  700 00 |
| Security number  43665R | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N104 | *Plus* | Premium on USD Funds converted at 37 19% | 264 05 |
| Trade number  006879 | | | |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $974 04** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

®The TD logo and other TD trademarks are the property of The Toronto Dominion Bank or its subsidiaries

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00009923 0000004444 20240117 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR  RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON  P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2023

▸ **For settlement on**  January 19, 2023
▸ **Processed on**  January 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>MH-574706 | 1 650 | 1 0376 | |

|  |  | | |
|---|---|---|---|
| Ticker symbol  MMAT | | Gross transaction amount | USD  1,712 04 |
| Security number  43665R | *Plus*  Commission | | 9 99 |
| CUSIP ID  59134N104 | *Plus*  Premium on USD Funds converted at<br>35 79% | | 616 31 |
| Trade number  006964 | *Equals*  **Net transaction amount** | | **CAD $2,338 34** |
| Trade processed by  9EON | | | |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for
settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the**
**security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct-investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00010649 0000004187 20230117 59134N104 43665R

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON P1A 2T9

## Transaction Confirmation

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2022

▸ **For settlement on** November 17 2022
▸ **Processed on** November 15 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC YR-566287 | 2 350 | 1 88 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD 4,418 00 |
| Ticker symbol MMAT | *Plus* | Commission | 9 99 |
| Security number 43665R | *Plus* | Premium on USD Funds converted at 34 89% | 1,544 93 |
| CUSIP ID 59134N104 | | | |
| Trade number 004375 | *Equals* **Net transaction amount** | | **CAD $5,972 92** |

Trade processed by 9EON

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00009797 0000004144 20221115 59134N104 43665R

**Order execution account**
No advice or recommendations provided



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR RYAN C MCMILLAN
62 PRINCE EDWARD DR
NORTH BAY ON P1A 2T9

**Account number and type**
08BF02J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

▸ **For settlement on** October 17, 2022
▸ **Processed on** October 13 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC MQ-556928 | 1 000 | 1 1799 | |

|  |  |  |  |
|---|---|---|---|
| | | Gross transaction amount | USD 1,179 90 |
| *Plus* | Commission | | 9 99 |
| *Plus* | Premium on USD Funds converted at 41 19% | | 490 12 |
| *Equals* | **Net transaction amount** | | **CAD $1,680 01** |

Ticker symbol MMAT
Security number 43665R
CUSIP ID 59134N104
Trade number 002843
Trade processed by 9EON

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct-investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00010289 0000004121 20221013 59134N104 43665R

Order execution account
No advice or recommendations provided