Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

**DECLARATION OF DAVID D. BURNETT IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL COUNSEL [F.R.BANKR.P. 2014]**

Hearing Date: N/A
Hearing Time:

David D. Burnett, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Alexandria, Virginia, and I have been a member in good standing with the State Bar of New York since March 19, 2008 and the Bar of Washington D.C. since December 21, 2022. My C.V. is attached hereto as Exhibit A.

2. I have personal knowledge of the matters stated herein.

3. I am senior counsel at the law firm of Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace"), located in its offices in Washington, D.C. Schneider Wallace does not hold any interest adverse to the Meta Materials, Inc. chapter 7 estate ("Estate"), or any of its related subsidiaries.

4. To the best of my knowledge, there are no connections which Schneider Wallace, and/or any of its employees, have with the Estate's creditors, shareholder or other parties-in-

interest and their respective attorneys and accountants, the United States Trustee, nor any person employed in the office of the United States Trustee, related to this matter.

5. Schneider Wallace has no connections within the legal community relevant to this case.

6. The Trustee desires to employ me and Schneider Wallace as her special counsel for the purpose of advising and representing the Estate in connection with investigation and potential litigation relating to manipulation of the Debtor's publicly-traded stock.

7. Based on the foregoing, I believe that I, and the members and associates of Schneider Wallace, are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14) and 327 and 328.

DATED: May 21, 2025.

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

_____
David D. Burnett, Esq.

# EXHIBIT A

# EXHIBIT A

# DAVID DYER BURNETT

321 S. Fayette St.  ddyerburnett@gmail.com
Alexandria, VA 22314  (646) 546-9304

## Legal Experience

### SCHNEIDER WALLACE COTTRELL KONECKY LLP
**Senior Counsel**, Washington, DC                                      April 2025-present

- Represent plaintiffs in complex commercial litigation: health insurers in pharmaceutical antitrust litigation, bankruptcy trustee in market-manipulation investigation, investors in cryptocurrency class action, and homeowners in LA fires case; investigating claims under consumer protection laws

### DICELLO LEVITT LLP
**Partner**, Washington, DC                                             2023-Dec. 2024

- 2024 Lawdragon 500 Leading Plaintiff Financial Lawyer; wrote a dozen winning briefs on motions to dismiss; wrote summary judgment briefs in employment case; deposed corporate witnesses; led court conferences; negotiated discovery agreements; managed attorney teams; led successful privilege and confidentiality challenges; authored case updates for clients; spoke to city and county leadership on current litigation; presented at four conferences; originated clients; published article

### MOTLEY RICE LLC
**Senior Counsel**, Washington, DC                                      2019-2023

- Second-chaired four experts at opioid litigation trial; took and defended 40 depositions; worked with epidemiologists and economists on expert reports, depositions, motions, and trial testimony; wrote summary judgment, motion to dismiss, class certification, settlement, *Daubert*, and discovery motions; wrote trial testimony outlines, jury instructions, and findings of fact; worked with environmental experts on contamination assessment of Superfund site; published article and CLE

### BURFORD CAPITAL LLC
**Vice President**, New York, NY                                        2018-2019

- Evaluated 50 potential investments in lawsuits, analyzed cases' merits and risks, interviewed clients, negotiated deal terms, presented to Investment Committee, monitored investments, pitched deals

### QUINN EMANUEL URQUHART & SULLIVAN, LLP
**Associate, Of Counsel**, New York, NY                                 2007-2017

- Client contact for Prudential and Allstate, managed teams, wrote complaints and briefs, argued motions, took depositions, analyzed data, worked with experts and vendors, developed case strategy and budgets, participated in mediations, negotiated discovery, retained client and settled claims
- Hike leader for 12 annual firm hikes, including Mt. Fuji, Mt. Olympus, Italy, Iceland, Alaska

## Education

### UNIVERSITY OF VIRGINIA SCHOOL OF LAW                                 **Juris Doctor**, 2007

- Hardy Cross Dillard Fellow (teaching assistant in Legal Research and Writing); authored law journal articles on billboards and food policy; editor, member of two journals; admitted to debating society

### UNIVERSITY OF TEXAS AT AUSTIN                                       **M.A., American Studies**, 2002

- 4.0 GPA; teaching assistant in Technical Writing, Dept. of Electrical and Computer Engineering

### UNIVERSITY OF VIRGINIA                                              **B.A., Anthropology and History**, 1999

- Distinction and high honors; Honors thesis on Burning Man festival; semester abroad in Chile