Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date:  N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on May 21, 2025, I caused to be served the following document(s):

> EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL LITIGATION COUNSEL – ECF No. 1956
>
> DECLARATION OF RYAN R. C. HICKS IN SUPPORT OF EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL LITIGATION COUNSEL [F.R.BANKR.P. 2014] – ECF No. 1957
>
> DECLARATION OF JASON H. KIM IN SUPPORT OF EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL LITIGATION COUNSEL [F.R.BANKR.P. 2014] – ECF No. 1958

DECLARATION OF DAVID D. BURNETT IN SUPPORT OF EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL LITIGATION COUNSEL [F.R.BANKR.P. 2014]
 – ECF No. 1959

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

- MICHAEL R. BRUNET     mbrunet@cooperlevenson.com

- LOUIS M BUBALA     lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

- JEFFREY L HARTMAN     notices@bankruptcyreno.com, abg@bankruptcyreno.com

- MATTHEW L. JOHNSON     mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

- CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com

- KAYCEE ROYER     kroyer@parsonsbehle.com, docketphx@perkinscoie.com

- U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 21, 2025.

    */s/ Angie Gerbig*
    Angie Gerbig