_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
May 22, 2025

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KONECKY LLP AS SPECIAL LITIGATION COUNSEL**<br><br>Hearing Date:  N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to employ the law firm of Schneider Wallace Cottrell Konecky LLP (the "Firm") as her special counsel, and the Court being satisfied that the Firm and its employees do not hold or represent any interest adverse to the estate, are disinterested persons within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

1

IT IS HEREBY ORDERED that the employment of the law firm of Schneider Wallace Cottrell Konecky LLP be and hereby is approved on the terms and conditions set forth in the Trustee's Application to Employ the law firm of Schneider Wallace Cottrell Konecky LLP, effective as of the date of this order, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by the law firm of Schneider Wallace Cottrell Konecky LLP.

Submitted by:

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #