NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC. | 24-50792 |

**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Gregory Thomas LeFrancis**
**5845 Coleman Street**
**North Las Vegas, NV 89031**

Telephone Number: **(702) 538-5138**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

MAY 27 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 4681 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Gregory Thomas LeFrancis
Charles Schwab PO Box 982600 El Paso TX 79998-2600
Telephone Number: 800-435-4000

**3.** **Date Equity Interest was acquired:**
Range from 3/21/2022 -- 11/30/2022
See Attached Documentation

**4.** **Total amount of member interest:** 5,545 Shares for $19,945.20

**5.** **Certificate number(s):** See Attached Documentation

**6.** **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7.** **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory Thomas LeFrancis
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) *Gregory Thomas LeFr[...]*     (Date) 5/19/2025

Telephone number: 702-538-5138     email: scrpn95@cox.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Proof of Interest Supplemental Information:**

**Case: 24-50792, Meta Materials, Inc.**

**For: Gregory Thomas LeFrancis**

**Broker:** Charles Schwab

**Acct #:** *ending in* 4681

**MMTLP Transactions (Pre-Reverse Split)**

| | | | |
|---|---|---|---|
| 03/21/2022 | Purchased 1050 shares | $1.48/share | $1,554.00 total invested |
| 03/25/2022 | Purchased 910 shares | $1.54/share | $1,401.40 total invested |
| 04/05/2022 | Purchased 340/share | $1.20/share | $408.00 total invested |
| 09/27/2022 | Purchased 200 shares | $1.53/share | $306.00 total invested |
| 10/06/2022 | Purchased 550 shares | $1.95/share | $1,072.50 total invested |
| 10/10/2022 | Purchased 525 shares | $3.00/share | $1,575.00 total invested |
| 10/18/2022 | Purchased 175 shares | $3.55/share | $621.25 total invested |
| 11/04/2022 | Purchased 850 shares | $7.15/share | $6,077.50 total invested |
| 11/07/2022 | Purchased 645 shares | $7.37/share | $4,753.65 total invested |
| 11/07/2022 | Purchased 100/shares | $7.20/share | $720.00 total invested |
| 11/07/2022 | Purchased 65/shares | $7.26/share | $471.90 total invested |
| 11/07/2022 | Purchased 30/shares | $7.25/share | $217.50 total invested |
| 11/07/2022 | Purchased 105/shares | $7.30/share | $766.50 total invested |

**TOTAL SHARES HELD:** 5545

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT:** $19,945.20

**Meta Materials Transactions** (see attached detailed breakdown of each transaction)



# Positions

Summary  Balances  Positions  Realized Gain Loss  Investment Income  Portfolio Performance  Securities Lending  Corporate Actions  Transaction History  Statements & Tax Forms  Open An Account  Relationship Summary

**Designated Bene Ind... ...681** >

☐ Group by Security Type  ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest⬚ | Total Market Value | Total Day Change ⓘ | Total Cost Basis | Total Gain/Loss? ⓘ |
|---|---|---|---|---|---|
| $3.26 | $3.26 | $0.00 | $0.00 (0.00%) | $20,028.60 | — |

Updated 06:06:41 PM ET 05/19/2026

## Positions Details *

| Symbol ↑ | Description | Qty | Price | Price Chng $ | Price Chng % | Day Chng $ ⓘ | Day Chng % ⓘ | Cost/Share | Mkt Val | Cost Basis | Gain/Loss $ ⓘ? | Gain/Loss % ⓘ? | Reinvest? ⓘ | Ex-Div | Last Div | 52 Wk High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 629995590 | NEXT BRIDGE HYDROCARBONS | 5,545 | N/A | N/A | N/A | N/A | N/A | $3.61 | N/A | $20,028.60 | N/A | N/A | N/A | N/A | N/A | N/A |
| Cash & Cash Investments¹ | | | | | | $0.00 | 0% | | $3.26 | | | | | | | |
| **Account Total** | | | | | | **$0.00** | **0%** | | **$3.26** | **$20,028.60** | **N/A** | **N/A** | | | | |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic, Last Sale and the National Market System Plan.

**Account ending in 4681**

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount Sold | Amount Purchased |
|---|---|---|---|---|---|---|---|---|
| 11/7/2022 | Sell | MMAT | TDA TRAN - Sold ...850 (MMAT) @1.6000 | 850 | $1.60 | $0.14 | $1,359.86 | |
| 11/7/2022 | Sell | MMAT | TDA TRAN - Sold 50 (MMAT) @1.6001 | 50 | $1.60 | $0.01 | $80.00 | |
| 11/7/2022 | Sell | MMAT | TDA TRAN - Sold ...475 (MMAT) @1.6007 | 475 | $1.60 | $0.08 | $760.25 | |
| 11/7/2022 | Sell | MMAT | TDA TRAN - Sold 25 (MMAT) @1.5801 | 25 | $1.58 | | $39.50 | |
| 10/31/2022 | Buy | MMAT | TDA TRAN - Bought 90 (MMAT) @1.0389 | 90 | $1.04 | | | ($93.50) |
| 10/31/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @1.0200 | 10 | $1.02 | | | ($10.20) |
| 10/28/2022 | Buy | MMAT | TDA TRAN - Bought 23 (MMAT) @1.0189 | 23 | $1.02 | | | ($23.43) |
| 10/27/2022 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @1.0199 | 2 | $1.02 | | | ($2.04) |
| 10/25/2022 | Sell | MMAT | TDA TRAN - Sold 25 (MMAT) @0.9602 | 25 | $0.96 | | $24.01 | |
| 10/25/2022 | Buy | MMAT | TDA TRAN - Bought 15 (MMAT) @0.9199 | 15 | $0.92 | | | ($13.80) |
| 10/24/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.8897 | 10 | $0.89 | | | ($8.90) |
| 10/21/2022 | Buy | MMAT | TDA TRAN - Bought ...275 (MMAT) @0.8800 | 275 | $0.88 | | | ($242.00) |
| 10/10/2022 | Sell | MMAT | TDA TRAN - Sold ...500 (MMAT) @0.7057 | 500 | $0.71 | $0.08 | $352.77 | |
| 10/10/2022 | Sell | MMAT | TDA TRAN - Sold ...400 (MMAT) @0.7051 | 400 | $0.71 | $0.06 | $281.98 | |
| 10/10/2022 | Sell | MMAT | TDA TRAN - Sold ...100 (MMAT) @0.7031 | 100 | $0.70 | $0.01 | $70.30 | |
| 10/6/2022 | Sell | MMAT | TDA TRAN - Sold ...105 (MMAT) @0.6798 | 105 | $0.68 | $0.01 | $71.37 | |
| 10/4/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.6689 | 5 | $0.67 | | | ($3.34) |
| 10/3/2022 | Buy | MMAT | TDA TRAN - Bought 40 (MMAT) @0.6485 | 40 | $0.65 | | | ($25.94) |
| 10/3/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.6485 | 10 | $0.65 | | | ($6.49) |
| 10/3/2022 | Buy | MMAT | TDA TRAN - Bought 35 (MMAT) @0.6420 | 35 | $0.64 | | | ($22.47) |
| 9/28/2022 | Buy | MMAT | TDA TRAN - Bought 15 (MMAT) @0.7200 | 15 | $0.72 | | | ($10.80) |
| 9/27/2022 | Buy | MMAT | TDA TRAN - Bought 40 (MMAT) @0.6795 | 40 | $0.68 | | | ($27.18) |
| 9/19/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.8299 | 5 | $0.83 | | | ($4.15) |
| 9/15/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.8460 | 5 | $0.85 | | | ($4.23) |
| 9/15/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @0.8460 | 50 | $0.85 | | | ($42.30) |
| 9/15/2022 | Buy | MMAT | TDA TRAN - Bought ...200 (MMAT) @0.8460 | 200 | $0.85 | | | ($169.20) |
| 9/15/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.8460 | 100 | $0.85 | | | ($84.60) |
| 9/15/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.8460 | 100 | $0.85 | | | ($84.60) |
| 9/12/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @0.8548 | 25 | $0.85 | | | ($21.37) |

**Account ending in 4681**

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount Sold | Amount Purchased |
|---|---|---|---|---|---|---|---|---|
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @0.7990 | 25 | $0.80 | | | ($19.98) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 40 (MMAT) @0.7990 | 40 | $0.80 | | | ($31.96) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.7990 | 10 | $0.80 | | | ($7.99) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 35 (MMAT) @0.7990 | 35 | $0.80 | | | ($27.97) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.7849 | 5 | $0.78 | | | ($3.92) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.7849 | 10 | $0.78 | | | ($7.85) |
| 9/1/2022 | Buy | MMAT | TDA TRAN - Bought 45 (MMAT) @0.7849 | 45 | $0.78 | | | ($35.32) |
| 8/31/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.7800 | 5 | $0.78 | | | ($3.90) |
| 8/31/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @0.7883 | 25 | $0.79 | | | ($19.71) |
| 8/30/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @0.7719 | 50 | $0.77 | | | ($38.60) |
| 8/25/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @0.8490 | 25 | $0.85 | | | ($21.23) |
| 8/22/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.8080 | 100 | $0.81 | | | ($80.80) |
| 8/15/2022 | Buy | MMAT | TDA TRAN - Bought 75 (MMAT) @0.9732 | 75 | $0.97 | | | ($72.99) |
| 8/3/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @0.8922 | 25 | $0.89 | | | ($22.31) |
| 7/26/2022 | Buy | MMAT | TDA TRAN - Bought 53 (MMAT) @0.9180 | 53 | $0.92 | | | ($48.65) |
| 7/26/2022 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @0.9180 | 2 | $0.92 | | | ($1.84) |
| 7/26/2022 | Buy | MMAT | TDA TRAN - Bought 20 (MMAT) @0.9180 | 20 | $0.92 | | | ($18.36) |
| 7/26/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @0.9180 | 50 | $0.92 | | | ($45.90) |
| 7/15/2022 | Buy | MMAT | TDA TRAN - Bought 20 (MMAT) @0.9667 | 20 | $0.97 | | | ($19.33) |
| 7/12/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @0.9917 | 5 | $0.99 | | | ($4.96) |
| 7/12/2022 | Buy | MMAT | TDA TRAN - Bought 46 (MMAT) @0.9917 | 46 | $0.99 | | | ($45.62) |
| 7/12/2022 | Buy | MMAT | TDA TRAN - Bought 4 (MMAT) @0.9430 | 4 | $0.94 | | | ($3.77) |
| 7/11/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @1.0096 | 100 | $1.01 | | | ($100.96) |
| 7/8/2022 | Buy | MMAT | TDA TRAN - Bought 30 (MMAT) @1.0497 | 30 | $1.05 | | | ($31.49) |
| 7/8/2022 | Buy | MMAT | TDA TRAN - Bought 20 (MMAT) @1.0499 | 20 | $1.05 | | | ($21.00) |
| 7/8/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.0499 | 25 | $1.05 | | | ($26.25) |
| 7/8/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.0463 | 25 | $1.05 | | | ($26.16) |
| 7/8/2022 | Buy | MMAT | TDA TRAN - Bought 15 (MMAT) @1.0500 | 15 | $1.05 | | | ($15.75) |
| 7/1/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @1.0395 | 10 | $1.04 | | | ($10.40) |

**Account ending in 4681**

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount Sold | Amount Purchased |
|---|---|---|---|---|---|---|---|---|
| 6/30/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.0199 | 50 | $1.02 | | | ($51.00) |
| 6/30/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @1.0194 | 100 | $1.02 | | | ($101.94) |
| 6/29/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.0499 | 25 | $1.05 | | | ($26.25) |
| 6/29/2022 | Buy | MMAT | TDA TRAN - Bought 22 (MMAT) @1.0499 | 22 | $1.05 | | | ($23.10) |
| 6/27/2022 | Buy | MMAT | TDA TRAN - Bought 1 (MMAT) @1.1552 | 1 | $1.16 | | | ($1.16) |
| 6/27/2022 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @1.1599 | 2 | $1.16 | | | ($2.32) |
| 6/27/2022 | Buy | MMAT | TDA TRAN - Bought 14 (MMAT) @1.1559 | 14 | $1.16 | | | ($16.18) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 1 (MMAT) @1.1800 | 1 | $1.18 | | | ($1.18) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @1.1799 | 10 | $1.18 | | | ($11.80) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 17 (MMAT) @1.1675 | 17 | $1.17 | | | ($19.85) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 3 (MMAT) @1.1699 | 3 | $1.17 | | | ($3.51) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.1699 | 25 | $1.17 | | | ($29.25) |
| 4/29/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @1.2699 | 5 | $1.27 | | | ($6.35) |
| 4/27/2022 | Buy | MMAT | TDA TRAN - Bought 24 (MMAT) @1.2199 | 24 | $1.22 | | | ($29.28) |
| 4/27/2022 | Buy | MMAT | TDA TRAN - Bought 34 (MMAT) @1.2199 | 34 | $1.22 | | | ($41.48) |
| 4/25/2022 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @1.3399 | 2 | $1.34 | | | ($2.68) |
| 4/18/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.4500 | 25 | $1.45 | | | ($36.25) |
| 4/4/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @1.7500 | 5 | $1.75 | | | ($8.75) |
| 3/22/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @1.9100 | 10 | $1.91 | | | ($19.10) |
| 2/24/2022 | Buy | MMAT | TDA TRAN - Bought 20 (MMAT) @1.5499 | 20 | $1.55 | | | ($31.00) |
| 2/15/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @1.9399 | 5 | $1.94 | | | ($9.70) |
| 1/28/2022 | Buy | MMAT | TDA TRAN - Bought 25 (MMAT) @1.3991 | 25 | $1.40 | | | ($34.98) |
| 1/28/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @1.3899 | 50 | $1.39 | | | ($69.50) |
| 1/27/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @1.4900 | 100 | $1.49 | | | ($149.00) |

|  |  |
|---|---|
| **Shares Sold:** | 2530 Total Recovered: $3,040.04 |
| **Shares Purchased:** | 2530 Total Invested: -2441.12 |
| | $599.32 |

May 19, 2025


U.S. Bankruptcy Court
**Foley Federal Building and U.S. Courthouse**
**Attn: Clerk of Court**
**300 Las Vegas Blvd. South**
**Las Vegas, Nevada 89101**


RE: Proof of Interest Form, Case No. 24-50792

To Clerk of Court,


My name is Gregory LeFrancis, and I hereby submit the PROOF OF INTEREST form for my account in Charles Schwab ending in 4681 in the matter of Meta Materials, Inc., case number 24-50792. Per the instructions, I have included with this filing the POI, and summary explanation of my $MMAT/MMTLP trading records and their documentation. Also included is a check for the $28 processing fee. If you need more information, please feel free to contact me. Thank you for your consideration in this matter.


Gregory Thomas LeFrancis
5845 Coleman Street
North Las Vegas, NV 89031
702-538-5138