NVB 3001 (Rev. 12.24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: META MATERIALS, INC | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): 

JULIANNE JAY
XXXXXXXXXXX
XXXXXXXXXXXXX

Telephone Number: XXX-XXX-XXXX

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**JUN - 2 2025**

**U.S. BANKRUPTCY COURT**
**DANIEL S. OWENS, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
EQUINITI ACCTS: XXXXXX0217 & XXXXXX5570
SCHWAB ACCT:  XXX5298XXXX

Check here if this Proof of Interest:
☒ replaces a previously filed Proof of Interest dated: 12/12/24
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

JULIANNE JAY (BENEFICIAL OWNER)
CHARLES SCHWAB
PO BOX 2339
OMAHA, NE 68103
Telephone Number: 800-435-4000

JULIANNE JAY (BOOK ENTRY)
EQUINITI (EQ) TRUST CO, LLC
OPERATIONS CENTER
NEWARK, NJ 07101
800-468-9716

**3. Date Equity Interest was acquired:**
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 110 MMAT SH FOR XXXXXX
2,000 MMTLP/NBH SH FOR XXXXXX

**5. Certificate number(s):** NA

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR/SHAREHOLDER

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.

☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JULIANNE JAY
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature) *[signed]*  5/8/2025
Telephone number: XXX-XXX-XXX    email: XXXXXXXXXXXXXXXXX

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE  24-50792, META MATERIALS, INC
FOR  JULIANNE JAY

**MMAT HOLDINGS**
**BROKER:** TD Ameritrade
**ACCT #**  XXX-XX6560
**TRANSACTIONS**
11/21/2022     Purchased 1,000 shares         $XXXX/share    [$XXXXX total invested]
04/14/2023     Purchased 10,000 shares        $XXXX/share   [$XXXXX total invested]
**TOTAL SHARES HELD PRE-REVERSE SPLIT**   11,000 shares
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT**   $XXXXX

**NOTE**  MMAT REVERSE SPLIT 100 1 ON JANUARY 29, 2024

**TOTAL SHARES HELD POST-REVERSE SPLIT**   110 shares [11,000/100=110]
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT**   $XXXXX

**TRANSFERRED SHARES**
**DATE**  October 15, 2024
**FROM**  Charles Schwab
**ACCT #**  XXXX5298XXXX
**TO**  AST/EQUINITI [Meta Materials' Transfer Agent]
**ACCT #**  XXXXXX0217
**TOTAL SHARES TRANSFERRED**   110 shares
**TOTAL MONIES INVESTED**   $XXXXX

**See transaction documentation attached

Statement for Account # XXXXXX6560
11/01/22 - 11/30/22

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM | MMAT | 1,000 | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | | | |

Statement for Account # XXXXXX6560
04/01/23 - 04/30/23

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | Cash | Buy - Securities Purchased | META MATERIALS INC | MMAT | 10,000 | | | |

page 5 of 7



**AST is now EQ**

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JULIANNE JAY
[address redacted]
[address redacted]

| | |
|---|---|
| **Statement Date** | October 15 2024 |
| **Company Name** | META MATERIALS INC (NEW) |
| **Company Number** | 27756 |
| **Stock Exchange** | NASD |
| **Company Ticker Symbol** | MMAT |
| **CUSIP** | 59134N302 |
| **Account Number** | [redacted]0217 |

equiniti com/us
help@equiniti com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 110 000 | 110 000 | Market Value Date | 10/15/2024 |
| Plan Shares | | | | Market Value Price | $0 525 |
| Certificated Shares | | | | | |
| Total Shares | | | 110 000 | Total Market Value | $57 84 |

Stock quotes are provided for informational purposes only The quotes are supplied by an independent third-party as of a particular date EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date Neither EQ nor its provider will be liable for any errors incompleteness, or delays in the information herein, or for any actions taken in reliance thereon

# Transaction Details.

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 10/15/2024 | BK*0000239 | BOOK SHARES CREDITED | 110 000 |



**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE  24-50792, META MATERIALS, INC**
**FOR  JULIANNE JAY**

**MMTLP/NBH HOLDINGS**
**BROKER**  TD Ameritrade
**ACCT #**  XXX-XX6560
**TRANSACTIONS**
12/6/2022      Purchased 1,000 shares        (individual purchase amount unknown)
12/8/2022      Purchased 500 shares          (individual purchase amount unknown)
12/8/2022      Purchased 500 shares          (individual purchase amount unknown)
**TOTAL SHARES HELD PRE SPINOUT**    2,000 shares
**TOTAL MONIES INVESTED PRE SPINOUT**      $XXXX

**NOTE**   MMTLP EXCHANGED FOR NBH ON DECEMBER 14, 2022

**NOTE**   TD AMERITRADE ACQUIRED BY CHARLES SCHWAB    ACCOUNT NUMBER CHANGED FROM #XXX-XX6560 (TDA) to #XXXX5298XXXX (Charles Schwab)

**TRANSFERRED SHARES**
**DATE**  February 20, 2024
**FROM**  Charles Schwab (formerly TD Ameritrade)
**ACCT #**  XXXX5298XXXX
**TO**   AST/Equiniti [Next Bridge Hydrocarbons' Transfer Agent]
**ACCT #**  XXXXXX5570
**TOTAL SHARES TRANSFERRED**    1,900 shares (book entry)
**TOTAL SHARES REMAINING AT SCHWAB**  100 shares (beneficial ownership)

**See transaction documentation attached

Statement for Account # XXXXXX6560
01/01/23 - 01/31/23

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 2.000 | NA | NA | 12/06/22 | XXXXX | XXXXX | XXXXX | - | - |



Schwab One® Account of

JULIANNE JAY
DESIGNATED BENE PLAN/TOD

Statement Period
March 1-31, 2025

### Positions - Unpriced Securities

| Symbol | Description | Quantity | Price $ | Market Value $ | Cost Basis $ | Unrealized Gain/(Loss) $ | Est. Yield | Est. Annual Income $ |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 100.0000 | | | 298.00 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$298.00** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JULIANNE JAY
[redacted]
[redacted]

| | |
|---|---|
| Statement Date | February 23 2024 |
| Company Name | NEXT BRIDGE HYDROCARBONS INC |
| Company Number | 27067 |
| Stock Exchange | |
| Company Ticker Symbol | |
| CUSIP | 629999590 |
| Account Number | [redacted]5570 |

www astfinancial com
help@equiniti com
800-937-5449

# Transaction Advice

**IMPORTANT** Retain this statement for your investment and tax records

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 1,900 000 | 1,900 000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 1,900 000 | Total Market Value | NA |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third-party as of a particular date  AST does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither AST nor its provider will be liable for any errors  incompleteness, or delays in the information herein  or for any actions taken in reliance thereon

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 02/20/2024 | BK*0004727 | BOOK SHARES CREDITED | 1,900 000 |

