# EXHIBIT A

# EXHIBIT A



# META MATERIAL TECHNOLOGIES INC

**📅 DATE**
April 3

**☑ INSPECTION**
April 2, 10am – 4pm PDT (GMT-7)

**🕐 TIME**
10am PDT (GMT-7)

**📍 LOCATION**
5880 W. Las Positas Blvd, Suite 37, 51 and 52
Pleasanton, CA, 94588

EMAIL

REGISTER

CATALOG

**☰ EVENT DETAILS**

LIVE WEBCAST AUCTION

STATE OF THE ART FACILITY FOR, FUNCTIONAL MATERIALS AND
NANOCOMPOSITES
BY ORDER OF THE US BANKRUPTCY COURT FOR THE DISTRICT

OF NEVADA, CASE NUMBER 3:24-BK-50792

**FEATURING:**

2021 Intellivation R2R500-E vacuum Web Coating System, Model 21204-R2R-500-E, Fully Contained EVAP Metalization System, Including Telemark Cryogenics 3600 and Budzhar Drum Recirculation Cooling System, Cost in 2021 WAS $2.5M
https://www.intellivation.com/coating-systems/roll-to-roll-web-coating-narrow-web-coaters-r2r-series/

2021 C&D Systems P9000 SmartPro Metal Liftoff System, 200mm/P9000 Version with JULABO Recirculator.
https://cdsemi.com/wp-content/uploads/2023/09/Liftoff-New-60117.pdf

2021 C&D Systems P9000 Photoresist Coater/Developer Spin Coating System, with CS-5000 Industrial Chiller
https://cdsemi.com/products/photoresist-spin-coater/

2021 Y.E.S Chamber, EcoCoat System with Plasma Source Model #900-10580-212
https://www.yes.tech/products/ecocoat-2

2021 Ferrotec/Temescal Deposition System, Model FC-2800/200mm, Includes, 9600 CTI Cryo Compressor and standalone Mech Pump
https://temescal.ferrotec.com/systems/fcbcd-2800/

2021 Coast Controls R2R Exposure System, Includes
Unit + Terra Universal Softwall cleanroom + Control panel + Water Chiller
• Terra Universal specs – 8' x 10' x 8' internal height. External height is 9.5'. Includes 4 HEPA FFU's (2 Whisper Quiets and 2 Envirco MAC-10's)
• Water Chiller – S&A Industrial Model # CW-5200-AI. 220V/50Hz. LWH = 55 x 28 x 43cm.
• Controller Dimensions (LWH) = 25 x 60 x 47
• Exposure Station Dimensions (LWH) =72"x 53" x 86"
• Unwind/Exposure/Rewind process equipment

2021 Coast Controls R2R Bake System, Includes
Unwind Station + 6 zone heating (20 individual Heaters) + Rewind Station
• Controller (LWH = 25" x 60" x 47")
• Unwind and Rewind Stations Separated (LWH =36" x 65" x42" 3)
• Oven + Power Distribution (LWH = 144" x 48" x 51")

2021 Faustel R2R Chemical Development System, 3- Bath System, Includes Unwind, Baths and Rewind

2021 Faustel R2R Liftoff System, 2 Bath System, Includes Unwind, Baths and Rewind

20 x 40 State of the Art Clean Room

2013 Bell & Gossett Heat Exchanger,

2021 Leybold Dryvac DV 200 PFPE with Leybold RUVAC WH700 PFPE

Keyence VHX-770E Digital Microscope

2020 ATW-12 Semi Auto Wafer Taper

SA Systematic Automation Inc, Dymax Ultra Light, Advanced Ultraviolet System

Baxter Vacuum Oven MD DP-61

Hitachi Scanning Electron Microscope, MD S-4500

CEE Coating System

(3) Labconco, Chemical Fume Hoods

Epilog, Fusion Edge Laser Cutter

WAFAB, Water Processing System,

**Misc Equipment**
Fume Hoods, Laser Test Systems, 3D Printers, AeroTrak Partical Counter, Laser Roll Alignment System RollCheck, Kiprim DC31OS Variable Power Supplies, Nikon Microscopes, Scales, Asset's Meters and Testers, NEXUS Optical Tables, Newport RS3000 Optical Table with Air Legs, CW Chillers, Centrifuges, Large Qty of Supplies Including Film, General Lab supplies, Large QTY of Spare Machine Parts,  Plus So much more

**Facilities Equipment**
2021 KAISHAN, KRDS 60 HP Screw Air Compressor, 2021 ZEKS Air Dryer, 2011 Compair Air Compressor, 2008 Airtech Air Compressor, Air Holding Tanks, Large QTY of Flammable, Acid and Corrosive Cabinets, Work Benches and Lab Benches, Storage Racks, SS Rolling Metro Racks, Liquid Pumps, Tool Cabinets, and So Much More

**Office Equipment**
Conference Rooms, Desks and Chairs, Breakroom Equipment and supplies, Monitors, Laptop and Desktop Computers, Servers, Lobby Furniture, TV'S, Printers, Storage Cabinets, Lockers

All Meta Materials Patents will be offered at Auction, Each Patent Lot will be sold by Business Unit, Buyers are Responsible for doing there own due diligence as to the Status of each Patent.

**Lot 1000 – Pleasanton Related IP – Applications – Excluding Roll to Roll Related IP**
**Lot 1001 – Pleasanton Related Ip for Roll to Roll Machinery**
**Lot 1002 – Oxford Related IP**
**Lot 1003 – Medical tech Related IP (London and Athens)**
**Lot 1004 – Maryland Relted IP for Imaging Tech**
***** IMPORTANT SPECIAL REMOVAL TERMS FOR SPECIFIC LOTS (70, 74, 92, 94, 95,

96, 109, 111, 114, 116, 118, 119, 120, 222, 226):
THESE LOTS MUST BE REMOVAL BY THE FOLLOWING RIGGER ONLY. ALL COSTS ASSOCIATED WITH REMOVAL IS THE SOLE RESPONSIBILITY OF THE BUYER.
HIGH BUILDERS INC.
Derrick High
925-605-8738
derrick@high5builders.com

In Conjunction with



## AUCTION PHOTOS





## 🚢 LOGISTICS

- - All buyers are responsible for the items purchased at the auction.
  - It is your responsibility and the responsibility of your shipping agent to coordinate removal procedures and schedules with the equipment.
  - All the equipment must be paid for in full before a release will be given for the removal of the equipment.
  - If there are any questions or errors regarding the equipment, you must contact the auctioneer prior to removing the equipment. Once the equipment is removed, you assume all responsibilities.

Below is a list of companies that can assist you with shipping. Please contact them directly for scheduling and pricing. These shipping company names are provided for your convenience. You are not required to use these companies.

**Pack & Ship:**
- Craters and Freighters – Tel: 800.736.3335
- Navis Pack & Ship – Tel: 800.344.3528 for locations

**Freight & Load:**

- Freight Logistics – Tel: 800-575-3346 Chad Cadwell x203, Jeff Gruidel x204. Online quotes: www.freightlogisticsinc.com
- MoveIt Companies – Chad McDermott • Tel: 800.831.0030 x17
- Nationwide Equipment Transportation, Inc – Tel: 866.922.8855

## ⓘ TERMS & CONDITIONS

Terms of Sale are summarized below. Please review and bid accordingly.
**Please click here for the complete Terms and Conditions of Sale**

- An 18% Buyer's Premium will be added to your bids
- ONLINE: Bidders must register by clicking on the Register Now button for this auction. Online bidding requires a credit card validation. NO ONE WILL BE APPROVED WITHOUT A CREDIT CARD VALIDATION. Failure to do so will preclude participation in the auction. All credit card authorizations will place a 3-7 day hold on funds with your credit card company.
- Accepted forms of payment: CASHIER'S CHECK, WIRE TRANSFER ONLY OR CREDIT CARD (subject to a 4% processing fee). • NO PERSONAL CHECKS.
- All invoices must be PAID IN FULL by close of business the day following auction completion.
- Final payments must be made in one of the Acceptable Payment forms. Unless alternative arrangements have been acknowledged and accepted within 48 hours of the conclusion of the Sale, Online Buyers hereby authorize Auctioneer to process the payment for the balance of their purchased Items using the credit card provided. Buyers paying by credit card hereby waive their rights to chargeback.
- REMOVAL: Will be announced at time of the auction. Please listen to opening announcements. Buyer's are solely responsible for arranging for and paying for all shipments from the auction site. Items are purchased Where-Is and the auction company is not responsible for arranging Shipments whatsoever. Email us with any questions or concerns specific to each event.
- All items are sold AS-IS, WHERE-IS. All sales are final – NO REFUNDS, RETURNS OR EXCHANGES
- Local sales tax will apply. To claim exemption, fax your valid, LOCAL and SIGNED resale certificate to 818-459-6985, or Email us. Reference your USER ID/BIDDER NUMBER on the fax.
- If you are claiming exemption, you may deduct sales tax from your payment, exemption • documents must be provided when items are removed. Exemption claims will not be considered • once payment has been made and items have been removed.
- If you are hiring a Common Carrier for Out-of-state shipments, those shipments are exempt from tax if shipped directly from the auction site and a BILL OF LADING is provided.
- Questions? Contact Us


© 2023 CA Global Partners Inc. | Empowered by **Bidpath**