# EXHIBIT B

# EXHIBIT B

Case 24-50792-hlb    Doc 2002-2    Entered 06/04/25 16:54:17    Page 2 of 10
cagp.com/admin/manage-invoices/print/id/2518



CA Global Partners
2637 Townsgate Road, Suite 300
Westlake Village, CA 91361
+1 818 340 3134
www.cagp.com

## Billing Information:

Bidder #2003
Panasonic
Ragip Pala
205 Ravendale Dr
Mountain View, California 94043
United States
+1 650-704-7879
ragip.pala@us.panasonic.com

**Invoice # 454**

Sale: META Material Technologies Inc (1083)
Sale date: 03/04/2025
Invoice date: 03/04/2025
Status: Pending

Balance Due:$245,684.62

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 768310 | VMR 10" x 10" ALUMINUM HOT PLATE STIRRER 120V PN: 97042-762 (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 2 | 768260 | VMR 10" x 10" HOTPLATE 120V (LOCATION: SUITE 51) | | $150.00 | 18.15 (10.25%) | $27.00 | $177.00 |
| 4 | 768263 | ANALYTICAL BALANCE HIGH PRECISION ELECTRONIC BALANCE MODEL: FA2204 (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 5 | 768504 | METTLER TOLEDO ANALYTICAL BALANCE MODEL: ME204TE (LOCATION: SUITE 51) | | $300.00 | 36.29 (10.25%) | $54.00 | $354.00 |
| 7 | 768264 | FOUR E'S SCIENTIFIC 5" LED DIGITAL MAGNETIC HOTPLATE STIRRER MODEL: MI0102003V11 (LOCATION: SUITE 51) | | $60.00 | 7.26 (10.25%) | $10.80 | $70.80 |
| 8 | 768298 | ONILAB 5" LED DIGITAL HOTPLATE MODEL: MS-H280-PRO (LOCATION: SUITE 51) | | $60.00 | 7.26 (10.25%) | $10.80 | $70.80 |
| 10 | 768270 | LOT OF (2) ASSTD STIRRERS: (1) FISHERBRAND MODEL: FS RT BASIC STIRRER & (1) ONILAB ECO STIR CAT NO: 8050194000 (LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 13 | 768299 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | | $275.00 | 33.26 (10.25%) | $49.50 | $324.50 |
| 14 | 768514 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | | $300.00 | 36.29 (10.25%) | $54.00 | $354.00 |
| 15 | 768509 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-80-13 (LOCATION: SUITE 51) | | $350.00 | 42.34 (10.25%) | $63.00 | $413.00 |
| 16 | 768492 | KEITHLEY INSTRUMENTS POWER SUPPLY MODEL: 2260B-30-36 (LOCATION: SUITE 51) | | $375.00 | 45.36 (10.25%) | $67.50 | $442.50 |
| 17 | 768515 | ANALYTIKJENA UVP BLAK-RAY B-100AP LAMP PN: 95-0127-01 (LOCATION: SUITE 51) | | $300.00 | 36.29 (10.25%) | $54.00 | $354.00 |
| 18 | 768305 | VIVO HOME 1 STAGE VACUUM PUMP 1/3 HP MODEL: VP-135, VOLTAGE 110V-60HZ WITH GAUGE SET KIT & HALOGEN LEAK DETECTOR MODEL: WJL-6000 (LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 23 | 768300 | ULTILE PRECISION GLASS CUTTER MODEL: FU-300 (LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 27 | 768488 | H-SQUARE PORTABLE VACUUM WAND MODEL: FWTTA1 W/ ROCKER VACUUM PUMP MODEL: ROCKER 300C (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 44 | 768309 | EXTECH 4- CHANNEL THERMOMETER/DATALOGGER MODEL: SDL200 (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 45 | 768329 | EXTECH 4- CHANNEL THERMOMETER/DATALOGGER MODEL: SDL200 (LOCATION: SUITE 51) | | $175.00 | 21.17 (10.25%) | $31.50 | $206.50 |
| 51 | 768342 | HEWLETT PACKARD ESG SERIES SIGNAL GENERATOR MODEL: E4400B (LOCATION: SUITE 51) | | $325.00 | 39.31 (10.25%) | $58.50 | $383.50 |
| 52 | 768485 | TANTEC EST- ELECTRICAL SURFACE TREATMENT HF SPOT TEC MODEL: D-71299 (LOCATION: SUITE 51) | | $350.00 | 42.34 (10.25%) | $63.00 | $413.00 |
| 53 | 768528 | CEE PROGRAMMABLE HOT PLATE MODEL: 1300X (LOCATION: SUITE 51) | | $3,000.00 | 362.85 (10.25%) | $540.00 | $3,540.00 |
| 61 | 768580 | NIKON MICROSCOPE MODEL: OPTIPHOT-300 WITH INFINITY 2 MICROSCOPY CAMERA MODEL: INFINITY2-2C, NIKON 14"x10" STAGE MODEL: 61147 & NIKON CFN 10x/12 LENS MODEL: 351564 WITH MICROSCOPE SOFTWARE AND HP LAPTOP (LOCATION: SUITE 51) | | $900.00 | 108.86 (10.25%) | $162.00 | $1,062.00 |
| 62 | 768347 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | | $550.00 | 66.53 (10.25%) | $99.00 | $649.00 |
| 64 | 768351 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | | $500.00 | 60.48 (10.25%) | $90.00 | $590.00 |
| 65 | 768530 | Linear Motion System with ZD 6N56-015 Stepper Motor, Linear Rail Guide (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 66 | 768526 | IDS PRINTER MODEL: NANOJET WITH INDUSTRIAL THERMOLYSIS WATER COOLED CHILLER MODEL: CW-3000 (LOCATION: SUITE 51) | | $450.00 | 54.43 (10.25%) | $81.00 | $531.00 |
| 67 | 768360 | LOT OF (2) CLEATECH PORTABLE ISOLATION GLOVE BOXES MODEL: C2100-2-D15 WITH (2) CLEATECH AUTOMATIC PURGE CONTROL SYSTEMS OXYGEN ANALYZERS MODEL: A21-HM-OA (LOCATION: SUITE 51) | | $550.00 | 66.53 (10.25%) | $99.00 | $649.00 |
| 68 | 768355 | PARKER BALSTON NITROGEN GENERATION SYSTEM MODEL: HFX-1 (LOCATION: SUITE 51) | | $200.00 | 24.19 (10.25%) | $36.00 | $236.00 |
| 69 | 768521 | MEMMERT VACUUM DRYING OVEN TYPE: V049 WITH MEMMERT TYPE: PMP49 (LOCATION: SUITE 51) | | $550.00 | 66.53 (10.25%) | $99.00 | $649.00 |
| 71 | 768540 | LAURELL TECH CORP SPIN COATER MODEL: WS-650HZ-8NPPB WITH TRANSMITTER MODULE AND GAST COMPRESSOR MODEL: 0523-545Q-G588NDX (LOCATION: SUITE 51) | | $625.00 | 75.59 (10.25%) | $112.50 | $737.50 |
| 72 | 768517 | LOT OF ASSTD LAB SUPPLIES: GLASS BEAKERS, GLASS BOTTLES, GLASS TRAYS, PLASTIC BOTTLES, PLASTIC TUBES, SINGLE CHANNEL PIPETTORS & SYRINGES (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 73 | 768356 | LOT OF (2) TRANSPARENT VACUUM DESICCATORS (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 74 | 768368 | LABCONCO CHEMICAL FUME HOOD PREMIER CAT NO: 10060000010814 APPROX: 6' x 32" x 5' WITH (2) LABCONCO PROTECTOR BASE CABINETS CAT NO: 9900100 (LOCATION: SUITE 51) PLEASE NOTE SPECIAL REMOVAL REQUIREMENTS FOR THIS LOTS: High Deck Builders, Derrick High, 925-605-8738, derrick@high5builders.com | | $3,500.00 | 423.33 (10.25%) | $630.00 | $4,130.00 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 75 | 768534 | LOT OF (3) ZABER ULTRA PRECISION LINEAR MOTOR STAGES WITH BUILT IN CONTROLLERS AND ECODERS PN: X-LDM060C-AE54D12 WITH (1) ZABER HIGH PRECISION MOTORIZED ROTARY STAGES WITH BUILT IN CONTROLLERS AND DIRECT ENCODERS PN: X-RST120AK-DE50 WITH (1) ZABER ULTRA PRECISION VERTICAL STAGES WITH BUILT IN CONTROLLERS PN: X-LDM0660C-AE54ZJ1D1 WITH (1) ZABER PN: X-LDM060C-AE54D12, WITH THOR LABS CM1-BP145B1, THORLABS CP42 THREAD HEAD, THORLABS CP33 NEWPORT 818-SL WITH (1) STANFORD RESEARCH SYSTEMS LOW NOISE CURRENT PREAMPLIFIER MODEL: SR570, (1) STANDFORD RESEARCH SYSTEMS CHOPPER CONTROLLER MODEL: SR540, (1) STANFORD RESEARCH SYSTEMS LOCK IN AMPLIFIER MODEL: SR830 WITH DELL OPTIPLEX 9020 COMPUTER , MONITOR AND ULINE CABINETS WITH ASSTD PARTS: THORLABS LENS, ELP USB CAMERA, THORLABS KS1CE, ELECTRICAL TESTING WIRES, (LOCATION: SUITE 51) | | $12,000.00 | 1,451.40 (10.25%) | $2,160.00 | $14,160.00 |
| 76 | 768541 | LOT OF (2) THOR LABS OPTICAL POWER METER DIGITAL 4" LCD MODEL: PM100D (LOCATION: SUITE 51) | | $900.00 | 108.86 (10.25%) | $162.00 | $1,062.00 |
| 79 | 768274 | LINSHANG SPECTRUM TRANSMISSION METER MODEL: LS108H (LOCATION: SUITE 51) | | $200.00 | 24.19 (10.25%) | $36.00 | $236.00 |
| 80 | 768518 | NKT PHOTONICS LLTF CONTRAST PN: SR-VIS-HP8 WITH NKT PHOTONICS SUPERK EVO SUPERCONTINUUM WHITE LIGHT LASER EUL-10 COLLIMATED PN: S181-103-000 (LOCATION: SUITE 51) | | $950.00 | 114.91 (10.25%) | $171.00 | $1,121.00 |
| 81 | 768471 | NEWPORT RS3000 SEALED HOLE TABLE TOP WITH TUNED DAMPING WITH NEWPORT STABILIZER HIGH PERFORMANCE LAMINAR FLOW ISOLATOR I-2000 SERIES APPROX: 8' x 59" x 35" WITH MOBILE OVERHEARD SHELVES WITH FRAME (LOCATION: SUITE 51) | | $4,500.00 | 544.28 (10.25%) | $810.00 | $5,310.00 |
| 82 | 768508 | WOOD DISPLAY WITH POWER CIRCUITS LED LIGHTS (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 82A | 768357 | CUSTOM DARK ROOM WITH PIPE AND CLOTHS (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 84 | 768384 | THOR LABS SCIENCE DESK FRAME PN: SDR90120 APPROX: 43" x 54" x 30" WITH THOR LABS NEXUS BREADBOARD MODEL: B3648F APPROX: 36" x 48" x 2.4" (LOCATION: SUITE 51) | | $500.00 | 60.48 (10.25%) | $90.00 | $590.00 |
| 86 | 768525 | NEWAIR 6.7 CU FT CHEST FREEZER MODEL: NFT070GA00 (LOCATION: SUITE 51) | | $300.00 | 36.29 (10.25%) | $54.00 | $354.00 |
| 88 | 768533 | DIMATIX MATERIALS PRINTER DMP-2800 SERIES MODEL: DMP-2831 WITH DELL COMPUTER AND DURASTEEL TABLE MODEL: SS-DR3030-18Z ON CASTERS APPROX: 30" x 30" x 34" (LOCATION: SUITE 51) | | $3,000.00 | 362.85 (10.25%) | $540.00 | $3,540.00 |
| 90 | 768523 | JASCO AUTOMATED MEASUREMNET REFLECTANCE AND TRANSMITTANCE MEASUREMNET MODEL: ARMN-920, SN: A000161879, POWER: AC 115C, PROJECT: CLASS 1 WITH JASCO SPECTROPHOTOMETER MODEL: V-770, SN: A016561801, POWER: AC100V-240V, PROJECT: CLASS 1 WITH DELL OPTIPLEX 3040 COMPUTER & DELL MONITOR (LOCATION: SUITE 51) | | $4,000.00 | 483.80 (10.25%) | $720.00 | $4,720.00 |
| 94 | 768532 | WAFAB INTERNATIONAL WET BENCH VALULINE ENCLOSED MODEL: 48" FRONT ACCESS WPP WET BENCH, SN: 13989-01, 120VAC, 1 PH, APPROX: 48" W x 34" D x 75" H WITH SIDE CONTROLLER (LOCATION: SUITE 51) PLEASE NOTE SPECIAL REMOVAL REQUIREMENTS FOR THIS LOTS: High Deck Builders, Derrick High, 925-605-8738, derrick@high5builders.com | | $325.00 | 39.31 (10.25%) | $58.50 | $383.50 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 96 | 768519 | 2021 C&D SYSTEMS SMART PRO 9000 LIFTOFF SYSTEM 200MM/P9000 VERSION, MODEL: P9000, SN: 14311/03052021, 280VAC, 3-PHASE, 60HZ, 15A WITH JULABO REFRIGERATED/ HEATING CIRCULATOR 600F MODEL: 600F WITH JULABO MODEL: DYNEO DD & (2) STAINLESS STEEL PRESSURE VESSELS (LOCATION: SUITE 51) PLEASE NOTE SPECIAL REMOVAL REQUIREMENTS FOR THIS LOTS: High Deck Builders, Derrick High, 925-605-8738, derrick@high5builders.com | | $35,000.00 | 4,233.25 (10.25%) | $6,300.00 | $41,300.00 |
| 97 | 768483 | CLEAN AIR PRODUCTS INDUSTRIAL STEEL CABINET WITH GLASS DOORS MODEL: CAP19S-SST-5DR-SGL-24WX10HX24D-6-5/8B APPROX: 27" x 25" x 64" (LOCATION: SUITE 51) | | $275.00 | 33.26 (10.25%) | $49.50 | $324.50 |
| 98 | 768538 | 2022 EPILOG LASER FUSION EDGE MODEL: 17000 LASER SYSTEM, SN: 17000-22042862424, DOM: NOVEMBER 2022, CLASS 2 LASER PEODUCT WITH LENOVO YOGA LAPTOP (LOCATION: SUITE 51) | | $4,750.00 | 574.52 (10.25%) | $855.00 | $5,605.00 |
| 104 | 768578 | BYK TRANSPARENCY & HAZE METER HAZE GUARD I CAT NO: 4775, SN:1202783 (LOCATION: SUITE 51) | | $6,000.00 | 725.70 (10.25%) | $1,080.00 | $7,080.00 |
| 105 | 768404 | KEYENCE DIGITAL MICROSCOPE MODEL: VHX-7100 WITH KEYENCE LARGE FREE ANGLE OBSERVATION SYSTEM MODEL: VHX-S770E, WITH KEYENCE VHX DIGITAL VHX-7000 & KEYENCE MICROSCOPE CONTROLLER VHX-A70E (LOCATION: SUITE 51) | | $15,000.00 | 1,814.25 (10.25%) | $2,700.00 | $17,700.00 |
| 106 | 768579 | 2023 SURAGUS EDDYCUS TF MAP 5050SR NON CONTACT SHEET RESISTANCE IMAGING DEVICE TESTER ITEM NO: SURA-DD-215, SN: MP5050-210092, YEAR: 2023/04 (LOCATION: SUITE 51) | | $6,000.00 | 725.70 (10.25%) | $1,080.00 | $7,080.00 |
| 107 | 768543 | SHANGHAI AMSEMI SEMI AUTO WAFER TAPER LAMINATOR MODEL: ATW-12, DATE: 2020-12, (LOCATION: SUITE 51) | | $1,500.00 | 181.43 (10.25%) | $270.00 | $1,770.00 |
| 110 | 768470 | LAURELL TECHNOLOGIES SPIN COATER MODEL: WS-650HZ-15NPPB/IND WITH ENCLOSURE APPROX: 36" x 29" x 74" & ASSTD PARTS (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 111 | 768556 | SUSS MICROTEC CT2000 RML2 PROJECT NO: C. 3001098A01, SN: 1001 WITH INDUSTRIAL CHILLER CW-5200 (LOCATION: SUITE 51) PLEASE NOTE SPECIAL REMOVAL REQUIREMENTS FOR THIS LOTS: High Deck Builders, Derrick High, 925-605-8738, derrick@high5builders.com | | $3,750.00 | 453.57 (10.25%) | $675.00 | $4,425.00 |
| 112 | 768416 | CLEAN AIR PRODUCTS INDUSTRIAL STEEL CABINET WITH GLASS DOORS MODEL: CAP19S-SST-4DR-24X18X24D-6-5/8B APPROX: 27" x 25" x 84" (LOCATION: SUITE 51) | | $300.00 | 36.29 (10.25%) | $54.00 | $354.00 |
| 117 | 768276 | NORLAKE SCIENTIFIC REFRIGERATOR MODEL: ER201WWW/0 (LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 121 | 768419 | LOT OF TEKRA FILM ROLLS: (12) 519-33-931-R 1126 6" , (10) 519-33-931-R 1125 & (13) ASSTD WITH WIRE RACK (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 124 | 768494 | LOT OF (60) ASSTD WAFER CASSETE CARRIERS WITH WIRE RACK (LOCATION: SUITE 51) | | $375.00 | 45.36 (10.25%) | $67.50 | $442.50 |
| 128 | 768278 | LOT OF (15) ASSTD TUBES (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 130 | 768555 | LOT OF ASSTD GLASS TRAYS & STAINLESS STEEL TRAYS WITH WIRE RACK (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 132 | 768512 | LOT OF ASSTD SUPPLIES: SHOE COVERS, MASK COVERS, CLEANEOOM LAB COATS, GLOVES & HAIR NETS WITH (1) WIRE RACK & (2) RACKS (LOCATION: SUITE 51) | | $400.00 | 48.38 (10.25%) | $72.00 | $472.00 |
| 133 | 768429 | LOT OF ASSTD TAPE, YELLOW FILM, SYRINGES & (2) WIRE RACKS (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 135 | 768282 | LOT OF ASSTD WAFER CARRIERS APPROX: 300 (LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 136 | 768472 | LOT OF ASSTD WAFER CARRIERS & PETRI DISHES (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 138 | 768435 | LOT OF PYRAMID FOAM NOISE PANELS (LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 139 | 768434 | ULINE UNIVERSAL MOBILE SPILL KIT (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 140 | 768437 | ULINE UNIVERSAL MOBILE SPILL KIT (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 142 | 768438 | ULINE UNIVERSAL MOBILE SPILL KIT (LOCATION: SUITE 51) | | $125.00 | 15.12 (10.25%) | $22.50 | $147.50 |
| 146 | 768284 | LOT OF (2) LASKO BLOWERS & ASSTD FANS(LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 148 | 768474 | SONOPLOT MICROPLOTTER PROTO FLUID DISPENSING SYSTEM MODEL: MICROPLOTTER PROTO SN: PR0031, DATE: 09/14/2021 WITH MAC MODEL: A2438(LOCATION: SUITE 51) | | $1,100.00 | 133.05 (10.25%) | $198.00 | $1,298.00 |
| 152 | 768444 | JUSTRITE SURE GRIP EX FLAMMABLE LIQUID STORAGE CABINET 60GAL CAPACITY(LOCATION: SUITE 51) | | $200.00 | 24.19 (10.25%) | $36.00 | $236.00 |
| 154 | 768446 | JUSTRITE SURE GRIP EX ACID AND CORROSIVE STORAGE CABINET 60GAL CAPACITY(LOCATION: SUITE 51) | | $175.00 | 21.17 (10.25%) | $31.50 | $206.50 |
| 159 | 768447 | HUSKY FREE STANDING GARAGE CABINET(LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 161 | 768549 | ULINE STORAGE CABINET WITH ASSTD CONTENTS (LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 162 | 768475 | ULINE STORAGE CABINET WITH ASSTD CONTENTS(LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 163 | 768552 | ULINE STORAGE CABINET WITH ASSTD CONTENTS(LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 164 | 768448 | BLACK ULINE STORAGE CABINET WITH ASSTD CONTENTS(LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 165 | 768288 | ULINE STORAGE CABINET(LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 166 | 768548 | ULINE STORAGE CABINET(LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 169 | 768290 | STAINLESS STEEL TABLE APPROX: 72" x 30" x 34" (LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 170 | 768289 | STAINLESS STEEL TABLE APPROX: 48" x 30" x 30" (LOCATION: SUITE 51) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 172 | 768477 | STAINLESS STEEL TABLE APPROX: 48" x 30" x 30"(LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 173 | 768451 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 174 | 768452 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 175 | 768550 | STAINLESS STEEL TABLE APPROX: 47" x 29" x 35" (LOCATION: SUITE 51) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 177 | 768291 | DURASTEEL STAINLESS STEEL TABLE APPROX: 36" x 30" x 34(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 180 | 768467 | LOT OF (2) WIRE RACKS(LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 182 | 768453 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" (LOCATION: SUITE 51) | | $175.00 | 21.17 (10.25%) | $31.50 | $206.50 |
| 184 | 768293 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" (DELAYED PICK UP- BUYER WILL BE NOTIFIED)(LOCATION: SUITE 51) | | $150.00 | 18.15 (10.25%) | $27.00 | $177.00 |
| 185 | 768454 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 72" x 36" x 34" (DELAYED PICK UP- BUYER WILL BE NOTIFIED)(LOCATION: SUITE 51) | | $200.00 | 24.19 (10.25%) | $36.00 | $236.00 |
| 186 | 768455 | BENCH TEK SOLUTIONS WORKBENCH APPROX: 48" x 30" x 31" (DELAYED PICK UP- BUYER WILL BE NOTIFIED) (LOCATION: SUITE 51) | | $60.00 | 7.26 (10.25%) | $10.80 | $70.80 |
| 196 | 768462 | HUSKY ADJUSTABLE WORKBENCH WITH WOOD TOP APPROX: 96" x 24" (DELAYED PICK UP - BUYER WILL BE NOTIFIED) (LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 198 | 768461 | HUSKY ADJUSTABLE WORKBENCH WITH WOOD TOP APPROX: 96" x 24" (DELAYED PICK UP - BUYER WILL BE NOTIFIED) (LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 199 | 768460 | HUSKY HEAVY DUTY BLACK 5 DRAWER TOOL CHEST WITH WOOD TOP APPROX: 28" x 21" x 33"(LOCATION: SUITE 51) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 200 | 768566 | LOT OF ASSTD PLASTIC BINS, CONTAINERS, TRASH BINS & (4) SHELVING RACKS & (3) WIRE RACKS(LOCATION: SUITE 51) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 203 | 768303 | LOT OF (2) JUSTRITE OILY WASTE CAN MODEL: 09300 RED 10 GALLON CAPACITY(LOCATION: SUITE 51) | | $5.00 | 0.60 (10.25%) | $0.90 | $5.90 |
| 204 | 768306 | LOT OF (2) JUSTRITE OILY WASTE CAN MODEL: 09300 RED 10 GALLON CAPACITY & (1) RED TRASH CAN(LOCATION: SUITE 51) | | $5.00 | 0.60 (10.25%) | $0.90 | $5.90 |
| 207 | 768308 | LOT OF (5) GLASS(LOCATION: SUITE 51) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 208 | 768458 | LOT OF (2) ASSTD STOOLS: (1) INTERION KHG 20 & (1) ULINE H-3732(LOCATION: SUITE 51) | | $20.00 | 2.42 (10.25%) | $3.60 | $23.60 |
| 209 | 768459 | LOT OF (2) ASSTD BEVCO STOOLS (LOCATION: SUITE 51) | | $30.00 | 3.63 (10.25%) | $5.40 | $35.40 |
| 213 | 768266 | MOBILE MAGNATAG DRY ERASE WHITE BOARD APPROX: 120" x 50" (LOCATION: SUITE 51) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 226 | 768510 | 2021 FERROTEC/TEMESCAL DEPOSITION SYSTEM MODEL: FC-2800/200MM INCLUDES: 9600 CTI CRYO COMPRESSOR & STAND ALONE MECH PUMP(LOCATION: SUITE 52) PLEASE NOTE SPECIAL REMOVAL REQUIREMENTS FOR THIS LOTS: High Deck Builders, Derrick High, 925-605-8738, derrick@high5builders.com | | $50,000.00 | 6,047.50 (10.25%) | $9,000.00 | $59,000.00 |
| 234 | 768335 | S&A INDUSTRIAL CHILLER MODEL: CW-5200(LOCATION: SUITE 52) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 238 | 768424 | LOT OF ASSTD G&E UHV CLEAN COMPONENTS: SHIELD GUIDE SHAFT, SHIELD SEALING RING,SHIELD FRONT DOOR SHIELD BOTTOM, SHIELD GATE VALVE VIEW PORT: PN: 0628-5134, 0628-5074, 0626-9474-1, 0628-2394 WITH ASSTD PARTS(LOCATION: SUITE 52) | | $50.00 | 6.05 (10.25%) | $9.00 | $59.00 |
| 248 | 768572 | JUSTRITE SURE GRIP EX ACID AND CORROSIVE STORAGE CABINET 22GAL CAPACITY PN: 892322(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 251 | 768358 | PRO STAR PLATINUM REGULATOR MODEL: PRS401233(LOCATION: SUITE 52) | | $30.00 | 3.63 (10.25%) | $5.40 | $35.40 |
| 252 | 768359 | PRO STAR PLATINUM REGULATOR MODEL: PRS401233(LOCATION: SUITE 52) | | $30.00 | 3.63 (10.25%) | $5.40 | $35.40 |
| 262 | 768427 | LOT OF (3) ULINE BLACK CRATES MODEL: H-2093BL APPROX: 32" x 30" x 25" (LOCATION: SUITE 37) | | $150.00 | 18.15 (10.25%) | $27.00 | $177.00 |
| 264 | 768431 | TITAN WORKSTATION COMPUTER SN: T-20201291 WITH MINUTE MAN BACK UP POWER(LOCATION: SUITE 37) | | $600.00 | 72.57 (10.25%) | $108.00 | $708.00 |
| 265 | 768430 | TITAN WORKSTATION COMPUTER SN: T-20214195 WITH CYBER POWER BACK UP(LOCATION: SUITE 37) | | $2,500.00 | 302.38 (10.25%) | $450.00 | $2,950.00 |
| 266 | 768432 | TITAN WORKSTATION COMPUTER T-20201295 WITH CYBER POWER BACK UP(LOCATION: SUITE 37) | | $1,250.00 | 151.19 (10.25%) | $225.00 | $1,475.00 |
| 269 | 768371 | LENOVO P1 GEN 3 THINKPAD CORE I7 10750H, 2.60GHZ, 32GB RAM, 1TB HD, WINDOWS 10 PRO(LOCATION: SUITE 52) | | $325.00 | 39.31 (10.25%) | $58.50 | $383.50 |
| 270 | 768373 | LENOVO P15S GEN 2 THINKPAD 11TH GEN CORE I7-1165G7, 2.80GHZ, 32GB RAM, 1TB HD, WINDOWS 10 PRO(LOCATION: SUITE 52) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 274 | 768574 | LENOVO X3 GEN 1 THINKPAD AMD RYZEN 7 PRO 4750U W/ RADEON GRAPHICS, 1.70GHZ, 16GB RAM, 1TB HD, WINDOWS 10 PRO(LOCATION: SUITE 52) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 275 | 768377 | LENOVO X13 THINKPAD AMD RYZEN 7 PRO 4750U W/RADEON GRAPHICS, 1.70GHZ, 16GB RAM, 1TB HD, WINDOWS 10 PRO(LOCATION: SUITE 52) | | $100.00 | 12.10 (10.25%) | $18.00 | $118.00 |
| 284 | 768385 | LOT OF ASSTD: (4) LOCKED LAPTOPS, KEYBOARDS, COMPUTERS, DOCKING STATIONS & CABLES(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 285 | 768387 | LOT OF (1) DYMO LABEL WRITER 450 TWIN TURBO & (1) BROTHER LABEL PRINTER MODEL: QL-700(LOCATION: SUITE 52) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 286 | 768386 | METTLER TOLEDO SCALE MODEL: PS60(LOCATION: SUITE 52) | | $90.00 | 10.89 (10.25%) | $16.20 | $106.20 |
| 298 | 768479 | LOT OF (2) ASSTD VIEWSONIC MONITORS WITH ARM MOUNTS(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 300 | 768399 | LOT OF (3) ASSTD 27" VIEW SONIC MONITORS(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 301 | 768397 | LOT OF (3) ASSTD 27" VIEW SONIC MONITORS(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 302 | 768398 | LOT OF (2) ASSTD 27" VIEW SONIC MONITORS(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 305 | 768402 | LOT OF (3) ASSTD VIEWSONIC MONITORS(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 314 | 768413 | WERNER 8FT LADDER MODEL: 6208(LOCATION: SUITE 52) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 316 | 768415 | ULINE PALLET JACK MODEL: H-1782 (LOCATION: SUITE 52) | | $175.00 | 21.17 (10.25%) | $31.50 | $206.50 |
| 317 | 768410 | LOT OF (1) SINGLE CYLINDER HAND TRUCK & (1) MAGLINER HAND TRUCK (LOCATION: SUITE 52) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 319 | 768480 | LOT OF (2) LUXOR UTILITY CARTS (LOCATION: SUITE 52) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 337 | 768657 | SAMSUNG 82" SMART TV MODEL: QN82Q60TAF WITH WALL MOUNT (TV MOUNTED ON WALL- BUYER MUST BRING TV DOWN)(LOCATION: SUITE 37) | | $225.00 | 27.21 (10.25%) | $40.50 | $265.50 |

| Lot # | Item # | Item Name | Inventory Number | Hammer price | Sales Tax | Buyer's premium | Subtotal |
|---|---|---|---|---|---|---|---|
| 357 | 768618 | LOT OF (3) ASSTD STOOLS(LOCATION: SUITE 52) | | $40.00 | 4.84 (10.25%) | $7.20 | $47.20 |
| 369 | 768665 | LOT OF (2) OFFICE CHAIRS(LOCATION: SUITE 52) | | $75.00 | 9.07 (10.25%) | $13.50 | $88.50 |
| 372 | 768666 | 5 TIER SHELF(LOCATION: SUITE 52) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 381 | 768609 | ULINE STORAGE CABINET WITH ASSTD CONTENTS(LOCATION: SUITE 37) | | $25.00 | 3.02 (10.25%) | $4.50 | $29.50 |
| 387 | 768648 | DOUBLE SIDED WHITE BOARD APPROX: 71" x 47" WITH PORTABLE STAND(LOCATION: SUITE 37) | | $10.00 | 1.21 (10.25%) | $1.80 | $11.80 |
| 1001 | 768624 | PLEASANTON RELATED IP- APPLICATIONS - EXCLUDING ROLL TO ROLL RELATED IP | | $13,500.00 | 1,632.83 (10.25%) | $2,430.00 | $15,930.00 |

**Notes**

AUCTION EQUIPMENT LOCATION & REMOVAL:
5880 W. Las Positas Blvd, Suite 37, 51 and 52
Pleasanton, CA, 94588

Removal:
All hand-carry items must be removed by: Tuesday, April 8th.
All large items must be removed by: Friday, April 11th.

Hours: 9am - 4pm

Site Contact: Jose Bautista (562) 922-2146

***** IMPORTANT SPECIAL REMOVAL TERMS FOR SPECIFIC LOTS (70, 74, 92, 94, 95, 96, 109, 111, 114, 116, 118, 119, 120, 222, 226): THESE LOTS MUST BE REMOVAL BY THE FOLLOWING RIGGER ONLY. ALL COSTS ASSOCIATED WITH REMOVAL IS THE SOLE RESPONSIBILITY OF THE BUYER.

HIGH BUILDERS INC.
Derrick High
925-605-8738
derrick@high5builders.com


All items sold AS-IS, WHERE IS, without any warranty or representation whatsoever. Buyers must verify all counts & configurations prior to removal. Buyer must inform Third Party Shippers of removal terms. Absolutely no allowance made for claims or shortages once items have left the premises. All sales are final. NO REFUNDS, NO RETURNS, NO EXCHANGES.


All invoices must be paid in full by Friday, April 4th.

**Summary**

| | |
|---|---|
| Subtotal: | $222,843.00 |
| Shipping & Handling: | $0.00 |
| Sales Tax: | $22,841.62 |
| *TOTAL INVOICE:* | $245,684.62 |
| *Balance Due* | $245,684.62 |

PAYMENTS:

• Cash Onsite

• Cashier's Check made payable to CA Global Partners, Inc. – sent overnight to below address:
14900 W. Castille Way, Sylmar, CA 91342

• Major Credit Cards – Payments subject to 4% merchant fee.
Credit Card Payments NOT accepted at auction site.
Remote credit card payments require a credit card authorization form. https://www.cagp.com/wp-content/uploads/2023/12/Credit-Card-Authorization-Form-CAGP-3.pdf
Email completed and signed form to support@cagp.com

• Wire Transfer

Wire Transfer Instructions:
Citibank
4809 Commons Way
Calabasas, CA 91302

Beneficiary Name: CA Global Partners Incorporated
Beneficiary Account: 207 946 047
ABA/Routing #: 322271724
Reference your Bidder #

SALES TAX:
Sales Tax will NOT be refunded.

• Resellers claiming exemption must email signed and completed Resale Certificate to support@cagp.com.
https://www.cdtfa.ca.gov/formspubs/cdtfa230.pdf

• Out of State Buyers must present Bill of Lading provided by shipper to claim tax exemption.

Email our office immediately with any questions or problems regarding payment or removal support@cagp.com