# EXHIBIT C

# EXHIBIT C

## Schedule A

| Application Number | Patent Number |
|---|---|
| US 14/244803 | 9,244,356 |
| US 15/360884 | 10,395,461 |
| US 16/612375 | 11,524,478 |
| US 18/079,808 | |
| US 18/244196 | |
| US 17/443100 | |
| US 17/710696 | |
| US 18/376403 | |
| US 18/077989 | |
| US 63/434440 | |
| US 63/446738 | |
| US 63/437102 | |
| US 63/449118 | |