United States Bankruptcy Court
District of Nevada

In re:                                                                                                         Case No. 24-50792-hlb
META MATERIALS INC.                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-3                         User: admin                            Page 1 of 2
Date Rcvd: Jun 04, 2025             Form ID: ovpbk                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | DAVID D. BURNETT, SCHNEIDER WALLACE COTTRELL KONECKY LLP, 1050 30TH STREET NW, WASHINGTON, DC 20007-3822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025                      Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINA W. LOVATO | trusteelovato@att.net NV26@ecfcbis.com |
| JEFFREY L HARTMAN | on behalf of Trustee CHRISTINA W. LOVATO notices@bankruptcyreno.com abg@bankruptcyreno.com |
| KAYCEE ROYER | on behalf of Debtor META MATERIALS INC. kroyer@parsonsbehle.com docketphx@perkinscoie.com |
| LOUIS M BUBALA, III | on behalf of Creditor 350 ARBOR LLC lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com |
| LOUIS M BUBALA, III | on behalf of Creditor KP ARBOR LLC lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com |
| LOUIS M BUBALA, III | on behalf of Creditor WVP ARBOR LLC lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com |

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 04, 2025 | Form ID: ovpbk | Total Noticed: 1 |

LOUIS M BUBALA, III
    on behalf of Creditor HMH ARBOR  LLC lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

MATTHEW L. JOHNSON
    on behalf of Creditor Jonathan Edwards mjohnson@mjohnsonlaw.com
    annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON
    on behalf of Creditor David Chester mjohnson@mjohnsonlaw.com
    annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON
    on behalf of Creditor David Sokolove mjohnson@mjohnsonlaw.com
    annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL R. BRUNET
    on behalf of Creditor GEORGIOS PALIKARAS mbrunet@cooperlevenson.com

U.S. TRUSTEE - RN - 7
    USTPRegion17.RE.ECF@usdoj.gov

TOTAL: 12

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
META MATERIALS INC.

BK−24−50792−hlb  
CHAPTER 7

Debtor(s)

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by DAVID D. BURNETT is **GRANTED**.

Dated: 6/4/25

*Daniel S. Owens*  
Daniel S. Owens  
Clerk of Court