NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ginette Bowen

Telephone Number:

Cell: 519-614-3683

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JUN - 9 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>Wealthsimple Investments Inc.: ███P1K7CAD &<br>███MK07CAD | Check here if this Proof of Interest:<br>☑ replaces a previously filed Proof of Interest dated: __APRIL 22, 2024__<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Wealthsimple Investments Inc.<br>201-80 Spadina Avenue<br>Toronto, ON Canada - M5V 2J4<br>Telephone Number: (416) 595-7200 | 3. Date Equity Interest was acquired:<br>Dec 21, 2021 - Oct 6, 2023<br><br>**See attached documentation for more details** |
|---|---|

| 4. Total amount of member interest: 10,000 MMAT - $4,794.27<br>10,000 MMAX - $2,045.40 | 5. Certificate number(s): _____ |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR/SHAREHOLDER

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: GINETTE BOWEN
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

*Ginette Bowen* (Signature)     *June 6/25* (Date)

Telephone number: (519) 614-3683   email: ginette.bowen@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE:** 24-50792 — META MATERIALS, INC

**FOR:** Ginette Bowen

**MMAT HOLDINGS**

**BROKER:** Wealthsimple Investments Inc.

**ACCT #** ▇▇▇▇P1K7CAD & ▇▇▇▇MK07CAD

**TRANSACTIONS:**

| | | |
|---|---|---|
| **Dec 22, 2021,** Purchased MMAT 27 shares | $95.53 | |
| **Jan 19, 2022,** Purchased MMAT 36 shares | $93.83 | |
| **Jan 31, 2022,** Purchased MMAT 76 shares | $145.68 | |
| **Jan 31, 2022,** Purchased MMAT 2 shares | $3.83 | |
| **Feb 14, 2022,** Sold 29 MMAT shares | | $66.09 |
| **March 2, 2022,** Purchased MMAT 529 shares | $1,121.57 | |
| **May 23, 2022,** Sold 60 MMAT shares | | $147.44 |
| **May 5, 2023,** Purchased MMAX 3,704 shares | $982.67 | |
| **May 12, 2023,** Purchased MMAT 1,700 shares | $474.29 | |
| **May 19, 2023,** Purchased MMAX 139 shares | $44.48 | |
| **May 23, 2023,** Purchased MMAX 1292 shares | $413.44 | |
| **May 24, 2023,** Purchased MMAT 3,100 shares | $1,073.86 | |
| **May 26, 2023,** Purchased MMAX 1700 shares | $510.00 | |
| **May 27, 2023,** Purchased MMAT 2,100 shares | $496.43 | |
| **June 23, 2023,** Purchased MMAT 3,100 shares | $792.72 | |
| **June 27, 2023,** Purchased MMAT 2,100 shares | $496.43 | |
| **Oct 6, 2023,** Purchased MMAX 3 shares | $1.11 | |
| **Oct 23, 2023,** Purchased MMAX 71 shares | $12.78 | |
| **Oct 23, 2023,** Purchased MMAX 476 shares | $80.92 | |

TOTAL MMAT SHARES HELD PRE-REVERSE SPLIT: **10,000**

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$4,794.27**

TOTAL MMAX SHARES HELD PRE-REVERSE SPLIT: **10,000**

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$2,045.40**

**NOTE:** MMAT REVERSE SPLIT100:1 ON JANUARY 29, 2024

TOTAL MMAT SHARES HELD POST-REVERSE SPLIT: **100**

TOTAL MMAX SHARES HELD POST-REVERSE SPLIT: **105.5**

***See transaction documentation attached

**ORDER EXECUTION ONLY ACCOUNT**  1/4

# ShareOwner

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| ▇▇▇P1K7CAD | Ginette Bowen | 2022-01-01 - 2022-01-31 |

Ginette Bowen
▇▇▇▇▇▇▇▇▇▇▇
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $156.17 | 67.08 | $156.17 | 62.46 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $76.61 | 32.91 | $93.83 | 37.53 |
| Total Portfolio | $232.78 | 100.00 | $250.00 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.00 | Cash Paid In | Deposits | $250.00 | Contributions: | |
| Total Cash Paid In | $250.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $250.00 |
| Total Cash Paid Out | $93.83 | | Dividends | $0.00 | First 60 Days | $250.00 |
| Closing Cash Balance | $156.17 | | Interest | $0.00 | Rest of Year | $0.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $93.83 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2743 CAD) | | | | |
| Meta Materials Inc | MMAT | 36.0000 | 36.0000 | $1.67 USD | $76.61 | $93.83 |
| **Total** | | | | | $76.61 | $93.83 |

***Book Cost -** the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*





Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2022-01-19 | CONT | Contribution (executed at 2022-01-19) | $0.00 | $100.00 | 100.00 |
| 2022-01-21 | BUY | MMAT - Meta Materials Inc: Bought 36.0000 shares (executed at 2022-01-19),FX Rate: 1.2651 | $93.83 | $0.00 | 6.17 |
| 2022-01-31 | CONT | Contribution (executed at 2022-01-31) | $0.00 | $150.00 | 156.17 |

## Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|---|---|---|---|---|
| 2022-02-02 | BUY | MMAT - Meta Materials Inc: Bought 76.0000 shares (executed at 2022-01-31),FX Rate: 1.2951 | $145.68 | $0.00 |






### ORDER EXECUTION ONLY ACCOUNT
1/4

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| ████P1K7CAD | Ginette Bowen | 2022-02-01 - 2022-02-28 |

**201 - 80 Spadina Avenue**
**Toronto, ON, M5V 2J4**
**Phone: (416) 595-7200 Fax: (647) 245-1002**

Ginette Bowen
████████████
CA

#### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $6.63 | 0.34 | $6.63 | 0.36 |
| Canadian Equities | $1,152.77 | 59.43 | $1,140.83 | 62.79 |
| Foreign Equities | $780.00 | 40.21 | $669.27 | 36.83 |
| Total Portfolio | $1,939.40 | 100.00 | $1,816.73 | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $156.17 | Cash Paid In | Deposits | $1,566.73 | Contributions: |
| Total Cash Paid In | $1,566.73 | | Proceeds from sales | $0.00 | Contributions (year to date): $1,816.73 |
| Total Cash Paid Out | $1,716.27 | | Dividends | $0.00 | First 60 Days $1,816.73 |
| Closing Cash Balance | $6.63 | | Interest | $0.00 | Rest of Year $0.00 |
| | | | Other | $0.00 | |
| | | Cash Paid Out | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | $1,716.27 | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| Air Canada Inc. | AC | 2.0000 | 2.0000 | $23.95 CAD | $47.90 | $50.96 |
| Enbridge | ENB | 20.0000 | 20.0000 | $54.76 CAD | $1,095.20 | $1,079.90 |
| Evolve Canadian Banks and Lifecos Enhanced Yield Index Fund | BANK | 1.0000 | 1.0000 | $9.67 CAD | $9.67 | $9.97 |
| **Foreign** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2685 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 286.0000 | 286.0000 | $2.15 USD | $780.00 | $669.27 |
| **Total** | | | | | $1,932.77 | $1,810.10 |

*__Book Cost__ - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*




**Regulated by**
**Investment Industry Regulatory**
**Organization of Canada**

CIPF
Canadian Investor Protection Fund
MEMBER

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2022-02-02 | BUY | MMAT - Meta Materials Inc: Bought 76.0000 shares (executed at 2022-01-31),FX Rate: 1.2951 | $145.68 | $0.00 | 10.49 |
| 2022-02-03 | BUY | MMAT - Meta Materials Inc: Bought 4.0000 shares (executed at 2022-02-01),FX Rate: 1.2892 | $9.79 | $0.00 | 0.70 |
| 2022-02-11 | CONT | Contribution (executed at 2022-02-11) | $0.00 | $1,000.00 | 1000.70 |
| 2022-02-14 | CONT | Contribution (executed at 2022-02-14) | $0.00 | $0.64 | 1001.34 |
| 2022-02-14 | CONT | Contribution (executed at 2022-02-14) | $0.00 | $500.00 | 1501.34 |
| 2022-02-15 | BUY | ENB - Enbridge: Bought 10.0000 shares (executed at 2022-02-11) | $552.00 | $0.00 | 949.34 |
| 2022-02-15 | BUY | MMAT - Meta Materials Inc: Bought 170.0000 shares (executed at 2022-02-11),FX Rate: 1.2890 | $419.97 | $0.00 | 529.37 |
| 2022-02-16 | CONT | Contribution (executed at 2022-02-16) | $0.00 | $66.09 | 595.46 |
| 2022-02-16 | BUY | ENB - Enbridge: Bought 10.0000 shares (executed at 2022-02-14) | $527.90 | $0.00 | 67.56 |
| 2022-02-18 | BUY | AC - Air Canada Inc.: Bought 2.0000 shares (executed at 2022-02-16) | $50.96 | $0.00 | 16.60 |
| 2022-02-22 | BUY | BANK - Evolve Canadian Banks and Lifecos Enhanced Yield Index Fund: Bought 1.0000 shares (executed at 2022-02-17) | $9.97 | $0.00 | 6.63 |


CIPF
Canadian Investor Protection Fund
MEMBER


IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada



**ShareOwner**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

## ORDER EXECUTION ONLY ACCOUNT                                    1/4

### All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| P1K7CAD | Ginette Bowen | 2022-03-01 - 2022-03-31 |

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.95 | 0.05 | $0.95 | 0.05 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $1,750.73 | 99.94 | $1,857.85 | 99.94 |
| Total Portfolio | $1,751.68 | 100.00 | $1,858.80 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $6.63 | Cash Paid In | Deposits | $0.00 | Contributions: | |
| Total Cash Paid In | $1,188.02 | | Proceeds from sales | $1,179.35 | Contributions (year to date): | $1,816.73 |
| Total Cash Paid Out | $1,193.70 | | Dividends | $8.67 | First 60 Days | $1,816.73 |
| Closing Cash Balance | $0.95 | | Interest | $0.00 | Rest of Year | $0.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $1,193.70 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Canadian | | | | | | |
| Foreign | | *(The conversion rate used to calculate your month-end Market Value to CAD is: $1USD = 1.2505 CAD)* | | | | |
| Camber Energy Inc | CEI | 46.0000 | 46.0000 | $0.84 USD | $48.69 | $67.01 |
| Meta Materials Inc | MMAT | 815.0000 | 815.0000 | $1.67 USD | $1,702.04 | $1,790.84 |
| **Total** | | | | | $1,750.73 | $1,857.85 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.



**CIPF**
Canadian Investor Protection Fund
**MEMBER**



**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

2/4

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2022-03-01 | DIV | ENB - Enbridge: Stock dividend distribution, received at 2022-03-01 | $0.00 | $8.60 | 15.23 |
| 2022-03-03 | BUY | TELL - Tellurian: Bought 1.0000 shares (executed at 2022-03-01),FX Rate: 1.2882 | $5.12 | $0.00 | 10.11 |
| 2022-03-04 | SELL | ENB - Enbridge: Sold 20.0000 shares (executed at 2022-03-02) | $0.00 | $1,123.00 | 1133.11 |
| 2022-03-04 | BUY | MMAT - Meta Materials Inc: Bought 529.0000 shares (executed at 2022-03-02),FX Rate: 1.2858 | $1,121.57 | $0.00 | 11.54 |
| 2022-03-07 | DIV | BANK - Evolve Canadian Banks and Lifecos Enhanced Yield Index Fund: Stock dividend distribution, received at 2022-03-07 | $0.00 | $0.07 | 11.61 |
| 2022-03-10 | SELL | TELL - Tellurian: Sold 1.0000 shares (executed at 2022-03-08),FX Rate: 1.2683 | $0.00 | $5.23 | 16.84 |
| 2022-03-10 | BUY | CEI - Camber Energy Inc: Bought 6.0000 shares (executed at 2022-03-08),FX Rate: 1.3028 | $10.01 | $0.00 | 6.83 |
| 2022-03-11 | SELL | AC - Air Canada Inc.: Sold 2.0000 shares (executed at 2022-03-09) | $0.00 | $42.02 | 48.85 |
| 2022-03-11 | SELL | BANK - Evolve Canadian Banks and Lifecos Enhanced Yield Index Fund: Sold 1.0000 shares (executed at 2022-03-09) | $0.00 | $9.10 | 57.95 |
| 2022-03-11 | BUY | CEI - Camber Energy Inc: Bought 39.0000 shares (executed at 2022-03-09),FX Rate: 1.3029 | $55.85 | $0.00 | 2.10 |
| 2022-03-15 | BUY | CEI - Camber Energy Inc: Bought 1.0000 shares (executed at 2022-03-11),FX Rate: 1.2924 | $1.15 | $0.00 | 0.95 |


CIPF
Canadian Investor Protection Fund
MEMBER


IIROC    Regulated by
Investment Industry Regulatory
Organization of Canada

## ORDER EXECUTION ONLY ACCOUNT

1/4

**Ⓦ Wealthsimple Investments Inc.**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| **Account No.** | **Owner** | **Statement Period** |
| ████P1K7CAD | Ginette Bowen | 2022-05-01 - 2022-05-31 |

Ginette Bowen
████████████

CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.16 | 0.00 | $0.16 | 0.00 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $2,370.84 | 99.99 | $2,284.24 | 99.99 |
| Total Portfolio | $2,371.00 | 100.00 | $2,284.40 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.29 | **Cash Paid In** | Deposits | $110.00 | **Contributions:** | |
| Total Cash Paid In | $257.44 | | Proceeds from sales | $147.44 | Contributions (year to date): | $2,226.73 |
| Total Cash Paid Out | $257.57 | | Dividends | $0.00 | First 60 Days | $1,816.73 |
| Closing Cash Balance | $0.16 | | Interest | $0.00 | Rest of Year | $410.00 |
| | | | Other | $0.00 | | |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $257.57 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.264800 CAD)* | | | | |
| Camber Energy Inc | CEI | 637.0000 | 637.0000 | $0.66 USD | $537.39 | $625.24 |
| Meta Materials Inc | MMAT | 755.0000 | 755.0000 | $1.92 USD | $1,833.45 | $1,659.00 |
| | | | | **Total** | $2,370.84 | $2,284.24 |

*\*Book Cost* - *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*

 

**CIPF** Canadian Investor Protection Fund **MEMBER**    ⬡ **IIROC**    **Regulated by** Investment Industry Regulatory Organization of Canada

2/4

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2022-05-07 | CONT | Contribution (executed at 2022-05-07) | $0.00 | $10.00 | 10.29 |
| 2022-05-24 | CONT | Contribution (executed at 2022-05-24) | $0.00 | $100.00 | 110.29 |
| 2022-05-25 | SELL | MMAT - Meta Materials Inc: Sold 60.0000 shares (executed at 2022-05-23),FX Rate: 1.2602 | $0.00 | $147.44 | 257.73 |
| 2022-05-25 | BUY | CEI - Camber Energy Inc: Bought 11.0000 shares (executed at 2022-05-23),FX Rate: 1.2988 | $10.29 | $0.00 | 247.44 |
| 2022-05-25 | BUY | CEI - Camber Energy Inc: Bought 162.0000 shares (executed at 2022-05-23),FX Rate: 1.2988 | $147.29 | $0.00 | 100.15 |
| 2022-05-26 | BUY | CEI - Camber Energy Inc: Bought 118.0000 shares (executed at 2022-05-24),FX Rate: 1.3036 | $99.99 | $0.00 | 0.16 |





1/4

 **Wealthsimple Investments Ir**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| ▮▮▮P1K7CAD | Ginette Bowen | 2023-01-01 - 2023-01-31 |

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $1.21 | 0.10 | $1.21 | 0.06 |
| Canadian Equities and Alternatives | $1,086.12 | 93.55 | $1,042.42 | 59.04 |
| US Equities and Alternatives | $73.63 | 6.34 | $721.80 | 40.88 |
| Total Portfolio | $1,160.96 | 100.00 | $1,765.43 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $3.59 | **Cash Paid In** Deposits | $0.00 | **Contributions:** |
| Total Cash Paid In | $1,040.04 | Proceeds from sales | $1,040.04 | Contributions (year to date): $0.00 |
| Total Cash Paid Out | $1,042.42 | Dividends | $0.00 | First 60 Days $0.00 |
| Closing Cash Balance | $1.21 | Interest | $0.00 | Rest of Year $0.00 |
| | | Other | $0.00 | |
| | | **Cash Paid Out** Fees | $0.00 | |
| | | Taxes | $0.00 | |
| | | Cost of Investments | $1,042.42 | |
| | | Withdrawals | $0.00 | |
| | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 862.0000 | 862.0000 | $1.26 CAD | $1,086.12 | $1,042.42 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.335000 CAD)* | | | | | |
| Camber Energy Inc | CEI | 28.0000 | 28.0000 | $1.97 USD | $73.63 | $721.80 |
| **Total** | | | | | $1,159.75 | $1,764.22 |

***Book Cost** - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*




CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-01-20 | SELL | MMAT - Meta Materials Inc: Sold 755.0000 shares (executed at 2023-01-18), FX Rate: 1.3118 | $0.00 | $1,040.04 | $1,043.63 |
| 2023-01-20 | BUY | MMAX - Exchangeable Shares: Bought 862.0000 shares (executed at 2023-01-18) | $1,042.42 | $0.00 | $1.21 |



### ORDER EXECUTION ONLY ACCOUNT

**All figures in $CAD unless otherwise specified**

 Wealthsimple Investments Ir

| Account No. | Owner | Statement Period |
|---|---|---|
| P1K7CAD | Ginette Bowen | 2023-03-01 - 2023-03-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

**Tax-Free Savings Account**

|  | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $9.41 | 1.49 | $9.41 | 0.50 |
| Canadian Equities and Alternatives | $558.32 | 88.96 | $1,134.22 | 60.80 |
| US Equities and Alternatives | $59.86 | 9.53 | $721.80 | 38.69 |
| Total Portfolio | $627.59 | 100.00 | $1,865.43 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $1.21 | **Cash Paid In** Deposits | $100.00 | **Contributions:** |
| Total Cash Paid In | $100.00 | Proceeds from sales | $0.00 | Contributions (year to date): $100.00 |
| Total Cash Paid Out | $91.80 | Dividends | $0.00 | First 60 Days $0.00 |
| Closing Cash Balance | $9.41 | Interest | $0.00 | Rest of Year $100.00 |
| | | Other | $0.00 | |

| | | |
|---|---|---|
| **Cash Paid Out** | Fees | $0.00 |
| | Taxes | $0.00 |
| | Cost of Investments | $91.80 |
| | Withdrawals | $0.00 |
| | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 997.0000 | 997.0000 | $0.56 CAD | $558.32 | $1,134.22 |
| **US Equities and Alternatives** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.353300 CAD)* | | | | |
| Camber Energy Inc | CEI | 28.0000 | 28.0000 | $1.58 USD | $59.86 | $721.80 |
| | **Total** | | | | $618.18 | $1,856.02 |

***Book Cost** - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*





## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-03-21 | CONT | Contribution (executed at 2023-03-21) | $0.00 | $100.00 | $101.21 |
| 2023-03-24 | BUY | MMAX - Exchangeable Shares: Bought 135.0000 shares (executed at 2023-03-22) | $91.80 | $0.00 | $9.41 |




CIPF
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

1/4

ORDER EXECUTION ONLY ACCOUNT

All figures in $CAD unless otherwise specified

 Wealthsimple Investments Ir

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

| Account No. | Owner | Statement Period |
|---|---|---|
| ▉▉P1K7CAD | Ginette Bowen | 2023-04-01 - 2023-04-30 |

**Tax-Free Savings Account**

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $1.53 | 0.15 | $1.53 | 0.05 |
| Canadian Equities and Alternatives | $917.85 | 94.37 | $2,142.09 | 74.75 |
| US Equities and Alternatives | $53.22 | 5.47 | $721.80 | 25.19 |
| Total Portfolio | $972.60 | 100.00 | $2,865.42 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $9.41 | **Cash Paid In** | Deposits | $1,000.00 | **Contributions:** | |
| Total Cash Paid In | $1,000.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $1,100.00 |
| Total Cash Paid Out | $1,007.88 | | Dividends | $0.00 | Contributions (year to date): | $0.00 |
| Closing Cash Balance | $1.53 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $1,100.00 |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $1,007.88 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 3165.0000 | 3165.0000 | $0.29 CAD | $917.85 | $2,142.09 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.357800 CAD)* | | | | | |
| Camber Energy Inc | CEI | 28.0000 | 28.0000 | $1.40 USD | $53.22 | $721.80 |
| **Total** | | | | | $971.07 | $2,863.89 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

 

2/4

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|------------:|-----------:|------------:|
| 2023-04-11 | CONT | Contribution (executed at 2023-04-11) | $0.00 | $500.00 | $509.41 |
| 2023-04-13 | BUY | MMAX - Exchangeable Shares: Bought 500.0000 shares (executed at 2023-04-11) | $280.00 | $0.00 | $229.41 |
| 2023-04-14 | BUY | MMAX - Exchangeable Shares: Bought 413.0000 shares (executed at 2023-04-12) | $227.15 | $0.00 | $2.26 |
| 2023-04-17 | CONT | Contribution (executed at 2023-04-17) | $0.00 | $500.00 | $502.26 |
| 2023-04-19 | BUY | MMAX - Exchangeable Shares: Bought 1000.0000 shares (executed at 2023-04-17) | $400.00 | $0.00 | $102.26 |
| 2023-04-20 | BUY | MMAX - Exchangeable Shares: Bought 255.0000 shares (executed at 2023-04-18) | $100.73 | $0.00 | $1.53 |



CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

1/4

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

 **Wealthsimple Investments Ir**

| Account No. | Owner | Statement Period |
|---|---|---|
| ███P1K7CAD | Ginette Bowen | 2023-05-01 - 2023-05-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $2.79 | 0.06 | $2.79 | 0.04 |
| Canadian Equities and Alternatives | $3,000.00 | 67.95 | $4,092.69 | 64.29 |
| US Equities and Alternatives | $1,411.93 | 31.98 | $2,269.95 | 35.66 |
| Total Portfolio | $4,414.72 | 100.00 | $6,365.43 | 100.00 |

## Portfolio Cash

| | | | | Contributions: | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $1.53 | Cash Paid In | Deposits | $3,500.00 | Contributions (year to date): | $4,600.00 |
| Total Cash Paid In | $3,500.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $0.00 |
| Total Cash Paid Out | $3,498.74 | | Dividends | $0.00 | First 60 Days | $0.00 |
| Closing Cash Balance | $2.79 | | Interest | $0.00 | Rest of Year | $4,600.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $3,498.74 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.30 CAD | $3,000.00 | $4,092.69 |
| **US Equities and Alternatives** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.360300 CAD)* | | | | |
| Camber Energy Inc | CEI | 28.0000 | 28.0000 | $1.07 USD | $40.75 | $721.80 |
| Meta Materials Inc | MMAT | 4800.0000 | 4800.0000 | $0.21 USD | $1,371.18 | $1,548.15 |
| | | **Total** | | | $4,411.93 | $6,362.64 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*





2/4

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $1,000.00 | $1,001.53 |
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $500.00 | $1,501.53 |
| 2023-05-09 | BUY | MMAX - Exchangeable Shares: Bought 3704.0000 shares (executed at 2023-05-05) | $982.67 | $0.00 | $518.86 |
| 2023-05-16 | BUY | MMAT - Meta Materials Inc: Bought 1700.0000 shares (executed at 2023-05-12), FX Rate: 1.3811 | $474.29 | $0.00 | $44.57 |
| 2023-05-23 | CONT | Contribution (executed at 2023-05-23) | $0.00 | $500.00 | $544.57 |
| 2023-05-24 | BUY | MMAX - Exchangeable Shares: Bought 139.0000 shares (executed at 2023-05-19) | $44.48 | $0.00 | $500.09 |
| 2023-05-24 | CONT | Contribution (executed at 2023-05-24) | $0.00 | $1,000.00 | $1,500.09 |
| 2023-05-25 | BUY | MMAX - Exchangeable Shares: Bought 1292.0000 shares (executed at 2023-05-23) | $413.44 | $0.00 | $1,086.65 |
| 2023-05-26 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-05-24), FX Rate: 1.3856 | $1,073.86 | $0.00 | $12.79 |
| 2023-05-26 | CONT | Contribution (executed at 2023-05-26) | $0.00 | $500.00 | $512.79 |
| 2023-05-30 | BUY | MMAX - Exchangeable Shares: Bought 1700.0000 shares (executed at 2023-05-26) | $510.00 | $0.00 | $2.79 |

 

1/4

ORDER EXECUTION ONLY ACCOUNT

**All figures in $CAD unless otherwise specified**

 Wealthsimple Investments Ir

| Account No. | Owner | Statement Period |
|---|---|---|
| ████P1K7CAD | Ginette Bowen | 2023-06-01 - 2023-06-30 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
████████████████████████
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $13.64 | 0.24 | $13.64 | 0.17 |
| Canadian Equities and Alternatives | $2,700.00 | 48.93 | $4,092.69 | 53.39 |
| US Equities and Alternatives | $2,803.75 | 50.81 | $3,559.10 | 46.43 |
| Total Portfolio | $5,517.39 | 100.00 | $7,665.43 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $2.79 | **Cash Paid In** | Deposits | $1,300.00 | **Contributions:** | |
| Total Cash Paid In | $1,300.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $5,900.00 |
| Total Cash Paid Out | $1,289.15 | | Dividends | $0.00 | Contributions (year to date): | $0.00 |
| Closing Cash Balance | $13.64 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $5,900.00 |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $1,289.15 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.27 CAD | $2,700.00 | $4,092.69 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.324000 CAD) | | | | | |
| Camber Energy Inc | CEI | 28.0000 | 28.0000 | $0.63 USD | $23.35 | $721.80 |
| Meta Materials Inc | MMAT | 10000.0000 | 10000.0000 | $0.21 USD | $2,780.40 | $2,837.30 |
| | | **Total** | | | $5,503.75 | $7,651.79 |

*Book Cost - *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*




**Regulated by**
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-06-23 | CONT | Contribution (executed at 2023-06-23) | $0.00 | $800.00 | $802.79 |
| 2023-06-27 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-06-23), FX Rate: 1.3458 | $792.72 | $0.00 | $10.07 |
| 2023-06-27 | CONT | Contribution (executed at 2023-06-27) | $0.00 | $500.00 | $510.07 |
| 2023-06-29 | BUY | MMAT - Meta Materials Inc: Bought 2100.0000 shares (executed at 2023-06-27), FX Rate: 1.3431 | $496.43 | $0.00 | $13.64 |





Regulated by
Investment Industry Regulatory
Organization of Canada

1/4

## ORDER EXECUTION ONLY ACCOUNT

### All figures in $CAD unless otherwise specified

 Wealthsimple Investments In

| Account No. | Owner | Statement Period |
|---|---|---|
| P1K7CAD | Ginette Bowen | 2023-10-01 - 2023-10-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $0.31 | 0.01 | $0.31 | 0.00 |
| Canadian Equities and Alternatives | $1,160.50 | 41.07 | $4,187.50 | 59.60 |
| US Equities and Alternatives | $1,664.52 | 58.91 | $2,837.30 | 40.38 |
| Total Portfolio | $2,825.33 | 100.00 | $7,025.11 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $1.59 | **Cash Paid In** | Deposits | $0.00 | **Contributions:** | |
| Total Cash Paid In | $93.53 | | Proceeds from sales | $93.53 | Contributions (year to date): | $6,000.00 |
| Total Cash Paid Out | $94.81 | | Dividends | $0.00 | | |
| Closing Cash Balance | $0.31 | | Interest | $0.00 | | |
| | | | Other | $0.00 | | |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $94.81 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10550.0000 | 10550.0000 | $0.11 CAD | $1,160.50 | $4,187.50 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.387100 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 10000.0000 | 10000.0000 | $0.12 USD | $1,664.52 | $2,837.30 |
| **Total** | | | | | $2,825.02 | $7,024.80 |

**\*Book Cost -** *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found* here. *The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementé par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-10-11 | BUY | MMAX - Exchangeable Shares: Bought 3.0000 shares (executed at 2023-10-06) | $1.11 | $0.00 | $0.48 |
| 2023-10-25 | SELL | CEI - Camber Energy Inc: Sold 28.0000 shares (executed at 2023-10-23), FX Rate: 1.3439 | $0.00 | $13.03 | $13.51 |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 71.0000 shares (executed at 2023-10-23) | $12.78 | $0.00 | $0.73 |
| 2023-10-25 | SELL | SVA - Sernova Corp.: Sold 115.0000 shares (executed at 2023-10-23) | $0.00 | $80.50 | $81.23 |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 476.0000 shares (executed at 2023-10-23) | $80.92 | $0.00 | $0.31 |

CIPF
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

 **Wealthsimple Investments I**

| ORDER EXECUTION ONLY ACCOUNT | | |
|---|---|---|
| **All figures in $CAD unless otherwise specified** | | |
| Account No. | Owner | Statement Period |
| ⬛P1K7CAD | Ginette Bowen | 2024-01-01 - 2024-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen

CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.19 | 0.01 | $0.19 | 0.00 |
| Canadian Equities and Alternatives | $1,153.93 | 69.26 | $4,287.61 | 60.17 |
| US Equities and Alternatives | $511.76 | 30.72 | $2,837.30 | 39.82 |
| Total Portfolio | $1,665.88 | 100.00 | $7,125.10 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.31 | **Cash Paid In** | Deposits | $100.00 | **Contributions:** | |
| Total Cash Paid In | $100.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $100.00 |
| Total Cash Paid Out | $100.12 | | Dividends | $0.00 | | |
| Closing Cash Balance | $0.19 | | Interest | $0.00 | | |
| | | | Other | $0.00 | | |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $100.12 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Enbridge Inc | ENB | 2.0000 | 2.0000 | $47.74 CAD | $95.48 | $96.51 |
| METAMATL EXCH RG | MMAX | 105.5000 | 105.5000 | $10.00 CAD | $1,055.00 | $4,187.50 |
| Power Nickel Inc. | PNPN | 15.0000 | 15.0000 | $0.23 CAD | $3.45 | $3.60 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.339700 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 100.0000 | 100.0000 | $3.82 USD | $511.76 | $2,837.30 |
| **Total** | | | | | $1,665.69 | $7,124.91 |

*__Book Cost__ - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

 CIPF MEMBER   Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2024-01-24 | CONT | Contribution (executed at 2024-01-24) | $0.00 | $100.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - Metamaterial Exchangeco inc.: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - METAMATL EXCH RG: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-31 | BUY | ENB - Enbridge Inc: Bought 2.0000 shares (executed at 2024-01-29) | $96.52 | $0.00 | $3.79 |
| 2024-01-31 | BUY | PNPN - Power Nickel Inc.: Bought 15.0000 shares (executed at 2024-01-29) | $3.60 | $0.00 | $0.19 |

CIPF
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

1/5

ORDER EXECUTION ONLY ACCOUNT

**All figures in $CAD unless otherwise specified**

 **Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| ▓▓▓▓P1K7CAD | Ginette Bowen | 2025-01-01 - 2025-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
CA

| Tax-Free Savings SDI Cash Account | | | | |
|---|---|---|---|---|
| | Market Value ($CAD) | % of Market Value | Book Cost ($CAD) | % of Total Book Cost |
| Cash | $0.38 | 97.43 | $0.38 | 0.00 |
| Canadian Equities and Alternatives | $0.00 | 0.00 | $4,187.50 | 59.60 |
| US Equities and Alternatives | $0.01 | 2.56 | $2,837.30 | 40.38 |
| Total Portfolio | $0.39 | 100.00 | $7,025.18 | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.38 | **Cash Paid In** | Deposits | $0.00 | |
| Total Cash Paid In | $0.00 | | Proceeds from sales | $0.00 | |
| Total Cash Paid Out | $0.00 | | Dividends | $0.00 | |
| Closing Cash Balance | $0.38 | | Interest Earned | $0.00 | |
| | | | Other | $0.00 | |

**Contributions:**
Contributions (year to date):    $0.00

| | | |
|---|---|---|
| **Cash Paid Out** | Fees | $0.00 |
| | Taxes | $0.00 |
| | Interest Paid | $0.00 |
| | Cost of Investments | $0.00 |
| | Withdrawals | $0.00 |
| | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price* ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| METAMATL EXCH RG [1] | MMAX | 105.5000 | 105.5000 | N/A | N/A | $4,187.50 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.448400 CAD)* | | | | | |
| Meta Materials Inc. | MMATQ | 100.0000 | 100.0000 | $0.00 USD | $0.01 | $2,837.30 |
| **Total** | | | | | $0.01 | $7,024.80 |

**\*Book Cost -** *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found* here. *The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*
**\*Market Price -** *the price at which a security is trading and could presumably be purchased or sold.*



**CIPF**
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements