NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** _Meta Materials, Inc_

**Case Number:** _24-50792_

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): _IRA Rollover Account Anthony Berto_ ▇▇▇▇▇▇▇▇

Telephone Number: ▇▇▇▇▇▇▇▇

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): _Schwab Acct # ▇▇ 3485 Formerly TDA, EQ # ▇▇6425_

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** _Charles Schwab + Co Inc. El Paso Operations Center P.O. Box 982800 El Paso, TX 79998-2600_
Telephone Number: _800-435-4000_

**3. Date Equity Interest was acquired:** _Various - Please see attached documentation 12/6/22, 12/7/22, 12/8/22_

**4. Total amount of member interest:** _560 Shares_ _Schwab 2 shares; EQ: 558 shares_

**5. Certificate number(s):** _2876, 3002, 3075, 3096 Equinity Trust Co, LLC_

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _Investor/Shareholder_

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Anthony Berto_
Title: _Investor_
Company: Address and telephone number (if different from notice address above): _N/A_

(Signature) ▇▇▇▇▇▇
(Date) _6/6/2025_
Telephone number: ▇▇▇▇ Email: ▇▇▇▇

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101



| | |
|---|---|
| Statement Date: | April 29, 2025 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | 6425 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

# Balance Detail as of 04/29/2025

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 558.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Certificate Held by Shareowner

| Issue Date | Certificate Number | Number of Shares | Restricted |
|---|---|---|---|
| 07/30/2024 | NBH0004087 | 1.000 | No |
| 07/18/2024 | NBH0004067 | 1.000 | No |
| 06/21/2024 | NBH0003994 | 1.000 | No |
| 05/14/2024 | NBH0003867 | 555.000 | No |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com





10493.001.001.00823



AST → EQ
AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101





| | |
|---|---|
| Statement Date: | May 25, 2024 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | ████6425 |
| W9/W8/W8BENE Certified: | No |
| Dividend Amount Paid YTD: | $0.00 |

# Balance Detail as of 05/25/2024

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 555.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Certificate Held by Shareowner

| Issue Date | Certificate Number | Number of Shares | Restricted |
|---|---|---|---|
| 05/14/2024 | NBH0003867 | 555.000 | No |

*Later Transferred*

$+\ 3.00$

$\overline{558}$ Total at AST

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com





7669.001.001.00235



**Rollover IRA** of



Account Number
3485

Statement Period
April 1-30, 2025

## Account Summary



Ending Account Value as of 04/30
**$155.83**

Beginning Account Value as of 04/01
**$191.28**

| | This Statement | YTD |
|---|---|---|
| Beginning Account Value | **$191.28** | $85.71 |
| Deposits | **0.00** | 0.00 |
| Withdrawals | **0.00** | 0.00 |
| Dividends and Interest | **0.00** | 0.00 |
| Transfer of Securities | **0.00** | 0.00 |
| Market Appreciation/(Depreciation) | **(35.45)** | 70.12 |
| Expenses | **0.00** | 0.00 |
| **Ending Account Value** | **$155.83** | **$155.83** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit  schwab.com/login.  Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

   Visit us online at  schwab.com

Visit schwab.com/stmt  to explore the features and benefits of this statement.



04/30-00000-ID21191617-104905



**Rollover IRA** of

ANTHONY BERTO
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
April 1-30, 2025

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | | |
| Equities | | |
| **Total** | | |

## Retirement Details

### Contributions



Traditional IRA

**Total YTD ($)**

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
|  | | | |
| | TD BANK NA | | |

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 |
| YTD | | | 0.00 |
| **Unrealized** | | | |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



**Rollover IRA** of



Statement Period

April 1-30, 2025

## Positions - Summary

| Beginning Value as of 04/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 04/30** | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | | ██████ | | ████ | | ████ | | ██████ | | ██████ | | ██████ | | ██████ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA X,Z | | | ████ | ████ | ████ | | ████ | ███ |
| **Total Cash and Cash Investments** | | | | | ████ | ████ | ████ | | | ████ |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ███ | ████ | ███ | ███ | ███ | ███ | ██ |
| ████ | ████ | ████ | ███ | ████ | ███ | ███ | ███ | ███ | ██ |
| ████ | ████ | ████ | ███ | ████ | ███ | ███ | ███ | ███ | ██ |
| **Total Equities** | | | | ████ | ████ | ████ | | ████ | ██ |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 2.0000 | | | 6.08 | N/A | | |
| **Total Unpriced Securities** | | | | $0.00 | $6.08 | $0.00 | | $0.00 |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

 **Ameritrade**

 5151

**Statement Reporting Period:**
12/01/22 - 12/31/22

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ████ | ████ | ████ | - | $ - | - | |
| Insrd Dep Acct (IDA) | ████ | ████ | ████ | ████ | - | ████ | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | ████ | ████ | ████ | ████ | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | ████ | ████ | ████ | ████ | ████ | ████ | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | ████ | $ - |
| Securities Purchased | ████ | ████ |
| Securities Sold | ████ | ████ |
| Contributions | - | ████ |
| Distributions | - | - |
| Income | ████ | 7.00 |
| Expense | ████ | ████ |
| Other | ████ | ████ |
| **Closing Balance** | ████ | ████ |

## Retirement Account Summary

| | 2022 PTD | 2022 YTD | 2021 YTD |
|---|---|---|---|
| Contributions | $ - | $ - | ████ |
| Distributions | - | - | - |
| Plan Contribution | - | - | - |
| Rollover | - | ████ | - |
| Direct Transfer | - | ████ | - |
| Tax Withheld | - | - | - |
| Recharact | - | - | - |
| Roth Conv. | - | - | - |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 12/31/22 ** | ████ |
| Unrealized Gains | - |
| Unrealized Losses | ████ |
| Funds Deposited/(Disbursed)YTD | ████ |
| Income/(Expense)YTD | ████ |
| Securities Received/(Delivered)YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

**Statement for Account #▮▮▮▮5151**
12/01/22 - 12/31/22

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | ▮▮▮ | ▮▮▮ |
| Qualified Dividends | ▮▮▮ | ▮▮▮ |
| IDA Interest | | ▮▮▮ |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions



| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ | 12.▮▮ | ▮▮ | ▮ | ▮ | $ - | - |
| ▮▮▮ | | ▮ | ▮ | ▮▮ | ▮▮ | 2.▮▮ | ▮ | ▮ | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 560 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | ▮▮ | | ▮▮ | | ▮▮ | | ▮▮ | ▮ |
| **Total Margin Account** | | | ▮▮ | | ▮▮ | | ▮▮ | | ▮▮ | ▮ |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ▮▮ |
| 11/29/22 | 12/01/22 | Mgn | Buy - Securities Purchased | ▮▮▮ | ▮▮▮ | 500 | $ 6.32 | $ (3,16▮.00) | ▮▮ |
| 11/29/22 | 12/01/22 | Mgn | Buy - Securities Purchased | ▮▮▮ | 22▮41▮2▮5 | 4▮0 | 0.74 | (2,960.00) | 1,▮▮ |
| 11/29/22 | 12/01/22 | Mgn | Buy - Securities Purchased | ▮▮▮ | 22▮4▮1▮25 | 1,700 | 0.78 | (1,326.00) | ▮▮ |
| 11/29/22 | 12/▮1/22 | Mgn | Buy - Securities Purchased | ▮▮▮ | 2▮▮1▮25 | 100 | 0.7700 | (77.▮0) | ▮▮ |

Statement for Account # 25■■■45151
12/01/22 – 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/22 | 12/02/22 | Margin | Sell - Securities Sold | SOBR SAFE INC COM | SOBR | 900- | 1.1205 | 1,008.31 | 1,466.53 |
| 11/30/22 | 12/02/22 | Margin | Buy - Securities Purchased | CO■■■ALTH INC ■■■ 12/16/22 221413805 | 221413206 | 2,000 | 0.6361 | (1,272.20) | 194.33 |
| 11/30/22 | 12/02/22 | Margin | Buy - Securities Purch■■■ | | TCDA | 1,000 | 0.237 | (237.00) | (42.67) |
| 12/02/22 | 12/■■/22 | Margin | Journal - Oth■■ | | - | - | 0.00 | 104.92 | 62.25 |
| 12/01/22 | 12/05/22 | Margin | Buy - Securities Purchas■ | | 221413206 | 150 | 0.415 | (62.25) | 0.00 |
| 12/02/22 | 12/06/22 | Margin | Sell - Securities Sold | | 221413206 | 12,350- | 0.4022 | 4,965.45 | 4,965.45 |
| 12/02/22 | 12/06/22 | Margin | Buy - Securities Purchased | | RMED | 1,250 | 4.00 | (5,000.00) | (34.55) |
| 12/06/22 | 12/06/22 | Margin | Journal - Other | ■■■ FDIC INSURE■ ■■■ | - | - | 0.00 | 34.55 | 0.00 |
| 12/06/22 | 12/08/22 | Margin | Sell - Securities Sold | | TCDA | 2,000- | 0.2201 | 439.93 | 439.93 |
| 12/06/22 | 12/08/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 50 | 8.41 | (427.45) | 12.48 |
| 12/06/22 | 12/08/22 | Margin | Sell - Securities Sold | ■■AMERICAN SYSTEMS INC ■■■31 | RMED | 1,250- | 5.35 | 6,687.19 | ■■■ |
| 12/06/22 | 12/08/22 | Margin | Buy - Securities Purchased | ■■■ | HLBZ | 380 | 0.2009 | (76.34) | 6,623.■ |
| 12/06/22 | 12/■■/22 | Margin | Buy - Securities Purchased | V■■■ ■■S INC | BBIG | 504 | 0.59 | (297.36) | 6,325.97 |
| 12/08/22 | 12/08/22 | Margin | Journal - Other | | - | - | 0.00 | (1,314.10) | 5,011.87 |
| 12/07/22 | 12/09/22 | Margin | Securities Purchas■ | COVSQ■■■■ | COMS | 2,962 | 0.1139 | (337.37) | 4,674.50 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities P■■ | | COMS | 73 | 0.1138 | (8.31) | 4,666.19 |

**Statement for Account # 253-945151**
12/01/22 – 12/31/22

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | COMSOVEREIGN [illegible] COM | COMS | 1,965 | 0.1135 | (223.03) | [illegible] |
| [illegible] | 12/09/22 | Margin | Buy - Securities Purchased | COMSOVEREIGN HLDG | COMS | [illegible] | 0.11[illegible] | (226.00) | 4,217.16 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | TRANSCODE THERAPEUTICS INC COM | RNAZ | [illegible] | 0.63 | (1,575.00) | 2,642.16 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | [illegible] SOVEREIGN HLDG COM | COMS | 8,800 | 0.1056 | (929.28) | 1,712.88 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | COMSOVEREIGN HLDG COM | COMS | 1,200 | 0.1055 | (126.60) | 1,586.2[illegible] |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | VINCO VENTURES INC COM | BBIG | 500 | 0.5626 | (281.30) | 1,304.9[illegible] |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | VINCO VENTURES INC COM | BBIG | 100 | 0.5276 | (52.76) | 1,252.22 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | VINCO VENTURES INC [illegible] | BBIG | [illegible]00 | 0.5269 | (52.69) | 1,199.5[illegible] |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | VINCO VENTURES [illegible] COM | BBIG | 100 | 0.5286 | (52.86) | 1,146.6[illegible] |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | VINCO VENTURES INC COM | BBIG | 200 | 0.5286 | (105.72) | 1,040.95 |
| 12/07/22 | 12/09/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 100 | 7.25 | (731.95) | 309.00 |
| [illegible] | 12/09/22 | Margin | Buy - Securities Purchased | [illegible] | COMS | 3,000 | 0.103 | (309.00) | 0.00 |
| 12/09/22 | 12/09/22 | Margin | [illegible] | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 1,038.06 | 1,038.06 |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | [illegible] | RNAZ | 300 | 0.759 | (227.70) | 810.[illegible] |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | TRANSCODE THERAPEUTICS COM | RNAZ | 200 | 0.7586 | (151.72) | 658.64 |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 150 | 4.55 | (689.45) | (30.81) |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 60 | 4.00 | (246.95) | (277.76) |

 5151

12/01/22 – 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/22 | | Margin | Sell - Securities Sold | | BBIG | 1,504 | | | |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 35 | 3.10 | (115.45) | 501.60 |
| 12/08/22 | 12/12/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING | MMTLP | 165 | 3.04 | (501.60) | 0.00 |
| 12/09/22 | 12/13/22 | Margin | Sell - Securities Sold | | | 100 | 0.1024 | 10.23 | 10.23 |
| 12/09/22 | 12/13/22 | Margin | Sell - Securities Sold | | | 200 | 0.1021 | 20.39 | 30.62 |
| 12/09/22 | 12/13/22 | | Sell - Securities Sold | SOV SOVEREIGN HLDG SK A | | 19,700 | 0.1012 | 1,991.03 | 2,021.65 |
| 12/09/22 | 12/13/22 | Margin | Buy - Securities Purchased | RNAZ THERAPEUTICS INC | RNAZ | 500 | 0.5468 | (273.40) | 1,748.25 |
| 12/09/22 | 12/13/22 | Margin | Sell - Securities Sold | HUBC | HUBC | 380- | 0.1942 | 73.75 | 1,822.0 |
| 12/09/22 | 12/13/22 | Margin | Buy - Securities Purchased | INSCODE THERAPEUTICS INC | RNAZ | 500 | 0.5556 | (277.80) | 1,544.20 |
| 12/09/22 | 12/13/22 | Margin | Buy - Securities Purchased | THERAPEUTICS INC | RNAZ | 250 | 0.5556 | (138.90) | 1,405.30 |
| 12/13/22 | 12/13/22 | Margin | | | | | 0.00 | 235.67 | 1,640.97 |
| 12/13/22 | 12/13/22 | Margin | Delivered - Other | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668\|STOCK PAYMENT | MMTLP | 560- | 0.00 | - | 1,640.97 |

**Statement for Account # 253-945151**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/22 | 12/13/22 | Margin | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668\|STOCK PAYMENT | 5CT999019 | 560 | 0.00 | - | 1,640.97 |
| 12/12/22 | 12/14/22 | Margin | Buy - Securities Purchase | APTEVO THERAPEUTICS INC COM | APVO | 300 | 5.4699 | (1,640.97) | |
| 12/13/22 | 12/15/22 | Margin | Sell - Securities Sold | TRANSCODE THERAPEUTICS INC COM | RNAZ | 3,581- | 0.4747 | 1,699.39 | 1,699.39 |
| 12/13/22 | 12/15/22 | Margin | Buy - Securities Purchased | VALLON PHARMACEUTICALS INC COM | VLON | 3,000 | 0.65 | (1,950.00) | (250.61) |
| 12/13/22 | 12/15/22 | Margin | Buy - Securities Purchased | VALLON PHARMACEUTICALS INC COM | VLON | 240 | 0.635 | (152.40) | (403.01) |
| 12/13/22 | 12/15/22 | Margin | Sell - Securities Sold | TRANSCODE THERAPEUTICS INC COM | RNAZ | 495- | 0.4748 | 234.96 | (168.05) |
| 12/13/22 | 12/15/22 | Margin | Sell - Securities Sold | TRANSCODE THERAPEUTICS INC COM | RNAZ | 174- | 0.48 | 83.50 | (84.55) |
| 12/15/22 | 12/15/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | - | 0.00 | 84.55 | 0.00 |
| 12/14/22 | 12/16/22 | Margin | Sell - Securities | APTEVO THERAPEUTICS INC COM | APVO | 300- | 2.49 | 746.94 | 746.94 |
| 12/16/22 | 12/16/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | - | 0.00 | (746.94) | 0.00 |
| 12/15/22 | 12/19/22 | Margin | Sell - Securities Sold | VALLON PHARMACEUTICALS INC COM | VLON | 250- | 0.4018 | 100.45 | 100.45 |
| 12/15/22 | 12/19/22 | Margin | Sell - Securities Sold | VALLON PHARMACEUTICALS INC COM | VLON | 2,990- | 0.4103 | 1,226.83 | 1,326.86 |
| 12/19/22 | 12/19/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | - | 0.00 | (1,326.83) | 0.00 |
| 12/22/22 | 12/22/22 | Margin | Journal - Other | DEPOSIT FDIC INSURED ACCOUNT | | - | 0.00 | 2,070.71 | 2,070.71 |

**Statement for Account # 253-945151**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | CORE SCIENTIFIC INC BANKRUPTCY 1/3/23 Regulatory Fee 0.13 | CORZ | 1,000- | 0.0903 | 90.17 | 136.07 |
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | MEDIWOUND LTD COM | MDWD | 10- | 11.7001 | 117.00 | 255.07 |
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | MEDIWOUND LTD COM Regulatory Fee 0.01 | MDWD | 25- | 12.10 | 302.49 | 557.56 |
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | CORE SCIENTIFIC INC BANKRUPTCY 1/3/23 Regulatory Fee 0.16 | CORZ | 1,200- | 0.092 | 110.24 | 667.80 |
| 12/28/22 | 12/30/22 | Margin | Buy - Securities Purchased | GLOBAL TECH INDUSTRIES GRP INC COM Commission Fee 6.95 | GTII | 100 | 1.42 | (148.95) | 518.85 |
| 12/28/22 | 12/30/22 | Margin | Buy - Securities Purchased | GLOBAL TECH INDUSTRIES GRP INC COM Commission Fee 6.95 | GTII | 50 | 1.28 | (70.95) | 447.90 |
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | MEDIWOUND LTD COM | MDWD | 10- | 12.40 | 124.00 | 571.90 |
| 12/28/22 | 12/30/22 | Margin | Buy - Securities Purchased | GLOBAL TECH INDUSTRIES GRP INC COM Commission Fee 6.95 | GTII | 300 | 1.23 | (375.95) | 195.95 |
| 12/28/22 | 12/30/22 | Margin | Sell - Securities Sold | MEDIWOUND LTD COM | MDWD | 15- | 12.3801 | 185.70 | 381.65 |
| 12/28/22 | 12/30/22 | Margin | Buy - Securities Purchased | GLOBAL TECH INDUSTRIES GRP INC COM Commission Fee 6.95 | GTII | 200 | 1.2299 | (252.93) | 128.72 |
| 12/30/22 | 12/30/22 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (96.49) | 32.23 |
| 12/30/22 | 12/30/22 | Margin | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 5CT999019 | 560- | 0.00 | - | 32.23 |

**Statement for Account # 253-945151**
12/01/22 – 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Margin | Received – Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 6DA993019 | 560 | 0.00 | – | 32.23 |
| 12/30/22 | 12/30/22 | Margin | ▓▓▓▓▓ | INTEREST CREDIT Payable: 12/30/2022 | – | – | 0.00 | 0.10 | 32.33 |

**Closing Balance** $32.33

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/08/22 | $ – | ▓▓▓▓ | 1 | ▓▓▓ | ▓ | ▓▓▓ |
| 12/09/22 | – | ▓▓▓ | 3 | ▓▓▓ | – | ▓▓▓ |
| 12/13/22 | – | ▓▓▓ | 1 | ▓▓▓ | – | ▓▓▓ |
| 12/22/22 | – | ▓▓▓ | 1 | ▓▓▓ | – | ▓▓▓ |

**Total Interest Income/(Expense)** ▓▓▓

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 12/01/22 | ▓▓▓ | 1 | ▓▓▓ | $ – | $ – | $ – |
| 12/02/22 | ▓▓▓ | 4 | ▓▓▓ | – | – | – |
| 12/06/22 | ▓▓▓ | 2 | 0.2996 | – | – | – |
| 12/08/22 | ▓▓▓ | 1 | 0.2996 | 0.02 | 0.02 | – |
| 12/09/22 | ▓▓▓ | 4 | 0.2996 | 0.01 | 0.03 | – |
| 12/13/22 | ▓▓▓ | 2 | 0.2996 | – | 0.03 | – |
| 12/15/22 | ▓▓▓ | 1 | 0.2996 | – | 0.03 | – |
| 12/16/22 | ▓▓▓ | 3 | 0.2996 | 0.02 | 0.05 | – |
| 12/19/22 | ▓▓▓ | 3 | 0.2996 | 0.05 | 0.10 | – |
| 12/22/22 | ▓▓▓ | 1 | 0.2996 | – | 0.10 | – |
| 12/27/22 | ▓▓▓ | 2 | 0.2996 | – | – | – |
| 12/29/22 | ▓▓▓ | 1 | 0.2996 | – | – | – |
| 12/30/22 | 121.49 | 2 | 0.2996 | – | – | – |

**Total Interest Income** $0.10