1

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

RECEIVED
AND FILED DLS
JUN 25 2025
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:*META MATERIALS INC.,*

Debtor

Case No. 24-50792-hlb

Chapter 7

## CERTIFICATE OF SERVICE – ORIGINAL FILINGS

I, Danielle Spears, certify as follows:

I am a pro se shareholder of MMTLP in the above-captioned matter.

On the Fourth day of June, 2025, I caused to be served true and correct copies of the following documents via electronic mail:

1. Movant's Motion for Leave to Exceed the Page Limit for Movant's Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Conflicted Counsel and Trustee, and to Reset Bankruptcy Administration Under Neutral Authority

2. Movant's Motion for Leave to File the Movant's Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Conflicted Counsel and Trustee, and to Reset Bankruptcy Administration Under Neutral Authority.

3. Movant's Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Conflicted Counsel and Trustee, and to Reset Bankruptcy Administration Under Neutral Authority.

RECEIVED
AND FILED

US BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

4. Movant's Motion to Compel Disclosure, Vacate Unlawful Protective Orders, and Refer for Sanctions and Special Master Oversight

5. Appendix of Exhibit including Spears Affidavit and supporting exhibits

These documents were served via electronic mail upon the following individuals at the email addresses listed below:

**Trustee and Estate Counsel**

**U.S. Department of Justice** PO Box 18417, Reno, NV 89511

Christina W. Lovato – trusteelovato@att.net ; NV26@ecfcbis.com

**Office of the U.S. Trustee**

U.S. TRUSTEE - RN - 7      USTPRegion17.RE.ECF@usdoj.gov

**Hartman & Hartman** 510 W. Plumb Lane Ste. B, Reno, NV 89509

Jeffrey L. Hartman – notices@bankruptcyreno.com ; abg@bankruptcyreno.com

**Debtor's Counsel**

**Parsons Behle and Latimer** 800 West Main Street Suite 1300, Boise, ID 83702

Kaycee Royer – kroyer@parsonsbehle.com

**Perkins Coie LLP** 2525 E. Camelback Road, Suite 500, Phoenix, AZ 85016

Bradley Cosman – bcosman@perkinscoie.com ; docketphx@perkinscoie.com

**Holland & Hart LLP** 3110 N. Central Av., Suite D-1160 (Ground) Phoenix, AZ 85012

Andrea Driggs -- ajdriggs@hollandhart.com

**Special Litigation Counsel**

**Christian Attar** 1177 W. Loop S., Ste.1700, Houston, TX 77027

James "Wes" Christian – jchristian@christianattarlaw.com

**Schneider Wallace Cottrell Konecky LLP** 2000 Powell Street, Ste. 1400, Emeryville, CA 94608

Ryan R.C. Hicks – rhicks@schneiderwallace.com

Jason H. Kim – jkim@schneiderwallace.com

**Schneider Wallace Cottrell Konecky LLP** 1050 30th Street NW, Washington DC 20007

David D. Burnett – dburnett@schneiderwallace.com

I do not have electronic filing privileges and therefore I am submitting this Certificate of Service to the Clerk of Court by the U.S. Mail in support Docket No. 1988.

Executed this Fourth day of June, 2025.

Respectfully submitted,

Danielle Spears Pro Se Shareholder

Avondale, Arizona

Respectfully,
/s/ Danielle Spears
Danielle Spears
Avondale, Arizona

**5 Attachments** • Scanned by Gmail ⓘ



META MATERIAL I...   PROPOSED ORDE...   PROPOSED ORDE...   PROPOSED ORDE...   PROPOSED ORDE...

**Danielle Spears** <spdlbrst3519644@gmail.com>
to NV26, abg@bankruptcyreno.com, docketphx...

Jun 4, 2025, 11:18 PM (6 days ago)

To the Trustee, Counsel of Record, and Gove...

| from: | **Danielle Spears** <spdlbrst3519644@gmail.com> |
| to: | NV26@ecfcbis.com, |
| | "abg@bankruptcyreno.com" <abg@bankruptcyreno.com>, |
| | docketphx@perkinscoie.com |
| date: | Jun 4, 2025, 11:18 PM |
| subject: | Fwd: NOTICE OF FILING AND SERVICE – Case No. 24-50792-hlb (In re Meta Materials Inc.) |
| mailed-by: | gmail.com |

I am Danielle Spears, a shareholder of MMT...                                  ...ada.

The documents listed below have been sum...   ...ure 7005 and 9014, and applicable local rules for service by non-ECF users. Each document corresponds directly to a pending motion and is accompanied by its respective proposed o...

Please take further notice that all proposed o...                                  ...in connection with the motions identified.

**Submitted Documents:**

- Movant's Motion for Leave to File Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Conflicted Counsel and Trustee, and to Reset Bankruptcy Administration Under Neutral Authority

- Movant's Motion for Leave to Exceed the Page Limit

- Movant's Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Conflicted Counsel and Trustee, and to Reset Bankruptcy Administration Under Neutral Authority

- Movant's Motion to Compel Disclosure, Vacate Unlawful Protective Orders, and Refer for Sanctions and Special Master Oversight

- Appendix (Exhibits A–A23, including Spears Affidavit)

- Four Proposed Orders corresponding to each of the above motions

Please contact me if there are any issues accessing the attachments.

Respectfully,
/s/ Danielle Spears
Danielle Spears

## NOTICE OF FILING AND SERVICE – Case No. 24-50792-hlb (In re Meta Materials Inc.)

**Danielle Spears** <spldbrat351964@gmail.com>
to bcosman, rhicks, ajdriggs, jkim, ustpregion17.re.ecf, dburnett, trusteelovato, kroyer, James, notices

Jun 4, 2025, 11:05 PM (6 days ago)

To the Trustee, Counsel of Record, and Government Officials;

I am Danielle Spears, a shareholder of MMTLP and Movant in the above-captioned bankruptcy

The documents listed below have been submitted under Docket No. 1988 and are provided to y... ...es for service by non-ECF users. Each document corresponds directly to a pending motion and is accompanied by its respective proposed order.

Please take further notice that all proposed orders attached and listed below have already arrive...

**Submitted Documents:**

- Movant's Motion for Leave to File Emergency Motion to Intervene, to Stay Proce... ...d Authority
- Movant's Motion for Leave to Exceed the Page Limit
- Movant's Emergency Motion to Intervene, to Stay Proceedings, to Disqualify Co...
- Movant's Motion to Compel Disclosure, Vacate Unlawful Protective Orders, and ...
- Appendix (Exhibits A–A23, including Spears Affidavit)
- Four Proposed Orders corresponding to each of the above motions

Please contact me if there are any issues accessing the attachments.

Respectfully,
/s/ Danielle Spears
Danielle Spears
Avondale, Arizona

from: **Danielle Spears** <spldbrat351964@gmail.com>
to: bcosman@perkinscole.com,
rhicks@schneiderwallace.com,
ajdriggs@hollandhart.com,
jkim@schneiderwallace.com,
ustpregion17.re.ecf@usdoj.gov,
dburnett@schneiderwallace.com,
trusteelovato@att.net,
kroyer@parsonsbehle.com,
James Wes Christian <jchristian@christianattarlaw.com>,
notices@bankruptcyreno.com
date: Jun 4, 2025, 11:05PM
subject: NOTICE OF FILING AND SERVICE – Case No. 24-50792-hlb (In re Meta Materials Inc.)
mailed-by: gmail.com

**5 Attachments** · Scanned by Gmail

| META MATERIAL... | PROPOSED ORDE... | PROPOSED ORDE... | PROPOSED ORDE... | PROPOSED ORDE... |