NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   [redacted]

   **Telephone Number:** [redacted]

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   JUN 25 2025
   U.S. BANKRUPTCY COURT
   DANIEL S. OWENS, CLERK

   **COURT USE ONLY**

   **NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

   **Account or other number by which Interest holder identifies Debtor** (last 4 digits only): Broker Acct: [redacted] 0027

   **Check here if this Proof of Interest:**
   ☐ replaces a previously filed Proof of Interest dated: _____
   ☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Wells Fargo Advisors CSC PO Box 77046 Minneapolis MN 55480-9902
   **Telephone Number:** 1-800-872-3377

3. **Date Equity Interest was acquired:** See attached documentation for more detail

4. **Total amount of member interest:** 7,000 MMTLP $36,974.77

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR SHARE HOLDER

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** [redacted]
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):

   (Signature) [redacted]   (Date) 6/21/2025
   Telephone number: [redacted]   email: [redacted]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]  [Save Form]  [Clear Form]

June 21st, 2025

US Bankruptcy Court

District of Nevada

ATTN: Clerk of the Court

First Floor

300 Booth Street

Reno, Nevada 89509

RE: NOTICE OF REDACTION Proof of Interest Form Case No. 24-50792

To Clerk of the Court,

My name is ███████ and I hereby submit this NOTICE OF REDACTION for my PROOF OF INTEREST FORM in the matter of Meta Materials Inc, case number 24-50792. Per instructions by the Honorable Hilary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from the Proof of Interest Form and any other personal identifying information.

Per Instructions, I have included with this filing an unredacted versions of the POI and all supporting documents, as well as a redacted version of the identical submissions.

Thank you for your consideration in this matter

Kindest Regards,

[signature redacted]

Shareholder

**WELLSTRADE**
*0027

Total Value: **$134.53**
Today's Change: **$0 (0.00%)**
Priced as of Close on 06/20/2025  ↻ Refresh

## Stocks

| Symbol/Description | Shares @ Cost | Last Price/ Change | Market Value/ Today's Change ▼ | Unreal. Gain/Loss | Estimated Annual Income |
|---|---|---|---|---|---|
| NEXT BRIDGE HYDROCARBONS | 7,000 @ $5.28 | $0.00 N/A | $0.00 N/A (N/A) | -$36,974.77 -100.00% | N/A |
| WELLSTRADE *0027 | 300 @ $7.25 | $0.00 N/A | $0.00 N/A (N/A) | -$2,175.00 -100.00% | N/A |
| WELLSTRADE *0027 | 61 @ $7.60 | $0.00 N/A | $0.00 N/A (N/A) | -$463.60 -100.00% | N/A |
| WELLSTRADE *0027 | 39 @ $7.66 | $0.00 N/A | $0.00 N/A (N/A) | -$298.74 -100.00% | N/A |
| WELLSTRADE *0027 | 300 @ $8.00 | $0.00 N/A | $0.00 N/A (N/A) | -$2,400.00 -100.00% | N/A |
| WELLSTRADE *0027 | 100 @ $8.42 | $0.00 N/A | $0.00 N/A (N/A) | -$842.00 -100.00% | N/A |
| WELLSTRADE *0027 | 750 @ $9.01 | $0.00 N/A | $0.00 N/A (N/A) | -$6,757.50 -100.00% | N/A |
| WELLSTRADE *0027 | 50 @ $3.69 | $0.00 N/A | $0.00 N/A (N/A) | -$184.50 -100.00% | N/A |
| WELLSTRADE *0027 | 800 @ $3.76 | $0.00 N/A | $0.00 N/A (N/A) | -$3,008.00 -100.00% | N/A |
| WELLSTRADE *0027 | 400 @ $3.76 | $0.00 N/A | $0.00 N/A (N/A) | -$1,504.00 -100.00% | N/A |
| WELLSTRADE *0027 | 200 @ $3.77 | $0.00 N/A | $0.00 N/A (N/A) | -$754.00 -100.00% | N/A |
| WELLSTRADE *0027 | 500 @ $4.20 | $0.00 N/A | $0.00 N/A (N/A) | -$2,100.00 -100.00% | N/A |
| WELLSTRADE *0027 | 1,000 @ $4.21 | $0.00 N/A | $0.00 N/A (N/A) | -$4,210.00 -100.00% | N/A |
| WELLSTRADE *0027 | 500 @ $4.50 | $0.00 N/A | $0.00 N/A (N/A) | -$2,250.00 -100.00% | N/A |
| WELLSTRADE *0027 | 750 @ $4.77 | $0.00 N/A | $0.00 N/A (N/A) | -$3,577.50 -100.00% | N/A |
| WELLSTRADE *0027 | 250 @ $5.00 | $0.00 N/A | $0.00 N/A (N/A) | -$1,250.00 -100.00% | N/A |
| WELLSTRADE *0027 | 7 @ $5.19 | $0.00 N/A | $0.00 N/A (N/A) | -$36.33 -100.00% | N/A |
| WELLSTRADE *0027 | 993 @ $5.20 | $0.00 N/A | $0.00 N/A (N/A) | -$5,163.60 -100.00% | N/A |
| **Stocks Total** | | | $0.00 N/A (N/A) | -$36,974.77 -100.00% | |

## Cash, Cash Alternatives and Margin

| Account ▲ | Cash Balance |
|---|---|
| WELLSTRADE *0027 | $134.53 |
| **Cash Total** | **$134.53** |

| Portfolio Grand Total | Market Value | Unreal. Gain/Loss | Estimated Annual Income |
|---|---|---|---|
| | $134.53 | -$36,974.77<br>-100.00% | N/A |

## Risk Disclosures and Asset Class Information

**Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- *Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate*
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

2025 Wells Fargo Clearing Services, LLC. All rights reserved.

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS), Member SIPC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. *WellsTrade®* brokerage accounts are offered through WFCS.

Insurance products are offered through our affiliated non-bank insurance agencies.



Proof of Interest Supplemental Information:

Case 24-50792 Meta Materials Inc

For: ▮▮▮▮▮▮▮

MMTLP/NBH Holdings

Broker: Wells Fargo

Acct# ▮▮▮0027

Transactions

12/07/2022 Purchase 750 Shares $9.01 [$6,757.50 total invested]

12/07/2022 Purchase 300 Shares $8.00 [$2,400.00 total invested]

12/07/2022 Purchase 300 Shares $7.25 [$2,175.00 total invested]

12/07/2022 Purchase 100 Shares $8.42 [$842.00 total invested]

12/07/2022 Purchase 61 Shares $7.60 [$463.60 total invested]

12/07/2022 Purchase 39 Shares $7.66 [$298.74 total invested]

12/08/2022 Purchase 1,000 Shares $4.21 [$4,210 total invested]

12/08/2022 Purchase 993 Shares $5.20 [$5,163.60 total invested]

12/08/2022 Purchase 800 Shares $3.76 [$3,008.00 total invested]

12/08/2022 Purchase 750 Shares $4.77 [$3,577.50 total invested]

12/08/2022 Purchase 500 Shares $4.50 [$2,250.00 total invested]

12/08/2022 Purchase 500 shares $4.20 [$2,100.00 total invested]

12/08/2022 Purchase 400 Shares $3.76 [$1,504.00 total invested]

12/08/2022 Purchase 250 Shares $5.00 [$1,250 total invested]

12/08/2022 Purchase 200 Shares $3.77 [$754.00 total invested]

12/08/2022 Purchase 50 Shares $3.69 [$184.50 total invested]

12/08/2022 Purchase 7 Shares $5.19 [$36.33 total invested]

12/13/2022 7,000 MMTLP Shares Exchanged for Next Bridge Hydrocarbons