NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials, Inc | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Kimberly Kepling
   4729 Betty Davis Dr
   York SC 29745

   Telephone Number: 330-441-2980

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   JUL - 1 2025
   U.S. BANKRUPTCY COURT
   DANIEL S. OWENS, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): AST/Equiniti: XX0146  Schwab:

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☒ amends a previously filed Proof of Interest dated: 10/24/2024

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: AST
   PO Box 500
   Newark NJ 07101
   Telephone Number: 800-937-5449

   Charles Schwab & Co
   3000 Schwab Way
   Westlake TX 76262
   800-435-4000

3. Date Equity Interest was acquired: Originally acquired beginning 6/2021 Transfer dates to AST Attached beginning 12/21/2022

4. Total amount of member interest: 9011 + 100

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kimberly Kepling
Title: Shareholder
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) [signed] Kimberly Kepling    (Date) 6/22/2025
Telephone number: 330-441-2980  email: KimKep4796@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Operations Center
PO Box 500
Newark, NJ 07101
astfinancial.com,
help@astfinancial.com
(800) 937-5449

May 29, 2025

KIMBERLY KAROL KEPLING
4729 BETTY DAVIS DR
YORK SC 29745

| | |
|---|---|
| Registration: | KIMBERLY KAROL KEPLING |
| Company: | NEXT BRIDGE HYDROCARBONS INC |
| Account: | 0146 |

To Whom It May Concern:

As of Thursday, May 29, 2025, the open holdings in NEXT BRIDGE HYDROCARBONS INC account number 0000010146 are:

**Certificates:**

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0.000 |

If you are not in possession of any of the certificates listed, notify us immediately by reporting them lost or stolen on our website or in writing to the AST address above - Attn: Lost Securities. Please include the missing certificate number(s).

**Book Entry/DRS Shares (electronically held)**

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK*0000146 | 21-Dec-2022 | 1500.000 |
| BK*0002262 | 13-Sep-2023 | 5168.000 |
| BK*0005062 | 08-Mar-2024 | 2343.000 |
| Total Shares | | 9011.000 |

**Dividend Reinvestment or Direct Stock Purchase Shares**

| Total Shares | | 0.000 |
|---|---|---|

| Total Market Value: | As of Date : N/A | N/A |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services



**Individual 401(k)** of

KIMBERLY KAROL KEPLING
CHARLES SCHWAB & CO INC CUST
KIMKEP LLC I401K PLAN

Statement Period
April 1-30, 2025

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 100.0000 | | | 457.85 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$457.85** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 04/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 04/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1.54 | | $0.00 | | $0.00 | | ($1.43) | | $0.00 | | $0.00 | | $0.00 | | $0.11 |

Other Activity  **$0.00**          Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 04/01 | Purchase | | FNGR | FINGERMOTION INC | 1.0000 | 1.4300 | | (1.43) | |
| **Total Transactions** | | | | | | | | **($1.43)** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep for Benefit Plans Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01 | Beginning Balance A,B | $1.54 | 04/30 | Ending Balance A,B | $0.11 | 04/30 | Interest Rate *B | 0.05% |
| 04/01 | BANK TRANSFER TO BROKERAGE | (1.43) | | | | | | |

* Your interest period was 03/16/25 - 04/15/25.  B

June 22, 2025

US Bankruptcy Court – District of Nevada

Attn: Clerk of Courts

300 Booth Street

Reno NV  89509

RE: Amended Proof of Interest Form, Case No. 24-50792

To the Clerk of Courts,

My name is Kimberly Kepling and I hereby submit an AMENDED Proof of Interest Form in the matter of Meta Materials Inc, Case No. 24-50792. Please reference my prior Proof of Interest Forms for this case filed under docket entry numbers 72, 73, 74 filed 10/24/2024. In ADDITION to my prior Proof of Interest Forms that included only my shares of Meta Materials (MMAT), I am amending by adding my shares of TRCH/MMTLP/NBH. I am providing the updated Proof of Interest Form and supporting documentation. In addition, please note my change of address. The updated Proof of Interest provides my current permanent address.

Thank you,

*Kimberly Kepling* (signature)

Kimberly Kepling

Shareholder