Scott Traudt
191 Kibling Hill Rd,
Strafford, VT 05072
straudt@gmail.com
802-318-0429 pro se

Las Vegas NV
USBC

NVB 9014 (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re Meta Materials Inc

Debtor(s)

BK- 24-50792-hlb
Chapter 7

NOTICE OF HEARING ON Sept 4, 2025

Hearing Date: Sept 4, 2025
Hearing Time: 10:00 AM

Docket # 2041

**NOTICE IS HEREBY GIVEN** that a MOTION FOR Disqualification was filed on June 23, 2025 by Scott Traudt. The Motion seeks the following relief: removal of Wes Christian as trustee advisor counsel. Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

RECEIVED AND FILED
JUL 15 2025 AM
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

| | |
|---|---|
| 1 | |
| 2 | If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. |
| 3 | |
| 4 | If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then: |
| 5 | |
| 6 | • The court may *refuse to allow you to speak* at the scheduled hearing; and |
| 7 | • The court may *rule against you* without formally calling the matter at the hearing. |

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the US Bankruptcy Court Nevada on September 4, 2025 _____, at the hour of 10:00 AM.

DATED: July 8, 2025        Scott Travatt
                           Attorney/Debtor Pro Se
                           Intervenor

-2-

NVB 7005 (Rev. 1/11)

E-filed on: July 8 2025

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Meta Materials INC.

Debtor(s),

Plaintiff,

vs.

Defendant.

Case No.: 24-50792-hlb
Chapter 7

Adversary No.: 24-50792-hlb

Hearing Date: Sept 4, 2025
Time: ~~10:00 AM~~

## CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding."

1. On July 8 2025 (date) I served the following document(s) (specify):

"Notice of Hearing" and "Certificate of Service" for the Sept. 4, 2025 hearing at 10AM to disqualify Wes Christian Docket # 2041 US Bank. Ct. Las Vegas

2. I served the above-named document(s) by the following means to the persons as listed below:

   ***(Check all that apply)***

   ☐ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ☒ **b. United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   ☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☑ **d. By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   *I have no agreement with Any parties to this I am doing it as backup to US Postal Service 1st Class*

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: July 8, 2025

_Scott Traudt_                          _Scott Traudt_
(NAME OF DECLARANT)                     (SIGNATURE OF DECLARANT)

3

This notice was emailed and 1st Class USPS mailed on July 8, 2025 to the following interested parties in *"In Re Meta Materials Inc."* (Chapter 7 – US Bank. Ct. Las Vegas NV CANO: 24-50792-hlb

Trustee and Estate Counsel
U.S. Department of Justice PO Box 18417, Reno, NV 89511
    Christina W. Lovato – trusteelovato@att.net ; NV26@ecfcbis.com
Office of the U.S. Trustee
    U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
Hartman & Hartman 510 W. Plumb Lane Ste. B, Reno, NV 89509
Jeffrey L. Hartman – notices@bankruptcyreno.com ; abg@bankruptcyreno.com
Debtor's Counsel
Parsons Behle and Latimer 800 West Main Street Suite 1300, Boise, ID 83702
    Kaycee Royer – kroyer@parsonsbehle.com
Perkins Coie LLP 2525 E. Camelback Road, Suite 500, Phoenix, AZ 85016
Bradley Cosman – bcosman@perkinscoie.com ; docketphx@perkinscoie.com
Holland & Hart LLP 3110 N. Central Av., Suite D-1160 (Ground) Phoenix, AZ 85012
Andrea Driggs – ajdriggs@hollandhart.com
Special Litigation Counsel
Christian Attar 1177 W. Loop S., Ste.1700, Houston, TX 77027
    James "Wes" Christian – jchristian@christianattarlaw.com
Kasowitz Benson Torres LLP 1633 Broadway, New York, NY 10019
Steven Tountas – stountas@kasowitz.com ; legal-notices@kasowitz.com ;
Barnes & Thornburg LLP 2029 Century Park E. Ste. 300, Los Angeles, CA 90067
Lilit Asadourian –
Schneider Wallace Cottrell Konecky LLP 2000 Powell Street, Ste. 1400, Emeryville, CA 94608
    Ryan R.C. Hicks – rhicks@schneiderwallace.com
Jason H. Kim – jkim@schneiderwallace.com
Schneider Wallace Cottrell Konecky LLP 1050 30th Street NW, Washington DC 20007
    David D. Burnett – dburnett@schneiderwallace.com
Cooper Levenson 3016 W. Charleston Blvd. Ste. 195, Las Vegas, NV 89102
Michael R. Brunet – mbrunet@cooperlevenson.com
Kaempfer Crowell 50 W. Liberty, St. Ste. 700, Reno, NV 89501 4
Louis M. Bubala – lbubala@kcnvlaw.com cdroessler@kcnvlaw.com kmilks@kcnvlaw.com
Johnson & Gubler, P.C. 8831 West Sahara Ave., Las Vegas, NV 89117
Matthew L. Johnson – mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com
kristi@mjohnsonlaw.com kathra@mjohnsonlaw.com admin@mjohnsonlaw.com
Robison, Sharp, Sullivan & Brust 71 Washington St., Reno, NV 89503
Clayton P. Brust cbrust@rssblaw.com
Kent R. Robison krobison@rssblaw.com
Hannah E. Winston hwinston@rssblaw.com
Russell J. Carr rcarr@rssblaw.com