Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>      Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>EX PARTE APPLICATION TO AMEND ORDER AUTHORIZING TRUSTEE TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA<br><br>Hearing Date:  N/A<br>Hearing Time: |

Christina Lovato, chapter 7 trustee ("Trustee Lovato"), for the estate of Meta Materials, Inc. ("Estate" or "Debtor"), files her Ex Parte Application To Amend Order Authorizing Trustee To Incur Expense For Preserving Electronic Stored Data ("Application").  This Application is supported by the separately filed Declaration of Trustee Lovato.

1.     This case was filed on August 9, 2024 and Trustee Lovato was appointed to administer the Estate. [ECF No. 14].  The Schedules of Assets and Liabilities filed by the Debtor indicate that it owns 100% of the equity in nine subsidiaries, several of which are entities which operated in Nova Scotia, Canada and at least two of which operated in the United Kingdom and Greece.

2.     The Debtor was a publicly held entity, trading on the U.S. based National Association of Securities Dealers Automated Quotations ("NASDAQ"). Shortly before the petition was filed, NASDAQ de-listed Meta Materials, Inc.

3.    On August 27, 2024, Trustee Lovato filed her Ex Parte Application For Authority To Incur Expense for Preserving Electronic Stored Data [ECF No. 19], which was approved by Order [ECF No. 22].

4.    As of July 1, 2025, Trustee Lovato has paid approximately $35,153.38 to Cyber Discovery, Inc., and anticipates requiring additional IT services to be conducted extracting and preserving data.

WHEREFORE, Trustee Lovato requests an amended order authorizing her to incur expenses not to exceed $75,000 for matters related to engaging the services of Cyber Security, Inc. and taking control of, and preserving, the Debtor's books and records.    Trustee Lovato also requests that expenses paid above $7,500 be retroactively ratified.

DATED: July 17, 2025.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Trustee

2