Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF EX PARTE APPLICATION TO AMEND ORDER AUTHORIZING TRUSTEE TO INCUR EXPENSE FOR PRESERVING ELECTRONIC STORED DATA**<br><br>Hearing Date:   N/A<br>Hearing Time: |

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1. I am the duly appointed and acting trustee in this case. [ECF No. 14].

2. I have personal knowledge of the matters stated herein.

3. This case was filed on August 9, 2024 and I was appointed to administer the Estate. The Schedules of Assets and Liabilities filed by the Debtor indicate that it owns 100% of the equity interest in nine subsidiaries, several of which were entities operating in Nova Scotia, Canada and two of which were operating in the United Kingdom and Greece.

4. The Debtor was a publicly held entity, trading on the U.S. based National Association of Securities Dealers Automated Quotations ("NASDAQ"). Shortly before the petition was filed, NADAQ de-listed Meta Materials, Inc. ("Meta").

1

5. On August 27, 2024, I filed my Ex Parte Application For Authority To Incur Expense for Preserving Electronic Stored Data [ECF No. 19], which was approved by Order [ECF No. 22].

6. As of July 1, 2025, I have paid approximately $35,153.38 to Cyber Discovery, Inc., and anticipate requiring additional IT services to be conducted extracting and preserving data.

7. I request an amended order increasing the authorized amount from $7,500 to $75,000 for matters related to engaging the services of Cyber Security, Inc. and taking control of, and preserving, the Debtor's books and records. I also request that expenses paid above $7,500 be retroactively ratified.

DATED: July 17, 2025.

/s/ Christina Lovato
Christina Lovato