Bradley A. Cosman, AZ Bar No. 026223
BCosman@perkinscoie.com
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
602-351-8000

*Attorneys for Meta Materials Inc.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 24-50792-hlb |
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM |

Bradley A. Cosman of Perkins Coie LLP gives notice of appearance in this chapter 7 case as attorney for Meta Materials Inc. in lieu of Andrea J. Driggs and Kaycee May Royer[1], who are no longer with Perkins Coie LLP and requests that a copy of all filings and notices in this case be sent to the following attorney at the address indicated below:

> Bradley A. Cosman
> BCosman@perkinscoie.com
> 2525 E. Camelback Road, Suite 500
> Phoenix, AZ 85016-4227

---

[1] On February 28, 2025, Ms. Royer filed a *Notice of Substitution of Attorney Within the Firm* [Doc 1598] requesting that Ms. Driggs be removed from the service and distribution lists.

Accordingly, Meta Materials Inc. requests that the Court enter a form of order attached hereto as Exhibit A, removing Ms. Driggs and Ms. Royer from the service and distribution lists and substituting Bradley A. Cosman[2] in their place.

Dated: July 30, 2025                                  **PERKINS COIE LLP**

By: */s/ Bradley A. Cosman*
    Bradley A. Cosman, AZ Bar No. 026223
    BCosman@perkinscoie.com
    2525 E. Camelback Road, Suite 500
    Phoenix, AZ 85016-4227
    602-351-8000

---

[2] On April 1, 2025, Mr. Cosman filed a *Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court* [Doc 1822] which was granted by Order of this Court on April 2, 2025 [Doc 1824].

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2025, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

                                        */s/  Bradley A. Cosman*

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 24-50792-hlb |
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | ORDER GRANTING SUBSTITUTION OF COUNSEL WITHIN THE FIRM |

Upon consideration of the notice ("**Notice**") of Bradley A. Cosman of Perkins Coie LLP of his appearance and substitution in this chapter 7 case as attorney for Meta Materials Inc. in lieu of Andrea J. Driggs and Kaycee Royer[1], who are no longer with Perkins Coie LLP, and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Notice is granted.

2. The Court will remove the below contact information for Andrea J. Driggs from the service and distribution lists:

---

[1] On February 28, 2025, Ms. Royer filed a *Notice of Substitution of Attorney Within the Firm* [Doc 1598] requesting that Ms. Driggs be removed from the service and distribution lists.

1 | Andrea J. Driggs
2 | Holland & Hart LLP
  | 3110 N. Central Ave.
3 | Suite D-160 (Ground)
  | Phoenix, AZ 85012
4 | 602-884-2003
  | Email: ajdriggs@hollandhart.com

3. The Court will remove the below contact information for Kaycee Royer from the service and distribution lists:

> Kaycee Royer
> Parsons Behle and Latimer
> 800 West Main Street
> Suite 1300
> Boise, ID 83702
> 208-562-4915
> Email: kroyer@parsonsbehle.com

4. Bradley A. Cosman will remain as counsel to Meta Materials Inc. All filings and notices in this case will continue to be provided to Mr. Cosman as outlined below:

> Bradley A. Cosman
> Perkins Coie LLP
> 2525 E. Camelback Road
> Suite 500
> Phoenix, AZ 85016
> 602-351-8000
> Email: BCosman@perkinscoie.com

Submitted by:

**PERKINS COIE LLP**

By: */s/ Bradley A. Cosman*
    Bradley A. Cosman, AZ Bar No. 026223
    BCosman@perkinscoie.com
    2525 E. Camelback Road, Suite 500
    Phoenix, AZ 85016-4227
    602-351-8000