_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 31, 2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re | Case No. 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
|  |  |
| Debtor. | ORDER GRANTING SUBSTITUTION OF COUNSEL WITHIN THE FIRM |

Upon consideration of the notice ("**Notice**") of Bradley A. Cosman of Perkins Coie LLP of his appearance and substitution in this chapter 7 case as attorney for Meta Materials Inc. in lieu of Andrea J. Driggs and Kaycee Royer[1], who are no longer with Perkins Coie LLP, and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Notice is granted.

2. The Court will remove the below contact information for Andrea J. Driggs from the service and distribution lists:

---

[1] On February 28, 2025, Ms. Royer filed a *Notice of Substitution of Attorney Within the Firm* [Doc 1598] requesting that Ms. Driggs be removed from the service and distribution lists.

    Andrea J. Driggs
    Holland & Hart LLP
    3110 N. Central Ave.
    Suite D-160 (Ground)
    Phoenix, AZ 85012
    602-884-2003
    Email: ajdriggs@hollandhart.com

  3.  The Court will remove the below contact information for Kaycee Royer from the service and distribution lists:

    Kaycee Royer
    Parsons Behle and Latimer
    800 West Main Street
    Suite 1300
    Boise, ID 83702
    208-562-4915
    Email: kroyer@parsonsbehle.com

  4.  Bradley A. Cosman will remain as counsel to Meta Materials Inc. All filings and notices in this case will continue to be provided to Mr. Cosman as outlined below:

    Bradley A. Cosman
    Perkins Coie LLP
    2525 E. Camelback Road
    Suite 500
    Phoenix, AZ 85016
    602-351-8000
    Email: BCosman@perkinscoie.com

Submitted by:

**PERKINS COIE LLP**

By: */s/ Bradley A. Cosman*
  Bradley A. Cosman, AZ Bar No. 026223
  BCosman@perkinscoie.com
  2525 E. Camelback Road, Suite 500
  Phoenix, AZ 85016-4227
  602-351-8000