Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

*Attorneys for Non-Party Citadel Securities LLC*

Michael R. Hogue, Esq. (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
GREENBERG TRAURIG, LLP
Las Vegas, NV 89135
Telephone: (702) 938-6909
Email: hoguem@gtlaw.com

*Attorneys for Non-Party Anson Funds Management LP*

Jarrod L. Rickard, Esq. (NSBN 10203)
SEMENZA RICKARD LAW
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Email: jlr@semenzarickard.com

*Attorneys for Non-Party Virtu Financial, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS, INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>Chapter 7<br><br>**NOTICE OF HEARING ON NON-PARTY CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**<br><br>**Hearing Date: September 4, 2025**<br>**Hearing Time: 10:00 a.m.** |

PLEASE TAKE NOTICE that, on September 4, 2025 at 10:00 a.m. Pacific Time, a hearing will be conducted on *Non-Party Citadel Securities LLC Anson Funds Management LP, and Virtu Financial, LLC's Memorandum of Law in Support of Motion to Quash and/or for a Protective Order* [ECF No. 2088] (the "Motion").

NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained at the bankruptcy court's website at www.nvb.uscourts.gov by logging onto the PACER document service center at www.pacer.gov or by requesting a copy from the undersigned counsel.

NOTICE IS FURTHER GIVEN that any opposition must be filed pursuant to Local Rule 9014(d)(1).

Pursuant to Local Rule 9014(d)(1):

an "opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before Honorable United States Bankruptcy Judge Hilary L. Banes on the captioned date and time. Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID: **160 532 0260** and entering access code or passcode **643758#**.

Dated this 7th day of August, 2025.

McDONALD CARANO LLP

*/s/ Jimmy F. Dahu*
Ryan J. Works, Esq. (NSBN 9224)
Jimmy F. Dahu, Esq. (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Peter H. Fountain, Esq. (*pro hac vice forthcoming*)
Madeleine Zabriskie, Esq. (*pro hac vice forthcoming*)
295 Fifth Avenue
New York, NY 10016
pterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

*Attorneys for Non-Party Citadel Securities LLC*

GREENBERG TRAURIG, LLP

*/s/ Michael R. Hogue*
Michael R. Hogue, Esq. (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
hoguem@gtlaw.com

Sylvia E. Simson, Esq. (*pro hac vice forthcoming*)
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com

Alan J. Brody, Esq. (*pro hac vice forthcoming*)
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com

*Attorneys for Non-Party Anson Funds Management LP*

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., (NSBN 10203)
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
jlr@semenzarickard.com

DAVIS WRIGHT TREMAINE, LLP
Michael Rella, Esq. (*pro hac vice forthcoming*)
Shanaye Carvajal, Esq. (*pro hac vice forthcoming*)
1251 Avenue of the Americas
New York, NY 10020
michaelrella@dwt.com
shanayecarvajal@dwt.com

*Attorneys for Non-Party Virtu Financial, LLC*