Michael R. Hogue, Esq.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6840
Email: hoguem@gtlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

META MATERIALS, INC.,

Debtor(s).

Bankruptcy No.: 24-50792-hlb
Chapter 7

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Anson Funds Management LP, the a non-party herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Michael R. Hogue attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

 NSBN 12400, Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600,

 Las Vegas, NV 89135, (702) 792-3773, hoguem@gtlaw.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ Alan J. Brody   Attorney at Law

Counsel for Anson Funds Management

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the a[ttorney of] record and to keep such counsel informed as to the status o[f the case]

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Michael R. Hogue__ as his/her/their Designated Nevada Counsel is this case.

/s/ Alan J. Brody

Deslocalcounsel.wpd   rev. 4/12/07