1   Jeffrey L. Hartman, Esq. (NSBN 1607)        Ryan J. Works (NSBN 9224)
    HARTMAN & HARTMAN                           Jimmy F. Dahu (NSBN 17061)
2   510 W. Plumb Lane, Suite B                  McDONALD CARANO LLP
3   Reno, Nevada 89509                          2300 West Sahara Avenue, Suite 1200
    Telephone: (775) 324-2800                   Las Vegas, Nevada 89102
4   notices@bankruptcyreno.com                  Telephone: (702) 873-4100
                                                rworks@mcdonaldcarano.com
5                                               jdahu@mcdonaldcarano.com
    Attorney for Christina Lovato,
6   Chapter 7 Trustee
                                                Attorneys for Non-Party Citadel Securities LLC
7
8   Michael R. Hogue, Esq. (NSBN 12400)         Jarrod L. Rickard, Esq. (NSBN 10203)
    10845 Griffith Peak Drive, Suite 600        SEMENZA RICKARD LAW
9   GREENBERG TRAURIG, LLP                      10161 Park Run Dr., Ste. 150
    Las Vegas, Nevada 89135                     Las Vegas, Nevada 89145
10  Telephone: (702) 938-6909                   Telephone: (702) 835-6803
    hoguem@gtlaw.com                            jlr@semenzarickard.com
11
12  Attorneys for Non-Party Anson Funds         Attorneys for Non-Party Virtu Financial, LLC
    Management LP
13

14

15                    **UNITED STATES BANKRUPTCY COURT**

16                          **DISTRICT OF NEVADA**

17  In re                                    Case No.: 24-50792-hlb
                                             (Chapter 7)
    META MATERIALS INC.,
18
         Debtor.                             **STIPULATION ON BRIEFING SCHEDULE AND**
19                                           **HEARING DATE FOR NON-PARTIES CITADEL**
20                                           **SECURITIES LLC, ANSON FUNDS**
                                             **MANAGEMENT LP, AND VIRTU FINANCIAL,**
21                                           **LLC'S MOTION TO QUASH AND/OR FOR A**
                                             **PROTECTIVE ORDER**
22
23                                           Current Hearing Date:   September 4, 2025
                                             Current Hearing Time:  10:00 a.m.
24
25                                           **Proposed Hearing Date:   October 30, 2025**
                                             **Proposed Hearing Time:  10:30 a.m.**
26

27          **WHEREAS**, in relation to the above-captioned bankruptcy proceedings (the "Action"),

28  Chapter 7 Trustee Christina Lovato ("Trustee") and third-party subpoena respondents Citadel

Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC ("Non-Parties") hereby agree to the following Stipulation and respectfully request that the Court enter the [Proposed] Order Approving Stipulation on Briefing Schedule and Hearing Date for Non-Party Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC's Motion to Quash and/or For a Protective Order, filed herewith (the "[Proposed] Order"), resetting the schedule for briefing and a hearing on the Non-Parties' Motion to Quash and/or For a Protective Order, ECF No. 2088 *et seq.* (Aug. 5, 2025) (the "Motion"), the schedule for which is currently set forth in the Notice of Hearing on the Motion filed by the Non-Parties, ECF No. 2093 (Aug. 7, 2025) (the "Notice of Hearing");

**WHEREAS**, the Trustee served subpoenas on each of the three Non-Parties seeking production of documents and deposition testimony (the "Subpoenas");

**WHEREAS**, on August 5, 2025, after correspondence and meet and confers, the Non-Parties filed their Motion, seeking to quash the Subpoenas and/or to obtain a protective order with respect thereto;

**WHEREAS**, on August 7, 2025, the Non-Parties filed their Notice of Hearing, specifying that "on September 4, 2025 at 10:00 a.m. Pacific Time, a hearing will be conducted" on the Non-Parties' Motion;

**WHEREAS**, the Trustee's forthcoming opposition to the Non-Parties' Motion (the "Opposition") is presently due on Thursday, August 21, 2025, pursuant to Local Rule 9014(d)(1), which provides that "opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion" (as cited in the Notice of Hearing);

**WHEREAS**, any reply memorandum filed by the Non-Parties in support of their Motion (the "Reply") is presently due on Thursday, August 28, 2025, pursuant to Local Rule 9014(d)(2), which provides that "any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date";

**WHEREAS**, counsel for the Trustee has requested to extend the current briefing schedule and hearing date on the Motion, given the current imminent deadline of Thursday, August 21, 2025

for the Trustee's Opposition;

**WHEREAS**, the Non-Parties agree to the Trustee's request for an extension of the hearing date on the Motion, and necessarily for extended dates to file the Opposition and Reply;

**NOW, THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate to and confirm the following**:**

1. The remote Zoom hearing on the Motion shall be continued from September 4, 2025 to October 30, 2025 at 10:30 a.m.;

2. Any opposition to the Motion shall be filed and served by September 23, 2025;

3. Any reply in support of the Motion shall be filed and served no later than October 23, 2025; and

4. The Parties certify that the above requested continuance and modified briefing schedule is made in good faith and not for delay or any other improper purpose.

**Date: August 20, 2025**

*[Signature blocks appear on following page]*

McDONALD CARANO LLP

/s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Jimmy F. Dahu, Esq. (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Peter H. Fountain, Esq. (admitted *pro hac vice*)
Madeleine Zabriskie, Esq. (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
pterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

**Attorneys for Non-Party Citadel Securities LLC**


GREENBERG TRAURIG, LLP

/s/ Michael R. Hogue
Michael R. Hogue, Esq. (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
hoguem@gtlaw.com

Sylvia E. Simson, Esq. (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com

Alan J. Brody, Esq. (admitted *pro hac vice*)
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com

**Attorneys for Non-Party Anson Funds Management LP**

SEMENZA RICKARD LAW

/s/ Jarrod L. Rickard
Jarrod L. Rickard, Esq., (NSBN 10203)
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
jlr@semenzarickard.com

DAVIS WRIGHT TREMAINE, LLP

Michael Rella, Esq. (pro hac vice forthcoming)
Shanaye Carvajal, Esq. (pro hac vice forthcoming)
1251 Avenue of the Americas
New York, NY 10020
michaelrella@dwt.com
shanayecarvajal@dwt.com

**Attorneys for Non-Party Virtu Financial, LLC**


HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq. (NSBN 1607)
510 West Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
jlh@bankruptcyreno.com

CHRISTIAN ATTAR

James W. Christian (admitted *pro hac vice*)
1177 West Loop South, Suite 1700
Houston, TX 77027
Telephone: (713) 659-7617
JChristian@christianattarlaw.com

SCHNEIDER WALLACE COTTRELL KIM LLP

David D. Burnett (admitted *pro hac vice*)
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
dburnett@schneiderwallace.com

ROBINSON SHARP SULLIVAN BRUST
Clayton P. Brust (NSBN 5234)
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
cbrust@rssblaw.com

**Attorneys for Chapter 7 Trustee Christina Lovato**