*[signature]*
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
August 21, 2025

___

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**ORDER APPROVING STIPULATION ON BRIEFING SCHEDULE AND HEARING DATE FOR NON-PARTIES CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**<br><br>Original Hearing Date:  September 4, 2025<br>Original Hearing Time:  10:00 a.m.<br><br>**New Hearing Date:  October 30, 2025**<br>**New Hearing Time:  10:30 a.m.** |

The Court having reviewed the Stipulation on Briefing Schedule and Hearing Date for Non-Parties Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC's Motion to Quash and/or for a Protective Order (the "Stipulation") by and between Chapter 7 Trustee Christina Lovato ("Trustee") and third-party subpoena respondents Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC (the "Non-Parties"), and upon due consideration of the Non-Parties' Motion to Quash and/or For a Protective Order, ECF No. 2088 *et seq*. (Aug. 5, 2025) (the "Motion"); the Notice of Hearing filed by the Non-Parties, ECF No. 2093 (Aug. 7, 2025); and the Stipulation, and for good cause shown, it is hereby:

**ORDERED** that the Stipulation is APPROVED;

**IT IS FURTHER ORDERED** that the hearing on the Motion is rescheduled from

1

September 4, 2025, 10:00 a.m. PT to October 30, 2025 at 10:30 a.m. PT;

**IT IS FURTHER ORDERED** that 1) the Trustee's Opposition to the Motion shall be filed on or before September 23, 2025; and 2) the Non-Parties' reply brief in support of their Motion shall be filed on or before October 23, 2025.

Respectfully submitted by:

*[Signature blocks appear on following page]*

McDONALD CARANO LLP

/s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Jimmy F. Dahu, Esq. (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Peter H. Fountain, Esq. (admitted *pro hac vice*)
Madeleine Zabriskie, Esq. (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
pterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

**Attorneys for Non-Party Citadel Securities LLC**


GREENBERG TRAURIG, LLP

/s/ Michael R. Hogue
Michael R. Hogue, Esq. (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
hoguem@gtlaw.com

Sylvia E. Simson, Esq. (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com

Alan J. Brody, Esq. (admitted *pro hac vice*)
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com

**Attorneys for Non-Party Anson Funds Management LP**

3

SEMENZA RICKARD LAW

/s/ Jarrod L. Rickard
Jarrod L. Rickard, Esq., (NSBN 10203)
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
jlr@semenzarickard.com

DAVIS WRIGHT TREMAINE, LLP

Michael Rella, Esq. (pro hac vice forthcoming)
Shanaye Carvajal, Esq. (pro hac vice forthcoming)
1251 Avenue of the Americas
New York, NY 10020
michaelrella@dwt.com
shanayecarvajal@dwt.com

**Attorneys for Non-Party Virtu Financial, LLC**

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq. (NSBN 1607)
510 West Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
jlh@bankruptcyreno.com

CHRISTIAN ATTAR

James W. Christian (admitted *pro hac vice*)
1177 West Loop South, Suite 1700
Houston, TX 77027
Telephone: (713) 659-7617
JChristian@christianattarlaw.com

SCHNEIDER WALLACE COTTRELL KIM LLP

David D. Burnett (admitted *pro hac vice*)
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
dburnett@schneiderwallace.com

4

ROBINSON SHARP SULLIVAN BRUST
Clayton P. Brust (NSBN 5234)
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
cbrust@rssblaw.com

**Attorneys for Chapter 7 Trustee Christina Lovato**

# # #