Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF TRUSTEE CHRISTINA LOVATO'S RESPONSE TO MOTION BY SCOTT TRAUDT, THIRD PARTY INTERVENOR AND MOVANT TO DISQUALIFY FROM SERVICE TO THE TRUSTEE ATTORNEY JAMES WESLEY CHRISTIAN AND CHRISTIAN ATTAR LAW FIRM ET.AL. AS SPECIAL COUNSEL AND TO DECLARE THE RETENTION AGREEMENTS AND OTHER NON-DISCLOSURE AGREEMENTS AS VOID AB INITIO [ECF NO. 2041]**<br><br>Hearing Date:   September 4, 2025<br>Hearing Time:   10:00 a.m. |

James W. Chirstian, under penalty of perjury of the laws of the United States, declares:

1.   I am an attorney in good standing with the State Bar of Texas since 1978. I am a principal in the law firm Christian Attar located in Houston, Texas. I have personal knowledge of the matters stated herein.

2.   In 2023, my law firm was Christian Levine Group and teamed with Warshaw Burstein to represent a group of investors in Next Bridge Hydrocarbons, Inc. (NBH"). The NBH

1

investor group formed an entity, Flamethrower, LLC which was our client. The investigation included review of potential issues including jurisdiction/venue, claims for relief, and suspected trading day(s) activities. Consulting experts were engaged, DTCC records were compared to Broadridge data, correspondence to FINRA was processed and evidence-preservation letters were sent. At the conclusion of the investigation, Christian Levine and Warshaw Burstein determined that evidence was insufficient to file §10(b)(5) of the Securities Exchange Act of 1934.

3. My first involvement with Meta Materials, Inc. ("Meta") was also in 2023. Christian Attar was engaged to represent Meta on issues related to a variety of securities issues. A substantial due diligence package was prepared; however, the company declined to pursue the matter further.

4. Several years ago, a 'Go Fund Me' account was established to raise monies to create a corporate vehicle for investigating potential violations by participants in the publicly traded securities marketplace. I was not involved in establishing the account. The result was an entity identified as The Naked Truth, Inc. When I learned of the project, I offered to return all the funds raised to the donors. The remaining monies were placed into an account over which I have no authority or control. I am not now, nor have I ever been, an officer, director or shareholder in The Naked Truth, Inc.

5. I interacted with Mr. Valinoti approximately 15 years ago but have never paid Mr. Valinoti any amount of money for providing clients.

6. Since employment by Trustee Lovato in this matter, my firm Christian Attar, the firms of Kasowitz, Benson & Torres, and Schneider Wallace Cottrell & Konecky have engaged in significant efforts with experts funded by Parabellum Capital, to refine the types of trading information being sought in Trustee Lovato's ongoing discovery efforts. At this stage, we are focusing primarily on (Wes explain – failure to deliver stock, spoofing and other forms of market manipulation.

1  7. I have utilized Parabellum Capital in multiple market manipulation cases.

3  DATED: August 21, 2025.

*/s/ James W. Christian*
James W. Christian, Esq.

3