Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-hlb
(Chapter 7)

**DECLARATION OF DAVID WENGER IN SUPPORT OF TRUSTEE CHRISTINA LOVATO'S RESPONSE TO MOTION BY SCOTT TRAUDT, THIRD PARTY INTERVENOR AND MOVANT TO DISQUALIFY FROM SERVICE TO THE TRUSTEE ATTORNEY JAMES WESLEY CHRISTIAN AND CHRISTIAN ATTAR LAW FIRM ET.AL. AS SPECIAL COUNSEL AND TO DECLARE THE RETENTION AGREEMENTS AND OTHER NON-DISCLOSURE AGREEMENTS AS VOID AB INITIO [ECF NO. 2041]**

Hearing Date: September 4, 2025
Hearing Time: 10:00 a.m.

David Wenger, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of the state of Connecticut.

2. I am the President and CEO of Shareholder Intelligence Services ("ShareIntel").

1

3. For more than 20 years, ShareIntel has occupied, and continues to occupy the premises located at 151 Rowayton Avenue Rowayton, CT 06853 as its principal place of business.

DATED: August 20, 2025.

David Wenger, President
Shareholder Intelligence Services