# EXHIBIT A

# EXHIBIT A

**LOT 1004**
**MARYLAND RELATED IP FOR IMAGING TECH**

| Family Ref. | Meta ID | Status | Title | Application Type | Filing Date | Application Number | Country | WIPO ID | Priority Date |
|---|---|---|---|---|---|---|---|---|---|
| VLP-010 | VLP-010US | Pending | IMAGE PROCESSING ARCHITECTURE FOR COMPOSITE FOCAL PLANE ARRAY (CFPA) IMAGING SYSTEM | Utility Patent | 11/11/2022 | US18389213 | United States of America | US | 11/11/2022 |
| VLP-011 | VLP-011US | Pending | IN-SITU COMPOSITE FOCAL PLANE ARRAY (CFPA) IMAGING SYSTEM GEOMETRIC CALIBRATION | Utility Patent | 11/4/2023 | US18387358 | United States of America | US | 11/4/2022 |
| VLP-013 | VLP-013US | Pending | SYSTEMS AND DEVICES FOR COMPOSITE FOCAL PLANE ARRAY SENSORS | Utility Patent | 10/27/2023 | US18384813 | United States of America | US | 10/27/2022 |