RECEIVED
AND FILED

SEP   2 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

META MATERIALS INC.,

Debtor

| Case No.: 24-50792-hlb
| (Chapter 7)
|
| **THIRD PARTY INTERVENOR SCOTT**
| **TRAUDT'S REPLY TO TRUSTEE**
| **LOVATO'S RESPONSE (DCKT.2141)**
| **AND CROSS-MOTION FOR SANCTIONS,**
| **DISQUALIFICATION, AND REFERRAL**
|
| Hearing requested.

## 1. INTRODUCTION

NOW COMES Scott Traudt, Third-Party Intervenor (hereinafter, the "Movant" or "Traudt"), and respectfully submits this Reply to Trustee Lovato's ("Lovato" or "Trustee") Response (Dkt. 2141) and Cross-Motion for sanctions, disqualification, disgorgement, and referral to disciplinary and prosecutorial authorities.

This matter is largely about perjury, candor to the tribunal, and selective enforcement. Attorney Wes Christian ("Christian") filed an affidavit (Dkt. 2143 – 21 August 2025) under penalty of perjury asserting that he had no interaction with Gary L. Valinoti ("Valinoti") for fifteen years and had never paid him. Lovato adopted and relied upon that affidavit in her Response (Dkt. 2141). Those assertions are false, and the falsity is proved by objective, public evidence. Valinoti consented to a $4.3 million civil judgment by the SEC in 2005 (Litigation Release No. 19407, Sept. 29, 2005) for unregistered securities sales involving Jag Media Holdings, Inc., including $2.9 million in disgorgement and $1.39 million in prejudgment interest, a matter of public record, which heightens the materiality of any undisclosed ongoing relationship with Christian in a bankruptcy involving a publicly traded company like the Debtor

1

(which has faced allegations of naked short selling manipulation and monumental fraud and breaches of fiduciary duty among its former Board of Directors). See Dckt.#2041, page 59. The evidence is incontrovertible.

## 2. EVIDENCE

### A. Christian's perjury and false declarations

On September 29, 2023: On a recorded video, Valinoti stated, "Wes pays me $300 an hour," and "Wes gave me $40,000." (**Appendix A**).

On June 3, 2025: Christian appeared with Valinoti on a live X Spaces call hosted by Kevin Malone (with journalist Kristen Shaughnessy), discussing recent work and future lawsuits together. (**Appendix B**).

Multiple X posts (2023–2025) tie inducements and stock-promotion to Christian's name: "Ask WES, he is their lawyer," "Wes said on the call it's the time to be in this game," "Once dividend is done WES will sue for $1B," *"Let's rob together Free $$ for everyone."* (**Appendix C – Lets Rob**).

### B. Proof of Traudt's standing

Greg McCabe, CEO of Next Bridge Hydrocarbons (NBH), filed a proof of interest claiming ~12,000 MMTLP shares in May 2025. The Trustee did not object. Yet she aggressively opposes Movant—classic selective targeting. McCabe originally filed only for his 120,000 MMAT shares on October 8, 2024. (**Appendix D**).

Movant's standing is confirmed by a variety of structural/administrative issues with regards to how a CIK from MMAT has shared to MMTLP. The screenshot showing 296 million shares outstanding versus 206 million free float ties directly into the issue of CIK sharing between MMAT and MMTLP. (**Appendix E** – see page 52) The Central Index Key (CIK) is assigned to

the filing entity, not to the stock, and it remains permanent and unique to that legal entity. In this case, Meta Materials (MMAT) and its spin-off dividend placeholder (MMTLP) were both tied back to the same CIK in EDGAR filings. <u>The shares outstanding should match the shares in the free float.</u> That overlap caused market confusion because although MMTLP was treated as a tradable security, it was not a separate company with its own CIK. Instead, it was tracked under Meta Materials' identifier, allowing outstanding share counts to reflect the entire umbrella entity, while free float only represented the portion actually made available for public trading. This is why you see a discrepancy: the 296 million shares reflect the total corporate capitalization, while the 206 million free float corresponds to what was tradable under MMTLP's temporary structure.

This duality demonstrates the limitations of using CIKs in trading analysis. Since the CIK is tied to the company, not the stock, corporate actions like spin-offs or dividend shares can be reported under the same identifier, even if the market treats them differently. With MMAT and MMTLP, the SEC filings under one CIK meant that both securities were legally linked, but the exchanges and brokers presented them as distinct trading vehicles. As a result, the apparent mismatch between shares outstanding and free float stems from one umbrella corporate identifier housing two different market tickers — one permanent (MMAT) and one temporary, corporate-action-based (MMTLP).

CUSIPs, by contrast, are where the separation of securities really happens. The Committee on Uniform Securities Identification Procedures (CUSIP) system, overseen by the American Bankers Association (ABA) and managed by CUSIP Global Services (CGS, operated by S&P Global), assigns each security its own identifier. A company will have a single CIK, but multiple CUSIPs — one for each distinct security it issues, such as common stock, preferred stock, bonds, or in this case, MMTLP shares. The discrepancy you see arises because the SEC's CIK system

3

reflects the company-level filings, while the CUSIP system reflects the actual instruments tradable in the market. That's why MMAT and MMTLP, though sharing a CIK, were issued separate CUSIPs to distinguish their securities at the brokerage and clearing level.

MMAT and MMTLP shared CIK 1431959. Notwithstanding this, the share count for Torchlight Energy Resources Inc. (which traded as "TRCH") was never conclusively established at the time the "MMTLP" ticker ("Meta Materials Preferred Series A") was spun out of a deal between TRCH and MMAT. MMTLP was never supposed to even trade, and was simply to become a 1:1 swap out into Next Bridge Hydrocarbons Inc. Further, on April 24, 2024 CUSIP Global Services assigned the former TRCH CUSIP 89102U103 to Bitech, contaminating the audit trail, including Trade Reporting Facility (TRF), Consolidated Audit Trail (CAT), and Continuous Net Settlement (CNS) data—an act of spoliation. (**Appendix E**).[1] That act obstructs reconstruction of trading records and constitutes spoliation. See *Silvestri v. General Motors Corp.*, 271 F.3d 583, 590–93 (4th Cir. 2001).

So there's a spy novel's worth of intrigue into how it actually traded without any true share count save for the original approximately 165 million shares initially issued in TRCH. And the Securities Exchange Commission (SEC) and the Financial Industry Regulatory Authority (FINRA) have refused literally thousands of Freedom of Information Act (FOIA) requests for this trading data.[2]

---

[1] CUSIPs are assigned by CUSIP Global Services (CGS), not FINRA. CGS is the operating body that manages the CUSIP system on behalf of its owner, the American Bankers Association (ABA). CGS is the "official" entity responsible for the day-to-day administration and assignment of CUSIPs. CGS is owned by the American Bankers Association (ABA) and is currently managed by FactSet Research Systems Inc. Most applications for new CUSIP identifiers are submitted to CGS by underwriters, legal counsel, or financial advisors on behalf of the issuer.

[2] Movant has attached his now-filed proof of interest with this Court regarding his 305 shares of MMTLP. (**Appendix F**)

Further supporting Movant's standing arguments, the chaos involved in the starting of MMTLP trading under the MMAT/TRCH deal was identified in another federal court case in Florida. Former MMAT CEO George Palikaras confirmed in an affidavit supplied in *Inter-Coastal Waterways LLC v. Tradestation Securities Inc. et. al.* (Civil Action No. 0:24-cv-60891-AHS) dated 15 August 2024 that FINRA allowed for bad data and old information that was inapplicable to TRCH to be used to allow someone (FINRA has not identified the market-maker or broker but upon information and belief it appears to be CannacordGenuity and GTS Securities LLC) to trade MMTLP:

> *"#20.  On or about October 14, 2021, Mr. Rice had a phone call with Ms. Casimates regarding META II's MMTLP complaint. During the call, Mr. Rice reported to me that FINRA refused to provide the identity of the broker(s) or individual(s) who applied for the exemption would not edit, delete, or modify the false and outdated Company information that was listed on the OTC Market's website."[3]* – Georgio Palikaras, CEO (**Appendix G**)

The Trustee's eagerness to seal brokerage records behind confidentiality agreements suppresses the very data needed to expose failures to settle and synthetic supply, prejudicing Movant and other MMTLP/NBH investors.

This is not mistake or confusion; it is knowing false testimony on material subjects—perjury under 18 U.S.C. § 152—that the Trustee adopted instead of correcting. The Court should cleanse its record, disqualify conflicted counsel, sanction the misconduct, disgorge tainted fees, compel

---

[3] Mr. Ken Rice was META's Chief Financial Officer; Ms. Patricia Casimates was FINRA's Vice-President for Market Operations for FINRA's Market Transparency Services. She was also identified numerous times by Sam Draddy in the FOIA-obtained emails Traudt seeks as part of this motion, and she sat on the FINRA UPC committee that used the U3 trade halt to nuke MMTLP trading on 9 December 2022.

production of market-structure data without gag orders, and refer the matter to disciplinary and prosecutorial authorities.

## 3. STANDARD OF REVIEW

In *United States v. Lindholm*, 24 F.3d 1078, 1081 (9th Cir. 1994), the Ninth Circuit set out the elements of 18 U.S.C. § 152 false declaration: (1) a bankruptcy proceeding; (2) a declaration under penalty of perjury; (3) concerning a material fact; (4) that is false; and (5) made knowingly and fraudulently. All five elements are satisfied here.

False declarations that conceal relationships or compensation warrant sanctions up to disqualification. See *In re Wilde Horse Educ.*, 460 B.R. 520 (9th Cir. BAP 2011) (Bankruptcy Appellate Panel for the Ninth Circuit; removal for undisclosed conflicts and false statements); *In re AFI Holding, Inc.*, 530 F.3d 832 (9th Cir. 2008). Trustees are held to higher standards too under Section 324 of the Bankruptcy Code provides:

(a) The court, after notice and a hearing, may remove a trustee, other than the United States trustee, or an examiner, for cause.

(b) Whenever the court removes a trustee or examiner under subsection (a) in a case under this title, such trustee or examiner shall thereby be removed in all other cases under this title in which such trustee or examiner is then serving unless the court orders otherwise.

More importantly, "the statute notably omits any requirement that removal be based on a request by a party in interest; hence, a court can remove a trustee for cause *sua sponte*." *In re Morgan,* 375 B.R. 838 (8th Cir. BAP 2007) citing 11 U.S.C. § 324(b). The Eighth Circuit in *Morgan* affirmed the Bankruptcy Appellate Panel's ruling that the trustee's false or evasive testimony during hearings met the standard of "cause" for removal under 11 U.S.C. § 324. The characterization of the testimony as "unclear and sometimes evasive and contradictory"

underscores the trustee's failure to uphold the honesty and transparency required of fiduciaries. Not exactly on point, but texturally shows that it seems courts can resolve selective memory loss issues with trustees and their advisors by removal.

Federal courts also have inherent power to sanction bad-faith conduct. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–46 (1991). The Ninth Circuit has long emphasized the court's duty to police attorney conduct:

> *"Whenever an allegation is made that an attorney has violated his moral and ethical responsibility… it is the duty of the district court to examine the charge… The courts, as well as the bar, have a responsibility to maintain public confidence in the legal profession. This means that a court may disqualify an attorney for not only acting improperly but also for failing to avoid the appearance of impropriety."* — *Gas-A-Tron of Ariz. v. Union Oil Co.*, 534 F.2d 1322, 1324–25 (9th Cir.), cert. denied, 429 U.S. 861 (1976); see also *Trone v. Smith*, 621 F.2d 994, 998–1001 (9th Cir. 1980).

## 4. ARGUMENT

### A. Christian's affidavit (Dkt. 2143) is perjury under *United States v. Lindholm* and § 152

Applying *Lindholm*: This is an ongoing bankruptcy case. Christian executed and filed a declaration under penalty of perjury (Dkt. 2143). The facts addressed—his relationship with and payments to Gary Valinoti—are material because they go to disinterestedness, conflicts, and credibility of evidence the Trustee asked the Court to rely upon.[4] The statements are false: on

---

[4] There is evidence Valinoti communicated online with John Brda, who is currently under SEC charges for market manipulation *inter alia* in *SEC v. Brda* Case No: 4:24-cv-01048 (E.D. Texas), in an effort to enlist Valinoti in pumping MMTLP. (**Appendix H**)

7

Sept. 29, 2023, Valinoti publicly stated "Wes pays me $300 an hour" and "Wes gave me $40,000" (**Appendix A**), and on June 3, 2025, Christian appeared with Valinoti on an X Spaces discussion regarding past and future work together (**Appendix B**). The falsity was knowing and fraudulent, because the contradictions were public, recorded, and predated the affidavit.

False declarations that conceal relationships or compensation warrant sanctions up to disqualification. See *In re Wilde Horse Educ.*, 460 B.R. 520, 532–38 (9th Cir. BAP 2011); *In re AFI Holding, Inc.*, 530 F.3d 832, 845–47 (9th Cir. 2008).

Christian's desire to conceal his relationship with Valinoti (he describes Valinoti as a "dear friend" in one X video[5]) is due to the fact that Valinoti drives investors to invest in stocks under duress, and per his own words to get these stocks pumped by either volume or other market metrics to certain thresholds (Christians himself has stated cases needed to be over $100 million) so that the lawsuits Christian would file would be economically viable – though his definition of success seems to be largely the filing "strike" lawsuits to drive defendant companies or individuals to settle out cases early rather than litigate. This appears to be the modus operandi. And Valinoti relentlessly pushes the narrative of "naked shorting" that Christian throws out with great abandon.

**B. The Trustee's adoption of perjury violates Nevada Rules of Professional Conduct and fiduciary duty**

NRPC 3.3(a)(1) prohibits false statements of fact to a tribunal; NRPC 3.3(a)(3) forbids offering evidence known to be false; NRPC 3.3(b) requires remedial measures if false evidence is offered. NRPC 8.4(c) and (d) prohibit dishonesty and conduct prejudicial to justice. Trustees must act neutrally.

---

[5] See https://x.com/Outlier_999/status/1921302956873318645/video/1 Dated: June 2, 2021

8

Here, instead of correcting a false affidavit, the Trustee adopted it in Dkt. 2141. That violates NRPC 3.3 and 8.4 and undermines neutrality. The contrast with McCabe's unchallenged ~12,000 share proof of interest (**Appendix G**) underscores selective targeting and bad faith.

## C. The "ghost-lawyering" smear is irrelevant and sanctionable but does open a door

Courts liberally construe *pro se* filings. *Patterson v. County of Oneida*, 375 F.3d 206, 210 (2d Cir. 2004). Smears like "ghost" are irrelevant to perjury, standing, or spoliation and are advanced for improper purpose. Fed. R. Bankr. P. 9011(b).

The Court should disregard and, if appropriate, sanction counsel for such irrelevant ad hominem tactics. Nevertheless, Movant requires transparency of others and must be so inclined himself to answer questions under oath. To these ends, Movant agrees to travel to Las Vegas to be deposed by counsel for Lovato on Traudt's alleged "ghosts-lawyering" so long as in the three days following Traudt is provided deposition *subpoenas duces tecums* for Christian (1177 West loop South, Ste1700, Houston TX, 77027, Valinoti (4 Page Dr., Red bank NJ, 07701), and Heather Roberts from Naked Truth Inc., 108 Lakeland Ave., Dover, DE 19901 (who has already agreed to testify against Christian once she receives a subpoena) to depose first Roberts, then Valinoti, then Christian in the sequence for the 3 days after Traudt is deposed.

Of course, it's worth noting that that this "ghost-lawyering" rubbish is fruit of the same tree that yielded Christians' unfounded allegations against pro se litigants trying to recoup losses in MMAT and MMTLP. In Dckt. 98-1, he referred to people as 'perpetrators' (with absolutely zero evidence) and put us all as in a conspiracy with the shorters and destroyers of MMAT, who at the moment appears to have been intimately connected in looting the company with MMAT's Board of Directors.

## D. Lovato's insistence on confidentiality agreements for trading data sought in subpoenas deprives movant and others similarly situated from obtaining share counts

The Trustee's insistence on confidentiality agreements further suppresses evidence central to shareholder rights. The Court should compel production without gag restrictions.

## E.  Selective targeting of Movant while ignoring McCabe's proof of interest shows bias

Trustees must be impartial. 11 U.S.C. § 704. Yet the Trustee has ignored McCabe's ~12,000 share proof of interest (**Appendix D**) while opposing Movant. That asymmetry reveals bias and retaliatory motive, not neutral administration.

## F. Texas agency principles tie Christian to Valinoti's inducements

Texas recognizes agency by estoppel where a principal allows another to hold himself out as agent. *Walker Ins. Servs. v. Bottle Rock Power Corp.*, 108 S.W.3d 538, 549 (Tex. App. 2003).

Here, Gary Valinoti's own words—repeatedly, publicly, and over years—prove he was functioning as Christian's agent, cheerleader, and mouthpiece in the MMTLP saga. On September 29, 2023, Valinoti announced in a recorded video, *"Wes pays me $300 an hour… Wes gave me $40,000."* (**Appendix A**). This is not idle boasting; it is direct admission of a financial relationship, payments, and compensation. The fact that the figure was repeated—$300 per hour, $40,000 lump sum—demonstrates not exaggeration, but a rehearsed narrative of being on Christian's payroll. Texas courts hold that compensation is strong evidence of agency, as it demonstrates the agent's service to and dependence on the principal.

The pattern of inducement continued in Valinoti's social media posts. From his X account @Hamnakedshorts, Valinoti repeatedly invoked Christian's name as a weapon: *"Ask WES, he is their lawyer"*; *"Wes said on the call it's the time to be in this game"*; *"Once dividend is done WES will sue for $1B"*; and notoriously, *"Let's rob together Free $$ for everyone."* These posts are not the random rantings of an outsider. They are statements of authority, urging investors to act because of what Wes Christian allegedly promised or planned.

10

Under Texas law, when a purported agent "clothes himself with authority" and the principal fails to disavow, agency by estoppel arises.

Even more damning, Christian appeared with Valinoti as recently as June 3, 2025 on an X Spaces broadcast hosted by Kevin Malone, alongside journalist Kristen Shaughnessy. (**Appendix B**) The two spoke of their past and future work together. Christian's very presence validated Valinoti's prior claims of collaboration, compensation, and inducements. By sharing a public stage without repudiation, Christian ratified Valinoti's role. Courts in Texas recognize ratification as establishing agency, even where the relationship might otherwise be denied.

This evidence creates not only agency by estoppel but *actual* agency. Christian had both the means of control (funding Valinoti, appearing with him) and the benefit of his acts: Valinoti's inducements pumped stock tickers of interest to Christian's lawsuits or potential lawsuits market narrative – especially since the back and forth observable clearly showed in the Malone spaces on X that Valinoti was pumping stocks not to get a return on one's investment because of traditional profit structures of selling a good or service, but by essentially investing in a lawsuit where dividends would be paid out to shareholders if there was any recovery. As the Texas courts said in *Walker Ins.*, agency exists when "An agent is one who consents to the control of another, the principal, who has manifested consent that the agent shall so act. *Royal Mortgage Corp. v. Montague*, 41 S.W.3d 721, 732 (Tex. App.--Fort Worth 2001, no pet.). An agency relationship does not depend upon the express appointment or assent by the principal; rather, it may be implied from the conduct of the parties. *Id.*

The conclusion is inescapable: Valinoti was not a rogue promoter. He was Christian's agent, compensated and emboldened, whose inducements tie directly to the perjury now before

this Court. Christian's affidavit denying ties to Valinoti is thus not merely false—it is an attempt to repudiate an agency relationship Texas law compels this Court to recognize.

## G. Market-manipulation context underscores materiality

Perjury about Valinoti matters because his inducements were not idle talk but part of a coordinated stock-promotion narrative. Courts have inherent power to sanction fraud. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–46 (1991). Courts may disqualify to preserve public confidence. *Gas-A-Tron*, 534 F.2d at 1324–25. The Trustee cannot invoke "market manipulation" as justification for hiring Christian while embracing his false denial of ties to the promoter fueling that narrative who obviously was incentivized by Christian for Christian's financial benefit. The contradiction proves materiality and compels sanctions.

## 5. SECURITIES FRAUD

Christian's conduct also constitutes securities fraud under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5. Rule 10b-5 prohibits any person, directly or indirectly, from employing any device to defraud, making untrue statements of material fact, or omitting to state material facts necessary to ensure that the statements made are not misleading, in connection with the purchase or sale of securities.

Texas agency law establishes why Christian's denials are materially misleading. Texas recognizes that an agency relationship may be implied from conduct, without the need for an express declaration. *Royal Mortgage Corp* at 732. It further holds that agency by estoppel arises when a principal allows another to hold himself out as his agent and fails to repudiate those acts. *Walker Ins.* At 549. Here, the record demonstrates that Christian paid Gary Valinoti $300 per hour and $40,000 in a lump sum, appeared with him publicly to discuss joint litigation

efforts, and permitted him to make repeated inducements on social media that invoked Christian's name as authority for stock promotion. By compensating Valinoti, appearing with him, and failing to disavow his inducements, Christian ratified Valinoti's role and cemented an actual or estoppel agency relationship under Texas law.

Once that agency is established, Christian had a duty under federal securities law not to conceal it. His sworn affidavit denying any connection with Valinoti was therefore materially false. Given Valinoti's prior $4.3 million SEC judgment for unregistered securities sales, the existence of a continuing agency relationship is information that any reasonable investor or fiduciary would consider important. Christian's omission of this relationship, while affirmatively denying its existence, is the precise kind of fraud by omission that Rule 10b-5(b) prohibits. This conduct constitutes not only perjury in a bankruptcy proceeding but also securities fraud under federal law, and it underscores the necessity for sanctions, disqualification, and referral to disciplinary and prosecutorial authorities.

**PRAYER FOR RELIEF**

WHEREFORE, Movant Scott Traudt respectfully requests that the Court:

1. Disqualify Christian-Attar under 11 U.S.C. §§ 324, 327;

2. Strike Trustee Lovato's Response (Dkt. 2141) as infected by perjury;

3. Sanction Wes Christian for perjury under 18 U.S.C. §§ 152, 1621;

4. Sanction Trustee Lovato under FRBP 9011 and NRPC 3.3, 8.4;

5. Disgorge all fees paid to Christian-Attar;

6. Compel production of TRF, CAT, CNS, locate/close-out data without confidentiality gags;

7. Set an evidentiary hearing on agency, conflicts, CIK/CUSIP/standing, and spoliation;

8. Refer Christian to the Nevada Bar and U.S. Attorney for perjury and violations of SEC Rule 10b-5 ("fraud by omission").

9. Issue deposition subpoenas *duces tecum* to Roberts, Valinoti, and Christian after Movant can establish through communicating with Lovato's attorney what dates work for all hands in Las Vegas.

10. Grant such other relief as the Court deems just and proper.

Such other relief as the court deems just is requested to protect the estate and ensure justice.

Dated: August 29, 2025

Scott Traudt, *pro se*
*Intervenor/Movant*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to all named parties and others with interests in this matter and at the addresses delineated below either by 1st Class mail or via email on this ___ day of August, 2025.

Scott Traudt, *pro se*
*Intervenor/Movant*
191 Kibling Hill Road
Strafford, VT 05072

**U.S. Department of Justice** PO Box 18417, Reno, NV 89511
Christina W. Lovato – trusteelovato@att.net ; NV26@ecfcbis.com
**Office of the U.S. Trustee**
U.S. TRUSTEE - RN - 7 USTPRegion17.RE.ECF@usdoj.gov
**Hartman & Hartman** 510 W. Plumb Lane Ste. B, Reno, NV 89509
Jeffrey L. Hartman – notices@bankruptcyreno.com; abg@bankruptcyreno.com
**Parsons Behle and Latimer 800 West Main Street Suite 1300, Boise, ID 83702**
Kaycee Royer – kroyer@parsonsbehle.com docketphx@perkinscoie.com
**Perkins Coie LLP** 2525 E. Camelback Road, Suite 500, Phoenix, AZ 85016
Bradley Cosman – bcosman@perkinscoie.com
**Holland & Hart LLP** 3110 N. Central Av., Suite D-1160 (Ground) Phoenix, AZ 85012
Andrea Driggs – ajdriggs@hollandhart.com3
**ChristianAttar** 1177 W. Loop S., Ste.1700, Houston, TX 77027

14

James "Wes" Christian – jchristian@christianattarlaw.com
**Kasowitz Benson Torres LLP** 1633 Broadway, New York, NY 10019
Steven Tountas – stountas@kasowitz.com legal-notices@kasowitz.com
**Kasowitz Benson Torres LLP**
Lilit Asadourian – lasadourian@kasowitz.com
**Schneider Wallace Cottrell Konecky LLP** 2000 Powell Street, Ste. 1400, Emeryville, CA 94608
Ryan R.C. Hicks – rhicks@schneiderwallace.com
Jason H. Kim – jkim@schneiderwallace.com
**Schneider Wallace Cottrell Konecky LLP** 1050 30th Street NW, Washington DC 20007
David D. Burnett – dburnett@schneiderwallace.com
**Cooper Levenson** 3016 W. Charleston Blvd. Ste. 195, Las Vegas, NV 89102
Michael R. Brunet – mbrunet@cooperlevenson.co m
**Kaempfer Crowell** 50 W. Liberty, St. Ste. 700, Reno, NV 895014
Louis M. Bubala – lbubala@kcnvlaw.com cdroessler@kcnvlaw.com ;
kmilks@kcnvlaw.com
**Johnson & Gubler, P.C.** 8831 West Sahara Ave., Las Vegas, NV 89117
Matthew L. Johnson – mjohnson@mjohnsonlaw.com
annabelle@mjohnsonlaw.com kristi@mjohnsonlaw.com kathra@mjohnsonlaw.com
admin@mjohnsonlaw.co m
**Robison, Sharp, Sullivan & Brust** 71 Washington St., Reno, NV 89503
Clayton P. Brust cbrust@rssblaw.com
Kent R. Robison krobison@rssblaw.com
Hannah E. Winston hwinston@rssblaw.com
Russell J. Carr rcarr@rssblaw.com

## Cases Cited

1. *United States v. Lindholm*, 24 F.3d 1078 (9th Cir. 1994)
   – Sets out the elements of false declaration under 18 U.S.C. § 152 in bankruptcy proceedings.
2. *In re Wilde Horse Educ.*, 460 B.R. 520 (9th Cir. BAP 2011)
   – Removal of professionals for undisclosed conflicts and false statements.
3. *In re AFI Holding, Inc.*, 530 F.3d 832 (9th Cir. 2008)
   – Trustee/attorney disqualification and sanctions for nondisclosure of relationships.
4. *In re Morgan*, 375 B.R. 838 (8th Cir. BAP 2007)
   – Trustee removal for false or evasive testimony; sua sponte authority under § 324.
5. *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991)
   – Federal courts' inherent power to sanction bad-faith litigation conduct.
6. *Gas-A-Tron of Ariz. v. Union Oil Co.*, 534 F.2d 1322 (9th Cir.), cert. denied, 429 U.S. 861 (1976)
   – Disqualification of counsel to preserve public confidence and avoid impropriety.
7. *Trone v. Smith*, 621 F.2d 994 (9th Cir. 1980)
   – Standards for attorney disqualification due to conflicts of interest.
8. *Walker Ins. Servs. v. Bottle Rock Power Corp.*, 108 S.W.3d 538 (Tex. App. 2003)
   – Agency by estoppel arises when a principal allows another to act with apparent authority.
9. *Royal Mortgage Corp. v. Montague*, 41 S.W.3d 721 (Tex. App.—Fort Worth 2001, no pet.)
   – Agency may be implied from the conduct of the parties.
10. *Silvestri v. General Motors Corp.*, 271 F.3d 583 (4th Cir. 2001)
    – Spoliation of evidence can warrant dismissal or severe sanctions.
11. *Patterson v. County of Oneida*, 375 F.3d 206 (2d Cir. 2004)
    – Pro se filings are liberally construed to ensure access to justice.

## Appendix List

- **Appendix A** — William Farrand's youtube.com video (March 31, 2025). Gary Valinoti admits Wes Christian gave him $40,000 and pays $300/hr consulting.
- **Appendix B** — Valinoti, Kristen Shaughnessty, Wes Christian, and Kevin Malone on Malone's 3 June 2025 "spaces" talk.
- **Appendix C** — X/Twitter posts (2023–2025) attributed to Valinoti multiple screennames @hamnakedshorts inter alia) referencing Christian; inducements/promotion ("Let's rob together."
- **Appendix D** — MMAT Bankruptcy filings (proofs of interest) of Greg McCabe
- **Appendix E** — SEC/CIK filings & MarketBeat excerpts (Meta Materials, MMTLP/MMAT, TRCH). Confirms corporate trail & CUSIP reassignment.
- **Appendix F** — Scott Traudt TD Ameritrade brokerage statement (Acct. #270-433744). Proof of Movant's MMTLP holdings.
- **Appendix G** — Declaration of Georgio Palikaras (S.D. Fla., 0:24-cv-60891). Supports FINRA data mishandling claims.
- **Appendix H** — John Brda contact with Valinoti via X

**U.S. Bankruptcy Codes**

- **11 U.S.C. § 324**
  – Authorizes removal of a trustee "for cause," including sua sponte by the court.
- **11 U.S.C. § 324(b)**
  – Confirms courts may remove a trustee without a party request if cause exists (*In re Morgan*).
- **11 U.S.C. § 704**
  – Imposes duties of impartiality and fiduciary responsibility on trustees.
- **11 U.S.C. §§ 324, 327**
  – Grounds for disqualification of trustees or their counsel due to conflicts, bias, or improper conduct.

**Federal Rules of Bankruptcy Procedure**

- **Fed. R. Bankr. P. 9011(b)**
  – Similar to Rule 11 in civil practice: prohibits filings made for improper purpose, unsupported factual contentions, or frivolous arguments.

# APPENDIX A

# APPENDIX A

lth | 🗀 Social Media | 🗀 FFootball | 📅 Daily TSLA | 🗀 PAL Application-Ho... | 📄 G-Drive | 📄 Docusign | 📄 Public Access to Co... | 🔍 Cockatoo - Convert... | 🔍 ChatGPT

Ham got paid $300 Hr by Wes to bring him c    31 March 2025    🔒 Share    Translate    💬 Chat    Export    ⧉    ⋮

00:00 ─────────────────────────────────────────────────────────────────── 00:43

◀◀    ▶    ▶▶                                    1x    🔊 ●

**Gary Valinoti aka**    I helped Wes Christian get a bunch of clients. I've never got anything but some smoked chickens as a Christmas gift from him.

0:00

**Gary Valinoti aka**    Alright?

0:08

**Gary Valinoti aka**    I wanted him to fund this whole thing, but he couldn't do it. He put up $40,000. He made a donation of $40,000. And he's agreed to hire me as a

0:09    consultant to pay me $300 an hour to consult for the law firm. Every penny I get for my consulting, I'm donating to the movie. So I do three hours a day of consulting. I don't know what I did, but I did something. But I will, I'm helping them out. So hopefully I can donate a thousand a day to the cause. But I will, I'm helping them out. So hopefully I can donate a thousand a day to the cause.

**Gary Valinoti aka**    So I'm doing my part.

0:40

Rate your transcript:  😞  😐  😍    ✕


# APPENDIX B

# APPENDIX B

**Gary Valinoti - Ham short kill | 00:16**
You want to see? I think I kept it low. Everyone can hear me, correct?
**Wes Christian | 00:20**
Wes, can you hear me?

Yes, sir. (WES CHRISTIAN SPEAKING)
**Gary Valinoti - Ham short kill | 00:23**
Okay. So listen, I'm going to let Kristen Shaughnessy lead off and she's our resident reporter. She's the only one that's qualified. We want her to introduce you and basically let her introduce you so we know who you are. But I want her to ask some questions that I think that you would be great to answer. People that don't really know you, Wes, so bear with it. All right, Kristen, go get them.
**Kristin Shaugnesy | 00:39**
Wes, thanks so much for joining us tonight. And I first actually want to start off with you just giving us a bit of an update, if you can, on some of the cases that you're working on. Just brief updates, and then we'll get to some of the questions. But I want to talk to you about toxic blending as well.
**Wes Christian | 00:48**
Yeah, so... The group of cases we have now and the base that we have now and the number of law firms involved now is strategically and very importantly enlarge quite a bit. Let's start with the Harrington case, which I'm sure most of the listeners know is a case that's, Made it through the motionless myth, made it through discovery. Made it through the expert reports, made it through the depositions of the experts, and now we're headed to daughter challenges and motions for summary judgment. I think we're credit to do. My co-counsel, Alan Pollack, and his partners have done most of the work there. Alan and I, you may know, have partnered on probably 15 of the 22 cases. That I previously filed into space over the last 23 or 24 years. He's with the firm of Warshall Bernstein. That case has made new law in the market manipulation space. One is according to the judge's ruling in the case. Basically, brokers are now liable if we can show they were reckless, which certainly we believe we'll be able to show for their client's behavior.
So what that means is if somebody is committing market manipulation using the broker system and they just look the other way, that liability can potentially be imputed to the broker. That means most of the prime brokers potentially, we think, will be on the hook if we can show a predicate of reckless.
So that's a huge finding because that increases the number of people responsible for this illegal behavior.
**Kristin Shaugnesy | 01:59**
Just to stop you for one moment, obviously the CEOs can keep track of what they think is market manipulation, spoofing, etc. But is there anything retail investors can be looking for or sending in to CEOs if they see something, because a lot of people now know what to look for.
**Wes Christian | 02:11**
Well, I can just tell you what the typical toll tolls are. I'm a pilot, too, for 55 years, so I would call it indicator signs.

You know, you have about 300 indicators on an airplane when you're flying. So an indicator or the group of indicators would be obviously large increases in volume. A decrease in price. A high short interest, and don't forget the reported short interest is typically a lie. And if you don't believe me, go to sec.gov and FINRA and look at the number of fines, which is hundreds of millions of dollars that the prime brokers and others have been fined for mismarking tickets.

So when they market long and it's really a disguise short, it doesn't go into your short interest. Typically, you can look at the rising short interest in most of the cases we've done over the last 20-something years. That real short interest is sometimes tripled up because most of the shares are being marked long. On a trading platform, you can mark it long, short, or exempted.

So that's another telltale indicator. Another indicator would be a lot of trading from other sources outside the country. Because ultimately what's happened here is as we have discovered how to find all the wraps in the States over time, it takes some time, but we've been able to develop systems to find it. Then they take it somewhere else. It comes out of Germany, it comes out of London, it comes out of Scotland, it comes out of wherever. And so moving that trading to some other countries from other venues, which makes it more difficult to find and prosecute and tie it to your fact, is another indicator. The borrowing rate was now many sources. Of websites you can see to see what is the borrower rate. When the borrower rate gets above 10 or 15 percent, then probably you're now in the hard to borrow category. Don't forget brokers publicize a list every day of easy to borrow and hard to borrow stocks. The harder they are to borrow means more likely there's more market manipulation going on, right? That's another indicator. Another indicator would be a lot of activity in the options markets. Because a lot of these option contracts are fake. There's two sides to that transaction. There's the put and the calls. And if two co-conspirators, if you will, two participants in the market manipulation... Will participate in the puts and the calls. They use that to show their compliance department that they can borrow, that they have a borrow.

So don't forget Reg Show, which is weak, even though we helped pass Reg Show in 2005, a group of us, including me. It's still a weak rule or regulation because they've got a reasonable basis to borrow.

Well, they pointed those option contracts as a synthetic share because if you take a put it with a call, assuming the contract was consummated, you would have shares coming your way, which would entail you to borrow. But then two days before, that contract in many cases is torn up, and it's another fake contract. Bit of information to simulate in the marketplace. If you have a level two machine and you see all these sale orders coming out, especially from market makers, you know, virtues, et cetera, and this gets into the spooking. And you see, you know, a Chinese wall. Orders.

And then ultimately those will get consummated. That is a large indicator of scooping, even though they're going to claim it's really bona fide market making, which Louis will say in most instances we can tell.

So that would be the beginning place. We have about - There's plenty of other things we look for, but some of that's proprietary, so I don't wanna get into that. But those would be the normal retail investors indicators. - Let me.

**Gary Valinoti - Ham short kill | 04:59**
Just stop you there for a second. I know Wes since the beginning of time, okay? And what he just described, Wes has come a long way, baby, I can tell you that. In the beginning, we were

just looking for a couple of creeps. Now he's very sophisticated. I don't know if you know, but I went down to John O'Quinn, and Wes wasn't with John O'Quinn in the beginning, and I educated him on it, but Wes has truly become an angel in this fight for us. You guys don't realize it. He can't run down with a gun and put down a door. It takes time. It broke his skull. They do every trick in the book.

You know, for Wes standing around, he's a good family man, he's been doing it for a long time, and the guy I believe in, again, he doesn't have a gun, he has to do it the right way, do it the.

**Wes Christian | 05:33**

And these guys wrong way. For the record, I do have a sealed handgun license. I am always packing, and yes, we've had four to five deaths, right?

So just for the record, if any of the bad guys are listening, yes, I'm always packing. I'm very good at the gun, I can promise.

**Gary Valinoti - Ham short kill | 05:45**

I thank you for your time again, and everyone, you guys don't realize what you're getting here. This is the top of the food chain, this is a guy who's the quarterback. - Yeah, I don't know how many years I played. - We.

**Wes Christian | 05:53**

Went away 25 years ago, Ham. We've been up and so. - Yeah. - You're in the same bucket, buddy. We're all in the same. - Everybody's calling us some of the bad guys, y'all. - Seems like the only way to go.

**Gary Valinoti - Ham short kill | 06:02**

I just want everybody to know, and Mr. Malone, you're here, correct, Mr.

**Malone | 06:05**

Malone? Right here, baby. Ready to roll. There's over.

**Gary Valinoti - Ham short kill | 06:07**

3,900 people on this call right now, Wes. It'll be recorded, and I expect it to be 10,000 to 15,000 people by tomorrow will be hearing this. But anyway... Mr.

**Wes Christian | 06:14**

Malone, go ahead with the questions, because truly I only have an hour. I'm sorry. I did this because of my relationship with you, and you know, more or less, I'll do anything to get... Just in public. OK, obviously. What's the next question, please?

**Kristin Shaugnesy | 06:26**

You had mentioned regco. We have. Really kind of hammered down that has to be changed. There's too many loopholes, which you acknowledge, You knew that even when it got put into place. - Putting the uptake rule back in place Yep. The market maker exemption, those are easy fixes. They haven't been done. There's been fall from a few decades to get those done. What do you think will happen? Do you think if people get mad enough, can that change? Or. I think.

**Wes Christian | 06:45**

You can. I think the fact that our president's Is It's going to have an impact. I think Devin Nunes is a great man. And a warrior is on his path. I think I want to get into details and it's confidential, but I can just tell you there's an attorney general movement about this, because if you look at the landscape, number one, I will say unequivocally to other people's credit. Basically, this is the best time to be in the space. I'll tell you why. Because there's a sea change coming. Sadly, it's coming from South Korea, it's coming from Malaysia, it's coming from outside our country. But

it's coming through Reddit, Wall Street Debt, Super Stock, and MTLP groups, okay? Because ultimately, there's what, over 10 million people worldwide Beat the crap out of the financial services committee. I'm going to devote no more time to you. I gave them and my team probably 100, 200 hours of our time. That's gone nowhere. They wrote a nice letter to the SEC, which went nowhere, even with the new SEC commissioner.

So at the end of the day... The lobbying group that is impacting Wall Street, particularly the Senate Banking Committee and then in the House, the Financial Services Committee, is horseradish. And if you don't believe me – I purchased this so everybody on this call can see it for free, the movie, The Wall Street Conspiracy that's on YouTube. You need to watch it. You need to watch the HBO Max special called Gaming Wall Street. But in that first documentary seven years ago, there's a state senator who said basically if you're not a member of the Black Robe or whatever, this isn't going to be a topic. Because he took it all the way to Congress. We went to Congress, myself, Rob Shapiro, who's a stalwart fighter at this, one of our experts, basically got shut down. We experienced it. Millions of dollars of our own money collectively to group, to reach a very large group of lawyers and experts and others, Anderson citizens.

So I don't know how that gets done, but I know with the existing president, we have a better chance. I know with the group of cases that we've now put in place, There were billions and billions of dollars. That does make a difference. The judges in New York are getting it.

So far, we're moving our way through the courts without any major pickups. And we now have four massive law firms involved as co-counsel with me. Which I need because I'm just a Texas guy in Houston with a boutique firm that takes on big cases because it pisses me off.

So at the end of the day, this is my number one. It's hand-nosed.

**Kristin Shaugnesy | 08:51**
The NJC on May 22nd dropped a string of cases we just found out about targeting lenders that Right. Basically have made it for these topic vendors. Which we have worked so hard point out to CEOs to make them aware because They don't realize. They just need money to operate and they take what looks like a big deal because they've been wined and dined and it turns out it could lead to big disruptions at companies. It.

**Wes Christian | 09:13**
Is the same song as the verse. One of the few groups of cases we took was against a guy named Steve Hicks, Mark Valentine, that we helped the DOJ prosecute criminally. Operation Bermuda Short, you can go read about that in the early 2000s. And we used to call it, it's still called death spiral financing. It typically is associated with a floorless convertible. It typically involves the option to get paid in shares. And ultimately, they promise you know, $50 million, you end up getting $5.

And then actually what happens is they actually short you while they're negotiating the turn sheet, and they give you back some of your own money, and they sold it out of the marketplace by shorting you to hell. And then ultimately, at the closing, your stock's worth three times less than it was on the day of the shoot.

So every CEO needs to understand that the death nail that will actually crush you. Once they get you below $5, it triggers margin calls.

And then beyond that, then they're going to take you below $1, which is going to get you delisted. And then, of course, they're now working on delisting you quicker.

So the reality is there's still those toxic lenders out there. But frankly, the biggest problem still is the prime brokers, the proprietary trading desk. And now that's been exceeded in my belief and by belief by the market makers abusing the bona fide market maker perception of time and selling a lot of stock. And not delivering to, you know, swab, TD, what I call the retail.

**Kristin Shaugnesy | 10:26**
One more question, then I'm going to hand it over to Kevin. But at least several times a week, pull up at that amount of time. That is creating many multiples of its float in the free market, and sometimes in like 15 minutes or 30 minutes.

So what can companies do about these massive loss trading events? And he is of the belief, because we've seen this happen, where they're forced to write reverse split like you were just talking about that the counterfeits may not go away even with a reverse split which is why they're so aggressively doing this massive wash.

**Wes Christian | 10:48**
Trading Yeah, well let me just be clear about this, unequivocal about this. The worst thing a company can do is do reverse splits and stay on the exchange, because what you have just done... Is it increased the amount of money those people can steal from you because they now can take it back down from, down to another 10 cents over six or eight months, and they're going to steal another 50 million from you out of your company. Do not reverse split. Figure out other ways. Private equity, I don't know the answer. I'm not on the corporate side, but I can tell you that every client, almost without exception, that has reversed split gets taken down to the same place, except they get screwed up their shareholders. Don't forget, when you do that, you hurt your shareholders, and that just feeds them a larger bank to steal from, because the share price is going to end up at the same place. They're just going to short it all to death.

So do not reverse split, period.

**Gary Valinoti - Ham short kill | 11:32**
I'm sure everybody's heard that phrase outside.

**Kristin Shaugnesy | 11:36**
- Absolutely. Alden, what do you think that the, They don't go away with a reverse split, right? Is that why they do.

**Wes Christian | 11:42**
It? No, they don't. They don't go away even in some of the settlements we've done.
I mean, here's the crazy thing. And again, I have no interest in sharing, though, and David Wiener is a good friend. I think those companies are sharing, though, is an important thing. I read Tom Gronk, who has a different source of data at science.net. Those data sets will give you, will help you track your stock. And so then you can identify which brokers based on a simulated proxy meeting, don't have the shares. If you compare, you know, and one of the things he does is compare the amount of shares that Broadbridge reports, sorry, that's reported in the Broadbridge data broker, to how many shares they've got wrapped up in the DCC on the record date. And so many times those shares are vastly different.

And then you start pounding on that broker, let them know we're watching you now. Does that stop the always? But at the end of the day, you're gathering data. You need to know where all your shares are. If you do that, you need to trust them. Assurance has one, there's some other ways, corporately, you can track them.

So at the end of the day, That's important. It's no longer just sell your shares and forget about where they are because a lot of them are in CDF. And as you know, I hope most people know on this phone, if your shares are with your broker in a margin account, they have the right in the account agreement to loan your shares and keep the money if they're in return.

Well, that's diametrically opposed to your interest. That's a whole different case. We haven't sued over that. That would be against the law. I don't think it's tough in policy. The loan shares, the very shares you bought to go up, your very broker, your entrusted is lending your shares if you're in a margin account. And I will tell you in those cases. Even though it violates the customer protection rule, which is 15C33, they're loaning cash account shares too.

So track your shares. Figure out a way to screw that down, especially with the organizers. Keep your shares together. Don't turn them, et cetera. Figure out where the routes are. Put a connection on it. Quick question for you.

**Gary Valinoti - Ham short kill | 13:25**

Who are these kids that are doing this? That spiral lens that you see out here, what's the worst name you know?

**Wes Christian | 13:32**

I mean, damn. - Hey, I can tell you that there's about 20 of them. I don't want to name them.

**Gary Valinoti - Ham short kill | 13:39**

I'll give you the name. The name I believe is the king, one of the worst, is Yorkville. And I think I spoke with you about that many years and I stand by that.

**Wes Christian | 13:45**

Ago. They are criminals, too.

**Gary Valinoti - Ham short kill | 13:48**

I don't care who they are. I'm going to lend them money.

**Wes Christian | 13:50**

I believe those guys are real dirty. That's what I believe. I can tell you that there's enough data. On all the bad lenders. That ultimately you could figure that out with some research. You need to do the due diligence. Go look at the enforcement actions against these companies. Go look at the cases the FCC has brought against them just being lenders when in fact they're brokers, although the FCC, as someone said, made those rules more Slack, which is ridiculous. Anyway, you can find out who most of those toxic lenders are.

**Gary Valinoti - Ham short kill | 14:15**

Yeah, I've seen their name pop up many times, and I see the destruction of the companies they lend to. I just.

**Wes Christian | 14:20**

Don't like that. That's it. Let me tell you, Ham, one question for the CEO. Tell me a length of the company that you finance. Tell me who those are. Give me the hikers. Go to those hikers and see what's happening to those companies. And if all of them need the help, run. Okay? Okay.

**Gary Valinoti - Ham short kill | 14:35**

That's Mr Malone, can you get Mr Malone? I want to bring you here, Kevin.

**Malone | 14:40**

What's happening, Ham?

**Gary Valinoti - Ham short kill | 14:42**

We got limited time. I don't know, Kevin, if you know where. Kevin is with the company Q&T at I believe you're on the board of director of the company. Am I right, We have someone from the industry his knowledge about one company.

**Malone | 14:49**

Kevin? I'm advisor to the board, but not on the board.

**Gary Valinoti - Ham short kill | 14:55**

I would like him to discuss with you, if you guys can talk about it, about QSDS. They do have a major lawsuit here.

**Malone | 15:00**

You Absolutely. Wes, how you doing? I'm doing fantastic. Have you ever heard of Quantum?

**Gary Valinoti - Ham short kill | 15:08**

I can. Yeah, pretty.

**Wes Christian | 15:09**

Cool. As you know, I represent them.

**Malone | 15:13**

You represent them? Gotcha. Yes, sir.

**Wes Christian | 15:18**

For you.

**Gary Valinoti - Ham short kill | 15:19**

I like that you knew that, Kevin. I got to come on. I think you had the knowledge of it.

**Malone | 15:23**

I did, but I wanted the record.

**Wes Christian | 15:26**

Incredible. - CEO and a street fighter.

So we're in the- I- - He's a street fighter that will take no baloney from anybody And so that's one of the reasons I said, yeah, let us look at your case.

**Gary Valinoti - Ham short kill | 15:29**

- That's what I did. That's what I did. - Every time.

**Wes Christian | 15:37**

And I said, I don't have any deal with that. They didn't care.

Yeah. In that case with, Former partners, Boy Schiller. Thank you.

At the end of the day, Thank you. Successful firm, Bell Freedman, is the print amount of that firm. Steve Longos is our main lawyer working on it with me, and we just filed our amended complaint to the motion to dismiss. And so at the end of the day, we'll see where that goes. But I think he has an outstanding case, and I think it's getting larger by the day based on some of the additional views today. It sure is. Let me just.

**Gary Valinoti - Ham short kill | 16:06**

Stop you there for a second, Kevin. I want to bring something up from West, an Crazy thing I did in 2006. I went to West... And I figured out that a board of director of the depository trust was going to run to be the treasurer of New Jersey. I called Wes up. Wes Grambledeggett. And I went down to the courthouse and opposed him for questions. Wes, you sent me Susan Tumas and Mr. Robert Shapiro. Yep. And we got that guy on the oath because he was going to be in the administration for Corzine. We got the Republicans to drill them, and under oath. He said that naked short selling was prevalent. And when we kept hammering him, he stopped the

proceeding and said he needed counsel, and he couldn't speak any more about it. And he was a board of directors of the DTC from Goldman Sachs. I went and did that, but I went in with powerhouse people that I really didn't know Susan at the time and Mr. Shapiro. And the funny part, Wes, you don't know this. I gave Mr. Shapiro a ride back to the airport. And I was telling about all the death threats I was getting. When I got to the airport, I didn't even slow down. That guy jumped out of the car and ran away.

**Wes Christian | 17:01**
Let me tell you something. He's a great man. Suzanne Trimbath is a great person too. If you haven't read her book, buy it. Called "Make It Short and Greedy." I tracked the history of this. And it's a fabulous book. I bought like 500 or whatever, like 100 or 200 of them. I'm giving most of them out at my office to my clients and others.
That's why they're great. And greedy. Amen.

**Gary Valinoti - Ham short kill | 17:22**
Okay, Kevin, you got the mic here.

**Wes Christian | 17:23**
Kevin, let's go. Let's roll.

**Malone | 17:26**
You and me both, we could go back and forth all day. All right, Wes, I got a couple of things you already brought up that I want to bring up as well.
So you were talking earlier about the co-companies and conspiracers doing calls and puts back and forth between each other. And I posted on SuperSunk and every Reddit page over a year ago on the 61 day cycle I was seeing, which would be a wash sale, 30 day on both sides where I was seeing two months of continuous downtrend, one month of up, two months of continuous downtrend, one month up. That's what it told me what was happening. Part of it, is that a lot of hedge funds are, and giant institutions are mark to market, right?
So there's not wash sales on those. You see their gains or losses, but it could be a, multi-year getting out of a play, to count losses against the gains that are going to end up coming on those. So I'm glad you brought that up. I don't really have a question for it. I just, you agree. That's probably what's happening in two different brokerages.

**Wes Christian | 18:17**
That you're talking about. But you know, speaking of, I think that happens. They're using it to bar against-- but look, every market manipulation case at its fundamental level, It's based on disseminating false information into the marketplace. What is that false information upon which we've invested so far? The shares that are sold are real. The shares that are left for a short sale are real. The option contracts are real. And I can go down the list. All these sale orders and spoofing is real. It's all right. It's all right.
You know, I mean, it's basically in simple form about lying, about cheating, about stealing. And they're doing all three of them. And so as I told Charles Payne on Fox Business, I said, Charles, you know, what is naked short selling? I said, Charles, here's what it's like. It's like Xeroxing your car paddle 100 times. And you only have one car, but you sell the damn car to 100 people. He said, "Yeah, that's terrible." I said, "Yeah, you know what we call that, detective?" Feel it. That's what it is. It's stable.
Yeah, Every day Americans, husbands and wives, you know, grandmother down the list, they don't care.

**Malone | 19:07**
They're taking cash and giving you IOUs.
**Wes Christian | 19:14**
It destroys jobs. It destroys companies. It destroys technology. It destroys the integrity in our corporate market. It destroys our reputation worldwide because of the pillage. Do you know how many inventors no longer want to enter a public company space? They see that Wall Street can make more money by rigging the system. It's about supply and demand. Disseminate false information and generate artificial supply to exceed demand. It goes down every single time. And ultimately, that's the game. They can make more money killing it. And they can in the old days by building it.
So actually, all of us are going to pay the piper, separate and apart from the money we lose, based on how all that could improve our lives. I mean, that's the story here. It's about destruction of a portion of our future.
I mean, seriously.
**Kristin Shaugnesy | 19:51**
I.
**Malone | 19:52**
Love getting Wes hyped up. I love it. I could hear it in your voice. Let's go. I got two quick more questions for you, Wes. You brought up usually borrow rate above 15% goes into the hard to borrow, correct? Generally speaking, yeah.
**Wes Christian | 20:09**
Sure.
**Malone | 20:10**
Absolutely. Because usually with unlimited market maker shares and liquidity, it's usually always extremely low. Quantum's cost to borrow, QNTM, has been an average of 325% for the last year. The last year, and not a lot of people understand that gets... Compounded daily when you short and you get a market a sale charge or interest charge every single day that keeps going up. What would I've never seen it ever. I've never seen one just stay up that high forever.
**Gary Valinoti - Ham short kill | 20:44**
Well, I can tell you from West being on the street, when the numbers get high, the shorts are going to panic. All right? That's what's going to happen. They'll do a bunch of wash trades. They'll buy some more settlement time. But they're going to fold. It doesn't matter when. They're not going to call you up and tell you. All right? But the signs are there. They're going to fold shortly. They can't maintain those rates. It eats them alive. I have a company, FNGR West, that has been helping out. - Yeah.
**Wes Christian | 21:04**
Finger motion. I'm going to have them.
**Gary Valinoti - Ham short kill | 21:06**
The rate is off the charts. Okay? And now the guy is short at such a low level that he's going to get thwarted. He's short 3.3 million. Tabs for $100. He's made a point that the waterway Okay, three bucks. My God. We're making money.
I mean, he's made it enormous.
**Wes Christian | 21:24**

Okay, they do it in real life. And it's one of the reasons most people don't understand this. One of the reasons this isn't getting resolved like it needs to, is it's so large. This is my personal opinion. And I know some other people at the FCC people that share this opinion. It's so large. If it all happened at the same time where everybody had to claim their shares, it would implode the system. I'm talking about the worldwide system. If you think I'm kidding, and I think with Junk Savvy, who's another person that does podcasts, I gave a podcast with her, spoke on a podcast maybe two, three years ago. I put up on that podcast, I think it's on the internet. On YouTube somewhere, the actual fails to deliver in Euroclear and other in Clearstream, which is the DTC equivalent overseas. And basically... It's trillion dollars.

So at the end of the day, it isn't just a problem here, ladies and gentlemen. It's a problem in our world. Because it's all...

You know, complicated, but it's really about selling something you don't own, you don't deliver. And that's happening in stock, ladies and gentlemen. It's happening in bonds. It's happening in T-bills. It's happening in credit default swaps. It's happening in all kinds of things because Wall Street is great. I call it the Whippy principle because when I grew up, I'd watch Popeye as a cartoon. The Whippy would come get a hamburger today and take it next Wednesday.

Well, Wall Street's got the same concept. I'll take the money now, and then ultimately I'll figure out a way to work this off. Because each day that that's done, I'm out. The contingent liability on the broker term, they have to keep less cash on hand to cover that position.

So they have a lot of incentive to knock it down to zero, and then they've eliminated their contingent liabilities that they've been putting off for a year. And so one of the things I tell CEOs, once you have that cancer, it's not going away because they're sitting on a powder coat. They will do anything to keep that stock from going up because don't forget, in a short transaction, you have a contingent liability taking over the moon, which is what happened in GameStop.

At the end of the day, if you pay cash for a stock and you bought it, well, you lose your investment. That's not the case at all. You can lose fortunes like I was talking about.

**Kristin Shaugnesy | 23:09**

You were talking about how it could implode the entire system, and it's something that we all think about a lot, because it's scary when you think of the enormity of all of this. But there are things that they could do, and we talked about some of those, the update rule, we put that back in, had its first report, they were going to do that in January, and then they delayed the bill by a year.

**Wes Christian | 23:25**

- I believe that. Number one, We'll hit it. Brokers from lending your stock in a margin account, or any account. Because you should not-- as a broker be able to do something that's diametrically opposed to the duty that you owe to your client. Boom. Put them in a stock that goes up. Most people don't pass that to go down.

So don't do something that is adverse to their interests. That's number one. Number two. You cannot short a stock unless you own a share. Period. Not reasonable borrow and all the fancy-dancy language, which is the best we could do. Do you know how much effort we all went into when we hired lobbyists back then in 2004 just to get the damn thing passed?

And then we fought. You know, eliminate this exception. Of course, the bona fide market microphone is still there.

Anyway, and with no uptake rule, which I get it. So at the end of the day, make it where you must own the share in order to short it. Number two. You must deliver what you sell or ultimately you're going to go to jail. That's simple. We need to coin that phrase. You must deliver what you sell or ultimately you're going to go to jail.

So we need to make it a crime to counterfeit securities. Ladies and gentlemen, if we were counterfeiting $20 bills in our garage, we would be in jail by tomorrow. They're counterfeiting. Billions and trillions of transactions. Okay.

So at the end of the day, They're just so large, so big, so powerful, it just keeps going on. So each of us is trying to do something to expose it. Keep that up. Again, this is the best time to be in the space. You've got politicians, you've got activities, you've got judges watching. The other people are being concerned. Now you've got AI detection. I'm sure you've read that. It's on the internet about AI systems are being developed. Our team's going to look at that, and Dave Wiener's going to look at that too. That's your intel.

So at the end of the day, it's a big thing. Is there better data sets we can use by virtue of using AI? I don't know. We track that. And development. Because once you expose it, Don't forget, all evil doesn't go away until first you put it in the light. Boom.

And then once it's in the light... Then ultimately you can do something about it. And there'll be enough good people. Let's go. My view, sorry, in this election, and said, we're not going to put up with all this crap that's going on.

You know, let's get back to God, country, and family, okay? Period.

So it doesn't mean we don't love everybody. So let's start with God, country, and family.

So at the end of the day— That same concept, you can get back to the basis in the financial world. Make this more transparent. They tried to do that by making them disclose short sale rules.

I mean, the short position kind of like they do with 13 D stuff. And some of that exposure watered down is there, but nothing like it needs to be. Make it real, Sharers. Don't allow people's stock to be bought. Another damn broker to do something opposed to what they bought it for. Match the penalty with the crack. Go to jail. The only people really that have gone to jail for this are the brokers at J.P. Morgan or Morgan Stanley, whoever they work for, where they paid a $900-and-something million fine for spooking the battles market.

Well, they tried them in Chicago, and they're going to prison. So, but there's, you know, I don't know. I'm making a number of thousands or more of those people out there. The goal of a uniform But if you look at the...

**Malone | 26:05**
Practice is to ensure consistency.

**Wes Christian | 26:09**
I think I said that sitting in my butt off, you know, saying, you know, that he put these people in jail. I mean, you put them in custody. It's good. It's a traffic light. As my dad used to say, I was raised on a ranch in Texas. You could pay a $925 million fine for screwing somebody. Okay. I don't know where you got that money from, but you're screwing Not making more than the fine to pay.

**Malone | 26:28**
Somebody. It's a parking ticket. It's not even a traffic fine. It's a cost of business.

**Kristin Shaugnesy | 26:38**

There was a story yesterday in Bloomberg, and it was ironic because the headline said, a tool, which they were referring to the cap system. They couldn't even put it in there in the headline because that would show that the cap system works, the consolidated audit trail.

**Wes Christian | 26:47**
And I'm not familiar with.

**Kristin Shaugnesy | 26:48**
It, yeah. Yeah, and it sent two people to prison. It was a $47 million scheme, insider trading. And then at the very end of the article, people read all the way through, it was responsible for two other cases that they pointed out. But yet you have regulators and Wall Street and Congress working so hard to shut it down.

So how do you fight back against that? Because that's a tool that could be very valuable to CEOs that might not be expensive if you could actually get access to that information.

**Wes Christian | 27:07**
Yeah, that's the Holy Grail. I will tell you one of the things that I haven't been successful with is a company called Sorrento and... Bankruptcy and basically I pursued that CAD data, but ultimately the trustee didn't want to continue pushing the button.

So at the end of the day, that is the coup de grace of data. It includes dark pools. It includes everything. But it's members only unless you can find them in court. And I am finding that. I have a queen on Nevada on behalf of another company called Meta Materials, which.. Because of its attachment to MMPLP and Boston FGLP.

So we're making good progress there. I can't get into the details, but we've issued a ton of subpoenas. We haven't issued one to county yet, but we'll see where we go. But you're right. That's just an easy way to bail with the company. Because that would create the transparency, but that's only members of the Black Robe or whatever the state senator said in a YouTube movie that I put on YouTube called The Wall Street Conspiracy. I have a question.

**Gary Valinoti - Ham short kill | 27:55**
- UNTM. Bye-bye, Suzie. I think it's a set. I like to keep the pressure and the CEO wants to keep the pressure because if the stock goes up, he can raise money and do his business. My opinion of that is that the company, and you take a little grain of salt if you want to have a discussion with me, the company should issue a special dividend based on the proceeds of the lawsuit. Even though the lawsuit may be five years from now, you issue a bearer bond, a certificate, a coupon, to all the shareholders of records that say as of tomorrow, And if they look at it, and they give away 50% of the $50,000, $500 million, the shareholders are entitled to get that dividend. I don't know about you, but I would buy the stock just based on that. And since it's a small company, the payout could be huge. It could be $30, $50, $100 a share if the company wins. The shorts don't know if it's going to win, but they have to give you that bearable bond.

**Wes Christian | 28:41**
Now. So here's the issue. In fact, tell me I'm wrong, Ham, but I think we did some kind of dividend. And what was the medical, the cancer company? NBBS, No, this is-- no. No, OK. No, it's my case.

Yeah, no, yeah. Yeah, so no, this is a long time ago. I know the the theory-- Yeah, it works, but don't forget what happened in that case is they just journal over the dividend.

**Gary Valinoti - Ham short kill | 29:00**
Case, and I'll discuss it with you in person. And over the phone.

Anyway.

**Wes Christian | 29:10**

They don't actually do.

**Gary Valinoti - Ham short kill | 29:11**

Anything. Well, this is a dividend that's different. This is something that has value. We got to the gate. Okay. But a case, was thrown out and by John was thrown out. And so we never got to that. We had to be out there already. Morgan Lewis, Bobby, that gave us that idea. And I think it's something you should look at because you have a couple of cases. You give out the dividends now. It helps the public companies now and not worry about it down the road. I I.

**Wes Christian | 29:31**

Think it's an interesting concept. It's worth consideration. Do think it fits in a box.

I mean, that's what they did in Sorrento. They said for every share of Torrento, you get a share of Skylake.

So that's put up in a box. So the CEO of that, who's a friend of mine, I'm not going to mention his name, put that in place. I think that what it does is it creates a debt gap for the investor, but more importantly, it puts a bigger burden on the bad guys because if they're short the stock, then they're short the dividend.

**Gary Valinoti - Ham short kill | 30:00**

It's something that could have enormous upside, and they have no idea what it is.

**Wes Christian | 30:04**

I understand. I agree with that concept. How to market it and what the legal part is, I don't know.

**Gary Valinoti - Ham short kill | 30:09**

I'll give you a call once we get back in here so we can talk No.

**Wes Christian | 30:12**

About it. I get it. I get it. Any other questions about that? Thank you.

**Kristin Shaugnesy | 30:18**

Let's just play from bullet 2009x, and we had talked about this before, but he just wanted to clarify. Is there a chance that counterfeit shares sold into a stock via payment protocol internalization on an ex-clearance basis outside the BPPT don't actually reverse split?

**Wes Christian | 30:30**

Is it possible, let me make you understand the question. So you've got it going X clearing, so it doesn't show up in the daily position reports of the DTC. - Correct. - It's broker to broker. And so ultimately, do those shares reverse split? They should reverse split. Because ultimately, even the, looking at it this way, Even if it's ex-clearing, even if it's counter-cutting. There is a corresponding account statement with some poor person who thinks they have shares that they don't. They don't know it's X clearing. They don't know it's gap bet. All they know is they paid their money. Their broker will sell it for them. As we know, one of the other The problems with this whole scheme is not only is the seller selling something he doesn't deliver, the broker representing the buyer is not buying the counterparty in. Don't forget they have a duty to buy them in, but they're not because I remember we deposed somebody many years ago and said, well, why the hell aren't you buying him in? And his answer was, because if I call and buy him, he's buying me.

So it's like a merry-go-round. So at the end of the day, I don't think everybody, that's what that case was about.

So at the end of the day, it would seem like it would have to reverse split because that person in our tax statement, I promise you, if it were to reverse split from 10,000 to 1,000 shares, they would only show 1,000 post-split reverse splits on his account statement. They'd have to adjust it in order to make the books balance, even though it's fake. You follow me? They've got to make the paperwork giant.

**Kristin Shaugnesy | 31:41**

Right. Because of all these massive watch trainings that were being in microcaps you know crazy about this is say the closest i'm.

**Wes Christian | 31:48**

Not an expert in that area but i'm going to tell you Look at a cow's face. And I don't know if I'm sure if it's real or not, I've got a problem. We're hard to counterfeit shares.

Well, they're all you yeah.

**Malone | 31:57**

Digital.

**Wes Christian | 32:00**

Because the volume.

**Kristin Shaugnesy | 32:01**

Events suggest that it might be not that case, that they actually may not reverse split.

**Malone | 32:04**

Well, brokers don't want to buy fake shares and... Sometimes market makers don't want to sell them.

Like what I've been seeing and posting in quantum in the last five days of 8% spreads in the bid ask. When they have no options on the stock, which is absolutely incredible because there's no Citadel options market maker or CBOE from Chicago or anyone that has to get back to net neutral. By the end of the week. And so you're seeing... 8% spreads during the day on bid and ask. And that tells me that the market makers don't want to create a synthetic share. That is retail trying to sell at the high and buy at the low. And it is a real market.

**Wes Christian | 32:42**

When ultimately they say, well, we won't buy any more of the shares. That's your first indicator. But most everybody says, well, they're in the market manipulation.

Well, they're already in the market manipulation, all the prime brokers. But at the end of the day, they don't want that condition on their own. Everyone buys her when they know in their heart of hearts because the high probability that will never get delivered. Ultimately, they have to account to their customer. Exactly. Which is what happened in MNPLP, when Kendra did the U4 or whatever it is, U4 Hall.

So ultimately it froze into boom. And so these brokers, Let's go. I want to build these dot by Morphic shares. When my cook-alike department tells us hell, there's massive sales to deliver here. Forget that. We're not buying any more of those here.

Yeah, they flow.

**Malone | 33:20**

Have no one to buy it from. Because the market makers aren't doing anymore. You're not getting payment for order.

**Wes Christian | 33:26**

And what some of the other journalists are saying is right, like that Bev guy, whatever his name is right now, he's saying that a lot of the squeeze is going to start. I believe that's true too. Like I said, it's a good time to be in the space. To create the awareness and to make a difference because a lot of people are paying attention to it and a lot of things are starting to I mean, go Google Meet, Jim.

**Malone | 33:44**
Happen. Best thing that ever happened from the GameStop squeeze was millions of people researching crime, in my opinion.

**Wes Christian | 33:52**
Thank you.

**Malone | 33:53**
Well, I've seen the whole thing. I see, , , , , , . ..

**Wes Christian | 33:57**
Yeah. What they're doing to people and to our country is technology families all around the list. It's so long.

**Gary Valinoti - Ham short kill | 34:03**
Listen, guys, I don't want to keep going too long. I appreciate your time. I'm going to take another test. Wes is a fighter. And if he's fighting, I'm not going anywhere. Because this guy's going to win, and he's going to bring it home for a lot of people.
So pay attention to Wes. He doesn't speak all the time. But we got him here today. You guys don't understand how to... Not many people are in West's position. Not many people had the balls to step up like he did and wait 20 years, 25 years to do this fight. We're fighting criminals. The system is broken. We all know about it.
So we put our minds together and we're going to attack it.

**Wes Christian | 34:29**
Everybody on this call needs to do all they can, guys. Write your congressman, write your senator, write your attorney general. Attorney general's got a big difference the last time around. I'm hoping that happens here, and it's a bipartisan issue. We're dealing with Democrats, attorney generals, and Republicans. I'm not going to mention Democrats.
Well, I want to tell you what.

**Gary Valinoti - Ham short kill | 34:42**
There's over 6,000 people on this call right now. And I want to thank everybody. It's not even at the I don't know if you can hear me, but Wes is really out there. Hey, bring them to death. They're fighting like hell to not expose what they have. Wes, I appreciate it. I'll be back here during the weekend. We'll discuss a few things. Keep very much.

**Wes Christian | 34:58**
Up the good work, all you listeners. Against them. Do something. Thank you.

**Gary Valinoti - Ham short kill | 35:04**
Great night. Thank you.

**Malone | 35:09**
Less. Go. I had so much more to ask Wes, including Schwab and Fidelity headquarters being across the street from each other in Texas. And now all the market makers are moving there. I think there's very high ups in Texas. There are... God, that's going to get me killed just saying that... Involved. I think. The fact that Wes brought up the 15% cost to borrow with Quantum's

$325 for a year. There's no getting out of it. I don't even know how people would short If they can find shares. When was my calculation the other day?

Like, 40 days. Or 45 days if you shorted it. If the stock was the same, your short would have doubled in money owed, which is absolutely fucking nuts. There's.. The fact of back and forth with options that he brought up. To manipulate a price and the biggest market makers in the world have the biggest market maker options boards in the world. And there's no options on that stock. And I wish I could have lastly asked him on Quantum They fired Computer Share. For speculation as their transfer agent. A couple of months ago, moved to Morelli. That I've done. Ungodly amount of DWACs and DRS transfers and helping as many people as I can see messages every night. I process them and but One side number... Gets to her.

You know, 50%, 75%, there's going to be no shorts to lend. There's going to be no real shares out there. We saw Fidelity... Shut off buying on Quantum. When there was like 25,000 share volume. And at the price at that time, like a half a million dollars. And they're like yeah, it's just like too volatile. We don't know what your ticker is. And there's multiple screenshots. That I might have found. The CEO of Quantum and West together. On their lawsuits... It's astronomical. The reason. Number one, why I took this up was the CEO fighting. Instead of. To like sitting on their hands or taking bribes or selling shares at the peak, like some popcorn companies. I haven't come out with a post yet because I have to crop stuff out of the 15 pages, but there's a CEO that's just continuously bought shares in his own company.

Well, it kept going down, getting naked shorted and contacted me. To figure out how to make this stop.

That's why I'm advisor to the board now. And we're only on step two out of 10 stocks up 130%. Since joining. But I can, I can't tell you that it's tough.

You know, I've never been in a situation where I have this much information that I can't say. So I have to think about every single sentence, right? I. How do I say this? It's going to be exciting. We saw... If you've been in GameStop, or four to five years later. Whether you're following me or not, I mean, I didn't even get started on X until like two and a half years ago, and but Wes brought up, people or brokerages that are shorting clients margin shares, whether they want to or not. If you don't sign up for share lending, then they just take it because they're allowed to do that on margin account. If you want options, usually you have to have a margin account. And I think I had like a hundred followers on X and then just started when Charles Schwab Send me that voicemail. Asking. To lend out all my clients shares to short sellers for a portion of the fee. I'm like, isn't that against your fiduciary duty?

Like, You want to lend out to suppress a price on my client's shares. Let me just put this voicemail up on X and then I had like 10,000 followers the next day with 100,000 views. I had like seven views so far when I posted that video.

So, Wes brought up a ton of good points. Zeeshan and him were talking yesterday. I was sending screenshots from everyone that's been having glitches on quantum over the last two weeks. And, you know, Going back to my five years of every single day, daily research of GME and glitches and reports and data and short lending and cost of borrow everything. Then the name changes. Over the weekend. They get rid of the word quantum. Why? My opinion is because quantum stocks are the AI this year. And so it was getting traction just because of that. And then multiple brokerages changed their name over the weekend with no... Legal reason or instruction to do so. N. It just makes me have the fattest shit-eating grin because we've seen

these glitches. In another stock. We've seen the cost of borrow change. We've seen the lending shares change. Millions of shares on computer shares data fucking report to GameStop the DRS numbers. That I've hosted for so long and I've had so much it. Come back to me about anti-DRS. And I'm like, no, Quantum has a different DRS agent. Really good friends with the CEO and they fired computer share. Computer share stopped the DRS count. In my opinion, nobody will ever know because of their wordage in their documents at 25%. And what did I do? I called out the company. The president of international affairs, Paul Kahn. Commented back on my post, DM me, Called me. Emailed me. Asking for my questions for him to clarify. I sent him my questions and I never heard back from him ever again. And he never posted on X ever again. Since July. Why? Because my questions were fucking spot on. I am 100%. On the spectrum and it is for calling out bullshit and seeing trends End scene. Things that shouldn't be there.

That's why I found GameStop for my clients at $4 a share, split adjusted $1 a share. In spring of 2020. End. I've never seen it bigger than this. And now there's a transfer agent that isn't going to take a bribe or request or is a public company like ComputerShare to stop the DRS count and the rest remains in DPCC like ComputerShare did. At 25%. With Quantum's 2 million shares left. My opinion is going to be over quick.

You know what I'm going to do after that? Same fucking thing with another 10 companies and then another 100 companies. And I'm going to keep compounding that until they give up.

So that's my plan, guys. I hope you all enjoy the show. I wish I could have more time on it. But it was still a very good show. The largest, lawyer against Wall Street. Was on there. And if anyone can find a bigger registered investment advisor against Wall Street, I would be thoroughly stoked to meet that person. Because now... The last of the three as we need. An accountant against Wall Street. We've got lawyer tax attorney and advisor on knowing the professional sides of each things.

So Thank everyone for being here tonight. That was an exciting show. If you're still listening and you don't have notifications turned on, I am shadow banned to absolute oblivion right now.

So you will not see anything. I posted last week, who should I get on the show? And Wes was one of them. And I totally already knew he was going to be on there, but I wanted feedback. I wanted questions in there. Unfortunately, we'd have enough time for questions.

I mean, all of us could ask West, Five hours of questions, no problem. But... I do not. Have any of my spaces on a set schedule.

So that's why I just tell everyone since I'm Shadowban, or have been for four months that if you want to know when they are, that they will be one hour from when I post them usually. And. One-tenth. No, not that many one 15th of my followers are seeing my post right now.

So Turn notifications on if you want to see the next ones coming. There's gonna be a lot of exciting things in the next three days. I everything in this space call and on. The combined show. Is financial opinion only. Not financial advice. I am a fiduciary, but I'm not your fiduciary. Unless we have a signed contract saying so. I try to uphold myself to the public as a fiduciary, but I have to watch the things that I say. If you want to ask me questions. Do it on my AMA. It'll be... Spaces. Way faster than a DM or an email or anything like that... And you'll have to phrase your question. Correctly for me to be able to answer it, especially I mean, if you're not a client, the client can ask me almost anything. Appreciate everyone being here. Can't wait to see what the week brings us. I'm stoked. Let's grow.

# APPENDIX C

# APPENDIX C

12:34

4G 22



# G

@Hamnakedshorts

If you cant beat the naked shorts JOIN them, Let rob together Free $$ for everyone

⌖ United States    ▦ Joined April 2025

85 Following    3,165 Followers

Followed by Zantiotis, GameInformer, Kevin, and 266 others

**Posts**        Replies        Media

G @Hamnakedshorts · 40m

Conf call at 1pm. EST today

Live from 95 going south.

425-436-6326
code 3766434.

$FNGR $NRGV $MTEN $GBUX and $ZJYL. Updates

💬 6    ↻ 35    ♡ 54    ili 722    🔖    ⌆



G @Hamnakedshorts · 46m

And you refuse to fix the stock market fraud of counterfeit shares

Speak up. Old fool



Elizabeth Warren ✓ ✕ @SenWa... · 1h

||| ○ ‹

 **Kevin Malone** ✔ @Malone_Wealth · 1d  ···

Tomorrow night, 7pm EST we will be interviewing Wed Christian. LFG!!

> "If we xeroxed our car title 100 times and sold it to 100 people and each of them paid us cash, but we only had one car, that is a good analogy to what naked short selling is. In Texas, we call that stealing."
>
> Wes Christian (attorney fighting Wall Street fraud) on Fox Business News June 7, 2021

 75     172    ♡ 477    ıllı 25K 

 **Kevin Malone** ✔ @Malone_Wealth · 1d    ···

With @Hamnakedshorts!!!

 2     12    ♡ 44    ıllı 3.3K  

3:03 ▶️

from:@ham59591shorts wes

**Top**    **Latest**    **People**    **Media**    **Lists**

---

**STOP Counterfeit shares** @... · 14 Nov 24

$VIRT when stock settlement is enforced or **Wes** wins lawsuit

This stock will be pennies.   They only steal cant trade

💬 3    🔁 6    ♡ 36    📊 592    🔖    ⌁

---

**STOP Counterfeit shares** ... · 26 Dec 24

$NWBO did a $5M raise with Yorkville?

**WES** always said they are #1 on the scumbag list

💬    🔁 4    ♡ 9    📊 2.6K    🔖    ⌁

---

**STOP Counterfeit shares** @... · 12 Nov 24

$VIRT. **Wes** Christian is suing these thugs for spoofing. And looting public companies also

Dirty Doug is dirty for sure

💬 1    🔁 3    ♡ 29    📊 613    🔖    ⌁

---

**STOP Counterfeit shares** @... · 28 Jul 24

In 74 days **Wes** Knows Patrick also.  $NWBO

> 👤 **BigJR** ✅ @settlethetrades · 27 Jul 24
>
> $GTII $FNGR $MMTLP $NWBO

💬    🔁 3    ♡ 18    📊 845    🔖    ⌁

---

**STOP Counterfeit shares** @... · 12 N

$VIRT is worthless when **WES** exposes them

||| ◯ ‹

12:37

↺22    ♡42    📊1.1K    🔖    ↗

 **G** @Hamnakedshorts · 09 Jun

$GBUX from 8K.  Email the Co and help expose the crooks

ITS so easy.   JUST read.  Once they get over amt of shares that are real

THEY have the PROOF then **Wes** can come and hammer them



💬6    ↺48    ♡94    📊5K    🔖    ↗

 **G** @Hamnakedshorts · 10 Jun

$GBUX. 3,000,000 naked shorted shares to cover. They have no choice soon exposed and **Wes** Christian will sue all brokers are long who didn't enforce settleme



12:38

🖤 6    ↻ 48    ♡ 94    ㎮ 5K    🔖    ⤴

 G @Hamnakedshorts · 10 Jun

$GBUX. 3,000,000 naked shorted shares to cover. They have no choice soon exposed and **Wes** Christian will sue all brokers who are long who didn't enforce settlement.



💬 1    ↻ 36    ♡ 65    ㎮ 1.3K    🔖    ⤴

 G @Hamnakedshorts · 23 Jun

$GBUX. Send in your statements of your long position

THE CO controls the game NOT the B or shorts



12:38

 

← from:@Hamnakedshorts wes

**Top**     **Latest**     **People**     **Media**     **Lists**

 **G** @Hamnakedshorts · 23 Jun

$GBUX. Send in your statements of your long position

THE CO controls the  game NOT the Brokers or shorts

Get it over trading float and then **Wes** can sue for $1B and then issue another special dividend Proceeds of lawsuit

THIS is discovery.  Naked shorts get exposed



💬 3        ♺ 40        ♡ 93        �econᵢ 2K        🔖        ⤳

 **G** @Hamnakedshorts · 12 Jun

$GBUX. The naked shorts  continues to sell stock lower

They have NO idea that they are trapped

||| ◯ ‹

12:38

 **G** @Hamnakedshorts · 12 Jun

$GBUX. The naked shorts  continues to sell stock lower

They have NO idea that they are trapped already. THE share count is under way.  Once they get over the # of real shares

The rest is a counterfeit share. **Wes** & Lawyers spend Millions to get discovery.  WE HAVE if for FREE



💬 2      🔁 27      ♡ 62      ▥ 941

 **G** @Hamnakedshorts · 04 Jun

$GBUX 1st up on special dividend. $FNGR will follow soon

Like DOLE FOODS it will expose the counterfeits

Once Co gets proof.  I will go to **WES** him a case with each Firm that is long sue for failing to protect their own clients



|||      ◯      ‹

12:38

← from:@Hamnakedshorts wes

## Top    Latest    People    Media    Lists

**G @Hamnakedshorts · 04 Jun**

$GBUX 1st up on special dividend. $FNGR will follow soon

Like DOLE FOODS it will expose the counterfeits

Once Co gets proof. I will go to **WES** and give him a case with each Firm that is long he can sue for failing to protect their own clients

They Fuck their own clients

💬 5    🔁 51    ♡ 120    📊 8.4K

**G @Hamnakedshorts · 03 Jun**

$FNGR. I will ask **Wes** great questions about naked shorts. And 100% get some answers for $FNGR as they get ready for the special dividend

IT will provide proof of Counterfeit shares. Then we get **Wes** to sue free $ from Brokers who dont buyin Fails. & force them to cover

💬 10    🔁 48    ♡ 112    📊 3.1K

**G @Hamnakedshorts · 04 Jun**

**Wes** said on the call its the time to be in this game

$GBUX once dividend is done I WILL sure the Company has a nice talk with Him



12:38

4G 21

← from:@Hamnakedshorts wes

**Top**   Latest   People   Media   Lists

G @Hamnakedshorts · 04 Jun

**Wes** said on the call its the time to be in this game

$GBUX once dividend is done I WILL MAKE sure the Company has a nice talk with HIM

Part of of the attack is after the dividend is recorded

they have no way out BUT UP

♡ 7     ⟲ 45     ♡ 108     �ᴨ 3.1K

G @Hamnakedshorts · 02 Jun

$QNTM wow nice move congrats will discuss tomorrow on call with **Wes** @Malone_Wealth

Best of luck

♡ 6     ⟲ 16     ♡ 61     �ᴨ 2.4K

G @Hamnakedshorts · 03 Jun

$DIS $WMT $AXP $NFLX $TSLA $IBM $MU $NVDA $FSLR $CVM $OPK $FNGR $BB $KODK $MARA $RIOT $BB $XXII $NWBO $COST $BA $GS $IBKR $BAC $JPM $MS

Naked shorts selling conf call at 7pm EST

425-436-6326. Code 3766434. Listen and LEARN

@Malone_Wealth @kshaughnessy2 and **Wes**

|||        ◯        〈

12:38



**Top**    Latest    People    Media    Lists

**G** @Hamnakedshorts · 04 Jun

Hey $MMTLP gang. How do you think **Wes** joined Your fight or how did JohnB get On Fox with Charles?

I always help out. @anna_trades @busybrands great people

💬 8    🔁 41    ♡ 104    📊 3.3K

**G** @Hamnakedshorts · 23 Jun

$GBUX when the proof is posted I wil get **Wes** to sue them for $1B. And then the company can give out 90% of the proceeds lets say 3M shares divided into $900 Million

That will be a $300 Special dividend

Thats how you do it.

💬 7    🔁 34    ♡ 89    📊 2.5K

**G** @Hamnakedshorts · 03 Jun

$FNGR $GBUX $DJT $GME $AMC $QNTM $SBET $RGC $GDC $ZJYL $RIOT $WULF $KODK $BB
Whatever stock you own good chance you own a FAKE share

7PM EST tonight Conf call with **Wes** Christian Texas lawyer a expert in this fraud will discuss his cases

425-436-6326 code 3766434. Its free

12:38

← from:@Hamnakedshorts wes

**Top**  **Latest**  **People**  **Media**  **Lists**



G @Hamnakedshorts · 03 Jun

$FNGR $GBUX $DJT $GME $AMC $QNTM $SBET $RGC $GDC $ZJYL $RIOT $WULF $KODK $BB
Whatever stock you own good chance you own a FAKE share

7PM EST tonight Conf call with **Wes** Christian Texas lawyer a expert in this fraud will discuss his cases

425-436-6326 code 3766434.  Its free

💬 13    🔁 64    ♡ 137    �11 5.4K    🔖    ↗



G @Hamnakedshorts · 19 Jun

$FNGR $GBUX told you a break of $30 in $QNTM $50 is the next stop

Congrats to CEO and **Wes** for chasing down naked shorts beating them in the street vs courtroom.

Special Legal dividend could be worth $100-$500 a share who wants to be short that?

💬 6    🔁 39    ♡ 117    11 2.7K    🔖    ↗



G @Hamnakedshorts · 03 Jun

Congrats to the CEO.   **Wes** will answer questions as best as he can in lawsui
$QNTM

|||    ◯    ‹

12:39

from:@Hamnakedshorts wes

**Top**    **Latest**    **People**    **Media**    **Lists**

**G** @Hamnakedshorts · 03 Jun
Congrats to the CEO.   **Wes** will answer
questions as best as he can in lawsuit
$QNTM

> **AngelicSurvivor** ✓ @Angeli... · 02 Jun
> $QNTM

💬 1    🔁 10    ♡ 31    📊 1K    🔖    ⬈

**G** @Hamnakedshorts · 13 Jun
$QNTM hey **WES** here is the spoof

Bid x size
$19.40 x 10
Ask x size
$19.75 x 96.  XXXXX at 3.33 PM.
Volume
402,525

💬 1    🔁 19    ♡ 53    📊 1.9K    🔖    ⬈

**G** @Hamnakedshorts · 25 Jun
@anna_trades @kshaughnessy2  a
shareholder is close to setting up a meeting
in DC with a famous Senator  besides us 3  I
also need to get **Wes** to the meeting

Will let you know when I know

💬 6    🔁 19    ♡ 61    📊 1.2K    🔖    ⬈

1:31 ▶ Ⓢ 𝒫 •                                    5G ⊿ꓱ ⚡21

← from:@Hamnakedshorts wes                    ⚙    ⋮

**Top**        **Latest**        **People**        **Media**        **Lists**

Then we get **Wes** to sue
free $ from Brokers who dont buyin Fails. &
force them to cover

💬 10        ⟲ 48        ♡ 112        �📊 3.1K        🔖    ↗

---

G  @Hamnakedshorts · 02 Jun        ⊘    ⋮
$QNTM wow nice move congrats will discuss
tomorrow on call with **Wes** @Malone_Wealth

Best of luck

💬 6        ⟲ 16        ♡ 61        �📊 2.4K        🔖    ↗

---

G  @Hamnakedshorts · 23 Jun        ⊘    ⋮
$GBUX when the proof is posted I wil get
**Wes** to sue them for $1B. And then the
company can give out 90% of the proceeds
lets say 3M shares divided into $900 Million

That will be a $300 Special dividend

Thats how you do it.

💬 7        ⟲ 34        ♡ 89        �📊 2.5K        🔖    ↗

---

G  @Hamnakedshorts · 03 Jun        ⊘    ⋮
$DIS $WMT $AXP $NFLX $TSLA $IBM $MU
$NVDA $FSLR $CVM $OPK $FNGR $BB
$KODK $MAR
$COST $BA $

Naked shorts

425-436-632
I FARN

|||            ◯            ‹

1:59

📍5G 🔋18

← from:@Outlier_999 Ham Wes

**Top**    Latest    People    Media    Lists

**Samshine** @Outlier_999 · 10 May

👀 Very interesting indeed.

**Ham** the Short Killer is **Wes** "dear friend?" **Ham** seems to be so involved. They have every angle covered in $MMTLP $MMAT and lots of other tickers.



> **PuzzledRaccoon** ✓ @Puzzl... · 10 May
> This aired June 2, 2021. At bout 1:28:00 in wes brings up his good buddy Gary Valinoti and then in just a few minutes he channels Johnna from the future with the letters and there's a few more very inter...

💬 1     3    ♥ 10     1K    🔖    

**Samshine** @Outlier_999 · 03 Jun

Replying to @LotusRob99

But I am sure **Wes** is working really ha... resolution when he's done hanging out with

|||     ◯     ‹

2:00

5G

**Post**

**PuzzledRaccoon** ✓
@PuzzledRaccoon

This aired June 2, 2021. At bout 1:28:00 in wes brings up his good buddy Gary Valinoti and then in just a few minutes he channels Johnna from the future with the letters and there's a few more very interesting tidbits after that as well. Listen close. What are "co-investors" ?sounds a little like encouraging organized market manipulation. Hindsight being 20/20 quite the interesting AMA....

youtube.com/live/q8-JO3g5b...

11:36 AM · 10 May 25 · **1,426** Views

**1** Repost  **1** Quote  **6** Likes  **1** Bookmark

**Most relevant replies** ⌄

**Samshine** @Outlier_999 · 10 May
Replying to @PuzzledRaccoon
You think Wes Christian going to send @KarmaCollects and the rest of the minions letters for talking smack about his "dear friend" Ham?

Post your reply

||| ○ ‹

# APPENDIX D

# APPENDIX D

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Greg McCabe
P.O. Box 11188
Midland Tx 79702

Telephone Number: 432-684-0018

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**OCT - 8 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: Carter Terry - 815-10039 and AST - 0000010191 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Greg McCabe
P.O. Box 11188 Midland, TX 79702

Telephone Number: 432-684-0018

**3.** Date Equity Interest was acquired: 05/16/2016

**4.** Total amount of member interest: 120,001

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.    ☑ a Shareholder
☐ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Greg McCabe
Title: Individual
Company: ____ Address and telephone number (if different from notice address above): _____
_____

(Signature)    10-4-24
(Date)

Telephone number: 432-684-0018    email: gregmccabe@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**Meta Materials Inc.** | Case Number:<br>**24-50792-hlb** |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Greg McCabe
P.O. Box 11188
Midland Tx 79702

Telephone Number:
432-684-0018

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**MAY - 9 2025**
**U.S. BANKRUPTCY COURT**
**DANIEL S OWENS, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>Carter Terry-8* 5-10039, Carter Terry-815-09739, AST-0000010191 | Check here if this Proof of Interest:<br>■ replaces a previously filed Proof of Interest dated: 10/04/2024<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Greg McCabe
P.O. Box 11188, Midland, TX 79702
Telephone Number: 432-684-0018

**3. Date Equity Interest was acquired:**
Various dates, see attached documentation

**4. Total amount of member interest:** MMAT: 120,001, MMTLP: 12,826,490

**5. Certificate number(s):** See attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Greg McCabe
Title: Individual
Company: Address and telephone number (if different from notice address above):
_____
_____

(Signature)   5-8-25   (Date)

Telephone number: 432-684-0018   email: gregmccabe@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Case 24-50792-hlb    Doc 1923    Entered 05/09/25 14:46:45    Page 2 of 5

GREG MCCABE
PO BOX 11188

MMAT

## ACCOUNT STATEMENT
AUGUST 1, 2024 - AUGUST 31, 2024

Account number:
815-10039
Page 4 of 5

## ASSET DETAIL

The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.

* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested. Additionally, the information that appears in these columns may be based on information provided by you or at your direction, RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

Your Financial Professional has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### EQUITY

### US Small Cap Equity

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| ........... | | | | | | | ...... |
| META MATERIALS INC COMMON STOCK | MMATQ | 34,861.000 | $0.450 | $15,687.45 | N/A | N/A | ...... |
| **TOTAL EQUITY** | | | | | | | ......3 |
| **TOTAL ASSETS** | | | | | | | |

## ACTIVITY DETAIL

No activity this period.

* Information that appears in these columns may be based on information provided by you or at your direction, RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

Realized gain/loss column includes fees and commissions. It does not include accrued interest.

## OPEN ORDERS

| DATE ENTERED | DESCRIPTION | SYMBOL | QUANTITY REMAINING | ORDER TYPE | PRICE LIMIT | ORDER LIFE |
|---|---|---|---|---|---|---|
| - - - | ....... | | | | - - - | ....... |

$0.00



MMAT

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

GREG MCCABE
P.O. BOX 11188
MIDLAND, TX 79702-8188

| | |
|---|---|
| Statement Date: | May 1, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010191 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | 85,140.000 | | 85,140.000 | | Market Value Date | 05/01/2024 |
| Plan Shares | | | | | Market Value Price | $3.360 |
| Certificated Shares | | | | | Total Market Value | $286,070.40 |
| Total Shares | | | 85,140.000 | | | |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#24438) | |
| 05/01/2024 | BK*0000213 | Exchange Company: META MATERIALS INC (OLD) | 85,140.000 |

**A portion or all of the shares represented by this Advice are subject to either an issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the issuer or Legal Counsel for the issuer**


AST01277560000010191


0.001.001.00001

Case 24-50792-hlb    Doc 1923    Entered 05/09/25 14:46:45    Page 4 of 5

**ACCOUNT STATEMENT**
DECEMBER 1, 2022 - DECEMBER 31, 2022

GREG MCCABE
6015 GREEN HILL CT

Account number:
815-10039
Page 6 of 14

## FIXED INCOME

### US Corporate High Yield Fixed Income

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST* | UNREALIZED GAIN/LOSS* | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP MOODY N/R  S&P N/R | 59199437 1 | 568,241.000 | N/P | $0.00 | N/A | N/A | |
| **TOTAL FIXED INCOME** | | 568,241.000 | | $0.00 | $0.00 | $0.00 | |
| **TOTAL ASSETS** | | | | $788,641.33 | | | $0.00 |

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

\* *Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

## PURCHASES

### Regular Purchases

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST/ ACCRUED INTEREST | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |



Case 24-50792-hlb    Doc 1923    Entered 05/09/25 14:46:45    Page 5 of 5

# CARTER TERRY

MMTLP

3060 Peachtree Road NW Suite 1200 Atlanta, Georgia 30305
Phone 404 364 2070 Fax 404 364 2079 • Toll free 1 800 848 9555

## ACCOUNT STATEMENT
### DECEMBER 1, 2022 - DECEMBER 31, 2022

Account number
815-09739
Page 5 of 8

## FIXED INCOME

**US Corporate High Yield Fixed Income**

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST* | UNREALIZED GAIN/LOSS* | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP MOODY N/R  S&P N/R | 59194G371  12 258,2,49 000 | 12,258,2,49 000 | N/P | $0.00 | N/A | N/A | N/A |

**TOTAL FIXED INCOME**  12,258,2,49 000    $0.00    $0.00    $0.00

**TOTAL ASSETS**    $11,161,153.81    $0.00    $0.00    $0.00

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the Change in value of priced securities line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

## OTHER ACTIVITY

| DATE | DESCRIPTION | QUANTITY | PRICE | NET PROCEEDS | NET COST* | REALIZED GAIN/LOSS* | COMMENTS |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A SHRS SURRENDERED – MERCER | –12,258,2,49 000 | $0.000 | $0.00 | N/A | N/A | EXCHANGE |
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP SHRS RECEIVED THRU MERGER | 12,258,2,49 000 | $0.000 | $0.00 | N/A | N/A | EXCHANGE |

**TOTAL OTHER ACTIVITY**    $0.00    $0.00

## DEPOSITS

**Cash deposits**

| DATE | DESCRIPTION | AMOUNT | COMMENTS |
|---|---|---|---|
| ------ | ------ | ____ | ____ |

**TOTAL DEPOSITS**

GREG MCCABE
PO BOX 11188

**ACCOUNT STATEMENT**
AUGUST 1, 2024 - AUGUST 31, 2024

Account number:
815-10039
Page 4 of 5

## ASSET DETAIL

The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.

* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested.Additionally, the information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

Your Financial Professional has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### EQUITY

US Small Cap Equity

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 34,861.000 | $0.450 | $15,687.45 | N/A | N/A | ---- |
| TOTAL EQUITY | | | | | | | |
| TOTAL ASSETS | | | | | | | |

## ACTIVITY DETAIL

* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.

Realized gain/loss column includes fees and commissions. It does not include accrued interest.

No activity this period.

## OPEN ORDERS

| DATE ENTERED | DESCRIPTION | SYMBOL | QUANTITY REMAINING | ORDER TYPE | PRICE LIMIT | ORDER LIFE |
|---|---|---|---|---|---|---|
| -- | ---- | | | | | |

$0.00



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

GREG MCCABE
P.O. BOX 11188
MIDLAND, TX 79702-8188

| | |
|---|---|
| Statement Date: | May 1, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010191 |

www.astfinancial.com
help@equiniti.com
800-937-5449

## Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | 85,140.000 | | 85,140.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 85,140.000 |

| Account Value | |
|---|---|
| Market Value Date | 05/01/2024 |
| Market Value Price | $3.360 |
| Total Market Value | $286,070.40 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#2448) | |
| 05/01/2024 | BK00002143 | Exchange Company META MATERIALS INC (OLD) | 85,140.000 |


A portion or all of the shares represented by this Advice are subject to either an issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the issuer or Legal Counsel for the Issuer.




0.001.001.00001

# META MATERIALS INC (NEW) Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online

Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
• View your account details including balances and transaction history
• Manage your payment method for dividends and sales proceeds
• Request check replacements
• Buy or sell shares
• Update your contact information
• Download statements and tax forms

**ONLINE ACCOUNT ACCESS:**
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central** and complete the short registration process to create your unique login ID.  If you are a non – U.S. shareholder please select **Registration for Non-US Holders** on the top of the page and complete the short registration process. You will need to know the AST Company Number which is printed on the bottom right hand corner of this letter.  Your PIN number will then be mailed to the address of record for the account.
If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with AST. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at www.astfinancial.com/knowledge-center/forms. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

• If you have only fractional shares, they cannot be transferred.
• If you have at least one share:
   • If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.

   • If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

```
 1  Jeffrey L. Hartman, Esq.
 2  Nevada Bar No. 1607
    HARTMAN & HARTMAN
 3  510 W. Plumb Lane, Suite B
    Reno, NV 89509
 4  T: (775) 324-2800
    F: (775) 324-1818
 5  notices@bankruptcyreno.com
 6  Attorney for Christina Lovato, Trustee
 7
                    UNITED STATES BANKRUPTCY COURT
 8
                         DISTRICT OF NEVADA
 9  In re                          Case No. 24-50792-hlb
                                   (Chapter 7)
10  META MATERIALS INC.,
                                   NOTICE OF ORDER AND BAR DATE FOR
11      Debtor.                    PROOFS OF INTEREST
12
13                                 Hearing Date:  N/A
                                   Hearing Time:
14
15                                 Proofs of Interest Bar Date: 12/18/24
16
17      PLEASE TAKE NOTICE that on September 12, 2024, the Honorable Hilary L. Barnes,
18  United States Bankruptcy Judge, signed an order in this case [ECF No. 26] ("the Order") directing
19  that equity interest holders shall file proofs of interest with the United States Bankruptcy Court,
20  District of Nevada, Clerk of the Court, First Floor, 300 Booth Street, Reno, Nevada 89509, on or
21  before December 18, 2024.
22      Proof(s) of interest forms may be obtained and should confirm substantially to Local
23  Bankruptcy Form No. NVB 3001 and must be filed on or before December 18, 2024.
24  https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/#edinit
25  YOU ARE HEREBY FURTHER NOTIFIED THAT, PURSUANT TO THE TERMS OF THIS
26  NOTICE OF ORDER, ANY CREDITOR AND ANY PARTY IN INTEREST REQUIRED TO
27  FILE CLAIMS HEREUNDER, BUT FAILING TO DO SO BY THE DATE HEREIN
28  REQUIRED, SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM
```

1

```
 1  ASSERTING SUCH CLAIMS OR INTERESTS AGAINST THE DEBTOR, THE ESTATE OR
 2  THE TRUSTEE, AND SHALL BE BARRED FROM PARTICIPATING IN ANY
 3  DISTRIBUTION OF ASSETS.
 4      Copies of the Ex Parte Motion upon which the Order was entered and other pleadings and
 5  documents relevant to this case and this Notice are available for inspection during regular business
 6  hours at the above described offices of the Clerk of the United States Bankruptcy Court or can be
 7  requested from the Trustee's counsel Jeffrey L. Hartman, Esq., and should be consulted for further
 8  information and details concerning the matters contained in this Notice.
 9      Creditors with a foreign address - If you are a creditor receiving a notice mailed to a foreign
10  address, you may file a motion asking the court to extend the deadlines in this notice. Consult an
11  attorney familiar with United States bankruptcy law if you have any questions about your rights in
12  this case.
13      DATED: September 12, 2024.
14                          HARTMAN & HARTMAN
15
16                          /s/ Jeffrey L. Hartman
                            Jeffrey L. Hartman, Esq.,
17                          Attorney for Trustee
18
19
20
21
22
23
24
25
26
27
28
```

2



IT IS FURTHER ORDERED that notice of the bar date of December 18, 2024 shall be given to the equity interest holders forthwith and proof of service filed with the Court.

Submitted by:

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #

2

---

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 12, 2024

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                                          Case No. 24-50792-hlb
                                               (Chapter 7)
META MATERIALS INC,

        Debtor.                                ORDER APPROVING EX PARTE
                                               APPLICATION AND ESTABLISHING
                                               BAR DATE FOR PROOFS OF INTEREST

                                               Hearing Date: N/A
                                               Hearing Time:

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking an order establishing bar date for Proofs of Interest ("Application") and supporting Declaration. Good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is APPROVED.

IT IS FURTHER ORDERED that December 18, 2024 is the last date for equity interest holders to file proofs of interest.

1

# APPENDIX E

# APPENDIX E

5:21

*Exhibit 6*

×    ⊶    what was the CI...
search.yahoo.com    ⌘    ▢    ⋮

🔍    what was the CIK Number for    ×

https://www.marketbeat.com › stocks › OTCMKTS

## Meta Materials (MMTLP) Stock Price, News & Analysis - MarketBeat

Dec 12, 2022 · Get The Latest MMTLP Stock Analysis, Price Target, and Headlines at MarketBeat. ... CIK 1431959. Web...

**Location:** 345 N Reid Place, Suite 620, Sioux Falls, 57103, SD

**Phone:** (902) 482-5729

**Email:** contact@marketbeat.com

https://finance.yahoo.com › news › meta-materials-announ...

## Meta Materials Announces FINRA Has Revised Corporate Action ...

**People also search for**    ×

what was the cik number for mmtlp 1

what was the cik number for mmtlp 2

what was the cik number for mmtlp 5

what was the cik number for mmtlp 3

|||    ◯    ‹

Exhibit
7

 

Q   what is the cik numbe...

## What is a broker dealer CIK number?    ⌄

## Do private companies have a CIK number?    ⌄

Feedback



Fintel
https://fintel.io › mmat                ⋮

# MMAT SEC Filings - Meta Materials Inc.- Annual Report, Proxy ...

MMAT SEC Filings - Meta Materials Inc.- Annual Report ... CIK, 1431959. SEC Filings. All companies that sell ... Number: 001-36247 Meta Materials Inc....

SEC.gov
https://www.sec.gov › edgar › data    ⋮

# EDGAR Filing Documents for 0000950170-23-009314

Mar 23, 2023 — Seq, Description, Document, Type, Size. 1, 10-K, mmat-20221231.htm iXBRL, 10-K, 4983792. 2, EX-2.3.0, mmat-ex2_30.htm, EX-2,...





✳              Q              🔖
Discover      Search         Saved

|||              ◯              ‹

Exhibit

25



*Exhibit 26*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 10-Q/A
## (Amendment No. 1)

**(Mark One)**
☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2022

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to
Commission File Number: 001-36247

# Meta Materials Inc.
(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **Nevada** | **74-3237581** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1 Research Drive** | |
| **Dartmouth, Nova Scotia** | **B2Y 4M9** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (902) 482-5729

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MMAT | Nasdaq Capital Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company ☐ |
| | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 9, 2022, the registrant had 296,614,994 shares of common stock, $0.001 par value per share, outstanding.

**Explanatory Note**

# APPENDIX F

# APPENDIX F

NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Scott Traudt
191 Kibling Hill Rd.
Strafford, VT 05072

Telephone Number: 802-318-0429

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 270-433744

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD Ameritrade POB 2209
Omaha NE 68103-2209
Telephone Number: 800-669-3900

**3. Date Equity Interest was acquired:**
12-02-2022
MMTLP

**4. Total amount of member interest:** 305 MMTLP

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Scott Traudt
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

Scott Traudt    29 AUG 2025
(Signature)    (Date)
Telephone number: 8023180429 email: sctraudt@gm
dcv

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



**Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement Reporting Period:
12/01/22 - 12/31/22

**Statement for Account # 270-433744**
SCOTT CHRISTIAN TRAUDT
191 KIBLING HILL RD
STRAFFORD, VT 05072-9770



## Statement for Account # 270-433744
### 12/01/22 - 12/31/22

### Online Cash Services Transaction Detail

| Cate or | Transaction Date | Descri tion | | | | | Amount |
|---|---|---|---|---|---|---|---|

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/22 | 12/02/22 | Margin | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING | MMTLP | 305 | 9.60 | (2,934.95) | 0.00 |

page 3 of 5



**Statement for Account # 270-433744**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Margin | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg/#623270/ISTOCK PAYMENT | 5CT999019 | 305- | 0.00 | - | 0.00 |
| 12/30/22 | 12/30/22 | Margin | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg/#623270/ISTOCK | 6DA993019 | 305 | 0.00 | - | 0.00 |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to
http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**UPDATE TO THE BANK SWEEP PROGRAM**
We wanted to let you know about a change relating to the Bank Sweep Program, as called for by your TD Ameritrade Client Agreement.

The following will be removed from the list of Bank Sweep Program Banks: US Bank N.A.; Citibank, N.A.; Wells Fargo Bank, N.A.; Synchrony Bank; Bank of America N.A. Uninvested cash balances will no longer be deposited with any of these banks after April 1, 2023. No action is required from you for this change to take effect.

A complete list of the Program Banks can be found at: www.tdameritrade.com/icdaprogrambanks. Program Banks may receive uninvested cash balances in the Bank Sweep Program.

Current information on the terms of the Sweep Program can be found in the latest version of the Client Agreement. You can review it by logging in to your account and navigating to Client Services > Forms and Agreements. Your continued use of your account constitutes your consent to this material update.

**page 4 of 5**

# APPENDIX G

# APPENDIX G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

INTER-COASTAL WATERWAYS LLC,

<em>Plaintiff,</em>

v.

TRADESTATION SECURITIES, INC. and
DOE DEFENDANTS 1-10,

<em>Defendants,</em>

and

THE FINANCIAL INDUSTRY
REGULATORY AUTHORITY,

<em>Nominal Defendant.</em>

CIVIL ACTION NO. 0:24-cv-60891-AHS

**DECLARATION OF GEORGIOS PALIKARAS IN SUPPORT OF PLAINTIFF INTER-COASTAL WATERWAYS LLC'S OPPOSITION TO DEFENDANT TRADESTATION SECURITIES, INC.'S MOTION TO COMPEL ARBITRATION AND CROSS-MOTION FOR THE DISQUALIFICATION OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AS MANDATORY <u>ALTERNATIVE DISPUTE RESOLUTION SERVICE TO THIS ACTION</u>**

I, Georgios Palikaras, being duly sworn, deposes and says under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I was the President and Chief Executive Officer of Metamaterial, Inc. ("META I") until June 28, 2021, and became President and Chief Executive Officer of Meta Materials Inc. (formerly known as Torchlight Energy Resources, Inc.) on June 28, 2021 after the combination of the two companies.

2.    I was the President and Chief Executive Officer of Meta Materials Inc. ("META II") trading on the Nasdaq under symbol MMAT from June 28, 2021 until October 10, 2023, as well as a Board Director until December 4, 2023.

1

3.    On December 14, 2020, Torchlight Energy Resources, Inc. ("Torchlight Energy"), an oil and gas exploration company trading on the NASDAQ under the symbol TRCH and META I, a developer of high-performance functional materials and nanocomposite products trading on the CSE in Canada under symbol MMAT.CN, signed a definitive agreement negotiated at arm's length for a business combination of Torchlight and META I by way of a statutory plan of arrangement (the "Merger").[1]

4.    On June 28, 2021, META I combined with Torchlight Energy, and Torchlight Energy was renamed to Meta Materials Inc. ("META II" or the "Company") and started to trade on the Nasdaq under the symbol MMAT.[2]

5.    Prior to the closing of the Merger transaction, on June 14, 2021, Torchlight Energy declared a Special Dividend of Series A Preferred Stock (the "Dividend" or "Series A Shares") to be issued on a one-for-one basis to Common Stockholders of Record as of the close of market trading on June 24, 2021 to Torchlight Energy shareholders that held shares prior to the merger.[3]

6.    On June 25, 2021, Torchlight Energy announced that it distributed the Dividend to its shareholders of record on June 24, 2021.[4]

7.    The Dividend shares were never intended or authorized to be listed or traded on any exchange, and were created merely to be a dividend placeholder representing the assets of Torchlight Energy that the Company would continue to own as a part of the merger.[5]

---

[1] See https://metamaterial.com/metamaterial-and-torchlight-sign-definitive-agreement-for-business-combination/ (last accessed August 15, 2024).
[2] See https://metamaterial.com/meta-closes-transaction-and-commences-trading-on-nasdaq/ (last accessed August 15, 2024).
[3] See SEC filings, i.e. Torchlight Energy Resources, Inc., Series A Preferred Shares Certificate of Designation (Form 8-K    EX-3.2)    (June    14,    2021),    available    at https://www.sec.gov/Archives/edgar/data/1431959/000119983521000381/ex3-2.htm.
[4] See https://finance.yahoo.com/news/torchlight-announces-payment-special-series-203500696.html (last accessed August 15, 2024).
[5] See SEC Filings, i.e. Torchlight Energy Resources, Inc. (Schedule 14A) (May 10, 2021), at 50, available at https://www.sec.gov/Archives/edgar/data/1431959/000119312521154788/d117540ddefm14a.htm.

8.    On September 30, 2021, pursuant to the closing of the merger with Torchlight Energy, the Company reclassified Torchlight Energy's oil and gas assets as "held for sale" and hired a consultant to help determine the best path to maximize value for Dividend shareholders. The Company informed investors about the ongoing drilling obligations in the Orogrande Project in 2021 to hold the lease for sale or spinout.[6]

9.    On December 3, 2021, the Company announced their intent to spinout or dispose of Torchlight Energy's oil and gas assets in early Q1 2022, pending process approvals by all parties involved.[7]

10.    On January 14, 2022, the Company updated shareholders[8] that it was moving forward in the spinout process of Torchlight Energy's oil and gas assets. This work included, but was not limited to, formal transfer of the assets to OilCo Holdings, Inc. ("OilCo"), a newly formed wholly owned subsidiary of META II, as well as making any necessary filings with the U.S. Securities and Exchange Commission and initiating discussions with FINRA.

11.    On August 31, 2021, OilCo Holdings, Inc. was incorporated in Nevada as a wholly owned subsidiary of META II, and changed its name to Next Bridge Hydrocarbons, Inc. ("Next Bridge") pursuant to an Amended and Restated Articles of Incorporation filed on June 30, 2022.

12.    On July 15, 2022, META II announced that its new, wholly owned subsidiary, Next Bridge, filed a Form S-1 registration statement with the U.S. Securities and Exchange Commission relating to the registration of Next Bridge's common stock. The proposed registration of Next

---

[6] *See* https://metamaterial.com/meta-commences-drilling-operations-in-orogrande-project-to-maintain-lease-compliance/ (last accessed August 15, 2024).
[7] *See* https://metamaterial.com/meta-provides-update-on-the-special-series-a-preferred-stock-dividend/ (last accessed August 15, 2024).
[8] *See* https://metamaterial.com/meta-provides-update-on-the-special-series-a-preferred-stock-dividend-2/ (last accessed August 15, 2024).

Bridge's common stock was pursued in connection with a planned share exchange to Dividend shareholders.

13.    On November 18, 2022, Next Bridge's Form S-1 became effective. Pursuant to Next Bridge's Form S-1, holders of the Series A Preferred Dividend Shares would receive a 1-for-1 share exchange at a future date where one Series A Preferred Dividend Share would be exchanged for one share of Next Bridge common stock.[9]

14.    On October 6, 2021, Mr. Greg West, a Senior Corporate Actions Analyst at the Financial Industry Regulatory Authority ("FINRA") sent a basic "for your information" email to META II at investors@metamaterial.com which included a letter attachment from FINRA notifying the Company that they have assigned the ticker symbol MMTLP to the Series A Shares (the "MMTLP Shares") and the MMTLP Shares may be quoted and traded on the Over-The-Counter Market ("OTC Market").

15.    On October 7, 2021, META II's management responded to FINRA's letter via email and strenuously objected to the assignment of this new symbol in light of the false and misleading information regarding it and Meta Materials Inc. that was published on the OTC Market's website. We further requested that FINRA provide the Company with the contact information of the individual(s) or group(s) that requested the assignment of the symbol, and requested that the profile information shown on the OTC Markets site be immediately deleted and corrected to reflect the readily available information for META II which was contained in our Form 10-Q filing for the quarter that has ended June 30, 2021. The Company's financial

---

[9] *See* https://metamaterial.com/meta-materials-inc-board-of-directors-approves-planned-completion-of-the-spin-off-of-next-bridge-hydrocarbons-inc/ (last accessed August 15, 2024). *See also* https://www.sec.gov/Archives/edgar/data/1936756/000119312522238430/d302576dex21.htm (last accessed August 15, 2024).

information provided to FINRA by the **unidentified broker(s)** seeking a listing exemption was incorrect and outdated, containing publicly available Company information from 2012.

16.    On October 7, 2021, the MMTLP shares began trading on the OTC Market without the authorization of the Company. FINRA did not send its notice to the Company until less than 24 hours before the MMTLP Shares began trading on the OTC Market.

17.    FINRA did not halt the trading of MMTLP even after META II's management communicated to Mr. West that the listing included false and outdated information. META II management indicated that the Company did not request for FINRA to assign a ticker symbol to the Series A Shares because the Series A Shares were intended by the Company to be a placeholder dividend representing the assets of Torchlight Energy prior to the asset sale or spin-out.

18.    On October 8, 2021, Mr. West responded to META II's management letter stating he would be escalating the matter to his superiors.

19.    Subsequently, on October 14, 2021, in response to META II's complaint, FINRA's Vice President of Market Operations for FINRA's Market Transparency Services, Ms. Patricia Casimates, left a voicemail for Mr. Ken Rice, META II's Chief Financial Officer, and emailed him asking Mr. Rice to call her regarding the Company's MMTLP complaint.

20.    On or about October 14, 2021, Mr. Rice had a phone call with Ms. Casimates regarding META II's MMTLP complaint. During the call, Mr. Rice reported to me that FINRA refused to provide the identity of the broker(s) or individual(s) that applied for the exemption. Mr. Rice reported to me that FINRA or the related broker(s) or individual(s) who applied for the exemption would not edit, delete or modify the false and outdated Company information that was listed on the OTC Market's website.

21.    Despite the Company actively attempting to communicate its concerns to FINRA regarding the improper quoting and trading of the MMTLP Shares, the MMTLP Shares remained actively listed and trading on the OTC Market until December 9, 2022. During shareholder updates, Company management warned shareholders regarding this matter.

22.    On November 18, 2022, Next Bridge filed a prospectus[10] onto the Securities and Exchange Commission's Electronic Data Gathering, Analysis and Retrieval System informing the public of the summary of the Next Bridge asset spin-off and share exchange.

23.    In the prospectus, Next Bridge noted "at the time of the Spin-Off, Meta will distribute 165,472,241 of the outstanding shares of Common Stock held by it on a pro rata basis to holders of Meta's Series A Non-Voting Preferred Stock and contemporaneously cancel any remaining shares of Common Stock it holds." The prospectus further stated "each one share of Meta's Series A Non-Voting Preferred Stock outstanding as of close of business, New York City time, on December 12, 2022, the record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to receive one share of [Next Bridge] Common Stock."[11]

24.    In conjunction with the prospectus, on November 23, 2022, META II published a press release indicating that, "on December 14, 2022 after the close of the trading markets, ... all of the shares of Series A Preferred Stock will be automatically canceled."[12]

25.    On November 22, 2022, I received email communication from Mr. Lance Cook, the designated representative for Dividend shareholders. Mr. Cook had been communicating with many of the Series A Preferred shareholders, including the largest Dividend shareholder, Mr. Greg

---

[10] *See* SEC filings, *i.e.*, Meta Materials, Inc., Prospectus (File No. 333-266143) (Nov. 18, 2022) (available at https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm#toc302576_2), at 1.

[11] *See* SEC filings, *i.e.*, Meta Materials, Inc., Prospectus (File No. 333-266143) (Nov. 18, 2022) (available at https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm#toc302576_2).

[12] *See* https://www.accesswire.com/728166/meta-materials-inc-board-of-directors-approves-planned-completion-of-the-spin-off-of-next-bridge-hydrocarbons-inc (last accessed July 31, 2024).

McCabe. Mr. Cook discussed that despite the SEC's approval of the S-1 registration statement and FINRA's notification with regard to the publication of a notice of corporate action (after FINRA had received all information requested from the Company in due course to enable the delisting of MMTLP and completion of the spin-out), there were concerns that there was no reason as to why FINRA was delaying in the consent or objection of META II's corporate action. Mr. Cook also reported that a major issue with the delay of formalizing this spin-out was the inability of the Next Bridge to be able to raise funds.

26.    Subsequently, on the same day, November 22, 2022, I forwarded Mr. Lance Cook's email to the OTC Markets team, pleading for a timely response and expedited resolution. The notice of corporate action, designated CAS-75631, was being reviewed by Mr. Luis Cantillo in FINRA's corporate action group who was in contact with the Company's counsel. My understanding is that we had provided him with all necessary supplemental information he had requested.

27.    On December 5, 2022, the Company's counsel, together with Next Bridge's counsel drafted and sent a new email requesting escalation of its concerns to FINRA's executive team. This escalation reminded FINRA that through no actions taken by META II, the Company's Series A Preferred Stock began trading in 2021 and was still trading on the OTC Market under the symbol MMTLP. The Company's counsel stated that META II management had notified FINRA of a corporate action (stock dividend) to be taken (FINRA Rule 6490) approximately 3 months prior and, as of that date, we still did not have an answer regarding whether or not FINRA found the request to be deficient. Counsel also noted to FINRA it had become extremely difficult for META II to make plans and, more importantly, could and may be causing confusion in the OTC market of MMTLP to the detriment of META II's investors. Counsel further noted to FINRA that

Next Bridge Hydrocarbons and Meta Materials would need to stand on their own and both companies had responsibilities to their respective shareholders. Counsel further noted to FINRA that any further delays would jeopardize the respective companies' abilities to raise capital and to maintain their respective standing in the marketplace which would be a detriment to all shareholders.

28.     Subsequently, on December 5, 2022, in response of the email sent to FINRA's executive team, Ms. Sarah Gill from Office of the Ombudsman responded via email to META II's counsel stating that FINRA's President and Chief Executive Officer, Mr. Robert Cook, had referred the matter to her and a call was scheduled for December 6, 2022 between META II's counsel and Ms. Gill. Following the call, Ms. Gill connected and introduced Ms. Millicent Banks as the contact who leads FINRA's corporate actions team.

29.     From September 2022 to December 6, 2022, the Company had submitted the various required documentation and payment to FINRA for the publication of a notice of corporate action announcing the 1-for-1 Series A Preferred share exchange to FINRA's Daily List.

30.     On December 7, 2022, FINRA published a notice that it has processed META II's corporate action and published it onto its Daily List, which stated that "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. [NO EX-DIVIDEND DATE] MMTLP shares will be *canceled* effective 12/13/22.[13] This language was provided to META II by FINRA's corporate action team.

---

[13] *See* https://metamaterial.com/meta-materials-announces-finra-has-processed-corporate-action-for-exchange-of-series-a-preferred/ (last accessed August 15, 2024).

31.    Further, on or about December 8, 2022, FINRA notified the Company that it had unilaterally revised the language of the Company's December 6, 2022 corporate action and required the revised notice to be published on the Daily List. This revision was made without the input or authorization of the Company and took place on or about December 7, 2022, *after* FINRA had a call discussion with DTCC. I was informed that META II and Next Bridge's counsel were not invited to participate in the call between FINRA and DTCC.[14]

32.    To facilitate the successful execution of the MMTLP-Next Bridge share exchange, on December 8, 2022, the revised notice of corporate action was published on FINRA's Daily List, changing the language used by META II in the original corporate action to read, "MMTLP will be *deleted* effective 12/13/22."

33.    After the revised notice of corporate action was published to FINRA's Daily List, the Company announced via press release that "FINRA [had] revised [the Company's] corporate action for exchange of Series A Preferred."

34.    On December 9, 2022, FINRA announced it had enacted a U3 halt on the trading of MMTLP Shares, claiming there was "significant uncertainty in the settlement and clearing process" for the security.

35.    Prior to the U3 halt, FINRA never stated in any communications to the Company (or publicly) that they were going to halt the trading as of December 8, 2022. META II's counsel reached out again on the Morning of December 9, 2022 to ask Ms. Gill whether the halt was permanent or temporary. Only *after* the halt, FINRA added a note on their UPC Advisory page.

36.    During my own inquiries for several weeks after the halt, as well as through counsel including multiple calls with the Ms. Gill at the Office of the Ombudsman, we never received any

---

[14] *See* https://metamaterial.com/meta-materials-announces-finra-has-revised-corporate-action-for-exchange-of-series-a-preferred/ (last accessed August 15, 2024).

answers for exactly what the "extraordinary event" or reasons were that FINRA relied on to enact the halt.[15] If FINRA had planned the halt all along, it is my opinion that they should have put such information into the announcement in order to fully inform and protect shareholders and avoid shareholder confusion.

37.     On December 13, 2022, FINRA deleted the MMTLP ticker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2024

_____
Georgios Palikaras

Georgios Palikaras

Digitally signed by Georgios Palikaras
Date: 2024.08.15 19:56:27 -03'00'

---

[15] *See* ECF 1-6 at 3.

# APPENDIX H

# APPENDIX H

# Post



**DePower** @davidpower57 · 12/1/22

@WilliamPFarran1 has mentioned @johnbrda and MMTLP on his Youtube channel a few times.

💬     🔁 1     ♡ 6     ılıl     🔖     ⬆️

**AZRAEL** @manthatoutlived · 12/1/22

Us been watching lv 2.19k move it up very little 10k sold move it down 60 cent

💬     🔁     ♡ 2     ılıl     🔖     ⬆️

**Andrej** @AndrejTaz · 12/1/22

@HAMShortkiller

💬     🔁     ♡     ılıl     🔖     ⬆️

**John Brda** ✓                          Follow

@johnbrda

@HAMShortkiller take a look at $mmtlp and $mmat. I would be happy to bring you up to speed.  Falls right in line with the companies you are shedding light upon.

8:44 AM · 12/1/22 From Earth

**44** Reposts  **16** Quotes  **258** Likes

1   Scott Traudt
2   Pro Se
3   191 Kibling Hill Rd.
4   Strafford VT
5   05072
6   802-318-0429
7   sctraudt@gmail.com
8
9                    UNITED STATES BANKRUPTCY COURT
10                          DISTRICT OF NEVADA
11
12   In re:                         | Case No.: 24-50792-hlb
13   META MATERIALS INC.,           | (Chapter 7)
14                                  |
15          Debtor                  | **AFFIDAVIT IN SUPPORT OF THIRD PARTY**
16                                  | **INTERVENOR SCOTT TRAUDT'S REPLY**
17                                  | **TO TRUSTEE LOVATO'S RESPONSE**
18                                  | **(DCKT. 2141) AND CROSS-MOTION**
19                                  | **FOR SANCTIONS, DISQUALIFIACTIONS,**
20                                  | **AND REFERRAL**
21                                  |
22                                  | HEARING DATE: SEPTEMBER 4, 2025
23                                  | HEARING TIME: 10:AM
24   _____|
25
26   This Affidavit is submitted pursuant to Federal Rules of Bankruptcy Procedure 1008, 9011, and

27   9014. Rule 1008 authorizes the use of a declaration under penalty of perjury in lieu of a notarized

28   verification. Rule 9011 governs the representations made to the Court and provides the

29   framework for sanctions when pleadings or evidence are false or filed for improper purpose.

30   Rule 9014 applies because this matter constitutes a contested matter requiring evidentiary

31   consideration, and thus permits the Court to receive affidavits, testimony, and other evidence in

32   support of the pending cross-motion for sanctions, disqualification, and referral.

33   Scott Traudt, under penalty of perjury, does depose and state:
34
35   1. Appendix A and Appendix B of the motion was transcribed by Danielle Spears, a resident of

36   Arizona, using KRISPR translator on 29 August 2025. It is not an official stenographic

37   transcribed work as time precluded that. I believe these videos and audios can be presented to

1    this Court in an evidentiary hearing and properly authenticated by their creators William Farrand

2    (Appendix A) and Kevin Malone (Appendix B) either by direct testimony or affidavit.

3    2. I believe the transcriptions of these videos are largely accurate to the best of the technology

4    available on short notice.

5    3. Should this Court grant Traudt's request for an evidentiary hearing on the perjury and false

6    declarations component to the submittal this affidavit, Traudt agrees to send both files for proper

7    transcription by stenographic service providers in Nevada prior to that hearing.

8    4. Appendix A was derived from youtube.com video: https://www.youtube.com/live/Cy8gMOP-

9    tZI

10    5. Appendix B was derived from: https://x.com/Malone_Wealth/status/1929989108778020896

11

12    SIGNED UNDER OATH:

13

14    _Scott Traudt_

15    _____

16    SCOTT TRAUDT

17    DATED: 29 August 2025

18