Kawa Foad, Esq.
FL Bar No. 1005217
KF Law
1000 Brickell Avenue, Ste. 715
Miami, FL 33131
Ph. No.: 561-291-0518
E-Mail: kfoad@kf-law.com
*Counsel to creditors SGM. Daniel R. Auxier,*
*Bradley Davis, and Marcos E. Monteiro*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK CASE NO: 24-50792-GS |
| META MATERIALS, INC. | Chapter 7 |
| | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

**PLEASE TAKE NOTICE** that pursuant to FBRP 9010(b) and 2002, SGM. DANIEL R. AUXIER, BRADLEY DAVIS and MARCOS E. MONTEIRO (collectively "*Creditors*"), in the above-referenced case, hereby requests notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest.

All such documents should be preferably electronically mailed to kfoad@kf-law.com, or, alternatively, mailed to:

Kawa Foad, Esq.
KF Law
1000 Brickell Avenue, Ste. 715
Miami, FL 33131
*Counsel to creditors SGM. Daniel R. Auxier*,
*Bradley Davis*, *and Marcos E. Monteiro*

In addition, Creditors, through counsel, request their counsel be added to the master mailing list in this case.

DATED: September 4, 2025.                KF LAW

/s/ Kawa Foad
FL Bar No. 1005217
1000 Brickell Avenue
Ste. 715
Miami, FL 33131
Ph. No.: 561-291-0518
E-Mail: kfoad@kf-law.com
*Counsel to creditors SGM. Daniel R. Auxier*, *Bradley Davis*, *and Marcos E. Monteiro*

(*Pro Hac Vice* papers forthcoming)