NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials, Inc. | 24-50792 |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   [redacted]

   Tel[redacted]

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   SEP - 9 2025
   U.S. BANKRUPTCY COURT
   DANIEL S. OWENS, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
**MERRIL Broker Account #: XXX-X9375**

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   MERRIL Document Processing
   PO Box 31024 Tampa, FL 33631-3024

   Telephone Number: (877) 659-4732

3. **Date Equity Interest was acquired:**
   6/21/21, 6/22/21, 7/2/21, 7/8/21, 8/20/21, 8/26/21, 9/10/21, 11/19/21, 4/14/22, 4/19/22, 2/8/23

4. Total amount of member interest: **2272 shares =$50,059.99**
   *300 shares post reverse split*

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ■ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor/Shareholder

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box:
■ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan Lobas
Title:
Company: ___ Address and telephone number (if different from notice address above):

X                                    8/31/25
(Signature)                          (Date)

Telephone number XXXXXXXXX  email XXXXXXXX

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form         Save Form         Clear Form

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| CMA-Edge ☒0375 (Wash Sale) | 300 | 166 87 | 50 059 99 | -- | 2 21 | 663 01 | (49 396 98) | (98 68) |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 02/08/2023 (Long Term) | 150 | 91 41 | 13 711 64 | | | 331 50 | (13,380 14) | (97 58) |
| 02/08/2023 (Long Term) | 127 4600 | 91 47 | 11 658 54 | | | 281 69 | (11 376 85) | (97 58) |
| 04/19/2022 (Long Term) | 0 2000 | 142 90 | 28 58 | | | 0 44 | (28 14) | (98 46) |
| 04/14/2022 (Long Term) | 0 2000 | 150 50 | 30 10 | | | 0 44 | (29 66) | (98 54) |
| 11/19/2021 (Long Term) | 0 9300 | 420 00 | 390 60 | | | 2 06 | (388 54) | (99 47) |
| 11/19/2021 (Long Term) | 0 0200 | 420 00 | 8 40 | | | 0 04 | (8 36) | (99 52) |
| 11/19/2021 (Long Term) | 1 5500 | 420 00 | 651 00 | | | 3 43 | (647 57) | (99 47) |
| 09/10/2021 (Long Term) | 2 | 536 30 | 1 072 60 | | | 4 42 | (1,068 18) | (99 59) |
| 08/26/2021 (Long Term) | 2 | 345 50 | 691 00 | | | 4 42 | (686 58) | (99 36) |
| 08/20/2021 (Long Term) | 1 | 288 00 | 288 00 | | | 2 21 | (285 79) | (99 23) |
| 07/08/2021 (Long Term) | 3 | 584 90 | 1 754 70 | | | 6 63 | (1 748 07) | (99 62) |
| 07/02/2021 (Long Term) | 1 | 686 00 | 686 00 | | | 2 21 | (683 79) | (99 68) |
| 07/02/2021 (Long Term) | 1 | 674 72 | 674 72 | | | 2 21 | (672 51) | (99 67) |
| 06/22/2021 (Long Term) | 5 | 1 575 00 | 7 875 00 | | | 11 05 | (7 863 95) | (99 86) |
| 06/21/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0 9400 | 2 346 09 | 2 205 32 | | | 2 08 | (2 203 24) | (99 91) |
| 06/21/2021 (Long Term) Cost Basis adjusted for Wash Sale | 0 1500 | 2 344 07 | 351 61 | | | 0 33 | (351 28) | (99 91) |
| 06/21/2021 (Long Term) Cost Basis adjusted for Wash Sale | 3 5500 | 2,248 50 | 7 982 18 | | | 7 85 | (7 974 33) | (99 90) |
| Long Term | *Quantity reflects post reverse split number* | | | | | | (49,396 98) | |