Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**STIPULATION TO CONTINUE HEARINGS**<br><br>Old Hearing Date:   October 1, 2025<br>Old Hearing Time:   1:30 p.m.<br><br>New Hearing Date:   October 16, 2025<br>New Hearing Time:   1:30 p.m. |

Currently scheduled for hearing on October 1, 2025 at 1:30 p.m. is Danielle Spears' Emergency Motion To Intervene, To Stay Proceedings, To Disqualify Conflicted Counsel And Trustee, And To Reset Bankruptcy Administration Under Neutral Authority; Motion To Compel Disclosure, Vacate Unlawful Protective Orders, And Refer For Sanctions And Special Master Oversight, filed as **[ECF No. 1988]** ("Spears Motion") and Motion By Scott Traudt, Third Party Intervenor And Movant To Disqualify From Service To The Trustee Attorney James Wesley Christian And Christian Attar Law Firm Et.Al. As Special Counsel And To Declare The Retention Agreements And Other Non-Disclosure Agreements As Void Ab Initio, filed as **[ECF No. 2041]** ("Traudt Motion").

1

1    Trustee Christina Lovato filed her Response to the Spears Motion, **[ECF No. 2138]** and supporting declarations, Errata to her Response [**ECF No. 2147**], and her Response to the Traudt Motion, **[ECF No. 2141]**, and supporting declarations.

Danielle Spears filed her Reply/Supplemental Filing [**ECF No. 2174**]. Scott Traudt filed his Reply to Trustee Lovato's Response [**ECF No. 2167**].

The hearings, originally scheduled for September 4, 2025, was continued by Minute Entry [**ECF No. 2183**]. The parties have agreed to continue the hearings on the Spears Motion and Traudt Motion to **October 16, 2025** at **1:30 p.m.**

DATED: September 12, 2025.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee


*/s/ Danielle Spears*
**Danielle Spears**, Pro Se


/s/  *Scott Traudt*
**Scott Traudt**, Pro Se

2