**William R. Stuart**
**4962 El Camino Real #201**
**Los Altos, CA 94022**
wsmilesilestone@gmail.com
650-799-6179

December 17, 2024

RECEIVED AM
AND FILED

SEP 11 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

US Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of the Court
300 Las Vegas Blvd South
Las Vegas, Nevada 89101

**RE:   CASE 24-50792**
      **NOTICE OF REDACTION, Proof of Interest Forms**

To Clerk of the Court,

I am submitting an amended "Proof if Interest" accounting for this case. I have attempted to consolidate this data from broker dealer statements. If you want those statements, I can send those separately.

I have enclosed a postage paid envelope to return a date-stamped copy of the enclosed accounting.

Please feel free to email me with any questions using the email address first written above.

Thank you for your consideration in the matter.

_[signature]_
William Stuart

**STUART FAMILY OWNERSHIP**
**POSITIONS PER STATEMENTS**

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD | |
|---|---|---|---|---|---|---|---|
| 7/31/2021 | TD | CHEYENNE | 250-078453 | 45,000 | 46,000 | | |
| 8/31/2021 | TD | CHEYENNE | 250-078453 | 57,000 | 0 | | |
| 9/30/2021 | TD | CHEYENNE | 250-078453 | 63,000 | 0 | | |
| 10/31/2021 | TD | CHEYENNE | 250-078453 | 69,500 | 46,000 | | |
| 11/30/2021 | TD | CHEYENNE | 250-078453 | 76,000 | 56,000 | | |
| 12/31/2021 | TD | CHEYENNE | 250-078453 | 76,000 | 82,000 | | |
| 1/31/2022 | TD | CHEYENNE | 250-078453 | 76,000 | 82,000 | | |
| 2/28/2022 | TD | CHEYENNE | 250-078453 | 76,000 | 82,000 | | |
| 3/31/2022 | TD | CHEYENNE | 250-078453 | 89,000 | 86,801 | | |
| 4/30/2022 | TD | CHEYENNE | 250-078453 | 109,000 | 116,817 | | |
| 5/31/2022 | TD | CHEYENNE | 250-078453 | 109,000 | 123,817 | | |
| 6/30/2022 | TD | CHEYENNE | 250-078453 | 109,000 | 148,817 | | |
| 7/31/2022 | TD | CHEYENNE | 250-078453 | 109,000 | 191,924 | | |
| 8/31/2022 | TD | CHEYENNE | 250-078453 | 199,000 | 239,924 | | |
| 9/30/2022 | TD | CHEYENNE | 250-078453 | 199,000 | 247,924 | | |
| 10/31/2022 | TD | CHEYENNE | 250-078453 | 199,000 | 249,924 | | |
| 11/30/2022 | TD | CHEYENNE | 250-078453 | 204,000 | 263,467 | | |
| 12/31/2022 | TD | CHEYENNE | 250-078453 | 204,000 | | 263,467 | |
| 1/31/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | 263,467 | |
| 2/28/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | 263,467 | |
| 3/31/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | 263,467 | |
| 4/30/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | | |
| 5/31/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | | |
| 6/30/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | | |
| 7/31/2023 | TD | CHEYENNE | 250-078453 | 204,000 | | -263,467 | To AST |
| | | | | | | | |
| 6/30/2021 | TD | HILLTOP | 238-689058 | 45,000 | | | |
| 7/31/2021 | TD | HILLTOP | 238-689058 | 244,203 | | | |
| 8/31/2021 | TD | HILLTOP | 238-689058 | 260,203 | | | |
| 9/30/2021 | TD | HILLTOP | 238-689058 | 262,203 | | | |
| 10/31/2021 | TD | HILLTOP | 238-689058 | 263,203 | | | |
| 11/30/2021 | TD | HILLTOP | 238-689058 | 318,203 | | | |
| 12/31/2021 | TD | HILLTOP | 238-689058 | 358,203 | 100,000 | | |
| 1/31/2022 | TD | HILLTOP | 238-689058 | 358,203 | | 100,000 | |
| 2/28/2022 | TD | HILLTOP | 238-689058 | 358,203 | | 119,000 | |
| 3/31/2022 | TD | HILLTOP | 238-689058 | 368,203 | | 123,000 | |
| 4/30/2022 | TD | HILLTOP | 238-689058 | 393,303 | | 175,900 | |
| 5/31/2022 | TD | HILLTOP | 238-689058 | 393,303 | | 203,900 | |
| 6/30/2022 | TD | HILLTOP | 238-689058 | 397,803 | | 313,900 | |
| 7/31/2022 | TD | HILLTOP | 238-689058 | 397,803 | | 475,993 | |
| 8/31/2022 | TD | HILLTOP | 238-689058 | 407,803 | | 589,193 | |
| 9/30/2022 | TD | HILLTOP | 238-689058 | 407,803 | | 644,193 | |
| 10/31/2022 | TD | HILLTOP | 238-689058 | 407,803 | | 644,193 | |
| 11/30/2022 | TD | HILLTOP | 238-689058 | 407,803 | | 719,009 | |
| 12/31/2022 | TD | HILLTOP | 238-689058 | 407,803 | | 719,009 | |

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD | |
|---|---|---|---|---|---|---|---|
| 6/30/2023 | TD | HILLTOP | 238-689058 | 407,803 | | -719,009 | To AST |
| 7/31/2023 | TD | HILLTOP | 238-689058 | 407,803 | | | Schwab??? |
| | | | | | | | |
| 5/31/2021 | TD | C. STUART | 491-447488 | | | | |
| 6/30/2021 | TD | C. STUART | 491-447488 | 5,650 | | | |
| 7/31/2021 | TD | C. STUART | 491-447488 | 31,250 | 4,500 | | |
| 8/31/2021 | TD | C. STUART | 491-447488 | 60,250 | 4,500 | | |
| 9/30/2021 | TD | C. STUART | 491-447488 | 56,548 | 4,500 | | |
| 10/31/2021 | TD | C. STUART | 491-447488 | 96,048 | 87,500 | | |
| 11/30/2021 | TD | C. STUART | 491-447488 | 109,248 | 121,831 | | |
| 12/31/2021 | TD | C. STUART | 491-447488 | 151,248 | 160,831 | | |
| 1/31/2022 | TD | C. STUART | 491-447488 | 149,878 | 162,831 | | |
| 2/28/2022 | TD | C. STUART | 491-447488 | 149,878 | 162,831 | | |
| 3/31/2022 | TD | C. STUART | 491-447488 | 146,878 | 157,831 | | |
| 4/30/2022 | TD | C. STUART | 491-447488 | 146,878 | 157,831 | | |
| 5/31/2022 | TD | C. STUART | 491-447488 | 146,878 | 157,831 | | |
| 6/30/2022 | TD | C. STUART | 491-447488 | 146,878 | 157,831 | | |
| 6/30/2022 | TD | C. STUART | 491-447488 | 146,878 | | | |
| 7/31/2022 | TD | C. STUART | 491-447488 | 146,878 | 155,831 | | |
| 8/31/2022 | TD | C. STUART | 491-447488 | 146,878 | 155,831 | | |
| 9/30/2022 | TD | C. STUART | 491-447488 | 146,878 | 155,831 | | |
| 10/31/2022 | TD | C. STUART | 491-447488 | 146,878 | 155,831 | | |
| 11/30/2022 | TD | C. STUART | 491-447488 | 146,878 | 166,331 | | |
| 12/31/2022 | TD | C. STUART | 491-447488 | 146,878 | | 166,331 | |
| 1/31/2023 | TD | C. STUART | 491-447488 | 146,878 | | 166,331 | |
| 2/28/2023 | TD | C. STUART | 491-447488 | 146,878 | | 166,331 | |
| 3/31/2023 | TD | C. STUART | 491-447488 | 146,878 | | 166,331 | |
| 4/30/2023 | TD | C. STUART | 491-447488 | 146,878 | | 166,331 | |
| 5/31/2023 | TD | C. STUART | 491-447488 | 146,878 | | -166,331 | To AST |
| | | | | | | | |
| 10/31/2021 | TD | C. STUART ROTH | 491-447488 | 106,800 | 69,000 | | |
| 11/30/2021 | TD | C. STUART ROTH | 491-447488 | 131,800 | 153,522 | | |
| 12/31/2021 | TD | C. STUART ROTH | 491-447488 | 203,300 | 241,320 | | |
| 1/31/2022 | TD | C. STUART ROTH | 491-447488 | 203,300 | 242,722 | | |
| 2/28/2022 | TD | C. STUART ROTH | 491-447488 | 203,300 | 242,722 | | |
| 3/31/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 242,445 | | |
| 4/30/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 242,445 | | |
| 5/31/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 242,445 | | |
| 6/1/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 242,445 | | |
| 7/31/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 240,445 | | |
| 8/31/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 240,445 | | |
| 9/30/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 240,445 | | |
| 11/30/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | 260,608 | | |
| 12/31/2022 | TD | C. STUART ROTH | 491-447488 | 207,800 | | -260,608 | To AST |
| | | | | | | | |
| 7/31/2021 | TD | MPS INHER'D ROTH | 491-786951 | 25,770 | | | |
| 8/30/2021 | TD | MPS INHER'D ROTH | 491-786951 | 28,770 | | | |
| 9/30/2021 | TD | MPS INHER'D ROTH | 491-786951 | 45,270 | | | |
| 10/31/2021 | TD | MPS INHER'D ROTH | 491-786951 | 50,270 | | | |
| 1/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 184,000 | | |

2

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD | |
|---|---|---|---|---|---|---|---|
| 2/28/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 184,000 | | |
| 3/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 181,000 | | |
| 4/30/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 181,000 | | |
| 5/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 181,000 | | |
| 6/30/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 181,000 | | |
| 7/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 181,000 | | |
| 9/30/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 10/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 11/30/2022 | TD | MPS INHER'D ROTH | 491-786951 | 56,270 | 33,000 | | |
| 12/31/2022 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 2/28/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 3/31/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 4/30/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 5/31/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 6/30/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 8/31/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | 201,000 | | |
| 9/30/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | -201,000 | | To AST |
| 10/31/2023 | TD | MPS INHER'D ROTH | 491-786951 | 61,270 | | | |
| | | | | | | | |
| 6/30/2021 | TD | BBV PSP | 491-502473 | 126,500 | | | |
| 7/31/2021 | TD | BBV PSP | 491-502473 | 256,500 | 97,000 | | |
| 8/31/2021 | TD | BBV PSP | 491-502473 | 325,500 | 97,000 | | |
| 9/30/2021 | TD | BBV PSP | 491-502473 | 328,500 | 97,000 | | |
| 10/31/2021 | TD | BBV PSP | 491-502473 | 341,500 | 689,384 | | |
| 11/30/2021 | TD | BBV PSP | 491-502473 | 630,500 | 814,384 | | |
| 12/31/2021 | TD | BBV PSP | 491-502473 | 800,500 | 1,148,858 | | |
| 1/31/2022 | TD | BBV PSP | 491-502473 | 822,500 | 1,200,159 | | |
| 2/28/2022 | TD | BBV PSP | 491-502473 | 822,500 | 1,212,959 | | |
| 3/31/2022 | TD | BBV PSP | 491-502473 | 812,500 | 1,203,959 | | |
| 4/30/2022 | TD | BBV PSP | 491-502473 | 827,500 | 1,256,959 | | |
| 5/31/2022 | TD | BBV PSP | 491-502473 | 1,011,600 | 1,914,557 | | |
| 6/30/2022 | TD | BBV PSP | 491-502473 | 1,036,600 | 3,270,226 | | |
| 7/31/2022 | TD | BBV PSP | 491-502473 | 1,056,600 | 3,928,817 | | |
| 8/31/2022 | TD | BBV PSP | 491-502473 | 1,056,600 | 4,460,090 | | |
| 9/30/2022 | TD | BBV PSP | 491-502473 | 1,071,600 | 4,667,159 | | |
| 10/31/2022 | TD | BBV PSP | 491-502473 | 1,071,600 | 4,696,259 | | |
| 11/30/2022 | TD | BBV PSP | 491-502473 | 1,062,900 | 4,877,775 | | |
| 12/31/2022 | TD | BBV PSP | 491-502473 | 1,062,900 | 4,877,775 | | |
| 1/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | 4,877,775 | To AST |
| 2/28/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | 4,877,775 | |
| 3/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | 4,877,775 | |
| 4/30/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | 4,877,775 | |
| 5/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | 4,877,775 | |
| 6/30/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 7/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 8/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 9/30/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 10/1/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 11/30/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |
| 12/31/2023 | TD | BBV PSP | 491-502473 | 1,062,900 | | | |

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD |
|---|---|---|---|---|---|---|
| 1/31/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| 2/29/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| 3/31/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| 4/30/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| 5/31/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| 9/30/2024 | TD | BBV PSP | 491-502473 | 10,629 | | |
| | | | | | | |
| 12/31/2021 | TD | Julia Stuart Roth | 496-249244 | 9,400 | | 41,000 |
| 1/31/2022 | TD | Julia Stuart Roth | 496-249244 | 9,400 | | 41,000 |
| 2/28/2022 | TD | Julia Stuart Roth | 496-249244 | 9,400 | | 41,000 |
| 3/31/2022 | TD | Julia Stuart Roth | 496-249244 | 11,400 | | 42,500 |
| 4/30/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 46,060 |
| 5/31/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 6/30/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 7/31/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 8/31/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 9/30/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 10/31/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 65,500 |
| 11/30/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 68,640 |
| 12/31/2022 | TD | Julia Stuart Roth | 496-249244 | 26,400 | | 68,640 |
| | | | | | | |
| 6/30/2021 | TD | DRV INC | 489-117942 | 270,000 | | |
| 7/31/2021 | TD | DRV INC | 489-117942 | 804,000 | 283,000 | |
| 8/31/2021 | TD | DRV INC | 489-117942 | 851,000 | 283,000 | |
| 9/30/2021 | TD | DRV INC | 489-117942 | 915,000 | 283,000 | |
| 10/31/2021 | TD | DRV INC | 489-117942 | 1,020,000 | 764,282 | |
| 11/30/2021 | TD | DRV INC | 489-117942 | 1,096,117 | 861,893 | |
| **12/31/2021** | TD | DRV INC | 489-117942 | 1,017,165 | 1,848,595 | |
| 1/31/2022 | TD | DRV INC | 489-117942 | | 2,542,134 | |
| 2/28/2022 | TD | DRV INC | 489-117942 | 33,000 | 2,984,646 | |
| 3/31/2022 | TD | DRV INC | 489-117942 | 83,000 | 3,171,316 | |
| 4/30/2022 | TD | DRV INC | 489-117942 | 123,000 | 3,345,316 | |
| 5/31/2022 | TD | DRV INC | 489-117942 | 123,000 | 3,410,499 | |
| 6/30/2022 | TD | DRV INC | 489-117942 | 188,000 | 4,199,266 | |
| 7/31/2022 | TD | DRV INC | 489-117942 | 188,000 | 4,199,266 | |
| 8/31/2022 | TD | DRV INC | 489-117942 | 188,000 | 4,800,690 | |
| 9/30/2022 | TD | DRV INC | 489-117942 | 188,000 | 5,030,690 | |
| 10/31/2022 | TD | DRV INC | 489-117942 | | 5,300,396 | |
| 11/30/2022 | TD | DRV INC | 489-117942 | 313,100 | | 5,687,941 |
| **12/31/2022** | TD | DRV INC | 489-117942 | 308,100 | | **5,687,941** |
| 1/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | 5,687,941 |
| 2/28/2023 | TD | DRV INC | 489-117942 | 308,100 | | 5,687,941 |
| 3/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 4/30/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 5/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 6/30/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 7/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 8/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 9/30/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 10/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD |
|---|---|---|---|---|---|---|
| 11/30/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 12/31/2023 | TD | DRV INC | 489-117942 | 308,100 | | |
| 1/30/2024 | Schwab | DRV INC | 7755-7250 | 3,081 | | |
| 1/31/2024 | Schwab | DRV INC | 489-117942 | 3,081 | | |
| 2/29/2024 | Schwab | DRV INC | 489-117942 | 3,081 | | |
| 3/31/2024 | Schwab | DRV INC | 489-117942 | 3,081 | | |
| 4/30/2024 | Schwab | DRV INC | 489-117942 | 3,081 | | |
| 5/31/2024 | Schwab | DRV INC | 489-117942 | 3,081 | | |
| 9/30/2024 | Schwab | DRV INC | 7755-7250 | 3,081 | | |
| | | | | | | |
| 3/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 4/30/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 5/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 6/30/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 7/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 8/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 9/30/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 10/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 5,000 |
| 11/30/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 12/31/2022 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 1/31/2023 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 2/28/2023 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 3/31/2023 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 4/30/2023 | TD | WRS ROTH | 495-203841 | 17,000 | | 8,780 |
| 5/31/2023 | TD | WRS ROTH | 495-203841 | | | 8,780 |
| 6/30/2023 | TD | WRS ROTH | 495-203841 | | | 8,780 |
| 7/31/2023 | TD | WRS ROTH | 495-203841 | | | 8,780 |
| 8/31/2023 | TD | WRS ROTH | 495-203841 | | | 8,780 |
| 9/30/2023 | TD | WRS ROTH | 495-203841 | | | 8,780 |
| | | | | | | |
| 8/31/2021 | TD | Will & Carolyn Stuart | 491-447646 | 1,500 | | |
| 9/30/2021 | TD | Will & Carolyn Stuart | 491-447646 | 1,500 | | |
| 10/31/2021 | TD | Will & Carolyn Stuart | 491-447646 | 1,500 | | |
| 11/30/2021 | TD | Will & Carolyn Stuart | 491-447646 | 1,500 | | |
| 12/31/2021 | TD | Will & Carolyn Stuart | 491-447646 | 1,500 | 50,000 | |
| 1/31/2022 | TD | Will & Carolyn Stuart | 491-447646 | 4,500 | 50,000 | |
| 2/28/2022 | TD | Will & Carolyn Stuart | 491-447646 | 4,500 | 50,000 | |
| 3/31/2022 | TD | Will & Carolyn Stuart | 491-447646 | 4,500 | 50,000 | |
| 4/30/2022 | TD | Will & Carolyn Stuart | 491-447646 | 4,500 | 50,000 | |
| 5/31/2022 | TD | Will & Carolyn Stuart | 491-447646 | 4,500 | 50,000 | Transferred to Hilltop |
| | | | | | | |
| 10/31/2021 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 11/30/2021 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 12/31/2021 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 1/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 2/28/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 3/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 4/30/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 5/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |
| 6/30/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | 10,000 | |

5

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD |
|---|---|---|---|---|---|---|
| 7/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| 8/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| 9/30/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| 10/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| 11/30/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| 12/31/2022 | TD | Julia & William Stuart | 491-447588 | 6,550 | | 30,000 |
| | | | | | | |
| 6/30/2021 | TD | Haystack | 495-339605 | 127,250 | | |
| 7/31/2021 | TD | Haystack | 495-339605 | 289,250 | | |
| 8/31/2021 | TD | Haystack | 495-339605 | 315,250 | | |
| 9/30/2021 | TD | Haystack | 495-339605 | 328,250 | | |
| 10/31/2021 | TD | Haystack | 495-339605 | 347,250 | 210,000 | |
| 11/30/2021 | TD | Haystack | 495-339605 | 383,750 | 279,344 | |
| 12/31/2021 | TD | Haystack | 495-339605 | 460,606 | 780,266 | |
| 1/31/2022 | TD | Haystack | 495-339605 | | 1,231,664 | |
| 2/28/2022 | TD | Haystack | 495-339605 | | 1,367,328 | |
| 3/31/2022 | TD | Haystack | 495-339605 | 20,000 | 1,483,996 | |
| 4/30/2022 | TD | Haystack | 495-339605 | 27,000 | 1,504,234 | |
| 5/31/2022 | TD | Haystack | 495-339605 | 37,000 | 1,608,049 | |
| 6/30/2022 | TD | Haystack | 495-339605 | 32,000 | 1,877,487 | |
| 7/31/2022 | TD | Haystack | 495-339605 | 32,000 | 2,189,790 | |
| 8/31/2022 | TD | Haystack | 495-339605 | 32,000 | 2,325,783 | |
| 9/30/2022 | TD | Haystack | 495-339605 | 32,000 | 2,370,112 | |
| 10/31/2022 | TD | Haystack | 495-339605 | 47,000 | 2,395,677 | |
| 11/30/2022 | TD | Haystack | 495-339605 | 47,000 | 2,600,543 | |
| 12/31/2022 | TD | Haystack | 495-339605 | 47,000 | 2,600,543 | |
| 1/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 2/28/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 3/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 4/30/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 5/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 6/30/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 7/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 8/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 9/30/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 10/31/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 11/30/2023 | TD | Haystack | 495-339605 | 47,000 | | |
| 12/31/2023 | TD | Haystack | 495-339605 | | | |
| 1/31/2024 | TD | Haystack | 495-339605 | 470 | | |
| 2/29/2024 | TD | Haystack | 495-339605 | 470 | | |
| 3/31/2024 | TD | Haystack | 495-339605 | 470 | | |
| 4/30/2024 | TD | Haystack | 495-339605 | 470 | | |
| 5/31/2024 | Schwab | Haystack | 3500-4404 | 470,000 | | |
| 9/30/2024 | Schwab | Haystack | 3500-4404 | Q 470,000 | | |
| | | | | | | |
| 7/31/2021 | TD | Carolyn Stuart Roth | 495-203387 | 24,000 | | |
| 8/31/2021 | TD | Carolyn Stuart Roth | 495-203387 | 73,800 | | |
| 9/30/2021 | TD | Carolyn Stuart Roth | 495-203387 | 62,800 | | |
| 1/31/2023 | TD | Carolyn Stuart Roth | 495-203387 | 207,800 | 260,608 | |

6

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD | |
|---|---|---|---|---|---|---|---|
| 5/31/2023 | TD | Carolyn Stuart Roth | 495-203387 | 207,800 | | | |
| 11/30/2023 | TD | Carolyn Stuart Roth | 495-203387 | 207,800 | | | |
| 12/31/2023 | TD | Carolyn Stuart Roth | 495-203387 | 207,800 | | | |
| 1/31/2024 | TD | Carolyn Stuart Roth | 495-203387 | 2,078 | | | |
| 2/29/2024 | TD | Carolyn Stuart Roth | 495-203387 | 2,078 | | | |
| 3/31/2024 | TD | Carolyn Stuart Roth | 495-203387 | 2,078 | | | |
| 4/30/2024 | TD | Carolyn Stuart Roth | 495-203387 | 2,078 | | | |
| 9/30/2024 | Schwab | Carolyn Stuart Roth | 7226-4418 | 2,078 | MMATQ | | |
| | | | | | | | |
| 6/30/2021 | TD | William Stuart Roth | 495-130713 | 7,750 | | | |
| 7/31/2021 | TD | William Stuart Roth | 495-130713 | 72,850 | | | |
| 8/31/2021 | TD | William Stuart Roth | 495-130713 | 170,850 | | | |
| 9/30/2021 | TD | William Stuart Roth | 495-130713 | 183,850 | | | |
| 10/31/2021 | TD | William Stuart Roth | 495-130713 | 255,150 | 384,580 | | |
| 11/30/2021 | TD | William Stuart Roth | 495-130713 | 278,150 | 488,580 | | |
| 12/31/2021 | TD | William Stuart Roth | 495-130713 | 373,150 | 543,771 | | |
| 1/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 552,271 | | |
| 2/28/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 552,071 | | |
| 3/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 4/30/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 5/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 6/30/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 7/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 8/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 9/30/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 10/31/2022 | TD | William Stuart Roth | 495-130713 | 373,150 | 554,071 | | |
| 11/30/2022 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 12/31/2022 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 1/31/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 2/28/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 3/31/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 4/30/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 5/31/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | 609,808 | |
| 6/30/2023 | TD | William Stuart Roth | 495-130713 | 386,150 | | -609,808 | To AST |
| | | | | | | | |
| 6/30/2021 | TD | Thurman | 491-876173 | 115,250 | | | |
| 7/31/2021 | TD | Thurman | 491-876173 | 206,616 | | | |
| 8/31/2021 | TD | Thurman | 491-876173 | 235,250 | | | |
| 9/30/2021 | TD | Thurman | 491-876173 | 240,250 | | | |
| 10/31/2021 | TD | Thurman | 491-876173 | 297,250 | | | |
| 11/30/2021 | TD | Thurman | 491-876173 | 383,250 | 35,000 | | |
| 12/31/2021 | TD | Thurman | 491-876173 | 261,250 | 651,216 | | |
| 1/31/2022 | TD | Thurman | 491-876173 | | 896,139 | | |
| 2/28/2022 | TD | Thurman | 491-876173 | 15,000 | 1,099,442 | | |
| 3/31/2022 | TD | Thurman | 491-876173 | 40,000 | 1,210,597 | | |
| 4/30/2022 | TD | Thurman | 491-876173 | 62,000 | 1,290,597 | | |
| 5/31/2022 | TD | Thurman | 491-876173 | 62,000 | 1,472,537 | | |
| 6/30/2022 | TD | Thurman | 491-876173 | 62,000 | 1,527,043 | | |
| 7/31/2022 | TD | Thurman | 491-876173 | 67,000 | 1,981,602 | | |
| 8/31/2022 | TD | Thurman | 491-876173 | 67,000 | 2,052,908 | | |

| DATE | BROKER | ACCOUNT NAME | ACCT # | MMAT | MMTLP | NEXT BRIDGE HYD | |
|---|---|---|---|---|---|---|---|
| 9/30/2022 | TD | Thurman | 491-876173 | 67,000 | 2,057,908 | | |
| 10/31/2022 | TD | Thurman | 491-876173 | 67,000 | 2,116,148 | | |
| 11/30/2022 | TD | Thurman | 491-876173 | 147,000 | 2,320,146 | | |
| 12/31/2022 | TD | Thurman | 491-876173 | 147,000 | | 2,320,146 | |
| 1/31/2023 | TD | Thurman | 491-876173 | 147,000 | | 2,320,146 | |
| 2/28/2023 | TD | Thurman | 491-876173 | 147,000 | | 2,320,146 | |
| 3/31/2023 | TD | Thurman | 491-876173 | 147,000 | | | |
| 5/31/2023 | TD | Thurman | 491-876173 | 147,000 | | | |
| 6/30/2023 | TD | Thurman | 491-876173 | 147,000 | | -2,320,146 | To AST |
| 7/31/2023 | TD | Thurman | 491-876173 | 147,000 | | | |
| 8/31/2023 | TD | Thurman | 491-876173 | | | | |
| 10/31/2025 | TD | Thurman | 491-876173 | 67,000 | 2,116,148 | | |