_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
September 12, 2025

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARINGS**<br><br>Old Hearing Date:   October 1, 2025<br>Old Hearing Time:   1:30 p.m.<br><br>New Hearing Date:   October 16, 2025<br>New Hearing Time:   1:30 p.m. |

Currently scheduled for hearing on October 1, 2025 at 1:30 p.m. is Danielle Spears' Emergency Motion To Intervene, To Stay Proceedings, To Disqualify Conflicted Counsel And Trustee, And To Reset Bankruptcy Administration Under Neutral Authority; Motion To Compel Disclosure, Vacate Unlawful Protective Orders, And Refer For Sanctions And Special Master Oversight, filed as **[ECF No. 1988]** ("Spears Motion") and Motion By Scott Traudt, Third Party Intervenor And Movant To Disqualify From Service To The Trustee Attorney James Wesley

1  Christian And Christian Attar Law Firm Et.Al. As Special Counsel And To Declare The Retention
2  Agreements And Other Non-Disclosure Agreements As Void Ab Initio, filed as **[ECF No. 2041]**
3  ("Traudt Motion").
4      Trustee Christina Lovato filed her Response to the Spears Motion, **[ECF No. 2138]** and
5  supporting declarations, Errata to her Response [**ECF No. 2147**], and her Response to the Traudt
6  Motion, **[ECF No. 2141]**, and supporting declarations.
7      Danielle Spears filed her Reply/Supplemental Filing [**ECF No. 2174**]. Scott Traudt filed
8  his Reply to Trustee Lovato's Response [**ECF No. 2167**].
9      The Court having considered the Stipulation To Continue Hearings ("Stipulation"), and
10 good cause appearing therefor,
11     **IT IS HEREBY ORDERED** the Stipulation attached as **Exhibit 1** is approved.
12     **IT IS FINALLY ORDERED** that the hearings on the Spears Motion and Traudt Motion
13 to be held on October 1, 2025 at 1:30 p.m. are hereby continued to **October 16, 2025 at 1:30 p.m.**
14 Submitted by:
15 **HARTMAN & HARTMAN**
16 /s/ Jeffrey L. Hartman
17 Jeffrey L. Hartman, Esq., Attorney for
   Christina Lovato, Trustee

\# \# \#

# EXHIBIT 1

# EXHIBIT 1

1 Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
2 HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
3 Reno, NV 89509
T: (775) 324-2800
4 F: (775) 324-1818
notices@bankruptcyreno.com
5 Attorney for Christina Lovato, Trustee
6

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-gs |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | **STIPULATION TO CONTINUE HEARINGS** |
| | Old Hearing Date:  October 1, 2025 |
| | Old Hearing Time:  1:30 p.m. |
| | New Hearing Date:  October 16, 2025 |
| | New Hearing Time:  1:30 p.m. |

Currently scheduled for hearing on October 1, 2025 at 1:30 p.m. is Danielle Spears' Emergency Motion To Intervene, To Stay Proceedings, To Disqualify Conflicted Counsel And Trustee, And To Reset Bankruptcy Administration Under Neutral Authority; Motion To Compel Disclosure, Vacate Unlawful Protective Orders, And Refer For Sanctions And Special Master Oversight, filed as **[ECF No. 1988]** ("Spears Motion") and Motion By Scott Traudt, Third Party Intervenor And Movant To Disqualify From Service To The Trustee Attorney James Wesley Christian And Christian Attar Law Firm Et.Al. As Special Counsel And To Declare The Retention Agreements And Other Non-Disclosure Agreements As Void Ab Initio, filed as **[ECF No. 2041]** ("Traudt Motion").

      Trustee Christina Lovato filed her Response to the Spears Motion, **[ECF No. 2138]** and supporting declarations, Errata to her Response [ECF No. 2147], and her Response to the Traudt Motion, **[ECF No. 2141]**, and supporting declarations.

      Danielle Spears filed her Reply/Supplemental Filing [**ECF No. 2174**].  Scott Traudt filed his Reply to Trustee Lovato's Response [**ECF No. 2167**].

      The hearings, originally scheduled for September 4, 2025, was continued by Minute Entry [**ECF No. 2183**].  The parties have agreed to continue the hearings on the Spears Motion and Traudt Motion to **October 16, 2025** at **1:30 p.m.**

      DATED: September 12, 2025.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee


/s/ Danielle Spears
**Danielle Spears**, Pro Se


/s/ Scott Traudt
**Scott Traudt**, Pro Se