NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor** Meta Materials, INC | **Case Number** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

   Shawn Garrett
   626 N 2200 St
   St. Peter, IL 62880

   Telephone Number 618-292-0799

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED

OCT - 6 2025

U.S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

COURT USE ONLY

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor (last 4 digits only)
Edward Jones - 2692

Check here if this Proof of Interest
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest

   Telephone Number 618-548-5101

3. Date Equity Interest was acquired
   MMAT - 6/28/21  Torchlight  4/12/21  4/12/21
              6/28/21  Energy    4/15/21  6/17/21
              6/29/22  3/1/21    4/30/21
                       3/5/21    5/12/21  6/17/21
                       3/15/21
                       4/8/21

4. Total amount of member interest 1,300 MMAT for $3,625  5. Certificate number(s) _____
   5,000 Torchlight for $9,124
   12,749.59

6. **Type of Equity Interest**
   Please indicate the type of Equity Interest you hold
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest
   Description: Investor Shares Holder

7. **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8. **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9. **Signature**
   Check the appropriate box
   ☒ I am the interest holder
   ☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)
   ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004)
   ☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information, and reasonable belief

Print Name Shawn Garrett
Title _____
Company __ Address and telephone number (if different from notice address above)

(Signature) Shawn Garrett    (Date) 9/23/25

Telephone number 618-292-0799 email shawn7garrett@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

**Edward Jones**

```
  RCA           MORE DATA AVAILABLE                09/23/25  10 03   (M3805)
  FA    547413                    ACTIVITY FOR ACCOUNT                SCREEN-1
  Name      Garrett, Shawn C              Acct     230-22682    JOINT (JTWROS)
  Primary Ph                               Occupation   FINANCIAL SVC/ACCOUNTANT
  Secondary Ph                             Acct Codes  H H H H   Sweeper     MFIS
  Start At                                 Acct Obj
     PRODUCT
        DATE      ACTIVITY      QTY IN       QTY OUT    UNIT PRICE     ORIG COST
 1 JONES EDWARD MONEY MKT FDS INVT SHS
     CUSIP = 48019P102  SYMBOL =
     (SEE ALSO JONES EDWARD D & CO DAILY )
       06/22/21   BOUGHT     4505 08000                  1 0000000      4505 08
 2 META MATLS INC COM
     CUSIP = 59134N104  SYMBOL = 59134N104
       06/28/21   BOUGHT      200 00000                  8 4050000      1691 00
       06/28/21   BOUGHT      100 00000                  8 6850000       873 50
       06/29/22   BOUGHT     1000 00000                  1 0459000      1060 90
 3 META MATLS INC COM NEW
     CUSIP = 59134N302  SYMBOL = MMATQ
       08/14/24   SOLD                     38 00000      0 5850000        21 68
  Item     2  Action       BY-BUY C3-CATSP PA-PA  F2-PRINT  F3-ESC
  F4-MENU  F5-GA  F6-PI   F7-REV   F8-FWD   F9-LEFT  F10-RIGHT  F11-CHG  F12-BY DATE
```

DOCUMENT 1763521497

**EdwardJones**

```
RCA            MORE DATA AVAILABLE                  09/23/25  10 03   (M3805)
FA    547413                     ACTIVITY FOR ACCOUNT                  SCREEN-1
Name     Garrett, Shawn C             Acct    230-22682   JOINT (JTWROS)
Primary Ph                             Occupation  FINANCIAL SVC/ACCOUNTANT
Secondary Ph                           Acct Codes  H H H H   Sweeper    MFIS
Start At                               Acct Obj
  PRODUCT
   DATE       ACTIVITY    QTY IN       QTY OUT      UNIT PRICE      ORIG COST
1 TORCHLIGHT ENERGY RES INC COM
    CUSIP = 89102U103 SYMBOL = 89102U103
    (SEE ALSO POLE PERFECT STUDIOS INC )
   03/01/21   BOUGHT       500 00000                 2 5746000      1302 30
   03/05/21   BOUGHT       250 00000                 1 8255000       471 38
   03/15/21   BOUGHT       250 00000                 2 5655000       656 38
   04/08/21   BOUGHT      1000 00000                 1 8086000      1823 60
   04/12/21   BOUGHT       200 00000                 1 6866000       343 32
   04/12/21   BOUGHT       300 00000                 1 6900000       516 00
   04/15/21   BOUGHT       750 00000                 1 5357000      1166 78
   04/30/21   BOUGHT       250 00000                 1 9356000       498 90

Item    1  Action        BY-BUY C3-CATSP PA-PA  F2-PRINT  F3-ESC
F4-MENU   F5-GA  F6-PI  F7-REV  F8-FWD  F9-LEFT  F10-RIGHT  F11-CHG  F12-BY DATE
```

# EdwardJones

```
 RCA            MORE DATA AVAILABLE                09/23/25  10 03   (M3805)
 FA    547413              ACTIVITY FOR ACCOUNT                     SCREEN-1
 Name     Garrett, Shawn C          Acct    230-22682   JOINT (JTWROS)
 Primary Ph                         Occupation   FINANCIAL SVC/ACCOUNTANT
 Secondary Ph                       Acct Codes  H H H H  Sweeper     MFIS
 Start At                           Acct Obj
   PRODUCT
     DATE      ACTIVITY      QTY IN       QTY OUT    UNIT PRICE    ORIG COST
 1 TORCHLIGHT ENERGY RES INC COM
    CUSIP = 89102U103 SYMBOL = 89102U103
    (SEE ALSO POLE PERFECT STUDIOS INC )
    04/12/21   BOUGHT       300 00000                1 6900000       516 00
    04/15/21   BOUGHT       750 00000                1 5357000      1166 78
    04/30/21   BOUGHT       250 00000                1 9356000       498 90
    05/12/21   BOUGHT       500 00000                1 8850000       957 50
    06/17/21   BOUGHT       700 00000                4 9999000      3510 43
    06/17/21   BOUGHT       300 00000                4 9950000      1503 00
 2 VIKING THERAPEUTICS INC COM
    CUSIP = 92686J106 SYMBOL = VKTX
    02/09/21   BOUGHT       528 00000                6 4459000      5002 44
 Item    1  Action         BY-BUY C3-CATSP PA-PA  F2-PRINT  F3-ESC
 F4-MENU  F5-GA F6-PI  F7-REV  F8-FWD  F9-LEFT  F10-RIGHT  F11-CHG  F12-BY DATE
```

DOCUMENT 1763521536