_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 15, 2025

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER APPROVING SALE OF PERSONAL PROPERTY**<br><br>Hearing Date:   October 1, 2025<br>Hearing Time:  1:30 p.m. |

     The matter came before the Court on the Motion by Christina Lovato, Chapter 7 trustee ("Trustee"), for an Order Approving Sale of Personal Property located at 30 Columbia Corporate Center, Columbia, Maryland 21044, (referred to as the "Baltimore offices") **[ECF No. 2156]**.

     Hearing on the matter was held with Trustee Lovato appearing by zoom, represented by Jeffrey Hartman appearing by phone. Other appearances, if any, were noted on the record. No objections to the Trustee's Motion were filed with the Clerk of the Court. The Court considered

1

the Motion, together with the supporting Declaration of Christina Lovato. The Court also takes judicial notice of the papers on file in this chapter 7 case. Notice of hearing of the Motion was proper, proof having been provided as set forth in the Certificate Of Service **[ECF No. 2168]**. As permitted by F.R.Civ.P. 52, made applicable to this proceeding by F.R.Bankr. 9014(c), the Court stated its finding of fact and conclusions of law on the record.

Based upon the record and good cause appearing,

**IT IS ORDERED** that the Trustee's Motion For Order Approving Sale Of Personal Property is granted;

**IT IS FURTHER ORDERED** that the Trustee is authorized to sell the following Personal Property:

1) All right, title, and interest in the Maryland IP, including the assets described as "Lot 1004" by the auctioneer, and all related IP to include software, design, and associated IP, and all right, title, and interest in any software and source code (together described as the "Maryland IP"); and

2) All right, title, and interest in any residual Maryland equipment, comprised primarily of miscellaneous computer hardware and test equipment from the former Meta Materials office located at 10440 Little Patuxent Parkway, Suite 1000, Columbia, MD 21044 (the "Maryland Equipment").

A copy of Lot 1004 describing the IP patent applications is attached hereto as **Exhibit A.** The Trustee does not have a detailed description of the computer hardware and related components.

**IT IS FURTHER ORDERED** that the offer from David Chester, David Sokolove, and Jonathan Edwards to purchase the Maryland IP and the Maryland Equipment for a total of $15,000 and a waiver/withdrawal of their respective proofs of claim totaling $12,500,000 is approved;

**IT IS FURTHER ORDERED** that, as authorized by F.R.Bankr.P. 6004(f)(2), the Trustee is authorized to take such steps as may be necessary to prepare and execute bills of sale or other documentation necessary to transfer title to any purchasers; and

**IT IS FINALLY ORDERED** that the 14 day stay requirement of F.R.Bankr.P. 6004(h) is waived.

| Submitted by: | APPROVED / ~~DISAPPROVED~~ |
|---|---|
| **HARTMAN & HARTMAN** | **JOHNSON & GUBLER, P.C.** |
| /s/ *Jeffrey L. Hartman*<br>Jeffrey L. Hartman, Esq.,<br>Attorney for Trustee | /s/ *Matthew L. Johnson*<br>Matthew L. Johnson,<br>Attorneys for David Chester,<br>David Sokolove, and Jonathan Edwards |

### #

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the paper.

__X__ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Trustee's Counsel:*

__X__ Prepared / Approved the form of this order

_____ Waived the right to review the order and/or

_____ Appeared at the hearing, waived the right to review the order

_____ Matter unopposed, did not appear at the hearing, waived the right to review the order

_____ Disapproved the form of this order

_____ Did not respond to the paper

*U.S. Trustee:*

_____ Approved the form of this order

_____ Disapproved the form of this order

_____ Waived the right to review the order and/or

_____ Did not respond to the paper

__X__ Did not appear at the hearing or object to the paper

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:
**HARTMAN & HARTMAN**

/s/ *Jeffrey L. Hartman*
Jeffrey L. Hartman

4

# EXHIBIT A

# EXHIBIT A

| Family Ref. | Meta ID | Status | Title | Application Type | Filing Date | Application Number | Country | WIPO ID | Priority Date |
|---|---|---|---|---|---|---|---|---|---|
| LOT 1004 | | | | | | | | | |
| MARYLAND RELATED IP FOR IMAGING TECH | | | | | | | | | |
| VLP-010 | VLP-010US | Pending | IMAGE PROCESSING ARCHITECTURE FOR COMPOSITE FOCAL PLANE ARRAY (CFPA) IMAGING SYSTEM | Utility Patent | 11/11/2022 | US18389213 | United States of America | US | 11/11/2022 |
| VLP-011 | VLP-011US | Pending | IN-SITU COMPOSITE FOCAL PLANE ARRAY (CFPA) IMAGING SYSTEM GEOMETRIC CALIBRATION | Utility Patent | 11/4/2023 | US18387358 | United States of America | US | 11/4/2022 |
| VLP-013 | VLP-013US | Pending | SYSTEMS AND DEVICES FOR COMPOSITE FOCAL PLANE ARRAY SENSORS | Utility Patent | 10/27/2023 | US18384813 | United States of America | US | 10/27/2022 |