Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>***EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KIM LLP AS SPECIAL LITIGATION COUNSEL ON AN HOURLY BASIS TO REPRESENT THE TRUSTEE IN WASHINGTON, D.C.**<br><br>Hearing Date:  N/A<br>Hearing Time: |

Pursuant to 11 U.S.C. §§ 327 and 328(a) and F.R.Bankr.P. 2014, Christina Lovato, the duly appointed and acting chapter 7 trustee for Meta Materials, Inc. ("Trustee"), requests an order authorizing the employment of the law firm of Schneider Wallace Cottrell Kim LLP ( "Schneider Wallace") to act as special litigation counsel for the Chapter 7 estate of Meta Materials Inc. ("Debtor" or "Estate") on an hourly basis in a related action filed in Washington, D.C.

The Court previously approved employment of Schneider Wallace on a contingency basis to join with Christian Attar and Kasowitz, Torres & Benson to investigate potential claims and, if meritorious, pursue litigation related to suspected stock manipulation through illegal trading practices such as 'naked short selling' and 'spoofing.' **[ECF No. 1962]**.  The 'contingency' component of Schneider Wallace's employment is unaffected by this application.  However, an unanticipated event has occurred and, subject to Court approval, Trustee Lovato requests approval

of Schneider Wallace on an hourly basis for a specific new matter. As the docket reflects, on March 6, 2025, the Trustee filed her Notice Of Issuance Of Subpoena To Produce Documents To The Custodian Of Records For Financial Industry Regulatory Authority ("FINRA") at **[ECF No. 1621]**. On March 10, 2025, the Trustee obtained an Order Granting *Ex Parte* Motion For Order Requiring Custodian Of Records For Financial Industry Regulatory Authority To Appear For Examination Pursuant To F.R.Bankr.P. 2004 at **[ECF No. 1642]**. Working with Trustee's contingent-fee counsel, these discovery efforts were prepared and filed by Trustee's general counsel Hartman & Hartman and special litigation counsel Robison, Sharp, Sullivan & Brust. FINRA's counsel accepted service of Trustee's revised subpoenas by email on July 25, 2025.

Over a period of several months, Trustee's counsel James Christian and David Burnett engaged in an ongoing series of 'meet and confer' sessions with counsel for FINRA, attempting to reach agreement on the scope of information requested in the FINRA subpoenas. Notwithstanding the ongoing efforts to accommodate requests made by FINRA, on August 6, 2025, FINRA filed a paper titled Nonparty Financial Industry Regulatory Authority, Inc.'s Motion To Quash Subpoenas Or, In The Alternative For A Protective Order, initiating a new action in the United States District Court for the District of Columbia ("FINRA Motion To Quash"). The matter is pending before Magistrate Judge G. Michael Harvey as *In the Matter of: Motion to Quash Subpoenas to Nonparty Financial Industry Regulatory Authority, Inc.*, Miscellaneous Action no. 1:25-mc-00129-LLA-GMH (D.D.C.). Separately, in this Court, on August 5, 2025, Citadel Securities, LLC, Virtu Financial, LLC and Anson Funds Management L.P. together filed a Memorandum Of Law In Support Of Motion To Quash And/Or For A Protective Order at **[ECF No. 2088]**.

David Burnett of Schneider Wallace is based in Washington, D.C., is a member of the D.C. Bar, and is admitted to practice in the United States District Court for the District of Columbia. He is intimately familiar with the Trustee's discovery efforts pursuant to the market-manipulation investigation, given his extensive work and leadership on the FINRA subpoenas and other subpoenas served by the Trustee. He and his firm Schneider Wallace are well-suited to represent the interests of the Meta Materials Estate in responding to the FINRA Motion to Quash. Schneider

Wallace is a national litigation firm specializing in complex commercial litigation. Mr. Burnett has 17 years of experience as an attorney, much of it involving securities litigation and nearly all of which has involved representing plaintiffs. He was recognized by *Lawdragon* as among the "500 Leading Plaintiff Financial Lawyers" in 2024. If attorney Burnett were not admitted and licensed to practice in Washington, D.C., Trustee Lovato would have been required to retain new counsel in that jurisdiction who would be required to learn about the Meta Materials case and the issues surrounding the pending discovery, not only with respect to the FINRA subpoenas but also with respect to the larger body of issues involving the parallel discovery efforts involving subpoenas served on the Depository Trust Clearing Corporation, Nasdaq, Charles Schwab, TD Ameritrade, Anson Funds Management L.P., Virtu Financial, LLC and Citadel Securities, LLC. Retaining completely new counsel would be more time-consuming and expensive than retaining attorney Burnett and Schneider Wallace to respond to the FINRA Motion to Quash in Washington, D.C.

On August 23, 2025, Magistrate Harvey issued a Scheduling Order in the Washington, D.C. matter, setting September 29, 2025 as the date by which Trustee Lovato must file her opposition to the FINRA Motion To Quash. Mr. Burnett wrote and filed the Trustee's opposition. FINRA has until October 27, 2025, to file any reply to Trustee Lovato's opposition. On September 3, 2025, Mr. Burnett previously filed a brief in the Washington, D.C. matter, per Court order, responding to a *pro se* movant's motion for leave to file a brief of *amicus curiae*.

## BACKGROUND

This Application is supported by the previously filed Rule 2014 Declaration of David D. Burnett in Support of Ex Parte Application by Chapter 7 Trustee to Employ the Law Firm of Schneider Wallace Cottrell [Kim] LLP as Special Counsel [F.R.Bankr.P. 2014]. **[ECF No. 1959]**.

Schneider Wallace has agreed to represent the Estate on an hourly basis on all matters related to the FINRA Motion To Quash filed in Washington, D.C. David Burnett will do the majority of work on this matter. The applicable hourly rates for Mr. Burnett and other attorneys and staff at Schneider Wallace who may work on the matter are as follows:

- Todd Schneider (and other partners), $1,350

3

- David Burnett, senior counsel, $1,150
- Paralegals, $500

WHEREFORE, the Trustee requests that employment of the law firm of Schneider Wallace Cottrell Kim LLP be approved by this Court, effective as of August 6, 2025, the date that FINRA filed its Motion to Quash, for the purpose and on the terms and conditions set forth above.

DATED: October 6, 2025.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee

APPROVED

*/s/ Christina Lovato*
Christina Lovato, Trustee