_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 20, 2025

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER APPROVING *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF SCHNEIDER WALLACE COTTRELL KIM LLP AS SPECIAL LITIGATION COUNSEL ON AN HOURLY BASIS TO REPRESENT THE TRUSTEE IN WASHINGTON, D.C.**<br><br>Hearing Date:  N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to employ the law firm of Schneider Wallace Cottrell Kim LLP (the "Firm") as her special counsel on an hourly basis for the specific purpose of representing the Trustee in a related action filed on shortened notice by FINRA in Washington

1

D.C., and the Court being satisfied that the Firm and its employees do not hold or represent any interest adverse to the estate, are disinterested persons within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

IT IS HEREBY ORDERED that the employment of the law firm of Schneider Wallace Cottrell Kim LLP be and hereby is approved on the terms and conditions set forth in the Trustee's Application to Employ the law firm of Schneider Wallace Cottrell Kim LLP[1] on an hourly basis on all matters related to the FINRA Motion To Quash filed in Washington, D.C., effective August 6, 2025, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by the law firm of Schneider Wallace Cottrell Kim LLP.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Trustee

### #

---

[1] Effective July 1, 2025, the firm name changed to Schneider Wallace Cottrell & Kim.