NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>Meta Materials, INC | Case Number:<br>24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Edward Esposito
1100 S. Miami Avenue
Apt 1510
Miami, FL 33130

Telephone Number: ~~305~~-305-588-7646

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 01 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which interest holder identifies Debtor (last 4 digits only): Fidelity # 8512 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>■ amends a previously filed Proof of Interest dated: June 2025 |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Fidelity P.O. Box 77001, Cincinnati, OH
Telephone Number: 800-343-3548    45277-0003

**3. Date Equity Interest was acquired:**
See Attached Documentohm for more details

**4. Total amount of member interest:** MMTLP/NBH 250.00

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor / Share holder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Esposito
Title: _____
Company:__ Address and telephone number (if different from notice address above):
_____

(Signature) _____    (Date) 11-21-2025

Telephone number: 305-588-7646    email: Discrebefnow@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Core Account and Credit Balance Cash Flow (continued)

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Deposits | ■■■ | ■■■ |
| **Total Cash Management Activity** | ■■■ | ■■■ |
| **Ending Balance** | ■■■ | ■■■ |

D   *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Beginning Market Value Dec 2, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ■■■ | unavailable | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| **Total Core Account (1% of account holdings)** | **unavailable** | | | ■■■ | | | ■■■ |

## Stocks

| Description | Beginning Market Value Dec 2, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | - |
| NEXT BRIDGE HYDROCARBONS INC $0.001 NEVADA | unavailable | 3,250.000 | - | unavailable | 19,385.50 | unavailable | - |
| Total Common Stock (88% of account holdings) | unavailable | | | ■■■ | ■■■ | ■■■ | - |
| **Total Stocks (88% of account holdings)** | **unavailable** | | | ■■■ | ■■■ | ■■■ | - |

Case 24-50792-gs   Doc 2367   Entered 12/05/25 15:23:02   Page 2 of 3

MR_CE_BNHJKRBBDSBSC_BBBBB 20221230

# Holdings

## Core Account (continued)

| Description | Beginning Market Value Jul 1, 2025 | Quantity Sep 30, 2025 | Price Per Unit Sep 30, 2025 | Ending Market Value Sep 30, 2025 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2025 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ████████ | ████ | | | ████ | | | ███ |

## Stocks

| Description | Beginning Market Value Jul 1, 2025 | Quantity Sep 30, 2025 | Price Per Unit Sep 30, 2025 | Ending Market Value Sep 30, 2025 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2025 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 250.000 | - | unavailable | ████ | unavailable | - |
| Total Common Stock (100% of account holdings) | $250.00 | | | ████ | ████ | ████ | - |
| **Total Stocks (100% of account holdings)** | **$250.00** | | | ████ | ████ | ████ | - |
| **Total Holdings** | | | | ████ | ████ | ████ | ████ |

All remaining positions held in cash account.

EAI & EY **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the** "Additional Information and Endnotes" section.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.