NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials, INC

**Case Number:**
24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Edward Esposito
1100 S. Miami Avenue
Apt 1560
Miami, FL 33130

Telephone Number: 305-588-7646

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 01 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): Ast/Equisito # 0413

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
■ amends a previously filed Proof of Interest dated: 6-2025

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Equisiti P.O. Box 500
Newark, NJ 07101
Telephone Number: 800-937-5449

**3. Date Equity Interest was acquired:**
See Attached Documentation for more details

**4. Total amount of member interest:** MMTLP/NBH 7180.00

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor / Shareholder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Esposito
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature)
Telephone number: 305-588-7646   email: discrebtnow@gmail.6
(Date) 11/21/2025

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 **AST   Shareholder Central**           Edward Esposito ▼

## Account Information

**NEXT BRIDGE HYDROCARBONS INC**
Account # 0000010413

**Registered Holder**
EDWARD LUIS ESPOSITO
1330 WEST AVE
APT 1403
MIAMI BEACH FL 33139 (Update Address)
Email:  discreliefnow@gmail.com  (Update Email)
Phone:  +1 305-588-7646  (Update Phone)

# CURRENT HOLDINGS

| Certificated Shares | Book Shares | DR Shares | Total Shares | Price | Total Value (USD) |
|---|---|---|---|---|---|
| 0.000 | 7,180.000 | 0.000 | 7,180.000 | unavailable | stock price is unavailable |

# BANK ACCOUNT INFORMATION

| | |
|---|---|
| **Direct Deposit Information:** | *****4131 |
| **Bank Account Number:** | ***************▇ |
| **Bank Account Type:** | Checking |
| **Direct Debit Information:** | N/A |
| **Bank Account Number:** | N/A |

## Shareholder Statement – Edward Esposito

**Name:** Edward Esposito
**Address:** 1100 South Miami Avenue, Apt. 1510, Miami, FL 33130

### TD Ameritrade Account

- Purchased **4,180 shares** between 2021–2022

- **All 4,180 shares transferred** to **AST/Equiniti** in 2023

### Fidelity Account

- Purchased **3,250 shares** in December 2022

- **3,000 shares transferred** to **AST/Equiniti** in 2023

- **250 shares remain** at Fidelity

### Total Shares Owned: 7,430

- **7,180 shares held at AST/Equiniti**

- **250 shares held at Fidelity**

]