NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** *meta materials*

**Case Number:** *24-50792-GS*

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Thomas Acquilano*
*Annette Acquilano*
*19 willowview DR*
*Penfield, NY 14526*

Telephone Number: *585-469-3928*
*585-704-1180*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC - 8 2025**

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): *Schwab 5239*
*Fidelity 4492*

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** *charles schwab*
*1250 Pittsford victor Rd Bldg 200*
*Pittsford NY 14534*
*Fidelity Investments*
Telephone Number: *2580 monroe Ave suite 201*
*Rochester NY 14618*

**3. Date Equity Interest was acquired:**
*See Attached Documents*

**4. Total amount of member interest:** *25,140*

**5. Certificate number(s):** *NA*

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Thomas Acquilano*
*Annette Acquilano*
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____

(Signature) *Tom Cap*
*Annette Acquilano*

(Date) *11/25/2025*
*11-25-2025*

Telephone number: *5854693928*  email: *Tacquilano@aol.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

*Fidelity*

# Holdings

Account # 4492
**THOMAS ACQUILANO - JOINT WROS**

## Stocks (continued)

| Description | Beginning Market Value Oct 1, 2021 | Quantity Oct 31, 2021 | Price Per Unit Oct 31, 2021 | Ending Market Value Oct 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **GREEN THUMB INDUSTRIES INC COM** ISIN #CA39342L1085 SEDOL #BGDQBQ9 NPV SUBORDINATE VOTING SHARES (GTBIF) | 5,462.36 | 300.000 | 20.4510 | 6,135.29 | 8,148.24 | -2,012.95 | - - |
| **JETBLUE AWYS CORP COM** (JBLU) | 6,116.00 | 400.000 | 14.0300 | 5,612.00 | 6,337.22 | -725.22 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 17,340.00 | 3,000.000 | 4.7000 | 14,100.00 | 14,661.39 | -561.39 | - |
| Total Common Stock (42% of account holdings) | $46,157.24 | | | $42,972.55 | $50,193.12 | -$7,220.57 | - |
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A** (MMTLP) | unavailable | 4,000.000 | $1.2800 | $5,120.00 | $1,438.61 | $3,681.39 | - - |
| Total Preferred Stock (5% of account holdings) | unavailable | | | $5,120.00 | $1,438.61 | $3,681.39 | - |
| **Total Stocks (47% of account holdings)** | **$46,157.24** | | | **$48,092.55** | **$51,631.73** | **-$3,539.18** | - |
| **Total Holdings** | | | | **$101,752.43** | **$51,631.73** | **-$3,539.18** | **$5.37** |

*All positions held in cash account unless indicated otherwise.*

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
*"Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE_BLNRMMBBCJJDC_BBBBB 20211029



**Schwab One® Account of**
**THOMAS ACQUILANO &**
**ANNETTE T ACQUILANO JT TEN**

Account Number 5239

Statement Period
**July 1-31, 2021**

## Investment Detail - Other Assets (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Other Assets** (continued) | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **META MATLS INC 0% PFD** | 1,000.0000 | 0.0000 | 0.00 | 02/08/21 | 0.00 | 173 | Short-Term |
| | 10.0000 | 0.0000 | 0.00 | 02/11/21 | 0.00 | 170 | Short-Term |
| | 500.0000 | 0.0000 | 0.00 | 02/11/21 | 0.00 | 170 | Short-Term |
| | 1,000.0000 | 0.0000 | 0.00 | 02/11/21 | 0.00 | 170 | Short-Term |
| | 1,000.0000 | 0.0000 | 0.00 | 02/11/21 | 0.00 | 170 | Short-Term |
| | 30.0000 | 0.0000 | 0.00 | 03/04/21 | 0.00 | 149 | Short-Term |
| | 500.0000 | 0.0000 | 0.00 | 03/25/21 | 0.00 | 128 | Short-Term |
| | 193.0000 | 0.0000 | 0.00 | 04/14/21 | 0.00 | 108 | Short-Term |
| | 407.0000 | 0.0000 | 0.00 | 04/14/21 | 0.00 | 108 | Short-Term |
| *Cost Basis* | | | *0.00* | | | | |
| **Total Other Assets** | 21,140.0000 | | 0.00 | | 0.00 | | N/A |
| | | ***Total Cost Basis:*** | *0.00* | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | **65,684.08** |
| **Total Account Value** | **65,684.08** |
| ***Total Cost Basis*** | *32,843.04* |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab One® Account of**
**THOMAS ACQUILANO &**
**ANNETTE T ACQUILANO JT TEN**

Account Number
■■■-5239

Statement Period
October 1-31, 2021

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **PLUG POWER INC (M)** | **60.0000** | **38.27000** | **2,296.20** | **2%** | **(1,643.80)** | **N/A** | **N/A** |
| SYMBOL: PLUG | 10.0000 | 64.0000 | 640.00 | 01/14/21 | (257.30) | 290 | Short-Term |
| | 50.0000 | 66.0000 | 3,300.00 | 01/14/21 | (1,386.50) | 290 | Short-Term |
| *Cost Basis* | | | *3,940.00* | | | | |
| **Total Equities** | **9,230.0000** | | **45,331.20** | **46%** | **12,488.16** | | **N/A** |
| | | **Total Cost Basis:** | **32,843.04** | | | | |

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **META MATLS INC    0%PFD** | **21,140.0000** | **1.28000** | **27,059.20** | **27%** | **27,059.20** | **N/A** | **N/A** |
| SUBJ TO XTRO REDEMPTION | 5,000.0000 | 0.0000 | 0.00 | 01/08/21 | 6,400.00 | 296 | Short-Term |
| SYMBOL: MMTLP | 5,000.0000 | 0.0000 | 0.00 | 01/15/21 | 6,400.00 | 289 | Short-Term |
| | 3,000.0000 | 0.0000 | 0.00 | 01/26/21 | 3,840.00 | 278 | Short-Term |
| | 75.0000 | 0.0000 | 0.00 | 01/27/21 | 96.00 | 277 | Short-Term |
| | 96.0000 | 0.0000 | 0.00 | 01/27/21 | 122.88 | 277 | Short-Term |
| | 500.0000 | 0.0000 | 0.00 | 01/27/21 | 640.00 | 277 | Short-Term |
| | 829.0000 | 0.0000 | 0.00 | 01/27/21 | 1,061.12 | 277 | Short-Term |
| | 100.0000 | 0.0000 | 0.00 | 02/08/21 | 128.00 | 265 | Short-Term |
| | 194.0000 | 0.0000 | 0.00 | 02/08/21 | 248.32 | 265 | Short-Term |
| | 220.0000 | 0.0000 | 0.00 | 02/08/21 | 281.60 | 265 | Short-Term |
| | 300.0000 | 0.0000 | 0.00 | 02/08/21 | 384.00 | 265 | Short-Term |
| | 550.0000 | 0.0000 | 0.00 | 02/08/21 | 704.00 | 265 | Short-Term |
| | 636.0000 | 0.0000 | 0.00 | 02/08/21 | 814.08 | 265 | Short-Term |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.