| | |
|---|---|
| Jeffrey L. Hartman, Esq. (NSBN 1607)<br>HARTMAN & HARTMAN<br>510 W. Plumb Lane, Suite B<br>Reno, Nevada 89509<br>Telephone: (775) 324-2800<br>notices@bankruptcyreno.com<br><br>*Attorney for Christina Lovato,*<br> *Chapter 7 Trustee* | Ryan J. Works (NSBN 9224)<br>Jimmy F. Dahu (NSBN 17061)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rworks@mcdonaldcarano.com<br>jdahu@mcdonaldcarano.com<br><br>*Attorneys for Non-Party Citadel Securities LLC* |
| Michael R. Hogue, Esq. (NSBN 12400)<br>10845 Griffith Peak Drive, Suite 600<br>GREENBERG TRAURIG, LLP<br>Las Vegas, Nevada 89135<br>Telephone: (702) 938-6909<br>hoguem@gtlaw.com<br><br>*Attorneys for Non-Party Anson Funds Management LP* | Jarrod L. Rickard, Esq. (NSBN 10203)<br>SEMENZA RICKARD LAW<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 835-6803<br>jlr@semenzarickard.com<br><br>*Attorneys for Non-Party Virtu Financial, LLC* |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>Chapter 7<br><br>**STIPULATION ON SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING DATE FOR NON-PARTIES CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**<br><br>**Proposed Hearing Date:** February 20, 2026<br>**Proposed Hearing Time:** 1:30 p.m. |

**WHEREAS**, in relation to the above-captioned bankruptcy proceedings ("Action"), Non-Party subpoena recipients Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC ("Non-Parties") and Trustee Christina Lovato ("Trustee") hereby agree to the following Stipulation and respectfully request that the Court enter the proposed Order Approving Stipulation on Supplemental Briefing Schedule and Hearing Date for the Non-Parties Motion to Quash and/or For a Protective Order ("Motion"), filed herewith, setting the schedule for supplemental briefing and a second hearing on the Non-Parties' Motion, ECF No. 2088 *et seq*. (Aug. 5, 2025);

**WHEREAS**, the Trustee served subpoenas on each of the three Non-Parties seeking production of documents and deposition testimony (the "Subpoenas");

**WHEREAS**, on August 5, 2025, after correspondence and meet and confers, the Non-Parties filed their Motion in this Action, seeking to quash the Subpoenas and/or to obtain a protective order with respect thereto;

**WHEREAS**, on October 30, 2025, the Court held a hearing on the Non-Parties' Motion and requested supplemental briefing;

**WHEREAS**, the Court requested the Non-Parties and Trustee meet and confer to determine a proposed supplemental briefing schedule and second hearing date;

**NOW, THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate to and confirm the following**:**

1. The hearing on the Motion shall be held on February 20, 2026 at 1:30 p.m. PST, means/location subject to the Court's schedule, and the parties respectfully request a remote option for argument and attendance (as needed) should the hearing be held in person;
2. The Non-Parties' supplemental brief, which shall not exceed 20 pages, shall be filed and served no later than December 16, 2025;
3. The Trustee's response brief, which shall not exceed 20 pages, shall be filed and served no later than January 20, 2026;
4. The Non-Parties' reply, if any, which shall not exceed 15 pages, shall be filed and served no later than February 11, 2026;
5. The opening and opposition briefs will be limited to the new issues and questions raised during the October 30, 2025 hearing, and the reply brief will be limited to the issues raised in the opening and/or opposition briefs; and

The Parties certify that the above requested continuance and modified briefing schedule is made in good faith and not for delay or any other improper purpose.

*[Signature blocks appear on following page]*

Dated: December 11, 2025

| | |
|---|---|
| McDONALD CARANO LLP | GREENBERG TRAURIG, LLP |
| /s/ Ryan J. Works | /s/ Michael R. Hogue |
| Ryan J. Works, Esq. (NSBN 9224)<br>Jimmy F. Dahu, Esq. (NSBN 17061)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>rworks@mcdonaldcarano.com<br>jdahu@mcdonaldcarano.com | Michael R. Hogue, Esq. (NSBN 12400)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>hoguem@gtlaw.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Peter H. Fountain, Esq.<br>(admitted *pro hac vice*)<br>Madeleine Zabriskie, Esq.<br>(admitted *pro hac vice*)<br>295 Fifth Avenue<br>New York, NY 10016<br>peterfountain@quinnemanuel.com<br>madeleinezabriskie@quinnemanuel.com | Sylvia E. Simson, Esq. (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Sylvia.Simson@gtlaw.com<br><br>Alan J. Brody, Esq. (admitted *pro hac vice*)<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br><br>*Attorneys for Non-Party Anson Funds Management LP* |
| *Attorneys for Non-Party Citadel Securities LLC* | |
| SEMENZA RICKARD LAW | HARTMAN & HARTMAN |
| /s/ Jarrod L. Rickard | /s/ Jeffrey J. Hartman |
| Jarrod L. Rickard, Esq., (NSBN 10203)<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>jlr@semenzarickard.com | Jeffrey L. Hartman, Esq. (NSBN 1607)<br>510 West Plumb Lane, Suite B<br>Reno, NV 89509<br>jlh@bankruptcyreno.com |
| DAVIS WRIGHT TREMAINE, LLP<br>Michael Rella, Esq. (admitted *pro hac vice*)<br>Shanaye Carvajal, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>michaelrella@dwt.com<br>shanayecarvajal@dwt.com<br><br>*Attorneys for Non-Party Virtu Financial, LLC* | CHRISTIAN ATTAR<br>James W. Christian (admitted *pro hac vice*)<br>1177 West Loop South, Suite 1700<br>Houston, TX 77027<br>JChristian@christianattarlaw.com<br><br>SCHNEIDER WALLACE COTTRELL KIM LLP<br>David D. Burnett (admitted *pro hac vice*)<br>1050 30th Street NW<br>Washington, DC 20007<br>dburnett@schneiderwallace.com<br><br>ROBINSON SHARP SULLIVAN BRUST<br>Clayton P. Brust (NSBN 5234)<br>71 Washington Street<br>Reno, Nevada 89503<br>cbrust@rssblaw.com<br><br>*Attorneys for Chapter 7 Trustee Christina Lovato* |