_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
December 16, 2025

| | |
|---|---|
| Jeffrey L. Hartman, Esq. (NSBN 1607)<br>HARTMAN & HARTMAN<br>510 W. Plumb Lane, Suite B<br>Reno, Nevada 89509<br>Telephone: (775) 324-2800<br>notices@bankruptcyreno.com<br><br>*Attorney for Christina Lovato,*<br>*Chapter 7 Trustee* | Ryan J. Works (NSBN 9224)<br>Jimmy F. Dahu (NSBN 17061)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rworks@mcdonaldcarano.com<br>jdahu@mcdonaldcarano.com<br><br>*Attorneys for Non-Party Citadel Securities LLC* |
| Michael R. Hogue, Esq. (NSBN 12400)<br>10845 Griffith Peak Drive, Suite 600<br>GREENBERG TRAURIG, LLP<br>Las Vegas, Nevada 89135<br>Telephone: (702) 938-6909<br>hoguem@gtlaw.com<br><br>*Attorneys for Non-Party Anson Funds*<br>*Management LP* | Jarrod L. Rickard, Esq. (NSBN 10203)<br>SEMENZA RICKARD LAW<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 835-6803<br>jlr@semenzarickard.com<br><br>*Attorneys for Non-Party Virtu Financial, LLC* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-gs<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION ON SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING DATE FOR NON-PARTIES CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**<br><br>**Proposed Hearing Date:** February 20, 2026<br>**Proposed Hearing Time:** 1:30 p.m. |

  The Court having reviewed the Stipulation on Supplemental Briefing Schedule and Hearing Date for Non-Parties Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC's Motion to Quash and/or for a Protective Order ("Stipulation") by and between Non-Party

subpoena respondents Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC ("Non-Parties") and Trustee Christina Lovato ("Trustee"), and upon due consideration of the Non-Parties' Motion to Quash and/or For a Protective Order, ECF No. 2088 *et seq.* (Aug. 5, 2025) ("Motion"); and the Stipulation; and for good cause shown, it is hereby:

**ORDERED** that the Stipulation is **APPROVED**;

**IT IS FURTHER ORDERED** that the hearing on the Motion is scheduled for February 20, 2026, at 1:30 p.m. PST, with counsel and their clients being permitted to argue and attend remotely as needed;

**IT IS FURTHER ORDERED** that 1) the Non-Parties' Supplemental Brief to the Motion, which shall not exceed 20 pages, shall be filed on or before December 16, 2025; 2) the Trustee's Response Brief, which shall not exceed 20 pages, shall be filed on or before January 20, 2026; and 3) the Non-Parties' reply brief, which shall not exceed 15 pages, shall be filed on or before February 11, 2026. The opening and opposition briefs will be limited to the new issues and questions raised during the October 30, 2025 hearing, and the reply brief will be limited to the issues raised in the opening and/or opposition briefs.

*[Signature blocks appear on following page]*

Respectfully submitted by:

| | |
|---|---|
| McDONALD CARANO LLP | GREENBERG TRAURIG, LLP |
| /s/ Ryan J. Works | /s/ Michael R. Hogue |
| Ryan J. Works, Esq. (NSBN 9224) | Michael R. Hogue, Esq. (NSBN 12400) |
| Jimmy F. Dahu, Esq. (NSBN 17061) | 10845 Griffith Peak Drive, Suite 600 |
| 2300 West Sahara Avenue, Suite 1200 | Las Vegas, NV 89135 |
| Las Vegas, NV 89102 | hoguem@gtlaw.com |
| rworks@mcdonaldcarano.com | |
| jdahu@mcdonaldcarano.com | Sylvia E. Simson, Esq. (admitted *pro hac vice*) |
| | One Vanderbilt Avenue |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | New York, NY 10017 |
| Peter H. Fountain, Esq. | Sylvia.Simson@gtlaw.com |
| (admitted *pro hac vice*) | |
| Madeleine Zabriskie, Esq. | Alan J. Brody, Esq. (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | 500 Campus Drive, Suite 400 |
| 295 Fifth Avenue | Florham Park, NJ 07932 |
| New York, NY 10016 | brodya@gtlaw.com |
| peterfountain@quinnemanuel.com | |
| madeleinezabriskie@quinnemanuel.com | *Attorneys for Non-Party Anson Funds Management LP* |
| *Attorneys for Non-Party Citadel Securities LLC* | |
| SEMENZA RICKARD LAW | HARTMAN & HARTMAN |
| /s/ Jarrod L. Rickard | /s/ Jeffrey J. Hartman |
| Jarrod L. Rickard, Esq., (NSBN 10203) | Jeffrey L. Hartman, Esq. (NSBN 1607) |
| 10161 Park Run Dr., Ste. 150 | 510 West Plumb Lane, Suite B |
| Las Vegas, NV 89145 | Reno, NV 89509 |
| jlr@semenzarickard.com | jlh@bankruptcyreno.com |
| DAVIS WRIGHT TREMAINE, LLP | CHRISTIAN ATTAR |
| Michael Rella, Esq. (admitted *pro hac vice*) | James W. Christian (admitted *pro hac vice*) |
| Shanaye Carvajal, Esq. (admitted *pro hac vice*) | 1177 West Loop South, Suite 1700 |
| 1251 Avenue of the Americas | Houston, TX 77027 |
| New York, NY 10020 | JChristian@christianattarlaw.com |
| michaelrella@dwt.com | |
| shanayecarvajal@dwt.com | SCHNEIDER WALLACE COTTRELL KIM LLP |
| *Attorneys for Non-Party Virtu Financial, LLC* | David D. Burnett (admitted *pro hac vice*) |
| | 1050 30th Street NW |
| | Washington, DC 20007 |
| | dburnett@schneiderwallace.com |
| | ROBINSON SHARP SULLIVAN BRUST |
| | Clayton P. Brust (NSBN 5234) |
| | 71 Washington Street |
| | Reno, Nevada 89503 |
| | cbrust@rssblaw.com |
| | *Attorneys for Chapter 7 Trustee Christina Lovato* |