NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1**  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the "Interest holder )
TANYA L PEDERSON

18544 PERDIDO BAY TER

LEESBURG, VA 20176

Telephone Number
703-431-2535

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**DEC 17 2025**

U S. BANKRUPTCY COURT
DANIEL S OWENS CLERK

**COURT USE ONLY**

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| **xxxx-5516** | ☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |

| **2**  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>TANYA L PEDERSON<br><br>Charles Schwab & Co , Inc  Omaha Operations Center 200 S 108th Ave Omaha, NE 68154<br><br>**Telephone Number**  800-435-4000 | **3**  Date Equity Interest was acquired<br><br>Between 06/16/2021 - 08/01/2024<br><br>SEE ATTACHED DOCUMENTATION |
|---|---|

| **4**  Total amount of member interest  Currently 0 shares / Loss of $616 17 | **5**  Certificate number(s) N/A |
|---|---|

**6**  Type of Equity Interest
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

**7**  Supporting Documents  Attach copies of supporting documents, such as stock certificates  option agreements  warrants etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8**  Date-Stamped Copy  To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box

■ I am the creditor        ☐ I am the creditor s authorized agent.  (Attach copy of power of attorney if any )        ☐ I am the trustee, or the debtor, or their authorized agent  (See Bankruptcy Rule 3004 )        ☐ I am a guarantor, surety  endorser, or other codebtor  (See Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information  and reasonable belief

Print Name    TANYA L PEDERSON
Title    _____
Company ___ Address  and  telephone  number  (if  different  from  notice address above)
_____
_____

(Signature)

(Date)  12-10-25

Telephone number  703-431-2535        email  DRTANYA@ME COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C. §§ 152 AND 3571*

[ Print Form ]        [ Save Form ]        [ Clear Form ]

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**      **TANYA L PEDERSON**

**BROKER:**  **Charles Schwab**

**ACCT #:**    **xxxx-5516**

**\*\*This is the Transaction from Schwab**

| Date | Settlement Date | Action | Symbol/CUSIP | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| 6/16/2021 | 6/18/2021 | Buy | TRCH | 100.000 | TORCHLIGHT ENERGY RE | $5.96 | ($595.50) |
| 6/23/2021 | 6/25/2021 | Sell | TRCH | (50.000) | TORCHLIGHT ENERGY RE | $5.91 | $295.47 |
| **Total Invested Before Reverse Split** | | | | **50.000** | | | **($300.03)** |
| 6/25/2021 | | Spin-off | 59134N203 | 100.000 | META MATLS INC   0% PFDPFD | $0.00 | $0.00 |
| 6/29/2021 | | Reverse Split | 89102U103 | (50.000) | TORCHLIGHT ENERGY RE XXXMANDATORY MERGER   EFF: 06/28/21 | $0.00 | $0.00 |
| 6/29/2021 | | Reverse Split | MMAT | 25.000 | META MATLS INC | $0.00 | $0.00 |
| 9/27/2021 | 9/29/2021 | Buy | MMAT | 25.000 | META MATLS INC | $6.09 | ($152.13) |
| 11/14/2022 | 11/16/2022 | Buy | MMAT | 100.000 | META MATLS INC | $1.71 | ($170.99) |
| **Total Invested Before Reverse Split** | | | | **150.000** | | | **($323.12)** |
| 1/29/2024 | | Reverse Split | 59134N104 | (150.000) | META MATLS INC   XXXREVERSE SPLIT   EFF: 01/29/24 | $0.00 | $0.00 |
| 1/29/2024 | | Reverse Split | MMAT | 2.000 | META MATLS INC | $0.00 | $0.00 |
| 8/1/2024 | 8/2/2024 | Sell | MMAT | (2.000) | META MATLS INC | $2.35 | $4.70 |
| | | | | - | | | **($618.45)** |
| | | | | | | | |
| 10/7/2022 | 10/12/2022 | Buy | MMTLP | 200.000 | META MATLS INC   0% PFDPFD | $2.35 | ($476.95) |
| 12/13/2022 | | Exchange or Exercise | 591994371 | 300.000 | META MATLS INC   0% PFDPENDING RECEIPT OF NEW SHARES | $0.00 | $0.00 |
| 12/13/2022 | | Exchange or Exercise | 59134N203 | (300.000) | META MATLS INC   0% PFDPFD | $0.00 | $0.00 |
| 12/30/2022 | | Mandatory Reorg Exc | 591994371 | (300.000) | META MATLS INC   0% PFDPENDING RECEIPT OF NEW SHARES | $0.00 | $0.00 |
| 12/30/2022 | | Mandatory Reorg Exc | 629999590 | 300.000 | NEXT BRIDGE HYDROCARBONS | $0.00 | $0.00 |