NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor<br>**Meta Materials Inc** | Case Number<br>**24-50792** | |
|---|---|---|

| 1 **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")<br><br>*Layne T. Hanson*<br>*S3782A Woodland Rd*<br>*Viroqua, WI*<br>*54665*<br><br>Telephone Number<br>*608 606 3290* | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED**<br><br>DEC 17 2025<br><br>US BANKRUPTCY COURT<br>DANIEL S OWENS, CLERK<br><br>**COURT USE ONLY** |

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor (last 4 digits only)<br>**1154** | Check here if this Proof of Interest<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated. _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br>Layne T Hanson<br>Charles Schwab & CO<br>Telephone Number 1 (877) 519 1403 | 3 **Date Equity Interest was acquired**<br>**Between 12/14/21 and 1/29/24** |
|---|---|

| 4 Total amount of member interest- 2 _____ | 5 Certificate number(s) See attached documentation _____ |
|---|---|

6 **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

7 **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8 **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9 **Signature**
Check the appropriate box
■ I am the interest holder    ☐ I am the interest holder's authorized agent    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any )    or their authorized agent.    endorser, or other
(See Bankruptcy Rule 3004 )    codebtor
(see Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information and reasonable belief

Print Name  Layne T. Hanson
Title _____
Company ___ Address and telephone number (if different from notice address above)

(Signature)  *Layne T. Hanson*    (Date) *12-11-25*

Telephone number 6086063290    email hansonlayne@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 AND 3571*

Transaction History for Designated Bene Individual  ..154

**Transactions found from 12/11/2021 to 12/11/2025**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|---------:|------:|------------:|-------:|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 2 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -200 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 200 | | | |
| 10/03/2023 | Buy | MMAT<br>TDA TRAN - Bought   100 (MMAT) @0 2308 | 100 | $0.2308 | | -$23 08 |
| 09/26/2023 | Buy | MMAT<br>TDA TRAN - Bought   100 (MMAT) @0 2121 | 100 | $0 2121 | | -$21 21 |
| 08/04/2023 | Sell | MMAT<br>TDA TRAN - Sold 3300 (MMAT) @0 2401 | 3 300 | $0.2401 | $0 49 | $791 84 |
| 08/03/2023 | Buy | MMAT<br>TDA TRAN - Bought 3300 (MMAT) @0 2509 | 3 300 | $0.2509 | | -$827 97 |
| 07/31/2023 | Journaled Shares | MMAT 07/28/2023 0 50 C<br>TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION   T GS30000500) | -7 | | | |
| 07/24/2023 | Journaled Shares | MMAT 07/21/2023 1 50 C<br>TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION   T GL30001500) | -6 | | | |
| 07/24/2023 | Journaled Shares | MMAT 07/21/2023 0 50 C<br>TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION   T GL30000500) | -10 | | | |
| 06/29/2023 | Buy to Open | MMAT 07/21/2023 0 50 C<br>TDA TRAN - Bought to Open 10 (MMAT Jul 21 2023 0 5 Call) @0 0200 | 10 | $0 02 | $6 60 | -$26 60 |
| 06/28/2023 | Buy to Open | MMAT 07/28/2023 0 50 C<br>TDA TRAN - Bought to Open 7 (MMAT Jul 28 2023 0 5 Call) @0 0300 | 7 | $0 03 | $4 62 | -$25 62 |
| 06/26/2023 | Sell | MMAT<br>TDA TRAN - Sold 11000 (MMAT) @0 1940 | 11 000 | $0 194 | $1 62 | $2 132 38 |
| 04/26/2023 | Buy | MMAT<br>TDA TRAN - Bought 10000 (MMAT) @0 1948 | 10 000 | $0 1948 | | -$1 948 00 |
| 04/06/2023 | Buy to Open | MMAT 07/21/2023 1 50 C<br>TDA TRAN - Bought to Open 6 (MMAT Jul 21 2023 1 5 Call) @0 0400 | 6 | $0 04 | $3 96 | -$27 96 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0 4666 | 1 000 | $0 4666 | | -$466 60 |
| 03/15/2023 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT) @0 5208 | 1 000 | $0 5208 | $0 15 | $520 65 |
| 12/22/2022 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @1 1999 | 1 000 | $1 1999 | | -$1 199 90 |
| 12/06/2022 | Sell | MMAT<br>TDA TRAN - Sold 1175 (MMAT) @1 6700 | 1 175 | $1 67 | $0 19 | $1 962 06 |
| 12/05/2022 | Buy | MMAT<br>TDA TRAN - Bought 1175 (MMAT) @1 6999 | 1 175 | $1 6999 | | $1 997 38 |
| 11/30/2022 | Sell | MMAT<br>TDA TRAN - Sold 1075 (MMAT) @1 8200 | 1 075 | $1 82 | $0 18 | $1 956 32 |
| 11/28/2022 | Buy | MMAT<br>TDA TRAN - Bought 1075 (MMAT) @1 8499 | 1 075 | $1 8499 | | -$1 988 64 |
| 11/23/2022 | Sell | MMAT<br>TDA TRAN - Sold   218 (MMAT) @1 8209 | 218 | $1.8209 | $0 04 | $396 92 |
| 11/23/2022 | Sell | MMAT<br>TDA TRAN - Sold 2400 (MMAT) @1 9100 | 2 400 | $1 91 | $0 41 | $4 583 59 |
| 11/22/2022 | Buy | MMAT<br>TDA TRAN - Bought 1500 (MMAT) @2 0300 | 1 500 | $2 03 | | -$3 045 00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Bought   118 (MMAT) @1 8592 | | | | |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @1 4600 | 1 000 | $1 46 | | -$1 460 00 |
| 11/01/2022 | Sell | MMAT<br>TDA TRAN - Sold   970 (MMAT) @1 1109 | 970 | $1 1109 | $0 15 | $1 077 42 |
| 10/31/2022 | Buy | MMAT<br>TDA TRAN - Bought   970 (MMAT) @1 0286 | 970 | $1 0286 | | -$997 74 |
| 10/21/2022 | Sell to Close | MMAT 01/20/2023 1 00 C<br>TDA TRAN - Sold to Close 18 (MMAT Jan 20 2023 1 0 Call) @0.2600 | 18 | $0.26 | $11 93 | $456 07 |
| 10/20/2022 | Sell | MMAT<br>TDA TRAN - Sold   100 (MMAT) @0 8626 | 100 | $0 8626 | $0 01 | $86 25 |
| 10/20/2022 | Sell | MMAT<br>TDA TRAN - Sold 3900 (MMAT) @0 8600 | 3 900 | $0 86 | $0 59 | $3 353 41 |
| 10/19/2022 | Buy | MMAT<br>TDA TRAN - Bought 4000 (MMAT) @0 8373 | 4 000 | $0 8373 | | -$3 349 20 |
| 10/14/2022 | Sell | MMAT<br>TDA TRAN - Sold   400 (MMAT) @0 9600 | 400 | $0 96 | $0 06 | $383 94 |
| 10/13/2022 | Sell | MMAT<br>TDA TRAN - Sold   600 (MMAT) @1 0250 | 600 | $1 025 | $0 09 | $614 91 |
| 10/12/2022 | Buy to Open | MMAT 01/20/2023 1 00 C<br>TDA TRAN - Bought to Open 2 (MMAT Jan 20 2023 1 0 Call) @0 3100 | 2 | $0 31 | $1 32 | -$63 32 |
| 07/25/2022 | Buy to Open | MMAT 01/20/2023 1 00 C<br>TDA TRAN - Bought to Open 8 (MMAT Jan 20 2023 1 0 Call) @0 2500 | 8 | $0.25 | $5 28 | -$205 28 |
| 07/22/2022 | Buy to Open | MMAT 01/20/2023 1 00 C<br>TDA TRAN - Bought to Open 8 (MMAT Jan 20 2023 1 0 Call) @0 2600 | 8 | $0.26 | $5 28 | -$213 28 |
| 07/19/2022 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0 9425 | 1,000 | $0 9425 | | -$942 50 |
| 05/09/2022 | Sell | MMAT<br>TDA TRAN - Sold   550 (MMAT) @1 1613 | 550 | $1 1613 | $0 07 | $638 65 |
| 03/01/2022 | Buy | MMAT<br>TDA TRAN - Bought   500 (MMAT) @2 1800 | 500 | $2 18 | | -$1 090 00 |
| 12/14/2021 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT) @2 9101 | 1 000 | $2 9101 | $0 13 | $2 909 97 |

Page Total **$1,725 71**

(1123-3U5Y 0924-CLCV)

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close  but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

**Brokerage Products  Not FDIC Insured   No Bank Guarantee   May Lose Value**

Account   154
Today's Date  10 26 AM ET  12/11/2025

To whom it may concern,

I am also an MMTLP shareholder  I currently hold 7353 shares at Equiniti (AST Shareholder Central)

I received approximately 700 shares of MMTLP through the TRCH merger  The balance of these shares were purchased through TDAmentrade, and transferred to book entry form in 2 separate transactions (see attached documents)

I cannot retrieve any transaction confirmations through Schwab, probably because they were transferred directly from TDAmentrade before the merger

Thank you,

Layne Hanson

S3782A Woodland Rd
Viroqua, WI
54665

**AST    Shareholder Central**                                    👤 LAYNE HANSON ▾

## Account Information

**NEXT BRIDGE HYDROCARBONS INC**
Account # 0000010909

**Registered Holder**
LAYNE THOMAS HANSON
S 3782 A WOODLAND RD
VIROQUA WI 54665 (Update Address)
Email   hansonlayne@gmail com  (Update Email)
Phone   +1 608-606-3290  (Update Phone)

# CURRENT HOLDINGS

| Certificated Shares | Book Shares | DR Shares | Total Shares | Price | Total Value (USD) |
|---|---|---|---|---|---|
| 0 000 | 7,353 0 00 | 0 000 | 7,353 0 00 | unav ailabl e | stock price is unava ilable |

# ACCOUNT REGISTRATION DETAIL

| Account Type: | Individual |
|---|---|
| **Direct Deposit Status:** | No Direct Deposit |
| **DR Status:** | Non DR Participant |
| **Account Email.** | HANSONLAYNE@GMAIL COM |
| **Documents by Email:** | Y (Edit) |

**Share Detail**

Company Name  **NEXT BRIDGE HYDROCARBONS INC**

Account  **0000010909**

Total Shares  **7,353 000**

2 Records

| Certificate Number/Book | Shares | Issue Date | Surrender Date |
|---|---|---|---|
| Book Entry | 5,553 000 | 11-Aug-2023 | Open Shares |
| Book Entry | 1 800 000 | 08-Mar-2023 | Open Shares |

ⓘ Certificates displayed in red indicate the presence of a stop transfer order

About AST

AST Corporate Web Site

AST Leadership

Contact Us

Frequently Asked Questions

Glossary

Knowledge Center

© 2025 Equiniti Trust Company  LLC  All rights reserved  | Terms & Conditions | Privacy Policy