NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Veronica M. Dahle

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Veronica M. Dahle
6 Mohawk Dr.
Clinton, CT 06413

Telephone Number: 585 313-4742

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 18 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: Schwab-1651-0573 1995-8982 8869-2518

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Veronica M. Dahle - 6 Mohawk Dr. Clinton, CT 06413
Telephone Number: 585 313-4742

3. **Date Equity Interest was acquired:** 5,000 Sh in 2019-20 (TRCH/MMAT) 19,000 Sh Nov 10-23, 2022

4. **Total amount of member interest:** $38,610

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: VERONICA M. DAHLE
Title:
Company: Address and telephone number (if different from notice address above): 6 Mohawk Dr. Clinton, CT 06413

(Signature) Veronica M. Dahle   12-15-2025 (Date)
Telephone number: 585-313-4742   email: mecca28@icloud.com
Rondahle44@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 Joint Tenant   1651-0573 ∨   ✓

Page last updated: 08:25 PM ET, 12/11/2022   ↻ Refresh   ▪ He

Market Value

 ℹ Introducing a new positions experience. Visit the new positions page. ✕

View Realized Gain/Loss

| Account Value | Cash & Cash Invest. ▣ | Market Value | Day Change[1] | | Cost Basis | Gain/Loss[3] ❶ |
|---|---|---|---|---|---|---|
| $95,254.68 | $59,779.58 | $35,475.10 | -$1,148.45 (-1.19%) ▣ | | $63,930.40 | -$28,455.30 (-44.51%) |

Group By:   Security Type   ∨   ✿ Settings   Condensed View:   OFF

| Symbol Name Full \| Short | Quantity | Price | Price Change $ \| % | Market Value | Day Change[2] $ \| % | Cost Basis | Gain/Loss[3] ❶ $ \| % | Rating[4] | Reinve |
|---|---|---|---|---|---|---|---|---|---|
| **▣ Equities** | | | | | | | | | |
| ▣ MMTLP ⟋ META MATLS INC 0% PFD PFD | 9,490 | $2.99[6] | +$0.095 | $28,375.10 [6] | +$901.55 | $39,020.60 | -$10,645.50 | -- | No |
| MMAT META MATLS INC | 5,000 | $1.42[6] | -$0.41 | $7,100.00 [6] | -$2,050.00 | $24,909.80 | -$17,809.80 | – | No |
| **Equities Total** | | | | $35,475.10 | -$1,148.45 | $63,930.40 | -$28,455.30 | | |
| **▣ Cash & Money Market** | | | | | | | | | |
| Cash & Cash Investments [7] | | | | $59,779.58 | +$0.00 | – | – | – | -- |
| **Cash & Money Market Total** | | | | $59,779.58 | +$0.00 | N/A | N/A | | |
| **Account Total** | | | | $95,254.68 | $1,148.45 | $63,930.40 | -$28,455.30 | | |

Prices and Market Values are real-time and based on NASDAQ Last Sale or a consolidated market quote unless otherwise indicated.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users. Non-professional users may see a mix of real time and delayed quotes.

For Mutual funds, the NAV is a daily calculation occurring after market close. This process may take 2-to-4 hours before a final NAV is made available to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Day Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.
1. The Account Day Change ($) and (%) are based on the difference between the sum of the current market value of all positions plus the current cash balances less the previous closing values for positions and cash balances. The Account Day Change will be available until one hour prior to the next market open.
2. The Position Day Change value is calculated as: Price Change x the shares/bonds/units/contracts held in the account currently. It assumes no change in quantity from the prior day and will be available until one hour prior to the next market open.
3. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all the adjustments that may be necessary for purposes of computing your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.
4. Ratings are specific to each type of security. Equities display Schwab Equity Ratings®, ETFs & Closed End Funds display a link to Morningstar ratings, Mutual Funds display Morningstar ratings, and Fixed Income display S&P followed by Moody's ratings.
5. The % of Account Assets for each position is calculated using all the long positions with values and all cash or cash investment amounts.
6. The value reported may not reflect the current price.
7. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC

*Veron*

| Individual | 1995-8982 ⌄ |
|---|---|

Page last updated: 08:33 PM ET, 12/11/2022   ↻ Refresh   ▪ He

Market Value

🛈 Introducing a new positions experience. Visit the new positions page. ✕

*Asset transfer team 877 284-9830*

View Realized Gain/Loss

| Account Value | Cash & Cash Invest. ▪ | Market Value | Day Change[1] |
|---|---|---|---|
| $48,663.20 | $0.00 | $48,663.20 | -$6,319.36 (-11.49%) ▪ |

Group By:  Security Type  ⌄    ⚙ Settings         Condensed View: ◯   OFF

| Symbol Name Full \| Short | Quantity | Price | Price Change $ \| % | Market Value | Day Change [2] $ \| % | ▲ Rating [3] | Reinvest? | % of Account [4] | |
|---|---|---|---|---|---|---|---|---|---|
| **Equities** | | | | | | | | | |
| EPD ENTERPRISE PRODS PART LP | 200 | $23.88[5] | +$0.02 | $4,776.00 [5] | +$4.00 | -- | No | 9.81% | ≡⌄ |
| MMAT META MATLS INC | 15,000 | $1.42[5] | -$0.41 | $21,300.00 [5] | -$6,150.00 | -- | No | 43.77% | ≡⌄ |
| MMTLP META MATLS INC 0% PFD PFD | 5,200 | $2.99[5] | +$0.095 | $15,548.00 [5] | +$494.00 | -- | No | 31.95% | ≡⌄ |
| MTRT METAL ARTS INC | 8,000 | $0.8799[5] | -$0.08342 | $7,039.20 [5] | -$667.36 | -- | No | 14.47% | ≡⌄ |
| **Equities Total** | | | | **$48,663.20** | **-$6,319.36** | | | **100%** | |
| **Cash & Money Market** | | | | | | | | | |
| Cash & Cash Investments [6] | | | | $0.00 | +$0.00 | -- | -- | N/A | -- |
| **Cash & Money Market Total** | | | | **$0.00** | **+$0.00** | | | **N/A** | |
| **Account Total** | | | | **$48,663.20** | **-$6,319.36** | | | | |

Prices and Market Values are real-time and based on NASDAQ Last Sale or a consolidated market quote unless otherwise indicated.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users. Non-professional users may see a mix of real time and delayed quotes.

For Mutual funds, the NAV is a daily calculation occurring after market close. This process may take 2-to-4 hours before a final NAV is made available to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Day Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.
1. The Account Day Change ($) and (%) are based on the difference between the sum of the current market value of all positions plus the current cash balances less the previous closing values for positions and cash balances. The Account Day Change will be available until one hour prior to the next market open.
2. The Position Day Change value is calculated as: Price Change x the shares/bonds/units/contracts held in the account currently. It assumes no change in quantity from the prior day and will be available until one hour prior to the next market open.
3. Ratings are specific to each type of security. Equities display Schwab Equity Ratings®, ETFs & Closed End Funds display a link to Morningstar ratings, Mutual Funds display Morningstar ratings, and Fixed Income display S&P followed by Moody's ratings.
4. The % of Account Assets for each position is calculated using all the long positions with values and all cash or cash investment amounts.
5. The value reported may not reflect the current price.
6. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds)

Roth Contributo    **8869-2518** ˅

Market Value

---

ⓘ  Introducing a new positions experience. Visit the new positions page.  ✕

View Realized Gain/Loss

| Account Value | Cash & Cash Invest. ▣ | Market Value | Day Change[1] |
|---|---|---|---|
| **$89,340.58** | **$2,410.22** | **$86,930.36** | **-$1,766.10 (-1.94%)** ▣ |

**Group By:** Security Type ˅    ✿ **Settings**    **Condensed View:** ◯  **OFF**

| Symbol Name Full \| Short | Quantity | Price | Price Change $ \| % | Market Value | Day Change[2] $ \| % | ▲ Rating[3] | Reinvest? | % of Account[4] | |
|---|---|---|---|---|---|---|---|---|---|
| **■ Equities** | | | | | | | | | |
| **SWAV** SHOCKWAVE MEDICAL INC | 50 | $230.06$^5$ | -$8.85 | $11,503.00 $^5$ | -$442.50 | `c` | No | 12.88% | ≡˅ |
| **MMAT** META MATLS INC | 4,000 | $1.42$^5$ | -$0.41 | $5,680.00 $^5$ | -$1,640.00 | — | No | 6.36% | ≡˅ |
| **MMTLP** META MATLS INC 0% PFD PFD | 11,000 | $2.99$^5$ | +$0.095 | $32,890.00 $^5$ | +$1,045.00 | — | No | 36.81% | ≡˅ |
| **MTRT** METAL ARTS INC | 4,000 | $0.8799$^5$ | -$0.08342 | $3,519.60 $^5$ | -$333.68 | — | No | 3.94% | ≡˅ |
| **SQM** SOCIEDAD QUIMICA Y MIN F... | 200 | $91.45$^5$ | -$0.10 | $18,290.00 $^5$ | -$20.00 | — | No | 20.47% | ≡˅ |
| **Equities Total** | | | | **$71,882.60** | **-$1,391.18** | | | **80.46%** | |
| **■ ETFs & Closed End Funds** | | | | | | | | | |
| **XLE** ENERGY SELECT SECTOR... | 182 | $82.68$^5$ | -$2.06 | $15,047.76 $^5$ | -$374.92 | Ratings ▣ | No | 16.84% | ≡˅ |
| **ETFs & Closed End Funds Total** | | | | **$15,047.76** | **-$374.92** | | | **16.84%** | |
| **⊞ Cash & Money Market** | | | | **$2,410.22** | **+$0.00** | | | **2.7%** | |
| **Account Total** | | | | **$89,340.58** | **-$1,766.10** | | | | |

---

Prices and Market Values are real-time and based on NASDAQ Last Sale or a consolidated market quote unless otherwise indicated.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users. Non-professional users may see a mix of real time and delayed quotes.

For Mutual funds, the NAV is a daily calculation occurring after market close. This process may take 2-to-4 hours before a final NAV is made available to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Day Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.

1. The Account Day Change ($) and (%) are based on the difference between the sum of the current market value of all positions plus the current cash balances less the previous closing values for positions and cash balances. The Account Day Change will be available until one hour prior to the next market open.

2. The Position Day Change value is calculated as: Price Change x the shares/bonds/units/contracts held in the account currently. It assumes no change in quantity from the prior day and will be available until one hour prior to the next market open.

3. Ratings are specific to each type of security. Equities display Schwab Equity Ratings®, ETFs & Closed End Funds display a link to Morningstar ratings,