MMTLP SHARES

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials Inc | 24-50792 |

**1    Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the Interest holder )

Josephine DALEY
10136 SHEPPARD AVE E
Toronto, ONTARIO, Canada
M1B-1E9

Telephone Number
1-416-272-7355

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED

DEC 18 2025

U.S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor | Check here if this claim |
|---|---|
| TD DIRECT INVESTING 124JY4J<br>"   124JY4A | ☐ replaces a previously filed Proof of Interest dated _____ DEC/12/24<br>☑ amends a previously filed Proof of Interest dated _DEC/12/24<br>ADDED |

| **2    Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**<br>Josephine DALEY 3500 STEELES AVE E Tower 2  2nd Floor MARHAM ON CANADA<br>Telephone Number   L3R-0X1<br>1800-465-5463 | **3    Date Equity Interest was acquired**<br>BETWEEN October/8/21 to Dec/9/22<br>✱ NO SHARES EVER SOLD |
|---|---|

| **4    Total amount of member interest** __32,425__ | **5    Certificate number(s)** _NBH0003845 and TD BANK_ |
|---|---|

**6    Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description __INVESTOR/SHAREHOLDER__

**7    Supporting Documents** Attach copies of supporting documents such as stock certificates  option agreements  warrants etc
DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8    Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped self addressed envelope and copy of this Proof of Interest

**9  Signature**
Check the appropriate box
☑ I am the creditor       ☐ I am the creditor s authorized agent       ☐ I am the trustee  or the debtor,       ☐ I am a guarantor  surety  endorser  or other codebtor
                           (Attach copy of power of attorney if any )       or their authorized agent       (See Bankruptcy Rule 3005 )
                                                                            (See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information and reasonable belief

Print Name  Josephine DALEY
Title
Company __ Address  and telephone number (if different from notice address above)
_____

(Signature)         (Date) Dec 3/25

Telephone number 416-272-6355 email Josephine.DALEY@Hotmail.
OR  416 272 7355                         .COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571*



NUMBER
NBH0003845

SHARES
******30000***

27067

**NEXT BRIDGE**
HYDROCARBONS

INCORPORATED UNDER THE
LAWS OF THE STATE
OF NEVADA

SEE REVERSE FOR CERTAIN
DEFINITIONS AND LEGENDS

This certifies that

JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON
M1B 1E9
CANADA

0000016833

******30000******
*******30000******
*******30000******
*******30000***
*******30000**
*******30000*

is the record holder of    **THIRTY THOUSAND**

**FULLY PAID AND NONASSESSABLE SHARES OF COMMON STOCK, PAR VALUE $0 0001 PER SHARE, OF**

## NEXT BRIDGE HYDROCARBONS, INC

transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed  This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers

Dated

MAY 08, 2024

27067001946 LHIO

PRESIDENT &
CHIEF EXECUTIVE OFFICER

CHIEF FINANCIAL OFFICER &
CORPORATE SECRETARY

BY

AUTHORIZED SIGNATURE

COUNTERSIGNED AND REGISTERED
EQUINITI TRUST COMPANY, LLC
TRANSFER AGENT
AND REGISTRAR

2852



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 08, 2021

▸ **For settlement on**  October 13  2021
▸ **Processed on**  October 08  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD VK-452434 | 200 | 1 50 | |

| | | | |
|---|---|---|---|
| Security number  43664T | Plus | Gross transaction amount | USD  300 00 |
| CUSIP ID  59134N203 | Plus | Commission | 9 99 |
| Trade number  002025 | | Premium on USD Funds converted at 26 84% | 83 20 |
| Trade processed by  GEDM | *Equals* **Net transaction amount** | | **CAD $393 19** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the**
**security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc   a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00021020 0000003859 20211008 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 11, 2021

▸ **For settlement on** October 13, 2021
▸ **Processed on** October 11 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD ZA-452554 | 100 | 2 20 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  220 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  006986 | | 26 79% | 61 61 |
| Trade processed by  GAGG | *Equals* **Net transaction amount** | | **CAD $291 60** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00007639 0000003860 20211011 59134N203 43664T

Order execution account
No advice or recommendations provided
Page **1** of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2021

▸ **For settlement on**  October 14, 2021
▸ **Processed on**  October 12  2021

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD NH-455728 | | 100 | 2 01 | |
| | | Gross transaction amount | | | USD  201 00 |
| Security number  43664T | *Plus* | Commission | | | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 26 69% | | | 56 31 |
| Trade number  005762 | | | | | |
| Trade processed by  GAJN | *Equals* **Net transaction amount** | | | | **CAD $267 30** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc   Member of the Canadian Investor Protection Fund**
00022948 0000003861 20211012 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2021

▸ **For settlement on**  October 15, 2021
▸ **Processed on**  October 13, 2021

| Transaction | Security Description | | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD XM-450842 | | 200 | 1 92 | |
| | | | Gross transaction amount | | USD  384 00 |
| Security number  43664T | | *Plus* | Commission | | 9 99 |
| CUSIP ID  59134N203 | | *Plus* | Premium on USD Funds converted at 26 49% | | 104 37 |
| Trade number  000428 | | | | | |
| Trade processed by  CJEM | | *Equals* | **Net transaction amount** | | **CAD $498 36** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00021325 0000003862 20211013 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2021

▸ **For settlement on** October 15, 2021
▸ **Processed on** October 13 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META-MATERIALS INC-A PFD UA-453946 | 200 | 1 80 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD 360 00 |
| *Plus* | Commission | 9 99 |
| *Plus* | Premium on USD Funds converted at 26 49% | 98 01 |
| *Equals* | **Net transaction amount** | **CAD $468 00** |

Security number 43664T
CUSIP ID 59134N203
Trade number 006622
Trade processed by 9EON

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00021328 0000003862 20211013 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

**Account number and type**
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 14, 2021

▸ **For settlement on** October 18, 2021
▸ **Processed on** October 14, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC A PFD ZW-454568 | 200 | 1 50 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD 300 00 |
| Security number 43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number 002411 | | 25 79% | 79 95 |
| Trade processed by 9EON | *Equals* **Net transaction amount** | | **CAD $389 94** |

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00023381 0000003863 20211014 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 14, 2021

▶ **For settlement on** October 18, 2021
▶ **Processed on** October 14, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD ZP 455643 | 600 | 1 60 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD 960 00 |
| Security number 43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at 25 79% | 250 16 |
| Trade number 009186 | | | |
| Trade processed by 9EON | *Equals* **Net transaction amount** | | **CAD $1,220 15** |

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00023385 0000003863 20211014 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 14, 2021

▸ **For settlement on**  October 18, 2021
▸ **Processed on**  October 14  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD PV-452327 | 300 | 1 62 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  486 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 25 79% | 127 92 |
| Trade number  001039 | | | |
| Trade processed by  9EON | *Equals* **Net transaction amount** | | **CAD $623 91** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products  trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00023380 0000003863 20211014 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 18, 2021

▸ **For settlement on** October 20, 2021

▸ **Processed on** October 18 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD GJ-457020 | 300 | 1 50 | |

|  |  |  |  |
|---|---|---|---|
| | | Gross transaction amount | USD 450 00 |
| Security number 43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number 006219 | | 25 99% | 119 55 |
| Trade processed by 9EON | ***Equals*** **Net transaction amount** | | **CAD $579 54** |

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

### Thank you for choosing
### TD Direct Investing

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00024562 0000003865 20211018 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 20, 2021

▸ **For settlement on**  October 22, 2021
▸ **Processed on**  October 20, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD WX-454816 | 3 500 | 1 53 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  5,355 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 25 29% | 1,356 81 |
| Trade number  001256 | | | |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $6,721 80** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc   Member of the Canadian Investor Protection Fund**
00024194 0000003867 20211020 59134N203 43664T

Order execution account
No advice or recommendations provided

Page **1** of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 03, 2021

▸ **For settlement on**  November 05  2021
▸ **Processed on**  November 03  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD OR-463011 | 1 000 | 1 50 | |

|  |  | Amount ($) |
|---|---|---|
| | Gross transaction amount | USD  1,500 00 |
| *Plus* | Commission | 9 99 |
| *Plus* | Premium on USD Funds converted at 26 39% | 398 49 |
| *Equals* | **Net transaction amount** | **CAD $1,908 48** |

Security number  43664T       /
CUSIP ID  59134N203
Trade number  004846
Trade processed by  9EON

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00027717 0000003877 20211103 59134N203 43664T

Order execution account
No advice or recommendations provided

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 03, 2021

▸ **For settlement on** November 05 2021
▸ **Processed on** November 03 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD FJ 458135 | 1,000 | 1 50 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD 1,500 00 |
| Security number 43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at 26 39% | 398 49 |
| Trade number 005927 | | | |
| Trade processed by 9EON | *Equals* **Net transaction amount** | | CAD $1,908 48 |

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00027718 0000003877 20211103 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 26, 2021

▸ **For settlement on**  November 30  2021
▸ **Processed on**  November 26  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD FA-468437 | 1 300 | 1 67 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  2,171 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  004517 | | 29 79% | 649 72 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $2,830 71** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00032652 0000003894 20211126 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 29, 2021

▸ **For settlement on**  December 01, 2021
▸ **Processed on**  November 29  2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD<br>ZG-470241 | 10 000 | 1 76 | |

| | | | |
|---|---|---|---|
| Security number  43664T | *Plus* | Gross transaction amount | 'USD  17,600 00 |
| CUSIP ID  59134N203 | *Plus* | Commission | 9 99 |
| Trade number  002647 | | Premium on USD Funds converted at<br>29 20% | 5,142 12 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $22,752 11** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
_TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00028791 0000003895 20211129 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 15, 2021

▸ **For settlement on**  December 17, 2021

▸ **Processed on**  December 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD JA-475673 | 1 000 | 1 30 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  1,300 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  001021 | | 31 14% | 407 93 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $1,717 92** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**

TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00025753 0000003907 20211215 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

### Account number and type
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 21, 2022

‣ **For settlement on**  January 25  2022
‣ **Processed on**  January 21, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD CY 486345 | 1 500 | 1 23 | |

| | | | Amount ($) |
|---|---|---|---|
| Security number  43664T | *Plus* | Gross transaction amount | USD  1,845 00 |
| CUSIP ID  59134N203 | *Plus* | Commission | 9 99 |
| Trade number  000962 | *Plus* | Premium on USD Funds converted at 27 49% | 509 94 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $2,364 93** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00035091 0000003934 20220121 59134N203 43664T

Order execution account
No advice or recommendations provided

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on February 03, 2022

▸ **For settlement on** February 07 2022
▸ **Processed on** February 03 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC A PFD AS-490718 | 1 000 | 1 24 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD 1,240 00 |
| Security number 43664T | *Plus* Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* Premium on USD Funds converted at | |
| Trade number 006354 | 28 74% | 359 25 |
| Trade processed by 9EON | *Equals* **Net transaction amount** | **CAD $1,609 24** |

*As agent, TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00026833 0000003943 20220203 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 03, 2022

▸ **For settlement on**  March 07, 2022
▸ **Processed on**  March 03, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD XA-499861 | 1 500 | 1 70 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  2,550 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 28 79% | 737 02 |
| Trade number  002189 | | | |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $3,297 01** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing TD Direct Investing**

---

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00024387 0000003963 20220303 59134N203 43664T

Order execution account
No advice or recommendations provided
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 18, 2022

▸ **For settlement on**  March 22  2022
▸ **Processed on**  March 18  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD QE-506628 | 500 | 1 42 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  710 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 28 09% | |
| Trade number  002846 | | | 202 25 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $922 24** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00025416 0000003974 20220318 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 06, 2022

▶ **For settlement on** May 10, 2022
▶ **Processed on** May 06, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD MZ-518190 | 3 000 | 1 28 | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Gross transaction amount | | USD 3,840 00 |
| Security number 43664T | *Plus* | Commission | | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at | | |
| Trade number 004170 | | 31 09% | | 1 196 96 |
| Trade processed by 9EON | *Equals* | **Net transaction amount** | | **CAD $5,046 95** |

*As agent TD Direct Investing confirms the above purchase on a U S OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources currency conversion charges on certain trades and mutual fund transactions fees paid by issuers and others in connection with corporate actions and new issues the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S market makers and exchanges in connection with U S trades For more information see the TD Waterhouse Canada Inc Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

---

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00023567 0000004008 20220506 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON M1B 1E9

### Account number and type
124JY4J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 18, 2022

▸ **For settlement on** March 22, 2022
▸ **Processed on** March 18 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD BA-504682 | 250 | 1 42 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD 355 00 |
| Security number 43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number 003637 | | 28 09% | 102 53 |
| Trade processed by 9EON | *Equals* | **Net transaction amount** | **CAD $467 52** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00025418 0000003974 20220318 59134N203 43664T

**Order execution account**
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

# Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 18, 2022

‣ **For settlement on**  August 22, 2022
‣ **Processed on**  August 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD OZ-543488 | 1,000 | 1 45 | |

| | | | |
|---|---|---|---|
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  000932 | | 30 94% | 451 72 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $1,911 71** |

| | |
|---|---|
| Gross transaction amount | USD  1,450 00 |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the**
**security descriptions**  –
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00017236 0000004082 20220818 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 23, 2022

▸ **For settlement on**  August 25, 2022
▸ **Processed on**  August 23  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD SX-545337 | 700 | 1 32 | |
| | Gross transaction amount | | | USD  924 00 |

Security number 43664T  *Plus*  Commission — 9 99
CUSIP ID 59134N203  *Plus*  Premium on USD Funds converted at
Trade number 004083  31 59%  —  295 05
Trade processed by 9EON  *Equals*  **Net transaction amount**  **CAD $1,229 04**

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto-Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00015095 0000004085 20220823 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 01, 2022

▸ **For settlement on**  September 06, 2022
▸ **Processed on**  September 01  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD XP-549683 | 500 | 1 35 | |

|  |  |  |  |
|---|---|---|---|
| | | Gross transaction amount | USD  675 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID 59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  000319 | | 33 69% | 230 77 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $915 76** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00018788 0000004092 20220901 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 07, 2022

▸ **For settlement on**  October 12  2022
▸ **Processed on**  October 07  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD WS-553959 | 1 000 | 2 40 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  2,400 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 39 19% | 944 48 |
| Trade number  003077 | | | |
| Trade processed by  9EON | *Equals* **Net transaction amount** | | CAD $3,354 47 |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for
settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the
security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with  corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing
TD Direct Investing**

---

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00021234 0000004117 20221007 59134N203 43664T

Order execution account
No advice or recommendations provided
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2022

▸ **For settlement on**  October 14, 2022
▸ **Processed on**  October 12, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD JU-554890 | 100 | 3 91 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  391 00 |
| Security number  43664T | *Plus*  Commission | | 9 99 |
| CUSIP ID  59134N203 | *Plus*  Premium on USD Funds converted at | | |
| Trade number  003999 | 40 19% | | 161 16 |
| Trade processed by  9EON | *Equals*  **Net transaction amount** | | **CAD $562 15** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund**
00015927 0000004120 20221012 59134N203 43664T

Order execution account
No advice or recommendations provided
Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2022

‣ **For settlement on**  October 17, 2022
‣ **Processed on**  October 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD IV-558773 | 100 | 6 03 | |
| | Gross transaction amount | | | USD 603 00 |
| Security number  43664T | *Plus*   Commission | | | 9 99 |
| CUSIP ID  59134N203 | *Plus*   Premium on USD Funds converted at | | | |
| Trade number  001937 | 41 49% | | | 254 33 |
| Trade processed by  9EON | *Equals*  **Net transaction amount** | | | **CAD $867 32** |

*As agent, TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

### Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

### Thank you for choosing TD Direct Investing

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00020752 0000004121 20221013 59134N203 43664T

Order execution account
No advice or recommendations provided

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

### Account number and type
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 21, 2022

▸ **For settlement on**  October 25, 2022
▸ **Processed on**  October 21, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD TZ-559559 | 230 | 4 90 | |

|  |  |  |  |
|---|---|---|---|
| | | Gross transaction amount | USD  1,127 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  005148 | | 39 49% | 449 00 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $1,585 99** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the**
**security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**

TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00017523 0000004127 20221021 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 21, 2022

▸ **For settlement on**  November 23, 2022
▸ **Processed on**  November 21 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD SS-564614 | 100 | 9 95 | |

| | | | |
|---|---|---|---|
| | | Gross transaction amount | USD  995 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  002039 | | 36 39% | 365 72 |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | **CAD $1,370 71** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at
www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00015881 0000004148 20221121 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on November 30, 2022

▸ **For settlement on**  December 02, 2022
▸ **Processed on**  November 30  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD FC-567315 | 25 | 9 00 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  225 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at 37 19% | 87 39 |
| Trade number  004214 | | | |
| Trade processed by  9EON | *Equals* | **Net transaction amount** | CAD **$322 38** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund
00019654 0000004155 20221130 59134N203 43664T

Order execution account
No advice or recommendations provided
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2  2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

MS  JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on December 06, 2022

▸ **For settlement on**  December 08, 2022
▸ **Processed on**  December 06  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC-A PFD BZ-571079 | 100 | 5 33 | |

| | | Amount ($) |
|---|---|---|
| | Gross transaction amount | USD  533 00 |
| *Plus* | Commission | 9 99 |
| *Plus* | Premium on USD Funds converted at 38 59% | 209 54 |
| *Equals* | **Net transaction amount** | **CAD $752 53** |

Security number  43664T
CUSIP ID  59134N203
Trade number  000848
Trade processed by  9EON

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–Voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies  and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc  - Member of the Canadian Investor Protection Fund**
00020960 0000004159 20221206 59134N203 43664T

**Order execution account**
No advice or recommendations provided

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MS JOSEPHINE DALEY
10136 SHEPPARD AVE E
SCARBOROUGH ON  M1B 1E9

## Transaction Confirmation

**Account number and type**
124JY4A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on December 07, 2022

▸ **For settlement on**  December 09, 2022

▸ **Processed on**  December 07  2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC A PFD MR-570643 | 100 | 9 70 | |

|  |  |  |  |
|---|---|---|---|
| | | Gross transaction amount | USD  970 00 |
| Security number  43664T | *Plus* | Commission | 9 99 |
| CUSIP ID  59134N203 | *Plus* | Premium on USD Funds converted at | |
| Trade number  005371 | | 38 69% | 379 16 |
| Trade processed by  9EON | *Equals* **Net transaction amount** | | **CAD $1,359 15** |

*As agent  TD Direct Investing confirms the above purchase on a U S  OTC marketplace for settlement in your account*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies

Clients  accounts are protected by the Canadian Investor Protection Fund within specified limits A brochure describing the nature and limits of coverage is available upon request

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources  currency conversion charges on certain trades and mutual fund transactions  fees paid by issuers and others in connection with corporate actions and new issues  the sale of fixed income products, trailer fees paid by mutual fund companies and remuneration paid by U S  market makers and exchanges in connection with U S trades  For more information  see the TD Waterhouse Canada Inc  Account and Service Agreements and Disclosure Documents booklet It is also available online at www td com/ca/en/investing/direct investing

The name of the salesperson  dealer and/or market in this transaction will be provided upon request

TD Direct Investing is a division of TD Waterhouse Canada Inc  a subsidiary of The Toronto Dominion Bank

**Thank you for choosing**
**TD Direct Investing**

**TD Waterhouse Canada Inc    Member of the Canadian Investor Protection Fund**
00016094 0000004160 20221207 59134N203 43664T

Order execution account
No advice or recommendations provided

Page 1 of 1