NVB 3001 (Rev  12/24)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| Name of Debtor | Case Number |
|---|---|
| META MATERIALS, INC | 24-50792 |

| | |
|---|---|
| 1    **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor  Referred to hereinafter as the "Interest holder") <br><br> Sajid Majid <br> 26W561 Woodvale ct <br> Winfield IL 60190 <br><br> Telephone Number <br><br> 630673-0360 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest  Attach copy of statement giving particulars <br><br> ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors |

RECEIVED AND FILED

DEC 18 2025

US BANKRUPTCY COURT
DANIEL S OWENS, CLERK

CO      ONLY

NOTE  This form SHOULD NOT be used to make a claim against the Debtor for money owed  A separate Proof of Claim form should be used for that purpose  This form should only be used to assert an Equity Interest in the Debtor  An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor  An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership  or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| | |
|---|---|
| Account or other number by which Interest holder identifies Debtor (last 4 digits only) <br> 311119330827 | Check here if this Proof of Interest <br> ☐ replaces a previously filed Proof of Interest  <br> ☐ amends a previously filed Proof of Interest dated |
| 2    **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** <br> Robinhood <br> 85 Willow Road  Menlo Park  California 94025 <br><br> **Telephone Number** | 3    **Date Equity Interest was acquired** <br> Please see attached excel sheet |
| 4    **Total amount of member interest** 287 | 5    **Certificate number(s)** |

| |
|---|
| 6    **Type of Equity Interest** <br> Please indicate the type of Equity Interest you hold <br> ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor <br> ☐ Check this box if your Equity Interest is based on anything else and describe that interest <br> **Description** |
| 7    **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous  attach a summary |
| 8    **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest |
| 9 **Signature** <br> Check the appropriate box <br> ■ I am the interest holder    ☐ I am the interest holder's authorized agent    ☐ I am the trustee  or the debtor,    ☐ I am a guaranty surety <br> (Attach copy of power of attorney if any)    or their authorized agent    endorser  or other <br> (See Bankruptcy Rule 3004)    codebtor <br> (see Bankruptcy Rule 3005) |

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge  information  and reasonable belief

| | | |
|---|---|---|
| Print Name  Sajid Mjaid <br> Title <br> Company     Address and telephone number (if different from notice address above) <br> 26W561  Woodvale ct <br> Winfield  IL  60190 | (Signature) <br><br> Telephone number  630 673 0360    email sajidm          om <br> Sajidmajid@gmail.com | 12/15/25 <br> (Date) |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U      AND 3571*

Port olio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield | |
|---|---|---|---|---|---|---|---|
| ca   Mai tir   E tr ated Yi  1 u 00 Y | TR | J | | 1 ) 0u | 1 , ( | C0 00 | |
| Me a Ma ras   s  ma  d Yie d u u( 9% | | 1 | 8 | ) 1 | ~0 0 | $0 00 | |
| text B irt qn Hvd oc rbons ( rt r RESTRICT )   Es tma ed Yi  c  u 00% | k | , | 1 1 | ~u t0 u | C0 0C | $J 0J | |
| N  r a   F ur a e  )tn  1 84 | 4 7K | ~ | u | 5 0t0C | ~2 7 0 80 | $14 17 | |
| rouga in   E imu ed Yi  d u 00% | ~ | u | 1/ L | ~1 ( u ) | 3  E42 J4 | $0 0J | |
| In es ^ Exch ange Tra  c  un JTru   i mc  o NA^E C 100 i t F   Fs ii a c  Yi  c  C 019 | f | | ~ | 9( J0 | 32 u90 16 | $1 7 | |
| Ro  r  a mv   E  p a e  Yi   )0 Y | 1 ~ | 1 | u1 t / ~ | u f 4 | $0 0 | $0 00 | |
| 10 ~   to  ma e  le a  ~ 0C | 10 | , | , | ~~ u0u ) | ~26 64 | $0 ~ | |
| **Total Securitie** | | | | | $6 314 9J | $58 91 | |
| **Brokerage Cash Balance** | | | | | 524 38 | | |
| **Total Priced Portfolio** | | | | | 56 339 33 | | |

Portfolio Summa y

| Securities Held in Account | Sym Cusip | Acct Type | Qty | Price | Mkt Value | Est Dividend Yield |
|---|---|---|---|---|---|---|
| t.. c Martin c<br>F m c Yi  COY | RN | | t | 41 > uu | ^ 3 /r | $0 00 |
| Me A Ma n ls<br>t:ur o  Yie r  ( + | I( | t | 8 | 3 ^00 1 | 40 03 | $0 00 |
| I st B  q ll (re m)   n ( R RCT )<br>E tu ed Yi ( ))^ | k | r | 1 40 | $ 00 | 0 0 | $0 00 |
| Nok a<br>F Tra YI o 1 o9 | 4 )X | | ^ | 3 0 0 | 2 c 80 | $1 17 |
| Ucug n In<br>E n n o Yi  OC% | o 4 | C 3 | 1 ^ ( 3 t | 51 7 0 | ^ 4 91 | 0 CO |
| N co x fun Trxc  u TH  H c o NACAO ^FTF<br>F ra u Yi ( ^ o1% | OH | | 2   0 | 3 /9016 | $ 7 |
| R r ner v<br>Estm a ed Yi c )0 Y | P 3 | 3 | 362 | o  2 | 0 0 | $ 00 |
| 3 o<br>I sua e () e o 0 00 | 3 | | + 9 | $ 3 ) | 6 4 | $0 00 |
| **Total Securities** | | | | | **$6 314 95** | **$ 6 91** |
| **Brokerage Cash Balance** | | | | | 324 38 | |
| **Total Priced Portfolio** | | | | | $6,339 33 | |

# Reverse split

Meta Materials

Account

Individual account

Date received

Jan 29 2024

Split amount

1 for 100

Previous shares

28 643

New shares

286

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result the number of shares you own has changed but the overall market value of your position remains the same

To learn more about splits and other corporate actions visit our help center