NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>Cory Chapala | Case Number:<br>24-50792 | |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

_Cory Chapala_
_56 Sandalwood Crt NW_
_Calgary, Alberta, T3K 4B7_

Telephone Number: _403-472-7096_

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 2 2 2025**

**U.S. BANKRUPTCY COURT**
**DANIEL S. OWENS, CLERK**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

####1484

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Cory Chapala
North American Centre, 5700 Yonge Street, Suite 1900, Toronto,
Telephone Number: 1-888-783-7866

➕ → _Toronto, Ontario, M2M 4K2_

**3. Date Equity Interest was acquired:**
_06-24-2021_ – 10/25/2022

**4. Total amount of member interest:** 9,451 shares for $22,869.62

**5. Certificate number(s):** see attached documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cory Chapala
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)       _Dec 10, 2025_
                  (Date)

Telephone number: 403-472-7096    email: cchaps77@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*




**CANADA'S BEST MANAGED COMPANIES**

## Get the most out of your statement

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

## Talk to us, follow us, watch us

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page





CIPF FCPE
MEMBER
MEMBRE

# ACCOUNT STATEMENT

Order execution only account

| | Current month balance: ⬛⬛⬛⬛ |
| --- | --- |
| | (June 30, 2021) |
| | Last month balance: ⬛⬛⬛⬛ |
| | (May 31, 2021) |

**CORY CHAPALA**

56 SANDALWOOD CRT NW
CALGARY AB  T3K 4B7

| **Account #:** 28121484 | **Current month:** June 30, 2021 |
| --- | --- |
| **Type:** Individual Margin | **Account opened:** March 08, 2021 |
| **Currency:** CAD/USD | **Dealer:** Questrade, Inc. |

## CONTENT

**1 SUMMARY**
An overview of current and historical balances.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**02 PERFORMANCE**
Your current and historical rate of return.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

---

**Current month FX rate: $1.00 USD =** $1.2397  CAD     **Previous month FX rate: $1.00 USD =** $1.2064  CAD     **Account #:** 28121484     **Current month:** June 30, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.





## Stocks owned

## 03. INVESTMENT DETAILS

|  | | CURRENT MONTH | | | PREVIOUS MONTH | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 130,405.61 | 161,663.83 | | 121,546.72 | 146,627.88 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Securities held in USD | | | | | | | | | | |
|  |  | BK | 250,000.00 | 250,000.00 | 0.11 | 28,465.41 | 0.19 | 47,500.00 | 19,034.59 | 66.87 | 36.42 |
|  |  | BK | 100,000.00 | 100,000.00 | 0.06 | 5,794.06 | 0.07 | 7,400.00 | 1,605.94 | 27.72 | 5.67 |
|  |  | BK | 1,100,000.00 | 1,100,000.00 | 0.04 | 39,416.33 | 0.02 | 22,000.00 | -17,416.33 | -44.19 | 16.87 |
|  |  | BK | 600,000.00 | 600,000.00 | 0.04 | 22,505.59 | 0.01 | 4,200.00 | -18,305.59 | -81.34 | 3.22 |
|  |  | BK | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,809.95 | - | 1,000.00 | -809.95 | -44.75 | 0.77 |
| MMAT | META MATLS INC COMMON STOCK | BK | 751.00 | 751.00 | 19.81 | 14,880.10 | 6.31 | 4,738.81 | -10,141.29 | -68.15 | 3.63 |
|  |  | BK | 1,000,000.00 | 1,000,000.00 | 0.00 | 2,709.95 | 0.01 | 9,000.00 | 6,290.05 | 232.11 | 6.90 |
|  |  | BK | 150,000.00 | 150,000.00 | 0.05 | 7,769.90 | 0.12 | 17,400.00 | 9,630.10 | 123.94 | 13.34 |
|  |  | BK | 250,000.00 | 250,000.00 | 0.04 | 9,639.85 | 0.01 | 3,500.00 | -6,139.85 | -63.69 | 2.68 |
|  |  | BK | 147,111.00 | 147,111.00 | 0.06 | 9,086.26 | 0.04 | 5,590.22 | -3,496.04 | -38.48 | 4.29 |
|  |  | BK | 600,000.00 | 600,000.00 | 0.02 | 10,358.21 | 0.01 | 7,800.00 | -2,558.21 | -24.70 | 5.98 |
|  |  | BK | 20,000.00 | 20,000.00 | 0.07 | 1,305.95 | 0.01 | 260.00 | -1,045.95 | -80.09 | 0.20 |
|  |  | BK | 1.00 | 1.00 | 13.93 | 13.93 | 16.58 | 16.58 | 2.65 | 19.02 | 0.01 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.2397 CAD       Previous month FX rate: $1.00 USD = $1.2064 CAD       Account #: 28121484       Current month: June 30, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price (CAD) | Gross.¹ (CAD) | Com.¹ (CAD) | Net¹ (CAD) | Price (USD) | Gross.¹ (USD) | Com.¹ (USD) | Net¹ (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | | 181,650.00 | - | - | - | (144,770.14) |
| 05-28-2021 | 06-02-2021 | Buy | | A | 40,000 | - | - | - | | 0.119 | (4,760.00) | (9.95) | (4,769.95) |
| 06-01-2021 | 06-01-2021 | Deposit | | | - | - | - | - | 10,000.00 | - | - | - | |
| 06-01-2021 | 06-01-2021 | Deposit | | | - | - | - | - | 5,000.00 | - | - | - | |
| 06-02-2021 | 06-02-2021 | Deposit | | | - | - | - | - | 5,000.00 | - | - | - | |
| 06-07-2021 | 06-09-2021 | Buy | | WORKHORSE GROUP INC\|COMING AG... A... | 1,000 | - | - | - | | 13.900 | (13,900.00) | (9.95) | (13,909.95) |
| 06-10-2021 | 06-14-2021 | Buy | | | 2 | - | - | - | | 15.359 | (30.72) | (9.90) | (40.62) |
| 06-11-2021 | 06-15-2021 | Buy | | COMMON STOCK\|WE... | 100 | - | - | - | | 0.029 | (2.93) | (4.95) | (7.88) |
| 06-15-2021 | 06-17-2021 | Buy | | ...COMMON S... A...\|AVG PRICE - AS... | 100,000 | - | - | - | | 0.056 | (5,556.18) | (19.90) | (5,576.08) |
| 06-15-2021 | 06-17-2021 | Sell | | ...COMMON S...\|...TED TO A... | 40,000 | - | - | - | | 0.110 | 4,400.00 | (9.95) | 4,390.02 |
| 06-16-2021 | 06-16-2021 | | | A... | - | - | - | - | | - | - | - | (764.04) |
| 06-16-2021 | 06-18-2021 | Buy | | ...INC\|...STOCK\|WE ACT... A... | 100,000 | - | - | - | | 0.060 | (6,000.00) | (9.95) | (6,009.95) |
| 06-16-2021 | 06-18-2021 | Sell | | ...INC | 15,000 | - | - | - | | 0.163 | 2,451.00 | (9.95) | 2,441.03 |
| 06-16-2021 | 06-18-2021 | Sell | | ...INC\|...STOCK\|WE A... AGENT\|AVG... | 100,100 | - | - | - | | 0.056 | 5,615.61 | (9.95) | 5,605.63 |
| 06-22-2021 | 06-22-2021 | | | 28... | - | - | - | - | 2,000.00 | - | - | - | |
| 06-22-2021 | 06-24-2021 | Buy | | TORCHLIGHT ENERGY RESOURCES\|INC\|WE ACTED AS AGENT | 1,500 | - | - | - | | 9.900 | (14,850.00) | (9.95) | (14,859.95) |
| 06-22-2021 | 06-24-2021 | Buy | | ...\|...\|...TED AS A... | 1 | - | - | - | | 14.550 | (14.55) | (4.95) | (19.50) |

---

**Current month FX rate: $1.00 USD = $1.2397 CAD**    **Previous month FX rate: $1.00 USD = $1.2064 CAD**    **Account #: 28121484**    **Current month: June 30, 2021**

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.





## Stocks owned

## 03. INVESTMENT DETAILS

|  |  | CURRENT MONTH |  |  | PREVIOUS MONTH |  |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  | 135,701.41 | 184,872.81 |  | 96,885.69 | 133,992.91 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
| ▓▓ | ▓▓▓▓▓ INC COMMON STOCK | BK | 100,000.00 | 100,000.00 | 0.06 | 5,794.06 | 0.02 | 1,900.00 | -3,894.06 | -67.21 | 1.40 |
| ▓▓ | ▓▓▓▓▓▓▓▓ SHARES | BK | 1,100,000.00 | 1,100,000.00 | 0.04 | 39,416.33 | 0.01 | 5,500.00 | -33,916.33 | -86.05 | 4.05 |
| ▓▓ | ▓▓▓▓▓▓▓▓▓ | BK | 230,000.00 | 230,000.00 | 0.04 | 9,756.70 | 0.01 | 1,150.00 | -8,606.70 | -88.21 | 0.85 |
| ▓▓ | ▓▓▓▓▓▓▓ | BK | 4,429,421.00 | 4,429,421.00 | 0.01 | 35,355.42 | - | 2,879.12 | -32,476.30 | -91.86 | 2.12 |
| ▓▓ | ▓▓▓▓▓▓ MANAGEMENT ▓▓▓ ▓▓▓ STOCK | BK | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,809.95 | - | 150.00 | -1,659.95 | -91.71 | 0.11 |
| ▓▓ | ▓▓▓▓▓▓▓▓ | BK | 500.00 | 500.00 | 0.28 | 137.50 | 0.02 | 11.00 | -126.50 | -92.00 | 0.01 |
| ▓▓ | ▓▓▓▓▓▓▓▓ STOCK | BK | 100,000.00 | 100,000.00 | 0.15 | 14,759.95 | 0.03 | 3,082.91 | -11,677.04 | -79.11 | 2.27 |
| MMAT | META MATLS INC COMMON STOCK | BK | 9,451.00 | 9,451.00 | 2.42 | 22,869.62 | 1.05 | 9,923.55 | -12,946.07 | -56.61 | 7.31 |
| MMTLP | META MATLS INC PFD SER A | HMV | 9,075.00 | 9,075.00 | 3.21 | 29,096.30 | 6.85 | 62,163.75 | 33,067.45 | 113.65 | 45.81 |
| ▓▓ | PETROTEQ ENERGY INC ▓▓ | BK | 345,266.00 | 345,266.00 | 0.17 | 58,882.21 | 0.02 | 8,286.38 | -50,595.83 | -85.93 | 6.11 |
| ▓▓ | ▓▓▓▓▓▓▓ COMMON | BK | 600,000.00 | 600,000.00 | 0.02 | 12,074.75 | 0.01 | 3,000.00 | -9,074.75 | -75.15 | 2.21 |
| ▓▓ | ▓▓▓▓▓▓▓ | BK | 300.00 | 300.00 | 1.87 | 559.95 | 0.04 | 12.00 | -547.95 | -97.86 | 0.01 |
| ▓▓ | ▓▓▓▓▓▓▓ | BK | 200,000.00 | 200,000.00 | 0.14 | 27,828.38 | 0.19 | 37,000.00 | 9,171.62 | 32.96 | 27.27 |
| ▓▓ | ▓▓▓▓▓ HLDGS ▓▓▓▓▓▓▓ | BK | 600,000.00 | 600,000.00 | 0.02 | 10,358.21 | - | 600.00 | -9,758.21 | -94.21 | 0.44 |
| ▓▓ | ▓▓▓▓▓▓▓▓▓ STOCK | BK | 20,000.00 | 20,000.00 | 0.07 | 1,305.95 | - | 40.00 | -1,265.95 | -96.94 | 0.03 |
| ▓▓ | ▓▓▓▓▓▓ GROUP ▓▓▓ | BK | 1.00 | 1.00 | 13.93 | 13.93 | 2.69 | 2.69 | -11.24 | -80.69 | - |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

---

Current month FX rate: $1.00 USD = $1.3624  CAD          Previous month FX rate: $1.00 USD = $1.3830  CAD          Account #: 28121484          Current month: October 31, 2022

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

### ¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | CAD | | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | (4,086.06) | - | - | - | 3,113.06 |
| 10-17-2022 | 10-17-2022 | Deposit | | 2812148423 TD DIR DEP | - | - | - | - | 5,000.00 | - | - | - | - |
| 10-17-2022 | 10-17-2022 | | | INT FR 09/16 THRU10/15@ 9.700%|BAL    4,086 AVBAL    3,069 | - | - | - | - | (24.47) | - | - | - | - |
| 10-17-2022 | 10-19-2022 | Buy | MMAT | META MATLS INC|COMMON STOCK|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 3,900 | - | - | - | - | 0.950 | (3,705.00) | (9.95) | (3,714.95) |
| 10-17-2022 | 10-19-2022 | Buy | MMTLP | META MATLS INC|PFD SER A|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 1,435 | - | - | - | - | 3.910 | (5,610.85) | (9.95) | (5,620.80) |
| 10-17-2022 | 10-19-2022 | Sell | | AS AGENT|AVG PRICE - ASK US FOR DETAILS | 70,640 | - | - | - | - | 0.080 | 5,654.76 | (9.95) | 5,644.68 |
| 10-20-2022 | 10-24-2022 | Buy | MMTLP | META MATLS INC|PFD SER A|WE ACTED AS AGENT | 1,330 | - | - | - | - | 4.450 | (5,918.50) | (9.95) | (5,928.45) |
| 10-20-2022 | 10-24-2022 | Sell | | AGENT | 1,000,000 | - | - | - | - | 0.001 | 1,200.00 | (9.95) | 1,190.02 |
| 10-20-2022 | 10-24-2022 | Sell | | AGENT | 59,360 | - | - | - | - | 0.080 | 4,748.80 | (9.95) | 4,738.74 |
| 10-21-2022 | 10-25-2022 | Buy | MMAT | META MATLS INC|COMMON STOCK|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 4,800 | - | - | - | - | 0.887 | (4,258.62) | (15.95) | (4,274.57) |
| 10-21-2022 | 10-25-2022 | Sell | | AGENT|AVG PRICE - ASK US FOR DETAILS | 21,849 | - | - | - | - | 0.196 | 4,273.06 | (9.95) | 4,263.01 |
| 10-25-2022 | 10-27-2022 | Buy | MMTLP | META MATLS INC|PFD SER A|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 440 | - | - | - | - | 5.115 | (2,250.80) | (4.95) | (2,255.75) |
| 10-25-2022 | 10-27-2022 | Sell | | AGENT|AVG PRICE - ASK US FOR DETAILS | 10,000 | - | - | - | - | 0.223 | 2,228.00 | (9.95) | 2,217.99 |
| 10-26-2022 | 10-28-2022 | Buy | MMTLP | META MATLS INC|PFD SER A|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 170 | - | - | - | - | 5.720 | (972.40) | (4.95) | (977.35) |
| 10-26-2022 | 10-28-2022 | Sell | | AGENT | 5,000 | - | - | - | - | 0.200 | 999.50 | (9.95) | 989.52 |
| 10-27-2022 | 10-31-2022 | Buy | MMTLP | META MATLS INC|PFD SER A|WE ACTED AS AGENT|AVG PRICE - ASK US FOR DETAILS | 1,660 | - | - | - | - | 5.851 | (9,712.75) | (14.90) | (9,727.65) |
| 10-27-2022 | 10-31-2022 | Sell | | AGENT|AVG PRICE - ASK US FOR DETAILS | 55,000 | - | - | - | - | 0.177 | 9,750.00 | (29.85) | 9,719.92 |

Current month FX rate: $1.00 USD =  $1.3624   CAD         Previous month FX rate: $1.00 USD =  $1.3830  CAD        Account #:  28121484         Current month:  October 31, 2022

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.