NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: <br> **Meta-Materials, INC** | Case Number: <br> **24-50792** |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Robert Rickard
2216 Padre Blvd, Suite B, PMB 511
South Padre Island, Texas 78597

Telephone Number:
(956) 564-0463

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 29 2025**

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): <br> **2785** | Check here if this Proof of Interest: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br> Advanta IRA  4790 140th Ave N <br> Clearwater, Fl 33762    ➕ <br> Telephone Number: 727.581.9853 | **3.** Date Equity Interest was acquired: <br> **November 2022** |
|---|---|

| **4.** Total amount of member interest: 42859 Shares | **5.** Certificate number(s): NBH0003718, NBH0003615, NBH0002234 |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Robert Rickard
Title: _____
Company:___ Address and telephone number (if different from notice address above):
same as above

(Signature)                   12/26/25  (Date)

Telephone number: 9565640463    email: robrickard@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**NEXT BRIDGE**

H Y D R O C A R B O N S

27067

| NUMBER | SHARES |
|---|---|
| NBH0002234 | *******8165*** |

INCORPORATED UNDER THE
LAWS OF THE STATE
OF NEVADA

SEE REVERSE FOR CERTAIN
DEFINITIONS AND LEGENDS

**This certifies that**

ROBERT W RICKARD
114 E ARIES DR
SOUTH PADRE ISLAND TX 78597

0000013525

```
*******8165*******
*******8165*****
********8165****
*********8165***
**********8165**
***********8165*
```

BY:

**is the record holder of**   **EIGHT THOUSAND ONE HUNDRED SIXTY-FIVE**

**FULLY PAID AND NONASSESSABLE SHARES OF COMMON STOCK, PAR VALUE $0.0001 PER SHARE, OF**

**NEXT BRIDGE HYDROCARBONS, INC.**

transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:

OCTOBER 11, 2023
27067000797 CVAL

PRESIDENT &
CHIEF EXECUTIVE OFFICER



SEAL
August 31.
2021
NEVADA

CHIEF FINANCIAL OFFICER &
CORPORATE SECRETARY

AUTHORIZED SIGNATURE

TRANSFER AGENT
AND REGISTRAR

1234



