NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS, INC.** | Case Number: **24-50792** | |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**SARAH PAIGE DODDS**
**12995 CR 237**
**BROWNWOOD, TX 76801**

Telephone Number: **(512) 665-9500**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

X Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**RECEIVED AND FILED**

**DEC 29 2025**

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

**Fidelity #Z09328412**
**Robinhood #106837578**
**Webull Financial #5NX56002-17**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**FIDELITY** PO BOX 770001 CINCINNATI, OH 45277-0002 / **(800) 343-3548**
**ROBINHOOD** 85 WILLOW RD, MENLO PARK, CA 94025 / **(888) 275-8523**
**WEbULL** 44 WALL STREET, NEW YORK CITY / **(888) 828-U618**

**Telephone Number:**

**3. Date Equity Interest was acquired:**

**BETWEEN 6/28/21 - 12/07/23**
**SEE ATTACHED DOCUMENTATION**

**4. Total amount of member interest:** 1343 shares for $~~7,129~~ **7,127**

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
X Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

2

**9. Signature:**

Check the appropriate box.

**X** I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **SARAH PAIGE DODDS**

Title:

Company._____Address and telephone number (if different from notice
address above):

(Signature)                                    (Date) 12/3/25

Telephone number: email: **(512) 665-9500  |  SARAH@SARAHDODDS.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

3

# PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: **24-50792**, Meta Materials, INC.
For: SARAH DODDS

| | |
|---|---|
| **BROKER:** | **FIDELITY** |
| **ACCT#** | Z09328412 |
| **PURCHASED:** | 12/05/22 - 12/07/23 |
| **TRANSACTIONS** | (SEE ATTACHED DOCUMENTS) |
| **PURCHASED:** | 1339 SHARES / SPENT $7,117 |
| **SOLD:** | none. |

| | |
|---|---|
| **BROKER:** | **WEBULL FINANCIAL** |
| **ACCT#** | 5NX56002-17 |
| **PURCHASED:** | 12/22 |
| **TRANSACTIONS** | (SEE ATTACHED DOCUMENTS) |
| **PURCHASED:** | 2 SHARES / SPENT $12.00 |
| **SOLD:** | none. |

| | |
|---|---|
| **BROKER:** | **ROBINHOOD** |
| **ACCT#** | 106837578 |
| **PURCHASED:** | 06/22/21 - TRCH |
| **TRANSACTIONS** | (SEE ATTACHED DOCUMENTS) |
| **PURCHASED:** | 01 SHARES / SPENT $0 |
| **SOLD:** | none. |

- *Purchased **1 SHARE** of Torchlight Energy Resources (TRCH) on 06/22/2021 at cost basis of **$9.27** per share.*
- *As of the June 24, 2021 record date, held **1 SHARE** of TRCH eligible for the Series A Preferred dividend (MMTLP).*
- *Following the June 28, 2021 merger between Torchlight Energy Resources and Meta Materials Inc., received **1 SHARE** of Meta Materials Inc. Series A Preferred (MMTLP) on a 1-for-1 basis.*

**TOTAL:**     1342 **SHARES OWNED / SPENT** $~~7129~~

$7,127

4

*December 1, 2022 - December 31, 2022*

PAGE 2 OF 8

ACCOUNT NUMBER ████████02-17  RR WEA

**SARAH PAIGE DODDS**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS ~~ AMC~~ CL A COM | | C | ~~679~~ | $4.07 | $2,768.53 | ~~$4,988.17~~ | -44% | | ~~52.707%~~ |
| AMC ENTERTAINMENT ~~INC~~ APE AMC PRFRD EQUTY UNITS ECH CONS ~~CNV PAR RT ASNTNG 1/100~~ | | C | 609 | 1.41 | 858.69 | 591.00 | 45 | | 16.377 |
| ~~GAMESTOP CORP~~ GME CLASS A | | C | 80 | 18.46 | 1,476.80 | 2,090.80 | -30 | | ~~28.166~~ |
| ~~HUMBL INC~~ HMC ~~CORPORATION COMMON~~ STOCK | | C | 100 | 0.582 | 52.84 | 72.05 | -26 | | ~~1.015~~ |
| META MATLS INC COMMON STOCK | MMAT | C | 74 | 1.19 | 88.06 | 140.60 | -37 | | 1.680 |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | C | 2 | Not Available | | | N/A | | N/A |
| ~~VINCO VENTURES INC COMMON STOCK~~ | ~~BBIG~~ | C | 5 | 0.464 | 2.32 | 8.05 | -31 | | 044 |
| **Total Equities** | | | | | **$5,242.61** | | | | **99.990%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.54** | | | | **0.010%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$5,243.15** | | | | |

*December 1, 2022 - December 31, 2022*

PAGE 3 OF 8

ACCOUNT NUMBER ████████02-17  RR WEA

**SARAH PAIGE DODDS**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**▶ ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| NAME CHG | 12/13/22 | C | META MATLS<br>PREFERRED STOCK CONTRA CUSIP<br>STOCK MERGER @ 1 1<br>FROM 59134N203 TO 591994371<br>RESULT OF NAME CHANGE<br>CUSIP- 591994371 | 2 | | | |
| NAME CHG | 12/13/22 | C | META MATLS INC<br>PFD SER A<br>STOCK MERGER @ 1.1<br>FROM 59134N203 TO 591994371<br>CUSIP- 59134N203 | -2 | | | |

**Total Miscellaneous Transactions**

| Robinhood Markets Inc as agent for Robinhood Securities LLC 2022 | Non-Reportable Actions | | | | | Account ⬛7578 02/01/2023 | |
|---|---|---|---|---|---|---|---|
| Security Description | CUSIP and/or symbol | Date | Quantity | Amount | Transaction type | | Notes |
| ~~AMC ENTERTAINMENT HOLDINGS INC PREFERRED EQUITY~~ | ~~02485Q202~~ | ~~08/22/22~~ | ~~20.00~~ | ~~0.00~~ | ~~Stock spinoff~~ | | |
| ~~CRYPTYDE, INC. COMMON STOCK~~ | ~~22890A104~~ | ~~05/22/22~~ | ~~2.00~~ | ~~0.00~~ | ~~Stock spinoff~~ | | |
| META METALS INC PREFERRED (SERIES A) | 59134N203 | 12/13/22 | -1 00 | 0 00 | Merger | | |
| NEXT BRIDGE HYDROCARBONS INC | 591994371 | 12/13/22 | 1 00 | 0 00 | Merger | | |

| | |
|---|---|
| **Robinhood Markets Inc  as agent for**<br>**Robinhood Securities LLC**<br>85 Willow Road<br>Menlo Park  CA  94025<br>Customer Service    650-940-2700 | **Tax Information**<br>Accoun͟͟͟37578<br>Sarah Dodds<br><br><br>**Statement Date**   02/01/2023    **2022** |
| PAYER'S TIN  46-4364776 | RECIPIENT'S TIN  XX͟͟͟͟ |

11 -[ ] FATCA filing requirement (see Instructions)    **Summary Information**    13 -[ ] FATCA filing requirement (see Instructions)

## DIVIDENDS AND DISTRIBUTIONS        2022 1099-DIV*     OMB No  1545-0110

| | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b  5  2e) | 0 00 |
| 1b- Qualified dividends | 0 00 |
| 2a- Total capital gain distributions (includes lines 2b, 2c,  2d, 2f) | 0 00 |
| 2b- Unrecaptured Section 1250 gain | 0 00 |
| 2c- Section 1202 gain | 0 00 |
| 2d- Collectibles (28%) gain | 0 00 |
| 2e- Section 897 ordinary dividends | 0 00 |
| 2f- Section 897 capital gain | 0 00 |
| 3- Nondividend distributions | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 5- Section 199A dividends | 0 00 |
| 6- Investment expenses | 0 00 |
| 8- Foreign country or US possession        7- Foreign tax paid | 0 00 |
| 9- Cash liquidation distributions | 0 00 |
| 10- Noncash liquidation distributions | 0 00 |
| 12- Exempt-interest dividends (includes line 13) | 0 00 |
| 13- Specified private activity bond interest dividends (AMT) | 0 00 |

## MISCELLANEOUS INFORMATION      2022 1099-MISC*    OMB No  1545-0115

| | |
|---|---|
| 2- Royalties | 0 00 |
| 3- Other income | 0 00 |
| **4- Federal income tax withheld** | **0 00** |
| 8- Substitute payments in lieu of dividends or interest | 0 00 |

## SECTION 1256 CONTRACTS            2022 1099-B*    OMB No  1545 0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2022 on closed contracts | 0 00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2021 | 0 00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2022 | 0 00 |
| 11- Aggregate profit or (loss) on contracts | 0 00 |

*If applicable  proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document*

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099 B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses  The amounts shown below are for informational purposes*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 2,396 63 | 1 622 25 | 0 00 | 0 26 | 774 64 |
| Short | B (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Short | C (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Short-term** | **2,396 63** | **1,622 25** | **0 00** | **0 26** | **774 64** |
| Long | D (basis reported to the IRS) | 310 37 | 255 35 | 0 00 | 0 00 | 55 02 |
| Long | E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Long | F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Long-term** | **310 37** | **255 35** | **0 00** | **0 00** | **55 02** |
| Undetermined | B or E (basis not reported to the IRS) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| Undetermined | C or F (Form 1099-B not received) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | **Total Undetermined-term** | **0 00** | **0 00** | **0 00** | **0 00** | **0 00** |
| | **Grand total** | **2,707 00** | **1,877 60** | **0 00** | **0 26** | **829 66** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0 00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2022 may require an amended tax form



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8412 INDIVIDUAL - TOD**

**SARAH PAIGE DODDS**

SARAH PAIGE DODDS

9900156608

| | |
|---|---|
| Online | Fidelity com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-1BD38J | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22336-HY3PB | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| | META MATERIALS INC COM | Principal Amount  82 80 |
| 45 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount  82 80 |
| at  1 8400 | WE HAVE ACTED AS AGENT | |
| Symbol | | |
| MMAT | | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 22339-1BFCMQ | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N203 | 22338-GYI6F | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| | META MATERIALS INC PFD SER A 0 00000% | Principal Amount  97 20 |
| 12 | WE HAVE ACTED AS AGENT | Settlement Amount  97 20 |
| at  8 1900 | | |
| Symbol | | |
| MMTLP | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                    9900156608

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SARAH PAIGE DODDS
302 W GOFORTH RD
BUDA TX 78610-9259

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8412**    only

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm  If you wish to deposit additional money, use this deposit slip and make checks payable to  NATIONAL FINANCIAL SERVICES LLC  Deposits will be made to the account listed above  Please mail checks to the Fidelity address on this form  Refer to the last page for instructions on depositing certificates

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

**FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC**



Transaction Confirmation
Confirm Date· December 6, 2022

Page 3 of 6

Brokerage Account Number
*****8412 INDIVIDUAL - TOD

**SARAH PAIGE DODDS**

| REFERENCE NO 22340-1C48HG | TYPE 1* | REG REP WZ# | TRADE DATE 12-06-22 | SETTLEMENT DATE 12-08-22 | CUSIP NO 59134N203 | ORDER NO 22340-HEBJL | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 10 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0 00000% WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | 57 70 57 70 |
| at Symbol MMTLP | | 5 7700 | | | | | | |

| REFERENCE NO 22340-1C5G7P | TYPE 1* | REG REP WZ# | TRADE DATE 12-06-22 | SETTLEMENT DATE 12-08-22 | CUSIP NO 59134N203 | ORDER NO 22340-HED79 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 20 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0 00000% WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | 114 00 114 00 |
| at Symbol MMTLP | | 5 7000 | | | | | | |

| REFERENCE NO 22340-1C6DKP | TYPE 1* | REG REP WZ# | TRADE DATE 12-06-22 | SETTLEMENT DATE 12-08-22 | CUSIP NO 59134N203 | ORDER NO 22340-HEN3S | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 5 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0 00000% WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | 28 65 28 65 |
| at Symbol MMTLP | | 5 7300 | | | | | | |

| REFERENCE NO 22340-1C9MRP | TYPE 1* | REG REP WZ# | TRADE DATE 12-06-22 | SETTLEMENT DATE 12-08-22 | CUSIP NO 59134N203 | ORDER NO 22340-HFGQ3 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 6 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0 00000% WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | 33 78 33 78 |
| at Symbol MMTLP | | 5 6300 | | | | | | |

| REFERENCE NO 22340-1FLXDS | TYPE 1* | REG REP WZ# | TRADE DATE 12-06-22 | SETTLEMENT DATE 12-08-22 | CUSIP NO 59134N203 | ORDER NO 22340-HLKXO | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 45 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0 00000% WE HAVE ACTED AS AGENT | | | Principal Amount Settlement Amount | | 243 45 243 45 |
| at Symbol MMTLP | | 5 4100 | | | | | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

9900132389

9900132389



# 2022 TAX REPORTING STATEMENT

SARAH PAIGE DODDS

Account No.　■■■■■■■12　Customer Service:　800-544-6666
Recipient ID No.　***-**-9059　Payer's Fed ID Number: 04-3523567

**FORM 1099-B\***　　**2022 Proceeds from Broker and Barter Exchange Transactions**　　Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| **1a** Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
| ADDENTAX GROUP CORP COM USD0.001 (POST RE, ATXG, 00000L202 | | | | | | | | | |
| Sale | 1.000 | 08/31/22 | 08/31/22 | 762.18 | 164.00 | | | 598.18 | |
| AMC ENTERTAINMENT HOLDINGS INC, AMC, 00165C104 | | | | | | | | | |
| Sale | 12.000 | 01/07/22 | 12/14/22 | 68.40 | 180.73 | | | -112.33 | |
| Sale | 5.000 | 05/09/22 | 12/14/22 | 28.50 | 39.56 | | | -11.06 | |
| Sale | 57.000 | 08/23/22 | 12/14/22 | 324.88 | 545.97 | | | -221.09 | |
| Sale | 75.000 | 08/23/22 | 12/14/22 | 427.49 | 714.75 | | | -287.26 | |
| Sale | 100.000 | 08/23/22 | 12/14/22 | 569.99 | 986.00 | | | -416.01 | |
| Sale | 16.000 | 08/23/22 | 12/14/22 | 91.20 | 156.32 | | | -65.12 | |
| Sale | 155.000 | 08/24/22 | 12/14/22 | 883.48 | 1464.75 | | | -581.27 | |
| Sale | 30.000 | 08/24/22 | 12/14/22 | 171.00 | 292.20 | | | -121.20 | |
| Sale | 22.000 | 08/26/22 | 12/14/22 | 125.40 | 201.30 | | | -75.90 | |
| Sale | 1.000 | 08/26/22 | 12/14/22 | 5.70 | 9.15 | | | -3.45 | |
| Sale | 38.000 | 09/01/22 | 12/14/22 | 216.58 | 319.20 | | | -102.62 | |
| **Subtotals** | | | | 2,912.63 | | | | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | |
| Sale | 6.000 | 09/29/21 | 08/31/22 | 4.93 | 37.20 | | | -32.27 | |
| Sale | 5.000 | 08/22/22 | 08/31/22 | 4.11 | 4.29 | | | -0.18 | |
| **Subtotals** | | | | **9.04** | **41.49** | | | | |
| PFD META MATLS CONTRA, 591994371 | | | | | | | | | |
| Merger | 1,339.000 | 12/13/22 | 12/29/22 | 0.00 | 0.00 | | | 0.00 | |

**\*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

 **Fidelity** INVESTMENTS

# 2022 TAX REPORTING STATEMENT

SARAH PAIGE DODDS

Account No. ~~▬▬▬▬~~  Customer Service: 800-544-6666
Recipient ID No. ***-**-9059  Payer's Fed ID Number ▬▬▬567

**FORM 1099-B\***      **2022 Proceeds from Broker and Barter Exchange Transactions**     Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is not reported to the IRS** --report on Form 8949 with Box B checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% \*E, 59134N203 | | | | | | | | | | |
| Merger | 12.000 | 12/05/22 | 12/29/22 | 34.74 | 97.20 | | | -62.46 | | |
| Merger | 10.000 | 12/06/22 | 12/29/22 | 28.95 | 57.70 | | | -28.75 | | |
| Merger | 20.000 | 12/06/22 | 12/29/22 | 57.90 | 114.00 | | | -56.10 | | |
| Merger | 5.000 | 12/06/22 | 12/29/22 | 14.48 | 28.65 | | | -14.17 | | |
| Merger | 6.000 | 12/06/22 | 12/29/22 | 17.37 | 33.78 | | | -16.41 | | |
| Merger | 45.000 | 12/06/22 | 12/29/22 | 130.28 | 243.45 | | | -113.17 | | |
| Merger | 50.000 | 12/06/22 | 12/29/22 | 144.75 | 263.00 | | | -118.25 | | |
| Merger | 50.000 | 12/06/22 | 12/29/22 | 144.75 | 260.00 | | | -115.25 | | |
| Merger | 40.000 | 12/06/22 | 12/29/22 | 115.80 | 238.40 | | | -122.60 | | |
| Merger | 1.000 | 12/06/22 | 12/29/22 | 2.90 | 6.32 | | | -3.42 | | |
| Merger | 5.000 | 12/06/22 | 12/29/22 | 14.48 | 41.25 | | | -26.77 | | |
| Merger | 1.000 | 12/06/22 | 12/29/22 | 2.90 | 9.05 | | | -6.15 | | |
| Merger | 30.000 | 12/06/22 | 12/29/22 | 86.85 | 240.00 | | | -153.15 | | |
| Merger | 50.000 | 12/06/22 | 12/29/22 | 144.75 | 409.50 | | | -264.75 | | |
| Merger | 5.000 | 12/06/22 | 12/29/22 | 14.48 | 40.60 | | | -26.12 | | |
| Merger | 2.000 | 12/06/22 | 12/29/22 | 5.79 | 16.30 | | | -10.51 | | |
| Merger | 20.000 | 12/06/22 | 12/29/22 | 57.90 | 170.00 | | | -112.10 | | |
| Merger | 2.000 | 12/06/22 | 12/29/22 | 5.79 | 17.00 | | | -11.21 | | |
| Merger | 40.000 | 12/06/22 | 12/29/22 | 115.80 | 328.00 | | | -212.20 | | |
| Merger | 1.000 | 12/06/22 | 12/29/22 | 2.90 | 8.09 | | | -5.19 | | |
| Merger | 24.000 | 12/07/22 | 12/29/22 | 69.48 | 237.60 | | | -168.12 | | |
| Merger | 5.000 | 12/07/22 | 12/29/22 | 14.48 | 49.50 | | | -35.02 | | |
| Merger | 15.000 | 12/07/22 | 12/29/22 | 43.43 | 148.50 | | | -105.07 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT
SARAH PAIGE DODDS

Account No. ▮▮▮▮▮▮8412  Customer Service:  800-544-6666
Recipient ID No. ***-**-9059  Payer's Fed ID Number ▮▮▮▮▮▮67

| **FORM 1099-B\*** | **2022 Proceeds from Broker and Barter Exchange Transactions** | Copy B for Recipient OMB No. 1545-0715 |
|---|---|---|

**Short-term transactions for which basis is not reported to the IRS** --report on Form 8949 with Box B checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC PFD SER A 0.00000% \*E, 59134N203 | | | | | | | | | | |
| Merger | 5.000 | 12/07/22 | 12/29/22 | 14.48 | 49.50 | | | -35.02 | | |
| Merger | 1.000 | 12/07/22 | 12/29/22 | 2.90 | 9.90 | | | -7.00 | | |
| Merger | 50.000 | 12/07/22 | 12/29/22 | 144.75 | 349.50 | | | -204.75 | | |
| Merger | 35.000 | 12/07/22 | 12/29/22 | 101.33 | 244.65 | | | -143.32 | | |
| Merger | 1.000 | 12/07/22 | 12/29/22 | 2.90 | 7.25 | | | -4.35 | | |
| Merger | 18.000 | 12/08/22 | 12/29/22 | 52.11 | 109.80 | | | -57.69 | | |
| Merger | 130.000 | 12/08/22 | 12/29/22 | 376.35 | 786.50 | | | -410.15 | | |
| Merger | 10.000 | 12/08/22 | 12/29/22 | 28.95 | 55.10 | | | -26.15 | | |
| Merger | 50.000 | 12/08/22 | 12/29/22 | 144.75 | 250.00 | | | -105.25 | | |
| Merger | 50.000 | 12/08/22 | 12/29/22 | 144.75 | 223.00 | | | -78.25 | | |
| Merger | 20.000 | 12/08/22 | 12/29/22 | 57.90 | 90.00 | | | -32.10 | | |
| Merger | 20.000 | 12/08/22 | 12/29/22 | 57.90 | 87.40 | | | -29.50 | | |
| Merger | 50.000 | 12/08/22 | 12/29/22 | 144.75 | 215.00 | | | -70.25 | | |
| Merger | 7.000 | 12/08/22 | 12/29/22 | 20.27 | 33.04 | | | -12.77 | | |
| Merger | 344.000 | 12/08/22 | 12/29/22 | 995.88 | 1,245.28 | | | -249.40 | | |
| Merger | 60.000 | 12/08/22 | 12/29/22 | 173.70 | 181.20 | | | -7.50 | | |
| Merger | 40.000 | 12/08/22 | 12/29/22 | 115.73 | 122.00 | | | -6.27 | | |
| **Subtotals** | | | | **3,850.35** | **7,117.01** | | | | | |
| **TOTALS** | | | | **3,850.35** | **7,117.01** | **0.00** | **0.00** | | | **0.00** |

**Box B Short-Term Realized Gain**      0.00
**Box B Short-Term Realized Loss**      -3,266.66

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

 

 **Fidelity**
INVESTMENTS

# 2022 TAX REPORTING STATEMENT
SARAH PAIGE DODDS

Account No. ▓▓▓▓▓▓▓12  Customer Service:    800-544-6666
Recipient ID No. ***-**-9059   Payer's Fed ID Number:▓▓▓▓▓567

## FORM 1099-B*          2022 Proceeds from Broker and Barter Exchange Transactions          Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~APE, 03466C203~~ | | | | | | | | | | |
| ~~Sale~~ | ~~30,000~~ | ~~08/05/21~~ | ~~12/06/22~~ | ~~25.78~~ | ~~153.85~~ | | | ~~-128.07~~ | | |
| ~~Sale~~ | ~~8.000~~ | ~~08/23/21~~ | ~~12/06/22~~ | ~~7.11~~ | ~~134.14~~ | | | ~~-127.03~~ | | |
| ~~Sale~~ | ~~12.000~~ | ~~09/21/21~~ | ~~12/06/22~~ | ~~10.67~~ | ~~168.87~~ | | | ~~-158.20~~ | | |
| ~~Sale~~ | ~~18.000~~ | ~~09/20/21~~ | ~~12/06/22~~ | ~~8.88~~ | ~~124.67~~ | | | ~~-115.79~~ | | |
| **Subtotals** | | | | ~~5,741.31~~ | ~~7,585.68~~ | | ~~349.16~~ | | | |
| ~~GAMESTOP CORPORATION COM USD0.001 CLASS A, GME, 36467W109~~ | | | | | | | | | | |
| ~~Sale~~ | ~~0.135~~ | ~~01/07/21~~ | ~~08/31/22~~ | ~~0.99~~ | ~~2.87~~ | | ~~1.88~~ | ~~-1.88~~ | | |
| ~~Sale~~ | ~~2.001~~ | ~~01/09/21~~ | ~~08/31/22~~ | ~~57.11~~ | ~~150.48~~ | | ~~93.37~~ | ~~-93.37~~ | | |
| ~~Sale~~ | ~~1.560~~ | ~~01/09/21~~ | ~~08/31/22~~ | ~~44.51~~ | ~~110.94~~ | | ~~72.43~~ | ~~-72.43~~ | | |
| ~~Sale~~ | ~~0.082~~ | ~~01/14/21~~ | ~~08/31/22~~ | ~~2.34~~ | ~~5.58~~ | | ~~3.24~~ | ~~-3.24~~ | | |
| ~~Sale~~ | ~~4.000~~ | ~~03/06/21~~ | ~~08/31/22~~ | ~~114.16~~ | ~~203.91~~ | | ~~89.75~~ | ~~-89.75~~ | | |
| ~~Sale~~ | ~~2.322~~ | ~~03/09/21~~ | ~~08/31/22~~ | ~~66.29~~ | ~~125.99~~ | | ~~59.70~~ | ~~-59.70~~ | | |
| ~~Subtotals~~ | | | | ~~285.40~~ | ~~605.77~~ | | ~~320.37~~ | | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 0.444 | 06/22/21 | 08/31/22 | 0.37 | 8.84 | | 8.47 | -8.47 | | |
| Sale | 2.667 | 06/22/21 | 08/31/22 | 2.19 | 50.87 | | 48.68 | -48.68 | | |
| Sale | 0.889 | 06/22/21 | 08/31/22 | 0.73 | 13.58 | | 12.85 | -12.85 | | |
| Sale | 13.000 | 07/14/21 | 08/31/22 | 10.69 | 50.05 | | 9.09 | -39.36 | | |
| Sale | 13.000 | 08/16/21 | 08/31/22 | 10.69 | 40.95 | | | -30.26 | | |
| Sale | 9.000 | 08/26/21 | 08/31/22 | 7.40 | 32.40 | | | -25.00 | | |
| **Subtotals** | | | | **32.07** | **196.69** | | **79.09** | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

 



# 2022 TAX REPORTING STATEMENT

SARAH PAIGE DODDS

Account No. ██████412   Customer Service:   800-544-6666
Recipient ID No. ***-**-9059   Payer's Fed ID Number.██████567

## FORM 1099-B*

### 2022 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 | | | | | | | | | | |
| Merger | 1.000 | 06/22/21 | 12/29/22 | 2.90 | 1.26 | | | 1.64 | | |
| Merger | 6.000 | 06/22/21 | 12/29/22 | 17.37 | 7.24 | | | 10.13 | | |
| Merger | 2.000 | 06/22/21 | 12/29/22 | 5.79 | 1.93 | | | 3.86 | | |
| **Subtotals** | | | | **26.06** | **10.43** | | | | | |
| SNDL INC COM ISIN ~~████████~~ ~~UNDL, 83307B101~~ | | | | | | | | | | |
| Cash In Lieu | ~~0.010~~ | ~~02/11/21~~ | ~~07/26/22~~ | ~~████~~ | ~~0.90~~ | | | ~~████~~ | | |
| ~~Cash In Lieu~~ | ~~0.090~~ | ~~02/11/21~~ | ~~07/26/22~~ | ~~11.15~~ | ~~2.71~~ | | | ~~████~~ | | |
| ~~Subtotals~~ | | | | ~~████~~ | ~~████~~ | | | | | |
| **TOTALS** | | | | **10,124.62** | **14,305.31** | **0.00** | **1,086.66** | | **0.00** | |
| **Box D Long-Term Realized Gain** | | | | | | | | **2,548.98** | | |
| **Box D Long-Term Realized Loss** | | | | | | | | **-6,729.67** | | |

* This is important tax Information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

03/14/2023 9001000000

## Cover Note – Supplemental Information (Prior MMAT Proof of Interest)

Re: Supplemental Information – Prior MMAT Proof of Interest

Enclosed for reference is a one-page clarification related to my previously submitted Proof of Interest for Meta Materials, Inc. (MMAT), filed earlier this year.

This document is provided solely to clarify the economic loss calculation and share-count presentation used in that earlier submission. It is not intended to replace or amend the original filing, but to supplement the record for clarity.

No additional documentation is submitted unless requested.

Respectfully,
**Sarah Dodds**

## Supplemental Addendum – Prior MMAT Proof of Interest

**Debtor:** Meta Materials, Inc.
**Case No.:** 24-50792
**Interest Holder:** Sarah Dodds
**Security:** Meta Materials, Inc. Common Stock (MMAT)

This addendum is submitted solely to clarify the economic loss calculation and share-count presentation used in my previously filed Proof of Interest relating to MMAT. It is intended to supplement the record for clarity and consistency and does not replace or amend the original filing.

### MMAT Equity Participation Summary
- Total MMAT shares purchased (pre–reverse-split equivalent): **65,557**
- Total capital invested: **$37,119**
- Total proceeds recovered: **approximately $13,097**
- Net realized economic loss: **$24,022**
- Residual MMAT shares still held: approximately **152 shares** (not assigned a realized value)

### Clarification Regarding Accounting Treatment
Certain brokerage tax statements reference wash-sale adjustments. These adjustments are tax-timing mechanisms only and do not reflect whether capital was lost or recovered. For purposes of this Proof of Interest, economic loss was calculated strictly as capital invested minus proceeds received, independent of wash-sale accounting.

### Administrative Notice – Address Update
Please note that my mailing address has changed since earlier correspondence in this matter.

My current mailing address is:
12995 CR 237
Brownwood, TX 76801

This notice is provided solely to ensure accurate future correspondence.

I submit this clarification in good faith to ensure the Trustee and Court have a clear, accurate understanding of the economic impact of MMAT equity ownership reflected in my prior submission. Like many individual investors, this process occurred alongside significant personal and family responsibilities, and recent access to better analytical tools has helped me present this information more clearly.