NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |
|---|---|---|

| 1   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")<br><br>**Isaac D. Bird**<br>**150 Downsbury Road**<br>**Grovetown, GA 30813**<br><br>Telephone Number<br><br>**(206) 356-7156** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | **RECEIVED AND FILED**<br><br>**DEC 29 2025**<br><br>U.S BANKRUPTCY COURT<br>DANIEL S OWENS, CLERK<br><br><br>**COURT USE ONLY** |
|---|---|---|

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor (last 4 digits only)<br>Charles Schwab Accts (last 4)  2892, 4571, & 6688 | Check here if this Proof of Interest<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br><br>Charles Schwab & Co Inc<br>3000 Schwab Way Westlake TX 76262<br>Telephone Number   1 800-435-4000 | 3   Date Equity Interest was acquired<br>MMAT   18 Jun 21 to 14 Jun 23<br>MMTLP   18 Jun 21 to 7 Dec 22 |
|---|---|
| 4   Total amount of member interest  MMAT 110 MMTLP 40 786 | 5   Certificate number(s) _____ |

6   **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
■ Check this box if your Equity Interest is based on anything else and describe that interest
Description   Investor Shareholder

7   **Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

8   **Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9 **Signature**
Check the appropriate box
■ I am the interest holder    ☐ I am the interest holder's authorized agent (Attach copy of power of attorney, if any)    ☐ I am the trustee, or the debtor, or their authorized agent (See Bankruptcy Rule 3004 )    ☐ I am a guarantor, surety, endorser, or other codebtor (see Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief

Print Name   Isaac D Bird
Title
Company __ Address and telephone number (if different from notice address above)

(Signature)

17 December 2025
(Date)

Telephone number   206-356-7156    email   isaac d bird@gmail com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 AND 3571*

# Proof of Interest Supplemental Information

CASE: 24-50792, META MATERIALS, INC                      FOR: Isaac D. Bird

## MMTLP / Next Bridge Hydrocarbons HOLDINGS

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-2892 (Contributory IRA) | | |
| | **TRANSACTIONS:** | | |
| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
| 18-Jun-21 | 5,630.00 MMTLP (5,630.00 TRCH) | $5.643 | Accounted for with MMAT Purchases |
| 22-Jun-21 | 5.00 MMTLP (5.00 TRCH) | $9.1114 | Accounted for with MMAT Purchases |
| 30-Dec-21 | 102.00 | $1.495 | $152.49 |
| 21-Jan-22 | 71.00 | $1.32 | $93.72 |
| TOTALS: | 5,808.00 | N/A | $246.21 |

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-4571 (Roth Contributory IRA) | | |
| | **TRANSACTIONS:** | | |
| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
| 18-Jun-21 | 2,350.00 MMTLP (2,350.00 TRCH) | $6.3037 | Accounted for with MMAT Purchases |
| 22-Jun-21 | 28.00 MMTLP (28.00 TRCH) | $9.1038 | Accounted for with MMAT Purchases |
| 11-Jan-22 | 312.00 | $1.295 | $404.04 |
| 18-Jan-22 | 387.00 | $1.33 | $514.71 |
| 19-Jan-22 | 100.00 | $1.33 | $133.00 |
| 20-Jan-22 | 5.00 | $1.33 | $6.65 |
| 21-Jan-22 | 756.00 | $1.33 | $1,005.48 |
| 01-Feb-22 | 1,055.00 | $1.28 | $1,350.40 |
| 02-Feb-22 | 112.00 | $1.28 | $143.36 |
| 15-Feb-22 | 1,005.00 | $1.30 | $1,306.50 |
| 01-Mar-22 | 953.00 | $1.96 | $1,867.88 |
| 15-Mar-22 | 1,006.00 | $1.59 | $1,599.54 |
| 31-Mar-22 | 1,210.00 | $1.24 | $1,500.40 |
| 25-Apr-22 | 113.00 | $1.09 | $123.17 |
| 02-Dec-22 | 120.00 | $8.26 | $991.20 |
| 06-Dec-22 | 135.00 | $6.98 | $942.30 |
| TOTALS: | 9,647.00 | N/A | $11,888.63 |

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-6688 (Individual (Cash Account)) | | |
| | **TRANSACTIONS:** | | |
| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
| 18-Jun-21 | 11,460.00 MMTLP (11,460.00 TRCH) | $6.335 - $6.3399 | Accounted for with MMAT Purchases |
| 22-Jun-21 | 70.00 MMTLP (70.00 TRCH) | $9.3199 | Accounted for with MMAT Purchases |
| 08-Oct-21 | 202.00 | $0.98 - $0.99 | $199.96 |
| 22-Oct-21 | 115.00 | $1.31 | $150.65 |
| 25-Oct-21 | 51.00 | $1.13 | $57.63 |
| 01-Dec-21 | 20.00 | $1.92 | $38.40 |
| 03-Dec-21 | 11,384.00 | $1.75 - $1.85 | $20,109.50 |
| 29-Dec-21 | 777.00 | $1.30 | $1,010.10 |
| 31-Dec-21 | 830.00 | $1.50 | $1,245.00 |
| 19-Jan-22 | 302.00 | $1.35 | $407.70 |
| 07-Dec-22 | 120.00 | $8.27 | $992.40 |
| TOTALS: | 25,331.00 | N/A | $24,211.34 |

| TOTAL SHARES HELD PRE-SPINOUT: | 40,786.00 |
|---|---|
| TOTAL MONIES INVESTED PRE-SPINOUT: | $36,346.18 |

*NOTE: MMTLP EXCHANGED FOR NBH ON DECEMBER 14, 2022*

| TRANSFERRED SHARES: NONE | |
|---|---|
| DATE: | N/A |
| FROM: | N/A |
| ACCT #: | N/A |
| TO: | AST/EQUINITI (Meta Materials Transfer Agent) |
| ACCT #: | N/A |
| TOTAL SHARES TRANSFERRED: | 0 |
| TOTAL MONIES INVESTED: | NONE |

*** See transaction documentation attached ***

REDACTED ACCOUNT #5

# Proof of Interest Supplemental Information

CASE: 24-50792, META MATERIALS, INC          FOR: Isaac D. Bird

## MMAT HOLDINGS

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-2892 (Contributory IRA) | | |

### TRANSACTIONS:

| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
|---|---|---|---|
| 18-Jun-21 | 2,815.00 MMAT (5,630.00 TRCH) | $5.643 | $31,770.09 |
| 22-Jun-21 | 2.50 MMAT (5.00 TRCH) | $9.1114 | $45.56 |
| 24-Jun-21 | 0.50 MMAT (1.00 TRCH) | $5.479 | $5.48 |
| 21-Jan-22 | 1.00 | $1.815 | $1.82 |
| TOTALS: | 2,819.00 | N/A | $31,822.95 |

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-4571 (Roth Contributory IRA) | | |

### TRANSACTIONS:

| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
|---|---|---|---|
| 18-Jun-21 | 1,175.00 MMAT (2,350.00 TRCH) | $6.3037 | $14,813.70 |
| 22-Jun-21 | 14.00 MMAT (28.00 TRCH) | $9.1038 | $254.91 |
| 24-Jun-21 | 1.00 MMAT (2.00 TRCH) | $5.3481 | $10.70 |
| 10-Nov-22 | 8.00 | $1.3953 | $11.16 |
| 06-Dec-22 | 1.00 | $1.6699 | $1.67 |
| 14-Jun-23 | 5.00 | $0.2275 | $1.14 |
| TOTALS: | 1,204.00 | N/A | $15,093.28 |

| BROKER: | Charles Schwab & Company Inc. | | |
|---|---|---|---|
| ACCOUNT #: | XXXX-6688 (Individual (Cash Account)) | | |

### TRANSACTIONS:

| DATE: | # PURCHASED: | PRICE PER SHARE: | TOTAL INVESTMENT: |
|---|---|---|---|
| 18-Jun-21 | 5,730.00 MMAT (11,460.00 TRCH) | $6.335 - $6.3399 | $72,653.29 |
| 22-Jun-21 | 35.00 MMAT (70.00 TRCH) | $9.3199 | $652.39 |
| 01-Jul-21 | 1.00 | $7.155 | $7.16 |
| 13-Aug-21 | 302.00 | $3.285 | $992.07 |
| 23-Aug-21 | 355.00 | $3.365 - $3.3986 | $1,194.65 |
| 24-Aug-21 | 100.00 | $3.605 | $360.50 |
| 25-Aug-21 | 12.00 | $3.849 - $3.6863 | $44.23 |
| 03-Sep-21 | 92.00 | $5.4267 | $499.26 |
| 21-Sep-21 | 100.00 | $4.965 | $496.50 |
| 31-Dec-21 | 1.00 | $2.595 | $2.60 |
| 12-Oct-22 | 1.00 | $0.8035 | $0.80 |
| 14-Jun-23 | 3.00 | $0.2298 | $0.69 |
| TOTALS: | 6,732.00 | N/A | $76,904.14 |

| | | |
|---|---|---|
| TOTAL SHARES HELD PRE-REVERSE SPLIT: | | 10,755.00 |
| TOTAL MONIES INVESTED PRE-REVERSE SPLIT: | | $123,820.37 |

*NOTE: MMAT Reverse Split 100:1 on January 29, 2024*

| | | |
|---|---|---|
| TOTAL SHARES HELD POST-REVERSE SPLIT (100:1): | | 110 |
| TOTAL MONIES INVESTED POST-REVERSE SPLIT: | | $123,820.37 |

### TRANSFERRED SHARES: NONE

| DATE: | N/A | |
|---|---|---|
| FROM: | N/A | |
| ACCT #: | N/A | |
| TO: | AST/EQUINITI (Meta Materials Transfer Agent) | |
| ACCT #: | N/A | |
| TOTAL SHARES TRANSFERRED: | 0 | |
| TOTAL MONIES INVESTED: | NONE | |

*** See transaction documentation attached ***

REDACTED ACCOUNT #S



**Schwab One® Account** of

ISAAC D BIRD

| | |
|---|---|
| Account Number | Statement Period |
| ■■■■-6688 | November 1-30, 2025 |

## Account Summary

| Ending Account Value as of 11/30 | Beginning Account Value as of 11/01 |
|---|---|
| **$0 60** | **$0 60** |



$1 34
$1 18
$1 02
$0 85
$0 69
$0 53

Dec 24  Jan 25  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

| | This Statement | YTD |
|---|---|---|
| Beginning Account Value | **$0 60** | $0 60 |
| Deposits | **0 00** | 0 00 |
| Withdrawals | **0 00** | 0 00 |
| Dividends and Interest | **0 00** | 0 00 |
| Transfer of Securities | **0 00** | 0 00 |
| Market Appreciation/(Depreciation) | **0 00** | 0 00 |
| Expenses | **0 00** | 0 00 |
| **Ending Account Value** | **$0 60** | **$0 60** |

Account Ending Value reflects the market value of your cash and investments  It does not include pending transactions  unpriced securities or assets held outside Schwab s custody

## Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit  schwab com/login   Statements are
archived up to 10 years online

## Commitment to Transparency

Client Relationship Summaries and Best Interest
disclosures are at schwab com/transparency
Charles Schwab & Co , Inc  Member SIPC

## Online Assistance

Visit us online at  schwab com

Visit  schwab com/stmt  to explore the features
and benefits of this statement

30813

ISAAC D BIRD
150 DOWNSBURY RD
GROVETOWN GA

11/28-00000 ID229

**1 of 6**



## Schwab One® Account of

ISAAC D BIRD

Statement Period
November 1-30, 2025

## Asset Allocation

| Investment Objective Growth | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0 60 | 100% |
| **Total** | **$0 60** | 100% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| YTD | | | 0 00 | | | 0 00 |
| **Unrealized** | | | | | | **($76,904 14)** |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Please login to your account at Schwab com for real-time gain/loss information  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions

## Positions - Summary

| Beginning Value as of 11/01 | | Transfer of Securities(In/Out) | | Dividends Reinvested | | Cash Activity | | Change in Market Value | | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 60 | + | $0 00 | + | $0 00 | + | $0 00 | + | $0 00 | = | $0 60 | $101,143 28 | ($76,904 14) |

Values may not reflect all of your gains/losses  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions

 **charles SCHWAB**

**Schwab One® Account** of

ISAAC D BIRD

Statement Period
November 1-30, 2025

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK ˣ ᶻ | | | 0 60 | 0 60 | 0 00 | | 0 05% | 100% |
| **Total Cash and Cash Investments** | | | | | **$0 60** | **$0 60** | **$0 00** | | | **100%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC EQUITY | 68 0000 | 0 00000 | 0 00 | 76,904 14 | (76,904 14) | N/A | N/A | |
| **Total Equities** | | | | **$0 00** | **$76,904 14** | **($76,904 14)** | | **N/A** | |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 25,331 0000 | | | 24,239 14 | N/A | | |
| **Total Unpriced Securities** | | | | | **$24,239 14** | **N/A** | | |

Estimated Annual Income ( EAI ) and Estimated Yield ( EY ) calculations are for informational purposes only and are derived from information provided by outside parties  Schwab cannot guarantee the accuracy of such information  Since the interest and dividends are subject to change at any time  they should not be relied upon exclusively for making investment decisions  The actual income and yield might be lower or higher than the estimated amounts  EY is based upon EAI and the current price of the security and will fluctuate  For certain types of securities  the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments  in which case EAI and EY will continue to display at a prior rate

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 60 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 60 |

Other Activity **$0 00**         Other activity includes transactions which don t affect the cash balance such as stock transfers  splits  etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund



**Schwab One® Account** of

ISAAC D BIRD

Statement Period
November 1-30, 2025

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|------|-------------|--------|
| 11/01 | **Beginning Balance** ˣ ᶻ | $0 60 | 11/30 | **Ending Balance** ˣ ᶻ | $0 60 | 11/28 | **Interest Rate** ᶻ | 0 05% |

\* Your interest period was 10/16/25  11/15/25  ᶻ

## Endnotes For Your Account

X    Bank Sweep deposits are held at one or more FDIC-insured Program Banks  Charles Schwab & Co  Inc  is not an FDIC-insured bank and deposit insurance covers the failure of an insured bank  Certain conditions must be satisfied for FDIC insurance coverage to apply  Please review the Cash Features Program Disclosure Statement for a list of the Program Banks at schwab com/cashfeaturesdisclosure

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS**  This Account statement is furnished solely by Charles Schwab & Co  Inc  ( Schwab") for your Account at Schwab ( Account')  Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement  If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement  **Accrued Income**  Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account  but the interest and/or dividends have not been received into your Account  Schwab makes no representation that the amounts shown (or any other amount) will be received  Accrued amounts are not covered by SIPC account protection until actually received and held in the Account  **AIP (Automatic Investment Plan) Customers**  Schwab receives remuneration in connection with certain transactions effected through Schwab  If you participate in a systematic investment program through Schwab  the additional information normally detailed on a trade confirmation will be provided upon request  **Average Daily Balance**  Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest  **Bank Sweep and Bank Sweep for Benefit Plans Features**  Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s)  Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ( Program Banks ) that are not obligations of Schwab  Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity  The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement  For information on FDIC insurance and its limits  as well as other important disclosures about the bank sweep feature(s) in your Account(s)  please refer to the Cash Features Disclosure Statement available online or from a Schwab representative  **Cash**  Any Free Credit Balance owed by us to you payable upon demand which  although accounted for on our books of record  is not segregated and may be used in the conduct of this firm s business  **Dividend Reinvestment Customers**  Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends  for which an independent broker-dealer acted as the buying agent  Further information on these transactions will be furnished upon written request  **Gain (or**

**Loss)**  Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ( Gain/Loss Section(s) ) contain a gain or a loss summary of your Account  This information has been provided on this statement at the request of your Advisor  if applicable  This information is not a solicitation or a recommendation to buy or sell  **Schwab does not provide tax advice and encourages you to consult with your tax professional  Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS  Interest**  For the Schwab One Interest  Bank Sweep  and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period  For the Schwab One Interest feature  interest accrues daily from the second to-last business day of the prior month and is posted on the second-to-last business day of the current month  For the Bank Sweep and Bank Sweep for Benefit Plans features  interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month  If  on any given day  the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005, you will not accrue any interest on that day  For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features  interest will accrue even if the amount is less than $ 005  **Margin Account Customers**  This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the separate account as required by Regulation T is available for your inspection  Securities purchased on margin are Schwab s collateral for the loan to you  It is important that you fully understand the risks involved in trading securities on margin  These risks include  1) You can lose more funds than you deposit in the margin account  2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you  3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call  4) Schwab can increase its  house  maintenance margin requirements at any time without advance written notice to you  **Market Price**  The most recent price evaluation available to Schwab on the last business day



Schwab One® Account of

ISAAC D BIRD

Statement Period
November 1-30, 2025

## Terms and Conditions (continued)

of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account s SIPC account protection and are not otherwise in Schwab s custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab including but not limited to valuations is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party are held in your Account Values of certain Non Publicly Traded Securities may be furnished by a third party as provided by Schwab s Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests **Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period Yields vary If on any given day the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses Without these reductions yields would have been

lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co Inc **Member SIPC Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features** Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately You may call us at 800-435-4000 (Outside the U S , call +1-415-667-8400 ) If you re a client of an independent investment advisor, call us at 800-515-2157 Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement products or services please write to Client Service & Support at Charles Schwab & Co Inc P O Box 982603 El Paso TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415-667-8400** ) If you re a client of an independent investment advisor call us at 800-515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab s offices or a copy will be mailed to you upon written request Any third-party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc Charles Schwab Bank Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2025 Charles Schwab & Co Inc ('Schwab ) All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)





Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ     85635 8272

06/18-00000 DC03A09B *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                                      *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 4





Schwab One® Account of
**ISAAC D BIRD**

Account Number
████6688

**Trade Confirmation**

---

***SOLD*** **Tesla Inc** (Symbol  TSLA)

| Security No /CUSIP  88160R-10-1 | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 116 | 626 61 | 72,686 76 | Exchange Processing Fee | 0 37 | 72,686 39 |

- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity option  or other covered security sell transactions and option security buy transactions

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 1 | 626 61 | 626 61 | N/A | 626 61 |
| **117** | | **$ 73,313 37** | **$0 37** | **$ 73,313 00** |

**For this security**                                                                                    Internal Use Only  2  E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

---

***BOUGHT*** **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 8,595 | 6 3399 | 54,491 44 | N/A | 54,491 44 |
| 165 | 6 3399 | 1,046 08 | N/A | 1,046 08 |
| 100 | 6 3399 | 633 99 | N/A | 633 99 |
| 300 | 6 3399 | 1,901 97 | N/A | 1 901 97 |
| 100 | 6 3399 | 633 99 | N/A | 633 99 |
| 300 | 6 3399 | 1 901 97 | N/A | 1 901 97 |
| 300 | 6 3399 | 1,901 97 | N/A | 1,901 97 |
| 100 | 6 3399 | 633 99 | N/A | 633 99 |

*Continued  on Next Page*

Please see  Terms and Conditions  for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**8691-6688**

**Trade Confirmation**

**BOUGHT**   *Torchlight Energy Re* (Symbol  TRCH)  *Continued*

Security No /CUSIP  89102U-10-3 | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 800 | 6 3399 | 5,071 92 | N/A | 5 071 92 |
| 300 | 6 3399 | 1 901 97 | N/A | 1 901 97 |
| 100 | 6 335 | 633 50 | N/A | 633 50 |
| 100 | 6 335 | 633 50 | N/A | 633 50 |
| 100 | 6 335 | 633 50 | N/A | 633 50 |
| 100 | 6 335 | 633 50 | N/A | 633 50 |
| **11,460** | | **$ 72,653 29** | | **$ 72,653 29** |

**For this security**                                                                                   Internal Use Only  2  E
- Schwab acted as your agent



Please see  Terms and Conditions  for more information

Page 4 of 4



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

06/22-00000 DC07A099 *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                  *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab im mediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation This con- firmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ('GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1 800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888 835-8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





*charles*
SCHWAB

Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

**BOUGHT**   **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | Type  Cash | Trade  06/22/21 | Settle  06/24/21 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 70 | 9 3199 | 652 39 | N/A | | 652 39 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |

Please see  Terms and Conditions  for more information







Schwab One® Account of
**ISAAC D BIRD**

Account Number
**▪▪▪▪-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

07/01-00000-DC16A09A *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
██-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                                          *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ('Schwab') and the customer

**(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights, you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed  any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof, may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions, contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ('CSC") or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices, offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com , Federal Home Loan Bank (FHLB)  http //www fhlb-of com , Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities  http //www freddiemac com/mbs , Federal National Mortgage Association (FNMA)  http //www fanniemae com  Government National Mortgage Association (GNMA)  http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and, if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request







Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

**BOUGHT**    **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | | Type  Cash | Trade  07/01/21 | Settle  07/06/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 1 | 7 155 | 7 16 | N/A | | | 7 16 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |





Schwab One® Account of
**ISAAC D BIRD**

Account Number
████-6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

08/13-00000-DC59A099 *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
██████6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**

*Retain for your records*

It is agreed between Charles Schwab & Co Inc ("Schwab") and the customer

**(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights, you must also notify us in writing You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules, regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks, preferred stocks and bonds that could affect yield For additional information or questions, contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions, contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC' ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE') and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt , for mortgage securities http //www freddiemac com/mbs , Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus, call 888-835-8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security no periodic interest payments will be made and, if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request



Page 2 of 3



| | |
|---|---|
| Schwab One® Account of<br>**ISAAC D BIRD** | Account Number<br>**⬛6688**    **Trade Confirmation** |

**BOUGHT**    **META MATLS INC** (Symbol  MMAT)

Security No /CUSIP  59134N-10-4                                           Type  Cash        Trade  08/13/21        Settle  08/17/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 302 | 3 285 | 992 07 | N/A | 992 07 |

**For this security**                                                                                              Internal Use Only  2  E
- Schwab acted as your agent

Please see "Terms and Conditions  for more Information





Schwab One® Account of
**ISAAC D BIRD**

Account Number
**████-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ        85635-8272

08/23 00000-DC69A09B *

Charles Schwab & Co , Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
██6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab") and the customer

**(1)** If you find any errors or omissions on this trade confirmation, please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks, preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ('CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices, offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ('GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com , Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1 800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and, if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





| | | Schwab One® Account of<br>**ISAAC D BIRD** | | Account Number<br>■-6688 | **Trade Confirmation** |

---

*BOUGHT*   **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | Type  Cash | Trade  08/23/21 | Settle  08/25/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 2 | 3 3986 | 6 80 | N/A | | 6 80 |
| 317 | 3 365 | 1,066 71 | N/A | | 1,066 71 |
| 36 | 3 365 | 121 14 | N/A | | 121 14 |
| **355** | | **$ 1,194 65** | | | **$ 1,194 65** |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |

---

*SOLD*   **Workhorse Group Inc** (Symbol  WKHS)

| Security No /CUSIP  98138J-20-6 | | | Type  Cash | Trade  08/23/21 | Settle  08/25/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 130 | 9 165 | 1,191 45 | Exchange Processing Fee | 0 01 | 1,191 44 |

**For this security**                                                                          Internal Use Only  2  E

- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity option  or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent

Please see "Terms and Conditions  for more Information







Schwab One® Account of
**ISAAC D BIRD**

Account Number
**-6688**

**Trade Confirmation**

***BOUGHT***    **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | Type  Cash | Trade  08/24/21 | Settle  08/26/21 |
|---|---|---|---|---|---|
| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
| 100 | 3 605 | 360 50 | N/A | | 360 50 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent. | |

Please see  Terms and Conditions  for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
■■■■-6688

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                   *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-
mediately using any of the appropriate phone numbers listed above  To protect your rights
you must also notify us in writing  You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation  This con-
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market  and your account
agreement(s) with Schwab  We will furnish  upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab's transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility  but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer  the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance please contact your Schwab
investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home
Loan Bank (FHLB)  http //www fhlb of com   Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt  for mortgage securities
http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)
http //www fanniemae com   Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800 336-3672
for Freddie Mac and 1 800-234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call
888-835-8846
**(16)** For asset backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment  the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form  it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request

Page 2 of 3



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**■■■-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

08/24-00000 DC69A099 *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
███-6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

08/25-00000 DC71A099 *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
●●●-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                    *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights, you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800-232-6643) for Fannie Mae and 1 800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum  estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form  it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request







Schwab One® Account of
**ISAAC D BIRD**

Account Number
●-6688

**Trade Confirmation**

---

***BOUGHT***   **META MATLS INC** (Symbol MMAT)

Security No /CUSIP 59134N-10-4        Type Cash     Trade 08/25/21     Settle 08/27/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 11 | 3 6863 | 40 55 | N/A | 40 55 |
| 1 | 3 6849 | 3 68 | N/A | 3 68 |
| **12** | | **$ 44 23** | | **$ 44 23** |

**For this security**        Internal Use Only 2 E
- Schwab acted as your agent

Please see "Terms and Conditions for more information

Page 3 of 3





Schwab One® Account of
**ISAAC D BIRD**

Account Number
⬛-6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

09/03-00000-DC80A098 *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**      *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)**  If you find any errors or omissions on this trade confirmation  please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)**  All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)**  Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)**  Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)**  Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)**  If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)**  Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected  it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)**  Any credit ratings shown on this confirmation are as of the time the confirmation was generated  and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)**  Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)**  If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)**  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)**  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)**  To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE') and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)**  If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800 232 6643) for Fannie Mae and 1 800-336-3672 for Freddie Mac and 1 800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)**  To request a paper copy of an offering document  official statement  or final prospectus  call 888 835 8846

**(16)**  For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum  estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)**  If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)**  In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





**charles**
SCHWAB

Schwab One® Account of
**ISAAC D BIRD**

Account Number
█-6688

**Trade Confirmation**

**BOUGHT   META MATLS INC** (Symbol  MMAT)

Security No /CUSIP  59134N-10-4 | | Type  Cash | Trade  09/03/21 | Settle  09/08/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 92 | 5 4267 | 499 26 | N/A | 499 26 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |





Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ   85635-8272

09/21-00000-DC97A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
████6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                             *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888 835-8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

---

***BOUGHT*** Ilustrato Pictrs Int (Symbol ILUS)

| Security No /CUSIP 452372-10-5 | | | Type Cash | Trade 09/21/21 | Settle 09/23/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 10 | 0 34 | 3 40 | N/A | | 3 40 |

| **For this security** | Internal Use Only 2 E |
|---|---|
| - Schwab acted as your agent | |

---

***BOUGHT*** **META MATLS INC** (Symbol MMAT)

| Security No /CUSIP 59134N-10-4 | | | Type Cash | Trade 09/21/21 | Settle 09/23/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 100 | 4 965 | 496 50 | N/A | | 496 50 |

| **For this security** | Internal Use Only 2 E |
|---|---|
| - Schwab acted as your agent | |

Please see Terms and Conditions for more information





Schwab One® Account of
**ISAAC D BIRD**

Account Number
█████6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ          85635 8272

10/08-00000-DC15A098 *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above   To protect your rights you must also notify us in writing   You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This con- firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1 800 2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

**BOUGHT** **META MATLS INC 0% PFD Callable** (Symbol MMTLP)

| Security No /CUSIP 59134N-20-3 | | | | Type Cash | Trade 10/08/21 | Settle 10/13/21 |
|---|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | | Charges and/or Interest ($) | | Total Amount ($) |
| 200 | 0 99 | 198 00 | | N/A | | 198 00 |
| 2 | 0 98 | 1 96 | | N/A | | 1 96 |
| **202** | | **$ 199 96** | | | | **$ 199 96** |

| **For this security** | Internal Use Only 2 E |
|---|---|
| - Redemption features exist for this security Information provided upon request<br>- Moody's Rating NR  S&P Rating NR<br>- Schwab acted as your agent | |

Please see  Terms and Conditions  for more information







Schwab One® Account of
**ISAAC D BIRD**

Account Number
[redacted]6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

10/22-00000-DC29A09A *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** | *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835 8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

***BOUGHT***    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  10/22/21 | Settle  10/26/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 115 | 1 31 | 150 65 | N/A | | 150 65 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody s Rating NR   S&P Rating NR<br>- Schwab acted as your agent | |

Please see  Terms and Conditions  for more information

Page 3 of 3







Schwab One® Account of
**ISAAC D BIRD**

Account Number
██████6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ      85635 8272

10/25-00000-DC32A09B *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
███-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**  *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)**  If you find any errors or omissions on this trade confirmation  please call Schwab im
mediately using any of the appropriate phone numbers listed above  To protect your rights
you must also notify us in writing  You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation  This con-
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
**(2)**  All transactions are subject to the rules, regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market, and your account
agreement(s) with Schwab  We will furnish  upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
**(3)**  Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
**(4)**  Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
**(5)**  Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab's transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
**(6)**  If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
**(7)**  Call features  in addition to any identified on the face hereof  may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility  but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer, the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
**(8)**  Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
**(9)**  Schwab received remuneration from the broker-dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
**(10)**  If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)**  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance  please contact your Schwab
investment professional or financial advisor
**(12)**  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
**(13)**  To obtain electronic copies of notices  offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home
Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt  for mortgage securities
http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)
http //www fanniemae com   Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)**  If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1 800 336-3672
for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)**  To request a paper copy of an offering document  official statement  or final prospectus  call
888 835-8846
**(16)**  For asset-backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment  the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
**(17)**  If this transaction involves a zero coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form it may be called without notice by mail to the holder  unless registered
**(18)**  In the case of a bond transaction that had a factor  the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request





**charles SCHWAB**

Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  10/25/21 | Settle  10/27/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 51 | 1 13 | 57 63 | N/A | | | 57 63 |

**For this security**                                                                                                  Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see  Terms and Conditions  for more information







Schwab One® Account of
**ISAAC D BIRD**

Account Number
**⬛-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

12/01-00000 DC69A09D *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
■■■■-6688

**Trade Confirmation**



If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                          *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800 232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800 234 4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





**charles SCHWAB**

Schwab One® Account of
**ISAAC D BIRD**

Account Number
**⬛-6688**

**Trade Confirmation**

*BOUGHT*   **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  12/01/21 | Settle  12/03/21 |
|---|---|---|---|---|---|---|
| *Quantity* | *Price ($)* | *Principal ($)* | | *Charges and/or Interest ($)* | | *Total Amount ($)* |
| 20 | 1 92 | 38 40 | | N/A | | 38 40 |

**For this security**                                                                                   Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent











*charles*
SCHWAB

Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

---

***SOLD*** **PALANTIR TECHNOLOGIE A** (Symbol PLTR) *Continued*

| | | | | | |
|---|---|---|---|---|---|
| Security No /CUSIP 69608A-10-8 | | | Type Cash | Trade 12/03/21 | Settle 12/07/21 |

**For this security** — Internal Use Only 2 E
- The cost basis method requested was FIFO Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee This fee offsets costs incurred by Schwab for the exchange of securities - Including those relating to assessments on broker dealers by an exchange or other SRO - for equity option or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent

---

***SOLD*** **Senseonics Holdings** (Symbol SENS)

| | | | | | |
|---|---|---|---|---|---|
| Security No /CUSIP 81727U-10-5 | | | Type Cash | Trade 12/03/21 | Settle 12/07/21 |

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 131 | 2 70 | 353 70 | N/A | 353 70 |
| 9 | 2 70 | 24 30 | N/A | 24 30 |
| **140** | | **$ 378 00** | | **$ 378 00** |

**For this security** — Internal Use Only 2 E
- The cost basis method requested was FIFO Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

Please see Terms and Conditions for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**8691-6688**

**Trade Confirmation**

---

**BOUGHT    META MATLS INC 0% PFD Callable** (Symbol  MMTLP)  *Continued*

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  12/03/21 | Settle  12/07/21 |

**For this security**                                                                                                    Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

---

**SOLD    NANO DIMENSION LTD ADR** (Symbol  NNDM)

| Security No /CUSIP  63008G-20-3 | | | | Type  Cash | Trade  12/03/21 | Settle  12/07/21 |

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 260 | 4 26 | 1,107 60 | Exchange Processing Fee | 0 01 | 1 107 59 |

**For this security**                                                                                                    Internal Use Only  2  E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis
  information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker dealers by an exchange or other SRO - for equity
  option  or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent

---

**SOLD    PALANTIR TECHNOLOGIE A** (Symbol  PLTR)

| Security No /CUSIP  69608A-10-8 | | | | Type  Cash | Trade  12/03/21 | Settle  12/07/21 |

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 106 | 18 7101 | 1 983 27 | Exchange Processing Fee | 0 01 | 1,983 26 |

Please see  Terms and Conditions  for more information



*charles* SCHWAB

Schwab One® Account of
**ISAAC D BIRD**

Account Number
6688

**Trade Confirmation**

---

*SOLD*   **CARRIER GLOBAL CORP Dividends reinvested** (Symbol  CARR)

| Security No /CUSIP  14448C-10-4 | | | | Type  Cash | Trade  12/03/21 | Settle  12/07/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 302 | 55 05 | 16 625 10 | Exchange Processing Fee | 0 08 | | 16,625 02 |

- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity option  or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 0 2435 | 55 05 | 13 40 | N/A | 13 40 |

- The fractional portion of this trade was executed at the prevailing price as principal for Schwab s   account

| **302 2435** | | **$ 16,638 50** | **$0 08** | **$ 16,638 42** |
|---|---|---|---|---|

> **For this security**                                                                                 Internal Use Only  2  E
> - The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS

---

*BOUGHT*   **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  12/03/21 | Settle  12/07/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 1,875 | 1 85 | 3 468 75 | N/A | 3 468 75 |
| 2 186 | 1 75 | 3 825 50 | N/A | 3,825 50 |
| 6 703 | 1 75 | 11,730 25 | N/A | 11,730 25 |
| 600 | 1 75 | 1 050 00 | N/A | 1,050 00 |
| 20 | 1 75 | 35 00 | N/A | 35 00 |
| **11,384** | | **$ 20,109 50** | | **$ 20,109 50** |

Please see  Terms and Conditions  for more information

Page 3 of 5



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                             *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab' ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC' ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835 8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form  it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**8691-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ        85635 8272

12/03-00000 DC71A09C *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1 800-435-4000      www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
████4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ        85635-8272

_01/19-00000-DC53A09C *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www.schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
■4571

**Trade Confirmation**



If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above   To protect your rights you must also notify us in writing   You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation   This con firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

# Trade Confirmation

**BOUGHT**    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  01/19/22 | Settle  01/21/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 100 | 1 33 | 133 00 | Commission | 6 95 | | 139 95 |

**For this security**                                                                                                                   Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see  Terms and Conditions  for more information

Page 3 of 3







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
████-4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ        85635 8272

01/18-00000-DC52A09E *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000        www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                    *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ('Schwab ) and the customer

**(1)**  If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)**  All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed, any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)**  Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)**  Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)**  Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)**  If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you

**(7)**  Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)**  Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)**  Schwab received remuneration from the broker dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)**  If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)**  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)**  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)**  To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)**  If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)**  To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)**  For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)**  If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)**  In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  01/18/22 | Settle  01/20/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 387 | 1 33 | 514 71 | Commission | 6 95 | 521 66 |

**For this security**                                                                                            Internal Use Only  2  E

- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

01/11-00000-DC44A09A *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



*charles*
SCHWAB

Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** _____ *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations, requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish, upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888 835-8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

---

**BOUGHT**    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  01/11/22 | Settle  01/13/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 312 | 1 295 | 404 04 | Commission | 6 95 | 410 99 |

**For this security**                                                                                    Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**-4571**

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

06/24-00000 DC09A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                              *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1 800-2FANNIE (1-800-232-6643) for Fannie Mae and 1 800 336 3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
█████4571

**Trade Confirmation**

---

**BOUGHT**   **Torchlight Energy Re** (Symbol  TRCH)

---

| Security No /CUSIP  89102U-10-3 | | | | Type  Cash | Trade  06/24/21 | Settle  06/28/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 2 | 5 3481 | 10 70 | N/A | 10 70 |

---

**For this security**
- Schwab acted as your agent

Internal Use Only  2  E









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

06/22-00000 DC07A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www.schwab.com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                           *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab' ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im
mediately using any of the appropriate phone numbers listed above  To protect your rights
you must also notify us in writing  You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation  This con-
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market  and your account
agreement(s) with Schwab  We will furnish  upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab s transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility  but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer  the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance  please contact your Schwab
investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home
Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt   for mortgage securities
http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)
http //www fanniemae com   Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1 800 336-3672
for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call
888 835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment, the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

**BOUGHT**   **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | | Type  Cash | Trade  06/22/21 | Settle  06/24/21 |
| --- | --- | --- | --- | --- | --- | --- |
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| 28 | 9 1038 | 254 91 | N/A | | | 254 91 |

**For this security**                                                                                      Internal Use Only  2  E
- Schwab acted as your agent

Please see  Terms and Conditions  for more information









Individual Retirement Account of
**ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA**

Account Number
■■■■4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA     85635 8272
SIERRA VISTA AZ

06/18-00000-DC03A09B *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                   *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ("Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices, offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE' ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC) for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835 8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 4



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
█████4571

# Trade Confirmation

## SOLD   Senseonics Holdings (Symbol SENS)

| Security No /CUSIP 81727U-10-5 | | | Type Cash | Trade 06/18/21 | Settle 06/22/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 33 | 3 5566 | 117 37 | N/A | | 117 37 |

**For this security**                                                                                   Internal Use Only 2 E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

## SOLD   Tesla Inc (Symbol TSLA)

| Security No /CUSIP 88160R-10-1 | | | Type Cash | Trade 06/18/21 | Settle 06/22/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 24 | 623 348 | 14 960 35 | Exchange Processing Fee | 0 08 | 14,960 27 |

**For this security**                                                                                   Internal Use Only 2 E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity option, or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

---

***BOUGHT***   **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 2,350 | 6 3037 | 14,813 70 | N/A | | 14 813 70 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |



Please see  Terms and Conditions  for more information



## Roth Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
November 1-30, 2025

## Terms and Conditions (continued)

of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Account s SIPC account protection and are not otherwise in Schwab s custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab including but not limited to valuations is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non-Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party are held in your Account Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests **Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7 day yield as of the statement period Yields vary If on any given day the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund s expenses Without these reductions yields would have been

lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co Inc **Member SIPC Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features** Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately You may call us at 800-435-4000 (Outside the U S , call +1-415-667-8400 ) If you re a client of an Independent investment advisor, call us at 800-515-2157 Any oral communications should be re confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement products or services please write to Client Service & Support at Charles Schwab & Co Inc P O Box 982603 El Paso, TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415 667-8400** ) If you re a client of an independent investment advisor call us at 800-515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab s offices or a copy will be mailed to you upon written request Any third-party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc Charles Schwab Bank Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2025 Charles Schwab & Co Inc ( Schwab ) All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)



**Roth Contributory IRA** of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
November 1-30, 2025

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|------|-------------|--------|
| 11/01 | **Beginning Balance** $^{X\,Z}$ | **$0 07** | 11/30 | **Ending Balance** $^{X\,Z}$ | **$0 07** | 11/28 | **Interest Rate** $^{*\,Z}$ | **0 05%** |

\* Your interest period was 10/16/25 - 11/15/25  $^{Z}$

## Endnotes For Your Account

X    Bank Sweep deposits are held at one or more FDIC-insured Program Banks  Charles Schwab & Co , Inc  is not an FDIC-insured bank and deposit insurance covers the failure of an insured bank  Certain conditions must be satisfied for FDIC insurance coverage to apply  Please review the Cash Features Program Disclosure Statement for a list of the Program Banks at schwab com/cashfeaturesdisclosure

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features  interest is paid for a period that differs from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co  Inc ( Schwab ) for your Account at Schwab ( Account )  Unless otherwise defined herein capitalized terms have the same meanings as in your Account Agreement  If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement  **Accrued Income**  Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account  but the interest and/or dividends have not been received into your Account  Schwab makes no representation that the amounts shown (or any other amount) will be received  Accrued amounts are not covered by SIPC account protection until actually received and held in the Account  **AIP (Automatic Investment Plan) Customers**  Schwab receives remuneration in connection with certain transactions effected through Schwab  If you participate in a systematic investment program through Schwab  the additional information normally detailed on a trade confirmation will be provided upon request  **Average Daily Balance**  Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest  **Bank Sweep and Bank Sweep for Benefit Plans Features**  Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s)  Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ('Program Banks ) that are not obligations of Schwab  Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity  The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement  For information on FDIC insurance and its limits as well as other important disclosures about the bank sweep feature(s) in your Account(s)  please refer to the Cash Features Disclosure Statement available online or from a Schwab representative  **Cash**  Any Free Credit Balance owed by us to you payable upon demand which  although accounted for on our books of record  is not segregated and may be used in the conduct of this firm's business  **Dividend Reinvestment Customers**  Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends  for which an independent broker-dealer acted as the buying agent  Further information on these transactions will be furnished upon written request  **Gain (or**

**Loss)**  Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ( Gain/Loss Section(s) ) contain a gain or a loss summary of your Account  This information has been provided on this statement at the request of your Advisor  if applicable  This information is not a solicitation or a recommendation to buy or sell  **Schwab does not provide tax advice and encourages you to consult with your tax professional  Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS  Interest**  For the Schwab One Interest  Bank Sweep  and Bank Sweep for Benefit Plans features  interest is paid for a period that may differ from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period  For the Schwab One Interest feature  interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month  For the Bank Sweep and Bank Sweep for Benefit Plans features  interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month  If  on any given day  the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005, you will not accrue any interest on that day  For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features  interest will accrue even if the amount is less than $ 005  **Margin Account Customers**  This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System  The permanent record of the separate account as required by Regulation T is available for your inspection  Securities purchased on margin are Schwab s collateral for the loan to you  It is important that you fully understand the risks involved in trading securities on margin  These risks include  1) You can lose more funds than you deposit in the margin account  2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you  3) You are not entitled to choose which assets are liquidated  nor are you entitled to an extension of time on a margin call  4) Schwab can increase its  house  maintenance margin requirements at any time without advance written notice to you  **Market Price**  The most recent price evaluation available to Schwab on the last business day

4 of 6



## Roth Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
November 1-30, 2025

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK×ᶻ | | | 0 07 | 0 07 | 0 00 | | 0 05% | 100% |
| **Total Cash and Cash Investments** | | | | | **$0 07** | **$0 07** | **$0 00** | | | **100%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ILUS | ILUSTRATO PICTURES INTL | 1 0000 | 0 00040 | 0 00 | 0 18 | (0 18) | N/A | N/A | <1% |
| MMATQ | META MATLS INC EQUITY | 13 0000 | 0 00000 | 0 00 | 15,093 28 | (15,093 28) | N/A | N/A | |
| **Total Equities** | | | | **$0 00** | **$15,093 46** | **($15,093 46)** | | **N/A** | **<1%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 9,647 0000 | | | 11,985 93 | N/A | | |
| **Total Unpriced Securities** | | | | | **$11,985 93** | **N/A** | | |

Estimated Annual Income ( EAI' ) and Estimated Yield ('EY") calculations are for informational purposes only and are derived from information provided by outside parties  Schwab cannot guarantee the accuracy of such information  Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions  The actual income and yield might be lower or higher than the estimated amounts  EY is based upon EAI and the current price of the security and will fluctuate  For certain types of securities  the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments  in which case EAI and EY will continue to display at a prior rate

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 07 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 07 |

Other Activity  **$0 00**      Other activity includes transactions which don t affect the cash balance such as stock transfers  splits  etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund



**Roth Contributory IRA** of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
November 1-30, 2025

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0 07 | 100% |
| **Total** | **$0 07** | **100%** |

## Retirement Details

| Contributions | 2024 | 2025 |
|---|---|---|
| **Total YTD ($)** | **0 00** | **0 00** |

## Gain or (Loss) Summary

|  | All Positions | | |
|---|---|---|---|
|  | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 |
| YTD |  |  | 0 00 |
| **Unrealized** |  |  | **($15,093 46)** |

Values may not reflect all of your gains/losses  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Please login to your account at Schwab com for real time gain/loss information  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 07 | + | $0 00 | + | $0 00 | + | $0 00 | + | $0 00 | = | $0 07 | $27,079 39 | ($15,093 46) |

Values may not reflect all of your gains/losses  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions



## Roth Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
●●●●4571

Statement Period
November 1-30, 2025

## Account Summary

Ending Account Value as of 11/30
**$0 07**

Beginning Account Value as of 11/01
**$0 07**

| | $0 21 |
| | $0 18 |
| | $0 15 |
| | $0 11 |
| | $0 08 |
| | $0 05 |

Dec 24  Jan 25  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

| | This Statement | YTD |
|---|---|---|
| Beginning Account Value | **$0 07** | $0 07 |
| Deposits | 0 00 | 0 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 00 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | 0 00 | 0 00 |
| Expenses | 0 00 | 0 00 |
| **Ending Account Value** | **$0 07** | **$0 07** |

Account Ending Value reflects the market value of your cash and investments  It does not include pending transactions  unpriced securities or assets held outside Schwab's custody

## Manage Your Account

### Customer Service and Trading
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit  schwab com/login   Statements are archived up to 10 years online

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency  Charles Schwab & Co  Inc  Member SIPC

### Online Assistance

  Visit us online at  schwab com

Visit  schwab com/stmt  to explore the features and benefits of this statement

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
150 DOWNSBURY RD
GROVETOWN GA    30813

11/28-00000 ID212



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
⬛2892

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5210 CALLE GRANADA    85635-8272
SIERRA VISTA AZ

01/21-00000-DC55A09G *



Individual Retirement Account of
## ISAAC D BIRD
## CHARLES SCHWAB & CO INC CUST
## IRA CONTRIBUTORY

Account Number
2892

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800 2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888-835-8846

**(16)** For asset backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request



Page 2 of 3



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
 2892

**Trade Confirmation**

---

*BOUGHT*   **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP 59134N-10-4 | | | Type  Cash | Trade  01/21/22 | Settle  01/25/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 1 | 1 815 | 1 82 | N/A | | 1 82 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |

---

*BOUGHT*   **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP 59134N-20-3 | | | Type  Cash | Trade  01/21/22 | Settle  01/25/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 71 | 1 32 | 93 72 | Commission | 6 95 | 100 67 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody s Rating NR   S&P Rating NR<br>- Schwab acted as your agent | |

Please see  Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
2892

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5210 CALLE GRANADA
SIERRA VISTA AZ          85635 8272

12/30 00000 DC98A099 *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
2892

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**

*Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab' ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con- firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee  includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1 800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835 8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
## ISAAC D BIRD
## CHARLES SCHWAB & CO INC CUST
## IRA CONTRIBUTORY

Account Number
■■■2892

# Trade Confirmation

### *SOLD*    H2O Innovation Inc (Symbol HEOFF)

| Security No /CUSIP 443300-30-6 | | | | Type Cash | Trade 12/30/21 | Settle 01/03/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 2 | 2 03 | 4 06 | Commission | 4 06 | 0 00 |

| For this security | Internal Use Only 2 E |
|---|---|

- The cost basis method requested was FIFO Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

### *BOUGHT*    META MATLS INC 0% PFD Callable  (Symbol MMTLP)

| Security No /CUSIP 59134N-20-3 | | | | Type Cash | Trade 12/30/21 | Settle 01/03/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 102 | 1 495 | 152 49 | Commission | 6 95 | 159 44 |

| For this security | Internal Use Only 2 E |
|---|---|

- Redemption features exist for this security Information provided upon request
- Moody's Rating NR  S&P Rating NR
- Schwab acted as your agent



Please see  Terms and Conditions  for more information



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
**5867-2892**

**Trade Confirmation**

---

***SOLD***    **NANO DIMENSION LTD ADR** (Symbol NNDM)

| Security No /CUSIP 63008G-20-3 | | | Type Cash | Trade 12/30/21 | Settle 01/03/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 20 | 3 89 | 77 80 | N/A | | 77 80 |

**For this security**                                                                                     Internal Use Only  2  E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

---

***SOLD***    **PALANTIR TECHNOLOGIE A** (Symbol PLTR)

| Security No /CUSIP 69608A-10-8 | | | Type Cash | Trade 12/30/21 | Settle 01/03/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 4 | 18 715 | 74 86 | N/A | | 74 86 |

**For this security**                                                                                     Internal Use Only  2  E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent



Please see Terms and Conditions for more information

Page 4 of 4





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
2892

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

06/24-00000-DC09A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
-2892

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                    *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request, the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility but not registered in your name are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1 800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document official statement, or final prospectus call 888 835-8846
**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered
**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request




*charles*
SCHWAB

Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
███2892

**Trade Confirmation**

**BOUGHT**    **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | | Type  Cash | Trade  06/24/21 | Settle  06/28/21 |
|---|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| 1 | 5 479 | 5 48 | N/A | | | 5 48 |

| **For this security** | Internal Use Only  2 E |
|---|---|
| - Schwab acted as your agent | |







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
**2892**

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5210 CALLE GRANADA
SIERRA VISTA AZ       85635 8272

06/22-00000-DC07A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000       www.schwab.com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
-2892

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions** _____ *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights  you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish, upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected  it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated  and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE' ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336 3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



**charles**
SCHWAB

Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
**▮2892**

**Trade Confirmation**

---

**BOUGHT**   **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | Type  Cash | Trade  06/22/21 | Settle  06/24/21 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 5 | 9 1114 | 45 56 | N/A | 45 56 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| Schwab acted as your agent | |

Please see  Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
**2892**

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5210 CALLE GRANADA    85635 8272
SIERRA VISTA AZ

06/18-00000 DC03A09B *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
2892

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                    *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee  includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ('GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
2892

**Trade Confirmation**

---

*SOLD*    **Tesla Inc** (Symbol  TSLA)

| Security No /CUSIP  88160R-10-1 | | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 51 | 623 9387 | 31,820 87 | Exchange Processing Fee | 0 16 | 31,820 71 |

| **For this security** | Internal Use Only  2  E |
|---|---|

- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Exch Process Fee  This fee offsets costs incurred by Schwab for the exchange of securities   including those relating to assessments on broker dealers by an exchange or other SRO - for equity  option, or other covered security sell transactions and option security buy transactions
- Schwab acted as your agent.

---

*BOUGHT*    **Torchlight Energy Re** (Symbol  TRCH)

| Security No /CUSIP  89102U-10-3 | | | | Type  Cash | Trade  06/18/21 | Settle  06/22/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 5,630 | 5 643 | 31,770 09 | N/A | 31,770 09 |

| **For this security** | Internal Use Only  2  E |
|---|---|

- Schwab acted as your agent

Please see  Terms and Conditions  for more information







Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
November 1-30, 2025

## Terms and Conditions (continued)

**Loss)** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ('Gain/Loss Section(s) ) contain a gain or a loss summary of your Account This information has been provided on this statement at the request of your Advisor if applicable This information is not a solicitation or a recommendation to buy or sell **Schwab does not provide tax advice and encourages you to consult with your tax professional Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS Interest** For the Schwab One Interest Bank Sweep and Bank Sweep for Benefit Plans features interest is paid for a period that may differ from the Statement Period Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks These balances do not include interest that may have accrued during the Statement Period after interest is paid The interest paid may include interest that accrued in the prior Statement Period For the Schwab One Interest feature interest accrues daily from the second-to last business day of the prior month and is posted on the second to last business day of the current month For the Bank Sweep and Bank Sweep for Benefit Plans features interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month If on any given day the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $ 005 you will not accrue any interest on that day For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features interest will accrue even if the amount is less than $ 005 **Margin Account Customers** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220 5 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account as required by Regulation T is available for your inspection Securities purchased on margin are Schwab s collateral for the loan to you It is important that you fully understand the risks involved in trading securities on margin These risks include 1) You can lose more funds than you deposit in the margin account 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call 4) Schwab can increase its "house' maintenance margin requirements at any time without advance written notice to you **Market Price** The most recent price evaluation available to Schwab on the last business day of the report period normally the last trade price or bid as of market close Unpriced securities denote that no market evaluation update is currently available Price evaluations are obtained from outside parties Schwab shall have no responsibility for the accuracy or timeliness of any such valuations Assets Not Held at Schwab are not held in your Account or covered by the Accounts SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you Information on Assets Not Held at Schwab including but not limited to valuations is reported solely based on information you provide to Schwab Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy completeness or timeliness of the information about Assets Not Held at Schwab whether provided by you or otherwise Descriptions of Assets Not Held at Schwab may be abbreviated or truncated Some securities especially thinly traded equities in the OTC market or foreign markets may not report the most current price and are indicated as Stale Priced Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities for which you may see a value on your monthly Account statement that reflects the issuer s appraised estimated value are not listed on a national securities exchange and are generally illiquid Even if you are able to sell such securities the price received may be less than the per share appraised estimated value provided in the account statement **Market Value** The Market Value is computed by multiplying the Market Price by the Quantity of Shares This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts **Non-Publicly Traded Securities** All assets shown on this statement other than certain direct investments which may be held by a third party are held in your Account Values of certain Non Publicly Traded Securities may be furnished by a third party as provided by Schwab s Account Agreement Schwab shall have no responsibility for the accuracy or timeliness of such valuations The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests **Schwab Sweep Money Funds** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement Schwab or an affiliate acts and receives compensation as the Investment Advisor Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds The amount of such compensation is disclosed in the prospectus The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period Yields vary If on any given day the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0 005) your account will not earn a dividend for that day In addition if you do not accrue at least 1 daily dividend of $0 01 during a pay period you will not receive a money market dividend for that period Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund s expenses Without these reductions yields would have been lower **Securities Products and Services** Securities products and services are offered by Charles Schwab & Co Inc **Member SIPC Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features** Please see your Cash Feature Disclosure Statement for more information on insurance coverage **Yield to Maturity** This is the actual average annual return on a note if held to maturity **IN CASE OF ERRORS OR DISCREPANCIES If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately You may call us at 800-435-4000 (Outside the U S , call +1-415-667-8400 ) If you re a client of an independent investment advisor, call us at 800 515-2157 Any oral communications should be re confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA) If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions IN CASE OF COMPLAINTS** If you have a complaint regarding your Schwab statement products or services please write to Client Service & Support at Charles Schwab & Co Inc P O Box 982603 El Paso TX 79998-2603 or call customer service at **800-435-4000** (Outside the U S call **+1-415-667-8400** ) If you're a client of an independent investment advisor, call us at 800 515-2157 **Address Changes** If you fail to notify Schwab in writing of any change of address or phone number you may not receive important notifications about your Account and trading or other restrictions might be placed on your Account **Additional Information** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable) certain payments to you and credits to your Account during the calendar year Retain this statement for income tax purposes A financial statement for your inspection is available at Schwab s offices or a copy will be mailed to you upon written request Any third-party trademarks appearing herein are the property of their respective owners Charles Schwab & Co Inc Charles Schwab Bank Charles Schwab Premier Bank and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation © 2025 Charles Schwab & Co Inc ('Schwab ) All rights reserved **Member SIPC** (O1CUSTNC) (0822-20UL)



**Contributory IRA** of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
November 1-30, 2025

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 39 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 00 | | $0 39 |

**Other Activity  $0 00**      Other activity includes transactions which don t affect the cash balance such as stock transfers  splits  etc

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01 | Beginning Balance ˣ ᶻ | $0 39 | 11/30 | Ending Balance ˣ ᶻ | $0 39 | 11/28 | Interest Rate ᶻ | 0.05% |

* Your interest period was 10/16/25 - 11/15/25  ᶻ

## Endnotes For Your Account

◊     Dividends paid on this security will be automatically reinvested

X     Bank Sweep deposits are held at one or more FDIC-insured Program Banks  Charles Schwab & Co , Inc  is not an FDIC-insured bank and deposit insurance covers the failure of an insured bank  Certain conditions must be satisfied for FDIC insurance coverage to apply  Please review the Cash Features Program Disclosure Statement for a list of the Program Banks at schwab com/cashfeaturesdisclosure

Z     For the Bank Sweep and Bank Sweep for Benefit Plans features  interest is paid for a period that differs from the Statement Period  Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks  These balances do not include interest that may have accrued during the Statement Period after interest is paid  The interest paid may include interest that accrued in the prior Statement Period

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS** This Account statement is furnished solely by Charles Schwab & Co  Inc  ( Schwab ) for your Account at Schwab ( Account") Unless otherwise defined herein  capitalized terms have the same meanings as in your Account Agreement  If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement  **Accrued Income** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account  Schwab makes no representation that the amounts shown (or any other amount) will be received  Accrued amounts are not covered by SIPC account protection until actually received and held in the Account  **AIP (Automatic Investment Plan) Customers** Schwab receives remuneration in connection with certain transactions effected through Schwab  If you participate in a systematic investment program through Schwab  the additional information normally detailed on a trade confirmation will be provided upon request  **Average Daily Balance** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest  **Bank Sweep and Bank Sweep for Benefit Plans Features** Schwab

acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s)  Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ( Program Banks ) that are not obligations of Schwab  Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity  The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement  For information on FDIC insurance and its limits  as well as other important disclosures about the bank sweep feature(s) in your Account(s)  please refer to the Cash Features Disclosure Statement available online or from a Schwab representative  **Cash** Any Free Credit Balance owed by us to you is payable upon demand which  although accounted for on our books of record  is not segregated and may be used in the conduct of this firm s business  **Dividend Reinvestment Customers** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account except for the reinvestment of Schwab dividends  for which an independent broker dealer acted as the buying agent  Further information on these transactions will be furnished upon written request  **Gain (or**



**Contributory IRA** of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
November 1-30, 2025

## Positions - Summary

| Beginning Value as of 11/01 | | Transfer of Securities(In/Out) | | Dividends Reinvested | | Cash Activity | | Change in Market Value | | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 41 | + | $0 00 | + | $0 00 | + | $0 00 | + | $0 00 | = | $0 41 | $32,083 24 | ($31,823 13) |

Values may not reflect all of your gains/losses  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK <sup>x z</sup> | | | 0 39 | 0 39 | 0 00 | | 0 05% | 95% |
| Money Fund (Non-Sweep) | SWVXX | SCHWAB PRIME ADVANTAGE M<sup>◊</sup> | 0 0200 | 1 0000 | 0 02 | 0 02 | 0 00 | | | 5% |
| **Total Cash and Cash Investments** | | | | | **$0 41** | **$0 41** | **$0 00** | | | **100%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ILUS | ILUSTRATO PICTURES INTL | 1 0000 | 0 00040 | 0 00 | 0 18 | (0 18) | N/A | N/A | <1% |
| MMATQ | META MATLS INC EQUITY | 29 0000 | 0 00000 | 0 00 | 31,822 95 | (31,822 95) | N/A | N/A | |
| **Total Equities** | | | | | **$0 00** | **$31,823 13** | **($31,823 13)** | | **N/A** | **<1%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 5,808 0000 | | | 260 11 | N/A | | |
| **Total Unpriced Securities** | | | | | **$260 11** | **N/A** | | |

Estimated Annual Income ('EAI") and Estimated Yield ( EY ) calculations are for informational purposes only and are derived from information provided by outside parties  Schwab cannot guarantee the accuracy of such information  Since the interest and dividends are subject to change at any time  they should not be relied upon exclusively for making investment decisions  The actual income and yield might be lower or higher than the estimated amounts  EY is based upon EAI and the current price of the security and will fluctuate  For certain types of securities  the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments  in which case EAI and EY will continue to display at a prior rate



## Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
November 1-30, 2025

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 0 41 | 100% |
| **Total** | **$0 41** | 100% |

## Retirement Details

| Contributions | 2024 | 2025 |
|---|---|---|
| **Total YTD ($)** | **0 00** | **0 00** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| | CHARLES SCHWAB BANK | 0 39 | 95% |
| SWVXX | SCHWAB PRIME ADVANTAGE M | 0 02 | 5% |

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 0 00 | 0 00 | 0 00 |
| YTD | | | 0 00 |
| **Unrealized** | | | **($31,823 13)** |

Values may not reflect all of your gains/losses  Schwab has provided accurate gain and loss information wherever possible for most investments  Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases  Please login to your account at Schwab com for real time gain/loss information  Statement information should not be used for tax preparation  instead refer to official tax documents  For additional information refer to Terms and Conditions



## Contributory IRA of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Account Number
⬛2892

Statement Period
November 1-30, 2025

## Account Summary

Ending Account Value as of 11/30
**$0 41**

Beginning Account Value as of 11/01
**$0 41**



| | This Statement | YTD |
|---|---|---|
| **Beginning Account Value** | **$0 41** | $0 41 |
| Deposits | 0 00 | 0 00 |
| Withdrawals | 0 00 | 0 00 |
| Dividends and Interest | 0 00 | 0 00 |
| Transfer of Securities | 0 00 | 0 00 |
| Market Appreciation/(Depreciation) | 0 00 | 0 00 |
| Expenses | 0 00 | 0 00 |
| **Ending Account Value** | **$0 41** | **$0 41** |

Account Ending Value reflects the market value of your cash and investments  It does not include pending transactions  unpriced securities or assets held outside Schwab s custody

## Manage Your Account

**Customer Service and Trading**
Call your Schwab Representative
1 800-435-4000
24/7 Customer Service

For the most current records on your account visit  schwab com/login   Statements are archived up to 10 years online

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab com/transparency
Charles Schwab & Co  Inc  Member SIPC

## Online Assistance

Visit us online at  schwab com

Visit schwab com/stmt  to explore the features and benefits of this statement

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
150 DOWNSBURY RD
GROVETOWN GA  30813

11/28-00000 ID221



**Schwab One® Account** of

ISAAC D BIRD

Account Number

**6688

Trade Confirmation

June 14, 2023

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(6)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(7)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. **(8)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(9)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. **(10)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(11)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.**(12)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(13)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(14)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

**Manage Your Account**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

06/14-00000-DC99B091

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-800-435-4000.    www.schwab.com
© 2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-0082)



**Schwab One® Account** of

ISAAC D BIRD

Trade Confirmation

June 14, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($0.69) | $0.00 | $0.00 | ($0.69) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | Purchase | MMAT 59134N104 | **META MATLS INC** | 3 | 0.2298 | 0.69 | | **0.69** | F2, A1 |

## Disclosures

A1  Schwab acted as your agent.

F2  Payment Type: Cash

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2







Schwab One® Account of
**ISAAC D BIRD**

Account Number
█████-6688

**Trade Confirmation**

**BOUGHT    META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  12/07/22 | Settle  12/09/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 120 | 8 27 | 992 40 | Commission | 6 95 | 999 35 |

**For this security**                                                                Internal Use Only  2  E
- Moody's Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see  Terms and Conditions  for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                           *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234 4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Schwab One® Account of
**ISAAC D BIRD**

Account Number
█████-6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

12/07-00000 DC74A098 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)





Schwab One® Account of
**ISAAC D BIRD**

Account Number
**⬛-6688**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | Type  Cash | Trade  10/12/22 | Settle  10/14/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1 | 0 8035 | 0 80 | N/A | | 0 80 |

**For this security**
- Schwab acted as your agent

Internal Use Only  2  E

Please see  Terms and Conditions  for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im-
mediately using any of the appropriate phone numbers listed above  To protect your rights
you must also notify us in writing  You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation  This con-
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market  and your account
agreement(s) with Schwab  We will furnish  upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab s transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof, may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility, but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer  the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance please contact your Schwab
investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices, offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home
Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt   for mortgage securities
http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)
http //www fanniemae com   Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800-336-3672
for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document, official statement, or final prospectus, call
888 835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment  the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3




Schwab One® Account of
**ISAAC D BIRD**

Account Number
**-6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ   85635 8272

10/12-00000-DC19A098 *

Charles Schwab & Co  Inc   211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)





**Schwab One® Account of**
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

---

*SOLD*    Amc Entertainment A (Symbol AMC)

| Security No /CUSIP 00165C-10-4 | | | Type Cash | Trade 01/19/22 | Settle 01/21/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 22 | 18 63 | 409 86 | N/A | 409 86 |

**For this security**                                                                                                        Internal Use Only 2 E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS
- Schwab acted as your agent

---

*BOUGHT*    META MATLS INC 0% PFD Callable (Symbol  MMTLP)

| Security No /CUSIP 59134N-20-3 | | | Type Cash | Trade 01/19/22 | Settle 01/21/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 193 | 1 35 | 260 55 | Commission | 4 44 | 264 99 |
| 2 | 1 35 | 2 70 | Commission | 0 05 | 2 75 |
| 100 | 1 35 | 135 00 | Commission | 2 30 | 137 30 |
| 7 | 1 35 | 9 45 | Commission | 0 16 | 9 61 |
| 302 | | $ 407 70 | | $6 95 | $ 414 65 |

**For this security**                                                                                                        Internal Use Only 2 E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

---

Please see  Terms and Conditions  for more information



Schwab One® Account of
**ISAAC D BIRD**

Account Number
**██6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

01/19-00000 DC53A09C *



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                            *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency if any) where executed, any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish, upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you
**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices, offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ') and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb-of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document official statement or final prospectus call 888 835-8846
**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered
**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





Schwab One® Account of
**ISAAC D BIRD**

Account Number
■■■**6688**

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

12/31-00000 DC34A098 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000        www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                                    *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab') and the customer

(1)  If you find any errors or omissions on this trade confirmation  please call Schwab im-
mediately using any of the appropriate phone numbers listed above  To protect your rights
you must also notify us in writing  You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation  This con
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
(2)  All transactions are subject to the rules  regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market, and your account
agreement(s) with Schwab  We will furnish  upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
(3)  Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
(4)  Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
(5)  Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab s transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
(6)  If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
(7)  Call features  in addition to any identified on the face hereof  may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility  but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer  the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
(8)  Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
(9)  Schwab received remuneration from the broker-dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
(10)  If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
(11)  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance please contact your Schwab
investment professional or financial advisor
(12)  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
(13)  To obtain electronic copies of notices  offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ('GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home
Loan Bank (FHLB)  http //www fhlb of com  Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt  for mortgage securities
http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA)
http //www fanniemae com  Government National Mortgage Association (GNMA)
http //www ginniemae gov
(14)  If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800-336-3672
for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
(15)  To request a paper copy of an offering document  official statement  or final prospectus  call
888 835-8846
(16)  For asset-backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment  the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
(17)  If this transaction involves a zero coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form it may be called without notice by mail to the holder  unless registered
(18)  In the case of a bond transaction that had a factor  the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request







Schwab One® Account of
**ISAAC D BIRD**

Account Number
**6688**

**Trade Confirmation**

**BOUGHT    META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | | Type  Cash | Trade  12/31/21 | Settle  01/04/22 |
|---|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| 1 | 2 595 | 2 60 | N/A | | | 2 60 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |

**BOUGHT    META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  12/31/21 | Settle  01/04/22 |
|---|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| 830 | 1 50 | 1,245 00 | Commission | 6 95 | | 1,251 95 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request | |
| - Moody s Rating NR   S&P Rating NR | |
| - Schwab acted as your agent | |

Please see "Terms and Conditions  for more information

Page 3 of 3







Schwab One® Account of
**ISAAC D BIRD**

Account Number
■-6688

**Trade Confirmation**

ISAAC D BIRD
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

12/29-Q0000-DC97A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                                    *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)**  If you find any errors or omissions on this trade confirmation  please call Schwab im
mediately using any of the appropriate phone numbers listed above   To protect your rights
you must also notify us in writing   You should notify us immediately upon discovery of the
error  but in any event no later than 10 days after you receive the confirmation   This con-
firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses
that occur because of your failure to promptly notify us of an error
**(2)**  All transactions are subject to the rules  regulations  requirements and customs of the Federal
Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any
association whose rules and regulations govern transactions in said market  and your account
agreement(s) with Schwab  We will furnish, upon written request  the date and time when this
transaction took place and the name of the other party to the transaction  Federal regulations
require that all brokerage firms report sales transactions to the IRS unless the order was placed
through an IRA  corporate or trustee account
**(3)**  Securities purchased by you or held by us may be hypothecated and/or commingled with
securities carried for other customers
**(4)**  Payment for all purchases or delivery of securities sold is due promptly and in any event no
later than the settlement date  We reserve the right to liquidate securities or otherwise cover a
position without notice at any time  including prior to settlement date  when in our judgment the
value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held
responsible for any resulting loss
**(5)**  Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by
Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter
or distributor without paying Schwab's transaction fee  Please consult the prospectus for
information about any other fees which a fund might charge
**(6)**  If the symbol (*) appears on the item description on your confirmation  the offering of the
described security has been made solely by means of the prospectus relating thereto  a copy of
which has been or will be delivered to you
**(7)**  Call features  in addition to any identified on the face hereof  may exist for certain common stocks
preferred stocks and bonds that could affect yield  For additional information or questions  contact
Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a
central clearing facility  but not registered in your name  are commingled with identical securities held
for other customers  In the event securities so held are called by the issuer  the securities to be called
will be determined by an impartial and random selection system  Should your security be so selected
it will be presented for redemption and your account credited with the proceeds  Clients have the right
to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess
margin securities not subject to restrictions
**(8)**  Any credit ratings shown on this confirmation are as of the time the confirmation was generated
and may differ from any credit ratings provided at the time this transaction took place  The credit
ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any
of the appropriate numbers listed above
**(9)**  Schwab received remuneration from the broker-dealer or market center through which the
transaction was executed  The nature and source of which such remuneration may vary and will be
disclosed to you upon written request
**(10)**  If the security described on the front of this confirmation was issued by The Charles Schwab
Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is
controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)**  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based
on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ
slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus
or Statement of Additional Information  If you need additional assistance please contact your Schwab
investment professional or financial advisor
**(12)**  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares
and/or fees charged for certain fixed income securities transactions
**(13)**  To obtain electronic copies of notices  offering documents  and documents incorporated by
reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit
the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home
Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for
debt securities  http //www freddiemac com/debt   for mortgage securities
http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)
http //www fanniemae com   Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)**  If the security is a TBA (To Be Announced) status  further pool information is available by
contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336-3672
for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at
bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)**  To request a paper copy of an offering document  official statement  or final prospectus  call
888 835-8846
**(16)**  For asset-backed securities  which represent an interest in or are secured by a pool of receivables
or other financial assets subject continuously to prepayment  the actual yield may vary according to the
rate at which the underlying receivables or other financial assets are prepaid  Information concerning
the factors that affect yield (including at a minimum estimated yield  weighted average life and the
prepayment assumptions underlying yield) will be furnished upon request
**(17)**  If this transaction involves a zero coupon security  no periodic interest payments will be made
and  if the security is callable  it may be called below maturity value and if callable and available in
bearer form it may be called without notice by mail to the holder  unless registered
**(18)**  In the case of a bond transaction that had a factor  the principal amount will reflect the
modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



Schwab One® Account of
**ISAAC D BIRD**

Account Number
-6688

**Trade Confirmation**

*BOUGHT*    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  12/29/21 | Settle  12/31/21 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 777 | 1 30 | 1,010 10 | Commission  6 95 | | 1,017 05 |

**For this security**                                                             Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see  Terms and Conditions  for more information

Page 3 of 3







**Individual Retirement Account** of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
■4571

Trade Confirmation
**June 14, 2023**

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(6)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(7)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. **(8)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(9)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. **(10)** Transaction Fee - Includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(11)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs , Federal National Mortgage Association (FNMA): http://www.fanniemae.com , Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(12)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(13)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(14)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

**Manage Your Account**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ          85635-8272

Charles Schwab & Co. Inc. 211 Main Street, San Francisco, CA 94105. Telephone. 1-800-435-4000.    www.schwab.com
2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-70N2)



## Individual Retirement Account of

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Trade Confirmation

June 14, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($1.14) | $0.00 | $0.00 | ($1.14) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | Purchase | MMAT 59134N104 | **META MATLS INC** | 5 | 0.2275 | 1.14 | | **1.14** | F2, A1 |

## Disclosures

A1   Schwab acted as an agent.

F2   Payment Type: Cash



See "Disclosures" section for an explanation of this disclosure codes and symbols on this document.









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

---

### BOUGHT    META MATLS INC (Symbol MMAT)

| Security No /CUSIP 59134N-10-4 | | | Type Cash | Trade 12/06/22 | Settle 12/08/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 1 | 1 6699 | 1 67 | N/A | | 1 67 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Schwab acted as your agent | |

---

### BOUGHT    META MATLS INC 0% PFD Callable (Symbol MMTLP)

| Security No /CUSIP 59134N-20-3 | | | Type Cash | Trade 12/06/22 | Settle 12/08/22 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 135 | 6 98 | 942 30 | Commission    6 95 | | 949 25 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Moody s Rating NR   S&P Rating NR<br>  Schwab acted as your agent | |

Please see  Terms and Conditions  for more information



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                                     *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions, contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected  it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities  http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA)  http //www fanniemae com   Government National Mortgage Association (GNMA)  http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1 800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form  it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA    85635 8272
SIERRA VISTA AZ

12/06-00000 DC74A099 *



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

12/02-00000 DC70A098 *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
 4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** _____ *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC") or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities
http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA)
http //www fanniemae com  Government National Mortgage Association (GNMA)
http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835 8846
**(16)** For asset backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  12/02/22 | Settle  12/06/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 120 | 8 26 | 991 20 | Commission | 6 95 | 998 15 |

**For this security**                                                                                                      Internal Use Only  2  E
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see "Terms and Conditions  for more information









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
███-4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

11/08-00000-DC46A099 *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con- firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error
**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account
**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers
**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss
**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge
**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you
**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions
**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above
**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request
**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC
**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor
**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions
**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE") and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov
**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800 336 3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com
**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846
**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request
**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered
**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**   **META MATLS INC** (Symbol  MMAT)

| Security No /CUSIP  59134N-10-4 | | | Type  Cash | Trade  11/08/22 | Settle  11/10/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 8 | 1 3953 | 11 16 | N/A | | 11 16 |

| For this security | Internal Use Only  2 E |
|---|---|
| - Schwab acted as your agent | |

Please see  Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
███-4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ        85635 8272

04/25-00000 DC49A09F *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                               *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected  it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities  http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA)  http //www fanniemae com  Government National Mortgage Association (GNMA)  http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800 336 3672 for Freddie Mac and 1-800-234 4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  04/25/22 | Settle  04/27/22 |
|---|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| 113 | 1 09 | 123 17 | Commission | 6 95 | | 130 12 |

| For this security | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody s Rating NR   S&P Rating NR<br>- Schwab acted as your agent | |

Please see  Terms and Conditions  for more information









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
■■4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ          85635 E272

03/31-00000-DC24A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www.schwab.com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report  please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                       *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1 800-2FANNIE (1-800-232-6643) for Fannie Mae and 1 800 336-3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)** For asset backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  03/31/22 | Settle  04/04/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 1 210 | 1 24 | 1 500 40 | Commission | 6 95 | | 1,507 35 |

| **For this security** | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request <br> - Moody s Rating NR   S&P Rating NR <br> - Schwab acted as your agent | |









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
■■■4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

03/15 00000 DC08A09B *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)**  If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights  you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)**  All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)**  Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)**  Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)**  Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)**  If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)**  Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected  it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)**  Any credit ratings shown on this confirmation are as of the time the confirmation was generated  and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)**  Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)**  If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)**  Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)**  Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)**  To obtain electronic copies of notices, offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ('GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)**  If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)**  To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)**  For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)**  If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)**  In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

Security No /CUSIP  59134N-20-3 | | | | | | Type  Cash | Trade  03/15/22 | Settle  03/17/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 1 59 | 159 00 | Commission | 0 69 | 159 69 |
| 100 | 1 59 | 159 00 | Commission | 0 69 | 159 69 |
| 100 | 1 59 | 159 00 | Commission | 0 69 | 159 69 |
| 200 | 1 59 | 318 00 | Commission | 1 38 | 319 38 |
| 506 | 1 59 | 804 54 | Commission | 3 50 | 808 04 |
| **1,006** | | **$ 1,599 54** | | **$6 95** | **$ 1,606 49** |

| For this security | Internal Use Only  2  E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody s Rating NR   S&P Rating NR<br>- Schwab acted as your agent | |

Please see "Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
▆▆▆4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635 8272

03/01-00000-DC94A09C *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000    www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
## ISAAC D BIRD
## CHARLES SCHWAB & CO INC CUST
## ROTH CONTRIBUTORY IRA

Account Number
4571

## Trade Confirmation

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                         *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed, any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA)  http //www fanniemae com  Government National Mortgage Association (GNMA)  http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1 800 336 3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum  estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
██████4571

**Trade Confirmation**

---

**BOUGHT**   **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

---

Security No /CUSIP  59134N-20-3                                    Type  Cash        Trade  03/01/22        Settle  03/03/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 953 | 1 96 | 1,867 88 | Commission | 6 95 | 1,874 83 |

---

**For this security**                                                                                                   Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see "Terms and Conditions  for more information









Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
█████4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ          85635 8272

02/15-00000-DC80A099 *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**

*Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab') and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab immediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ('CSC") or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800 2FANNIE (1-800-232 6643) for Fannie Mae and 1 800-336 3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888-835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request








**charles SCHWAB**

Individual Retirement Account of
**ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA**

Account Number
■4571

**Trade Confirmation**

*BOUGHT*    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

Security No /CUSIP  59134N-20-3

Type  Cash       Trade  02/15/22       Settle  02/17/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 1 30 | 130 00 | Commission | 0 69 | 130 69 |
| 905 | 1 30 | 1 176 50 | Commission | 6 26 | 1 182 76 |
| **1,005** | | **$ 1,306 50** | | **$6 95** | **$ 1,313 45** |

**For this security**
- Redemption features exist for this security  Information provided upon request
- Moody's Rating NR   S&P Rating NR
- Schwab acted as your agent

Internal Use Only  2  E

Please see  Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
■■4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA    85635 8272
SIERRA VISTA AZ

02/02-00000 DC67A09C *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com
©2014 Charles Schwab & Co  Inc   All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility, but not registered in your name are commingled with identical securities held for other customers In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1 800-2FANNIE (1-800 232-6643) for Fannie Mae and 1-800-336 3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888 835 8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero-coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
████-4571

**Trade Confirmation**

---

**BOUGHT    META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | Type  Cash | Trade  02/02/22 | Settle  02/04/22 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 112 | 1 28 | 143 36 | Commission | 6 95 | 150 31 |

**For this security**

- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Internal Use Only  2  E







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
█████4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ    85635-8272

02/01-00000-DC66A09B *

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions** _____ *Retain for your records*

It is agreed between Charles Schwab & Co  Inc ( Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This confirmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you

**(7)** Call features  in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com  Federal Home Loan Bank (FHLB)  http //www fhlb-of com  Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt  for mortgage securities http //www freddiemac com/mbs  Federal National Mortgage Association (FNMA) http //www fanniemae com  Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336 3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement  or final prospectus  call 888 835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request



Page 2 of 3



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT**    **META MATLS INC 0% PFD Callable**  (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | | Type  Cash | Trade  02/01/22 | Settle  02/03/22 |
|---|---|---|---|---|---|---|---|
| | Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
| | 97 | 1 28 | 124 16 | Commission | 0 64 | | 124 80 |
| | 958 | 1 28 | 1,226 24 | Commission | 6 31 | | 1 232 55 |
| | **1,055** | | **$ 1,350 40** | | **$6 95** | | **$ 1,357 35** |

| For this security | Internal Use Only  2 E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody s Rating NR   S&P Rating NR<br>- Schwab acted as your agent | |





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ        85635 8272

01/21-00000-DC55A09G *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000      www schwab com

©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314-0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                                                                                   *Retain for your records*

It is agreed between Charles Schwab & Co  Inc  ('Schwab ) and the customer

**(1)** If you find any errors or omissions on this trade confirmation  please call Schwab im mediately using any of the appropriate phone numbers listed above  To protect your rights you must also notify us in writing  You should notify us immediately upon discovery of the error  but in any event no later than 10 days after you receive the confirmation  This con-firmation will be deemed conclusive after 10 days  Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules  regulations  requirements and customs of the Federal Reserve Board  the exchange or market (and its clearing agency  if any) where executed  any association whose rules and regulations govern transactions in said market  and your account agreement(s) with Schwab  We will furnish  upon written request  the date and time when this transaction took place and the name of the other party to the transaction  Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA  corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date  We reserve the right to liquidate securities or otherwise cover a position without notice at any time  including prior to settlement date  when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm  You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation  if applicable  are charged by Schwab  You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee  Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation  the offering of the described security has been made solely by means of the prospectus relating thereto  a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof  may exist for certain common stocks  preferred stocks and bonds that could affect yield  For additional information or questions  contact Schwab using any of the appropriate numbers listed above  Securities held for you at Schwab or at a central clearing facility  but not registered in your name  are commingled with identical securities held for other customers  In the event securities so held are called by the issuer  the securities to be called will be determined by an impartial and random selection system  Should your security be so selected it will be presented for redemption and your account credited with the proceeds  Clients have the right to withdraw uncalled  fully paid securities at any time prior to a partial call  and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place  The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated  For additional information or questions  contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed  The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC") or an entity controlled by CSC  we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information  You may be eligible for breakpoint discounts based on the size of your purchase  current holdings or future purchases  The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations  Please refer to the prospectus or Statement of Additional Information  If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices  offering documents  and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities  visit the following web sites  Federal Farm Credit Bank (FFCB)  http //www farmcredit-ffcb com   Federal Home Loan Bank (FHLB)  http //www fhlb-of com   Federal Home Loan Mortgage Corporation (FHLMC)  for debt securities  http //www freddiemac com/debt   for mortgage securities http //www freddiemac com/mbs   Federal National Mortgage Association (FNMA) http //www fanniemae com   Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status  further pool information is available by contacting the issuer as follows  1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1-800 336-3672 for Freddie Mac and 1-800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document  official statement, or final prospectus  call 888 835-8846

**(16)** For asset-backed securities  which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment  the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid  Information concerning the factors that affect yield (including at a minimum estimated yield  weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security  no periodic interest payments will be made and  if the security is callable  it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder  unless registered

**(18)** In the case of a bond transaction that had a factor  the principal amount will reflect the modified amount resulting from the bond factor  Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

**BOUGHT    META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

Security No /CUSIP  59134N-20-3

Type  Cash      Trade  01/21/22      Settle  01/25/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 150 | 1 33 | 199 50 | Commission | 1 38 | 200 88 |
| 606 | 1 33 | 805 98 | Commission | 5 57 | 811 55 |
| **756** | | **$ 1,005 48** | | **$6 95** | **$ 1,012 43** |

| **For this security** | Internal Use Only  2 E |
|---|---|

- Redemption features exist for this security  Information provided upon request
- Moody s Rating NR   S&P Rating NR
- Schwab acted as your agent

Please see  Terms and Conditions  for more information







Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
▮4571

**Trade Confirmation**

ISAAC D BIRD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5210 CALLE GRANADA
SIERRA VISTA AZ     85635-8272

01/20-00000-DC54A09D *

Charles Schwab & Co  Inc  211 Main Street  San Francisco  CA 94105  Telephone  1-800-435-4000     www schwab com
©2014 Charles Schwab & Co  Inc  All rights reserved  Member SIPC  Custodial and brokerage services provided by Charles Schwab & Co  Inc  CSA 04726 (0314 0082)



Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
-4571

**Trade Confirmation**

If you have questions about this report, please contact Schwab at 1-800-435-4000

**Terms and Conditions**                             *Retain for your records*

It is agreed between Charles Schwab & Co Inc ( Schwab") and the customer

**(1)** If you find any errors or omissions on this trade confirmation please call Schwab immediately using any of the appropriate phone numbers listed above To protect your rights you must also notify us in writing You should notify us immediately upon discovery of the error but in any event no later than 10 days after you receive the confirmation This confirmation will be deemed conclusive after 10 days Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error

**(2)** All transactions are subject to the rules regulations requirements and customs of the Federal Reserve Board the exchange or market (and its clearing agency if any) where executed any association whose rules and regulations govern transactions in said market and your account agreement(s) with Schwab We will furnish upon written request the date and time when this transaction took place and the name of the other party to the transaction Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA corporate or trustee account

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date We reserve the right to liquidate securities or otherwise cover a position without notice at any time including prior to settlement date when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm You will be held responsible for any resulting loss

**(5)** Mutual Fund Transaction Fees shown on this confirmation if applicable are charged by Schwab You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab s transaction fee Please consult the prospectus for information about any other fees which a fund might charge

**(6)** If the symbol (*) appears on the item description on your confirmation the offering of the described security has been made solely by means of the prospectus relating thereto a copy of which has been or will be delivered to you

**(7)** Call features in addition to any identified on the face hereof may exist for certain common stocks preferred stocks and bonds that could affect yield For additional information or questions contact Schwab using any of the appropriate numbers listed above Securities held for you at Schwab or at a central clearing facility but not registered in your name are commingled with identical securities held for other customers In the event securities so held are called by the issuer the securities to be called will be determined by an impartial and random selection system Should your security be so selected it will be presented for redemption and your account credited with the proceeds Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated For additional information or questions contact Schwab using any of the appropriate numbers listed above

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed The nature and source of which such remuneration may vary and will be disclosed to you upon written request

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ( CSC ) or an entity controlled by CSC we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC

**(11)** Additional Load Fund Breakpoint Information You may be eligible for breakpoint discounts based on the size of your purchase current holdings or future purchases The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations Please refer to the prospectus or Statement of Additional Information If you need additional assistance please contact your Schwab investment professional or financial advisor

**(12)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares and/or fees charged for certain fixed income securities transactions

**(13)** To obtain electronic copies of notices offering documents and documents incorporated by reference pertaining to Government Sponsored Enterprises ( GSE ) and Federal Agency securities visit the following web sites Federal Farm Credit Bank (FFCB) http //www farmcredit-ffcb com Federal Home Loan Bank (FHLB) http //www fhlb of com Federal Home Loan Mortgage Corporation (FHLMC) for debt securities http //www freddiemac com/debt for mortgage securities http //www freddiemac com/mbs Federal National Mortgage Association (FNMA) http //www fanniemae com Government National Mortgage Association (GNMA) http //www ginniemae gov

**(14)** If the security is a TBA (To Be Announced) status further pool information is available by contacting the issuer as follows 1-800-2FANNIE (1-800-232 6643) for Fannie Mae and 1 800-336 3672 for Freddie Mac and 1 800 234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae com or Freddie Mac at Investor_Inquiry@FreddieMac com

**(15)** To request a paper copy of an offering document official statement or final prospectus call 888-835-8846

**(16)** For asset-backed securities which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid Information concerning the factors that affect yield (including at a minimum estimated yield weighted average life and the prepayment assumptions underlying yield) will be furnished upon request

**(17)** If this transaction involves a zero coupon security no periodic interest payments will be made and if the security is callable it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder unless registered

**(18)** In the case of a bond transaction that had a factor the principal amount will reflect the modified amount resulting from the bond factor Additional information will be furnished upon request





Individual Retirement Account of
**ISAAC D BIRD**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
4571

**Trade Confirmation**

---

***BOUGHT***    **META MATLS INC 0% PFD Callable** (Symbol MMTLP)

| Security No /CUSIP 59134N-20-3 | | | | | Type Cash | Trade 01/20/22 | Settle 01/24/22 |
|---|---|---|---|---|---|---|---|
| *Quantity* | *Price ($)* | *Principal ($)* | | *Charges and/or Interest ($)* | | | *Total Amount ($)* |
| 1 | 1 33 | 1 33 | Commission | | 1 39 | | 2 72 |
| 4 | 1 33 | 5 32 | Commission | | 5 56 | | 10 88 |
| **5** | | **$ 6 65** | | | **$6 95** | | **$ 13 60** |

| For this security | Internal Use Only 2 E |
|---|---|
| - Redemption features exist for this security  Information provided upon request<br>- Moody's Rating NR  S&P Rating NR<br>- Schwab acted as your agent | |



