23 December 2025

BK-24-50792-gs
CHAPTER 7

US Bankruptcy Court
First Floor, 300 Booth Street
Reno
Nevada 89509

RECEIVED
AND FILED

DEC 29 2025

Attn  Clerk of the Court

U.S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

RE·  Change of Address
POI for Meta Materials Inc Preferred Shares(MMTLP)

Dear Sir/Madam

My name is Tayseer I  Shahin and I would like to update my POI dated 12/15/2024 submitted to your office in the matter of Meta Materials Inc  My new address for your records is as follows·

47624 Lindenhurst Blvd
Canton
Mi 48188

Enclosed please find my POI for MMTLP/Nextbridge Hydrocasrbons shares(Meta Materials Inc Preferred shares)

Thank you so much for your kind attention and action

Yours sincerely,

Tayseer I Shahin

cc Jeffrey Hartman
510 W Plumb Lane, Suite B,
Reno,
Nevada 89509