NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

**Name of Debtor:**
META MATERIALS, INC.

**Case Number:**
24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
SEAN LEE
1401 S. St. ANDREWS PL #210
LOS ANGELES, CA 90019

**Telephone Number:**
310-873-8913

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 29 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
EQUINITI ACCT # XXXXXX4207

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ___
☑ amends a previously filed Proof of Interest dated: 03-24-25

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
EQUINITI TRUST COMPANY, LLC
PO BOX 500
**Telephone Number:** NEWARK, NJ, 07101    800-937-5449

3. **Date Equity Interest was acquired:**
11-02-23
SEE ATTACHED DOCUMENTATION FOR MORE DETAILS

4. **Total amount of member interest:** 1,553 SHARES

5. **Certificate number(s):** ___

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR SHAREHOLDER

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: SEAN LEE
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)
(Date) 12-20-25
Telephone number: 310-873-8913    email: SL.SEANLEE@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*


AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108 3327 001 002 186
SEAN LEE
1401 S ST ANDREWS PL APT 210 APT 210
LOS ANGELES CA 90019

| | |
|---|---|
| Company Number | 27067 |
| Company Name | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP | 591994371 |
| Company Ticker Symbol | |
| Stock Exchange | |
| Account Number | 0000014207 |
| Statement Date | November 10  2023 |

www astfinancial com
investors@astfinancial com
800 937-5449

# Transaction Advice

**IMPORTANT  Retain this statement for your investment and tax records**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 1,553 000 | 1,553 000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 1,553 000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party
AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any
informational errors or for any actions taken reliance on such prices

# Transaction Details

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 11/02/2023 | BK*0003382 | BOOK SHARES CREDITED | 1,553 000 |

AST01270670000014207


AST → EQ
AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

SEAN LEE
1401 S ST ANDREWS PL APT 210 APT 210
LOS ANGELES CA 90019

| | |
|---|---|
| **Statement Date** | November 28 2023 |
| **Company Name** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number** | 27067 |
| **Stock Exchange** | |
| **Company Ticker Symbol** | |
| **CUSIP** | 591994371 |
| **Account Number** | 0000014207 |
| **W9/W8/W8BENE Certified** | No |
| **Dividend Amount Paid YTD** | $0 00 |

# Balance Summary as of 11/28/2023

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 1,553 000 | $0 000 | $0 00 |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third-party as of a particular date  AST does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither AST nor its provider will be liable for any errors  incompleteness  or delays in the information herein  or for any actions taken in reliance thereon

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| **Restricted** | | 0 000 | 0 000 |
| **Unrestricted** | 0 000 | 0 000 | 1,553 000 |

If you have questions, please call our office at 800-937-5449  Our representatives are available to assist you Monday through Friday from 8 00 a m  to 8 00 p m  Eastern Time  You may also email us by selecting  Contact Us' on www astfinancial com


AST01270670000014207


3531 001 001 00054



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK  NJ 07101

SEAN LEE
1401 S ST ANDREWS PL APT 210 APT 210
LOS ANGELES CA 90019

| | |
|---|---|
| **Statement Date** | November 28  2023 |
| **Company Name** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number** | 27067 |
| **Stock Exchange** | |
| **Company Ticker Symbol** | |
| **CUSIP** | 591994371 |
| **Account Number** | 0000014207 |
| **W9/W8/W8BENE Certified** | No |
| **Dividend Amount Paid YTD** | $0 00 |

# Balance Detail as of 11/28/2023

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 1,553 000 | $0 000 | $0 00 |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third-party as of a particular date  AST does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither AST nor its provider will be liable for any errors  incompleteness  or delays in the information herein  or for any actions taken in reliance thereon

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares  0 000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 11/02/2023 | BK*0003382 | 1,553 000 | No |

If you have questions, please call our office at 800-937-5449  Our representatives are available to assist you Monday through Friday from 8 00 a m  to 8 00 p m  Eastern Time  You may also email us by selecting "Contact Us' on www astfinancial com



AST01270670000014207



3535 001 001 00068