NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor<br>META MATERIALS, INC | Case Number<br>24-50792 | |
|---|---|---|

| 1   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the 'Interest holder )<br>   NICHOLAS P NIXON MCCORD<br><br>**947 MYERS ST APT 409**<br><br>**RICHMOND, VA 23230**<br>Telephone Number<br>**703-975-2461** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors | RECEIVED AND FILED<br><br>DEC 29 2025<br><br>U.S BANKRUPTCY COURT<br>DANIEL S OWENS, CLERK |
|---|---|---|

NOTE* This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor<br>**xxxx-8015** | Check here if this claim<br>☐ replaces a previously filed Proof of Interest dated _____<br>☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| 2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest<br>NICHOLAS P NIXON MCCORD<br><br>Charles Schwab & Co  Inc  Omaha Operations Center 200 S 108th Ave Omaha, NE 68154<br>**Telephone Number**  800 435-4000 | 3   Date Equity Interest was acquired<br><br>Between 10/06/2022 - 08/01/2024<br><br>SEE ATTACHED DOCUMENTATION |
|---|---|

| 4   Total amount of member interest   Currently 0 shares / Loss of $316.95 | 5   Certificate number(s) N/A _____ |
|---|---|

6   **Type of Equity Interest**
Please indicate the type of Equity Interest you hold
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description  INVESTOR

7   **Supporting Documents** Attach copies of supporting documents  such as stock certificates, option agreements warrants etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available  explain  If the documents are voluminous  attach a summary

8   **Date Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest  enclose a stamped, self-addressed envelope and copy of this Proof of Interest

9  **Signature**
Check the appropriate box
☒ I am the creditor   ☐ I am the creditor s authorized agent   ☐ I am the trustee, or the debtor   ☐ I am a guarantor  surety  endorser  or other codebtor
(Attach copy of power of attorney if any )   or their authorized agent   (See Bankruptcy Rule 3005 )
(See Bankruptcy Rule 3004 )

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge  information  and reasonable belief

| Print Name   NICHOLAS P NIXON MCCORD<br>Title   _____<br>Company ___ Address  and  telephone  number  (if  different  from  notice  address above)<br>_____ | _(Signature)_<br><br>Telephone number  703-975-2461 | 12/23/25<br>(Date)<br><br>email  np mccord@gmail com |
|---|---|---|

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571_

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR:**     **NICHOLAS P NIXON MCCORD**

**BROKER:**     **Charles Schwab**

**ACCT #:**     **xxxx-8015**

**\*\*This is the Transaction from Schwab**

| Date | Settlement Date | Action | Symbol/CUSIP | Quantity | Description | | | Price | Amount |
|------|-----------------|--------|--------------|----------|-------------|--|--|-------|--------|
| 10/12/2022 | 10/14/2022 | Buy | MMAT | 300.000 | META MATLS INC | | | $1.08 | ($324.00) |
| **Total Invested Before Reverse Split** | | | | **300.000** | | | | | **($324.00)** |
| 1/29/2024 | | Reverse Split | 59134N104 | (300.000) | META MATLS INC | XXXREVERSE SPLIT | EFF: 01/29/24 | $0.00 | $0.00 |
| 1/29/2024 | | Reverse Split | MMAT | 3.000 | META MATLS INC | | | $0.00 | $0.00 |
| 8/1/2024 | 8/2/2024 | Sell | MMAT | (3.000) | META MATLS INC | | | $2.35 | $7.05 |
| | | | | . | | | | | **($316.95)** |
| | | | | | | | | | |
| 10/6/2022 | 10/11/2022 | Buy | MMTLP | 200.000 | META MATLS INC | 0% PFDPFD | | $1.95 | ($396.95) |
| 12/6/2022 | 12/8/2022 | Buy | MMTLP | 100.000 | META MATLS INC | 0% PFDPFD | | $5.62 | ($568.95) |
| 12/13/2022 | | Exchange or Exercise | 591994371 | 300.000 | META MATLS INC | 0% PFDPENDING RECEIPT OF NEW SHARES | | $0.00 | $0.00 |
| 12/13/2022 | | Exchange or Exercise | 59134N203 | (300.000) | META MATLS INC | 0% PFDPFD | | $0.00 | $0.00 |
| 12/30/2022 | | Mandatory Reorg Exc | 591994371 | (300.000) | META MATLS INC | 0% PFDPENDING RECEIPT OF NEW SHARES | | $0.00 | $0.00 |
| 12/30/2022 | | Mandatory Reorg Exc | 629999590 | 300.000 | NEXT BRIDGE HYDROCARBONS | | | $0.00 | $0.00 |



**charles SCHWAB**

■-8015
Roth Contrib

NICHOLAS PATRICK NIXON MCCORD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

| Total Known Realized Gain/(Loss) $/% | Total Known Short-Term Gain/(Loss) | Total Known Long-Term Gain/(Loss) |
|---|---|---|
| ■ | ■ | ■ |

| Total Known Proceeds | Total Known Cost Basis | |
|---|---|---|
| ■ | ■ | |

**Cost Basis - Realized Gain/(Loss) - Filtered by: Previous Year**                                    **Results: 6**

| Symbol | Name | Sold/ Closed | Acquired/ Opened | Quantity Sold | Total Proceeds | Cost Basis[3] | Cost per Share[*] | Short Term | Long Term | Total | Total % | Notes[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | |
| MMAT | META MATLS INC | 08/01/2024 | 10/12/2022 | 3.00000 | $7.05 | $324.00 | $108.0000 | | ($316.95) | ($316.95) | (97.82%) | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | |

©2025 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.
This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor

**Disclosures**

The Realized Gain/Loss page provides summary information of closed transactions  Not all closed transactions appear on this page

We calculate cost basis using data that you or your client have provided to us or that we have obtained from market data supplied by third party sources  We may also display cost basis data that we have not calculated but that has been supplied by you or your client  a prior custodian or another third party source Because the accuracy of cost basis data depends upon these third party inputs  we are not able to guarantee the availability, accuracy or completeness of such cost basis data

Only covered transactions will be reported to the IRS  Schwab does not provide tax or legal advice  Please have your clients consult with a tax advisor regarding their specific tax situation

**Footnotes apply where indicated on the data view**
**Missing  Indicates cost basis has not been provided for this security**
**Not Tracked  Indicates original cost basis is not available**

1  a Data for this holding has been edited or provided by the Advisor
   e Data for this holding has been edited or provided by the end client
   t  Data for this holding has been edited or provided by a third party
   u Cost Basis was reported as unknown on the received cost basis report
   w Cost Basis adjusted due to a wash sale
3  Cost Basis for fixed income securities is now adjusted to reflect amortized/accreted values  Click the acquired/opened date to view original cost in the Details page  Note  Some securities  including variable rate/term instruments and mortgage backed securities  may only reflect original cost even when the amortization / accretion preference is on
8  Total excludes missing cost basis information  or values not tracked by Schwab
9  Price paid for the security, excluding commission

(0307 0369)

©2025 Charles Schwab & Co  Inc  ( Schwab )  All rights reserved  Member SIPC
Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody  trading and support services of Schwab
This material is for Institutional Investor use only  This material may not be forwarded or made available  in part or in whole  to any party that is not an institutional investor