NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**Next Bridge Hydrocarbons** | Case Number:<br>**24-50792** |
|---|---|

**AM**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):




Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to *your interest. Attach copy of statement* giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
JAN - 5 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>**Z19657226  (Traditional Account)** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Fidelity Investments  P O Box 770001  Cincinnati, OH  45277-0003<br><br>**Telephone Number:**  1-800-343-3548 | 3. Date Equity Interest was acquired:<br><br>**December 3, 2021. These shares are my Fidelity Traditional account. See attached documentation.** |
|---|---|

| 4. Total amount of member interest: <u>25 shares for $47.75</u> | 5. Certificate number(s): <u>See attached documentation.</u> |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** <u>Investor</u>

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address and telephone number (if different from notice address above):
_____
_____

_____
(Signature)                                          (Date)

· Telephone number:                    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Fidelity Investments

## MMTLP/Next Bridge Hydrocarbons Shares Owned

| Date | Symbol | Bought/Sold | Order # | # Of Shares | Price Per Share | Total Cost | |
|---|---|---|---|---|---|---|---|
| December 3, 2021 | MMTLP | Bought | 21337-B17XT | 25 | 1.9100 | $ | 47.75 |
| | | | | 25 | | $ | 47.75 |

Fidelity Account #Z19657226 (Individual)

As of December 26, 2025, all of these shares are still in my Fidelity account.

Case 24-50792-gs   Doc 2524   Entered 01/06/26 11:26:05   Page 2 of 3



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 3, 2021**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*7226 INDIVIDUAL**



9900270513

Online                                                 Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                              800-544-6666



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21337-OBZCBS | 1* | WO# | 12-03-21 | 12-07-21 | 59134N203 | 21337-B17XT | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC PFD SER A | Principal Amount | 47.75 |
| | 25 | WE HAVE ACTED AS AGENT. | Settlement Amount | 47.75 |
| at | 1.9100 | | | |
| Symbol : | | | | |
| MMTLP | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900270513

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for Investments in your brokerage account **\*\*\*\*7226**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19657226   00   000