NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br><br>Next Bridge Hydrocarbons | Case Number:<br><br>24-50792 |
|---|---|

| 1.   Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to *your interest. Attach copy of statement* giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>JAN -5 2026<br><br>U.S. BANKRUPTCY COURT<br>DANIEL S. OWENS, CLERK |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br><br>5JS-48597 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Webull Financial, LLC<br>44 Wall Street. 2nd Floor. New York. NY  33716  ✚<br>Telephone Number: 917-725-2448 | 3.   Date Equity Interest was acquired:<br>**Received shares via MMAT October, 2021. See attached documentation.  These shares are still in my Webull account.** |
|---|---|

| 4.   Total amount of member interest:  75 shares for $612.75 | 5.   Certificate number(s): See attached documentation. |
|---|---|

6.   Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:   Investor

7.   **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.   **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.        ☐ I am the creditor's authorized agent.        ☐ I am the trustee, or the debtor,        ☐ I am a guarantor, surety, endorser, or other codebtor.
                            (Attach copy of power of attorney, if any.)     or their authorized agent.                 (See Bankruptcy Rule 3005.)
                                                                            (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address  and  telephone  number  (if  different  from  notice
address above):
_____          _____
                                                  (Signature)                          (Date)
_____
                                                  Telephone number: _____ email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Webull**

## MMTLP/Next Bridge Hydrocarbons Current Shares

| As of: | Symbol | Bought/Sold | # Of Shares | Price Per Share | Total Cost |
|---|---|---|---|---|---|
| October, 2021 | MMTLP | Issued By MMAT | 75 | $ 1.8700 | $ 140.25 |
| | | | | | |
| November 30, 2022 | MMTLP | Value as of November 30, 2022 | 75 | $ 8.1700 | $ 612.75 |
| | | | | | |
| December 26, 2025 | MMTLPWB | - | 75 | $ - | $ - |
| | | | | | |

Webull Account #5JS-48597

As of December 26, 2025, these shares are still in my Webull account.

Case 24-50792-gs   Doc 2528   Entered 01/06/26 11:32:23   Page 3 of 8

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

*October 1, 2021 - November 30, 2021*

ACCOUNT NUMBER   **5JS-48597-10  RR WEA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448



## ► ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $4.04 | $7.78 |
| NET ACCOUNT BALANCE | 4.04 | 7.78 |
| Securities | 247.90 | 288.88 |
| TOTAL PRICED PORTFOLIO | 247.90 | 288.88 |
| **Total Equity Holdings** | **$251.94** | **$296.66** |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
2.623%

Equities
97.377%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

Case 24-50792-gs   Doc 2528   Entered 01/06/26 11:32:23   Page 4 of 8

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 26 | $3.67 | $95.42 | $236.98 | -60% | | 32.165% |
| META MATLS INC PFD SER A | MMTLP | C | 75 | 1.87 | 140.25 | | N/A | | 47.276 |
| PROGENITY INC COMMON STOCK | PROG | C | 17 | 3.13 | 53.21 | | N/A | | 17.936 |
| **Total Equities** | | | | | **$288.88** | | | | **97.377%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$7.78** | | | | **2.623%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$296.66** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 11/16/21 | C | CEMEX S A B DE C V SPONSOR ADR REP 10 ORD PRTCP CRTS OF CEMEX S A DE C V CUSIP: 151290889 | 1 | $6.60 | | $6.58 |
| SOLD | 11/16/21 | C | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 1 | 4.31 | | 4.29 |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2022 - November 30, 2022*

ACCOUNT NUMBER  **5JS-48597-10  RR WEA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448



**INDIVIDUAL ACCOUNT**

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $25.78 | $22.83 |
| NET ACCOUNT BALANCE | 25.78 | 22.83 |
| Securities | 750.27 | 904.16 |
| TOTAL PRICED PORTFOLIO | 750.27 | 904.16 |
| **Total Equity Holdings** | **$776.05** | **$926.99** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
2.463%

Equities
97.537%

ACCOUNT CARRIED BY:
**APEX CLEARING**
**CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

Case 24-50792-gs  Doc 2528  Entered 01/06/26 11:32:23  Page 5 of 8

ACCOUNT NUMBER **5JS-48597-10 RR WEA**



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 2 | $7.23 | $14.46 | $13.32 | 9% | | 1.560% |
| AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRSNTNG 1/100 | APE | C | 25 | 0.972 | 24.30 | 51.25 | -53 | | 2.621 |
| AVENUE THERAPEUTICS INC COMMON STOCK | ATXI | C | 5 | 1.34 | 6.70 | 11.95 | -44 | | .723 |
| META MATLS INC COMMON STOCK | MMAT | C | 120 | 1.90 | 228.00 | 106.00 | 115 | | 24.596 |
| META MATLS INC PFD SER A | MMTLP | C | 75 | 8.17 | 612.75 | 513.75 | 19 | | 66.101 |
| SIYATA MOBILE INC COMMON SHARES | SYTA | C | 100 | 0.180 | 17.95 | | N/A | | 1.936 |
| **Total Equities** | | | | | **$904.16** | | | | **97.537%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$22.83** | | | | **2.463%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$926.99** | | | | |

Case 24-50792-gs   Doc 2528   Entered 01/06/26 11:32:23   Page 6 of 8

# Webull

| | |
|---|---|
| Statement Period: | 11/01/2025 - 11/30/2025 |
| Account Name: | ███████████████ |
| Account Number: | 5JS48597 |
| Outgoing ACATS Number: | WEB5JS48597 |
| Account Type: | CASH |
| Account Address: | ████████████████████████ |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC

Member FINRA (CRD: 289063), SIPC

44 Wall Street, 2nd Floor

New York, NY 10005

support@webull.com

1 (888) 828-0618

**WEBULL'S CLEARING BROKER**

Apex Clearing Corporation

Member FINRA (CRD: 13071), SIPC

350 N. St. Paul Suite 1300

Dallas, TX 75201

cs@apexclearing.com

| | USD |
|---|---|
| Opening Cash | 7.62 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Transfer | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 7.62 |
| Closing Cash (Settled) | 7.62 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| FNGR | 31788K108 | 10 | 1 | 1.35 | 13.50 |
| MMTLPWB | US8AQ9903 | 75 | 1 | 0.0000 | 0.00 |
| NVOS | 67011T300 | 10 | 1 | 0.0011 | 0.01 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future but the statement period.

2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing pr the security which was shorted.

Case 24-50792-gs   Doc 2528   Entered 01/06/26 11:32:23   Page 8 of 8