NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META Materials, Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Juanita Marie Lanter
7038 Puttygut Rd.
China, MI
48054-1607

Telephone Number: ███-███-1463

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): Charles Schwab -4165

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Charles Schwab 3000 Schwab Way West Lake, TX 76262

Telephone Number: 800-435-4000

**3. Date Equity Interest was acquired:**
Various- See Attached
6-30-22
7-01-22
11-02-22

**4. Total amount of member interest:** 69 mmAT 3486 2388 mmTLP $8,500

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor Shareholder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Juanita Marie Lanter
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature)

(Date) 12-26-2025

Telephone number: ███-1463 email: keithLanter@gmail (All lower case)

**Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571**

7.    **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.    **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**

Check the appropriate box.

☒ I am the interest holder.    ☐ I am the interest holder's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)    or their authorized agent.    endorser, or other
(See Bankruptcy Rule 3004.)    codebtor.

(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Juanita Marie Lanter

Print Name:

Title:

Company:_ Address and telephone number (if different from notice address above):

(Signature)

(Date) 12/26/25

Telephone number:    email:    keithlanter@gmail.com    Keithlanter@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792 META MATERIALS INC
FOR; JUANITA LANTER

MMAT HOLDINGS
CHARLES SCHWAB ACCT ████-4165

Lot Details: MMATQ – META MATLS INC EQUITY CLASS EQUITY                                                       ✕

🖩 Cost Basis Calculator  ❷ Help  ⬇ Export  🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 10/06/2023 | 9 | $0.0001 | $21.41 | $0.00 | $192.69 | -$192.69 | -100% | Long Term |
| 05/18/2023 | 20 | $0.0001 | $22.00 | $0.00 | $440.00 | -$440.00 | -100% | Long Term |
| 05/03/2023 | 30 | $0.0001 | $18.62 | $0.00 | $558.60 | -$558.60 | -100% | Long Term |
| 02/27/2023 | 10 | $0.0001 | $66.00 | $0.00 | $660.00 | -$660.00 | -100% | Long Term |
| **Total** | **69** | | | **$0.01** | **$1,851.29** | **-$1,851.28** | **-100%** | |

**Transaction History for Designated Bene Individual ...165**

Transactions found from 12/22/2021 to 12/22/2025

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 69 | | | |
| 10/06/2023 | Buy | MMAT META MATLS INC | 900 | $0.2141 | | -$192.69 |
| 07/31/2023 | Sell | MMAT META MATLS INC | 677 | $0.23 | $0.10 | $155.61 |
| 05/30/2023 | Journaled Shares | MMAT TDA TRAN – TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -6,677 | | | |
| 05/30/2023 | Internal Transfer | MMAT META MATLS INC | 6,677 | | | |
| 05/18/2023 | Buy | MMAT TDA TRAN – Bought 2000 (MMAT) @0.2200 | 2,000 | $0.22 | | -$440.00 |
| 05/03/2023 | Buy | MMAT TDA TRAN – Bought 3000 (MMAT) @0.1862 | 3,000 | $0.1862 | | -$558.60 |
| 02/27/2023 | Buy | MMAT TDA TRAN – Bought 1300 (MMAT) @0.6600 | 1,300 | $0.66 | | -$858.00 |
| 01/20/2023 | Buy | MMAT TDA TRAN – Bought 83 (MMAT) @1.0499 | 83 | $1.0499 | | -$87.14 |
| 12/07/2022 | Buy | MMAT TDA TRAN – Bought ...150 (MMAT) @2.1200 | 150 | $2.12 | | -$318.00 |
| 12/07/2022 | Buy | MMAT TDA TRAN – Bought ...144 (MMAT) @2.1900 | 144 | $2.19 | | -$315.36 |
| 11/15/2022 | Sell | MMAT TDA TRAN – Sold ...200 (MMAT) @1.8401 | 200 | $1.8401 | $0.04 | $367.98 |
| 11/02/2022 | Buy | MMAT TDA TRAN – Bought ...200 (MMAT) @1.1997 | 200 | $1.1997 | | -$239.94 |

Page Total: -$2,486.14

Cost basis and gain/loss data are subject to change.

Balances on the Account Balances are from the previous market close. Lot data may include new activity that will be posted to your account at after market close. Balances are subject to change.

Details about cost information can be found on your statements. Current Balance and buying information can be found on the Balances page.

**Brokerage Products: Not FDIC Insured – No Bank Guarantee – May Lose Value**

Account ...165
Today's Date 12:43 PM ET, 12/22/2025

MMTLP

Proof of Interest Supplemental Information

Case: 24-50792 Meta Materials Inc.

For: Juanita Lanter

MMTLP Holdings

Charles Schwab

Account Number: XXXX-4165

Transactions 05-30-2023, Internal transfer from TDA 629999590 Qty: 2388 cost $8500

**Transaction History for Designated Bene Individual ...165**

**Transactions found from 12/22/2021 to 12/22/2025**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 05/30/2023 | Internal Transfer | 629999590<br>NEXT BRIDGE HYDROCARBONS | 2,388 | | $ *8,500* | |

Page Total: **$0.00**

(1123-3U5Y, 0924-CLCV)

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...165
Today's Date: 12:52 PM ET, 12/22/2025