NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>META MATERIALS INC | Case Number:<br>24-50792 | |
|---|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): RICHARD ISAAC YBARRA 9604 N. SHARY RD MISSION, TX 78573<br><br>Telephone Number:<br>956 222-9325 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>JAN 07 2026<br><br>U.S. BANKRUPTCY COURT<br>DANIEL S OWENS, CLERK<br><br><br>**COURT USE ONLY** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>FIDELITY ACCT: Z20840338 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>FIDELITY INVESTMENTS:<br>82 Devonshire Street<br>Telephone Number: 1-800-343-3548 | 3. **Date Equity Interest was acquired:**<br>NOV 3, 2022 - MMTLP: META MATERIALS INC PFD SER A - 34 SHARES<br>NOV 3, 2022 MMTLP: META MATERIALS INC PFD SER A - 825 SHARES<br>NOV 15, 2022 MMTLP: META MATERIALS INC PFD SER A - 216 SHARES<br>NOV 22, 2022 MMTLP: META MATERIALS INC PFD SER A - 375 SHARES<br>NOV 22, 2022 MMTLP: META MATERIALS INC PFD SER A - 605 SHARES<br>NOV 23, 2022 MMTLP: META MATERIALS INC PFD SER A - 57 SHARES |
|---|---|

| 4. **Total amount of member interest:** 2,112 MMTLP SH FOR $19,649.60 | 5. **Certificate number(s):** _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR/SHAREHOLDER

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder.   ☐ I am the interest holder's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety,
 (Attach copy of power of attorney, if any.)   or their authorized agent.   endorser, or other
  (See Bankruptcy Rule 3004.)   codebtor.
   (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RICHARD ISAAC YBARRA
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____   *Richard Isaac Ybarra*   12-29-2025
 (Signature)   (Date)
Telephone number: 956-222-9325   email: Ybarrai56@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE-24-50792**
**RICHARD ISAAC YBARRA**

**MMTLP/NBH HOLDINGS**
**BROKER: FIDELITY INVESTMENTS**
**ACCT #: Z20840338**
**TRANSACTIONS:**
11/3/2022 PURCHASED 34 SHARES AT $6.64/SH TOTAL INVESTED $225.76
11/3/2022 PURCHASED 825 SHARES AT $6.65/SH TOTAL INVESTED $5,486.25
11/15/2022 PURCHASED 216 SHARES AT $9.44/SH TOTAL INVESTED $2039.04
11/22/2022 PURCHASED 375 SHARES AT $11.70/SH TOTAL INVESTED $4,387.50
11/22/2022 PURCHASED 605 SHARES AT $11.60/SH TOTAL INVESTED $7,018.00
11/23/2022 PURCHASED 57 SHARES AT $8.65/SH TOTAL INVESTED $493.05

| Run Date | Action | Symbol | Description | Type | Price ($) | Quantity | Commission | Fees ($) | Accrued Interest ($) | Amount ($) | Cash Bal | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2022 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | SPAXX | FIDELITY GOVERNMENT MONEY | Cash | | 0 | | | | 0.01 | 4.72 | |
| 12/29/2022 | MERGER MER FROM 591994371#REOR M0051471690001 NEXT BRIDGE HYDROCARBONS INC $ | 78699D | NEXT BRIDGE HYDROCARBONS I | Cash | | 2112 | | | | 0 | 4.71 | |
| 12/29/2022 | MERGER MER PAYOUT #REOR M0051471690000 PFD META MATLS CONTRA (591994371) (Cash | 6E+08 | PFD META MATLS CONTRA | Cash | | -2112 | | | | 0 | 4.71 | |
| 12/13/2022 | MERGER MER FROM 59134N203#REOR M0051466940001 PFD META MATLS CONTRA (5919943 | 6E+08 | PFD META MATLS CONTRA | Cash | | 2112 | | | | 0 | 4.71 | |
| 12/13/2022 | MERGER MER PAYOUT #REOR M0051466940000 META MATERIALS INC PFD SER A 0.00000... (5 | 59134N | META MATERIALS INC PFD SER A | Shares | | -2112 | | | | -6314.88 | 4.71 | |
| 11/30/2022 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | SPAXX | FIDELITY GOVERNMENT MONEY | Cash | | 0 | | | | 3.83 | 4.71 | |
| 11/30/2022 | TAX WITHHELD FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | SPAXX | FIDELITY GOVERNMENT MONEY | Cash | | 0 | | | | -0.92 | 0.88 | |
| 11/23/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 8.65 | 57 | | | | -493.05 | 1.8 | 11/28/2022 |
| 11/22/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 11.6 | 605 | | | | -7018 | 494.85 | 11/25/2022 |
| 11/22/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 11.7 | 375 | | | | -4387.5 | 7512.85 | 11/25/2022 |
| 11/21/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N | META MATERIALS INC COM ISIN | Cash | 2.22 | 450 | | | | -997.11 | 11900.4 | 11/23/2022 |
| 11/21/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N | META MATERIALS INC COM ISIN | Cash | 2.21 | 1 | | | | -2.21 | 12897.5 | 11/23/2022 |
| 11/21/2022 | YOU SOLD ILUSTRATO PICTURES INTERNATIONAL INC (ILUS) (Cash) | ILUS | ILUSTRATO PICTURES INTERNAT | Cash | 0.08 | -27224 | | 0.05 | | 2150.65 | 12899.7 | 11/23/2022 |
| 11/21/2022 | YOU SOLD AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | 00165C | AMC ENTERTAINMENT HOLDIN( | Cash | 7.27 | -1479 | | 0.25 | | 10745.72 | 10749 | 11/23/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 9.44 | 216 | | | | -2039.04 | 3.3 | 11/17/2022 |
| 11/15/2022 | YOU SOLD AMC ENTMT HLDGS INC PFD EQT UNIT *EX... (00165C203) (Cash) | 00165C | AMC ENTMT HLDGS INC PFD EQ | Cash | 1.48 | -1378 | | 0.05 | | 2039.53 | 2042.34 | 11/17/2022 |
| 11/3/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 6.65 | 825 | | | | -5486.25 | 2.81 | 11/7/2022 |
| 11/3/2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N | META MATERIALS INC PFD SER A | Cash | 6.64 | 34 | | | | -225.76 | 5489.06 | 11/7/2022 |