1

RECEIVED AND FILED

JAN 12 2026

US BANKRUPTCY COURT
DANIEL S OWENS, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | * | Case No 24-50792 |
| META MATERIALS, INC , | * | (Chapter 7) |
| | * | |
| Debtor | * | **MOTION BY DANIELLE SPEARS, THIRD PARTY** |
| | * | **INTERVENOR SUPPLEMENT FOR** |
| | * | **CLARIFICATION, VERIFIED MISCONDUCT, AND** |
| | * | **RENEWED REQUESTS FOR DISQUALIFICATION,** |
| | * | **SANCTIONS, AND RELATED RELIEF IN SUPPORT** |
| | * | **OF EMERGENCY MOTION TO INTERVENE, STAY** |
| | * | **AND DISQUALIFY** |
| | * | |
| | * | ("SUPPLEMENT") |

***********************

## REQUEST FOR NOTICE

*(Fed R Bankr P 2002, 9010(b), and any applicable Local Bankruptcy Rules)*

PLEASE TAKE NOTICE that Danielle Spears, a party in interest in the above-captioned Chapter 7 case, hereby requests that she be served with notice of all pleadings, motions, applications, objections, notices, proposed orders, and any other papers filed in this case, and that she be given notice of all hearings and all other matters for which notice is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any applicable Local Bankruptcy Rules

All notices and papers should be served on the undersigned at the following address (and email, if served electronically by agreement or order)

Danielle Spears (Pro Se)
12206 W Harrison St
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail com

This Request for Notice is not an appearance for purposes of submitting to jurisdiction beyond that which already exists, and is not a waiver of any rights, defenses, or objections

Respectfully submitted, this 18th day of December, 2025,

(Signature to follow on next page)

*[signature]*
**Danielle Spears**
Pro Se, Intervenor
Avondale, AZ 85323

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent to all named parties with interests in this matter and at the addresses delineated below either by 1st Class mail or by email addresses This 18th day of December, 2025.

Danielle Spears,
Pro se Intervenor
Avondale, AZ 85323

US Dept. of Justice PO Box 18417, Reno, NV 89511
USTPRegion17.RE.ECF@usdoj.gov
cameron.m.gulden@usdoj.gov
trusteelovato@att.net
jlh@bankruptcyreno.com
notices@bankruptcyreno.com
abg@bankruptcyreno.com
nv26@ecfcbis.com
jchristian@christianattarlaw.com
bcosman@perkinscoie.com
docketphx@perkinscoie.com
ajdriggs@hollandhart.com
kroyer@parsonsbehle.com
dburnett@schneiderwallace.com
rhicks@schneiderwallace.com
jkim@schneiderwallace.com
stountas@kasowitz.com
legal-notices@kasowitz.com
mbrunet@cooperlevenson.com
lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com
kmilks@kcnvlaw.com
mjohnson@mjohnsonlaw.com
annabelle@mjohnsonlaw.com
kristi@mjohnsonlaw.com
kathra@mjohnsonlaw.com
admin@mjohnsonlaw.com
cbrust@rssblaw.com
krobison@rssblaw.com
hwinston@rssblaw.com
rcarr@rssblaw.com