Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>      Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>Hearing Date:  N/A<br>Hearing Time: |

I certify that I am an employee of Hartman & Hartman, and that on January 12, 2026, I caused to be served the following document(s):

TRUSTEE'S EX PARTE APPLICATION TO APPROVE EMPLOYMENT OF MARK A. BAILEY, CPA /ABV/CEIV/CFF, C. TROY HAGGARD, CPA, AND EXCELSIS ACCOUNTING GROUP – ECF No. 2540

DECLARATION OF MARK A. BAILEY IN SUPPORT OF TRUSTEE'S EX PARTE APPLICATION TO APPROVE EMPLOYMENT OF MARK A. BAILEY, CPA /ABV/CEIV/CFF, C. TROY HAGGARD, CPA, AND EXCELSIS ACCOUNTING GROUP (F.R.BANKR.P. 2014) – ECF No. 2541

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com

1

- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com

- BRADLEY A. COSMAN    bcosman@perkinscoie.com

- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

- KAWA FOAD    kfoad@kf-law.com

- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com

- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com

- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

    b.  Via direct Email to:

    Danielle Spears (Pro Se) – paymmtlpnow@gmail.com


I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 12, 2026.

*/s/ Angie Gerbig*
Angie Gerbig