_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
January 22, 2026

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY MARK A. BAILEY, CPA /ABV/CEIV/CFF, C. TROY HAGGARD, CPA, AND EXCELSIS ACCOUNTING GROUP**<br><br>Hearing Date:   N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of META MATERIALS INC., seeking authority to employ Mark A. Bailey, CPA /ABV/CEIV/CFF, C. Troy Haggard, CPA and Excelsis Accounting Group, as her accountants, and the Court being satisfied that Excelsis Accounting Group does not hold or represent any interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

1

IT IS HEREBY ORDERED that the employment of Mark A. Bailey, CPA /ABV/CEIV/CFF, C. Troy Haggard, CPA, and Excelsis Accounting Group, be and hereby is approved on the terms and conditions set forth in the Trustee's Application to Approve Employment of Excelsis Accounting Group, effective January 1, 2026, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by Mark A. Bailey, C. Troy Haggard and Excelsis Accounting Group.

IT IS FURTHER ORDERED that the request by Excelsis for a retainer in the amount of $25,000 is approved.  The Trustee is authorized to pay the $25,000 retainer to Excelsis, which it will hold in trust pending approval of fee applications in the ordinary course.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #

2