Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>   Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>DECLARATION OF HANNAH WINSTON IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [SBW LAW GROUP] F.R.BANKR.P. 2014<br><br>Hearing Date:  N/A<br>Hearing Time: |

Hannah Elizabeth Winston, under penalty of perjury of the laws of the United States, declares:

  1.  I am a resident of Nevada, and I have personal knowledge of the matters stated herein.

  2.  I was admitted to the practice of law in the State of Nevada in 2017. I am a member in good standing of the Nevada State Bar.

  3.  I am a partner in SBW Law Group ("SBW"), which is located in Reno, Nevada. SBW does not hold any interest adverse to the Debtor estate in the matters upon which it is about to be engaged.

  4.  To the best of my knowledge, there are no connections which SBW and/or any of its employees have with the Debtor estate's creditors, other parties-in-interest and their respective

1

attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee.

5.    SBW has no connections within the legal community relevant to this case.

6.    The Trustee desires to employ me and SBW as her special counsel for the purpose of advising and representing her in connection with discovery issues as well as with respect to investigating and pursuing viable voidable transfers together with any other claims which may be deemed appropriate by Trustee Lovato.

7.    Based on the foregoing, I believe that I, and the members and associates of SBW are "disinterested person(s)" within the meaning of 11 U.S.C. §§ 101(14) and 327.

DATED: January 23, 2026.

SBW LAW GROUP

*Hannah Winston*

Hannah Elizabeth Winston, Esq.

2