Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

     Debtor.

Case No.: 24-50792-gs
(Chapter 7)

**CERTIFICATE OF SERVICE**

Hearing Date:   N/A
Hearing Time:

I certify that I am an employee of Hartman & Hartman, and that on January 23, 2026, I caused to be served the following document(s):

*EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [SBW LAW GROUP] – **ECF No. 2547**

DECLARATION OF CLAYTON BRUST IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [SBW LAW GROUP] F.R.BANKR.P. 2014 – **ECF No. 2548**

DECLARATION OF HANNAH WINSTON IN SUPPORT OF *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [SBW LAW GROUP] F.R.BANKR.P. 2014 – **ECF No. 2549**

1

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

✔ b.  Via direct Email to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com


I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 23, 2026.

*/s/ Angie Gerbig*
Angie Gerbig