_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
January 29, 2026

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>      Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER APPROVING *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY ATTORNEYS AS SPECIAL COUNSEL [SBW LAW GROUP]**<br><br>Hearing Date:  N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking authority to employ SBW Law Group as her special counsel, and the Court being satisfied that Clayton P. Brust, Hannah Winston and SBW Law Group do not hold or represent any interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

1

IT IS HEREBY ORDERED that the employment of SBW Law Group be and hereby is approved on the terms and conditions set forth in the Trustee's Application To Employ SBW Law Group, effective January 1, 2026, subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by SBW Law Group.

Submitted by:

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #

2