_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
February 04, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: February 20, 2026<br>TIME:  9:30 a.m. |

### ORDER SETTING STATUS CONFERENCE RE: LITIGATION FINANCING

On November 4, 2024, the court entered its Order Approving *Ex Parte* Application by Chapter 7 Trustee to Employ the Law Firms of Christian Attar and Kasowitz Benson Torres LLP as Special Litigation Counsel (ECF No. 118). In the underlying application to employ the law firms, the chapter 7 trustee disclosed that "the Firms have arranged for a litigation-funding source of approximately $11,000,000…." ECF No. 98 at 2:9-10. The court has reviewed the case docket. The court is unclear as to the nature and terms of any funding as it appears that no motion has been filed under 11 U.S.C. § 364 seeking court approval of any litigation financing.

Accordingly,

IT IS ORDERED that the court will hold a status conference in the above-referenced bankruptcy case on **February 20, 2026, at 9:30 a.m.** in a courtroom in the C. Clifton Young Federal Building and U.S. Courthouse, 300 Booth Street, Reno, Nevada before the undersigned. The chapter 7 trustee and her special counsel should be prepared to address the $11.8 million in litigation financing referenced in Section 2.01 of the Power of Attorney and Contingent Fee

1

Contract attached as Exhibit B to the *Ex Parte* Application by Chapter 7 Trustee to Employ the Law Firms of Christian Attar and Kasowitz Benson Torres LLP as Special Litigation Counsel (ECF No. 98).

IT IS FURTHER ORDERED that parties may appear in person for the February 20, 2026, status conference or by remote appearance via Zoom video conference. A Courtroom Deputy will email participants a link to the video conference at least one (1) day before the status conference with the necessary information to connect for remote participation. The parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the status conference through the Zoom video, participation may be in person or telephonic.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC to:

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET, STE 3009
RENO, NV 89509

# # #

2