NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792 | |
|---|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

**U.S. BANKRUPTCY COURT**
**DANIEL S. OWENS, CLERK**
**FEB - 9 2026**
**RECEIVED AND FILED**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ☑ amends a previously filed Proof of Interest dated: 3/19/ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br><br>Telephone Number: | 3. **Date Equity Interest was acquired:** 1/10/2022 |
|---|---|

| 4. **Total amount of member interest:** MMAT 33,125 - TLP 1,085 | 5. **Certificate number(s):** |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Corneliius Gude
Title:
Company: Address and telephone number (if different from notice address above):
493 Mill Stream Road
Lexington, South Carolina 29072

(Signature)  Cornelius L Gude    Feb 5, 2026 (Date)

Telephone number: 803 917-9076    email: gudec.cg@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Ameritrade

TRADE

Dashboard          Watch Lists          Markets          Accounts

| Futures | 0:55:53 to market open |
|---|---|

| DJIA | S&P 500 | NASDAQ |
|---|---|---|
| 33,580.00 | 3,931.00 | 11,491.50 |
| -53.00 (-0.16%) | -14.00 (-0.35%) | -74.50 (-0.64%) |

Account

## toricorn34

Balances

Account value/Today's net change

# $92,573.07

## $18,217.98 (24.50%)

Show balance history

Positions

## Positions News

Thinking about buying stock in Prometheus Biosciences, Meta Materials, Eterna Therapeutics, Roivant Sciences, or China Automotive Systems?

8:33a ET 12/07/2022  PR NewsWire

Mentioned in article: MMAT

Combining Core Tech at the Intersection of Momentum and Opportunity

8:30a ET 12/07/2022  PR NewsWire

Mentioned in article:

| Symbol | ◄ | Close | Vol | Last Size | Chg % ▾ |
|---|---|---|---|---|---|
| 5CT999019 | | – | 0 | 2,075,996,056 | – |



**AST**  Shareholder Central

👤 Cornelius Gude ▾

Account Holdings        Buy & Sell        Dividends & Payments        Statements, Tax & Other Documents

## Account Summary

1 Record

| Company Name | Account # | Certificated Shares | Book Shares | DR Shares | Price |
|---|---|---|---|---|---|
| ◉ NEXT BRIDGE HYDROCARBONS INC | | 0.000 | 1085.000 | 0.000 | $0.00 |

## Total Balance

$85,334.27  $21,213 73 (33.08%)

| Symbol | ◀ Day Gain $ ▼ | Day Gain % | Price | Chg $ |
|---|---|---|---|---|
| APE +3 | | | 1.28 | |
| AABB +7 | | | 0.0314 | |
| MMTLP +1,025 | 2,296.00 | 25.17% | 11.14 | 2.24 |
| MMAT +33,125 | 19,179.38 | 34.88% | 2.24 | 0.579 |

*Info is unavailable. >

See cost basis

  
NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
**META MATERIALS INC.**

**Case Number:**
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Cornelius L Guda
4.93 Millstream Road
Lexington, SC 29072

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**MAR 14 2025**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
**4456-2387**

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Charles Schwab

Telephone Number: 800-435-4000

3. Date Equity Interest was acquired: 01/10/2022
*See attached*

4. Total amount of member interest: 30,500

5. Certificate number(s):

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) (See Bankruptcy Rule 3004.) (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cornelius Guda
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature)  Cornelius L Guda   Dec 17 2021  (Date)

Telephone number: 803-917-9076   email: Gudec.cg@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 Print Form  Save Form  Clear Form



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2023

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 13.30 | <1% |
| Equities | 8,637.45 | 100% |
| Total | $8,650.75 | 100% |

## Income Summary

| | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.06 | 0.00 | 0.07 |
| Total Income | $0.00 | $0.06 | $0.00 | $0.07 |

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 08/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,324.50 | | $0.00 | | $0.00 | | $850.06 | | ($1,523.81) | | $8,650.75 | $44,251.62 ᴵ | ($34,313.07) ᴵ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | Period Income($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ,ᶻ | | | 226.01 | 13.30 | (212.71) | | 0.45% | 0.06 |
| **Total Cash and Cash Investments** | | | | | **$226.01** | **$13.30** | **($212.71)** | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTERTAINMENT | 27.0000 | 12.55000 | 338.85 | 988.56 | (687.36) | N/A | 0.00 | |
| FNGR | FINGERMOTION INC | 250.0000 | 5.11000 | 1,277.50 | 1,230.13 | 47.37 | N/A | 0.00 | |
| MMAT | META MATLS INC ◊ | 30,500.0000 | 0.23020 | 7,021.10 | 40,694.18 | (33,673.08) | N/A | 0.00 | |
| **Total Equities** | | | | **$8,637.45** | **$42,912.87** | **($34,313.07)** | | **$0.00** | **$0.00** |



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2023

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| | ASIA BROADBAND INC | 7.0000 | | | N/A ᶦ | N/A ᶦ | | | |
| | GLOBAL TECH INDS GP | 135.0000 | | | 0.00 ᵗ | N/A | | | |
| | NEXT BRIDGE HYDROCARBONS | 1,085.0000 | | | 1,338.75 ᶦ | N/A ᶦ | | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$1,338.75** | **$0.00** | | **$0.00** | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $226.01 | | $850.00 | | $0.00 | | ($1,864.39) | | $801.62 | | $0.06 | | $0.00 | | $13.30 |

**Other Activity  $0.00**          Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/01 | Purchase | | FNGR | FINGERMOTION INC | 25.0000 | 5.2400 | | (131.00) | |
| | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 200.00 | |
| 08/02 | Purchase | | FNGR | FINGERMOTION INC | 15.0000 | 5.1400 | | (77.10) | |
| 08/09 | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 150.00 | |
| 08/10 | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 30.0000 | 5.4600 | | (163.80) | |
| 08/14 | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 225.00 | |



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2023

## Transaction Details (Continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|--------------|-------------|----------|-------------------------|---------------------|-----------|-------------------------|
| 08/15 | Sale | | AMC | AMC ENTERTAINMENT CLASS A | (30.0000) | 3.8103 | | 114.31 | |
| | Purchase | | FNGR | FINGERMOTION INC | 25.0000 | 5.6829 | | (142.07) | |
| | Purchase | | FNGR | FINGERMOTION INC | 50.0000 | 5.4520 | | (272.60) | |
| | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 100.00 | |
| 08/16 | Purchase | | FNGR | FINGERMOTION INC | 25.0000 | 5.5500 | | (138.75) | |
| | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 75.00 | |
| | Interest | Bank Interest X,Z | | BANK INT 071623-081523 | | | | 0.06 | |
| 08/17 | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 30.0000 | 3.4650 | | (103.95) | |
| | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 15.0000 | 3.6259 | | (54.39) | |
| 08/18 | Deposit | MoneyLink Txn | | Tfr BANK OF AMERICA, N, MR CORNELIUS L G | | | | 100.00 | |
| 08/21 | Sale | | GTII | GLOBAL TECH INDS GP Commission $6.95; Exchange Processing Fee $0.16 | (1,000.0000) | 0.6921 | 7.11 | 684.99 | (1,088.41) (ST) |
| | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 25.0000 | 3.8494 | | (96.24) | |
| | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 150.0000 | 4.0266 | | (603.99) | |
| 08/22 | Purchase | | AMC | AMC ENTERTAINMENT CLASS A | 20.0000 | 4.0250 | | (80.50) | |
| 08/24 | Other Activity | Reverse Split | AMC | AMC ENTERTAINMENT | 24.0000 | | | | |
| | Other Activity | Reverse Split | | AMC ENTERTAINMENT    XXX REVERSE SPLIT | (240.0000) | | | | |
| 08/28 | Other Activity | Stock Div Dist | AMC | AMC ENTERTAINMENT CLASS A | 3.0000 | | | | |

er
Case 24-50792-gs    Doc 2572    Entered 02/10/26 15:07:21    Page 11 of 26
Case 24-50792-gs    Doc 1657    Entered 03/14/25 14:06:39    Page 5 of 9



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2023

## Transaction Details (Continued)

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|--------------|-------------|----------|------------------------|--------------------|-----------|------------------------|
| 08/29 | Redemption | Cash-In-Lieu | AMC | AMC ENTERTAINMENT CLASS A | | | | 2.32 | |
| **Total Transactions** | | | | | | | | **($212.71)** | **$(1,088.41)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 08/01 | Beginning Balance X,Z | $226.01 | 08/17 | BANK TRANSFER TO BROKERAGE | (83.28) |
| 08/01 | BANK TRANSFER TO BROKERAGE | (131.00) | 08/21 | BANK CREDIT FROM BROKERAGE X | 84.76 |
| 08/02 | BANK CREDIT FROM BROKERAGE X | 122.90 | 08/22 | BANK TRANSFER TO BROKERAGE | (80.50) |
| 08/10 | BANK TRANSFER TO BROKERAGE | (13.80) | 08/30 | BANK CREDIT FROM BROKERAGE X | 2.32 |
| 08/15 | BANK INTEREST - TD BANK NA X,Z | 0.06 | 08/31 | Ending Balance X,Z | $13.30 |
| 08/15 | BANK TRANSFER TO BROKERAGE | (75.42) | 08/31 | Interest Rate *,Z | 0.45% |
| 08/16 | BANK TRANSFER TO BROKERAGE | (38.75) | | | |

* Your interest period was 07/16/23 - 08/15/23. Z

## Endnotes For Your Account

W    Excluding unpriced securities (see Investment Detail).

◊    Dividends paid on this security will be automatically reinvested.

I    Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

†    Data for this holding has been edited or provided by a third party.

X    Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab

(including balances held at a Depository Institution) you should verify its content with this statement. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

5 of 8



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

| | |
|---|---|
| Account Number | Statement Period |
| 4456-2387 | August 1-31, 2023 |

## Account Summary

| Ending Account Value as of 08/31 | Beginning Account Value as of 08/01 | Total Value Change ($) |
|---|---|---|
| **$8,650.75** | **$9,324.50** | **($673.75)** |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | **$9,324.50** | $7,553.51 | $1,770.99 |
| Deposits | **850.00** | 475.00 | 375.00 |
| Withdrawals | **0.00** | 0.00 | 0.00 |
| Dividends and Interest | **0.06** | 0.00 | 0.06 |
| Transfer of Securities(In/Out) | **0.00** | 0.00 | 0.00 |
| Market Value Change | **(1,523.81)** | 1,296.06 | (2,819.87) |
| Fees | **0.00** | (0.07) | 0.07 |
| **Ending Value** [W] | **$8,650.75** | **$9,324.50** | **($673.75)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | (1,088.41) | (1,088.41) | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($34,313.07)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are found at schwab.com/transparency

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD
129 MISTY DEW LN
LEXINGTON SC
29072-8721



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2023

## Terms and Conditions (Continued)

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded

equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. **Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **Gain (or Loss):** Unrealized Gain (or Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are**



**Schwab One® Account** of

CORNELIUS L GUDE
DESIGNATED BENE PLAN/TOD

Statement Period

August 1-31, 2023

## Terms and Conditions (Continued)

correct for all purposes with respect to those brokerage transactions. **IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (0822-20UL)

*This page intentionally left blank.*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Cornelius L Gude
493 Mill Stream Road
Lexington, SC 29072

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

MAR 14 2025

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **227162692** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>E-Trade<br>Telephone Number: 800-387-3233 | **3.** Date Equity Interest was acquired: **12/12/2024**<br>See attached |
|---|---|

| **4.** Total amount of member interest: 116 | **5.** Certificate number(s): T |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cornelius Gude
Title:
Company: _____ Address and telephone number (if different from notice address above):

(Signature) Cornelius L Gude      (Date) Dec 17, 2024

Telephone number: 803-917-9076      email: Gudec.cg@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 Print Form    Save Form    Clear Form



from Morgan Stanley

CLIENT STATEMENT                                                                                    Page 9 of 10

| 2023 Recap of Cash Management Activity | Self-Directed Brokerage Account 227-162692-208 | CORNELIUS GUDE TOD SUBJECT TO STA RULES |
|---|---|---|

We are pleased to enclose your Recap of Cash Management Activity. This section includes a summary of selected account activity for the preceding 12 months; including your electronic transfers, checking and card activity for the year (including ATM transactions, any automated payments and security transfers).

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

**For reportable account(s), we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 9/1 | Other Credits | BANK DEPOSIT PROGRAM | | $8.46 |
| **TOTAL OTHER CREDITS** | | | | $8.46 |
| **TOTAL CASH RELATED ACTIVITY** | | | | **$8.46** |

### SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 9/1 | Transfer into Account | GENIUS GROUP LTD | Rec from ETS A/C 387-72012-1 | 30.000 | | $32.10 |
| 9/1 | Transfer into Account | META MATERIALS INC | Rec from ETS A/C 387-72012-1 | 116.000 | | 28.23 |
| **TOTAL SECURITY TRANSFERS** | | | | | | **$60.33** |



This page intentionally left blank

# E✲TRADE®
## from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1 - December 31, 2023

**STATEMENT FOR:**
CORNELIUS GUDE TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 10/1/23)                 $57.85
**Ending Total Value** (as of 12/31/23)                   $36.01
  *Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWMJGWM

000000
CORNELIUS GUDE TOD
SUBJECT TO STA RULES
129 MISTY DEW LN
LEXINGTON SC 29072

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

227 - 162692 - 208 - 1 - 0

**E✳TRADE**
from Morgan Stanley

# Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.

**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account; and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.

**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.

**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale or

CONTINUED

**E✶TRADE**
from Morgan Stanley

CLIENT STATEMENT | For the Period October 1- December 31, 2023

## Expanded Disclosures (CONTINUED)

temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

**Notice Regarding Global Investment Manager Analysis**
The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Certain Assets Not Held Here**
You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

**Total Income**
Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

**Transaction Dates and Conditions**
Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Tax and Legal Disclosure**
We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

# E✱TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1- December 31, 2023

Page 4 of 10

| Account Summary | Self-Directed Brokerage Account<br>227-162692-208 | CORNELIUS GUDE TOD<br>SUBJECT TO STA RULES |
| --- | --- | --- |

## CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period<br>(10/1/23-12/31/23) | This Year<br>(1/1/23-12/31/23) |
| --- | --- | --- |
| TOTAL BEGINNING VALUE | $57.85 | — |
| Credits | — | 8.46 |
| Debits | — | — |
| Security Transfers | — | 60.33 |
| Net Credits/Debits/Transfers | — | $68.79 |
| Change in Value | (21.84) | (32.78) |
| TOTAL ENDING VALUE | $36.01 | $36.01 |

## MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

## ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
| --- | --- | --- |
| Cash | $8.46 | 23.49 |
| Equities | 27.55 | 76.51 |
| TOTAL VALUE | $36.01 | 100.00% |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.
Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances.  These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1 - December 31, 2023

## Account Summary

Self-Directed Brokerage Account
227-162692-208

CORNELIUS GUDE TOD
SUBJECT TO STA RULES

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 9/30/23) | This Period (as of 12/31/23) |
|---|---|---|
| Cash, BDP, MMFs | $8.46 | $8.46 |
| Stocks | 49.39 | 27.55 |
| **Total Assets** | **$57.85** | **$36.01** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$57.85** | **$36.01** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (10/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| **Income And Distributions** | — | — |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### CASH FLOW

| | This Period (10/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$8.46** | — |
| **Total Investment Related Activity** | — | — |
| Other Credits | — | 8.46 |
| **Total Cash Related Activity** | — | **$8.46** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$8.46** | **$8.46** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (10/1/23-12/31/23) | Realized This Year (1/1/23-12/31/23) | Unrealized Inception to Date (as of 12/31/23) |
|---|---|---|---|
| Short-Term (Loss) | — | — | $(49.52) |
| Long-Term (Loss) | — | — | (462.02) |
| **TOTAL GAIN/(LOSS)** | — | — | **$(511.54)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1- December 31, 2023

---

**Account Detail**      Self-Directed Brokerage Account    **CORNELIUS GUDE TOD**
                                         227-162692-208    **SUBJECT TO STA RULES**

---

**Investment Objectives (in order of priority):**   Capital Appreciation                                                        **Brokerage Account**
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

### CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. | | $8.46 | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 23.49% | $8.46 | — |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| GENIUS GROUP LTD (GNS)<br>*Asset Class: Equities* | 30.000 | $0.663 | $69.41 | $19.89 | $(49.52) | — | — |
| META MATERIALS INC (MMAT)<br>*Asset Class: Equities* | 116.000 | 0.066 | 469.68 | 7.66 | (462.02) | — | — |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1- December 31, 2023

## Account Detail

| | | Self-Directed Brokerage Account 227-162692-208 | CORNELIUS GUDE TOD SUBJECT TO STA RULES | |

| STOCKS | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | **76.51%** | | | **$539.09** | **$27.55** | **$(511.54)** | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | | | **$539.09** | **$36.01** | **$(511.54)** | — | — |
| | | | | | | | — | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $8.46 | — | — | — | — | — |
| Stocks | — | $27.55 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$8.46** | **$27.55** | **—** | **—** | **—** | **—** |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.
Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.
If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Important Information Regarding Your Account Summary**
The Account Summary section on this statement reflects information from the date your account was transferred to Morgan Stanley Smith Barney LLC or, if this is a new account, the date the account was opened. To view all historical data, (i.e., Realized Gain/(Loss) information) please visit www.etrade.com/gainloss.

# E✲TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1 - December 31, 2023

Page 8 of 10

| Account Detail | Self-Directed Brokerage Account, 227-162692-208 | CORNELIUS GUDE TOD SUBJECT TO STA RULES |
|---|---|---|

**Important Information about your 2023 tax reporting**

If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit https://us.etrade.com/l/tax-year-2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.