NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50793

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

John Michael Jewis
3178 Route 108
Renous, New Brunswick
Canada  E9E 2M3

Telephone Number:
506-210-2333

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
FEB - 9 2026
U.S. BANKRUPTCY COURT
DANIEL S OWENS. CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): TFSA : 605-20933

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** CIBC Investors Edg-
161 Bay St. 4th Floor
Toronto, Ontario, Canada M5J 0E7
Telephone Number: 1-800-567-3343

3. **Date Equity Interest was acquired:**
June 2021 to April 2023

4. **Total amount of member interest:** $10,939.16
MMAT: 5004 Shares

5. **Certificate number(s):** N/A

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor / Shareholder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Michael Jewis
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)    29-Jun-2026 (Date)

Telephone number: 506-210-2333 email: mjteetee@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**March 1-March 31, 2023**
*(previous statement February 28, 2023)*



## Portfolio Assets — Canadian Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT MAR 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| CAMBER ENERGY INC COMMON STOCK (CEI/US) | 6 | $229.80 | 2.137 | $12.82 | 6 |
| GAMESTOP CORP CLASS A (GME/US) | 132 | $4,772.64 | 31.142 | $4,110.74 | 132 |
| HUDSON TECHNOLOGIES INC (HDSN/US) | 50 | $543.65 | 11.810 | $590.50 | 50 |
| KOSMOS ENERGY LTD COMMON SHARES (KOS/US) | 50 | $501.85 | 10.065 | $503.25 | 50 |
| LEVITEE LABS INC COMMON (LVT/CDNX) | 190 | $90.55 | 0.005 | $0.95 | 190 |
| META MATLS INC COMMON STOCK (MMAT/US) | 5,004 | $10,939.16 | 0.552 | $2,762.21 | 5,004 |
| NORTH EUROPEAN OIL ROYALTY TRUST-CBI (NRT/US) | 20 | $485.90 | 16.964 | $339.28 | 20 |
| PLAINS ALL AMERICAN PIPELINE L P COMMON UNITS REPRESENTING LIMITED PARTNER INTERESTS (PAA/US) | 35 | $563.68 | 16.870 | $590.45 | 35 |
| OPENDOOR TECHNOLOGIES INC COMMON STOCK (OPEN/US) | 50 | $506.31 | 2.381 | $119.05 | 50 |
| POLESTAR AUTOMOTIVE HOLDING UK PLC CLASS A ADS (PSNY/US) | 41 | $651.92 | 5.127 | $210.21 | 41 |
| RECHARGE RESOURCES LTD COM NEW (RR/CDNX) | 80 | $122.95 | 0.250 | $20.00 | 80 |
| SOUTHWESTERN ENERGY CO (SWN/US) | 50 | $498.11 | 6.764 | $338.20 | 50 |
| TECNOGLASS INC ORDINARY SHARES (TGLS/US) | 20 | $601.97 | 56.764 | $1,135.28 | 10 |
| NEXT BRIDGE HYDROCARBONS INC (NEXT BRIDGE HYDROCARBONS INC) | 95 | N/D ‡ | N/D | N/D § | 95 |
| SUBTOTAL | | $23,878.34 | | $13,715.68 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $23,993.80 | | $13,831.14 | |

HRI-*03026600*



## INVESTOR'S EDGE SELF-DIRECTED
## TAX FREE SAVINGS ACCOUNT

**March 1-March 31, 2023**
*(previous statement February 28, 2023)*

## Account Activity — Canadian Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|------|----------|-------------|----------|-------|--------|
| Mar 23 | Dividend | ALCOA CORPORATION COMMON STOCK CASH DIV ON 5 SHS REC MAR 07 2023 PAY MAR 23 2023 | — | — | $0.69 |
| Mar 23 | Tax | NON-RES TAX WITHHELD | — | — | -$0.10 |
| Mar 31 | — | Closing cash balance | — | — | $115.46 |

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|------|----------|-------------|----------|-------|--------|
| Mar 1 | — | Opening cash balance | — | — | -$127.55 |
| Mar 31 | — | Closing cash balance Canadian dollar equivalent ($1.00 U.S. equals $1.35300 CAN) | — | — | -$127.55 -$172.58 |

| Total closing cash balance in Canadian dollars | — | — | -$57.12 |
|---|---|---|---|

### Future Settlement-Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|------|----------|-------------|----------|-------|--------|
| Apr 3 | Sold | TECNOGLASS INC ORDINARY SHARES | 10 | 41.250 | $540.38 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT MAR 31 | SEGREGATION †CUSTODY |
|-------------|----------|------------|---------------|------------------------|----------------------|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $115.46 | — | $115.46 | — |
| *Equities* | | | | | |
| ARDMORE SHIPPING CORPORATION (ASC/US) | 50 | $677.31 | 20.116 | $1,005.80 | 50 |
| ALCOA CORPORATION COMMON STOCK (AA/US) | 5 | $546.36 | 57.576 | $287.88 | 5 |
| BEAM GLOBAL COMMON STOCK (BEEM/US) | 25 | $725.16 | 21.523 | $538.08 | 25 |
| BOOSH PLANT BASED BRANDS INC COMMON (VEGI/CDNX) | 200 | $210.95 | 0.045 | $9.00 | 200 |
| CAL-MAINE FOODS INC NEW (CALM/US) | 10 | $722.89 | 82.373 | $823.73 | 10 |
| COSTAMARE INC (CMRE/US) | 25 | $487.18 | 12.730 | $318.25 | 25 |
| COMMUNICATIONS SYSTEMS INC COMMON STOCK CONTRA CUSIP | 25 | N/D ‡ | N/D | N/D § | — |