NVB 300 i (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor: Meta Materials Inc | Case Number: 24-50793 | |
|---|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): John Michael Jewis 3178 Route 108 Renous, New Brunswick Canada E93 2M3 Telephone Number: 506-210-2333 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** FEB - 9 2026 U.S. BANKRUPTCY COURT DANIEL S. OWENS, CLERK **COURT USE ONLY** |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): RRA : 594-15939 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** CIBC Investors Edge 161 Bay St. 4th Floor Toronto, Ontario Canada M5J 0E7 Telephone Number: 1-800-567-3343 | 3. **Date Equity Interest was acquired:** July 2021 to March 2023 |
|---|---|

| 4. Total amount of member interest: 750 MMAT @ $1684.82 | 5. Certificate number(s): _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor / Share holder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Michael Jewis
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) _____  29-Jan-2026 (Date)

Telephone number: 506-210-2333  email: mjteeter@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|



INVESTOR'S EDGE SELF-DIRECTED
LOCKED-IN RETIREMENT ACCOUNT

**March 1-March 31, 2023**
*(previous statement December 30, 2022)*

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Mar 1* | — | *Opening cash balance* | — | — | $11.67 |
| *Mar 10* | *Dividend* | *MARATHON OIL CORP* *CASH DIV ON 20 SHS* *REC FEB 15 2023* *PAY MAR 10 2023* | — | — | $2.76 |
| *Mar 31* | — | *Closing cash balance* | — | — | $14.43 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT MAR 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $14.43 | — | $14.43 | — |
| *Equities* | | | | | |
| CRYPTYDE INC COMMON STOCK (TYDE/US) | 1 | $0.75 ƒ | 0.112 | $0.11 | 1 |
| CAMBER ENERGY INC COMMON STOCK (CEI/US) | 6 | $392.13 | 2.137 | $12.82 | 6 |
| GAMESTOP CORP CLASS A (GME/US) | 60 | $3,042.44 | 31.142 | $1,868.52 | 60 |
| MARATHON OIL CORP (MRO/US) | 20 | $601.17 | 32.413 | $648.26 | 20 |
| META MATLS INC COMMON STOCK (MMAT/US) | 750 | $1,684.82 | 0.552 | $414.00 | 750 |
| SPEY RESOURCES CORP COM (SPEY/CDNX) | 200 | $82.95 | 0.055 | $11.00 | 200 |
| VINCO VENTURES INC COMMON STOCK (BBIG/US) | 15 | $209.67 | 0.434 | $6.51 | 15 |
| SEATECH VENTURES CORP (RSTD) ACT OF 1933 | 50 | N/D ‡ | N/D | N/D § | 50 |
| SUBTOTAL | | $6,013.93 | | $2,961.22 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $6,028.36 | | $2,975.65 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.
‡ The book value of this security is not determinable.
§ The market value of this security is not determinable.
ƒ Market value information has been used to estimate part or all of the book cost of this security position.