NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
*Meta Materials Inc.*

**Case Number:**
24-50793

**RECEIVED AND FILED**
**FEB - 9 2026**
U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

1. **Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

John Michael Jewis
3178 Route 108
Renous, New Brunswick
Canada E9E 2M3

**Telephone Number:**
506-210-2333

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): Cash account 588-58246

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** CIBC Investor edge.
161 Bay St 4th floor
Toronto, Ontario Canada M5J0E7
**Telephone Number:** 1-800-567-3343

3. **Date Equity Interest was acquired:**
December 30, 2021

4. **Total amount of member interest:** 497853 MMTLP

5. **Certificate number(s):** N/A

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor / Shareholder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.   ☐ I am the interest holder's authorized agent.
(Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor.
(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Michael Jewis
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____

(Signature)   29-Jan-2026
(Date)

Telephone number: 506-210-2333   email: mjteetree@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



# INVESTOR'S EDGE INVESTMENT ACCOUNT

### December 1-December 31, 2021
*(previous statement November 30, 2021)*



Account # 588-58246
**Order Execution Only Account**

MICHAEL J JEWIS
PO BOX 2214
IQALUIT NU   X0A 0H0                          098887

**To Contact Us:**

*1-800-567-3343*

*www.investorsedge.cibc.com*

*MMTLP*

## Items For Your Attention:

- *1. We've updated the Commission and Fees Schedule to reflect new per transaction mutual fund commission charges of $6.95 effective Mar. 7, 2022. For details, review the Commission and Fees Schedule in the Account Agreements and Disclosures Booklet at www.investorsedge.cibc.com*
- *2. You can now add a Trusted Contact Person to your account(s). Sign on to your Investor's Edge account and find this option under More << Preferences >> Manage Your Trusted Contact Person.*
- *3. Annual reminder: Keep your information up to date. Need to update your details? Contact us.*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT DEC 31 |
|---|---|---|
| Cash & Cash Equivalents | 0% | $3.32 |
| Fixed Income | — | — |
| Equities | 100% | $1,198.55 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $1,201.87 |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Dec 1 | — | Opening cash balance | — | — | $0.00 |
| Dec 23 | EFT | DEBIT BANK ACCOUNT | — | — | $500.00 |
| Dec 30 | Bought | META MATLS INC PFD SER A UNSOLICITED EXCHANGE RATE 1.29650000 | 267 | 1.250 | -$497.53 |
| Dec 31 | — | Closing cash balance | — | — | $2.47 |

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Dec 1 | — | Opening cash balance | — | — | $463.14 |
| Dec 2 | Bought | ILIKA PLC SOUTHAMPTON COMMON SHARES UNSOLICITED | 217 | 1.910 | -$462.47 |

 **IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada

 **CIPF** MEMBER

HRI-*04013200*



INVESTOR'S EDGE INVESTMENT ACCOUNT

### December 1-December 31, 2025
*(previous statement October 31, 2025)*

## Portfolio Assets — Canadian Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT DEC 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| CHINA LIBERAL EDUCATION HOLDINGS LIMITED ORDINARY SHARES (CLEUF/US) | 1 | $2.73 ƒ | 0.001 | N/D § | 1 |
| NEXT BRIDGE HYDROCARBONS INC | 267 | $497.53 | N/D | N/D § | 267 |
| SUBTOTAL | | $500.26 | | N/D | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $401.26 | | -$99.00 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT DEC 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $72.37 | — | $72.37 | — |
| SUBTOTAL FOR U.S. DOLLARS | | $72.37 | | $72.37 | |
| *Canadian dollar equivalent* ($1.00 U.S. equals $1.37200 CAN) | | $99.29 | | $99.29 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $500.55 | | $0.29 | |

## Messages

- Effective March 1, 2026, new terms for trading fractional shares of eligible stocks and ETFs will be added to the Account Agreements and Disclosures Booklet. For details, please visit our Legal page (https://www.investorsedge.cibc.com/en/legal.html) and see the new Fractional Shares section of the Customer Agreement.
- Updated commissions for fractional trading are available in the Commissions and Fees Schedule on our Pricing page (https://www.investorsedge.cibc.com/en/pricing.html). Questions? Contact us.
- Add a Trusted Contact Person to your account(s). Sign on to your Investor's Edge account and find this option in Account Settings > Accounts.

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.
§ The market value of this security is not determinable.
ƒ Market value information has been used to estimate part or all of the book cost of this security position.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 161 Bay St. 4th floor, Toronto, ON, M5J 0E7 or call 1-800-567-3343.

Customers' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST and QST: # 89531 9382 RT0001.

INVESTOR'S EDGE INVESTMENT ACCOUNT



### December 1-December 31, 2025
*(previous statement October 31, 2025)*



**Account # 588-58246**
**Order Execution Only Account**

MICHAEL J JEWIS
3178 ROUTE 108
RENOUS NB   E9E 2M3

007714

## To Contact Us:

*1-800-567-3343*

*www.investorsedge.cibc.com*

## Items For Your Attention:

• *There's important information about your account - check out the messages section at the end of this statement.*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT DEC 31 |
|---|---|---|
| *Cash & Cash Equivalents* | 100% | $0.29 |
| *Fixed Income* | — | — |
| *Equities* | — | — |
| *Mutual Funds* | — | — |
| *Other* | — | — |
| TOTAL PORTFOLIO | 100% | $0.29 |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Dec 1* | — | *Opening cash balance* | — | — | - $99.00 |
| *Dec 31* | — | *Closing cash balance* | — | — | - $99.00 |

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Dec 1* | — | *Opening cash balance* | — | — | $72.37 |
| *Dec 31* | — | *Closing cash balance* | — | — | $72.37 |
| | | *Canadian dollar equivalent* | | | $99.29 |
| | | *($1.00 U.S. equals $1.37200 CAN)* | | | |

Total closing cash balance in Canadian dollars — — $0.29

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT DEC 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | - $99.00 | — | - $99.00 | — |



Regulated by CIRO
Canadian Investment
Regulatory Organization



CIPF
MEMBER

HRI-*04013700*