Ryan J. Works, Esq. (NSBN 9224)
Jimmy F. Dahu, Esq. (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

Peter Fountain, Esq. (*pro hac vice*)
Madeleine Zabriskie, Esq. (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000
peterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

*Counsel for Citadel Securities LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>Chapter 7<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015**<br>**FILING FEE IS $250.00** |

Christopher D. Kercher, Esq., Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Greenwich, Connecticut.

2. That Petitioner is an attorney at law and a member of the law firm of Quinn Emanuel Urquhart & Sullivan LLP, with offices at 295 5th Avenue, New York, NY 10016.

3. That Petitioner has been retained personally or as a member of the law firm by Citadel Securities, to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since May 23, 2005, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5.  That Petitioner was admitted to practice before the following United States District Courts, Unites States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | Date Admitted |
|---|---|
| U.S. District Court for the Southern District of New York | 8/16/2005 |
| U.S. Court of Appeals for the Second Circuit | 5/25/2018 |
| U.S. Court of Appeals for the Ninth Circuit | 6/10/2019 |
| U.S. Court of Appeals for the Eleventh Circuit | 7/14/2022 |

6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A _____

_____

7.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

N/A _____

_____

8.  That Petitioner is a member of good standing in the following Bar Associations:

 The State Bar of New York.

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was application Granted or Denied |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| 8/15/2025 | *In re Meta Materials, Inc.*, 24-50792-gs | U.S. Bankruptcy Court for the District of Nevada | Granted |
| 11/21/2023 | *EBET Inc. v. Aspire Global Int'l Lmt. et al.*, 2:23-cv-01830-GMN-DJA | U.S. District Court for the District of Nevada | Granted |
| 4/26/2024 | *MJL 12, LLC v. MJJ Productions, LLC et al.*, 2:24-cv-122 | U.S. District Court for the District of Nevada | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 02/04, 2026.

_____
Petitioner's Signature

STATE OF New York )
COUNTY OF New York )

_Christopher Kercher_, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this 4th day of February 2026.

_____
Notary Public

MUYINDEEN OLAJIDE
Notary Public, State of New York
No. 01OL6105455
Qualified in Kings County
Certificate on file in New York County
Commission Expires February 9, 2028



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Christopher Daniel Kercher

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 23, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on August 12, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00245701