Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

*Attorneys for Non-Party Citadel Securities LLC*

Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
GREENBERG TRAURIG, LLP
Las Vegas, Nevada 89135
Telephone: (702) 938-6909
hoguem@gtlaw.com

*Attorneys for Non-Party Anson Funds Management LP*

Jarrod L. Rickard, Esq. (NSBN 10203)
SEMENZA RICKARD LAW
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
jlr@semenzarickard.com

*Attorneys for Non-Party Virtu Financial, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS, INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>Chapter 7<br><br>**DECLARATION OF PETER H. FOUNTAIN IN SUPPORT OF NON-PARTY CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S SUPPLEMENTAL REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER** |

I, Peter H. Fountain, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and am a member in good standing of the State Bar of New York. I am counsel for Non-Party Citadel Securities LLC ("Citadel Securities") in this matter.

2. My application for *pro hac vice* admission before this Court has been granted.

1

3. I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify as to those facts.

4. On June 29, 2023, Meta Materials, Inc. issued a press release with the title "Meta Materials Applauds ChristianAttar for Teaming Up with Warshaw Burstein to Investigate Allegations of Naked Short Selling." A true and correct copy of the press release is attached as Exhibit 1 hereto.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of February, 2026, in New York, New York.

*/s/ Peter H. Fountain*
Peter H. Fountain
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
peterfountain@quinnemanuel.com

*Attorney for Non-Party Citadel Securities LLC*

# EXHIBIT 1

# EXHIBIT 1



 Print   PDF   Email

# META MATERIALS APPLAUDS CHRISTIANATTAR FOR TEAMING UP WITH WARSHAW BURSTEIN TO INVESTIGATE ALLEGATIONS OF NAKED SHORT SELLING

**HALIFAX, NS / ACCESSWIRE / June 29, 2023 /** Meta Materials Inc. (the "Company" or "META®") (NASDAQ:MMAT)(FSE:MMAT), an advanced materials and nanotechnology company applauds ChristianAttar (the "Firm") (previously known as Christian, Smith & Jewell), a preeminent law firm specializing in securities litigation, for joining forces with Warshaw Burstein and Partner Alan Pollack in helping investigate allegations of naked short selling of Meta Materials' stock. Wes Christian and Alan Pollack have worked together in securities litigation for over 15 years, forming a formidable team in fighting against illegal trading practices.

"This engagement reflects our commitment to protecting investors and maximizing shareholder value," said George Palikaras, President and CEO of Meta Materials Inc. "We are excited to work with a group of seasoned legal experts and advisors such as ChristianAttar and Warshaw Burstein."

"We are honored to be chosen by Meta Materials for this critically important task. Our firm has a storied history in taking on cases against fraudulent trading practices, and we will use our vast experience to thoroughly investigate and address these allegations," said Wes Christian, Partner at ChristianAttar.

META, after conducting a preliminary trading analysis in collaboration with ShareIntel Shareholder Services, LLC, has identified seemingly trade imbalances in the trading of MMAT shares which are potentially material relative to META's public float and average trading volume.

"Based on the initial analysis, we believe this has the potential to become the motherload of counterfeit shares. The scale and complexity warrant exhaustive investigation, and we are prepared to relentlessly pursue justice for META and its shareholders," said Wes Christian. "Our mission is to expose any illicit activities and seek remedies that protect Meta Materials and its shareholders. We value the trust META has placed in us and are committed to working assiduously towards securing a fair and just resolution."

Alan Pollack, Partner at Warshaw Burstein, commented, "Our collaboration with ChristianAttar is built on a shared commitment to upholding market integrity. Together, we bring decades of combined experience and a track record of success in litigating against market manipulation and fraudulent trading practices."

-30-

**About Meta Materials Inc.**
Meta Materials Inc. (META®) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META's technology platforms enable global brands to develop new products to improve

performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries, authentication, automotive and clean energy.

**About ChristianAttar**

ChristianAttar is a Houston-based law firm specializing in securities litigation, corporate governance, and complex commercial litigation. Renowned for its excellence, the firm has been a leader in high-stakes litigation, representing publicly traded companies, shareholders, and investors against fraudulent trading activities and market manipulation.

**Media Inquiries**

Meta Materials Inc.

Rob Stone

Vice President, Corporate Development and Communications

media@metamaterial.com

ChristianAttar

James "Wes" Christian

Partner

jchristian@christianattarlaw.com

**Forward-Looking Information**

This press release includes forward-looking information or statements within the meaning of Canadian securities laws and within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995, regarding the Company, which may include, but are not limited to, statements with respect to the ability of the Company to successfully pursue and obtain a beneficial resolution of any purported naked short selling of its common stock. Often but not always, forward-looking information can be identified by the use of words such as "pursuing", "potential", "predicts", "projects", "seeks", "plans", "expect", "intends", "anticipated", "believes" or variations

(including negative variations) of such words and phrases, or statements that certain actions, events or results "may", "could", "should", "would" or "will" be taken, occur or be achieved. Such statements are based on the current expectations and views of future events of the management of the Company and are based on assumptions and subject to risks and uncertainties. Although the management of the Company believes that the assumptions underlying these statements are reasonable, they may prove to be incorrect. The forward-looking events and circumstances discussed in this release may not occur and could differ materially as a result of known and unknown risk factors and uncertainties affecting the Company, the capabilities of our facilities and the expansion thereof, research and development projects of the Company, the total available market and market potential of the products of the Company, the market position of the Company, the need to raise more capital and the ability to do so, the scalability of the Company's production ability, capacity for new customer engagements, material selection programs timeframes, the ability to reduce production costs, enhance metamaterials manufacturing capabilities and extend market reach into new applications and industries, the ability to accelerate commercialization plans, the possibility of new customer contracts, the continued engagement of our employees, the technology industry, market strategic and operational activities, and management's ability to manage and to operate the business. More details about these and other risks that may impact the Company's businesses are described under the heading "Forward-Looking Information" and under the heading "Risk Factors" in the Company's Form 10-K filed with the SEC on March 23, 2023, in the Company's Form 10-K/A filed with the SEC on March 24, 2023, in the Company's Form 10-Q filed with the SEC on May 12, 2023, and in subsequent filings made by Meta Materials with the SEC, which are available on SEC's website at www.sec.gov. Although the Company has attempted to identify important factors that could cause actual actions, events or results to differ materially from those

described in forward-looking statements, there may be other factors that cause actions, events or results to differ from those anticipated, estimated or intended. Accordingly, readers should not place undue reliance on any forward-looking statements or information. No forward-looking statement can be guaranteed. Except as required by applicable securities laws, forward-looking statements speak only as of the date on which they are made and the Company does not undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events, or otherwise, except to the extent required by law.

**SHARE**



## Archives

| | |
|---|---|
| 2024 | + |
| 2023 | + |
| 2022 | + |
| 2021 | + |
| 2020 | + |
| 2019 | + |
| 2018 | + |
| 2017 | + |
| 2016 | + |
| 2014 | + |

## RSS



Contact Us!

## COMPANY

- Investors
- Products
- Technology
- About Us
- Contact Us

## OTHER

- Privacy Policy
- ISO 9001 Certification
- Legal Notice
- Product Support
- Sitemap

Meta Materials Inc.
1 Research Drive / Dartmouth / Nova Scotia / Canada / B2Y 4M9

Tel: 1-902-482-5729
Email: info@metamaterial.com



© 2022 Meta Materials Inc. All rights reserved.