NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

META MATERIALS INC.

BK–24–50792–gs
CHAPTER 7

Debtor(s)

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by CHRISTOPHER D. KERCHER is **GRANTED**.

Dated: 2/12/26

*Dan Owens*

Dan Owens
Clerk of Court