NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jeffrey Hagman
1310 Wilderness Run DR
Eagan, MN 55123

Telephone Number: (651) 492-6709

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
FEB 13 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 889-400571-202

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Morgan Stanley ETRADE
Bowling Green Station PO Box 286
New York New York 10274-286
Telephone Number: 1800

3. **Date Equity Interest was acquired:** 11/22/2022
See Attached Documentation

4. **Total amount of member interest:** 3 Shares = $537.50

5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ____________

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeffrey Hagman
Title: ____________
Company:__ Address and telephone number (if different from notice address above):

(Signature) Jeffrey Hagman (Date) 1/19/2026

Telephone number: (651)492-6709 email jhagman2@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

E*TRADE from Morgan Stanley



## Account Detail

Self-Directed Brokerage Account 889-400571-202

JEFFREY HAGMAN TOD
SUBJECT TO STA RULES

### STOCKS

#### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| FM4 NXTBRG HYDROCARBONS CONTRA<br>*Asset Class Equities* | 1,150 000 | N/A | $8,620 45 | N/A | N/A | — | — |
| META MATERIALS INC NEW (MMATQ)<br>*Asset Class Equities* | 3 000 | 0 000 | 533 20 | 0 00 | (533 20) | — | — |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| STOCKS | 0 00% | $9,153 65 | $0 00 | $(533 20) | — | — |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| TOTAL VALUE | 100 00% | $9,153 65 | $(2.00) | $(533 20) | — / — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included*

### ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP MMFs (Debit) | $(2 00) | — | — | — | — | — |
| Stocks | — | — | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$(2.00)** | — | — | — | — | — |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280 4534 Monday-Friday 9 a m - 6 p m Eastern Time

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons The BrokerCheck Hotline Number is 1-800-289-9999 The FINRA website address is www finra org An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA

E*TRADE from Morgan Stanley



E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number** XXXX-3982

**Account Name**
JEFFREY HAGMAN

**E*TRADE Securities LLC**
P O Box 484
Jersey City NJ 07303 0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery Enroll at etrade com/paperless

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 250 | $2 15 | Cash | PRINCIPAL | $537 50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $537 50 |

▲ DETACH HERE

JEFFREY HAGMAN
1310 WILDERNESS RUN DR
SAINT PAUL MN 55123

DETACH HERE ▲

**Use This Deposit Slip** **Acct: XXXX-3982**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC
Mail deposits to

E*TRADE Securities LLC
P O Box 484
Jersey City NJ 07303 0484

112120220001 900538139826

,72 76 ▼ 72 93 ( 0 22%) NASDAQ 11 048 29 ▼ 97.77 ( 0 88%) S&P 500 3 944 06 ▼ 21.28 ( 0 54%) as of 10 27 AM ET Customer Service Log Off

TRADE from Morgan Stanley Accounts Trading Markets & Ideas What We Offer Transfer Search

Complete View Portfolios Watch Lists Orders Balances Transactions Banking Tax Center Documents Dividend Reinvestment Open Account

Refresh November 21 2022 10 27 AM ET Help

# Orders

Open Executed Cancelled Saved Individual fills Expired Rejected All Bond quotes

Account

Individual Brokerage 3982

Note This view does not include saved orders

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 05/25/2022 | 11/21/2022 | | 2 | All | All | All | 20 | Apply filters |

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 2 | Stock/ETF | Buy | 250/AON | MMAT | Mkt | Day | Mkt | 2 15 | Executed | Portfolios |

Security

META MATERIALS INC COM (MMAT)

Details

| Transaction Status | Order Description | Date & Time | Quantity | Price Executed | Commission/Fee |
|---|---|---|---|---|---|
| Order Placed | Buy 250 MMAT Mkt Day | 11/21/22 10.26 56 AM EST | 250 | — | 0 00 |
| Executed | Buy 250 MMAT Mkt Day | 11/21/22 10 26 56 AM EST | 250 | 2 15 | 0 00 |

† = Share weighted Average

Check the background of E*TRADE Securities LLC and Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see E*TRADE Securities LLC and E*TRADE Capital Management, LLC Relationship Summary and Morgan Stanley Smith Barney LLC Relationship Summary

Investment Products
Not FDIC Insured • No Bank Guarantee • May Lose Value

Banking products and services are provided by Morgan Stanley Private Bank National Association, Member FDIC

Read important disclosures

005022 EFAD0501 017550 S

**E*TRADE Securities**
**Investment Account**

January 1, 2023 - January 31, 2023

| | |
|---|---|
| Account Number | 5381-3982 |
| Account Type | INDIVIDUAL |

**Customer Update**

2022 Consolidated Forms 1099 for brokerage accounts will be available in the Tax Center and E*TRADE mobile app by February 15 2023

E*TRADE Securities LLC
P O Box 484
Jersey City, NJ 07303 0484
1 800 387 2331 etrade com
Member SIPC



0005022 01 AV 0 468 01 TR 00026 EFAD0501 000000

JEFFREY HAGMAN
1310 WILDERNESS RUN DR
SAINT PAUL MN 55123 1836



**Resolve to grow your retirement savings in 2023**

Open an E*TRADE IRA at *etrade com* and give your nest egg a boost

## Account At A Glance

**$311 34**



**$266 70**



As of 12/31/22 — As of 01/31/23

**Net Change** **$-44 64**



DETACH HERE

JEFFREY HAGMAN
1310 WILDERNESS RUN DR
SAINT PAUL MN 55123 1836

DETACH HERE




**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Mail deposits to

E*TRADE SECURITIES LLC
P O Box 484
Jersey City, NJ 07303-0484



013120230001 111538139820

# 2023 Recap of Cash Management Activity

**Self-Directed Brokerage Account** **889-400571-202** **JEFFREY HAGMAN**

*We are pleased to enclose your Recap of Cash Management Activity This section includes a summary of selected account activity for the preceding 12 months, including your electronic transfers, checking and card activity for the year (including ATM transactions, any automated payments and security transfers)*

*Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package*

***For reportable account(s), we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns*** *This Recap is not a substitute for the official account statements that you have received from us throughout the year, and is for informational purposes only to provide you with a recap of your cash management activity If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received*

## CASH RELATED ACTIVITY

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 9/1 | Other Credits | BANK DEPOSIT PROGRAM | | $16 22 |
| **TOTAL OTHER CREDITS** | | | | **$16 22** |

**TOTAL CASH RELATED ACTIVITY** **$16 22**

## SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 9/1 | Transfer into Account | FM4 NXTBRG HYDROCARBONS CONTRA | Rec from ETS A/C 538-13982-1 | 1 150 000 | | $0 00 |
| 9/1 | Transfer into Account | META MATERIALS INC | Rec from ETS A/C 538-13982-1 | 248 000 | | 60 36 |
| **TOTAL SECURITY TRANSFERS** | | | | | | **$60 36** |