United States Bankruptcy Court
District of Nevada

In re:                                                                                               Case No. 24-50792-gs
META MATERIALS INC.                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-3 | User: admin | Page 1 of 2
Date Rcvd: Feb 12, 2026 | Form ID: ovpbk | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | CHRISTOPHER D. KERCHER, QUINN EMANUEL URQUHART & SULLIVAN, LLP, 295 5TH AVENUE, NEW YORK, NY 10016-7103 |
| op | + | CITADEL SECURITIES LLC, McDONALD CARANO LLP, C/O RYAN J. WORKS, ESQ., 2300 WEST SAHARA AVENUE, SUITE 1200, LAS VEGAS, NV 89102-4395 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**      **Email Address**

BRADLEY A. COSMAN
     on behalf of Debtor META MATERIALS INC. bcosman@perkinscoie.com

CHRISTINA W. LOVATO
     trusteelovato@att.net  NV26@ecfcbis.com

CLAYTON BRUST
     on behalf of Trustee CHRISTINA W. LOVATO cbrust@sbwlawgroup.com  iesguerra@rssblaw.com

DAVID ERNESTO CHAVEZ
     on behalf of Defendant THE NASDAQ STOCK MARKET LLC chavezd@ballardspahr.com  LitDocket_West@ballardspahr.com

HANNAH E. WINSTON
     on behalf of Trustee CHRISTINA W. LOVATO HWINSTON@SBWLAWGROUP.COM  cobrien@rssblaw.com

District/off: 0978-3      User: admin      Page 2 of 2
Date Rcvd: Feb 12, 2026      Form ID: ovpbk      Total Noticed: 2

| | |
|---|---|
| JARROD L RICKARD | on behalf of Interested Party VIRTU FINANCIAL LLC jlr@semenzarickard.com oak@semenzarickard.com,alb@semenzarickard.com |
| JEFFREY L HARTMAN | on behalf of Trustee CHRISTINA W. LOVATO notices@bankruptcyreno.com abg@bankruptcyreno.com |
| JIMMY F. DAHU | on behalf of Other Prof. CITADEL SECURITIES LLC jdahu@mcdonaldcarano.com sbettinger@mcdonaldcarano.com |
| KAWA FOAD | on behalf of Creditor BRAD DAVIS kfoad@kf-law.com |
| KAWA FOAD | on behalf of Creditor Marcos Monteiro kfoad@kf-law.com |
| KAWA FOAD | on behalf of Creditor DANIEL R. AUXIER kfoad@kf-law.com |
| MATTHEW L. JOHNSON | on behalf of Creditor David Chester mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| MATTHEW L. JOHNSON | on behalf of Creditor Jonathan Edwards mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| MATTHEW L. JOHNSON | on behalf of Creditor David Sokolove mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com |
| MICHAEL R. BRUNET | on behalf of Creditor GEORGIOS PALIKARAS mbrunet@cooperlevenson.com |
| MICHAEL R. HOGUE | on behalf of Other Prof. Anson Funds Management LP hoguem@gtlaw.com michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com |
| RYAN J. WORKS | on behalf of Other Prof. CITADEL SECURITIES LLC rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com |
| U.S. TRUSTEE - RN - 7 | USTPRegion17.RE.ECF@usdoj.gov |

TOTAL: 18

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−24−50792−gs |
| META MATERIALS INC. | CHAPTER 7 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by CHRISTOPHER D. KERCHER is **GRANTED**.

Dated: 2/12/26

Dan Owens
Clerk of Court