Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**STATUS REPORT RE: PARABELLUM CAPITAL, LLC**<br><br>Hearing Date:   February 20, 2026<br>Hearing Time:   1:30 p.m. |

On October 31, 2025, Trustee Lovato filed her Ex Parte Application To Employ The Law Firms of Christian Attar and Kasowitz Benson Torres, LLP As Special Litigation Counsel ("Application").  [**ECF No. 98**].  The purpose for seeking employment of these particular firms resulted from early indications in the administration of this case that, in the years leading up to the filing of this chapter 7 petition, there had been irregular activities in the publicly traded securities market which suggested manipulation of the buying and selling of its shares.  As indicated in the Application, special counsel was being employed on a contingent fee basis to investigate potential claims related to manipulation including naked short selling and spoofing. Exhibit A to the Application was a Summary of Potential Litigation.

The Application disclosed that the firms being employed had arranged for litigation funding in the amount of up to $11.8 million to pay expenses for travel, discovery, depositions and expert witnesses.  Exhibit B to the Application is the Power of Attorney and Contingent Fee Agreement. Part II of the Contingent Fee Agreement describes the Litigation Funding Agreement

1

with Parabellum Capital, LLC ("Parabellum"). www.parabellumcap.com. The details of the funding agreement, and the repayment structure are included in Section 2.01 of the Contingent Fee Agreement. To be clear, $11.8 million is the cap on the funding commitment; however, if only half of that amount is advanced, only the amount advanced is subject to repayment. Without the funding arrangement, it would not be possible for the Trustee to investigate, and if justified by the facts, pursue claims owned by the Estate under Securities and Exchange Act Section 10(b) or any other applicable law.

On November 4, 2024, Judge Barnes entered an Order approving the Application. **ECF No. 118**.

The litigation funding agreement is not an obligation of the Meta chapter 7 estate. However, if the Court requests further disclosure or approval under any provision of the Code, the Trustee will proceed as directed.

DATED: February 19, 2026.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on February 19, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- HANNAH E. WINSTON    HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

✔ b. Via direct Email to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 19, 2026.

                */s/ Angie Gerbig*
                Angie Gerbig