UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED AM
FEB 20 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:
META MATERIALS, INC.,
Debtor

Case No. 24-50792
Chapter 7

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND FOR ORDER DEEMING PREVIOUSLY FILED MOTION COMPLIANT NUNC PRO TUNC**

Movant Danielle Spears, appearing pro se, respectfully moves this Court for entry of an order granting leave to exceed the page limitation set forth in the Local Rules and deeming her previously filed Motion for Determination and Clarification compliant nunc pro tunc. In support thereof, Movant states:

1. On February 12, 2026, Movant filed her Motion for Determination and Clarification of Record Regarding Disclosures, Conflicts of Interest, Data Acquisition, Verification of Subpoena Compliance, Litigation Funding, and Preservation of Evidence (Dkt. 2587) (the "Motion").

2. The Motion is thirty-one (31) pages in length, exclusive of the caption, table of contents, exhibits, and signature page.

3. Local Rule 9014 limits motions and supporting memoranda to twenty (20) pages absent leave of Court.

4. The eleven-page overage results from consolidating multiple interrelated procedural and disclosure issues into a single filing to avoid piecemeal motions and to conserve judicial

resources.

5. The Motion addresses threshold structural matters concerning disclosure obligations, litigation funding arrangements, data acquisition, subpoena compliance verification, and preservation of potentially material evidence.

6. The overage is modest relative to the number of issues addressed, and no party will suffer prejudice as a result.

7. Good cause therefore exists to grant leave and to permit the Motion to stand as filed.

WHEREFORE, Movant respectfully requests that the Court:

A. Grant leave to exceed the page limitation under Local Rule 9014; and

B. Deem the previously filed Motion compliant nunc pro tunc.

Respectfully submitted the 13th day of February, 2026,

Danielle Spears, Pro Se Movant
Avondale, AZ 85323
paymmtlpnow@gmail.com