_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 23, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No.: 24-50792-gs |
|---|---|
| META MATERIALS INC., | Chapter 7 |
| Debtor(s). | Hearing Date<br>DATE: February 20, 2026<br>TIME: 1:30 p.m. |

## SCHEDULING ORDER

On February 20, 2026, the court held hearings on the motions to quash filed at ECF Nos. 2088 and 2551 (Motions). Appearances were as noted on the record. For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that, **no later than February 27, 2026**, the chapter 7 trustee must file her supplemental opposition to the Motions with the court and serve it on counsel for the movants.

IT IS FURTHER ORDERED that, **no later than February 27, 2026**, Nasdaq may file with the court its supplement to its motion (ECF No. 2551) and serve it on counsel for the chapter 7 trustee.

IT IS FURTHER ORDERED that any responses to the supplemental briefing must be filed with the court **no later than March 9, 2026**.

1

IT IS FINALLY ORDERED that the court will take the Motions under submission on March 10, 2026, and thereafter no further argument or additional briefing on the Motions will be considered.

IT IS SO ORDERED.

\* \* \* \* \*

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #