David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
chavezd@ballardspahr.com

*Attorney for Defendant*
*The Nasdaq Stock Market LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Meta Materials Inc.,<br><br>Debtor. | Case No. 24-50792-gs<br>Chapter 7<br><br>**NASDAQ'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENAS** |

Nasdaq respectfully submits this supplemental reply in support of its *Motion to Quash Non-Party Subpoenas* [ECF No. 2551] (the "Motion").[1]

The Motion requests that the Court quash two Subpoenas issued to Nasdaq by the Trustee, because (A) the Request is substantively improper under Bankruptcy Rule 2004, as it impermissibly seeks information that is beyond the scope of the Debtor's property and financial condition and that is intended to create undue leverage in anticipated litigation; (B) the Request is procedurally improper under Civil Rule 45 because there is no "action" pending in the Debtor's bankruptcy case; and (C) the Request is unduly burdensome, irrelevant, and overbroad under Civil Rule 45.

At a hearing on the Motion on February 20, 2026, the Court invited Nasdaq to supplement the record regarding the burden imposed on Nasdaq by the Request. On that basis, Nasdaq submits the Declaration of Matthew Pond for the Court's

---

[1] Capitalized terms used but not defined herein have the meaning set forth in the Motion. [ECF No. 2251.]

consideration. The declaration is separately filed contemporaneously herewith pursuant to Local Rule 9004(e)(2).

The Pond Declaration shows that the Subpoenas and Request would effectively require Nasdaq to undertake expert work to produce new work product for the Trustee, rather than simply producing records that already exist.

Dated this 27th day of February 2026.

BALLARD SPAHR LLP

By: /s/ *David E. Chavez*
    David E. Chavez
    Nevada Bar No. 15192
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135
    chavezd@ballardspahr.com

*Counsel for The Nasdaq Stock Market LLC*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2026, I served the foregoing document on the following via the court's electronic service system:

David D. Burnett
SCHNEIDER WALLACE COTTRELL KONECKY LLP
1050 30th STREET NW
WASHINGTON, DC 20007
dburnett@scheinerwallace.com

*Counsel for Christina W. Lovato*

                                                                   /s/ *Michael Grogitsky*
                                                                    An Employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070