# EXHIBIT A

# EXHIBIT A

**17 CFR 242.613(c)(7)**

(i) For original receipt or origination of an order:

    (A) Customer-ID(s) for each customer;

    (B) The CAT-Order-ID;

    (C) The CAT-Reporter-ID of the broker-dealer receiving or originating the order;

    (D) Date of order receipt or origination;

    (E) Time of order receipt or origination (using time stamps pursuant to [paragraph (d)(3)](#) of this section); and

    (F) Material terms of the order.

(ii) For the routing of an order, the following information:

    (A) The CAT-Order-ID;

    (B) Date on which the order is routed;

    (C) Time at which the order is routed (using time stamps pursuant to [paragraph (d)(3)](#) of this section);

    (D) The CAT-Reporter-ID of the broker-dealer or national securities exchange routing the order;

    (E) The CAT-Reporter-ID of the broker-dealer, national securities exchange, or national securities association to which the order is being routed;

    (F) If routed internally at the broker-dealer, the identity and nature of the department or desk to which an order is routed; and

    (G) Material terms of the order.

(iii) For the receipt of an order that has been routed, the following information:

    (A) The CAT-Order-ID;

    (B) Date on which the order is received;

    (C) Time at which the order is received (using time stamps pursuant to [paragraph (d)(3)](#) of this section);

    (D) The CAT-Reporter-ID of the broker-dealer, national securities exchange, or national securities association receiving the order;

    (E) The CAT-Reporter-ID of the broker-dealer or national securities exchange routing the order; and

    (F) Material terms of the order.

(iv) If the order is modified or cancelled, the following information:

    (A) The CAT-Order-ID;

    (B) Date the modification or cancellation is received or originated;

    (C) Time the modification or cancellation is received or originated (using time stamps pursuant to paragraph (d)(3) of this section);

    (D) Price and remaining size of the order, if modified;

    (E) Other changes in material terms of the order, if modified; and

    (F) The CAT-Reporter-ID of the broker-dealer or Customer-ID of the person giving the modification or cancellation instruction.

(v) If the order is executed, in whole or part, the following information:

    (A) The CAT-Order-ID;

    (B) Date of execution;

    (C) Time of execution (using time stamps pursuant to paragraph (d)(3) of this section);

    (D) Execution capacity (principal, agency, riskless principal);

    (E) Execution price and size;

    (F) The CAT-Reporter-ID of the national securities exchange or broker-dealer executing the order; and

    (G) Whether the execution was reported pursuant to an effective transaction reporting plan or the Plan for Reporting of Consolidated Options Last Sale Reports and Quotation Information.

(vi) If the order is executed, in whole or part, the following information:

    (A) The account number for any subaccounts to which the execution is allocated (in whole or part);

    (B) The CAT-Reporter-ID of the clearing broker or prime broker, if applicable; and

    (C) The CAT-Order-ID of any contra-side order(s).

(vii) If the trade is cancelled, a cancelled trade indicator.

(viii) For original receipt or origination of an order, the following information:

    (A) Information of sufficient detail to identify the customer; and

    (B) Customer account information.