Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF KENNETH L. RICE, JR. IN SUPPORT OF SHARES SOLD BY META MATERIALS, INC. ("META") AND TORCHLIGHT ENERGY, INC. ("TORCHLIGHT"); AND OPERATIVE PROVISIONS OF MERGER AGREEMENT BY AND BETWEEN META AND TORCHLIGHT**<br><br>Hearing Date: N/A<br>Hearing Time: |

I, Kenneth L. Rice, Jr, declare as follows:

1. My name is Kenneth L. Rice, Jr., MBA, JD, LLM. See CV attached as Exhibit "1".

2. I am a lawyer and have 40 years of experience as a CEO and/or CFO and/or in-house counsel of public companies.

3. From December 2020 to April 2023, I was COO and/or CFO (the "Role") of META Materials, Inc. ("META").

4. In the Role, I had personal knowledge of: how many shares were sold by META and Torchlight Energy, Inc. ("Torchlight") during my tenure including when and how many shares were sold and other relevant details. The list of shares sold by META and

1

separately by Torchlight during my tenure at META (which I have reviewed) are listed on the relevant sections by date of Schedules A and B attached hereto and incorporate herein by reference.

5. I have no personal knowledge of the precise number of shares Torchlight sold ("Torch Shares"), during the 5 year repose period under 10(B)(5) of the 1934 Securities and Exchange Act; however, pursuant to the merger effective with META on June 28, 2021 any damages for 10 (B) (5) claims by potential defendants associated with Torch Shares legally belonging to Torchlight, is now owned by META pursuant to the merger documents found on Edgar at (https://www.sec.gov/Archives/edgar/data/1431959/000119312521203407/d189140d8k.htm ) (the "Link").

6. I have personal knowledge of the facts set forth in connection with all the above. If called as a witness, I will completely testify to these facts.

I declare under the penalty of perjury under the laws of the state of Massachusetts that the following is true and correct to the best of my knowledge.

Executed this _26th____ day of February 2026 in the state of Massachusetts, city of Westwood.

*Kenneth Rice*
_____
Kenneth L. Rice, Jr.

## SCHEDULE A: TREASURY SHARES SOLD

In re Meta Materials Inc., Case No. 24-50792-gs (Bankr. D. Nev.)
Supplemental Brief in Opposition to Motions to Quash Rule 2004 Examination
February 2026

**Pricing Convention:** All MMAT common stock share counts are in **pre-split (pre-100:1)** terms unless marked "post-split." TRCH share counts shown at original TRCH values; MMAT-equivalent after the June 25, 2021 1:2 reverse split noted where applicable.[1]

**Split History:**

- TRCH implemented a **1:2 reverse stock split** effective June 25, 2021 (8-K, Acc. No. 0001193125-21-203407)[1]
- MMAT implemented a **1:100 reverse stock split** effective January 29, 2024 (10-K FY2023, Acc. No. 0000950170-24-038010)[2]

**All filings under CIK 1431959:** Full EDGAR filing history

-

## Examples of Shares Sold from Treasury (2021–2024)

Within the Schedule B Periods/Windows A through G (the 161 Selected Days Requested):

| Treasury Shares Sold Category | Shares Sold (Pre-Split) | Schedule B Days | SEC Filing Source |
|---|---|---|---|
| TRCH debt conversions (A-1) | 8,362,898 | Days 1–3 (Feb 12, 16, 18, 2021) | 10-Q Q1 2021 |
| **Plasma App Ltd. acquisition (C-1)** | **10,752,700** | **Day 43 (Apr 1, 2022)** + Days 44–47 | **10-K FY2023**; 10-Q Q2 2022 |
| **Optodot Inc. acquisition (C-2)** | **22,348,190** | **Day 56 (Jun 22, 2022)** + Days 54–55, 57–62 | **10-Q Q2 2022**; 10-K FY2023 |
| $50M RDO (C-3) | 37,037,039 | Days 59–62 (Jun 27–30, 2022) | 10-K FY2023; 10-Q Q2 2023 |
| Ladenburg ATM (E-1) | 17,574,000 | Days 102–111 (Feb–Mar 2023) | 10-Q Q1 2023; 10-K FY2023 |
| **$25M CMPO (E-2)** | **83,333,334** | **Day 117 (Apr 14, 2023)** + Days 115–122 | **10-K FY2023**; S-3, File No. 333-268282 |
| Lincoln Park ELC (F-1) | 10,500,000 | Days 128–137 (Sep–Nov 2023) | 10-K FY2023 |
| $6M RDO (F-2) | 75,000,000 | Days 138–148 (Dec 4–18, 2023) | 8-K, Dec 4, 2023; 10-K FY2023 |

| Treasury Shares Sold Category | Shares Sold (Pre-Split) | Schedule B Days | SEC Filing Source |
|---|---|---|---|
| $3.4M RDO (G-1) | 85,000,000 | Days 149–161 (Feb 14–Mar 4, 2024) | 10-K FY2023; 8-K, Jun 24, 2024 |
| **TOTAL COMMON STOCK SOLD** | **349,908,161** | **161 days total** | |
| Plus: SERIES A PREFERRED (MMTLP) (A-4) | 145,563,667 | Days 16–17, 27–32, 85–93 | 8-K, Jun 25, 2021; DEF 14A, Jun 10, 2021 |
| Plus: WARRANTS SOLD | 280,370,373 | (See corresponding common stock days) | Corresponding to new Common shares from Treasury |

For clarity, each "Treasury Shares Sold Category" in this table refers to **shares sold or issued from Meta's own treasury** (unless otherwise noted):

The **"Schedule B Days"** column shows which of the 161 trading dates in Schedule B correspond to each treasury share sale event. Day numbers run sequentially from 1 to 161; the actual calendar dates for each day are listed in full in Schedule B below. For issuance events, Schedule B typically includes the announcement/pricing date plus bracketing days (3–10 days before and after) to capture the prevailing market environment and any anomalous trading patterns.

**"TRCH debt conversions (A-1)"** means TRCH sold and issued shares from treasury directly to certain creditors to pay down or convert existing debt into equity;

**"Plasma App Ltd. acquisition (C-1)"** and **"Optodot Inc. acquisition (C-2)"** mean Meta issued and sold MMAT shares from treasury as non-cash consideration to acquire those businesses and assets;

the three **"Registered Direct Offerings (RDO)"** (C-3, F-2, G-1) are public transactions in which Meta sold MMAT treasury shares directly to investors under an effective shelf registration, rather than through a traditional firm-commitment follow-on;

the **"Ladenburg At-The-Market (ATM) offering (E-1)"** means an at-the-market equity program under which Meta sold MMAT shares held in treasury into the open market at prevailing prices through Ladenburg as sales agent;

the "**$25M Underwritten CMPO (E-2)** means an underwritten **confidentially marketed public offering** in which Meta sold registered MMAT shares (together with accompanying warrants) off its Form S-3 shelf registration, after the underwriters first pre-marketed the offering confidentially to institutional investors which included Anson Funds hedge fund as a purchaser of MMAT's treasury shares.

the **"Lincoln Park Equity Line of Credit (ELC) (F-1)"** is a facility under which Lincoln Park agreed to purchase MMAT shares sold by Meta out of treasury over time at formula-based prices;

**"TOTAL COMMON STOCK SOLD"** is the aggregate number of MMAT common shares sold or issued from treasury in all listed example transactions (pre-split);

**"Series A Preferred Shares 'MMTLP' (A-4)"** are preferred Series A shares issued as a special stock dividend;

and **"Warrants sold from MMAT treasury"** refers to stock purchase warrants sold by Meta out of treasury that give holders the right to buy additional MMAT common shares in the future, typically within a 5 year period.

## Filing Excerpts for Selected Events

The following direct quotes from SEC filings allow the Court and its staff to verify key Schedule A entries without reconstructing any calculations. Each excerpt is lifted verbatim from the cited filing and corresponds to a bolded row in the table above.[2][1]

## Event C-1 — Plasma App Acquisition (April 1, 2022: Day 43 of 161 in Schedule B)

**Source: Meta Materials Inc., Form 10-K for the year ended December 31, 2023 (Acc. No. 0000950170-24-038010), Item 1 — Business Combinations (Plasma App Ltd acquisition); see also Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Note 3 — Acquisitions, for the underlying pre-split share and VWAP detail.**[3][2]

From the 10-K FY2023 (reporting in post-split terms):

> "On April 1, 2022, we completed the purchase of 100% of the issued and outstanding shares of Plasma App Ltd. ("PAL"). PAL is the developer of PLASMAfusion® deposition, a proprietary manufacturing platform technology, which enables high-speed coating of any solid material on any type of substrate. PAL's team is located at the Rutherford Appleton Laboratories in Oxford, UK."[2]

> "We issued an aggregate of **96,774 shares** of our common stock to PAL's stockholders at closing, representing a number of shares of common stock equal to **$18,000,000 divided by $186.00** (the volume weighted average price for the ten trading days ending on March 31, 2022), with an additional deferral of common stock equal to **$2,000,000 divided by $186.00** to be issued subject to satisfaction of certain claims and warranties."[2]

From the 10-Q Q2 2022 (reporting in pre-split terms):

> "At closing, we issued to PAL's shareholders an aggregate of **9,677,419 shares** of our common stock, representing a number of shares of common stock equal to **$18,000,000 divided by $1.86** (the volume weighted average price for the ten trading days ending on March 31, 2022) with an additional deferral of common stock equal to **$2,000,000 divided by $1.86** to be issued subject to satisfaction of certain claims and warranties."[4]

**Explanation of citation linkage:** The 10-K FY2023 reports the Plasma App acquisition in post-split terms: 96,774 closing shares + 10,753 deferred shares. Multiplied by 100, this yields 10,752,700 pre-split shares — matching Schedule A row C-1 exactly. The Q2 2022 10-Q confirms the same transaction in pre-split terms: 9,677,419 closing shares at $1.86 VWAP, plus 1,075,268 deferred shares ($2,000,000 ÷ $1.86, with rounding). The two filings are internally consistent; the 10-K FY2023 is the more recent and authoritative source.[4][2]

## Event C-2 — Optodot Acquisition (June 22, 2022: Day 56 of 161 in Schedule B)

**Source: Meta Materials Inc., Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Note 3 — Acquisitions (Optodot acquisition); summarized in Form 10-K for the year ended December 31, 2023 (Acc. No. 0000950170-24-038010), Item 1 — Business Combinations.**[3][2]

> "On June 22, 2022, we completed an asset purchase agreement with Optodot Corporation ("Optodot"), a developer of advanced materials technologies, to acquire certain assets related to patents and intellectual property for the battery and other industries."[5]

> "The fair value of the unrestricted common stock issued or to be issued was determined by multiplying **22,348,190 shares, calculated as per the purchase agreement, by the closing share price on June 22, 2022 of $1.87**. We have issued 22,305,221 shares on the closing date of June 22, 2022 and 42,969 shares are yet to be issued."[5]

**Explanation of citation linkage:** The Q2 2022 10-Q, Note 3, footnote (1) to the purchase price allocation table, states the exact figure — 22,348,190 shares at $1.87 — in the filing's own words. This matches Schedule A row C-2. The 10-K FY2023 reports the same transaction in post-split terms as 223,482 shares (× 100 = 22,348,200, with rounding). No reconstruction or interpretation is required.[5][2]

## Events C-1 + C-2 + C-3 — Share Count Cross-Check (Q2 2022 Equity Roll-Forward)

**Source: Meta Materials Inc., Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Condensed Consolidated Interim Statements of Changes in Stockholders' Equity.**[5]

> Balance, January 1, 2022: **284,573,316** shares
> "Issuance of stock in connection with acquisitions — **36,443,684**"
> "Issuance of common stock and warrants — **37,037,039**"
> Balance, June 30, 2022: **360,810,016** shares[5]

**Explanation of citation linkage:** The equity table's "issuance of stock in connection with acquisitions" line (36,443,684 shares) equals the Plasma App closing shares (9,677,419) plus the Optodot unrestricted shares issued at closing (22,305,221) plus the Optodot restricted shares (4,461,044). The "issuance of common stock and warrants" line (37,037,039) matches Schedule A row C-3 (the $50M RDO). These three lines fully account for the January-to-June 2022 share increase, confirming Events C-1, C-2, and C-3.[5]

## Event E-2 — $25M Underwritten Public Offering / CMPO (April 14, 2023: Day 117 of 161 in Schedule B)

**Source: Meta Materials Inc., Press Release dated April 13, 2023 ("Meta Materials Announces Pricing of $25 Million Underwritten Public Offering"), cross-referenced with S-3 Registration Statement No. 333-268282 and 10-K FY2023 (Acc. No. 0000950170-24-038010).**[6][2]

> "Meta Materials Inc. ... today announced that it has priced an underwritten public offering of **83,333,334 shares** of its common stock and warrants to purchase up to an aggregate of **83,333,334 shares** of common stock at a combined public offering price of **$0.30 per share** and accompanying warrant."[6]

> "All of the securities are to be sold by META. **The gross proceeds of the offering are expected to be approximately $25 million** before deducting the underwriting discount and estimated offering expenses payable by META, assuming no exercise of the underwriters' overallotment option."[6]

> "META has granted the underwriters a 30-day overallotment option to purchase up to an additional **12,500,000 shares** of its common stock and/or warrants to purchase up to an additional 12,500,000 shares of common stock at the public offering price, less the underwriting discount. Each warrant is exercisable immediately at an exercise price of **$0.375 per share** and will expire five years following the date of issuance."[6]

**Explanation of citation linkage:** The press release states 83,333,334 shares at $0.30 for $25M gross — matching Schedule A row E-2 exactly. The 10-K FY2023 reports the same transaction in post-split terms as 833,334 shares with net proceeds of approximately $22.1M (after underwriting discount). Multiplying the post-split share count by 100 confirms the pre-split figure. The S-3 registration statement (File No. 333-268282) is the shelf under which these shares were offered.[2][6]

## Schedule A Footnotes

[SB] Denotes that corresponding trading dates are included in Schedule B (161 specific trading dates representing 12.8% of the 1,255 trading days in the five-year repose period). The Schedule B document request window for each issuance event is identified in the "Sched. B" column; for each such day the Trustee requests order-by-order trading data and related records as specified in Schedule B.[1]

1. The 10-Q Q1 2021 aggregate of 16,725,797 shares supersedes individual press release tallies. Individual conversions are documented in 8-Ks filed Jan 22, 2021 (Acc. No. 0001199835-21-000019) and Feb 10, 2021 (Acc. No. 0001199835-21-000050), covering Straz Foundation senior secured debt, subordinated noteholder debt, and McCabe Petroleum secured convertible notes. Total debt converted: $17,183,624 fair value per 10-Q.[1]

2. MMTLP preferred shares — NOT common stock, NOT subject to either reverse split. 1:1 ratio to common shares outstanding at June 24, 2021 record date. 10-Q Q1 2021 cover page confirms 145,563,667 common shares.[1]

3. Contractual price: $186.00 post-split ($1.86 pre-split) based on 10-day VWAP. ASC 805 fair value: $158.00 post-split ($1.58 pre-split) per 10-Q Q2 2022. Both figures appear in SEC filings; contractual price used for share count calculation.[4][2]

4. 10-Q Q2 2022 specifically states 22,348,190 shares at $1.87 closing price on June 22, 2022.[5]

5. Also issued 37,037,039 warrants at $1.75 strike (pre-split). 25,920,000 of these repriced to $0.095 in December 2023 (see Event F-3).[1]

6. Independently verified to approximate share count from SEC filings. 17,574,000 is consistent with Q1 2023 cash flow ($10,477,069 proceeds ÷ ~$0.60 avg = ~17.5M shares) and share count delta (21,497,022 minus ~3.9M options/RSUs). Full ATM disclosure in 10-K FY2023 MD&A.[2]

7. Also issued 83,333,334 warrants at $0.375 strike (pre-split). Down-round provision triggered by Dec 2023 RDO pricing (see Event F-4).[6]

8. Also issued 75,000,000 warrants at $0.095 strike (pre-split). This offering occurred before the January 29, 2024 reverse split — no split adjustment needed.[1]

9. Warrant repricing only — no new shares. 25,920,000 of original 37,037,039 Jun 2022 warrants repriced: strike $1.75 → $0.095 (95% reduction).[1]

10. Anti-dilution trigger only — no new shares. 83,333,334 CMPO warrants: strike $0.375 → ~$0.08 (estimated full-ratchet; 79% reduction). Triggered by the $0.08/share December 2023 RDO pricing.[1]

11. Post-split: 850,000 shares (600,000 common + 250,000 pre-funded warrants at $0.001). Pre-split equivalent: 85,000,000. Also issued 85,000,000 warrants at $0.0391 strike (pre-split).[1]

12. Warrant repricing only — no new shares. 324,075 post-split (32,407,500 pre-split) warrants from Dec 2023 offering: strike $0.095 → Nasdaq minimum price, effective June 6, 2024 per 8-K, Jun 24, 2024.[1]

## SCHEDULE B: 161 SPECIFIC TRADING DATES

**In re Meta Materials Inc., Case No. 24-50792-gs (Bankr. D. Nev.)**
**Supplemental Brief in Opposition to Motions to Quash Rule 2004 Examination**
**February 2026**

The 161 trading dates below represent **12.8% of the approximately 1,255 trading days** in the five-year repose period preceding the bankruptcy filing (August 9, 2024). Each date falls on a day when the applicable exchange (Nasdaq or OTC Markets) was open for regular trading.[1]

For each date, the Trustee requests order-by-order trading data including counterparty identities, short-sale marking, locate information, failures-to-deliver detail, and market maker activity for **MMAT**, **TRCH**, and/or **MMTLP** as applicable.

## Schedule B Summary

| Window | Period | Days | Schedule A Events |
|---|---|---|---|
| A | Jan–Jun 2021 | 17 | A-1, A-3, A-4 |
| B | Jul–Oct 2021 | 15 | A-5, B-1 through B-3 |
| C | Dec 2021–Aug 2022 | 39 | C-1, C-2, C-3 |
| D | Nov 2022–Jan 2023 | 30 | D-1, D-2 |
| E | Feb–Jun 2023 | 26 | E-1, E-2 |
| F | Sep–Dec 2023 | 21 | F-1, F-2, F-3, F-4 |
| G | Feb–Mar 2024 | 13 | G-1, G-3 |
| **Total** | | **161** | **~12.8% of 1,255 trading days in the five-year repose period** |

## Window A: January – June 2021 (17 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- TRCH debt conversions: 10-Q Q1 2021; 8-K, Jan 22, 2021; 8-K, Feb 10, 2021
- MMTLP preferred dividend: 8-K, Jun 25, 2021; DEF 14A, Jun 10, 2021

| Day | Date | Ticker |
|---|---|---|
| 1 | February 12, 2021 | TRCH |
| 2 | February 16, 2021 | TRCH |
| 3 | February 18, 2021 | TRCH |
| 4 | March 29, 2021 | TRCH |
| 5 | March 30, 2021 | TRCH |
| 6 | March 31, 2021 | TRCH |
| 7 | April 1, 2021 | TRCH |
| 8 | April 5, 2021 | TRCH |
| 9 | May 14, 2021 | TRCH |
| 10 | May 17, 2021 | TRCH |
| 11 | June 8, 2021 | TRCH |
| 12 | June 9, 2021 | TRCH |
| 13 | June 10, 2021 | TRCH |
| 14 | June 11, 2021 | TRCH |
| 15 | June 23, 2021 | TRCH |
| 16 | June 24, 2021 | TRCH |
| 17 | June 25, 2021 | TRCH/MMTLP |

## Window B: July – October 2021 (15 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Post-merger share structure: 10-Q Q2 2021; 10-Q Q3 2021
- FY 2021 10-K (ATM via Roth Capital): 10-K FY2021

| Day | Date | Ticker |
|---|---|---|
| 18 | July 1, 2021 | MMAT |
| 19 | July 2, 2021 | MMAT |
| 20 | July 12, 2021 | MMAT |
| 21 | August 9, 2021 | MMAT |
| 22 | August 16, 2021 | MMAT |
| 23 | September 1, 2021 | MMAT |
| 24 | September 8, 2021 | MMAT |
| 25 | September 21, 2021 | MMAT |
| 26 | September 30, 2021 | MMAT |
| 27 | October 7, 2021 | MMTLP |
| 28 | October 8, 2021 | MMTLP |
| 29 | October 11, 2021 | MMTLP |
| 30 | October 15, 2021 | MMTLP |
| 31 | October 19, 2021 | MMTLP |
| 32 | October 21, 2021 | MMTLP |

## Window C: December 2021 – August 2022 (39 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Plasma App: 10-K FY2023; 10-K FY2022
- Optodot: 10-Q Q2 2022, Acc. No. 0000950170-22-016019
- $50M RDO: FWP, Jun 25, 2022; 10-Q Q2 2023

| Day | Date | Ticker |
|---|---|---|
| 33 | December 31, 2021 | MMAT |
| 34 | January 5, 2022 | MMAT |
| 35 | January 10, 2022 | MMAT |
| 36 | January 18, 2022 | MMAT |
| 37 | February 2, 2022 | MMAT |
| 38 | February 10, 2022 | MMAT |

| | | |
|---|---|---|
| 39 | February 18, 2022 | MMAT |
| 40 | March 3, 2022 | MMAT |
| 41 | March 11, 2022 | MMAT |
| 42 | March 18, 2022 | MMAT |
| **43** | **April 1, 2022** | **MMAT** |
| 44 | April 4, 2022 | MMAT |
| 45 | April 5, 2022 | MMAT |
| 46 | April 6, 2022 | MMAT |
| 47 | April 7, 2022 | MMAT |
| 48 | April 12, 2022 | MMAT |
| 49 | May 5, 2022 | MMAT |
| 50 | May 13, 2022 | MMAT |
| 51 | June 1, 2022 | MMAT |
| 52 | June 9, 2022 | MMAT |
| 53 | June 16, 2022 | MMAT |
| 54 | June 17, 2022 | MMAT |
| 55 | June 21, 2022 | MMAT |
| **56** | **June 22, 2022** | **MMAT** |
| 57 | June 23, 2022 | MMAT |
| 58 | June 24, 2022 | MMAT |
| 59 | June 27, 2022 | MMAT |
| 60 | June 28, 2022 | MMAT |
| 61 | June 29, 2022 | MMAT |
| 62 | June 30, 2022 | MMAT |
| 63 | July 1, 2022 | MMAT |
| 64 | July 11, 2022 | MMAT |
| 65 | July 18, 2022 | MMAT |
| 66 | August 2, 2022 | MMAT |
| 67 | August 3, 2022 | MMAT |
| 68 | August 10, 2022 | MMAT |
| 69 | August 11, 2022 | MMAT |
| 70 | August 18, 2022 | MMAT |
| 71 | August 19, 2022 | MMAT |

## Window D: November 2022 – January 2023 (30 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Share structure: 10-Q Q3 2022, Acc. No. 0000950170-22-023821 (Sept 30, 2022: 360,810,014 shares)

**MMTLP Halt References (non-EDGAR):**

- FINRA FAQ: MMTLP Corporate Action and Trading Halt
- FINRA Supplemental FAQ

| Day | Date | Ticker |
|---|---|---|
| 72 | November 1, 2022 | MMAT |
| 73 | November 2, 2022 | MMAT |
| 74 | November 3, 2022 | MMAT |
| 75 | November 4, 2022 | MMAT |
| 76 | November 7, 2022 | MMAT |
| 77 | November 8, 2022 | MMAT |
| 78 | November 9, 2022 | MMAT |
| 79 | November 10, 2022 | MMAT |
| 80 | November 14, 2022 | MMAT |
| 81 | November 15, 2022 | MMAT |
| 82 | November 16, 2022 | MMAT |
| 83 | November 17, 2022 | MMAT |
| 84 | November 18, 2022 | MMAT |
| 85 | November 21, 2022 | MMTLP |
| 86 | November 22, 2022 | MMTLP |
| 87 | November 23, 2022 | MMTLP |
| 88 | November 28, 2022 | MMTLP |
| 89 | November 29, 2022 | MMTLP |
| 90 | November 30, 2022 | MMTLP |
| 91 | December 1, 2022 | MMTLP |
| 92 | December 2, 2022 | MMTLP |
| 93 | December 8, 2022 | MMTLP |
| 94 | December 9, 2022 | MMAT |
| 95 | December 12, 2022 | MMAT |
| 96 | December 13, 2022 | MMAT |
| 97 | December 14, 2022 | MMAT |

| 98 | December 15, 2022 | MMAT |
|---|---|---|
| 99 | December 16, 2022 | MMAT |
| 100 | December 19, 2022 | MMAT |
| 101 | January 3, 2023 | MMAT |

## Window E: February – June 2023 (26 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Ladenburg ATM: 10-Q Q1 2023, Acc. No. 0000950170-23-021728; 10-K FY2023
- $25M CMPO: S-3, File No. 333-268282; 10-Q Q2 2023, Acc. No. 0000950170-23-037127

| Day | Date | Ticker |
|---|---|---|
| 102 | February 1, 2023 | MMAT |
| 103 | February 7, 2023 | MMAT |
| 104 | February 13, 2023 | MMAT |
| 105 | February 17, 2023 | MMAT |
| 106 | February 24, 2023 | MMAT |
| 107 | March 3, 2023 | MMAT |
| 108 | March 9, 2023 | MMAT |
| 109 | March 15, 2023 | MMAT |
| 110 | March 21, 2023 | MMAT |
| 111 | April 3, 2023 | MMAT |
| 112 | April 6, 2023 | MMAT |
| 113 | April 10, 2023 | MMAT |
| 114 | April 11, 2023 | MMAT |
| 115 | April 12, 2023 | MMAT |
| 116 | April 13, 2023 | MMAT |
| **117** | **April 14, 2023** | **MMAT** |
| 118 | April 17, 2023 | MMAT |
| 119 | April 18, 2023 | MMAT |
| 120 | April 19, 2023 | MMAT |
| 121 | April 20, 2023 | MMAT |
| 122 | April 21, 2023 | MMAT |
| 123 | May 4, 2023 | MMAT |
| 124 | May 10, 2023 | MMAT |

| | | |
|---|---|---|
| 125 | May 16, 2023 | MMAT |
| 126 | June 1, 2023 | MMAT |
| 127 | June 7, 2023 | MMAT |

## Window F: September – December 2023 (21 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Lincoln Park ELC & Dec 2023 RDO: 10-K FY2023; 8-K, Dec 4, 2023
- CMPO down-round: 10-Q Q2 2023, Acc. No. 0000950170-23-037127

| Day | Date | Ticker |
|---|---|---|
| 128 | September 15, 2023 | MMAT |
| 129 | September 22, 2023 | MMAT |
| 130 | October 6, 2023 | MMAT |
| 131 | October 13, 2023 | MMAT |
| 132 | October 20, 2023 | MMAT |
| 133 | November 3, 2023 | MMAT |
| 134 | November 10, 2023 | MMAT |
| 135 | November 17, 2023 | MMAT |
| 136 | November 24, 2023 | MMAT |
| 137 | December 1, 2023 | MMAT |
| 138 | December 4, 2023 | MMAT |
| 139 | December 5, 2023 | MMAT |
| 140 | December 6, 2023 | MMAT |
| 141 | December 7, 2023 | MMAT |
| 142 | December 8, 2023 | MMAT |
| 143 | December 11, 2023 | MMAT |
| 144 | December 12, 2023 | MMAT |
| 145 | December 13, 2023 | MMAT |
| 146 | December 14, 2023 | MMAT |
| 147 | December 15, 2023 | MMAT |
| 148 | December 18, 2023 | MMAT |

## Window G: February – March 2024 (13 days)

**Example SEC Filing References for MMAT Treasury Shares Sold:**

- Feb 2024 RDO: 10-K FY2023; 8-K, Jun 24, 2024

| Day | Date | Ticker |
|---|---|---|
| 149 | February 14, 2024 | MMAT |
| 150 | February 15, 2024 | MMAT |
| 151 | February 16, 2024 | MMAT |
| 152 | February 20, 2024 | MMAT |
| 153 | February 21, 2024 | MMAT |
| 154 | February 22, 2024 | MMAT |
| 155 | February 23, 2024 | MMAT |
| 156 | February 26, 2024 | MMAT |
| 157 | February 27, 2024 | MMAT |
| 158 | February 28, 2024 | MMAT |
| 159 | February 29, 2024 | MMAT |
| 160 | March 1, 2024 | MMAT |
| 161 | March 4, 2024 | MMAT |