# EXHIBIT 1

# EXHIBIT 1

## KENNETH L. RICE JR., MBA, JD, LLM
781-929-2639 (mobile)
ricekljr@aol.com

**KEY QUALITIES AND SKILLS:**
- Over 40 years of experience as a *public* and private company CEO, CFO, in-house counsel, operations and corporate development executive on an international scale in high tech and life science companies with revenues from $5M to $500M;
- Raised over $500 million in public and private debt and equity capital;
- Strong experience in corporate partnering, M&A and strategic planning;
- Led global manufacturing and distribution, HR, IT, finance, engineering, sales and marketing organizations;
- MBA, JD and LLM in taxation, specialized in international tax;
- Strong relationships in Wall Street with both buy-side and sell-side organizations.

**EXPERIENCE:**

*September 2025 to Present        Launie and Marino, P.A.                            Westwood, MA*

*Launie and Marino is a law firm focused on providing legal and counseling services in criminal law, family law, business and commercial law and other gener legal matter.*

**Of Counsel**

Focus on complex divorce and asset division matters, corporate law, taxation and estate planning matters.

*July 2023 to August 2025          Snap2 Cabinets, Inc.                              Franklin, MA*

*Snap2 is a start-up manufacturer of high quality, Ready-to-Assemble cabinetry that requires no tools for assembly and can be offered at 15-20% lower than semi-custom and custom cabinets. Snap2 is winding down due to svere capital constraints brought on by the tariff situation.*

**Founder, Chairman and CEO**

**Key Accomplishments**

- Founded the company in 2023
- Assembled a skilled team and Board of Directors
- Acquired and fitted out a 25,000 sq ft manufacturing facility with capacity for over $149M in annual revenues at retail running on a single shift
- Built a US rep network covering 70% of the country since January 2024
- Initiated a supply relationship with 1 of the two largest DIY building supply companies in the US

*December 2020 to April 2023   Meta Materials, Inc.(NASDAQ: MMAT) Halifax, NS Canada*

*Meta Materials is a publicly traded specialty materials company focused on altering the behavior of electricity, radio waves and light to provide benefits not available in nature.*

**Retired as COO & CFO in April 2024**

**Key Accomplishments**

- Negotiated and closed a reverse merge with a US company leading to a NASDAQ listing
- Raised over $220M in equity for the company
- Led the acquisition of 4 companies that provided 4 new technology platforms to Meta
- Built a high-quality F&A team

*August 2019 to October 2020       Paramount Financial Technologies, Inc.     Quincy, MA*

*PFT was a start-up fintech company focused on the credit union and banking industry.*

**Executive Vice President, CFO & General Counsel**

**Key Accomplishments**

Led the company's efforts to obtain near-term financing in the midst of the Covid-19 pandemic raising over $100,000 from the SBA;
Assisted in the development and initial launch of new bank and credit union products and tools for the Post-Covid economy;
Prepared and began circulation of a comprehensive Private Placement Memorandum for the company in support a planned 4Q2020 capital raise.

*August 2015 to March 2019            LikeMinds, Inc.        Boston, MA*

*LikeMinds is a privately held drug development company focused on developing brain imaging diagnostics for CNS diseases*

**President & COO**

**Key Accomplishments**

- Raised $5 million in new capital for the company
- Negotiated a clinical trial plan for the product with the US FDA
- Recruited and hired a Chief Science and Medical Officer for the company

*October 2014 to August 2015            BioAxone BioSciences, Inc.     Cambridge, MA*

*BioAxone is a privately held drug development company focused on developing drugs for treatment of spinal cord injury and other neurotrauma*

**Executive VP, COO & CFO (project role)**

**Key Accomplishments**

- Negotiated and closed a strategic partnership for the Company's lead drug with Vertex Pharmaceuticals resulting in $10M in up-front payments, up to $90M in near-term milestones and a lucrative buy-out option for Vertex
- Drafted and negotiated a proposal for a comprehensive license agreement with NIH for new technology supporting the company's existing grants
- Negotiated and closed a lab/office lease for 7,200 square feet of highly functional space at 60% of market price

*July 2005 to December 2014*     *Alseres Pharmaceuticals, Inc.*          *Auburndale, MA*

*Alseres is a drug development company focused on diagnostics and therapeutics for central nervous system disorders. Alseres spun-out LikeMinds in 2015 transferring all operations to that company.*

**Executive VP, Finance and Administration, CFO & In-house Counsel**

**Key Accomplishments**

- Raised $30 million in multiple tranches of new equity on favorable terms;
- Closed a $35 million convertible debt financing for the company on attractive terms;
- Raised $7 million in unsecured debt;
- Presented the company at over 50 financial and partnering conferences;
- Rebuilt the Finance and Administration function including Sarbanes compliance effort;
- Began the implementation of a growth by acquisition strategy for the company;
- Vetted over 30 potential acquisition candidates culminating in the in-license of a Phase II clinical program in spinal cord injury;
- Finalized the implementation of a comprehensive "Exit" strategy for the company.

**EDUCATION:**
BSBA Cum Laude          Babson College
MBA                     Babson College
Juris Doctor Cum Laude  Suffolk University Law School
LLM Taxation            Boston University Law School