NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Sohee Park Bulka**
**7811 Inception Way**
**San Diego CA 92108**

Telephone Number: **858-220-9137**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

FEB 26 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

DLS

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: ***-***41-11

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Sohee Park Bulka / Webull Financial LLC 44 Wall Street, 2nd Floor, New York, NY 10005**

**Telephone Number:** **1-888-828-0618**

3. **Date Equity Interest was acquired:**

**Between July 2022 – Aug 2024**
**See attached transaction history.**

4. **Total amount of member interest:** 1500

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.

■ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sohee Park Bulka
Title: ____________
Company:__ Address and telephone number (if different from notice address above):

(Signature) **2/24/2026** (Date)

Telephone number: 858-220-9137 email: So22park@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

Print Form Save Form Clear Form


2:58
Individual Margin
Try Premium
Assets
P&L
Orders (0)
Transfers
History
Net Account Value
Detail
$51.40
Day's P&L 0.00 0.00%
Open P&L
Market Value
0.15
Cash Balance
51.25
Day-Trade BP
0.00
Overnight BP
0.00
Options BP
0.00
Day Trades Left
3,3,3,3,3
Risk Level
Safe
Deposit
Transfer
Recurring
My Positions (1)
Trade
Symbol
Mkt Value/Qty
Open P&L
Last/Avg Price
MMATQ
Meta Materials Inc
0.15
1,500
0.0001
$6.98
Watchlists
Markets
Feeds
Menu

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

*July 1, 2022 - July 31, 2022*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $0.00 | $226.60 |
| NET ACCOUNT BALANCE | 0.00 | 226.60 |
| Securities | 0.00 | 2,250.00 |
| TOTAL PRICED PORTFOLIO | 0.00 | 2,250.00 |
| **Total Equity Holdings** | **$0.00** | **$2,476.60** |

## PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*July 1, 2022 - July 31, 2022*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 2,500 | $0.90 | $2,250.00 | | N/A | | 90.850% |
| **Total Equities** | | | | | **$2,250.00** | | | | **90.850%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$226.60** | | | | **9.150%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,476.60** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/26/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | $0.9135 | $913.50 | |
| BOUGHT | 07/27/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,500 | 0.9066 | 1,359.90 | |
| **Total Buy / Sell Transactions** | | | | | | **$2,273.40** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/22/22 | M | ACH DEPOSIT SEN(20220722310584) | | | | $2,500.00 |
| **Total Funds Paid And Received** | | | | | | | **$2,500.00** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*March 1, 2023 - March 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $47.20 | $11.31 |
| NET ACCOUNT BALANCE | 47.20 | 11.31 |
| Securities | 1,600.00 | 1,222.80 |
| TOTAL PRICED PORTFOLIO | 1,600.00 | 1,222.80 |
| **Total Equity Holdings** | **$1,647.20** | **$1,234.11** |

## PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*March 1, 2023 - March 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | 0 | 3,000 | $0.408 | $1,222.80 | $1,600.00 | -24% | | 99.084% |
| **Total Equities** | | | | | **$1,222.80** | | | | **99.084%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$11.31** | | | | **0.916%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,234.11** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/09/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $0.5778 | $57.78 | |
| BOUGHT | 03/09/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | 0.5778 | 231.12 | |
| **Total Buy / Sell Transactions** | | | | | | **$288.90** | |

INDIVIDUAL ACCOUNT

*March 1, 2023 - March 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 03/14/23 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Feb2023 REBATE Security Number: 8S87337 | | | | $3.01 |
| **Total Dividends And Interest** | | | | | | | **$3.01** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/07/23 | M | ACH DEPOSIT SEN(20230307230185) | | | | $200.00 |
| ACH | 03/07/23 | M | ACH DEPOSIT SEN(20230307230530) | | | | 50.00 |
| **Total Funds Paid And Received** | | | | | | | **$250.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/10/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(209616752) CUSIP: 59134N104 | 500 | | | |
| JOURNAL | 03/10/23 | M | META MATLS INC COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(209616752) CUSIP: 59134N104 | -500 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L A C C O U N T

*April 1, 2023 - April 30, 2023*

PAGE 1 OF 10

ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $11.31 | $0.00 |
| NET ACCOUNT BALANCE | 11.31 | 0.00 |
| Securities | 1,222.80 | 3,684.00 |
| TOTAL PRICED PORTFOLIO | 1,222.80 | 3,684.00 |
| **Total Equity Holdings** | **$1,234.11** | **$3,684.00** |

## PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | 0 | 20,000 | $0.184 | $3,684.00 | $1,222.80 | 201% | | 100.000% |
| **Total Equities** | | | | | **$3,684.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,684.00** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/18/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | $0.2198 | $87.92 | |
| BOUGHT | 04/18/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 0.2221 | 111.05 | |
| BOUGHT | 04/18/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4,000 | 0.2243 | 897.20 | |
| BOUGHT | 04/18/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4,000 | 0.2248 | 899.20 | |
| BOUGHT | 04/21/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 8,100 | 0.2088 | 1,691.28 | |
| **Total Buy / Sell Transactions** | | | | | | **$3,686.65** | |

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 04/13/23 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Mar2023 REBATE<br>Security Number: 8S87337 | | | | $2.22 |
| **Total Dividends And Interest** | | | | | | | **$2.22** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/25/23 | M | ACH DISBURSEMENT<br>SEN(20230425020770) | | | $826.88 | |
| ACH | 04/14/23 | M | ACH DEPOSIT<br>SEN(20230414147284) | | | | 4,500.00 |
| **Total Funds Paid And Received** | | | | | | **$826.88** | **$4,500.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 04/19/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 2<br>FFS(215733387)<br>CUSIP: 59134N104 | 8,900 | | | |
| JOURNAL | 04/24/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 2<br>FFS(216448532)<br>CUSIP: 59134N104 | 8,100 | | | |

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/19/23 | M | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(215733387)<br>CUSIP: 59134N104 | -8,900 | | | |
| JOURNAL | 04/24/23 | M | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(216448532)<br>CUSIP: 59134N104 | -8,100 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CSH | 04/13/23 | C | XFER CASH TO MARGIN | | | $2.22 | |
| CSH | 04/13/23 | M | XFER MARGIN TO CASH | | | | 2.22 |
| **Total Miscellaneous Transactions** | | | | | | **$2.22** | **$2.22** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*December 1, 2023 - December 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $159.31 | $131.71 |
| NET ACCOUNT BALANCE | 159.31 | 131.71 |
| Securities | 1,886.00 | 1,980.00 |
| TOTAL PRICED PORTFOLIO | 1,886.00 | 1,980.00 |
| **Total Equity Holdings** | **$2,045.31** | **$2,111.71** |

## PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

INDIVIDUAL ACCOUNT

*December 1, 2023 - December 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | O | 30,000 | $0.066 | $1,980.00 | $1,886.00 | 5% | | 93.763% |
| **Total Equities** | | | | | **$1,980.00** | | | | **93.763%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$131.71** | | | | **6.237%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,111.71** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/19/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10,000 | $0.0735 | $735.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$735.00** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 12/12/23 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Nov2023 REBATE Security Number: 8S87337 | | | | $7.40 |
| **Total Dividends And Interest** | | | | | | | **$7.40** |

I N D I V I D U A L   A C C O U N T

*December 1, 2023 - December 31, 2023*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 12/15/23 | M | ACH DEPOSIT SEN(20231215323339) | | | | $700.00 |
| **Total Funds Paid And Received** | | | | | | | **$700.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 12/20/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(251806310) CUSIP: 59134N104 | 10,000 | | | |
| JOURNAL | 12/20/23 | M | META MATLS INC COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(251806310) CUSIP: 59134N104 | -10,000 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CSH | 12/12/23 | C | XFER CASH TO MARGIN | | | $7.40 | |
| CSH | 12/12/23 | M | XFER MARGIN TO CASH | | | | 7.40 |
| **Total Miscellaneous Transactions** | | | | | | **$7.40** | **$7.40** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

*January 1, 2024 - January 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $131.71 | $142.23 |
| NET ACCOUNT BALANCE | 131.71 | 142.23 |
| Securities | 1,980.00 | 1,146.00 |
| TOTAL PRICED PORTFOLIO | 1,980.00 | 1,146.00 |
| **Total Equity Holdings** | **$2,111.71** | **$1,288.23** |

## ▶ PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*January 1, 2024 - January 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMAT | 0 | 300 | $3.82 | $1,146.00 | | N/A | | 88.959% |
| **Total Equities** | | | | | **$1,146.00** | | | | **88.959%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$142.23** | | | | **11.041%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,288.23** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 01/11/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Dec2023 REBATE Security Number: 8S87337 | | | | $10.52 |
| **Total Dividends And Interest** | | | | | | | **$10.52** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CSH | 01/11/24 | C | XFER CASH TO MARGIN | | | $10.52 | |
| CSH | 01/11/24 | M | XFER MARGIN TO CASH | | | | 10.52 |

*January 1, 2024 - January 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 01/26/24 | O | META MATLS INC<br>COM NEW<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N302 | 300 | | | |
| REV SPLIT | 01/26/24 | O | META MATLS INC<br>COMMON STOCK<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>CUSIP: 59134N104 | -30,000 | | | |
| **Total Miscellaneous Transactions** | | | | | | **$10.52** | **$10.52** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*February 1, 2024 - February 29, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $142.23 | $0.00 |
| NET ACCOUNT BALANCE | 142.23 | 0.00 |
| Securities | 1,146.00 | 2,079.00 |
| TOTAL PRICED PORTFOLIO | 1,146.00 | 2,079.00 |
| **Total Equity Holdings** | **$1,288.23** | **$2,079.00** |

## PORTFOLIO EQUITY ALLOCATION



Equities
100.000%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*February 1, 2024 - February 29, 2024*



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMAT | O | 700 | $2.97 | $2,079.00 | $1,146.00 | 81% | | 100.000% |
| **Total Equities** | | | | | **$2,079.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,079.00** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/16/24 | M | META MATERIALS INC COMMON STOCK CUSIP: 59134N302 | 400 | $3.7399 | $1,495.96 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,495.96** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 02/13/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Jan2024 REBATE Security Number: 8S87337 | | | | $6.00 |
| **Total Dividends And Interest** | | | | | | | **$6.00** |

*February 1, 2024 - February 29, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/26/24 | M | ACH DISBURSEMENT SEN(20240224124780) | | | $152.27 | |
| ACH | 02/14/24 | M | ACH DEPOSIT SEN(20240214295545) | | | | 1,500.00 |
| **Total Funds Paid And Received** | | | | | | **$152.27** | **$1,500.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 02/20/24 | O | META MATERIALS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(260495285) CUSIP: 59134N302 | 400 | | | |
| JOURNAL | 02/20/24 | M | META MATERIALS INC COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(260495285) CUSIP: 59134N302 | -400 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CSH | 02/13/24 | C | XFER CASH TO MARGIN | | | $6.00 | |
| CSH | 02/13/24 | M | XFER MARGIN TO CASH | | | | 6.00 |
| **Total Miscellaneous Transactions** | | | | | | **$6.00** | **$6.00** |

*March 1, 2024 - March 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

## ▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** (continued) | | | | | | | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/21/24 | M | ACH DISBURSEMENT SEN(20240321008349) | | | $1,514.93 | |
| ACH | 03/08/24 | M | ACH DEPOSIT SEN(20240308333304) | | | | 3,000.00 |
| ACH | 03/11/24 | M | ACH DEPOSIT SEN(20240311268427) | | | | 500.00 |
| **Total Funds Paid And Received** | | | | | | **$1,514.93** | **$3,500.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/13/24 | O | META MATERIALS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(264010028) CUSIP: 59134N302 | 700 | | | |
| JOURNAL | 03/14/24 | O | META MATERIALS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(264190650) CUSIP: 59134N302 | 100 | | | |
| JOURNAL | 03/13/24 | M | META MATERIALS INC COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(264010028) CUSIP: 59134N302 | -700 | | | |

*March 1, 2024 - March 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 03/14/24 | M | META MATERIALS INC<br>COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(264190650)<br>CUSIP: 59134N302 | -100 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CSH | 03/12/24 | C | XFER CASH TO MARGIN | | | $0.58 | |
| CSH | 03/12/24 | M | XFER MARGIN TO CASH | | | | 0.58 |
| **Total Miscellaneous Transactions** | | | | | | **$0.58** | **$0.58** |

I N D I V I D U A L   A C C O U N T

*March 1, 2024 - March 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMAT | 0 | 1,500 | $3.07 | $4,605.00 | $2,079.00 | 122% | | 100.000% |
| **Total Equities** | | | | | **$4,605.00** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,605.00** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/12/24 | M | META MATERIALS INC COMMON STOCK CUSIP: 59134N302 | 700 | $2.499516 | $1,749.66 | |
| BOUGHT | 03/13/24 | M | META MATERIALS INC COMMON STOCK CUSIP: 59134N302 | 100 | 2.3599 | 235.99 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,985.65** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 03/12/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Feb2024 REBATE Security Number: 8S87337 | | | | $0.58 |
| **Total Dividends And Interest** | | | | | | | **$0.58** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*March 1, 2024 - March 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| NET ACCOUNT BALANCE | $0.00 | $0.00 |
| Securities | 2,079.00 | 4,605.00 |
| TOTAL PRICED PORTFOLIO | 2,079.00 | 4,605.00 |
| **Total Equity Holdings** | **$2,079.00** | **$4,605.00** |

## ▶ PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L A C C O U N T

*August 1, 2024 - August 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**

**SOHEE PARK BULKA**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

SOHEE PARK BULKA
7811 INCEPTION WAY
SAN DIEGO CA 92108-5122

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $70.00 | $20.86 |
| NET ACCOUNT BALANCE | 70.00 | 20.86 |
| Securities | 3,480.00 | 675.00 |
| TOTAL PRICED PORTFOLIO | 3,480.00 | 675.00 |
| **Total Equity Holdings** | **$3,550.00** | **$695.86** |

## ▶ PORTFOLIO EQUITY ALLOCATION




ACCOUNT CARRIED BY:
APEX CLEARING CORPORATION
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

I N D I V I D U A L   A C C O U N T

*August 1, 2024 - August 31, 2024*



ACCOUNT NUMBER **5IA-31141-11 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**SOHEE PARK BULKA**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMATQ | 0 | 1,500 | $0.45 | $675.00 | $3,480.00 | -81% | | 97.002% |
| **Total Equities** | | | | | **$675.00** | | | | **97.002%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$20.86** | | | | **2.998%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$695.86** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 08/13/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 July2024 REBATE Security Number: 8S87337 | | | | $20.86 |
| **Total Dividends And Interest** | | | | | | | **$20.86** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 08/09/24 | M | ACH DISBURSEMENT SEN(20240809314397) | | | $70.00 | |
| **Total Funds Paid And Received** | | | | | | **$70.00** | |