NVB 2002 (Rev. 12/15)

To complete form, check "Highlight fields"

Scott Traudt
191 Kibling Hill Rd.
Strafford, VT 05072

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

email: sctsraudt@gmail.com
phone: 802-318-0

RECEIVED AND FILED
MAR 02 2026
DLS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re  META MATERIALS INC.  )   Case No:  24-50792-GS
                            )
                            )   Chapter 7
                            )
                            )
                            )   **REQUEST FOR SPECIAL**
                            )   **NOTICE**
                  Debtor(s) )

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

Scott Traudt
191 Kibling Hill Rd.
Strafford VT 05072

Date: 2/23/2026

Signature: Scott Traudt

Print Form     Save Form     Reset Form