NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**
Case Number: **24-50792**

**1** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the Interest holder)

**RYAN FORTIER**
**41 INDIAN LEDGE DRIVE**
**04083 SPRINGVALE ME**

Telephone Number: **207-608 0816**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

RECEIVED AND FILED
MAR 0 6 2026
U S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **WEBULL - 5NE22037**

Check here if this claim
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest
**WEBULL FINANCIAL LLC** 1 888-828-0618
Telephone Number **44 WALL ST 2ND FLOOR NEW YORK NY 10005**

**3** Date Equity Interest was acquired
**2/11/2021 → 7/29/2024 MMAT**
**MMTLP SHARE were distributed to MMAT HOLDERS**

**4** Total amount of member interest **MMAT- 682 AFTER Split MMTLP/NBH - 100**

**5** Certificate number(s) _____

**6** Type of Equity Interest
Please indicate the type of Equity Interest you hold
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☒ Check this box if your Equity Interest is based on anything else and describe that interest
Description: **SHAREHOLDER**

**Documents ATTACHED**

**7** Supporting Documents Attach copies of supporting documents such as stock certificates option agreements warrants etc DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8** Date-Stamped Copy To receive an acknowledgement of the filing of your Proof of Interest enclose a stamped self addressed envelope and copy of this Proof of Interest

**9** Signature
Check the appropriate box
☒ I am the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney if any)
☐ I am the trustee or the debtor or their authorized agent (See Bankruptcy Rule 3004)
☐ I am a guarantor surety endorser or other codebtor (See Bankruptcy Rule 3005)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge information and reasonable belief

Print Name: **RYAN FORTIER**
Title: _____
Company __ Address and telephone number (if different from notice address above)

(Signature) *Ryan Fortier*
(Date) **2-24-2026**

Telephone number **207 608 0816** email **RyanF003@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

|  | USD |
|---|---|
| Opening Cash | 3 35 |
| Deposits | 0 00 |
| Withdrawals | 0 00 |
| Transfer | 0 00 |
| Trades (Sold) | 0 00 |
| Trades (Bought) | 0 00 |
| Fee | 0 00 |
| Tax | 0 00 |
| Commission | 0 00 |
| Dividends | 0 00 |
| Interest | 0 00 |
| Others | 0 00 |
| Closing Cash | 3 35 |
| Closing Cash (Settled) | 3 35 |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount | Callable |
|---|---|---|---|---|---|---|
| AEP | 025537101 | 0 76796 | 1 | 119 78 | 91.98 | |
| AMC | 00165C302 | 4 | 1 | 1 39 | 5.56 | |
| BMI | 05852510B | 0 09118 | 1 | 146 58 | 13.37 | |
| HMATQ | 59134N302 | 682 | 1 | 0.0001 | 0 07 | |
| MMTLPWB | US8AQ9903 | 100 | 1 | 0 0000 | 0 00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends  The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period
2. Accrued Balance  Interest is charged monthly  so this section will be the total interest incurred by the user in the statement period  rather than the portion of the interest charged  Additional detail provided in the Important information section below
3. Trades (Sold)  Cash from selling securities
4. Trades (Bought)  Cash spent on buying securities
5. Multiplier(Mult)  In an individual  lock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index  The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier  At present  the stock is 1 by default and the individual stock option is 100
6. Closing Price  Last traded price on the last trading date of the month  Note  closing prices are indicative and may be from third party sources  Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees  transaction-related fees  stamp duty  withholding tax, contract fees  commissions  or other fees or taxes
8. Webull does not charge any fees for currency  exchanges  Exchange rate is prone to be impacted by the market exchange rates  Please take exchange rates on market as reference
9. All transactions are based on a First-in  First out ("FIFO") method
10. Trade Records  Displays all GTC (Good Till-Cancelled) orders in your account  Also included in the section are GTX orders (GTC orders eligible for extended trading hours)
11. Account Types  C = Cash  M = Margin  S = Short, X = RVP/DVP  and O = Other
12. FPSL  The Apex Clearing Corporation Fully-Paid Securities Lending Program
13. Market Value of Securities Held Long  includes the market value of securities held in non-short account types (i.e  Cash account, Margin account)

**MMATQ**
Meta Materials Inc

| Action | Qty | Price | Total | Date | Time |
|---|---|---|---|---|---|
| Buy | 11 | 3.96 | 43.56 | 02/22/2021 | 05:18:21 EST |
| Sell | 10 | 3.84 | 38.40 | 02/17/2021 | 10:56:34 EST |
| Sell | 10 | 4.10 | 41.00 | 02/17/2021 | 07:22:52 EST |
| Sell | 10 | 4.47 | 44.71 | 02/16/2021 | 14:53:40 EST |
| Sell | 21 | 4.24 | 89.04 | 02/16/2021 | 09:12:44 EST |
| Buy | 11 | 3.57 | 39.27 | 02/12/2021 | 17:22:27 EST |
| Buy | 7 | 2.32 | 16.24 | 02/11/2021 | 17:42:15 EST |
| Buy | 8 | 2.29 | 18.31 | 02/11/2021 | 15:56:34 EST |
| Buy | 25 | 2.41 | 60.25 | 02/11/2021 | 13:18:30 EST |
| Buy | 25 | 2.41 | 60.25 | 02/11/2021 | 13:18:30 EST |



# MMATQ
Meta Materials Inc

| | | |
|---|---|---|
| Open P&L(USD) | | Day's P&L(USD) |
| -36,427.55 -100.00% | | 0.00 0.00% |
| Market Value | Total Cost | Average Price |
| 0.07 | 36,427.62 | 53.41 |
| Quantity | Position Ratio | Last Price |
| 682 | 0.04% | 0.0001 |

## Corporation Action Reminder

## Filled Records

| S&B/QD | Price/AvgFillPrice | Time(TTY) |
|---|---|---|
| Buy  1 | 2.38  2.38 | 07/29/2024  15:11:02 EDT |
| Buy  1 | 2.55  2.55 | 07/23/2024  15:45:06 EDT |
| Buy  18 | 2.58  46.44 | 07/23/2024  10:30:18 EDT |
| Buy  3 | 3.59  10.77 | 06/11/2024  13:24:33 EDT |

[Sell to Close]   [Buy]