_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 06, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Continued Status and Scheduling Conference<br>DATE: March 12, 2026<br>TIME: 11:00 a.m. |

### SCHEDULING ORDER

On March 6, 2026, the court held a status and scheduling conference in related adversary proceeding no. 26-05007-gs, *Financial Industry Regulatory Authority, Inc. v. Lovato.* No appearances were made. Accordingly,

IT IS HEREBY ORDERED that the letter pleading filed at Adv. ECF No. 2 in *Financial Industry Regulatory Authority, Inc. v. Lovato,* adversary proceeding no. 26-05007-gs, is accepted as the motion to quash filed by the Financial Industry Regulatory Authority, Inc. (FINRA Motion to Quash) and the Clerk of Court is requested and directed to cause the FINRA Motion to Quash to be filed in the above-captioned main bankruptcy case.

IT IS FURTHER ORDERED that the Clerk of Court is requested and directed to cause the following pleadings from adversary proceeding no. 26-05007-gs to also be filed in the above-captioned main bankruptcy case:

1

- Adv. ECF No. 13, *Corrected/Amended Brief of Amicus Curiae Jeffrey Stephen Pittman in Support of Denying Nonparty Financial Industry Regulatory Authority, Inc.'s Motion to Quash Subpoenas or, in the Alternative, for a Protective Order*;

- Adv. ECF No. 14, *Respondent Christina W. Lovato, Trustee's Memorandum of Points and Authorities in Opposition to Non-party Financial Industry Regulatory Authority, Inc.'s Motion to Quash Subpoenas or, in the Alternative, for a Protective Order*;

- Adv. ECF No. 15, *Notice of Supplemental Evidence in Support of Respondent Christina W. Lovato, Trustee's Memorandum of Points and Authorities in Opposition to Non-party Financial Industry Regulatory Authority, Inc.'s Motion to Quash Subpoenas or, in the Alternative, for a Protective Order*; and

- Adv. ECF No. 16, *Non-party Financial Industry Regulatory Authority, Inc.'s Reply in Support of Motion to Quash Subpoenas or, in the Alternative, for a Protective Order*.

IT IS FURTHER ORDERED that all further pleadings related to the FINRA Motion to Quash must bear the main bankruptcy case caption and be filed in the main bankruptcy case.

IT IS FURTHER ORDERED that the court will hold a continued status and scheduling conference on the FINRA Motion to Quash on **March 12, 2026, at 11:00 a.m.** in a courtroom in the C. Clifton Young Federal Building and U.S. Courthouse, 300 Booth Street, Reno, Nevada before the undersigned. At the hearing the parties should be prepared to discuss their availability for a hearing on the FINRA Motion to Quash, and whether any supplemental briefing deadlines should be set.

IT IS FINALLY ORDERED that the status and scheduling conference will be conducted remotely via Zoom webinar. A Courtroom Deputy will email participants a link to the webinar at least one (1) day before the conference with the necessary information to connect for remote participation. The parties shall be responsible for ensuring that all participants have

appropriate access to Zoom. To the extent that any participant does not have access to participate in the conference through the Zoom video, participation may be telephonic.

    IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

    # # #