Jeffrey L. Hartman, Esq. (NSBN 1607)
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
notices@bankruptcyreno.com

*Counsel for Christina Lovato,*
*Chapter 7 Trustee*

David S. Norris (Authorized under Fed. R. Civ. P. 45)
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel.: (602) 528-4013 | Fax: (602) 253-8129
david.norris@squirepb.com

*Counsel for Nonparty Financial*
*Industry Regulatory Authority, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>**STIPULATION TO RESCHEDULE THE MARCH 12, 2026 CONTINUED STATUS AND SCHEDULING CONFERENCE**<br><br>Proposed Conference Date: March 17, 2026<br>Proposed Conference Time: 1:30 p.m. |
|---|---|

**STIPULATION TO RESCHEDULE THE MARCH 12, 2026**
**CONTINUED STATUS AND SCHEDULING CONFERENCE**

Nonparty Financial Industry Regulatory Authority, Inc. ("FINRA") and Christina Lovato, chapter 7 trustee for the estate of Meta Materials Inc. (the "Trustee") hereby stipulate and jointly move to reschedule the continued status and scheduling conference on FINRA's Motion to Quash from Thursday, March 12, 2026 at 11:00 a.m. until Tuesday, March 17, 2026 at 1:30 p.m. In support, FINRA and the Trustee state as follows:

1. On Friday, March 6, 2026, the Court entered a Scheduling Order setting a continued status and scheduling conference on FINRA's Motion to Quash for March 12, 2026 at 11:00 a.m. Doc. 2621.

2. Counsel for FINRA is not available at that date and time because counsel is traveling to Los Angeles, California for a previously scheduled work obligation.

3. Counsel for FINRA requested alternative dates and times from the Court for the continued status and scheduling conference, which the Court graciously provided, including March 17, 2026 at 1:30 p.m.

4. Counsel for FINRA and the Trustee are both available on March 17, 2026 at 1:30 p.m. and respectfully request that the continued status and scheduling conference be rescheduled for that date and time.

5. Good cause exists for the rescheduling so that all counsel may participate in the conference, and this stipulation and joint motion are made in good faith and not for delay or any other improper purpose.

6. FINRA and the Trustee thus hereby stipulate, jointly move, and respectfully request that the Court reschedule the continued status and scheduling conference on FINRA's Motion to Quash from Thursday, March 12, 2026 at 11:00 a.m. until Tuesday, March 17, 2026 at 1:30 p.m.

A proposed order is submitted herewith.

Dated: March 10, 2026

Respectfully submitted,

/s/ *Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq. (NSBN 1607)
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
notices@bankruptcyreno.com

*Counsel for Christina Lovato,*
*Chapter 7 Trustee*

/s/ *David S. Norris*
David S. Norris (Authorized under Fed. R. Civ. P. 45)[1]
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel.: (602) 528-4013 | Fax: (602) 253-8129
david.norris@squirepb.com

*Counsel for Nonparty Financial Industry Regulatory*
*Authority, Inc.*

---

[1] Fed. R. Civ. P. 45(f) ("[Upon transfer], if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court.").