

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 11, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Continued Status and Scheduling Conference<br>CURRENT DATE: March 12, 2026<br>CURRENT TIME:  11:00 a.m.<br><br>NEW DATE: March 17, 2026<br>NEW TIME:  1:30 p.m. |

**ORDER GRANTING STIPULATION TO RESCHEDULE THE MARCH 12, 2026 CONTINUED STATUS AND SCHEDULING CONFERENCE**

The Court, having considered the Stipulation to Reschedule the March 12, 2026 Continued Status and Scheduling Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is Granted.

IT IS FURTHER ORDERED that the court will reschedule the continued status and scheduling conference on the FINRA Motion to Quash from March 12, 2026 at 11:00 a.m. to **March 17, 2026 at 1:30 p.m.** in a courtroom in the Foley Federal Building at 300 Las Vegas Blvd. S, Las Vegas, Nevada, before the undersigned. At the hearing, the parties should be prepared to discuss their availability for a hearing on the FINRA Motion to Quash, and whether any supplemental briefing deadlines should be set.

IT IS FINALLY ORDERED that the status and scheduling conference will be conducted remotely via Zoom webinar. A Courtroom Deputy will email participants a link to the webinar at least one (1) day before the conference with the necessary information to connect for remote participation. The Trustee and FINRA shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the conference through the Zoom video, participation may be telephonic.

IT IS SO ORDERED.

*****

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

###