**1.** **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Tarek Alameddine
7550 St. Patrick Way
Apt 406
Dublin, CA 94568

Telephone Number:    626-789-9310

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED
AND FILED

MAR 12 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor:

Robinhood RHS •••••3168      Schwab ••••-3438   LPL FINANCIAL : •••••9223
                            Schwab •••-5121

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Robinhood
500 Colonial center Pkwy
Suite 100
Lake Mary, FL 32746
**Telephone Number:** 877-519-1403
212-227-0901

Schwab
3000 Schwab way
Westlake, TX 7626

LPL financial
1055 LPL way
Fort Mill, SC 29715

800-877-7210

**3.** **Date Equity Interest was acquired:**

See attached documentation

**4.** Total amount of member interest: _____
Robinhood MMAT shares transformed to mmtlp, 37,032 shares
Traded MMAT sold for loss via Robinhood . Currently own 254,628
MMTLP LPL financial, currently hold 100 shares MMAT

**5.** Certificate number(s): _____ N/A _____

**6.** **Type of Equity Interest**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____ Investor / Shareholder _____

**7.** **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Tarek Alameddine**
Title: _____
Company: __ Address and telephone number (if different from notice address above): _____
_____

_____
(Signature)

March 9, 2026
(Date)

Telephone number: 626-789-9310      email: Tarek255@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# BUY

## Order Placed on 07/27/2021 11:46:11 ET

**Account. 34C295242 ALAMEDDINE**                                                                IP#: P27

IRA FBO TAREK ALAMEDDINE
PERSHING LLC AS CUSTODIAN
417 SELKIRK DR
CORONA CA 92881

### Order Details

| | | | |
|---|---|---|---|
| Sec Description | META MATLS INC COM | | |
| Transaction | Buy | Acct Type | Cash |
| Quantity | 5,000 | Solicited | No |
| Symbol | MMAT | P/A Indicator | A |
| CUSIP | 59134N104 | | |
| Order Type | Market | | |
| Limit Price | | | |
| Stop Price | | | |
| Duration | Day | Add'l Order Data | |
| | | Discretion Exercised | No |

### Commissions and Fees

| | | | |
|---|---|---|---|
| Commission | COM 150 00 | | |
| Estm Comm | $150 00 | Estm Total Cost | $16,507 00 |
| Split IP1 | rcp % 100 | Split IP2 | % |

### Activity / Trailers / Comments

| | | | |
|---|---|---|---|
| Original Input Source | NetExchange | Entered By | P34CRPON |
| Trailers/Comments on confirm | TR-UNSOLICITED | | |
| IBD Memo | | | |
| IBD Ord Receipt | 07/27/2021 08 45 00 PDT | | |
| IBD Ord From | Doc | | |
| Desk Route 1 | | | |
| Desk Route 2 | | | |
| Notes | | | |
| Call Back # | None | | |

# BUY

## Order Placed on 07/27/2021 11:47:46 ET

**Account·  34C295234 ALAMEDDINE**                                                    **IP#  P27**

IRA FBO FARAH A ALAMEDDINE
PERSHING LLC AS CUSTODIAN
417 SELKIRK DR
CORONA CA 92881

### Order Details

| | | | |
|---|---|---|---|
| Sec  Description | META MATLS INC COM | | |
| Transaction | Buy | Acct Type | Cash |
| Quantity | 5,000 | Solicited | No |
| Symbol | MMAT | P/A Indicator | A |
| CUSIP | 59134N104 | | |
| Order Type | Market | | |
| Limit Price | | | |
| Stop Price | | | |
| Duration | Day | Add'l Order Data | |
| | | Discretion Exercised | No |

### Commissions and Fees

| | | | |
|---|---|---|---|
| Commission | COM 150 00 | | |
| Estm  Comm | $150 00 | Estm  Total Cost | $16,580 50 |
| Split IP1 | rcp %  100 | Split IP2 | % |

### Activity / Trailers / Comments

| | | | |
|---|---|---|---|
| Original Input Source | NetExchange | Entered By | P34CRPON |
| Trailers/Comments on confirm | TR-UNSOLICITED | | |
| IBD Memo | | | |
| IBD Ord  Receipt | 07/20/2021 08 45 00 PDT | | |
| IBD Ord  From | Doc | | |
| Desk Route 1 | | | |
| Desk Route 2 | | | |
| Notes | | | |
| Call Back # | None | | |

| Robinhood Markets Inc as agent for Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account   960833168 |
|---|---|---|
| 2022   1099-B*  OMB No 1545-0715 | (continued) | 02/01/2023 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 3)

Report on Form 8949  Part I with Box A checked  Basis is provided to the IRS (Line 12)
Gain or loss ( )" is NOT reported to the IRS

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC  COMMON STOCK / CUSIP 59134N104 / Symbol   (cont d) | | | | | | | |
| | 0 217 | 0 41 | 02/10/22 | 3 81 | | -3 40 | 1286 of 1297 - Sale -5 |
| | 0 180 | 0 34 | 02/10/22 | 3 52 | | -3 18 | 1287 of 1297 - Sale 25 |
| | 0 161 | 0 30 | 02/10/22 | 3 18 | | -2 88 | 1288 of 1297 - Sale 5 |
| | 0 149 | 0 28 | 02/10/22 | 2 60 | | -2 32 | 1289 of 1297 - Sale 25 |
| | 0 104 | 0 20 | 02/10/22 | 2 13 | | -1 93 | 1290 of 1297 - Sale 25 |
| | 0 108 | 0 20 | 02/10/22 | 1 90 | | -1 70 | 1291 of 1297 - Sale 25 |
| | 0 098 | 0 18 | 02/10/22 | 1 70 | | -1 52 | 1292 of 1297 - Sale 25 |
| | 0 076 | 0 14 | 02/10/22 | 1 35 | | -1 21 | 1293 of 1297 - Sale 25 |
| | 0 021 | 0 04 | 02/10/22 | 0 42 | | 0 38 | 1294 of 1297 - Sale 5 |
| | 0 020 | 0 04 | 02/10/22 | 0 42 | | -0 38 | 1295 of 1297 - Sale 25 |
| | 0 021 | 0 04 | 02/10/22 | 0 41 | | -0 37 | 1296 of 1297 - Sale 25 |
| | 0 015 | 0 03 | 02/10/22 | 0 26 | | 0 23 | 1297 of 1297 - Sale 25 |
| 02/15/22 | 15 323 574 | 28 806 85 | Various | 197,542 73 | | -168 735 88 | Total of 1297 transactions |
| | Security total | 258,570 02 | | 1,330,258 30 | 666,502.53 W | -405,185 75 | |
| MINERVA NEUROSCIENCES  INC COMMON STOCK / CUSIP  603380205 / Symbol | | | | | | | |
| | 6 transactions for 08/24/22  Total proceeds and cost reported to the IRS | | | | | | |
| | 5 000 | 38 75 | 08/24/22 | 38 25 | | 0 50 | 1 of 6 - Sale 25 |
| | 100 000 | 775 00 | 08/24/22 | 764 00 | | 11 00 | 2 of 6 - Sale 25 |
| | 295 000 | 2 286 25 | 08/24/22 | 2 256 75 | | 29 50 | 3 of 6 - Sale 25 |
| | 308.000 | 2 387 00 | 08/24/22 | 2 353 12 | | 33 88 | 4 of 6 - Sale 25 |
| | 500 000 | 3 874 99 | 08/24/22 | 3 825 00 | | 49 99 | 5 of 6 - Sale 25 |
| | 610 000 | 4,727 49 | 08/24/22 | 4 660 40 | | 67 09 | 6 of 6 - Sale -5 |
| 08/24/22 | 1,818 000 | 14 089 48 | Various | 13 897 52 | | 191 96 | Total of 6 transactions |
| | 88 transactions for 08/26/22  Total proceeds and cost reported to the IRS. | | | | | | |
| | 0 001 | 0 01 | 08/26/22 | 0 01 | | 0 00 | 1 of 88 - Sale 25 |
| | 0 046 | 0 47 | 08/26/22 | 0 47 | | 0 00 | 2 of 88 - Sale 25 |
| | 0 143 | 1 48 | 08/26/22 | 1 48 | | 0 00 | 3 of 88 - Sale 25 |
| | 0 141 | 1 51 | 08/26/22 | 1 48 | | 0 03 | 4 of 88 - Sale 25 |
| | 0 115 | 1 19 | 08/26/22 | 1 14 | | 0 05 | 5 of 88 - Sale 25 |
| | 0 155 | 1 60 | 08/26/22 | 1 52 | | 0 08 | 6 of 88 - Sale 25 |
| | 0 742 | 7 52 | 08/26/22 | 7 42 | | 0 10 | 7 of 88 - Sale 25 |
| | 0 387 | 4 00 | 08/26/22 | 3 90 | | 0 10 | 8 of 88 - Sale 25 |
| | 0 685 | 7 09 | 08/26/22 | 6 96 | | 0 13 | 9 of 88 - Sale 5 |

* This is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported  Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s)