NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials, INC

**Case Number:**
24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

[REDACTED]

Telephone Number: [REDACTED]

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED. AND FILED**

MAR 16 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):

[REDACTED]

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** The Vanguard Group, INC
100 Vanguard Boulevard
Malvern, PA 19355-2331
Telephone Number: 800-523-1036

**3. Date Equity Interest was acquired:**

06/02/2022 - 06/03/2022
See Attached Documentation

**4. Total amount of member interest:** 2,157 shares for $3,925.53

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:_____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: [REDACTED]
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____

[REDACTED]
(Signature)

[REDACTED]
(Date)

Telephone number: [REDACTED]   email: [REDACTED]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR:** ☒☒☒☒☒☒

BROKER: The Vanguard Group, INC
ACCT #: ☒☒☒☒
TRANSACTIONS [Pre-Reverse Split]

| Settlement Date/Shares Purchased | $/share | $ total invested |
|---|---|---|
| 06/02/2022 Purchased 2,150 shares | $1.8199/share | [$3,912.79 total invested] |
| 06/03/2022 Purchased 7 shares | $1.82/share | [$12.74 total invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 2,157 shares
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $3,925.53

TRANSACTIONS [Post-Reverse Split 1/100]
NO PURCHASES

**TOTAL SHARES HELD POST-REVERSE SPLIT: 22 shares**
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $3,925.53**

*See Transaction documentation attached



Traditional IRA brokerage account █████████

███████

**Client Services: 800-662-2739**

## Account overview

██████████

Total account value as of June 30, 2022

████████████████████████████████████████████

**Balances and holdings for Vanguard Brokerage Account** ▨▨▨

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Quantity | Price on 06/30/2022 | Balance on 03/31/2022 | Balance on 06/30/2022 |
|---|---|---|---|---|
| ████████████████ | | | | |

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 06/30/2022 | Balance on 03/31/2022 | Balance on 06/30/2022 |
|---|---|---|---|---|---|---|
| MMAT | META MATERIALS INC | $3,925.53 | 2,157.0000 | $1.0300 | - | $2,221.71 |

**Vanguard®**

## Traditional IRA brokerage account ███████

**Client Services:** 800-662-2739

███████

20220702 051250 RSBJM5G6 404J 000000153933825 L

## Account activity for Vanguard Brokerage Account

This section shows trades that have settled by June 30, 2022.

### Income summary

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/06 | 06/02 | MMAT | META MATERIALS INC | Buy | Cash | 2,150.0000 | 1.8199 | 0.00 | -3,912.79 |
| 06/07 | 06/03 | MMAT | META MATERIALS INC | Buy | Cash | 7.0000 | 1.8200 | 0.00 | -12.74 |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.