_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 18, 2026

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: April 20, 2026<br>TIME:  1:30 p.m. |

### SCHEDULING ORDER

On March 17, 2026, the court held a status and scheduling conference in the above-captioned bankruptcy case, addressing the motion to quash (ECF No. 2622) filed by Financial Industry Regulatory Authority, Inc. (FINRA). Appearances were as noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED that, **no later than March 27, 2026**, FINRA must file with the court and serve on the trustee's counsel its supplemental brief addressing the issues raised at the March 17, 2026, status and scheduling conference.

IT IS FURTHER ORDERED that, **no later than April 3, 2026**, the trustee must file with the court and serve on counsel for FINRA its response to FINRA's supplemental brief.

IT IS FURTHER ORDERED that the court will hear oral argument on FINRA's motion to quash (ECF No. 2622) on **April 20, 2026, at 1:30 p.m.** The hearing will be conducted remotely via Zoom webinar. A Courtroom Deputy will email participants a link to the webinar at least one (1) day before the conference with the necessary information to connect for remote

1

participation. The parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

### #