NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
**Meta Materials Inc.**

**Case Number:**
**24-50792**

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. | **RECEIVED AND FILED** |
|---|---|---|

Terry L Haugen
224 1st Ave Ne. #4
East Grand Forks MN
56721

Telephone Number:
701-741-1263

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

MAR 18 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): | Check here if this Proof of Interest: |
|---|---|
| Equinity Trust (Transfer Agent)-1512, Webull (Broker)-25 | ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: | 3. Date Equity Interest was acquired: |
|---|---|
| Equintiy Trust Company, Newark Nj 07101 Webull Financial LLC, 44 WALL STREET 2nd Floor, NY, NY Telephone Number: 718-921-8124/917-725-2448 | Webull- 6/23/21. Fidelity- 12/6-7/22 See attached documentation for details |

| 4. Total amount of member interest: Torchlight 131=$1202 /MMTI | 5. Certificate number(s):_____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor/ Shareholder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Terry L Haugen
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____
_____

Terry L Haugen

(Signature) _____ (Date)

Telephone number: 7.1-741-1263   email: Terryterry10@hotmall.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

**Transaction #BK-00004621**

Account # 00000154700

2183 Shares

All shares Purchased at WEBULL are still at webull, unable to transfer

131 Shares

US Bankruptcy Court

Foley Federal Building and US Courthouse

ATTN: Clerk of the Court

300 Las Vegas Blvd.

South Las Vegas, NV 89101

Notice of Redaction, Proof of Interest Form, Case # 24-50792

To clerk of the court

My name is Terry Lee Haugen, and I HEREBY SUBMIT THIS notice of redaction for my PROOF OF INTEREST FORM in the matter of Meta Materials Inc, Case number 24-50792. Per instructions by the Honorable Hilary L. Barnes, United States Bankruptcy Judge, and out of the abundance of concern for the potential misuse of my personal information, I request all but the last four (4) digits of my account numbers be redacted from my

proof of interest from and any other personal identifying information.

Per this filing, I have included an unredacted version of the POI and supporting documentation, as well as a redacted version. Thank you for your consideration in this matter.

Kindest regards

Terry Lee Haugen

Terry Haugen,

Shareholder

**REDACTED**

Fidelity- Account # ********7400

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 98.000@ 8.14000 - -$797.72

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 103.000@ 8.15000 - -$839.45

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 107.000@ 8.17000 - -$874.19

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 254.000@ 8.29000 - -$2,105.66

12/06 META MATERIALS INC PFD SER A m59134N203

You Bought 810.000 @8.22800 - -$6,664.68

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 6.000@ 7.85000 - -$47.10

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 100.000 @7.86000 - -$786.00

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 200.000@ 7.86000 - -$1,572.00

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 505.000@ 7.87000 - -$3,974.35

**Total  at Fidelity          2183 Shares      $17,654.32**

**Webull-** Individual (****2570)

BOUGHT 06/23/21 M TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103

131@ 9.18 =$1,202.58

**Total at Webull          131 Shares      $1202.58**

**All totals          2314 Shares      $18,856.90**

-

-

**UNREDACTED**

Fidelity- Account # Z07-707400

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 98.000@ 8.14000 - -$797.72

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 103.000@ 8.15000 - -$839.45

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 107.000@ 8.17000 - -$874.19

12/06 META MATERIALS INC PFD SER A 59134N203

You Bought 254.000@ 8.29000 - -$2,105.66

12/06 META MATERIALS INC PFD SER A m59134N203

You Bought 810.000 @8.22800 - -$6,664.68

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 6.000@ 7.85000 - -$47.10

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 100.000 @7.86000 - -$786.00

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 200.000@ 7.86000 - -$1,572.00

12/07 META MATERIALS INC PFD SER A 59134N203

You Bought 505.000@ 7.87000 - -$3,974.35

**Total  at Fidelity        2183 Shares      $17,654.32**

**Webull-** Individual (5IS82570)

BOUGHT 06/23/21 M TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103

131@ 9.18 =$1,202.58

**Total at Webull        131 Shares      $1202.58**

**All totals            2314 Shares      $18,856.90**

-

Note: All Shares at Fidelity were transferred to AST/Equinity on 2/14/2024,