NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:

**Meta Materials Inc.**

Case Number:

**24-50792-h16**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Tod Overholser
1564 Sabina way
San Jose Ca. 95118

Telephone Number: 408 694-8101

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**MAR 23 2026**

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

COURT USE ONLY

NOTE: This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

**Robin Hood & Webull** (Transfered to AST)

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Telephone Number:

3. **Date Equity Interest was acquired:**

4. **Total amount of member interest:** _____

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Tod Overholser**
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)

**3-19-2026**
(Date)

Telephone number: 408 694-8101  email: TCoach Tro@ yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

These are my dividend shares i recieved when Torchlight energy merged with mmat. Never bought these shares.  (Meta Materials Inc)



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

13440.001.001.01311
TOD OVERHOLSER
1564 SABINA WAY
SAN JOSE CA 95118



| | |
|---|---|
| **Statement Date:** | March 10, 2026 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000012838 |
| **W9/W8/W8BENE Certified:** | Yes |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Summary as of 03/10/2026

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 10,511.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| **Restricted** | | 0.000 | 0.000 |
| **Unrestricted** | 0.000 | 0.000 | 10,511.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000012838



13440
001.001
01311

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online
Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms

## ONLINE ACCOUNT ACCESS:
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central,** complete the short registration process to create your user name.

## Important Information
- If you have only fractional shares, they cannot be transferred.
- If you have at least one share:
    - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.
    - If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

## How To Replace Lost Certificates
To replace any lost certificate(s), please access your account via our website at www.astfinancial.com, contact our Shareholder Services Department at the number listed above or notify our Correspondence Department in writing at the letterhead address. Upon receipt of your request, the appropriate documents will be sent to replace the certificate(s).

## W9/W8 Certified Instructions
You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available *at www.astfinancial.com/knowledge-center/forms.* Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

13440.001.001.01312
TOD R OVERHOLSER
1564 SABRINA WAY
SAN JOSE CA 95118



| | |
|---|---|
| Statement Date: | March 10, 2026 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | 0000015365 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

# Balance Summary as of 03/10/2026

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 135.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| Restricted | | 0.000 | 0.000 |
| Unrestricted | 0.000 | 0.000 | 135.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000015365


13440
001.001
01312

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online
Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms

## ONLINE ACCOUNT ACCESS:
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central,** complete the short registration process to create your user name.

## Important Information
- If you have only fractional shares, they cannot be transferred.
- If you have at least one share:
  - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.
  - If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

## How To Replace Lost Certificates
To replace any lost certificate(s), please access your account via our website at www.astfinancial.com, contact our Shareholder Services Department at the number listed above or notify our Correspondence Department in writing at the letterhead address. Upon receipt of your request, the appropriate documents will be sent to replace the certificate(s).

## W9/W8 Certified Instructions
You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available *at www.astfinancial.com/knowledge-center/forms*. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.