_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 31, 2026

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

META MATERIALS INC.,

Debtor(s).

Case No.: 24-50792-gs
Chapter 7

**ORDER**

This matter came before the Court on nonparty Financial Industry Regulatory Authority, Inc.'s ("FINRA") Unopposed Motion to Seal Limited Portions of FINRA's Supplemental Declaration on Burden (the "Motion"). Upon considering the Motion, and for good cause appearing,

**IT IS ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that pursuant to Bankruptcy Rule 9018 and Local Rule 9018, the unredacted copy of FINRA's Supplemental Declaration on Burden, which references the identify of FINRA's Declarant, shall be filed under seal.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 9018, the clerk shall file such sealed documents only in paper form, or on a secure standalone computer system that is not connected to any network.

**IT IS SO ORDERED.**

Respectfully Submitted By:

/s/ *David S. Norris*
David S. Norris
*Counsel for Nonparty Financial Industry Regulatory Authority, Inc.*

-1-