Jeffrey L. Hartman, Esq. – NSB #1607
HARTMAN & HARTMAN
510 W. Plumb Lane
Suite B
Reno, NV 89509
Tel: 775-324-2800
Fax: 775-324-1818
Email: notices@bankruptcyreno.com

David D. Burnett, Esq. – *pro hac vice*
SCHNEIDER WALLACE COTTRELL KIM
LLP
1050 30th Street NW
Washington, DC 20007
Tel : (510) 740-2939
Email: dburnett@schneiderwallace.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051
Email: cbrust@sbwlawgroup.com
　　　　hwinston@sbwlawgroup.com

*Attorneys for Christina Lovato, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**SUPPLEMENTAL DECLARATION OF DAVID D. BURNETT IN SUPPORT OF RESPONSE TO FINRA'S SUPPLEMENTAL BRIEF ON UNDUE BURDEN**<br><br>Hearing Date:　April 20, 2026<br>Hearing Time: |

I, David D. Burnett, do hereby declare under the penalty of perjury under the laws of the State of Nevada and the United States that the following assertions are true to the best of my knowledge and belief, and that I will testify, if required, the following:

1.　　I am a Partner at the law firm Schneider Wallace Cottrell Kim LLP. I am counsel for Christina Lovato, the chapter 7 trustee (the "Trustee") appointed by the Office of the United States Trustee to administer the estate of Meta Materials, Inc.

2.      I make this declaration in support of the Trustee's Response to FINRA's Supplemental Brief.

3.      Attached as **Exhibit 1** is a true and correct copy of the transcript of the March 17, 2026 status conference before this Court on FINRA's motion to quash.

4.      Attached as **Exhibit 2** is a true and correct copy of the transcript of the October 30, 2025 oral argument before this Court on certain non-parties' motions to quash.

5.      Attached as **Exhibit 3** is a true and correct copy of Magistrate Judge G. Michael Harvey's decision transferring FINRA's Motion to Quash from the District of Columbia to this Court, *In re Motion to Quash Subpoenas to Nonparty Fin. Indus. Reg. Auth., Inc.*, No. 25-mc-129, Dkt. No 23 (D.D.C. Feb. 4, 2026).

I swear under penalty of perjury pursuant to the laws of the State of Nevada and the United States that the foregoing is true and accurate to the best of my understanding and belief.

DATED this 3rd day of April, 2026.

_____
David D. Burnett

;BW Law Group
1600 Mayberry Dr.
Reno, NV 89509
175.299.4051