Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-gs |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | **DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF *EX PARTE* MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO PARABELLUM CAPITAL, LLC LITIGATION FUNDING AGREEMENT** |
| | Hearing Date:  N/A |
| | Hearing Time: |

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1.      I am the duly appointed and acting trustee in this case. [ECF No. 14].

2.      I have personal knowledge of the matters stated herein.

3.      The chapter 7 petition for Meta Materials was filed on August 9, 2024 and I was appointed to administer the estate.

4.      To comply with the Court's request, I am filing the underlying contractual documents with Parabellum.   I believe the documentation includes trade secret or confidential research, development, or commercial information, all of which supports filing the documentation under seal as permitted by 11 U.S.C. § 107 and F.R.Bankr.P. 9018 and 9037, and LR 9018.

5.      I request that the Court issue an Order authorizing the filing of the Sixth Amended and Restated Prepaid Forward Purchase Agreement (and its exhibits) under seal, and such other relief as the Court deems appropriate.

1

DATED: April 3, 2026.

/s/ Christina Lovato
Christina Lovato