Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

　　　Debtor.

Case No.: 24-50792-gs
(Chapter 7)

**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF MOTION FOR ORDER RATIFYING LITIGATION FUNDING AGREEMENT**

Hearing Date:   May 7, 2026
Hearing Time:  1:30 p.m.

Christina Lovato, under penalty of perjury of the laws of the United States declares:

1.　　I am the duly appointed and acting chapter 7 Trustee for the estate of Meta Materials Inc. ("Meta Estate").

2.　　I have reviewed the documentation evidencing the litigation funding agreement between Parabellum Capital LLC and its affiliate Project Blazer, LLC and the law firm of Christian Attar (the "Parabellum-Christian Attar Funding Arrangement").

3.　　In my review of the documentation, I confirmed that the Parabellum-Christian Attar Funding Arrangement, includes clear language that Parabellum has no control whatsoever over any decision made by me to resolve any litigation prosecuted by me as Trustee of the Meta Estate.

4.　　I am also aware that the law firms of Christian Attar, Christian & Smith, Christian, Smith & Jewell and Christian Levine are participants in substantially similar funding arrangements involving unrelated litigations pending in various federal courts in the United States.

1

5.    I am aware that this type of litigation funding is not uncommon in complex, high stakes litigation cases.

6.    In consultation with professionals I have employed to represent me in the administration of the Meta Estate, I believe the Funding Arrangement provides an opportunity, with minimal risk to the Meta Estate, to recover substantial monies for the benefit of creditors and, potentially, for investors who purchased stock in Meta Materials Inc.

DATED: April 3, 2026.

*/s/ Christina Lovato*
Christina Lovato

2