Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF MOTION FOR ORDER RATIFYING LITIGATION FUNDING AGREEMENT**<br><br>Hearing Date:   May 7, 2026<br>Hearing Time:  1:30 p.m. |

James W. Christian, under penalty of perjury of the laws of the United States, declares:

1.　　I am a resident of Texas, and I am a member in good standing with the State Bar of Texas since 1978.

2.　　I have personal knowledge of the matters stated herein.

3.　　I am the senior partner in the law firm of Christian Attar ("Christian Attar"),  located in Houston, Texas.

4.　　This supplements my prior Declarations at **[ECF Nos. 99** and **1879]**.

5.　　One of my practice area specialty is complex securities litigation in federal courts.

6.　　Due to the size of the litigations, on multiple occasions my law firm has partnered with other law firms to create teams with the varied areas of expertise  required to prosecute these actions.

1

7.    These teams have worked with Parabellum Capital, LLC which has provided what can be referred to as 'portfolio funding' which spreads risk factors over several cases.

8.    Generally speaking, this type of funding provides a means of 'leveling the playing field' in situations where the targets of the litigation may be multi-billion dollar organizations.

9.    The benefit to the ultimate client, such as the Meta Estate, is no financial risk with potential significant returns.

DATED: April 3, 2026.

**CHRISTIAN ATTAR**

*/s/ James W. Christian*
James W. Christian, Esq.

2