NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24—50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Nicole Strand
24413 Woodland Ln.
Detroit Lakes, MN 56501

Telephone Number:
218 - 251 - 8394

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

APR 13 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):   9168   (457b)

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Schwab

Telephone Number:

**3. Date Equity Interest was acquired:**
November 2022
December 2022

**4. Total amount of member interest:** 1,500 shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: investor / shareholder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicole Strand
Title:
Company: Address and telephone number (if different from notice address above): 24413 Woodland Ln. Detroit Lakes, MN 56501

(Signature)

Telephone number: 218 -251-8394   email: nstrand1@icloud.com   (Date)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



Schwab Personal Choice Retirement Account® (PCRA) of
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

**Account Number**
**4892-9168**

**Statement Period**
**December 1-31, 2022**

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/02/22 | 11/30/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $0.70 | 100.0000 | 8.5000 | 0.70 | (850.70) |
| 12/02/22 | 11/30/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $3.48 | 500.0000 | 8.5000 | 3.48 | (4,253.48) |
| 12/02/22 | 11/30/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $0.66 | 95.0000 | 8.5000 | 0.66 | (808.16) |
| 12/02/22 | 11/30/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $0.70 | 100.0000 | 8.5000 | 0.70 | (850.70) |
| 12/02/22 | 11/30/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $1.41 | 205.0000 | 8.5000 | 1.41 | (1,743.91) |
| 12/08/22 | 12/06/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $0.38 | 27.0000 | 5.9000 | 0.38 | (159.68) |
| 12/08/22 | 12/06/22 | Bought | META MATLS INC 0% PFD<br>PFD: MMTLP<br>Includes Commission $4.17 | 300.0000 | 5.9000 | 4.17 | (1,774.17) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

| Account Number | Statement Period |
|---|---|
| **4892-9168** | **December 1-31, 2022** |

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/08/22 | 12/06/22 | Bought | META MATLS INC   0% PFD<br>PFD: MMTLP<br>Includes Commission $2.40 | 173.0000 | 5.9000 | 2.40 | (1,023.10) |
| 12/13/22 | 12/13/22 | Exchange | META MATLS INC   0% PFD<br>PENDING RECEIPT OF NEW | 1,500.0000 | | 0.00 | |
| 12/13/22 | 12/13/22 | Exchange | META MATLS INC   0% PFD<br>PFD | (1,500.0000) | | 0.00 | |
| 12/30/22 | 12/30/22 | Mandatory Exchange | META MATLS INC   0% PFD<br>PENDING RECEIPT OF NEW | (1,500.0000) | | 0.00 | |

| | |
|---|---|
| **Total Other Assets Activity** | **(11,463.90)** |
| **Total Purchases & Sales** | **9,749.58** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/15/22 | 12/16/22 | Bank Interest[A,B] | BANK INT 111622-121522: SCHWAB BANK | 2.21 |
| **Total Dividends & Interest** | | | | **2.21** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

| Account Number | Statement Period |
|---|---|
| **4892-9168** | **December 1-31, 2022** |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/Opened | Sold/Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 0.6523 | multiple | 12/19/22 | 123.94 | 119.68 | 4.26 |
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 1.0000 | 10/11/21 | 12/19/22 | 190.01 | 227.40 | (37.39) |
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 1.0000 | 10/11/21 | 12/19/22 | 190.00 | 227.40 | (37.40) |
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 8.0000 | 10/11/21 | 12/19/22 | 1,519.97 | 1,819.20 | (299.23) |
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 50.0000 | 10/11/21 | 12/19/22 | 9,499.78 | 11,370.00 | (1,870.22) |
| VANGUARD TOTAL STOCK  MARKET ETF: VTI | 51.0000 | multiple | 12/19/22 | 9,689.78 | 11,875.44 | (2,185.66) |
| **Total Gain or (Loss) on Investments Sold** | | | | **21,213.48** | **25,639.12** | **(4,425.64)** |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Mandatory Exchange | NEXT BRIDGE HYDROCARBONS | 1,500.0000 | | 0.00 | |
| **Total Equities Activity** | | | | | | | **0.00** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 11



Schwab Personal Choice Retirement Account® (PCRA) of
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

**Account Number**
4892-9168

**Statement Period**
**December 1-31, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 11,479.84 | 21,231.63 | 100% |
| **Total Bank Sweep** [A,B] | **11,479.84** | **21,231.63** | **100%** |
| **Total Bank Sweep** | | **21,231.63** | **100%** |

## Investment Detail - Unpriced Securities

| Unpriced Securities | Quantity | Market Price | Market Value | Unrealized Gain or (Loss) |
|---|---|---|---|---|
| | | | *Cost Basis* | |
| NEXT BRIDGE HYDROCARBONS | 1,500.0000 | N/A | N/A | N/A |
| | | | 11,463.90 | |
| **Total Unpriced Securities** | **1,500.0000** | | **N/A** | **N/A** |
| | | **Total Cost Basis:** | **11,463.90** | |

| | |
|---|---|
| **Total Investment Detail** | **21,231.63** |
| **Total Account Value (excl. Unpriced Securities)** | **21,231.63** |
| **Total Cost Basis** | **11,463.90** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

**Account Number**
**4892-9168**

**Statement Period**
**January 1-31, 2023**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 21,231.63 | 10,942.51 | 48% |
| **Total Bank Sweep** A,B | **21,231.63** | **10,942.51** | **48%** |
| **Total Bank Sweep** | | **10,942.51** | **48%** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| **AMAZON.COM INC** ◊ | 65.0000 | 103.13000 | 6,703.45 | 30% | 1,308.45 | N/A | N/A |
| SYMBOL: AMZN | | | *5,395.00* | | | | |
| **META MATLS INC** ◊ | 2,000.0000 | 1.01000 | 2,020.00 | 9% | (180.00) | N/A | N/A |
| SYMBOL: MMAT | | | *2,200.00* | | | | |
| **NIO INC**     F | 250.0000 | 12.07000 | 3,017.50 | 13% | 317.50 | N/A | N/A |
| SPONSORED ADR | | | *2,700.00* | | | | |
| 1 ADR REPS    1   ORD SHS | | | | | | | |
| SYMBOL: NIO | | | | | | | |
| **Total Equities** | **2,315.0000** | | **11,740.95** | **52%** | **1,445.95** | | **N/A** |
| | | **Total Cost Basis:** | *10,295.00* | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

| Account Number | Statement Period |
|---|---|
| **4892-9168** | **January 1-31, 2023** |

## Investment Detail - Unpriced Securities

| | Quantity | Market Price | Market Value | Unrealized Gain or (Loss) |
|---|---|---|---|---|
| **Unpriced Securities** | | | *Cost Basis* | |
| NEXT BRIDGE HYDROCARBONS | 1,500.0000 | N/A | N/A | N/A |
| | | | 11,463.90 | |
| **Total Unpriced Securities** | 1,500.0000 | | **N/A** | **N/A** |
| | | *Total Cost Basis:* | **11,463.90** | |

| | |
|---|---|
| **Total Investment Detail** | **22,683.46** |
| **Total Account Value (excl. Unpriced Securities)** | **22,683.46** |
| *Total Cost Basis* | **21,758.90** |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 01/10/23 | 01/06/23 | Bought | AMAZON.COM INC:  AMZN | 65.0000 | 83.0000 | 0.00 | (5,395.00) |
| 01/12/23 | 01/10/23 | Bought | META MATLS INC:  MMAT | 1,475.0000 | 1.1000 | 0.00 | (1,622.50) |
| 01/12/23 | 01/10/23 | Bought | META MATLS INC:  MMAT | 525.0000 | 1.1000 | 0.00 | (577.50) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab Personal Choice Retirement Account® (PCRA) of
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

**Account Number**
**4892-9168**

**Statement Period**
**November 1-30, 2022**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 11/15/22 | 11/16/22 | Bank Interest[A,B] | BANK INT 101622-111522: SCHWAB BANK | 1.12 |
| **Total Dividends & Interest** | | | | **1.12** |
| | | | **Total Transaction Detail** | **11,463.51** |

## Bank Sweep for Benefit Plans Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [A,B] |
|---|---|---|---|---|---|
| **Opening Balance [A,B]** | | | | | **16.33** |
| 11/10/22 | Auto Transfer | BANK CREDIT FROM BROKERAGE [A] | | 8,405.16 | 8,421.49 |
| 11/14/22 | Auto Transfer | BANK CREDIT FROM BROKERAGE [A] | | 3,057.23 | 11,478.72 |
| 11/15/22 | Interest Paid[A,B] | BANK INTEREST - CHARLES SCHWAB BANK | | 1.12 | 11,479.84 |
| 11/15/22 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 1.12 | | 11,478.72 |
| 11/17/22 | Auto Transfer | BANK CREDIT FROM BROKERAGE [A] | | 1.12 | 11,479.84 |
| **Total Activity** | | | **1.12** | **11,464.63** | |
| **Ending Balance [A,B]** | | | | | **11,479.84** |

*Bank Sweep for Benefit Plans: Interest Rate as of 11/30/22 was 0.40%.[B]*

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| META MATLS INC   0% PFD: MMTLP | Bought | 100.0000 | 11/30/22 | 12/02/22 | 8.5000 | 850.70 | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**GREAT WEST TRUST CO LLC TTEE**
**ESSENTIA HEALTH 457 PLAN**
**FBO NICOLE L STRAND**

| Account Number | Statement Period |
|---|---|
| **4892-9168** | **November 1-30, 2022** |

## Trades Pending Settlement (continued)

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| META MATLS INC   0% PFD: MMTLP | Bought | 500.0000 | 11/30/22 | 12/02/22 | 8.5000 | 4,253.48 | |
| META MATLS INC   0% PFD: MMTLP | Bought | 95.0000 | 11/30/22 | 12/02/22 | 8.5000 | 808.16 | |
| META MATLS INC   0% PFD: MMTLP | Bought | 100.0000 | 11/30/22 | 12/02/22 | 8.5000 | 850.70 | |
| META MATLS INC   0% PFD: MMTLP | Bought | 205.0000 | 11/30/22 | 12/02/22 | 8.5000 | 1,743.91 | |
| **Total Trades Pending Settlement** | | | | | | **8,506.95** | |

*Pending transactions are not included in account value.*

## Open Orders

| | Transaction | Quantity | Order Date | Market Price | Limit Price | Will Expire |
|---|---|---|---|---|---|---|
| VANGUARD TOTAL STOCK MARKET ETF | Sell Stop | 111.6523 | 11/21/22 | 204.0600 | 190.0000 | 01/20/23 |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| ◊ | Dividends paid on this security will be automatically reinvested. |
| A | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| B | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 11 of 11

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 11/30/2022 |
| Settle Date | 12/02/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 100 |
| Price | $8.50 |
| Principal | -$850.00 |
| Commission | $0.70 |
| **Total** | **-$850.70** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 11/30/2022 |
| Settle Date | 12/02/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 500 |
| Price | $8.50 |
| Principal | -$4,250.00 |
| Commission | $3.48 |
| **Total** | **-$4,253.48** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 11/30/2022 |
| Settle Date | 12/02/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 95 |
| Price | $8.50 |
| Principal | -$807.50 |
| Commission | $0.66 |
| **Total** | **-$808.16** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---:|
| Trade Date | 11/30/2022 |
| Settle Date | 12/02/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 100 |
| Price | $8.50 |
| Principal | -$850.00 |
| Commission | $0.70 |
| **Total** | **-$850.70** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 11/30/2022 |
| Settle Date | 12/02/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 205 |
| Price | $8.50 |
| Principal | -$1,742.50 |
| Commission | $1.41 |
| **Total** | **-$1,743.91** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 12/06/2022 |
| Settle Date | 12/08/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 27 |
| Price | $5.90 |
| Principal | -$159.30 |
| Commission | $0.38 |
| **Total** | **-$159.68** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 12/06/2022 |
| Settle Date | 12/08/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 300 |
| Price | $5.90 |
| Principal | -$1,770.00 |
| Commission | $4.17 |
| **Total** | **-$1,774.17** |

**Trade Transaction Details**

MMTLP - META MATLS INC 0% PFDPFD

| Transactions | Trade Details |
|---|---|
| Trade Date | 12/06/2022 |
| Settle Date | 12/08/2022 |
| CUSIP # | 59134N203 |
| Action | Buy |
| Quantity | 173 |
| Price | $5.90 |
| Principal | -$1,020.70 |
| Commission | $2.40 |
| **Total** | **-$1,023.10** |