NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials

**Case Number:**
24-50792

**1. Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Nicole Strand
24413 Woodland Ln.
Detroit Lakes, MN
56501

**Telephone Number:**

218-251-8394

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED   AM
AND FILED
APR 13 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):    0937    (IRA)

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Schwab previously was T.D. Ameritrade

**Telephone Number:**

**3. Date Equity Interest was acquired:**
2021 through 2022
Torch → MMAT → MMTLP
MMAT and MMTLP

**4. Total amount of member interest:** 4,540 Shares MMTLP
2,700 MMAT Shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor / Shareholder

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicole Strand
Title:
Company: Address and telephone number (if different from notice address above): 24413 Woodland Ln. Detroit Lakes, MN 56501

(Signature)      4-9-2026 (Date)

Telephone number: 218-251-8394  email: nstrand1@icloud.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Statement for Account # 496-000937**
06/01/22 - 06/30/22

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 76.23 | $ 125.80 |
| Interest Income Credit Balance | 0.01 | 0.45 |
| Qualified Dividends | 0.00 | 45.45 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| AFFIRM HLDGS INC COM CL A | AFRM | 70 | $ 18.06 | $ 1,264.20 | 05/11/22 | $ 1,369.00 | $ 19.56 | $ (104.80) | $ - | - |
| AMAZON COM INC COM | AMZN | 15 | 106.21 | 1,593.15 | 06/10/22 | 1,669.10 | 111.27 | (75.95) | - | - |
| ARK ETF TR INNOVATION ETF | ARKK | 35 | 39.88 | 1,395.80 | 04/28/22 | 1,589.70 | 45.42 | (193.90) | - | - |
| BLOCK INC COM CL A | SQ | 45 | 61.46 | 2,765.70 | 09/30/21 | 7,922.29 | 176.05 | (5,156.59) | - | - |
| CARLOTZ INC COM CL A | LOTZ | 3,600 | 0.3935 | 1,416.60 | 06/23/22 | 1,707.00 | 0.47 | (290.40) | - | - |
| CHARGEPOINT HOLDINGS INC COM CL A | CHPT | 100 | 13.69 | 1,369.00 | 04/06/22 | 1,771.82 | 17.72 | (402.82) | - | - |
| DARKPULSE INC COM | DPLS | 300,000 | 0.0215 | 6,450.00 | 07/26/21 | 19,562.59 | 0.07 | (13,112.59) | - | - |
| DIGITALOCEAN HLDGS INC COM | DOCN | 30 | 41.36 | 1,240.80 | 04/28/22 | 1,223.43 | 40.78 | 17.37 | - | - |
| DOORDASH INC COM CL A | DASH | 30 | 64.17 | 1,925.10 | 11/09/21 | 5,397.74 | 179.92 | (3,472.64) | - | - |
| FIGS INC COM CL A | FIGS | 325 | 9.11 | 2,960.75 | 09/30/21 | 10,858.96 | 33.41 | (7,898.21) | - | - |
| MARQETA INC COM | MQ | 300 | 8.11 | 2,433.00 | 03/24/22 | 3,145.87 | 10.49 | (712.87) | - | - |
| META MATERIALS INC COM | MMAT | 500 | 1.03 | 515.00 | 10/06/21 | 2,500.00 | 5.00 | (1,985.00) | - | - |

**Statement for Account # 496-000937**
06/01/22 - 06/30/22

| | | | | | | Account Positions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 4,500 | 1.545 | 6,952.50 | - | - | - | - | - | - |
| NOVOCURE LTD COM | NVCR | 50 | 69.50 | 3,475.00 | 11/15/21 | 5,600.00 | 112.00 | (2,125.00) | - | - |
| SOFI TECHNOLOGIES INC COM | SOFI | 300 | 5.27 | 1,581.00 | 04/22/22 | 1,892.98 | 6.31 | (311.98) | - | - |
| TASKUS INC COM | TASK | 100 | 16.86 | 1,686.00 | 11/24/21 | 4,539.00 | 45.39 | (2,853.00) | - | - |
| UNITED RENTALS INC COM | URI | 1 | 242.91 | 242.91 | 06/28/22 | 253.00 | 253.00 | (10.09) | - | - |
| UPSTART HLDGS INC COM | UPST | 25 | 31.62 | 790.50 | 05/27/22 | 1,052.85 | 42.11 | (262.35) | - | - |
| VANGUARD TOTAL STK MKT ETF | VTI | 80 | 188.62 | 15,089.60 | 09/28/21 | 17,717.30 | 221.47 | (2,627.70) | 243.24 | 1.6% |
| **Total Stocks** | | | | **$55,146.61** | | **$89,772.63** | | **$(41,578.52)** | **$243.24** | **0.4%** |
| **Options - Margin** | | | | | | | | | | |
| META PLATFORMS INC META Jul 01 22 180.0 C | - | 10 | $ 0.0154 | $ 15.40 | 06/29/22 | $ 96.60 | $ 0.10 | $ (81.20) | $ - | - |
| NIKE INC NKE Jul 01 22 111.0 C | - | 3 | 0.0142 | 4.26 | 06/28/22 | 91.98 | 0.31 | (87.72) | - | - |
| NIO INC NIO Aug 19 22 35.0 C | - | 15 | 0.275 | 412.50 | 06/06/22 | 384.90 | 0.26 | 27.60 | - | - |
| **Total Options** | | | | **$432.16** | | **$573.48** | | **$(141.32)** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$55,578.77** | | **$90,346.11** | | **$(41,719.84)** | **$243.24** | **0.4%** |

## Statement for Account # 496-000937
### 11/01/22 - 11/30/22

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 0.00 | $ 125.80 |
| Interest Income Credit Balance | 0.01 | 7.52 |
| Qualified Dividends | 0.00 | 45.45 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| DARKPULSE INC COM | DPLS | 820,000 | $ 0.0103 | $ 8,446.00 | 07/26/21 | $ 35,306.65 | $ 0.04 | $ (26,860.65) | $ - | - |
| META MATERIALS INC COM | MMAT | 2,700 | 1.90 | 5,130.00 | 10/13/22 | 2,813.89 | 1.04 | 2,316.11 | - | - |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 4,540 | 8.17 | 37,091.80 | - | - | - | - | - | - |
| **Total Stocks** | | | | $50,667.80 | | $38,120.54 | | $(24,544.54) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $50,667.80 | | $38,120.54 | | $(24,544.54) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$13.02** |
| 10/31/22 | 11/01/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Nov 11 22 2.0 C  TO OPEN Commission/Fee 1.30 Regulatory Fee 0.02 | - | 2 | $ 0.03 | $ (7.32) | 5.70 |
| 11/02/22 | 11/03/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Nov 11 22 2.0 C  TO OPEN Commission/Fee 19.50 Regulatory Fee 0.30 | - | 30 | 0.05 | (169.80) | (164.10) |
| 11/02/22 | 11/03/22 | Margin | Buy - Securities Purchased | META MATERIALS INC MMAT Nov 11 22 2.0 C  TO OPEN Commission/Fee 5.85 Regulatory Fee 0.09 | - | 9 | 0.04 | (41.94) | (206.04) |

**Statement for Account # 496-000937**
11/01/22 - 11/30/22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Account Activity** | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 11/02/22 | 11/04/22 | Margin | Sell - Securities Sold | UPSTART HLDGS INC COM Regulatory Fee 0.03 | UPST | 50- | 21.58 | 1,078.97 | 872.93 |
| 11/02/22 | 11/04/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 10 | 7.25 | (79.45) | 793.48 |
| 11/02/22 | 11/04/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 200 | 1.3399 | (267.98) | 525.50 |
| 11/02/22 | 11/04/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 200 | 1.34 | (268.00) | 257.50 |
| 11/03/22 | 11/07/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 30 | 7.36 | (227.75) | 29.75 |
| 11/04/22 | 11/07/22 | Margin | Sell - Securities Sold | META MATERIALS INC MMAT Nov 11 22 2.0 C  TO CLOSE Commission/Fee 6.50 Regulatory Fee 0.12 | - | 10- | 0.10 | 93.38 | 123.13 |
| 11/07/22 | 11/08/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Nov 07 22 374.0 P  TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1 | 0.71 | (71.66) | 51.47 |
| 11/07/22 | 11/08/22 | Margin | Sell - Securities Sold | SPDR S&P500 ETF TRUST SPY Nov 07 22 374.0 P  TO CLOSE Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1- | 0.90 | 89.34 | 140.81 |
| 11/07/22 | 11/08/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Nov 07 22 374.0 P  TO OPEN Commission/Fee 1.30 Regulatory Fee 0.02 | - | 2 | 0.50 | (101.32) | 39.49 |
| 11/07/22 | 11/08/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Nov 07 22 374.0 P  TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1 | 0.25 | (25.66) | 13.83 |
| 11/08/22 | 11/08/22 | Margin | Delivered - Other | SPDR S&P500 ETF TRUST SPY Nov 07 22 374.0 P EXPIRATION | - | 3- | 0.00 | - | 13.83 |

**Statement for Account # 496-000937**
11/01/22 - 11/30/22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/22 | 11/14/22 | Margin | Delivered - Other | META MATERIALS INC MMAT Nov 11 22 2.0 C EXPIRATION | - | 40- | 0.00 | - | 13.83 |
| 11/30/22 | 11/30/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 11/30/2022 | - | - | 0.00 | 0.01 | 13.84 |

**Closing Balance** **$13.84**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 11/04/22 | $ - | $ 257.50 | 3 | 0.30 | $ - | $ 0.01 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.01** |

### Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

**Statement for Account # 496-000937**

12/01/22 - 12/31/22

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 0.00 | $ 125.80 |
| Interest Income Credit Balance | 0.37 | 7.89 |
| Qualified Dividends | 0.00 | 45.45 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| DARKPULSE INC COM | DPLS | 820,000 | $ 0.0097 | $ 7,954.00 | 07/26/21 | $ 35,306.65 | $ 0.04 | $ (27,352.65) | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 4,540 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | $7,954.00 | | $35,306.65 | | $(27,352.65) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $7,954.00 | | $35,306.65 | | $(27,352.65) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $13.84 |
| 12/09/22 | 12/13/22 | Margin | Sell - Securities Sold | META MATERIALS INC COM Regulatory Fee 0.43 | MMAT | 2,700- | $ 1.34 | $ 3,617.57 | 3,631.41 |
| 12/13/22 | 12/13/22 | Margin | Delivered - Other | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668|STOCK PAYMENT | MMTLP | 4,540- | 0.00 | - | 3,631.41 |

*(handwritten annotation: "Forced sale or told will get $0")*

## Statement for Account # 496-000937
12/01/22 - 12/31/22

| | Account Activity | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 12/13/22 | 12/13/22 | Margin | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668\|STOCK PAYMENT | 5CT999019 | 4,540 | 0.00 | - | 3,631.41 |
| 12/14/22 | 12/16/22 | Margin | Buy - Securities Purchased | TESLA INC COM | TSLA | 10 | 158.80 | (1,588.00) | 2,043.41 |
| 12/14/22 | 12/16/22 | Margin | Buy - Securities Purchased | TESLA INC COM | TSLA | 5 | 158.99 | (794.95) | 1,248.46 |
| 12/14/22 | 12/16/22 | Margin | Buy - Securities Purchased | UPSTART HLDGS INC COM | UPST | 10 | 17.00 | (170.00) | 1,078.46 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | S&P 500 SPXW Dec 16 22 3750.0 P  TO OPEN Commission/Fee 3.25 Misc Fee 2.45 Regulatory Fee 0.05 | - | 5 | 0.25 | (130.75) | 947.71 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P  TO OPEN Commission/Fee 6.50 Regulatory Fee 0.10 | - | 10 | 0.15 | (156.60) | 791.11 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | S&P 500 SPXW Dec 16 22 3750.0 P  TO OPEN Commission/Fee 3.25 Misc Fee 2.45 Regulatory Fee 0.05 | - | 5 | 0.20 | (105.75) | 685.36 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P  TO OPEN Commission/Fee 3.25 Regulatory Fee 0.05 | - | 5 | 0.11 | (58.30) | 627.06 |
| 12/16/22 | 12/19/22 | Margin | Sell - Securities Sold | S&P 500 SPXW Dec 16 22 3750.0 P  TO CLOSE Commission/Fee 6.50 Misc Fee 4.90 Regulatory Fee 0.10 | - | 10- | 0.30 | 288.50 | 915.56 |

**Statement for Account # 496-000937**

12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P  TO OPEN Commission/Fee 3.25 Regulatory Fee 0.05 | - | 5 | 0.09 | (48.30) | 867.26 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P  TO OPEN Commission/Fee 3.25 Regulatory Fee 0.05 | - | 5 | 0.08 | (43.30) | 823.96 |
| 12/16/22 | 12/19/22 | Margin | Buy - Securities Purchased | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P  TO OPEN Commission/Fee 3.25 Regulatory Fee 0.05 | - | 5 | 0.06 | (33.30) | 790.66 |
| 12/19/22 | 12/19/22 | Margin | Delivered - Other | SPDR S&P500 ETF TRUST SPY Dec 16 22 377.0 P EXPIRATION | - | 30- | 0.00 | - | 790.66 |
| 12/16/22 | 12/20/22 | Margin | Buy - Securities Purchased | UPSTART HLDGS INC COM | UPST | 10 | 15.69 | (156.90) | 633.76 |
| 12/20/22 | 12/22/22 | Margin | Sell - Securities Sold | UPSTART HLDGS INC COM Regulatory Fee 0.01 | UPST | 20- | 14.70 | 293.99 | 927.75 |
| 12/21/22 | 12/23/22 | Margin | Sell - Securities Sold | TESLA INC COM Regulatory Fee 0.04 | TSLA | 14- | 138.9999 | 1,945.96 | 2,873.71 |
| 12/21/22 | 12/23/22 | Margin | Sell - Securities Sold | TESLA INC COM Regulatory Fee 0.01 | TSLA | 1- | 138.9514 | 138.94 | 3,012.65 |
| 12/30/22 | 12/30/22 | Margin | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 5CT999019 | 4,540- | 0.00 | - | 3,012.65 |

**Statement for Account # 496-000937**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Margin | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 6DA993019 | 4,540 | 0.00 | - | 3,012.65 |
| 12/30/22 | 12/30/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 12/30/2022 | - | - | 0.00 | 0.37 | 3,013.02 |

**Closing Balance**                                                                                         **$3,013.02**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/13/22 | $ - | $ 3,631.41 | 3 | 0.30 | $ - | $ 0.09 |
| 12/16/22 | - | 1,078.46 | 3 | 0.30 | - | 0.03 |
| 12/19/22 | - | 790.66 | 1 | 0.30 | - | 0.01 |
| 12/20/22 | - | 633.76 | 2 | 0.30 | - | 0.01 |
| 12/22/22 | - | 927.75 | 1 | 0.30 | - | 0.01 |
| 12/23/22 | - | 3,012.65 | 9 | 0.30 | - | 0.22 |

**Total Interest Income/(Expense)**                                                    **$ 0.00**              **$0.37**

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

**UPDATE TO THE BANK SWEEP PROGRAM**
We wanted to let you know about a change relating to the Bank Sweep Program, as called for by your TD Ameritrade Client Agreement.

The following will be removed from the list of Bank Sweep Program Banks: US Bank N.A; Citibank, N.A.; Wells Fargo Bank, N.A.; Synchrony Bank; Bank of America N.A. Uninvested cash balances will no longer be deposited with any of these banks after April 1, 2023. No action is required from you for this change to take effect.

A complete list of the Program Banks can be found at: www.tdameritrade.com/idaprogrambanks. Program Banks may receive uninvested cash balances in the Bank Sweep Program.

Current information on the terms of the Sweep Program can be found in the latest version of the Client Agreement. You can review it by logging in to your account and navigating to Client Services > Forms and Agreements. Your continued use of your account constitutes your consent to this material update.

**Statement for Account # 496-000937**
01/01/23 - 01/31/23

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.80 | $ 0.80 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 4,540 | $ NA | $ NA | - | $ - | $ - | $ - | $ - | - |
| **Stocks - Margin** | | | | | | | | | | |
| DARKPULSE INC COM | DPLS | 820,000 | $ 0.0066 | $ 5,412.00 | 07/26/21 | $ 35,306.65 | $ 0.04 | $ (29,894.65) | $ - | - |
| **Total Stocks** | | | | $5,412.00 | | $35,306.65 | | $(29,894.65) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Margin Account** | | | | $5,412.00 | | $35,306.65 | | $(29,894.65) | $0.00 | 0.0% |
| **Total Positions** | | | | $5,412.00 | | $35,306.65 | | $(29,894.65) | | |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $3,013.02 |
| 01/06/23 | 01/06/23 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED | 6DA993019 | 4,540 | $ 0.00 | $ - | 3,013.02 |
| 01/06/23 | 01/06/23 | Margin | Delivered - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED Auto Reorg#624344|REMOVE WORTHLESS | 6DA993019 | 4,540- | 0.00 | - | 3,013.02 |

page 2 of 5



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 35761559426 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | .50 | 250.00 | | 0.08 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 06/28/2021 | 06/29/2021 | | 3.25 | 246.67 |

**TRADE DESCRIPTION** — SYMBOL

NANO DIMENSION LTD
NNDM Jul 16 21 10.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 35764317492 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 1,200 | 59134N104 | 8.21 | 9,852.00 | 0 | 0.19 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 06/28/2021 | 06/30/2021 | | 0.00 | 9,851.81 |

**TRADE DESCRIPTION** — SYMBOL

META MATERIALS INC
COM — MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 35768557855 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 100 | 59134N104 | 8.1699 | 816.99 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 06/28/2021 | 06/30/2021 | | 0.00 | 816.99 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 35768643238 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 300 | 09228F103 | 12.65 | 3,795.00 | 0 | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 06/28/2021 | 06/30/2021 | | 0.00 | 3,795.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| BLACKBERRY LTD<br>COM | BB |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 35768649691 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 400 | 59134N104 | 8.2099 | 3,283.96 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 06/28/2021 | 06/30/2021 | | 0.00 | 3,283.96 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36105726865 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | .65 | 325.00 | | 0.08 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 07/12/2021 | 07/13/2021 | | 3.25 | 321.67 | |

**TRADE DESCRIPTION**                                          **SYMBOL**

CHURCHILL CAPITAL CORP IV
CCIV Jul 16 21 28.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36106638039 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | .75 | 375.00 | 0 | 0.08 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 07/12/2021 | 07/13/2021 | | 3.25 | 371.67 | |

**TRADE DESCRIPTION**                                          **SYMBOL**

CHURCHILL CAPITAL CORP IV
CCIV Jul 16 21 28.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36111017466 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 300 | 59134N104 | 3.9099 | 1,172.97 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 07/12/2021 | 07/14/2021 | | 0.00 | 1,172.97 | |

**TRADE DESCRIPTION**                                          **SYMBOL**

META MATERIALS INC                                             MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 36111058462 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 700 | 59134N104 | 3.90 | 2,730.00 | 0 | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 07/12/2021 | 07/14/2021 | | 0.00 | 2,730.00 |

**TRADE DESCRIPTION**                                    **SYMBOL**

META MATERIALS INC                                      MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 36111288938 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | 1.00 | 500.00 | 0 | 0.08 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 07/12/2021 | 07/13/2021 | | 3.25 | 496.67 |

**TRADE DESCRIPTION**                                    **SYMBOL**

VISA INC
V Jul 16 21 240.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 36111457661 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 200 | G08908108 | 5.98 | 1,196.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 07/12/2021 | 07/14/2021 | | 0.00 | 1,196.00 |

**TRADE DESCRIPTION**                                    **SYMBOL**

BAOSHENG MEDIA GROUP                                    BAOS
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

**Confirmation Notice**
**Account 496-000937**
Page 3 of 10

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36781153095 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 500 | 25058X105 | 8.4311 | 4,215.55 | | 0.08 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/13/2021 | 08/17/2021 | | 0.00 | 4,215.47 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| DESKTOP METAL INC<br>COM CL A | DM |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36781193169 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 100 | 62914V106 | 41.46 | 4,146.00 | | 0.03 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/13/2021 | 08/17/2021 | | 0.00 | 4,145.97 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| NIO INC<br>ADR | NIO |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 36781287724 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 2,000 | 59134N104 | 3.3301 | 6,660.20 | | 0.27 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/13/2021 | 08/17/2021 | | 0.00 | 6,659.93 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 37879073970 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 2 | | 1.50 | 300.00 | 0 | 0.02 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/06/2021 | 10/07/2021 | | 1.30 | 298.68 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

XENON PHARMACEUTICALS INC
XENE Oct 15 21 35.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 37880056314 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 2 | | 1.75 | 350.00 | 0 | 0.02 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/06/2021 | 10/07/2021 | | 1.30 | 348.68 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

XENON PHARMACEUTICALS INC
XENE Oct 15 21 35.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 37880487201 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 500 | 59134N104 | 5.00 | 2,500.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/06/2021 | 10/08/2021 | | 0.00 | 2,500.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | MMAT |

META MATERIALS INC
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 43591676196 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 3,600 | 142552108 | .3962 | 1,426.32 | 0 | 0.50 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 06/29/2022 | 07/01/2022 | | 0.00 | 1,425.82 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| CARLOTZ INC<br>COM CL A | LOTZ |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 43591921195 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 500 | 59134N104 | 1.0301 | 515.05 | | 0.08 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 06/29/2022 | 07/01/2022 | | 0.00 | 514.97 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 43592821874 | | A | TD AMERITRADE | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 15 | | .27 | 405.00 | 0 | 0.19 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 06/29/2022 | 06/30/2022 | | 9.75 | 395.06 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| AMC ENTERTAINMENT HOLDINGS INC<br>AMC Jul 01 22 14.0 C | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119

 **SiPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45736096945 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1,000 | 59134N104 | 1.00 | 1,000.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/13/2022 | 10/17/2022 | | 0.00 | 1,000.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45738819270 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1 | | 1.55 | 155.00 | 0.58 | 0.01 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/13/2022 | 10/14/2022 | | 0.65 | 156.24 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| S&P 500<br>SPXW Oct 14 22 3490.0 P | |

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45789766563 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 100 | | .11 | 1,100.00 | 0 | 0.99 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 65.00 | 1,165.99 | |

**TRADE DESCRIPTION**                                    **SYMBOL**

ROBLOX CORP
RBLX Oct 21 22 52.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45790405910 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 10 | | .65 | 650.00 | 0 | 0.10 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 6.50 | 656.60 | |

**TRADE DESCRIPTION**                                    **SYMBOL**

META PLATFORMS INC
META Oct 21 22 143.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45790882961 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 5 | | .45 | 225.00 | | 0.05 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 3.25 | 228.30 | |

**TRADE DESCRIPTION**                                    **SYMBOL**

SPDR S&P500 ETF TRUST
SPY Oct 17 22 368.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

**Confirmation Notice**
**Account 496-000937**
Page 14 of 18

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45791602431 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 50 | | .11 | 550.00 | 0 | 0.50 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 32.50 | 583.00 | |

**TRADE DESCRIPTION** | **SYMBOL**

ALIBABA GROUP HOLDING LTD
BABA Oct 21 22 87.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45791777647 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | .75 | 375.00 | 0 | 0.07 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 3.25 | 371.68 | |

**TRADE DESCRIPTION** | **SYMBOL**

META PLATFORMS INC
META Oct 21 22 143.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45791965537 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 5 | | .80 | 400.00 | | 0.07 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/18/2022 | | 3.25 | 396.68 | |

**TRADE DESCRIPTION** | **SYMBOL**

META PLATFORMS INC
META Oct 21 22 143.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45785727909 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 400 | 59134N104 | .94 | 376.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/19/2022 | | 0.00 | 376.00 | |

| TRADE DESCRIPTION | | SYMBOL | | | | |
|---|---|---|---|---|---|---|

META MATERIALS INC
COM                                                    MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 45785727943 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 100 | 59134N104 | .9391 | 93.91 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 10/17/2022 | 10/19/2022 | | 0.00 | 93.91 | |

| TRADE DESCRIPTION | | SYMBOL | | | | |
|---|---|---|---|---|---|---|

META MATERIALS INC
COM                                                    MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 45953051931 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 800 | 59134N104 | 1.01 | 808.00 | 0 | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/26/2022 | 10/28/2022 | | 0.00 | 808.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction. In the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 45979595942 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 9 | | .03 | 27.00 | 0 | 0.09 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 10/27/2022 | 10/28/2022 | | 5.85 | 32.94 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | |

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119

 **SiPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 45979595942 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 9 | | .03 | 27.00 | 0 | 0.09 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 10/27/2022 | 10/28/2022 | | 5.85 | 32.94 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46038557751 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 2 | | .03 | 6.00 | | 0.02 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 10/31/2022 | 11/01/2022 | | 1.30 | 7.32 |

| TRADE DESCRIPTION | | | SYMBOL | |
|---|---|---|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126590259 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 30 | | .05 | 150.00 | 0 | 0.30 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/02/2022 | 11/03/2022 | | 19.50 | 169.80 | |

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126682849 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 9 | | .04 | 36.00 | | 0.09 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/02/2022 | 11/03/2022 | | 5.85 | 41.94 | |

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126932372 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 200 | 59134N104 | 1.3399 | 267.98 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/02/2022 | 11/04/2022 | | 0.00 | 267.98 | |

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|
| | | MMAT |

META MATERIALS INC
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46127211798 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 200 | 59134N104 | 1.34 | 268.00 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | | **COMMISSION/FEE** | **NET AMOUNT** |
| | 11/02/2022 | 11/04/2022 | | | 0.00 | 268.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash    2. Margin Long<br>3. Margin Short    4. Income<br>5. Withholding    6. Special | | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal<br>Prime Broker if provided (contact the executing broker for further details)<br>3= Agent for person other than customer    4= Agent for both customer and another person<br>6= Acts as both principal and agent    7= Acts as principal, agent and agent for another person<br>9= Crossing as principal | 5= Principal for some executions and agent for other<br>8= Crossing as agent |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126590259 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 30 | | .05 | 150.00 | 0 | 0.30 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/03/2022 | | 19.50 | 169.80 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126682849 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 9 | | .04 | 36.00 | | 0.09 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/03/2022 | | 5.85 | 41.94 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

OPENING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46126932372 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 200 | 59134N104 | 1.3399 | 267.98 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/04/2022 | | 0.00 | 267.98 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | MMAT |

META MATERIALS INC
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46127211798 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 200 | 59134N104 | 1.34 | 268.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/04/2022 | | 0.00 | 268.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

META MATERIALS INC                               MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following; a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, in the event a market cannot be located, in such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46125303295 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 50 | 91680M107 | 21.58 | 1,079.00 | 0 | 0.03 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/02/2022 | 11/04/2022 | | 0.00 | 1,078.97 | |

**TRADE DESCRIPTION** — **SYMBOL**

UPSTART HLDGS INC
COM                                            UPST

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| 496-000937-2 | | 46125604756 | | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 10 | 59134N203 | 7.25 | 72.50 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/02/2022 | 11/04/2022 | | 6.95 | 79.45 | |

**TRADE DESCRIPTION** — **SYMBOL**

META MATERIALS INC
PFD SER A *CLBL                                 MMTLP

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

TD AMERITRADE, INC.
PO BOX 2209
OMAHA NE 68103-2209

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46125303295 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 50 | 91680M107 | 21.58 | 1,079.00 | 0 | 0.03 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/04/2022 | | 0.00 | 1,078.97 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| UPSTART HLDGS INC<br>COM | UPST |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46125604756 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 10 | 59134N203 | 7.25 | 72.50 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2022 | 11/04/2022 | | 6.95 | 79.45 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>PFD SER A *CLBL | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119

 **SiPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46183517099 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 10 | | .10 | 100.00 | | 0.12 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 11/04/2022 | 11/07/2022 | | 6.50 | 93.38 |

| TRADE DESCRIPTION | | | SYMBOL | | |
|---|---|---|---|---|---|

META MATERIALS INC
MMAT Nov 11 22 2.0 C

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
CLOSING TRANSACTION
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

NICOLE STRAND ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
24413 WOODLAND LN
DETROIT LAKES  MN  56501-7119

SiPC

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 496-000937-2 | | 46827168887 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 2,700 | 59134N104 | 1.34 | 3,618.00 | 0 | 0.43 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 12/09/2022 | 12/13/2022 | | 0.00 | 3,617.57 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

Instructed to
Sell or
Shares
worth
$0