NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): ▮▮▮▮▮▮ Telephone Number: ▮▮▮▮▮▮ | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | COURT USE ONLY |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Charles Schwab 3000 Schwab Way Westlake, TX 76262 ; See attached & Supplemental Telephone Number: 877-519-1403 | 3. Date Equity Interest was acquired: See attached documents |
|---|---|

| 4. Total amount of member interest: MMAT 5 Shares $428.84   MMTLP 5,555 Shares $10,624.36 | 5. Certificate number(s):_____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor of MMAT and MMTLP Stocks

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ▮▮▮▮▮▮
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) ▮▮▮▮▮▮    4-6-2026 (Date)

Telephone number: ▮▮▮▮▮▮    email: ▮▮▮▮▮▮

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Proof of Interest Supplemental Information:**

**Case Number 24-50792 Meta Materials, Inc.**



Charles Schwab Acct ▆▆▆▆▆

MMAT Bought 11-30-2021 100 shares before split

Bought 3-24-2024 400 Shares before split

As of 4-6-26 I still hold them as 5 shares of MMATQ in this account. These 5 shares show they cost me $543.94.

In my Sofi Invest Account number ▆▆▆▆ I sold my 31 shares MMAT / MMATQ on 8-2-2024 for $65.10. My shares had a total cost average of $925.35. I had an 864.25 loss on the tax filing 1099 for 2024.

8-2-24 - 31 Shares MMAT / MMATQ sold $65.10
6-7-24 - 2 shares MMAT bought $10.27
1-18-24 - 300 Shares MMAT Bought $30.94
6-30-23 – 1400 shares MMAT Bought $306.16
3-13-23 – 100 Shares MMAT Bought $52.88
3-13-23 – 1000 Shares MMAT bought $539.10
2-8-23 – 900 Shares MMAT sold $817.83
7-6-22 – 525 Shares MMAT Bought $571.20
11-29-21 - 75 MMAT shares Bought $287.25
11-29-21 - 300 MMAT shares Bought $1215.00
11-23-21 - 400 MMAT shares sold $1496
11-5-21 – 400 MMAT Shares bought $1975.60

SOFI SECURITIES LLC 855-456-7634

Apex Clearing One Dallas Center 350 North St Paul, Ste 1300 Dallas, TX 75201

MMAT shares had a Reverse Split 100:1 on January 29, 2024.

MMTLP Bought 2 dates 12-8-21 and 3-9-22 total shares of 5555 through a wash sale transaction caused in error when setting a stop loss limit. I sold all the shares on 3-9-22 I had at the time and bought back 5555 shares on 3-9-22. The total amount showing MMTLP shares cost me $10,624.36.

On 8-3-23, 2222 shares of MMTLP were delivered to Equiniti Trust Company, LLC in book entry form. 3333 still exists in my Charles Schwab account.

EQUINITI TRUST COMPANY, LLC OPERATIONS CENTER PO BOX 500 NEWARK, NJ 07101
Phone Number 1-800-435-4000
Account Number <span>█████</span>

\* Please have my information redacted / non public within the court.



**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201
**IMPORTANT TAX DOCUMENTS ENCLOSED**

IN ACCOUNT WITH

**SOFI SECURITIES LLC**
**855-456-7634**



**IMPORTANT YEAR END MESSAGES**

This document includes your Consolidated Form 1099 that we are required to provide to you
and contains information that we are providing to the Internal Revenue Service and additional
information that may be helpful to you for filing your tax return. You may wish to seek the advice
of a tax professional when preparing your return.

Please verify your personal information for accuracy and contact us to correct any discrepancies.
If you own Mutual Funds, Real Estate Trusts (REITs), REMIC Securities or certain fixed
investment trusts (WHFITs), income distributions may be reclassified by the issuer after the
original 1099 is sent. If you hold these securities or another security that is subject to a
reclassification event, you may receive a corrected Form 1099.

**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201

Customer Service: 214-765-1009
Payer's Federal ID No: 13-2967453

IN ACCOUNT WITH

**SOFI SECURITIES LLC**
**855-456-7634**

Account-█████████

RECIPIENT'S ID No: ████████

**Form 1099 Composite** | **2024**

Statement Date: 2025-01-20   ☐ Corrected

FATCA filing Requirement ☐

# Tax Reporting Statement

| Dividends and Distributions | 2024 Form1099DIV | OMB No. 1545-0110 |
|---|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b) | | 0.00 |
| 1b- Qualified Dividends | | 0.00 |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d) | | 0.00 |
| 2b- Unrecaptured Section 1250 Gain | | 0.00 |
| 2c- Section 1202 Gain | | 0.00 |
| 2d- Collectibles (28%) Gain | | 0.00 |
| 2e- Section 897 ordinary dividends | | 0.00 |
| 2f- Section 897 capital gain | | 0.00 |
| 3- Nondividend Distributions | | 0.00 |
| **4- Federal Income Tax Withheld** | | **0.00** |
| 5- Section 199A Dividends | | 0.00 |
| 6- Investment Expenses | | 0.00 |
| 7- Foreign Tax Paid | | 0.00 |
| 8- Foreign Country or U.S. Possessions | | |
| 9- Cash Liquidation Distribution | | 0.00 |
| 10- Noncash Liquidation Distributions | | 0.00 |
| 12- Exempt-Interest Dividends | | 0.00 |
| 13- Specified Private Activity Bond Interest Dividends | | 0.00 |

| Interest Income | 2024 Form1099INT | OMB No. 1545-0112 |
|---|---|---|
| 1- Interest Income | | 0.00 |
| 2- Early Withdrawal Penalty | | 0.00 |
| 3- Interest on US Savings Bonds & Treasury Obligations | | 0.00 |
| **4- Federal Income Tax Withheld** | | **0.00** |
| 5- Investment Expenses | | 0.00 |
| 6- Foreign Tax Paid | | 0.00 |
| 7- Foreign Country or U.S. Possession | | |
| 8- Tax-Exempt Interest (includes box 9) | | 0.00 |
| 9- Specified Private Activity Bond Interest | | 0.00 |
| 10- Market Discount | | 0.00 |
| 11- Bond Premium | | 0.00 |
| 12- Bond Premium on Treasury Obligations | | 0.00 |
| 13- Bond Premium on Tax-Exempt bonds | | 0.00 |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | | |

| Miscellaneous Information | 2024 Form1099MISC | OMB No. 1545-0115 |
|---|---|---|
| 2- Royalties | | 0.00 |
| 3- Other Income | | 0.00 |
| **4- Federal Income Tax Withheld** | | **0.00** |
| 8- Substitute Payments in Lieu of Dividends or Interest | | 0.00 |

| REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS | | |
|---|---|---|
| | 2024 Form1099B | OMB No. 1545-0715 |
| 8- Profit or (loss) realized in 2024 on closed contracts | | 0.00 |
| 9- Unrealized profit or (loss) on open contracts - 12/31/2023 | | 0.00 |
| 10- Unrealized profit or (loss) on open contracts - 12/31/2024 | | 0.00 |
| 11- Aggregate profit or (loss) on contracts | | 0.00 |

*As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.*

---

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.
Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late. This may require us to provide you an amended tax form.
C - Corrected

**Apex Clearing** | **Tax Summary** | **2024**
| | 2025-01-20

# Summary Of Sale Proceeds

Proceeds from sales of securities are reported individually by trade to the Internal Revenue Service. Please refer to the Proceeds from Broker and Barter Exchange Transactions details sections to determine correct amounts to include in your tax return. The summary transaction amounts shown below are for informational purposes.

| Section | Total Proceeds | Total Cost Basis | Total Market Discount | Total Wash Sale Loss Disallowed | Total Net Gain or Loss(-) |
|---|---|---|---|---|---|
| Short-term transactions for covered tax lots | 146.01 | 211.66 | 0.00 | 0.00 | -65.65 |
| Short-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Short-term** | **146.01** | **211.66** | **0.00** | **0.00** | **-65.65** |
| | | | | | |
| Long-term transactions for covered tax lots | 52.50 | 898.14 | 0.00 | 0.00 | -845.64 |
| Long-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Long-term** | **52.50** | **898.14** | **0.00** | **0.00** | **-845.64** |
| | | | | | |
| Undetermined transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Original Issue Discount**

| | |
|---|---|
| Original Issue Discount (Non-US Treasury Obligations) | 0.00 |
| Original Issue Discount on U.S. Treasury Obligations | 0.00 |
| Other Periodic Interest | 0.00 |
| Market Discount - Covered Positions | 0.00 |
| Market Discount - Noncovered Positions | 0.00 |
| Acquisition Premium - Covered Positions | 0.00 |
| Acquisition Premium - Noncovered Positions | 0.00 |
| Bond Premium - Covered Positions | 0.00 |
| Bond Premium - Noncovered Positions | 0.00 |
| Tax-Exempt OID - Covered Positions | 0.00 |
| Tax Exempt OID - Specified Private Activity Bonds - Covered Positions | 0.00 |
| Investment Expenses | 0.00 |

*Amounts shown in this section are summary totals for your reference. For bond-by-bond detail, use the Form1099-OID section of this document.*

**FEDERAL TAX WITHHELD**

| Form | Federal Income Tax Withheld |
|---|---|
| 1099-B Total (aggregate): | **0.00** |
| 1099-DIV Total: | **0.00** |
| 1099-INT Total: | **0.00** |
| 1099-MISC Total: | **0.00** |
| 1099-OID Total: | **0.00** |

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions  2024 Form 1099-B*

2025-01-20        OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Net Proceeds                    **Box 12:** Basis Reported to the IRS

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| GAMESTOP CORP CLASS A  \| CUSIP: 36467W109 \| Symbol: GME | | | | | | | |
| 2024-11-04 | 6 | 133.41 | Various | 180.45 | 0.00 | -47.04 | |
| META MATERIALS INC COMMON STOCK  \| CUSIP: 59134N302 \| Symbol: MMATQ | | | | | | | |
| 2024-08-02 | 6 | 12.60 | Various | 31.21 | 0.00 | -18.61 | |
| **Totals:** | | **146.01** | | **211.66** | | **-65.65** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2024 Form 1099-B*

(continued)

2025-01-20

OMB No. 1545-0715

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.

**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Net Proceeds    **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATERIALS INC COMMON STOCK \| CUSIP: 59134N302 \| Symbol: MMATQ | | | | | | | |
| 2024-08-02 | 25 | 52.50 | Various | 898.14 | 0.00 | -845.64 | |
| **Totals:** | | **52.50** | | **898.14** | | **-845.64** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Common Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You also may have a filing requirement. See the Instructions for Form 8938.
**Account number.** May show an account or other unique number the payer assigned to distinguish your account.
**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file as the "payer" the respective Form 1099 (DIV, INT, or OID) )(with a Form 1096) to the IRS for each of the other owners to show their share of the income, and you must furnish the respective Copy B Form(s) to each. A spouse is not required to file a nominee return to show amounts owned by the other spouse. See the current General Instructions for Certain Information Returns.
**FreeFile.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.
**Future developments.** For the latest information about developments related to forms and instructions, such as legislation enacted after they were published, go to www.irs.gov/forms-instructions.

**Keep tax documents for your records.**

**1099-DIV Instructions for Recipient**
**Box 1a.** Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of Form 1040 or 1040-SR. Also report it on Schedule B (Form 1040), if required.
**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for reduced capital gains rates. See the Instructions for Form 1040 for how to determine this amount and where to report. The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 or 1040-SR but treat it as a plan distribution, not as investment income, for any other purpose.
**Box 2a.** Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See How To Report in the Instructions for Schedule D (Form 1040). But, if no amount is shown in boxes 2b, 2c, 2d, and 2f and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on your Form 1040 or 1040-SR rather than Schedule D. See the Instructions for Form 1040.
**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet in the Instructions for Schedule D (Form 1040).
**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Schedule D (Form 1040) instructions.
**Box 2d.** Shows the portion of the amount in box 2a that is 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet in the Instructions for Schedule D (Form 1040).
**Box 2e.** Shows the portion of the amount in box 1a that is section 897 gain attributable to disposition of U.S. real property interests (USRPI).
**Box 2f.** Shows the portion of the amount in box 2a that is section 897 gain attributable to disposition of USRPI. Note: Boxes 2e and 2f apply only to foreign persons and entities whose income maintains its character when passed through or distributed to its direct or indirect foreign owners or beneficiaries. It is generally treated as effectively connected to a trade or business within the United States. See the instructions for your tax return.
**Box 3.** Shows a return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Pub. 550.
**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.
**Box 5.** Shows the portion of the amount in box 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the instructions for Form 8995 and Form 8995-A.
**Box 6.** Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included in box 1a.
**Box 7.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040 or 1040-SR. See the Instructions for Form 1040.
**Box 8.** This box should be left blank if a RIC reported the foreign tax shown in box 7.
**Boxes 9 and 10.** Show cash and noncash liquidation distributions.
**Box 11.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Box 12.** Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Form 1040 for where to report. This amount may be subject to backup withholding. See Box 4 above.
**Box 13.** Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included in box 12. See the Instructions for Form 6251.
**Boxes 14–16.** State income tax withheld reporting boxes.

**1099-INT Instructions for Recipient**
The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer must generally report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.
**Payer's Routing Transit Number (RTN).** A payer may include the RTN to identify the bank or financial institution where your account is held.
**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a premium.
**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 to see where to take the deduction.
**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.
**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.
**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.
**Box 7.** Shows the country or U.S. territory to which the foreign tax was paid.
**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040. This amount may be subject to backup withholding. See Box 4 above. See the instructions above for a tax-exempt covered security acquired at a premium.
**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.
**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.
**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).
**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).
**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).
**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).
**Boxes 15–17.** State tax withheld reporting boxes.

**1099-B Instructions to Recipients**
Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value (FMV) of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank. Box 1g. Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means (a) stock purchased before 2011, (b) stock in most mutual funds purchased before 2012, (c) stock purchased in or transferred to a dividend reinvestment plan before 2012, (d) debt acquired before 2014, (e) options granted or acquired before 2014, and (f) securities futures contracts executed before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "Net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)**

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2024.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2023.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2024. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts—12/31/2024 in 2025.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2024 Form 6781.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Box 13.** Shows the cash you received, the FMV of any property or services you received, and the FMV of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14–16.** Show state(s)/local income tax information.

## 1099-MISC Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** Individuals should see the Instructions for Schedule SE (Form 1040). Corporations, fiduciaries, or partnerships must report the amounts on the appropriate line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your information correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties; copyrights; and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the Schedule E (Form 1040) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount paid to you as a fishing boat crew member by the operator, who considers you to be self-employed. Self-employed individuals must report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040).

**Box 9.** Report this amount on Schedule F (Form 1040).

**Box 10.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 11.** Shows the amount of cash you received for the sale of fish if you are in the trade or business of catching fish.

**Box 12.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A plus any earnings on current and prior year deferrals.

**Box 13.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

**Box 14.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.

**Box 15.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. Any amount included in box 12 that is currently taxable is also included in this box. Report this amount as income on your tax return. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the instructions for your tax return.

**Boxes 16–18.** Show state or local income tax withheld from the payments.

## 1099-OID Instructions to Recipients

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, you must generally include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer must generally report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

**Box 1.** Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.

**Box 2.** Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Forms 1040.

**Box 3.** Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** For a covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you.

For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required to, report the market discount for a tax-exempt obligation that is a covered security acquired before January 1, 2017. Report the accrued market discount on your income tax return as directed in the Instructions for Forms 1040. Market discount on a tax- exempt security is includible in taxable income as interest income.

**Box 6.** For a taxable covered security, shows the amount of acquisition premium amortization for the year that reduces the amount of OID that is included as interest on your income tax return. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040). If an amount is not reported in this box for a covered security acquired with acquisition premium, the payer has reported a net amount of OID that reflects the offset of OID that is included in income. If the payer has reported a net amount of OID in box 1 or box 8, you must report the net amount of OID on Schedule B (Form 1040) and you must not make an adjustment to this amount for acquisition premium on Schedule B (Form 1040). If there is an amount in both boxes 6 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and is issued with OID, the amount in box 6 shows the amount of acquisition premium amortization for the year that reduces the amount of your tax-exempt OID for the year. The payer may, but is not required to, report the acquisition premium for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID. See the instructions above for a covered security acquired with acquisition premium.

**Box 7.** Shows the identification (CUSIP) number or description of the obligation (may include the stock exchange, issuer, coupon rate, and year of maturity).

**Box 8.** Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included in box 1. See the instructions above for a covered security acquired with acquisition premium. If the number in this box is negative, it represents a deflation adjustment. See Pub. 550 for further information on accounting for this adjustment.

**Box 9.** Any amount shown is your share of investment expenses of a single- class REMIC. This amount is included in box 2. Note: This amount is not deductible.

**Box 10.** For a taxable covered security, including a Treasury inflation-protected security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040). If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 2. If the amount in this box is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4). If there is an amount in both boxes 10 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount in box 10 shows the amount of premium amortization for the year that reduces the amount of your tax-exempt interest for the year. The payer may, but is not required to, report the premium amortization for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID.

**Box 11.** For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, shows the tax-exempt OID on the obligation for the part of the year you owned it. The payer may, but is not required to, report the OID for a tax-exempt obligation that is a covered security acquired before January 1, 2017. In general, report the amount of tax-exempt OID on Form 1040 or 1040-SR. See the instructions above for a covered security acquired with acquisition premium.

**Boxes 12-14.** State income tax withheld reporting.

This page is intentionally left blank.



**Schwab One® Account of**

████████ ████████

**DESIGNATED BENE PLAN/TOD**



**Account Number**

████████

**Statement Period**
**March 1-31, 2022**

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

03/31-00000-TTIJ3009-111103 *1-4



 
# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)



**Schwab One® Account of**

**DESIGNATED BENE PLAN/TOD**

**Account Number**

**Statement Period**
**March 1-31, 2022**

## Account Value as of 03/31/2022: $ 41,482.88

| Change in Account Value | This Period | Year to Date |
|---|---|---|
| Starting Value | $ 46,722.50 | $ 64,500.73 |
| Credits | 0.00 | 8,000.00 |
| Debits | (730.00) | (730.00) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (4,509.62) | (30,287.85) |
| Ending Value on 03/31/2022 | $ 41,482.88 | $ 41,482.88 |
| Total Change in Account Value | $ (5,239.62) | $ (23,017.85) |
| | (11.21)% | (35.69)% |

### Account Value



| Asset Composition | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep $^{X,Z}$ | $ 7.18 | <1% |
| Equities | 34,698.60 | 84% |
| Other Assets | 6,777.10 | 16% |
| Total Assets Long | $ 41,482.88 | |
| Total Account Value | $ 41,482.88 | 100% |

■ 84% Equities
▨ 16% Other Assets

To explore the features of this statement visit schwab.com/premiumstatement





**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**March 1-31, 2022**

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |
| **All Investments** | $487.68 | $0.00 | $(44,039.57) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash**\* | **$ 4.42** | **$ 274.83** |
| Deposits and other Cash Credits | 0.00 | 8,000.00 |
| Investments Sold | 10,960.91 | 10,960.91 |
| Dividends and Interest | 0.00 | 0.00 |
| Withdrawals and other Debits | (730.00) | (730.00) |
| Investments Purchased | (10,228.15) | (18,498.56) |
| Fees and Charges | 0.00 | 0.00 |
| **Total Cash Transaction Detail** | **2.76** | **(267.65)** |
| **Ending Cash**\* | **$ 7.18** | **$ 7.18** |

\*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





Schwab One® Account of

**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
March 1-31, 2022

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 4.42 | 7.18 | <1% |
| Total Bank Sweep X,Z | 4.42 | 7.18 | <1% |
| Total Bank Sweep | | 7.18 | <1% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ILUSTRATO PICTRS INTL SYMBOL: ILUS | 221,000.0000 | 0.15600 | 34,476.00 / 74,334.41 | 83% | (39,858.41) | N/A | N/A |
| META MATLS INC SYMBOL: MMAT | 100.0000 | 1.67000 | 167.00 / 361.50 | <1% | (194.50) | N/A | N/A |
| PHUNWARE INC SYMBOL: PHUN | 20.0000 | 2.78000 | 55.60 / 195.00 | <1% | (139.40) | N/A | N/A |
| **Total Equities** | **221,120.0000** | | **34,698.60** | **84%** | **(40,192.31)** | | **N/A** |
| | | **Total Cost Basis:** | **74,890.91** | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.




**DESIGNATED BENE PLAN/TOD**


**Account Number**

**Statement Period**
**March 1-31, 2022**

## Investment Detail - Other Assets

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Other Assets** | | | *Cost Basis* | | | | |
| **META MATLS INC    0%PFD** | 5,555.0000 | 1.22000 | 6,777.10 | 16% | (3,847.26) | N/A | N/A |
| SUBJ TO XTRO REDEMPTION | | | *10,624.36* | | | | |
| SYMBOL: MMTLP | | | | | | | |
| **Total Other Assets** | **5,555.0000** | | **6,777.10** | **16%** | **(3,847.26)** | | **N/A** |
| | | **Total Cost Basis:** | **10,624.36** | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | **41,482.88** |
| **Total Account Value** | **41,482.88** |
| **Total Cost Basis** | **85,515.27** |

## Realized Gain or (Loss)

| Short Term | | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC    0%PFD TO XTRO: MMTLP | | SUBJ | 1,032.0000 | multiple | 03/09/22 | 1,866.72 | 1,550.77 | 327.78 |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account of

**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**March 1-31, 2022**

## Realized Gain or (Loss) (continued)

| Short Term (continued) | | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC 0%PFD TO XTRO: MMTLP | | SUBJ | 5,000.0000 | multiple | 03/09/22 | 9,094.19 | 9,386.00 | 159.90 |
| **Total Short Term** | | | | | | **10,960.91** | **10,936.77** | **487.68** |
| **Total Realized Gain or (Loss)** | | | | | | **10,960.91** | **10,936.77** | **487.68** |

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.

Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Other Assets Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 03/11/22 | 03/09/22 | Sold | META MATLS INC 0%PFD | (5,000.0000) | 1.8200 | 5.81 | 9,094.19 |
| | | | Includes Commission $5.76, Exchange Processing Fee $0.05 | | | | |
| 03/11/22 | 03/09/22 | Sold | META MATLS INC 0%PFD | (1,032.0000) | 1.8100 | 1.20 | 1,866.72 |
| | | | Includes Commission $1.19, Exchange Processing Fee $0.01 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC 0%PFD | 597.0000 | 1.8400 | 0.75 | (1,099.23) |
| | | | Includes Commission $0.75 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC 0%PFD | 100.0000 | 1.8400 | 0.13 | (184.13) |
| | | | Includes Commission $0.13 | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 10





## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 500.0000 | 1.8400 | 0.63 | (920.63) |
| | | | Includes Commission $0.63 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 500.0000 | 1.8400 | 0.63 | (920.63) |
| | | | Includes Commission $0.63 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 500.0000 | 1.8400 | 0.63 | (920.63) |
| | | | Includes Commission $0.63 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 1,000.0000 | 1.8400 | 1.25 | (1,841.25) |
| | | | Includes Commission $1.25 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 1,000.0000 | 1.8400 | 1.25 | (1,841.25) |
| | | | Includes Commission $1.25 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 100.0000 | 1.8400 | 0.13 | (184.13) |
| | | | Includes Commission $0.13 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 1,000.0000 | 1.8400 | 1.25 | (1,841.25) |
| | | | Includes Commission $1.25 | | | | |
| 03/11/22 | 03/09/22 | Bought | META MATLS INC   0%PFD | 258.0000 | 1.8400 | 0.30 | (475.02) |
| | | | Includes Commission $0.30 | | | | |
| **Total Other Assets Activity** | | | | | | | **732.76** |
| **Total Purchases & Sales** | | | | | | | **732.76** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab One® Account of**

**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**March 1-31, 2022**

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 03/11/22 | 03/11/22 | MoneyLink Txn | | | (730.00) |
| **Total Deposits & Withdrawals** | | | | | **(730.00)** |

The total deposits activity for the statement period was $0.00.  The total withdrawals activity for the statement period was $730.00.

| | |
|---|---|
| **Total Transaction Detail** | **2.76** |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [x,z] |
|---|---|---|---|---|---|
| **Opening Balance** [x,z] | | | | | **4.42** |
| 03/14/22 | Auto Transfer | BANK CREDIT FROM BROKERAGE [x] | | 2.76 | 7.18 |
| **Total Activity** | | | **0.00** | **2.76** | |
| **Ending Balance** [x,z] | | | | | **7.18** |

*Bank Sweep: Interest Rate as of 03/31/22 was 0.01%.* [z]

## Open Orders

*You can change or cancel any open order by calling us.*
*Orders expire as of close of business on expiration date listed below.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price | Will Expire |
|---|---|---|---|---|---|---|
| ILUSTRATO PICTRS INTL | Sell | 200,000.0000 | 02/25/22 | 0.1560 | 12.0000 | 04/26/22 |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





**Schwab One® Account of**

**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**March 1-31, 2022**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.





**Schwab One® Account of**

**DESIGNATED BENE PLAN/TOD**



| Account Number | Statement Period |
|---|---|
| | **August 1-31, 2023** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

08/31-00000-TTIJ3007-103400 *





Schwab One® Account of

**DESIGNATED BENE PLAN/TOD**

**Account Number**

**Statement Period**
**August 1-31, 2023**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one of more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, espically thinly traded equities in the OTC marketor foreign markets, may not report report the most current price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage. Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how your gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call **Schwab Signature Alliance at 800-515-2157.**
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved.
**Member SIPC.**

(0822-20UL)



*charles* SCHWAB

**Schwab One® Account of**

**DESIGNATED BENE PLAN/TOD**

**Account Number**


**Statement Period**
**August 1-31, 2023**

# Account Value as of 08/31/2023: $ 5,851.60 $^\Delta$

| Change in Account Value | This Period | Year to Date |
|---|---|---|
| Starting Value | $ 7,351.54 | $ 16,478.53 |
| Credits | 0.01 | 1,530.44 |
| Debits | 0.00 | (1,080.00) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (1,499.95) | (11,077.37) |
| Ending Value on 08/31/2023 $^\Delta$ | $ 5,851.60 | $ 5,851.60 |
| Total Change in Account Value | $ (1,499.94) | $ (10,626.93) |
| | (20.40)% | (64.49)% |

### Account Value

(Bar chart showing Account Value by month. Y-axis values: 5000, 15000, 25000, 35000, 45000, 55000, 65000. X-axis months: 9/22, 10/22, 11/22, 12/22, 1/23, 2/23, 3/23, 4/23, 5/23, 6/23, 7/23, 8/23)

| Asset Composition | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep $^{X,Z}$ | $ 17.87 | <1% |
| Equities | 5,833.73 | 100% |
| Total Assets Long $^\Delta$ | $ 5,851.60 | |
| Total Account Value $^\Delta$ | $ 5,851.60 | 100% |

To explore the features of this statement visit schwab.com/premiumstatement





**Schwab One® Account  of**

**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**August 1-31, 2023**

| Gain or (Loss) Summary | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |
| All Investments | $0.00 | $0.00 | $(64,826.16) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

| Income Summary | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |
| Bank Sweep Interest | 0.00 | 0.01 | 0.00 | 0.44 |
| **Total Income** | **0.00** | **0.01** | **0.00** | **0.44** |

| Cash Transactions Summary | This Period | Year to Date |
|---|---|---|
| **Starting Cash**\* | **$ 17.86** | **$ 235.86** |
| Deposits and other Cash Credits | 0.00 | 1,530.00 |
| Investments Sold | 0.00 | 3,738.76 |
| Dividends and Interest | 0.01 | 0.44 |
| Withdrawals and other Debits | 0.00 | (1,000.00) |
| Investments Purchased | 0.00 | (4,407.19) |
| Fees and Charges | 0.00 | (80.00) |
| **Total Cash Transaction Detail** | **0.01** | **(217.99)** |
| **Ending Cash**\* | **$ 17.87** | **$ 17.87** |

\*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**DESIGNATED BENE PLAN/TOD**

**Account Number**



**Statement Period**
**August 1-31, 2023**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 17.86 | 17.87 | <1% |
| Total Bank Sweep ˣᶻ | 17.86 | 17.87 | <1% |
| Total Bank Sweep | | 17.87 | <1% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **GLOBAL DEVELOPMENTS** | 35,000.0000 | 0.05010 | 1,753.50 | 30% | (390.70) | N/A | N/A |
| SYMBOL: GDVM | | | 2,144.20 | | | | |
| **HOUSTON NAT RES CORP** | 3,000.0000 | 0.07975 | 239.25 | 4% | (129.62) | N/A | N/A |
| TRADES WITH DUE BILLS | | | 368.87 | | | | |
| SYMBOL: HNRC | | | | | | | |
| **ILUSTRATO PICTRS INTL** | 202,200.0000 | 0.01825 | 3,690.15 | 63% | (63,603.40) | N/A | N/A |
| SYMBOL: ILUS | | | 67,293.55 | | | | |
| **META MATLS INC** | 500.0000 | 0.23020 | 115.10 | 2% | (428.84) | N/A | N/A |
| SYMBOL: MMAT | | | 543.94 | | | | |
| **MICROMOBILITY.COM INC** | 2.0000 | 0.06910 | 0.14 | <1% | (30.29) | N/A | N/A |
| CLASS        A | | | 30.43 | | | | |
| SYMBOL: MCOM | | | | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.




**DESIGNATED BENE PLAN/TOD**



| | Account Number | Statement Period |
|---|---|---|
| | | **August 1-31, 2023** |

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity | Market Price | Market Value<br>Cost Basis | % of<br>Account<br>Assets | Unrealized<br>Gain or (Loss) | Estimated<br>Yield | Estimated<br>Annual Income |
|---|---|---|---|---|---|---|---|
| **MINERALRITE CORP** | 100,000.0000 | 0.00030 | 30.00 | <1% | (53.90) | N/A | N/A |
| SYMBOL: RITE | | | 83.90 | | | | |
| **PHUNWARE INC** | 20.0000 | 0.27950 | 5.59 | <1% | (189.41) | N/A | N/A |
| SYMBOL: PHUN | | | 195.00 | | | | |
| **Total Equities** | 340,722.0000 | | 5,833.73 | 100% | (64,826.16) | | N/A |
| | | **Total Cost Basis:** | 70,659.89 | | | | |

## Investment Detail - Unpriced Securities

| Unpriced Securities | Quantity | Market Price | Market Value<br>Cost Basis | Unrealized<br>Gain or (Loss) |
|---|---|---|---|---|
| **NEXT BRIDGE HYDROCARBONS** | 3,333.0000 | N/A | N/A | N/A |
| | | | 6,219.42 | |
| **WORLDWIDE DIVERSIFIED HL** | 750.0000 | N/A | N/A | N/A |
| | | | 0.00 | |
| **Total Unpriced Securities** | 4,083.0000 | | N/A | N/A |
| | | **Total Cost Basis:** | 6,219.42 | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*





**Schwab One® Account  of**

**DESIGNATED BENE PLAN/TOD**

| **Account Number** | **Statement Period** |
|---|---|
|  | **August 1-31, 2023** |

| Total Investment Detail | 5,851.60 |
|---|---|

| Total Account Value (excl. Unpriced Securities) | 5,851.60 |
|---|---|
| *Total Cost Basis* | *76,879.31* |

## Transaction Detail - Transfers

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 08/03/23 | 08/03/23 | Delivered | NEXT BRIDGE HYDROCARBONS | (2,222.0000) | 0.0000 | 0.00 |
| **Total Transfers** | | | | | | **0.00** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 08/15/23 | 08/16/23 | Bank Interest[X,Z] | BANK INT 071623-081523: SCHWAB BANK | 0.01 |
| **Total Dividends & Interest** | | | | **0.01** |
| | | | **Total Transaction Detail** | **0.01** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





**Schwab One® Account  of**
**DESIGNATED BENE PLAN/TOD**



**Account Number**

**Statement Period**
**August 1-31, 2023**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| Opening Balance X,Z | | | | | 17.86 |
| 08/15/23 | Interest Paid X,Z | BANK INTEREST - CHARLES SCHWAB BANK | | 0.01 | 17.87 |
| 08/15/23 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 0.01 | | 17.86 |
| 08/17/23 | Auto Transfer | BANK CREDIT FROM BROKERAGE  X | | 0.01 | 17.87 |
| Total Activity | | | 0.01 | 0.02 | |
| Ending Balance X,Z | | | | | 17.87 |

*Bank Sweep: Interest Rate as of 08/31/23 was 0.45%. Z*

## Open Orders

*You can change or cancel any open order by calling us.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price |
|---|---|---|---|---|---|
| META MATLS INC | Sell | 500.0000 | 07/20/23 | 0.2302 | 20.0000 |
| ILUSTRATO PICTRS INTL | Sell | 202,200.0000 | 08/07/23 | 0.0182 | 5.5000 |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| Δ | Excluding unpriced securities (see Investment Detail). |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |




Schwab One® Account of

**DESIGNATED BENE PLAN/TOD**


Account Number

**Statement Period**
**August 1-31, 2023**

## Endnotes For Your Account (continued)

| Symbol | Endnote Legend |
|---|---|
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101



| | |
|---|---|
| **Statement Date:** | May 5, 2024 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | |
| **W9/W8/W8BENE Certified:** | No |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Detail as of 05/05/2024

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 2,222.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 08/16/2023 | | 2,222.000 | No |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000011467

0.001.001.00001

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

**Access your stock accounts online**
Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms

**ONLINE ACCOUNT ACCESS:**
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central,** complete the short registration process to create your user name.

**Important Information**
- If you have only fractional shares, they cannot be transferred.
- If you have at least one share:
    - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.
    - If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

**How To Replace Lost Certificates**
To replace any lost certificate(s), please access your account via our website at www.astfinancial.com, contact our Shareholder Services Department at the number listed above or notify our Correspondence Department in writing at the letterhead address. Upon receipt of your request, the appropriate documents will be sent to replace the certificate(s).

**W9/W8 Certified Instructions**
You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available *at www.astfinancial.com/knowledge-center/forms.* Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.