_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
April 23, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

META MATERIALS INC.,

Debtor(s).

Case No.: 24-50792-gs
Chapter 7

**ORDER ON MOTION TO FILE UNDER SEAL**

On April 3, 2026, the chapter 7 trustee (Trustee) filed her Ex Parte Motion to File Under Seal Documents Related to Parabellum Capital, LLC Litigation Funding Agreement (ECF No. 2679) (Motion to Seal). The Motion to Seal was filed in conjunction with the Trustee's Motion for Order Ratifying Litigation Funding Agreement (ECF No. 2682) (Motion to Ratify). On April 9, 2026, Citadel Securities LLC filed its Opposition to the Trustee's Ex Parte Motion to File Under Seal Documents Related to Parabellum Capital, LLC Litigation Funding Agreement and Request for Scheduling Order and Status Hearing (ECF No. 2692) (Opposition). The court has reviewed the Motion to Ratify, the Motion to Seal and the Opposition.

The Motion to Seal has been filed on an ex parte basis and has been on file now since April 3, 2026. Only Citadel Securities has objected to the Motion to Seal the Sixth Amended and Restated Prepaid Forward Purchase Agreement (Litigation Funding Agreement). But Citadel Securities' current involvement with the bankruptcy is limited to the Trustee's efforts to conduct a Rule 2004 examination of Citadel Securities and Citadel Securities' pending motion to quash

1

that examination. The Litigation Funding Agreement appears to have no relationship or relevance to the motion to quash. The court does not see how Citadel Securities has standing to oppose consideration of the Litigation Funding Agreement, which is related to the Trustee's employment of special counsel.

More to the point, the Litigation Funding Agreement covers matters beyond the scope of the funding for litigation in this bankruptcy. The Motion to Seal makes reference to those other matters but redacts the names of those litigations. ECF No. 2679 at 3. Those matters appear unrelated to the terms and conditions for funding the estate's securities investigation and any litigation that may result. However, the Litigation Funding Agreement is a significant part of special counsel's employment by the estate.

The court is inclined to grant the Motion to Seal, particularly ahead of the scheduled hearing on the Motion to Ratify set for May 7, 2026. However, the court also believes it would be prudent to require the Trustee to provide an unredacted copy of the Litigation Funding Agreement and exhibits to the United States Trustee (UST) for review upon the execution of a proper protective order to protect confidentiality. The trustee should provide the Litigation Funding Agreement to the UST no later than **April 30, 2026**. The court requests that the UST review the Litigation Funding Agreement and Motion to Ratify, and if possible, to appear at the May 7 hearing on the Motion to Ratify.

At the May 7 hearing, the court anticipates asking for further clarification and explanation of the Litigation Funding Agreement and its relationship to the employment of special counsel, and whether a version of the Litigation Funding Agreement together with Exhibit F (the agreement for the Meta litigation) should be filed with redaction of the other various non-Meta litigations. Additionally, the Trustee should be prepared to discuss why the definition of Meta Litigation should remain under seal.

Therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion to File Under Seal Documents Related to Parabellum Capital, LLC Litigation Funding Agreement (ECF No. 2679) is

GRANTED subject to further order of this court after the May 7, 2026, hearing on the Motion to Ratify. However, the Trustee shall provide the United States Trustee with an unredacted copy of the Litigation Financing Agreement and exhibits upon execution of an appropriate protective order to ensure the confidentiality of the information contained within the Litigation Funding Agreement.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #