Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

META MATERIALS INC.,

     Debtor.

Case No.: 24-50792-gs
(Chapter 7)

**REPLY TO NON-PARTY CITADEL SECURITIES LLC'S OPPOSITION TO THE TRUSTEE'S EX PARTE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO PARABELLUM CAPITAL, LLC LITIGATION FUNDING AGREEMENT AND REQUEST FOR SCHEDULING ORDER AND STATUS HEARING**

Hearing Date:
Hearing Time:

     Christina Lovato, chapter 7 Trustee for the estate of Meta Materials Inc., files her Reply to the Opposition of Non-Party Citadel Securities LLC To The Trustee's *Ex Parte* Motion To File Under Seal Documents Related To Parabellum Capital, LLC Litigation Funding Agreement And Request For Scheduling Order And Status Hearing **[ECF No. 2692]**.

     With respect to the timing of the Trustee's Motion To Ratify Litigation Funding Agreement, **[ECF No. 2682]**, the Court did not establish a deadline by which the Trustee was to file the Motion. Trustee's counsel consulted with litigation counsel to determine the approach to supporting the request and concluded that 11 U.S.C.§ 363 best suits the factual context. In due

1

course, and in light of counsel's workload in other matters, the request was filed and set for hearing on regular notice.

Substantively, on April 23, 2026, the Court entered its Order On Motion To Seal.  **[ECF No. 2712]**.  At the Court's direction, Trustee's counsel will work with the Office of the United States Trustee ("UST") and prepare a draft Stipulated Protective Order or similar document for its confidential review of the unredacted Litigation Funding Agreement with all exhibits as provided to the Court under seal.[1]

DATED: April 23, 2026.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Trustee

---

[1] In initial conversation with the UST representative, they are generally prohibited from agreeing to and executing Protective Orders.  Trustee's counsel will work with the UST to establish the confidentiality requirement.

2