Jeffrey L. Hartman, Esq. – NSB #1607
HARTMAN & HARTMAN
510 W. Plumb Lane
Suite B
Reno, NV 89509
Tel: 775-324-2800
Fax: 775-324-1818
Email: notices@bankruptcyreno.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051
Email: cbrust@sbwlawgroup.com
        hwinston@sbwlawgroup.com

*Attorneys for Christina Lovato, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 24-50792-hlb |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | **DECLARATION OF GEORGIOS PALIKARAS IN SUPPORT OF THE OMNIBUS OPPOSITION TO SCOTT TRAUDT'S RULE 2004 MOTIONS AND NOTICES** |
| | Hearing Date: |
| | Hearing Time: |

I, GEORGIOS PALIKARAS, do hereby declare under penalty of perjury of the laws of the United States, that the following assertions are true to the best of my knowledge and belief and that I will testify, if required, the following:

1. I am over the age of 18 years and have personal knowledge of the facts and statements contained in this declaration and am prepared to testify in accordance with the language set forth in this declaration.

2. I was the President and Chief Executive Officer of META MATERIALS, INC. ("Meta") from June 28, 2021 to October 10, 2023. Prior to that, I served as President and Chief Executive Officer of Metamaterial Inc., the Canadian entity that combined with Torchlight Energy Resources, Inc. to form Meta in June 2021.

3. Meta Materials Inc. was formed on June 28, 2021 through a statutory Plan of

Arrangement ("Merger") between Torchlight Energy Resources, Inc. ("Torchlight") and Metamaterial Inc., a Canadian publicly traded Nanotechnology and Advanced Materials entity. Following the Merger, Torchlight was renamed Meta Materials Inc., and its common stock began trading on Nasdaq under the symbol "MMAT."

4.    In connection with the Merger, and on a one-time basis only, Torchlight declared on June 14, 2021 a special dividend of Series A Non-Voting Preferred Stock (the "Series A Preferred"), issued as a special stock dividend on a one-for-one basis to holders of Torchlight common stock of record as of the close of market trading on June 24 (Ex-date June 23, 2021). The Series A Preferred dividend was paid on June 25, 2021. Persons who acquired Torchlight common stock after the June 24, 2021 record date were not entitled to, and did not receive, the Series A Preferred dividend. The Series A Non-Voting Preferred Stock later traded as MMTLP over-the-counter ("OTC").

5.    The Series A Preferred had, by its express terms, the following characteristics: (a) it was non-voting; (b) it carried no claim against Meta's operating business or its profits; (c) its sole economic entitlement was a contingent right to receive cash dividends out of the net proceeds, if any, of Meta's sale or disposition of its legacy oil and natural gas assets (which had been inherited from Torchlight); and (d) if Meta did not sell those legacy assets within a defined window, the Series A Preferred (MMTLP) shares would be exchanged on a one-for-one basis for shares of common stock of a separate spin-off entity formed to hold those legacy assets.

6.    MMTLP represented Meta's unlisted Series A Preferred Shares, which began trading on the OTC Market on October 7, 2021 without the authorization or request of the Company. On October 6, 2021, FINRA notified the Company that it had assigned the ticker symbol MMTLP to the Series A Shares.

7.    On November 23, 2022, Meta's board of directors approved the distribution of 100% of the common stock of its wholly owned subsidiary, Next Bridge Hydrocarbons, Inc., which held Meta's (Torchlight) legacy oil and natural gas assets.

8.    As a result of the Next Bridge spin-off, each holder of MMTLP as of the December 12, 2022 record date received one share of Next Bridge common stock for every one MMTLP share held, and the MMTLP (Series A Preferred) shares were cancelled by the issuer at the time of the December

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

2

14, 2022 distribution.

9.      Since the December 14, 2022 spin-off, NBH has operated as an independent company and SEC reporting issuer. Meta distributed all of its equity interest in NBH to MMTLP holders in the spin-off and, following the distribution, does not own NBH common stock or exercise control over NBH. NBH files its own reports with the SEC under a separate CIK (distinct from Meta's CIK), reflecting that Meta and NBH are separate corporate registrants. Accordingly, NBH shares are not property of Meta or Meta's estate.

10.      To my knowledge, Mr. Traudt did not receive, and has never held, Meta common stock. The shareholder records available to me during my tenure reflect only registered holders of record; beneficial owners holding in street name through a broker-dealer would not appear under their own name in those records. To my knowledge, following the December 14, 2022 spin-off and cancellation of the Series A Preferred, Mr. Traudt has not held any shares of Meta, of any class.

11.      The corporate-history facts set forth above are derived from the public filings of Meta Materials Inc. and Next Bridge Hydrocarbons, Inc. with the U.S. Securities and Exchange Commission, from FINRA's public corporate-action notices, and from my personal knowledge as a former officer and director of Meta.  Meta's share register at any given moment in time was maintained by its transfer agent, and the identity of any individual beneficial owner who held shares in "street name" through a broker-dealer would not appear on Meta's share register.  This declaration accordingly does not address the holdings of any specific individual; it addresses only the structure, terms, and corporate history of Meta's securities.

DATED this  23rd  day of April, 2026.


          /s/ Georgios Palikaras
          GEORGIOS PALIKARAS

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of SBW LAW GROUP, and that on this date I caused a true copy of the **DECLARATION OF GEORGIOS PALIKARAS IN SUPPORT OF OMNIBUS OPPOSITION TO SCOTT TRAUDT'S RULE 2004 MOTIONS AND NOTICES** to be served via ECF to the following:

MICHAEL R. BRUNET on behalf of Creditor GEORGIOS PALIKARAS, mbrunet@cooperlevenson.com

DAVID ERNESTO CHAVEZ on behalf of Defendant THE NASDAQ STOCK MARKET LLC, chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

BRADLEY A. COSMAN on behalf of Debtor META MATERIALS INC., bcosman@perkinscoie.com

JIMMY F. DAHU on behalf of Other Prof. CITADEL SECURITIES LLC, jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

KAWA FOAD on behalf of Creditor BRAD DAVIS, Creditor DANIEL R. AUXIER, and Creditor Marcos Monteiro, kfoad@kf-law.com

JEFFREY L HARTMAN on behalf of Trustee CHRISTINA W. LOVATO, notices@bankruptcyreno.com, abg@bankruptcyreno.com

MICHAEL R. HOGUE on behalf of Other Prof. Anson Funds Management LP, hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com; flintza@gtlaw.com; JavieAnne.Bauer@gtlaw.com; andersonel@gtlaw.com; navarrom@gtlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Chester, Creditor David Sokolove, and Creditor Jonathan Edwards, mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com

CHRISTINA W. LOVATO, trusteelovato@att.net, NV26@ecfcbis.com

JARROD L RICKARD on behalf of Interested Party VIRTU FINANCIAL LLC, jlr@semenzarickard.com, oak@semenzarickard.com, alb@semenzarickard.com

U.S. TRUSTEE - RN – 7, USTPRegion17.RE.ECF@usdoj.gov

RYAN J. WORKS on behalf of Other Prof. CITADEL SECURITIES LLC, rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com

SCOTT TRAUDT, 191 Kibling Hill Rd., Strafford, VT 05072

Dated this __23rd__ day of April, 2026.

/s/ Isabella Esguerra
Employee of SBW Law Group

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

4