NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor**

META MATERIALS INC.

**Case Number**

24-50792

**1 Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder") VICTOR GRANADOS
102 E 5th St., NATIONAL CITY, CALIFORNIA, 91950

Telephone Number (619) 721-6242

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

APR 27 2026

U.S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

Account or other number by which Interest holder identifies Debtor (last 4 digits only)

N 104

Check here if this Proof of Interest
☐ replaces a previously filed Proof of Interest dated _____
☐ amends a previously filed Proof of Interest dated _____

**2 Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest**
VICTOR GRANADOS
102 E 5TH ST NATIONAL CITY CA 91950

Telephone Number

**3 Date Equity Interest was acquired**

10/12/2022, 12/04/2022

**4 Total amount of member interest** 2,640 SHARES

**5 Certificate number(s)** 7881,

**6 Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7 Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box
■ I am the interest holder
☐ I am the interest holder's authorized agent
(Attach copy of power of attorney, if any )
☐ I am the trustee, or the debtor, or their authorized agent
(See Bankruptcy Rule 3004 )
☐ I am a guarantor, surety, endorser, or other codebtor
(see Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information and reasonable belief

Print Name VICTOR GRANADOS
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature)
Date 04/21/2026
Telephone number (619) 721-6242 email HUGGRANA@GMAIL

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

Processing Date                        10/12/22
Account Number                  ████▓57881  HLF
                                    CLIENT SERVICES
                                    (800) 392-5749

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are    Not insured by FDIC    Not a deposit or other obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its affiliates    Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAE22101299376 PART OF    1875 SHR | MMAT 59134N104 | 1 000 | 0 9271 | Principal NET AMOUNT | 927 10 927 10 | Cash | 1 | 36303 |
| 10/12/22 | 10/14/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAD22101274264 PART OF    1875 SHR | MMAT 59134N104 | 600 | 0 83 | Principal NET AMOUNT | 498 00 498 00 | Cash | 1 | 06331 |
| 10/12/22 | 10/14/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAD22101274266 PART OF    1875 SHR | MMAT 59134N104 | 275 | 0 83 | Principal NET AMOUNT | 228 25 228 25 | Cash | 1 | 26332 |

If you have any questions about your
stat ment  r  oncerns ab ut your
account, please call us at th  toll
free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950-2206

| | |
|---|---|
| Processing Date | 11/4/22 |
| Account Number | ~~800 67~~881  HLF |
| | CLIENT SERVICES |
| | (800) 392 5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are    Not insured by FDIC    Not a deposit or other obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its affiliates    Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES  LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAD22110450592 | MMAT 59134N104 | 773 | 1 56 | Principal NET AMOUNT | 1 205 88 1 205 88 | Cash | 1 | 15460 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

**\*In the event that the meaning of a code referenced above (and such code s definition on the back of this confirmation) conflicts with other wording on the front of this confirmation  the wording on the front of this confirmation shall control**

If you have any questions about your
statement or concerns ab ut your
account  please call us at the toll
free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

| | |
|---|---|
| Processing Date | 11/3/22 |
| Account Number | ~~996~~57881  HLF |
| | CLIENT SERVICES |
| | (800) 392-5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are   Not insured by FDIC   Not a deposit or other
obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its
affiliates   Subject to investment risks  including possible loss of the
principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | Bought | META MATLS INC PFD SER A PERPETUAL UNSOLICITED ROME  WHIPANYAAC22110355294 | MMTLP 59134N203 | 29 | 6 69 | Principal NET AMOUNT | 194 01 194 01 | Cash | 1 | 03143 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

\*In the event that the meaning of a code referenced above (and such code s
definition on the back of this confirmation) conflicts with other wording on the
front of this confirmation  the wording on the front of this confirmation shall control

If you h  ve any qu  stions about your
statem  nt or concerns about your
account  please call us at the toll
free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

| | |
|---|---|
| Processing Date | 11/4/22 |
| Account Number | 57881  HLF |
| | CLIENT SERVICES |
| | (800) 392-5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are    Not Insured by FDIC    Not a deposit or other obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its affiliates    Subject to Investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/22 | 11/08/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAD22110450592 | MMAT 59134N104 | 773 | 1 56 | Principal NET AMOUNT | 1 205 88 1 205 88 | Cash | 1 | 15460 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control**

If you have any questions about your statement or concerns ab ut your account, please call us at the toll free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

|  |  |
|---|---|
| Processing Date | 12/5/22 |
| Account Number | ▆▆▆57881  HLF |
|  | CLIENT SERVICES |
|  | (800) 392 5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are    Not insured by FDIC   Not a deposit or other obligation of  or guaranteed by JPMorgan Chase Bank N A  or any of its affiliates   Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/22 | 12/07/22 | Bought | META MATLS INC PFD SER A   PERPETUAL UNSOLICITED AVG PRICE SHOWN DETAILS  ON REQ ROME  WHIPANYAAG22120598554 | MMTLP 59134N203 | 126 | 7 90 | Principal NET AMOUNT | 995 40 995 40 | Cash | 1 | 44920 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

\*In the event that the meaning of a code referenced above (and such code s
definition on the back of this confirmation) conflicts with other wording on the
front of this confirmation, the wording on the front of this confirmation shall control

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

| | |
|---|---|
| Processing Date | 10/12/22 |
| Account Number | 57943 HLF |
| | CLIENT SERVICES |
| | (800) 392-5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are    Not insured by FDIC   Not a deposit or other obligation of  or guaranteed by JPMorgan Chase Bank  N A  or any of its affiliates   Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAF22101270946 | MMAT 59134N104 | 7 | 0 95 | Principal NET AMOUNT | 6 65 6 65 | Cash | 1 | 15725 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

**\*In the event that the meaning of a code referenced above (and such code s definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control**

If you have any questions about your statement or c ncerns about your account  please call us at the toll free number provided above

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603 5506
Tel 800-392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

| | |
|---|---|
| Processing Date | 10/26/22 |
| Account Number | ▆▆▆-57943  HLF |
| | CLIENT SERVICES |
| | (800) 392-5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are    Not insured by FDIC    Not a deposit or other obligation of  or guaranteed by JPMorgan Chase Bank  N A  or any of its affiliates    Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/22 | 10/28/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAB22102693369 | MMAT 59134N104 | 817 | 0 98 | Principal NET AMOUNT | 800 66 800 66 | Cash | 1 | 22656 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

**\*In the event that the meaning of a code referenced above (and such code s definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control**

If you have any questions about your statement or concerns about your account  please call us at the toll fr  number provided ab ve

# J.P.Morgan

J P Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-5506
Tel 800 392 5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA 91950 2206

Processing Date                                    11/8/22
Account Number                        ▓▓▓-57943 HLF
                                      CLIENT SERVICES
                                      (800) 392 5749

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Investment products are    Not insured by FDIC    Not a deposit or other obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its affiliates    Subject to investment risks  including possible loss of the principal amount invested |
|---|

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/22 | 11/10/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J P  MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME  WHIPANYAAA22110804462 | MMAT 59134N104 | 214 | 1 40 | Principal NET AMOUNT | 299 60 299 60 | Cash | 1 | 02654 |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

**\*In the event that the meaning of a code referenced above (and such code s definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control**

If you have any questions about your
stat ment or conc n  about your
account  pl ase call us at the toll
free number provided above

# J.P.Morgan

J P Morgan Securites LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago IL 60603-6506
Tel 800-392-5749

VICTOR H GRANADOS
102 E FIFTH ST
NATIONAL CITY CA  91950 2206

|  |  |
|---|---|
| Processing Date | 11/21/22 |
| Account Number | 57943  HLF |
|  | CLIENT SERVICES |
|  | (800) 392 5749 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are    Not insured by FDIC    Not a deposit or other obligation of  or guaranteed by  JPMorgan Chase Bank  N A  or any of its affiliates    Subject to investment risks  including possible loss of the principal amount invested

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | Bought | META MATLS INC PFD SER A PERPETUAL UNSOLICITED AVG PRICE SHOWN DETAILS  ON REQ ROME  WHIPANYAAB22112123753 | MMTLP 59134N203 | 96 | 10 4425 | Principal | 1 002 48 | Cash | 1 | 36305 |
|  |  |  |  |  |  |  | NET AMOUNT | 1 002 48 |  |  |  |

Investment products and services  including brokerage and advisory accounts  are offered through **J P  Morgan Securities LLC**  member FINRA and SIPC  J P  Morgan Securities LLC and JPMorgan Chase Bank  N A  are affiliated companies under the common control of JPMorgan Chase & Co

*In the event that the meaning of a code referenced above (and such code s definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control