1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

RECEIVED
AND FILED   *AM*

APR 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:
META MATERIALS, INC.,

Debtor

Case No. 24-50792-gs
Chapter 7

---

**MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF ACCESS REQUEST)**
**IN CASE NO. 24-50792-gs ONLY**

---

Movant Danielle Spears, appearing pro se, respectfully moves this Court for entry of an order authorizing her to file documents electronically through the Court's CM/ECF system in the above-captioned case. In support thereof, Movant states:

1. Movant has actively participated in this case through multiple filings, including:

   (a) Emergency Motion to Intervene and Stay Proceedings (Doc. 1988);

   (b) Motion by Danielle Spears, Third Party Intervenor and Movant Supplement (Doc. 2174) and Exhibits 2174-1 through 2174-5;

   (c) Supplemental Filing (Doc. 2413);

   (d) Proof of Interest (Doc. 2414);

   (e) Request for Notice (Doc. 2539);

   (f) Motion to Determine Standing (Doc. 2586);

   (g) Motion for Determination and Clarification of Record (Doc. 2587);

   (h) Motion for Leave to Exceed Page Limit (Doc. 2597).

2. Movant has pending matters requiring prompt Court attention, including motions currently scheduled for hearing on April 2, 2026.

3. The hearing date was provided by the Court through chambers. Due to Movant's lack of electronic filing privileges, Movant must submit filings by mail, which creates unavoidable delays in docketing and service.

4. As a result, Movant faces potential prejudice in attempting to comply with applicable notice requirements and procedural rules solely due to the inability to file electronically.

5. Movant has made good faith efforts to comply with all procedural requirements, including preparing and submitting a Notice of Hearing and providing actual notice to parties as promptly as practicable under the circumstances.

6. Movant currently holds authorized CM/ECF filing privileges in the United States District Court for the Western District of Texas and is familiar with electronic filing procedures, PDF formatting requirements, docket event selection, and electronic service through the Notice of Electronic Filing (NEF).

7. Requiring paper filing imposes unnecessary cost, delay, and administrative burden, including mailing delays, service complications, and timing issues that directly impact compliance with notice requirements and participation in scheduled hearings.

8. Authorization to file electronically will promote judicial efficiency, reduce administrative burden on the Clerk's Office, and ensure timely and proper service and filing of pleadings.

9. Movant consents to electronic notice and service pursuant to Federal Rule of Bankruptcy Procedure 9036 and agrees to monitor the docket regularly.

10. Movant agrees to comply fully with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Nevada, and the Court's CM/ECF Administrative Procedures.

11. This request is administrative in nature. It does not seek a determination of standing, does not expand Movant's participation rights, and does not request access to sealed or protected documents. Movant seeks electronic filing capability solely to facilitate efficient submission of pleadings in connection with matters properly before the Court.

---

WHEREFORE,

Movant respectfully requests that the Court enter an order authorizing her to file documents electronically in Case No. 24-50792-gs and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 6th day of April, 2026.

Danielle Spears
Pro Se Intervenor
Peoria, AZ 85345
paymmtlpnow@gmail.com
480-476-1091

I hereby certify that a true copy of the foregoing was sent by first-class U.S. mail and/or electronic mail to all named parties with interests in this matter and at the addresses delineated below either by first-class mail or by email, this 6th day of April, 2026.

Danielle Spears, Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com

**US Dept. of Justice PO Box 18417, Reno, NV 89511**
USTPRegion17.RE.ECF@usdoj.gov
cameron.m.gulden@usdoj.gov
trusteelovato@att.net
jlh@bankruptcyreno.com
notices@bankruptcyreno.com
abg@bankruptcyreno.com
nv26@ecfcbis.com
jchristian@christianattarlaw.com
bcosman@perkinscoie.com
docketphx@perkinscoie.com
ajdriggs@hollandhart.com
kroyer@parsonsbehle.com
dburnett@schneiderwallace.com
rhicks@schneiderwallace.com
jkim@schneiderwallace.com
stountas@kasowitz.com
legal-notices@kasowitz.com
mbrunet@cooperlevenson.com
lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com
kmilks@kcnvlaw.com
mjohnson@mjohnsonlaw.com
annabelle@mjohnsonlaw.com
kristi@mjohnsonlaw.com
kathra@mjohnsonlaw.com
admin@mjohnsonlaw.com
cbrust@rssblaw.com
krobison@rssblaw.com
hwinston@rssblaw.com
rcarr@rssblaw.com