UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED    AM
AND FILED

APR 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:
META MATERIALS, INC.,

Debtor

Case No. 24-50792-gs
Chapter 7

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Movant Danielle Spears has filed the following motions:

- Motion to Determine Standing of Movant and for Determination of Adequacy of Notice and Validity of Bar Date (Dkt. 2586); and
- Motion for Determination and Clarification of Record (Dkt. 2587); and
- Motion for Leave to Exceed Page Limit and for Order Deeming Previously Filed Motion Compliant Nunc Pro Tunc (Dkt. 2597).

PLEASE TAKE FURTHER NOTICE that, pursuant to scheduling by the Court, a hearing on the above-referenced motions has been set as follows:

**Date:** May 7, 2026
**Time:** 1:30 p.m.
**Location:** Telephonic/Video via Zoom (before the Honorable Gary Spraker). The hearing will be conducted remotely using the Court's standard Zoom procedures for Meta Materials, Inc. proceedings.

PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motions must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

DATED this 6th day of April, 2026.

Danielle Spears
Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com

I hereby certify that a true copy of the foregoing was sent by first-class U.S. mail and/or electronic mail to all named parties with interests in this matter and at the addresses delineated below either by first-class mail or by email, this 6th day of April 2026.

Danielle Spears, Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com


**US Dept. of Justice PO Box 18417, Reno, NV 89511**
USTPRegion17.RE.ECF@usdoj.gov
cameron.m.gulden@usdoj.gov
trusteelovato@att.net
jlh@bankruptcyreno.com
notices@bankruptcyreno.com
abg@bankruptcyreno.com
nv26@ecfcbis.com
jchristian@christianattarlaw.com
bcosman@perkinscoie.com
docketphx@perkinscoie.com
ajdriggs@hollandhart.com
kroyer@parsonsbehle.com
dburnett@schneiderwallace.com
rhicks@schneiderwallace.com
jkim@schneiderwallace.com
stountas@kasowitz.com
mbrunet@cooperlevenson.com
lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com
kmilks@kcnvlaw.com
mjohnson@mjohnsonlaw.com
annabelle@mjohnsonlaw.com
kristi@mjohnsonlaw.com
kathra@mjohnsonlaw.com
admin@mjohnsonlaw.com
cbrust@rssblaw.com
krobison@rssblaw.com
hwinston@rssblaw.com
rcarr@rssblaw.com