**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

RECEIVED
AND FILED

APR 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:                              Case No. 24-50792-gs

META MATERIALS, INC.,               Chapter 7

Debtor

---

### AMENDED NOTICE OF HEARING

---

**PLEASE TAKE NOTICE** that Movant Danielle Spears has filed the following motions:

• Motion to Determine Standing of Movant and for Determination of Adequacy of Notice and Validity of Bar Date (Dkt. 2586);

• Motion for Determination and Clarification of Record (Dkt. 2587);

• Motion for Leave to Exceed Page Limit and for Order Deeming Previously Filed Motion Compliant Nunc Pro Tunc (Dkt. 2597).

PLEASE TAKE FURTHER NOTICE that a hearing on the above-referenced motions is scheduled as follows:

Date: May 7, 2026

Time: 1:30 p.m.

Location: Telephonic/Video via Zoom before the Honorable Gary Spraker

PLEASE TAKE FURTHER NOTICE that any opposition to the Motions must be filed and served no later than **April 23, 2026**.

PLEASE TAKE FURTHER NOTICE that if no opposition is timely filed, the Court may grant the requested relief without further notice or hearing.

DATED this 22nd day of April, 2026.

Danielle Spears
Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com

I hereby certify that a true copy of the foregoing was served by first-class U.S. mail and/or electronic mail to all named parties with interests in this matter and at the addresses delineated below either by first-class mail or by email, this 22nd day of April, 2026.

Danielle Spears, Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com
480-476-1091


**US Dept. of Justice PO Box 18417, Reno, NV 89511**

USTPRegion17.RE.ECF@usdoj.gov
cameron.m.gulden@usdoj.gov
trusteelovato@att.net
jlh@bankruptcyreno.com
notices@bankruptcyreno.com
abg@bankruptcyreno.com
nv26@ecfcbis.com
jchristian@christianattarlaw.com
bcosman@perkinscoie.com
docketphx@perkinscoie.com
ajdriggs@hollandhart.com
kroyer@parsonsbehle.com
dburnett@schneiderwallace.com
rhicks@schneiderwallace.com
jkim@schneiderwallace.com
stountas@kasowitz.com
mbrunet@cooperlevenson.com
lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com
kmilks@kcnvlaw.com
mjohnson@mjohnsonlaw.com
annabelle@mjohnsonlaw.com
kristi@mjohnsonlaw.com
kathra@mjohnsonlaw.com
admin@mjohnsonlaw.com
cbrust@rssblaw.com
krobison@rssblaw.com
hwinston@rssblaw.com
rcarr@rssblaw.com