Jeffrey L. Hartman, Esq. – NSB #1607
HARTMAN & HARTMAN
510 W. Plumb Lane
Suite B
Reno, NV 89509
Tel: 775-324-2800
Fax: 775-324-1818
Email: notices@bankruptcyreno.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051
Email: cbrust@sbwlawgroup.com
         hwinston@sbwlawgroup.com

*Attorneys for Christina Lovato, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**TRUSTEE'S OPPOSITION TO NON-PARTY CITADEL SECURITIES LLC'S EX PARTE MOTION TO REOPEN THE RECORD ON NON-PARTY CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER [ECF NO. 2088]**<br><br>Hearing Date:<br>Hearing Time: |

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004, Christina Lovato,  Chapter 7 Trustee for the Estate of Meta Materials Inc. ("Trustee"), by and through her undersigned counsel, respectfully applies to this Court her Opposition to *Non-Party Citadel Securities LLC's* Ex Parte *Motion to Reopen the record on Non-Party Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC's Motion to Quash and/or for a Protective Order [ECF NO. 2088]* (the "Ex Parte Motion") as follows:

On April 17, 2026, Non-Party Citadel Securities LLC ("Citadel") filed its Ex Parte Motion [ECF 2707].  Pursuant to the Court's normal briefing schedule, the Trustee's opposition would be due

May 1, 2026.  However, in light of the Court's pronouncement during discussion of Citadel's ex parte filing at the April 20, 2026 hearing, the Trustee will refrain from filing any additional substantive briefs on the matter.  Nonetheless, the Trustee will address any questions the Court may have at the May 7, 2026 hearing.

DATED this __1st__ day of May, 2026.

SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509


_____/s/ Clayton P. Brust_____
CLAYTON P. BRUST, ESQ.
HANNAH E. WINSTON, ESQ.

JEFFREY L. HARTMAN, ESQ.
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509

*Attorneys for Christina Lovato, Trustee*

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of SBW LAW GROUP, and that on this date I caused a true copy of the **TRUSTEE'S OPPOSITION TO NON-PARTY CITADEL SECURITIES LLC'S EX PARTE MOTION TO REOPEN THE RECORD ON NON-PARTY CITADEL SECURITIES LLC, ANSON FUNDS MANAGEMENT LP, AND VIRTU FINANCIAL, LLC'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER [ECF NO. 2088]** to be served via ECF to the following:

MICHAEL R. BRUNET on behalf of Creditor GEORGIOS PALIKARAS
mbrunet@cooperlevenson.com

DAVID ERNESTO CHAVEZ on behalf of Defendant THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

DAVID ERNESTO CHAVEZ on behalf of Interested Party THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

BRADLEY A. COSMAN on behalf of Debtor META MATERIALS INC.
bcosman@perkinscoie.com

JIMMY F. DAHU on behalf of Other Prof. CITADEL SECURITIES LLC
jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

KAWA FOAD on behalf of Creditor BRAD DAVIS
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor DANIEL R. AUXIER
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor Marcos Monteiro
kfoad@kf-law.com

JEFFREY L HARTMAN on behalf of Trustee CHRISTINA W. LOVATO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

MICHAEL R. HOGUE on behalf of Other Prof. Anson Funds Management LP
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Chester
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Sokolove

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

3

mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor Jonathan Edwards
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

CHRISTINA W. LOVATO
trusteelovato@att.net, NV26@ecfcbis.com

DAVID S. NORRIS on behalf of Interested Party FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.
david.norris@squirepb.com,
tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com

JARROD L RICKARD on behalf of Interested Party VIRTU FINANCIAL LLC
jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

ABRAN E. VIGIL on behalf of Interested Party Charles Schwab & Co., Inc.
VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com

HANNAH E. WINSTON on behalf of Trustee CHRISTINA W. LOVATO
HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com

RYAN J. WORKS on behalf of Other Prof. CITADEL SECURITIES LLC
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Interested Party JANE STREET GROUP LLC
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

Dated this _1st_ day of May, 2026.

                                        */s/ Isabella Esguerra*
                                        Employee of SBW Law Group