UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    Case No. 24-50792-gs
META MATERIALS, INC.,                     Chapter 7

Debtor

---

**EMERGENCY MOTION TO CURE NOTICE AND SHORTEN TIME TO PERMIT MOVANT'S MATTERS TO BE HEARD ON MAY 7, 2026**

---

Movant Danielle Spears, appearing pro se, respectfully moves this Court for entry of an order (i) deeming notice of the May 7, 2026 hearing sufficient, and (ii) to the extent necessary, shortening time and permitting Movant's motions to be heard at the May 7, 2026 hearing.

## I. INTRODUCTION

This motion addresses a technical defect in the original Notice of Hearing and establishes that all parties, including the Trustee, had actual notice of the May 7, 2026 hearing and sufficient opportunity to respond. The Trustee has filed a substantive opposition, confirming both awareness and ability to respond. No party is prejudiced by permitting Movant's matters to be heard on May 7, 2026.

## II. RELEVANT FACTS

1.  The Court scheduled a hearing on Movant's motions for May 7, 2026.

2.  On April 6, 2026, Movant filed and served a Notice of Hearing on all interested parties via U.S. mail and email.

3.  The Trustee acknowledges receiving the Notice of Hearing via email on April 6, 2026.

4.  The original Notice did not include a specific objection deadline.

5.  On April 23, 2026, Movant submitted the Amended Notice of Hearing and Motion to Shorten Time to the Court for filing by mail and served all interested parties via email, providing direct notice of the May 7, 2026 hearing.

6.  On April 23, 2026, Movant submitted a supplemental motion [ECF No. 2744] for filing by mail and served all interested parties via email, providing direct notice of the May 7, 2026 hearing.

7.  On May 1, 2026, the Trustee filed an Opposition to Movant's Motion to Shorten Time.

8.  Upon receipt of the Trustee's opposition on May 1, 2026, Movant acted promptly and, due to inability to file electronically, traveled to Las Vegas to file this motion at the earliest available time upon the Court's opening.

## III. ACTUAL NOTICE AND OPPORTUNITY TO RESPOND

All parties had actual notice of the May 7 hearing since April 6, 2026.

The Trustee not only had notice, but filed a substantive opposition on May 1, 2026.

The Trustee's filing of opposition to other motions set for the same hearing, including those filed by Scott Traudt, further demonstrates that the Trustee was fully capable of preparing and filing responses during this same time period.

This Confirms:

1.  Awareness of the hearing;

2.  Understanding of the issues; and

3.  Ability to prepare and respond.

The purpose of notice requirements, ensuring due process, has been satisfied.

## IV. NO PREJUDICE TO ANY PARTY

No party is prejudiced by permitting Movant to be heard at the May 7, 2026 hearing, as all parties had actual notice and the Trustee has filed a substantive response, including;

1. Over 30 days elapsed between initial notice and the hearing date;

2. The Trustee has already filed opposition; and

3. The issues are fully joined and ready for hearing.

Requiring re-noticing would cause delay without providing any additional due process.

## V. GOOD FAITH AND PRACTICAL LIMITATIONS

Movant has made good faith efforts to comply with all procedural requirements.

Due to lack of CM/ECF access, Movant must file by mail, which creates unavoidable timing and formatting challenges despite diligent efforts.

The omission of an objection deadline was a technical defect, not a failure of notice.

## VI. RELIEF REQUESTED

Movant respectfully requests that the Court:

1. Deem the April 6, 2026 Notice of Hearing sufficient based on actual notice, good faith, and lack of prejudice;

2. To the extent necessary, shorten time for notice of the May 7, 2026 hearing;

3. Permit Movant's motions to be heard at the May 7, 2026 hearing; and

4. Grant such other and further relief as the Court deems just and proper.

Dated: May 3, 2026,

Respectfully Submitted,

Danielle Spears, Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com
480-476-1091

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2026, I caused a true and correct copy of the foregoing Emergency Motion to Cure Notice and Shorten Time to be served on all interested parties by electronic mail, including counsel for the Trustee and all parties entitled to notice.

I further certify that I filed the foregoing with the Court in person on May 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 3, 2026

Danielle Spears
Pro Se Movant
Peoria, AZ 85345
paymmtlpnow@gmail.com
480-476-1091