Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**TRUSTEE LOVATO'S REPORT IN RESPONSE TO ORDER ON MOTION TO FILE UNDER SEAL [ECF NO. 2712]**<br><br>Hearing Date:  May 7, 2026<br>Hearing Time:  1:30 p.m. |

Chapter 7 Trustee Christina Lovato files her Report In Response To Order On Motion To File Under Seal ("Seal Order") at **[ECF No. 2712]**. Following entry of the Seal Order, Trustee Lovato and attorney Hartman conferred with United States Trustee counsel Jared Day and pursuant to the Court's directive, on Friday April 24, 2026 delivered a complete, unredacted copy of the Motion To Seal and related exhibits to Mr. Day with the understanding that the papers would be held confidentially.  Subsequently, after conferring with the UST in Washington D.C., Mr. Day reported the office's conclusions to the Trustee and counsel.

As a result, Trustee Lovato will withdraw the Motion To Seal.  Parabellum has determined to withdraw its funding arrangement.  In turn, Trustee Lovato will file an amended Application To Employ Christian Attar, Kasowitz Torres & Benson, and Schneider Wallace Cottrell & Konecky under a pure contingent fee arrangement, with costs and expenses to be advanced by the law firms

1

but repaid first out of any recovery. This arrangement will significantly enhance any recovery to the Meta Estate from successful resolution of securities related litigation pursued by the Trustee.

DATED: May 6, 2026.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on May 6, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- MICHAEL R. BRUNET     mbrunet@cooperlevenson.com
- CLAYTON BRUST     cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ     chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN     bcosman@perkinscoie.com
- JIMMY F. DAHU     jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD     kfoad@kf-law.com
- JEFFREY L HARTMAN     notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE     hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON     mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com
- DAVID S. NORRIS     david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com
- JARROD L RICKARD     jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov
- ABRAN E. VIGIL     VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com
- HANNAH E. WINSTON     HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS     rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW     mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✔ b.  Via direct Email on May 6, 2026 to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com
Scott Traudt (Pro Se) - sctraudt@gmail.com

3

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 6, 2026.

/s/ Angie Gerbig
Angie Gerbig