Jeffrey L. Hartman, Esq. – NSB #1607
HARTMAN & HARTMAN
510 W. Plumb Lane
Suite B
Reno, NV 89509
Tel: 775-324-2800
Fax: 775-324-1818
Email: notices@bankruptcyreno.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
SBW Law Group
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051
Email: cbrust@sbwlawgroup.com
        hwinston@sbwlawgroup.com

*Attorneys for Christina Lovato, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR SILICON VALLEY BANK TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004, Christina Lovato,  Chapter 7 Trustee for the Estate of Meta Materials Inc. ("Trustee"), by and through her undersigned counsel, respectfully applies to this Court for an *Ex Parte* Order requiring the Custodian of Records of Silicon Valley Bank ("SVB"), to appear as set forth in a subpoena to be issued pursuant to Federal Rule of Bankruptcy Procedure 9016, at a time, place and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by the Trustee for examination, regarding the Debtor's assets, liabilities, and financial condition.

This Motion is supported by the following Memorandum of Points and Authorities.

1

DATED this __14th__ day of May, 2026.

SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509

_____/s/ Clayton P. Brust_____
CLAYTON P. BRUST, ESQ.
HANNAH E. WINSTON, ESQ.

JEFFREY L. HARTMAN, ESQ.
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509

## MEMORANDUM OF POINTS AND AUTHORITIES

F.R.Bankr.P. 2004 provides, in relevant part, that upon motion of any party in interest, the court may order the examination of the debtor or any other entity regarding the acts, conduct, property, liabilities and financial conditions of the debtor, or any other matter which affects the administration of the debtor's estate or the debtor's right to a discharge.  Rule 2004 further provides that production of documents may be compelled at this examination.

The Trustee seeks to conduct oral examination relating to the Debtors' assets, liabilities, and financial affairs to ascertain the facts and circumstances surrounding potential disbursement of of Debtor's property from August 5, 2023 through August 7, 2024, and how the disbursements affected Debtor's financial condition for possible recovery on behalf of Debtor's estate.   The Trustee also seeks to compel production of the following bank account records (date range from **August 5, 2023** to **present**) (Bank account records include monthly account statements, deposit and withdrawal records, wire transfer records, ACH transactions, checks (front and back images), and documents showing any internal transfers.) from SVB:

1.      All bank account records for any account held in the name of Meta Materials, Inc., for the account ending in 7741, and any related, linked, or associated accounts.

2.      All bank account records for any account held in the name of Meta Materials, Inc., for the account ending in 7011, and any related, linked, or associated

2

accounts.

The requested discovery from the Custodian of Records of SVB is well within the scope of examination permitted under F.R.Bankr.P. 2004, which includes:

> [t]the acts, conduct, or property or … the liabilities and financial condition of the debtors, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a …reorganization case under chapter 11 of the Code, … the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.

WHEREFORE, the Trustee respectfully requests that this Court enter its Order authorizing the examination of the Custodian of Records of SVB, as described herein. A proposed Order will be submitted concurrently with the filing of this motion.

DATED this __14th__ day of May, 2025.

SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509

_____/s/ Clayton P. Brust_____
CLAYTON P. BRUST, ESQ.
HANNAH E. WINSTON, ESQ.

JEFFREY L. HARTMAN, ESQ.
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509

*Attorneys for Christina Lovato, Trustee*

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of SBW LAW GROUP, and that on this date I caused a true copy of the **EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR SILICON VALLEY BANK TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004 AND TO PRODUCE RECORDS** to be served via ECF to the following:

MICHAEL R. BRUNET on behalf of Creditor GEORGIOS PALIKARAS
mbrunet@cooperlevenson.com

CLAYTON BRUST on behalf of Trustee CHRISTINA W. LOVATO
cbrust@sbwlawgroup.com, iesguerra@rssblaw.com

DAVID ERNESTO CHAVEZ on behalf of Defendant THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

DAVID ERNESTO CHAVEZ on behalf of Interested Party THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

BRADLEY A. COSMAN on behalf of Debtor META MATERIALS INC.
bcosman@perkinscoie.com

JIMMY F. DAHU on behalf of Other Prof. CITADEL SECURITIES LLC
jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

KAWA FOAD on behalf of Creditor BRAD DAVIS
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor DANIEL R. AUXIER
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor Marcos Monteiro
kfoad@kf-law.com

JEFFREY L HARTMAN on behalf of Trustee CHRISTINA W. LOVATO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

MICHAEL R. HOGUE on behalf of Other Prof. Anson Funds Management LP
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Chester
mjohnson@mjohnsonlaw.com,

annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Sokolove
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor Jonathan Edwards
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

CHRISTINA W. LOVATO
trusteelovato@att.net, NV26@ecfcbis.com

DAVID S. NORRIS on behalf of Interested Party FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.
david.norris@squirepb.com,
tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com

JARROD L RICKARD on behalf of Interested Party VIRTU FINANCIAL LLC
jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

ABRAN E. VIGIL on behalf of Interested Party Charles Schwab & Co., Inc.
VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com

HANNAH E. WINSTON on behalf of Trustee CHRISTINA W. LOVATO
HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com

RYAN J. WORKS on behalf of Other Prof. CITADEL SECURITIES LLC
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Interested Party JANE STREET GROUP LLC
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

Dated this __14th__ day of May, 2026.

                                        ___/s/ Isabella Esguerra_____
                                        Employee of SBW Law Group