NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: Meta Material Inc | Case Number: 24-50792 | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>BENJAMIN FRIEDMAN<br>68 BLUE FOREST DRIVE<br>TORONTO ONTARIO<br>CANADA, M3H 4W5<br>Telephone Number: 416-414-8222 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>MAY 15 2026<br><br>U.S. BANKRUPTCY COURT<br>DANIEL S. OWENS, CLERK<br><br><br>COURT USE ONLY |

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>0000013083 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>■ amends a previously filed Proof of Interest dated: ADDING MMTLP POI |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Eqiniti company, LLC<br>OPERATION CENTER, P.O BOX 500<br>Telephone Number: 1-800-937-5449  NEWARK, NJ, 07101 | 3. Date Equity Interest was acquired: SEP 15-2023 RECIVED IT AT MERGER TIME, TRANSFERD FROM QUESTRADE TO EQINITI  4000 SHARES |
|---|---|

| 4. Total amount of member interest: 4,000 shares | 5. Certificate number(s): _____ |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| Print Name: Benjamin Friedman<br>Title:<br>Company:___ Address and telephone number (if different from notice address above): | (Signature)   MAY 12-2026<br>(Date) |
|---|---|

Telephone number: 416-414-8222   email: yumi58@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

12541:001:001.00016
BENJAMIN FRIEDMAN
68 BLUE FOREST DR
TORONTO ON M3H 4W5
CANADA

| | |
|---|---|
| Statement Date: | December 10, 2025 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | ███83 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

## Balance Detail as of 12/10/2025

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 4,000.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 09/15/2023 | BK*0002286 | 4,000.000 | No |

ORIGINAL CUSIP WAS 591994371
TRANSFERRED FROM ~~QT~~ QUESTRADE CANAD

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000000013083

12541
001.001
00016

SIN: ██████671

**EQ + AST**
Becoming EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2470.001.002.394
BENJAMIN FRIEDMAN
68 BLUE FOREST DR
TORONTO ON M3H 4W5
CANADA

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | ████83 |
| Statement Date: | September 15, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book-Entry Shares | | 4,000.000 | 4,000.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 4,000.000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 09/15/2023 | BK 0002286 | BOOK SHARES CREDITED | 4,000.000 |

AST01270670000013083