②

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>Meta Material Inc | Case Number:<br>24-50792 | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>BENJAMIN FRIEDMAN<br>68 BLUE FOREST DRIVE<br>TORONTO, ONTARIO<br>CANADA, M3H 4W5<br>Telephone Number:<br>416 - 414 -8222 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>MAY 15 2026<br><br>U.S. BANKRUPTCY COURT<br>DANIEL S. OWENS, CLERK |

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>40046594 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☑ amends a previously filed Proof of Interest dated: ADDING MMTLP POI |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>— Questrade<br>5700 Yonge Street, Suite 1900, TORONTO, ONTARIO ⊞<br>Telephone Number: 1-888-783-7866  CANADA M2M 4K2 | 3. Date Equity Interest was acquired: 07/07/2021<br><br>MMAT PREFERED A SHARES<br>(NEXT BRIDGE HYDROCARBONS /MMTLP)<br>30,000 SHARES |
|---|---|

| 4. Total amount of member interest: 30,000 shares | 5. Certificate number(s): _____ |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Benjamin Friedman
Title: _____
Company:___ Address and telephone number (if different from notice address above): _____

(Signature)   MAY 12 -2026 (Date)

Telephone number: 416-414-8222   email: yumi58@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**QUESTRADE**

## Stocks owned

### 03. INVESTMENT DETAILS

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) |  |  | - |  |  | - |

| Symbol | Description | Cost 'basis¹ | Qty¹ | Segr.¹ | Cost/share¹ | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 30,000.0000 | 3,887.0000 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |

**¹Investment details**

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

*[Handwritten notes:]*

HOLDING NEXT BRIDGE HYDROCARBONS (MMTLP) — TRADED AS

META MATERIAL PREFERED A SHARES

✱ 30,000 AT QUESTRADE CANADA

✱ 4000 AT AST/EQ TRANSFER AGENT

TOTAL HOLDING 34,000 SHARES

### 04. ACTIVITY DETAILS

5/11/26, 12:58 PM

Investing summary | Questrade

Summary    Move money    Documents    Reports    Management    Apps    Produ

# QUESTRADE

🔍 Search symbol or name

🔄 12:56:30 pm ET    Edge Web

| | | | |
|---|---|---|---|
| Today's P&L | $0.00 | Total equity | |
| Open P&L | $0.00 | Market value | $0.00 |
| Total P&L | $0.00 | Cash | |
| Net deposits | | Buying power | |

See all balances >

## Portfolio and market activity

Positions    Orders    Watchlists    Trending    News

| Symbol | Today's P&L | Open P&L | Open qty | Avg price |
|---|---|---|---|---|
| 8AG5588.90 NEXT BRIDGE HYDROC... | $0.00 | $0.00 | 30000 | $0.00 |