

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 18, 2026

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>             Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br><u>Hearing Date</u><br>DATE: May 7, 2026<br>TIME: 1:30 p.m. |

### ORDER DENYING MOTION OF SCOTT TRAUDT
### FOR RULE 2004 SUBPOENA TO TRUSTEE LOVATO

On May 7, 2026, the court held a hearing on the Motion of Scott Traudt for Rule 2004 Subpoena to Trustee Lovato for All Litigation Financing Contract Paperwork Identified in Dock. 98-2; Copies of Emails from Trustee Counsel to Wes Christian Regarding Conflicts with Christian Attar Representation; Copies of $500,000 Transfer Agreement from Harrington Global Funding Source to Christian Attar and the Estate; Copies of List Used by Torchlight and Meta Highlighting Approximately 50 Companies that had Expressed Interest in Buying TRCH Oil Pursuant to Fed. R. Bankr. P. 2004 and 9016 (ECF No. 2675) (Motion). Appearances were as noted on the record. In the court's Order on Motions for Rule 2004 Examinations (ECF No. 2689) (Order), the court voiced its concerns that Mr. Traudt's requests presented in the Motion exceeded the scope and purpose of Rule 2004, and that Mr. Traudt was attempting to usurp the duties of the chapter 7 trustee.[1] Having considered the Motion and the chapter 7 trustee's

---

[1] *See, e.g., In re J & R Trucking, Inc.*, 431 B.R. 818, (Bankr. N.D. Ind. 2010) ("[I]t is the trustee's…duty to investigate the debtor's affairs and the right of the bankruptcy estate.").

1

omnibus opposition thereto (ECF No. 2723), and having heard the argument of the parties, the court concludes that Mr. Traudt is improperly attempting to conduct discovery on behalf of the estate. These efforts attempt to usurp the investigative role of the chapter 7 trustee. Thus, the court finds that the Motion is not for a proper purpose under Rule 2004 and Mr. Traudt has failed to show good cause for the Rule 2004 examination requested. Therefore, for the reasons stated in the Order and on the record at the hearing, incorporated by reference herein,

IT IS HEREBY ORDERED that the Motion of Scott Traudt for Rule 2004 Subpoena to Trustee Lovato for All Litigation Financing Contract Paperwork Identified in Dock. 98-2; Copies of Emails from Trustee Counsel to Wes Christian Regarding Conflicts with Christian Attar Representation; Copies of $500,000 Transfer Agreement from Harrington Global Funding Source to Christian Attar and the Estate; Copies of List Used by Torchlight and Meta Highlighting Approximately 50 Companies that had Expressed Interest in Buying TRCH Oil Pursuant to Fed. R. Bankr. P. 2004 and 9016 (ECF No. 2675) is DENIED.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC Noticing:

SCOTT TRAUDT
191 KIBLING HILL ROAD
STRAFFORD, VT 05072

# # #