

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 18, 2026

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

META MATERIALS INC.,

Debtor.

Case No.: 24-50792-gs

(Chapter 7)

**ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING CUSTODIAN OF RECORDS FOR SILICON VALLEY BANK TO APPEAR FOR EXAMINATION PURSUANT TO F.R.BANKR.P. 2004**

Hearing Date:  N/A
Hearing Time:  N/A

This Court having reviewed the *Ex Parte Motion For Order Requiring Custodian Of Records For Silicon Valley Bank to Appear for Examination Pursuant to F.R.Bankr.P. 2004* (the "Motion") submitted by Christina Lovato, the Chapter 7 Trustee, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the Custodian of Records of Silicon Valley Bank, through an appropriate designee(s) shall appear for examination regarding the Debtor's assets, liabilities, and financial condition, before a certified court reporter at a time, place and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by the Trustee for examination; and

**IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as necessary.

**IT IS FURTHER ORDERED** that Silicon Valley Bank shall produce all bank account

1

records from *August 5, 2023*, to *present*, for any account held in the name of Meta Materials, Inc., including records for the account ending in 7741 and the account ending in 7011, and any related, linked, or associated accounts.  Bank account records include monthly account statements, deposit and withdrawal records, wire transfer records, ACH transactions, checks (front and back images), and documents showing any internal transfers.

Respectfully Submitted By:


      */s/ Clayton P. Brust*
Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Email: cbrust@sbwlawgroup.com
        hwinston@sbwlawgroup.com

*Attorneys for Christina Lovato, Trustee*