NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| **Name of Debtor:** Meta Materials, Inc. | **Case Number:** 24-50792 |
|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Jerene R. Carlson <br> 3116 E. Siesta Lane <br> Phoenix, AZ 85050 <br><br> Telephone Number: <br><br> Cell: (480) 748-8965 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | U.S. BANKRUPTCY COURT <br> DANIEL S OWENS, CLERK <br> MAY 18 2026 <br> RECEIVED AND FILED <br><br> **COURT USE ONLY** |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): <br> AST/Equiniti Account #0000013441 | Check here if this Proof of Interest: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** <br> Equiniti Trust Company, LLC <br> Operations Center / PO Box 500 , NEWARK NJ 07101  ✚ <br> **Telephone Number:**   (800) 937-5449 | 3. **Date Equity Interest was acquired:** <br> 12/09/2022 - 12/12/2022 (See attached documentation for detail.) |
|---|---|

| 4. Total amount of member interest: $17,263.99 | 5. Certificate number(s): N/A |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor / Shareholder

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Jerene R. Carlson
Title:
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature)   *Jerene R. Carlson*   5/01/2026   (Date)
Telephone number: 480.748.8965   email: Jerene.CARLSON@cox.Net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101


JERENE CARLSON
3116 E SIESTA LN
PHOENIX AZ 85050

| | |
|---|---|
| **Statement Date:** | October 1, 2024 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000013441 |
| **W9/W8/W8BENE Certified:** | Yes |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Summary as of 10/01/2024

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 2,300.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| **Restricted** | | 0.000 | 0.000 |
| **Unrestricted** | 0.000 | 0.000 | 2,300.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000013441

0.001.001.00001

**INVESTMENT REPORT**
**December 1, 2022 - December 31, 2022**

Envelope # BNGZVKBBBJQFJ

JERENE CARLSON
3116 E SIESTA LN
PHOENIX AZ 85050-2515

FIDELITY ACCOUNT JERENE CARLSON - INDIVIDUAL TOD
▶ **Account Number: X78-863924**

| **Your Account Value:** | | **$XXX,XXX.XX** |
|---|---|---|
| **Change from Last Period:** | | ▼$XX,XXX.XX |

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $XXX,XXX.XX | $XXX,XXX.XX |
| Additions | X,XXX.XX | XX,XXX.XX |
| Subtractions | -XXX.XX | -XXX.XX |
| *Transaction Costs, Fees & Charges* | *-XXX.XX* | *-XXX.XX* |
| Change in Investment Value * | -XX,XXX.XX | -XXX,XXX.XX |
| **Ending Account Value ** ** | **$XXX,XXX.XX** | **$XXX,XXX.XX** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $XXX,XXX.XX | |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Fidelity Go® Online | Fidelity.com/Go |
| PAS Online | Fidelity.com/pas |
| FAST®-Automated Telephone | (800) 544-5555 |
| Fidelity Go® | (800) 823-0125 |
| 8am - 8pm ET, Mon - Fri | |
| Portfolio Advisory Services | (800) 544-3455 |
| 8am - 7pm ET, Mon - Fri | |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNGZVKBBBJQFJ_BBBBB 20221230

M04802386220221231

# Holdings

**Account # X78-863924**
**JERENE CARLSON - INDIVIDUAL - TOD**

## Stocks (continued)

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **NEXT BRIDGE HYDROCARBONS INC** $0.001 NEVADA | unavailable | 2,300.000 | - | unavailable | 17,263.99 | unavailable | -<br>- |
| Total Common Stock (100% of account holdings) | $xxx,xxx.xx | | | $xxx,xxx.xx | xxx,xxx.xx | $xxx,xxx.xx | - |
| **Total Stocks (100% of account holdings)** | $xxx,xxx.xx | | | $xxx,xxx.xx | xxx,xxx.xx | $xxx,xxx.xx | - |
| **Total Holdings** | | | | $xxx,xxx.xx | xxx,xxx.xx | $xxx,xxx.xx | |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE_BNGZVKBBBJQFJ_BBBBB 20221230

INVESTMENT REPORT
December 1, 2022 - December 31, 2022

# Activity

**Account # X78-863924**
**JERENE CARLSON - INDIVIDUAL - TOD**

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 6.000 | 8.55000 | | - | -51.30 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 25.000 | 8.11000 | | - | -202.75 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 25.000 | 8.27000 | | - | -206.75 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 42.000 | 8.05000 | | - | -338.10 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 7.29000 | | - | -729.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 7.80000 | | - | -780.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.10000 | | - | -810.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.20000 | | - | -820.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.24000 | | - | -824.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.30000 | | - | -830.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.40000 | | - | -840.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.44000 | | - | -844.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 100.000 | 8.49000 | | - | -849.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 304.000 | 8.50000 | | - | -2,584.00 |
| 12/09 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 440.000 | 9.15000 | | - | -4,026.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 20.000 | 3.06000 | | - | -61.20 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 59.000 | 4.76000 | | - | -280.84 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 80.000 | 4.20000 | | - | -336.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 200.000 | 4.33000 | | - | -866.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 199.000 | 4.95000 | | - | -985.05 |

MR_CE_BNGZVKBBBJQFJ_BBBBB 20221230

# Activity

**Account # X78-863924**
**JERENE CARLSON - INDIVIDUAL - TOD**

## Other Activity In

**Settlement**

| Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|------|---------------|---------------|-------------|----------|-------|------------------|------------------|--------|
| 12/13 | **PFD META MATLS CONTRA** MER FROM   59134N203 #REOR M0051466940001 | 591994371 | Merger | 2,300.000 | - | | - | - |
| 12/29 | **NEXT BRIDGE HYDROCARBONS INC** $0.001 NEVADA MER FROM   591994371 #REOR M0051471690001 | 78699D491 | Merger | 2,300.000 | - | | - | - |
| | | | | | | | - | - |

## Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|------|---------------|---------------|-------------|----------|-------|------------------|------------------|--------|
| 12/13 | **META MATERIALS INC PFD SER A** 0.00000% *EXCHANGED FOR CUSIP 591994371* MER PAYOUT #REOR M0051466940000 | 59134N203 | Merger | -2,300.000 | - | | - | - |
| 12/29 | **PFD META MATLS CONTRA** MER PAYOUT #REOR M0051471690000 | 591994371 | Merger | -2,300.000 | - | | - | - |
| **Total Other Activity Out** | | | | | | | - | - |

MR_CE_BNGZVKBBBJQFJ_BBBBB 20221230