NVB 9014 (Rev. 2/26)

Attorney **Pro Se Scott Traudt**
Nevada Bar #
Firm Name **Scott T Traudt**
Address **191 Kibling Hill Rd.**
City, State, Zip **Strafford, UT 05072**
Phone Number **802-318-0429**
Email Address **sctraudt@gmail.com**
Pro-se Debtor

RECEIVED
AND FILED

MAY 18 2026

U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re: **Meta Materials INC.**

BK-Chapter **24-50792-GS**

Debtor(s).

NOTICE OF HEARING ON
**＊ Traudt's Renewed Motion**
Hearing Date: **June 16, 2026**
Hearing Time: **9:30 AM**

NOTICE IS HEREBY GIVEN that a Motion for **Enforce** was filed on **4-29-26** by **Scott Traudt** . The Motion seeks the following relief: **Produce records** Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

///

///

**＊ to Enforce the February 5, 2026 Order**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a

United States Bankruptcy Judge, at ___9:30 AM, US Bank Ct.___ Courtroom No. __(2nd Floor)__ 5 on __June 16 2026__, at the hour of ___9:30 AM___

Dated: ___May 12, 2026___

_Scott Trawdt_          __Scott Trawdt__
Signature                     Print Name

Standard Zoom dial in and access
Numbers for Judge Gary Spraker.
Docket # for motion is #2743
(WEBINAR ID: 160 042 1788
Participant ID: 594446)

_Scott Trawdt_          Date: May 12, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                      | Case No.: 24-50792-GS
META MATERIALS INC.,                        | (Chapter 7)
                                            |
            Debtor.                         |
                                            |
_____|

**CERTIFICATE OF SERVICE**

1.  On May 12, 2026, I served the following document

**NOTICE OF HEARING FOR SCOTT TRAUDT'S RENEWED MOTION TO ENFORCE THE| FEBRUARY 5, 2026 ORDER, COMPEL A 7-DAY SUPPLEMENTAL RULE 2014 DISCLOSURE, REQUIRE IN CAMERA SUBMISSION OF RETENTION DOCUMENTS, AND SUSPEND FURTHER FEES PENDING COMPLIANCE**

2.  I served the above-named document by the following means to the persons as listed below:

    a.  EMAIL from sctraudt@gmail.com:

        JAMES WESLEY CHRISTIAN on behalf of Next Bridge Hydrocarbons Inc. and Greg McCabe
        JChristian@christianattarlaw.com

        ABRAN E. VIGIL
        vigila@ballardpahr.com

        MATHEW Z. ZIRZOW on behalf of Jane Street Group LLC
        mzirzow@lzlawnv.com

        MICHAEL R. BRUNET on behalf of Creditor GEORGIOS PALIKARAS
        mbrunet@cooperlevenson.com

        CLAYTON BRUST on behalf of Trustee CHRISTINA W. LOVATO
        cbrust@sbwlawgroup.com, iesguerra@rssblaw.com

        DAVID ERNESTO CHAVEZ on behalf of Defendant THE NASDAQ STOCK MARKET LLC
        chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

        BRADLEY A. COSMAN on behalf of Debtor META MATERIALS INC.
        bcosman@perkinscoie.com

JIMMY F. DAHU on behalf of Other Prof. CITADEL SECURITIES LLC
jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

KAWA FOAD on behalf of Creditor BRAD DAVIS    kfoad@kf-law.com

KAWA FOAD on behalf of Creditor DANIEL R. AUXIER    kfoad@kf-law.com

KAWA FOAD on behalf of Creditor Marcos Monteiro    kfoad@kf-law.com

JEFFREY L HARTMAN on behalf of Trustee CHRISTINA W. LOVATO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

MICHAEL R. HOGUE on behalf of Other Prof. Anson Funds Management LP
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com; flintza@gtlaw.com;
JavieAnne.Bauer@gtlaw.com; andersonel@gtlaw.com; navarrom@gtlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Chester
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;
kristi@mjohnsonlaw.com; admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Sokolove
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;
kristi@mjohnsonlaw.com; admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor Jonathan Edwards
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;
kristi@mjohnsonlaw.com; admin@mjohnsonlaw.com

CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

DAVID S. NORRIS on behalf of Interested Party FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.
david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,
phx_dckt@squirepb.com

JARROD L RICKARD on behalf of Interested Party VIRTU FINANCIAL LLC
jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated May 12, 2026.

SCOTT TRAUDT, PRO SE

May 12, 2026