United States Bankruptcy Court

District of Nevada

In re:                                                       Case No. 24-50792-gs

META MATERIALS INC.                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0978-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdf928 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID**                **Recipient Name and Address**
cr                +  SCOTT TRAUDT, 191 KIBLING HILL RD., STRAFFORD, VT 05072-9770

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**  **Name and Address**
intp                        SCOTT TRAUDT

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ABRAN E. VIGIL | on behalf of Interested Party Charles Schwab & Co.  Inc. VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com |
| BRADLEY A. COSMAN | on behalf of Debtor META MATERIALS INC. bcosman@perkinscoie.com |
| CHRISTINA W. LOVATO | trusteelovato@att.net  NV26@ecfcbis.com |
| CLAYTON BRUST | on behalf of Trustee CHRISTINA W. LOVATO cbrust@sbwlawgroup.com  iesguerra@rssblaw.com |
| DAVID ERNESTO CHAVEZ | on behalf of Interested Party THE NASDAQ STOCK MARKET LLC chavezd@ballardspahr.com |

District/off: 0978-3            User: admin            Page 2 of 2

Date Rcvd: May 18, 2026            Form ID: pdf928            Total Noticed: 1

           LitDocket_West@ballardspahr.com

**DAVID ERNESTO CHAVEZ**

on behalf of Defendant THE NASDAQ STOCK MARKET LLC chavezd@ballardspahr.com  LitDocket_West@ballardspahr.com

**DAVID S. NORRIS**

on behalf of Interested Party FINANCIAL INDUSTRY REGULATORY AUTHORITY  INC. david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com

**HANNAH E. WINSTON**

on behalf of Trustee CHRISTINA W. LOVATO HWINSTON@SBWLAWGROUP.COM  cobrien@rssblaw.com

**JARROD L RICKARD**

on behalf of Interested Party VIRTU FINANCIAL LLC jlr@semenzarickard.com oak@semenzarickard.com,alb@semenzarickard.com

**JEFFREY L HARTMAN**

on behalf of Trustee CHRISTINA W. LOVATO notices@bankruptcyreno.com  abg@bankruptcyreno.com

**JIMMY F. DAHU**

on behalf of Other Prof. CITADEL SECURITIES LLC jdahu@mcdonaldcarano.com  sbettinger@mcdonaldcarano.com

**KAWA FOAD**

on behalf of Creditor BRAD DAVIS kfoad@kf-law.com

**KAWA FOAD**

on behalf of Creditor Marcos Monteiro kfoad@kf-law.com

**KAWA FOAD**

on behalf of Creditor DANIEL R. AUXIER kfoad@kf-law.com

**MATTHEW C. ZIRZOW**

on behalf of Interested Party JANE STREET GROUP LLC mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**MATTHEW L. JOHNSON**

on behalf of Creditor David Chester mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

**MATTHEW L. JOHNSON**

on behalf of Creditor Jonathan Edwards mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

**MATTHEW L. JOHNSON**

on behalf of Creditor David Sokolove mjohnson@mjohnsonlaw.com annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

**MICHAEL R. BRUNET**

on behalf of Creditor GEORGIOS PALIKARAS mbrunet@cooperlevenson.com

**MICHAEL R. HOGUE**

on behalf of Other Prof. Anson Funds Management LP hoguem@gtlaw.com michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

**RYAN J. WORKS**

on behalf of Other Prof. CITADEL SECURITIES LLC rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**U.S. TRUSTEE - RN - 7**

USTPRegion17.RE.ECF@usdoj.gov


TOTAL: 22



_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 18, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

META MATERIALS INC.,

           Debtor(s).

Case No.: 24-50792-gs
Chapter 7

Hearing Date
DATE: May 7, 2026
TIME: 1:30 p.m.

### ORDER DENYING MOTION OF SCOTT TRAUDT FOR ENTRY OF ORDER AUTHORIZING RULE 2004 EXAMINATION AND ISSUANCE OF SUBPOENA DUCES TECUM TO SABBY MANAGEMENT, LLC

On May 7, 2026, the court held a hearing on the Motion of Scott Traudt for Entry of Order Authorizing Rule 2004 Examination and Issuance of Subpoena Duces Tecum to Sabby Management, LLC (ECF No. 2637) (Motion). Appearances were as noted on the record. In the court's Order on Motions for Rule 2004 Examinations (ECF No. 2689) (Order), the court voiced its concerns that Mr. Traudt's requests presented in the Motion exceeded the scope and purpose of Rule 2004, and that Mr. Traudt was attempting to usurp the duties of the chapter 7 trustee.[1] Having considered the Motion and the chapter 7 trustee's omnibus opposition thereto (ECF No. 2723), and having heard the argument of the parties, the court concludes that Mr. Traudt is improperly attempting to conduct discovery on behalf of the estate. These efforts attempt to usurp the investigative role of the chapter 7 trustee. Thus, the court finds that the Motion is not for a proper purpose under Rule 2004 and Mr. Traudt has failed to show good cause for the Rule

---

[1] *See, e.g., In re J & R Trucking, Inc.*, 431 B.R. 818, (Bankr. N.D. Ind. 2010) ("[I]t is the trustee's…duty to investigate the debtor's affairs and the right of the bankruptcy estate.").

1

2004 examination requested. Therefore, for the reasons stated in the Order and on the record at the hearing, incorporated by reference herein,

IT IS HEREBY ORDERED that the Motion of Scott Traudt for Entry of Order Authorizing Rule 2004 Examination and Issuance of Subpoena Duces Tecum to Sabby Management, LLC (ECF No. 2637) is DENIED.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC Noticing:

SCOTT TRAUDT
191 KIBLING HILL ROAD
STRAFFORD, VT 05072

# # #