NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials, Inc.** | Case Number: **24-50792-GS** | |
|---|---|---|

| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>John: Theresa Hillman Family Properties, LP<br>1501 Country Club Dr.<br>Midland, TX 79701<br><br>Telephone Number:<br>432-559-1827 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>MAY 21 2026<br><br>U.S BANKRUPTCY COURT DANIEL S. OWENS, CLERK<br><br>**COURT USE ONLY** |

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br><br>Telephone Number: | 3. **Date Equity Interest was acquired:** 8/31/2021 |
|---|---|

| 4. **Total amount of member interest:** 253,487 Shares | 5. **Certificate number(s):** book entry shares |
|---|---|

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**_____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☐ I am the interest holder.    ■ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John M. Hillman, Jr.
Title: POA
Company:___ Address and telephone number (if different from notice address above):

(Signature)          (Date) 5/14/26

Telephone number: 432-559-1827    email: jsr@jthfp.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

CAMSTOCKTA            8/4/2021 3:55:19 PM  PAGE    3/003   Fax Server

 **AST**

Operations Center
6201 15th Avenue
Brooklyn, NY 11219
astfinancial.com
help@astfinancial.com
(800) 937-5449

August 4, 2021

JOHN AND THERESA HILLMAN
PROPERTIES LP
PO BOX 50187
MIDLAND, TX 79710-0167

Registration:  JOHN AND THERESA HILLMAN PROPERTIES LP
Company:       META MATERIALS INC
Account:       24438 - 0000010076

To Whom It May Concern:

As of Wednesday, August 4, 2021, the open holdings in META MATERIALS INC account number 0000010076 are:

Certificates:

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0 |

If you are not in possession of any of the aforementioned certificates, notify us immediately in writing to the address above attn: Lost Securities. Please include the certificate number that requires replacement.

Book Held Shares (also known as DRS Shares)

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK'0000093 | 07/23/2021 | 21226 |
| Total Shares | | 21226 |

Dividend Reinvestment or Direct Stock Purchase Shares

| Transaction | Date | Share Amount |
|---|---|---|
| Total Shares | | 0 |

| Total Market Value: | As of 08/03/2021 | $69,409.02 |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services

CANSTOCKTA     8/9/2021 11:22:32 AM   PAGE   3/003   Fax Server

 **AST**

Operations Center
6201 15th Avenue
Brooklyn, NY 11219
astfinancial.com
help@astfinancial.com
(800) 937-5449

August 9, 2021

JOHN AND THERESA HILLMAN
PROPERTIES LP
PO BOX 50187
MIDLAND, TX 79710-0187

Registration:    JOHN AND THERESA HILLMAN PROPERTIES LP
Company:      META MATERIALS INC
Account:       24438 - 0000010077

To Whom It May Concern:

As of Monday, August 9, 2021, the open holdings in META MATERIALS INC account number 0000010077 are:

Certificates:

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0 |

If you are not in possession of any of the aforementioned certificates, notify us immediately in writing to the address above attn: Lost Securities. Please include the certificate number that requires replacement.

Book Held Shares (also known as DRS Shares)

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK'0000118 | 08/03/2021 | 219323 |
| Total Shares | | 219323 |

Dividend Reinvestment or Direct Stock Purchase Shares

| Transaction | Date | Share Amount |
|---|---|---|
| Total Shares | | 0 |

| Total Market Value: | As of 08/06/2021 | $723,765.90 |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services

CANSTOCKTA          8/9/2021 11:22:22 AM  PAGE  3/003  Fax Server



**AST**

Operations Center
6201 15th Avenue
Brooklyn, NY 11219
astfinancial.com
help@astfinancial.com
(800) 937-5449

August 9, 2021

JOHN & THERESA HILLMAN FAMILY
PROPERTIES LP
1501 COUNTRY CLUB DRIVE
MIDLAND, TX 79701-5732

| | |
|---|---|
| Registration: | JOHN & THERESA HILLMAN FAMILY PROPERTIES LP |
| Company: | META MATERIALS INC |
| Account: | 24438 - 0000010080 |

To Whom It May Concern:

As of Monday, August 9, 2021, the open holdings in META MATERIALS INC account number 0000010080 are:

Certificates:

| Certificate Number | Issuance Date | Amount |
|---|---|---|
| Total Shares | | 0 |

If you are not in possession of any of the aforementioned certificates, notify us immediately in writing to the address above attn: Lost Securities. Please include the certificate number that requires replacement.

Book Held Shares (also known as DRS Shares)

| DRS Number | Issuance Date | Amount |
|---|---|---|
| BK'0000101 | 07/29/2021 | 125000 |
| Total Shares | | 125000 |

Dividend Reinvestment or Direct Stock Purchase Shares

| Transaction | Date | Share Amount |
|---|---|---|
| Total Shares | | 0 |

| Total Market Value: | As of 08/06/2021 | $612,500.00 |
|---|---|---|

Share prices are as of close of business the business day preceding this letter and are provided by a third party. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, or for any actions taken in reliance on such prices.

Sincerely,
AST Shareholder Services