NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**Meta Materials, Inc**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Niki DeSario
14047 NE 181st St
# D106
Woodinville, WA 98072**

Telephone Number: **425 444-3115**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK
MAY 2 6 2026
RECEIVED AND FILED

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**Equiniti Trust Company
# 0000015465**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Equiniti Trust Company
Operations Center
PO Box 500, Newark, NJ 07101**
Telephone Number: **800 937-5449**

3. Date Equity Interest was acquired:
**December 3, 2021 to December 8, 2022**

4. Total amount of member interest: **85,190 Shares**

5. Certificate number(s): **NBH 0003150 for 19,611 of the 85,190**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor of MMTLP**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Niki DeSario**
Title: **Self**
Company: Address and telephone number (if different from notice address above): **n/a**

(Signature) **Niki DeSario** **5/13/2026** (Date)
Telephone number: **425 444-3115**   email: **nikidesario@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**AST** → **EQ**

AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

NIKI DESARIO          ← *my old address*
11428 NE 87TH ST
KIRKLAND WA 98033

*This is my AST (now Exeriniti) statement dated 3/15/2024 showing my total MMTLP (now NextBridge Hydrocarbons) in the amount of 85,190 shares*

| | |
|---|---|
| Statement Date: | March 15, 2024 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | 0000015465 |

www.astfinancial.com
help@equiniti.com
800-937-5449

*800 937-5449*

## Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 85,190.000 | 85,190.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 85,190.000 | Total Market Value | NA |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 03/15/2024 | BK*0005100 | BOOK SHARES CREDITED | 19,611.000 |

AST01270670000015465

6399.001.001.00488

*This is my most recent Equiniti statement dated May 13, 2026 showing my total Next Bridge Hydrocarbons in the amount of 185,190 shares*

**EQUINITI TRUST COMPANY, LLC**
**OPERATIONS CENTER**
PO BOX 500
NEWARK, NJ 07101

14662.001.001.02320
NIKI DESARIO
14047 NE 181ST ST, APT D106  ← *my new address*
WOODINVILLE, WA 98072

| | |
|---|---|
| Statement Date: | May 13, 2026 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| Company Number: | 27067 |
| Stock Exchange: | |
| Company Ticker Symbol: | |
| CUSIP: | 629999590 |
| Account Number: | 0000015465 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

# Balance Summary as of 05/13/2026

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 85,190.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| Restricted | | 0.000 | 0.000 |
| Unrestricted | 0.000 | 0.000 | 85,190.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000015465



14662
001.001
02320

*TD Ameritrade Statement dated Dec 2022    pg1*

# TD Ameritrade

**Statement Reporting Period:**
12/01/22 - 12/31/22

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 234-834151**

NIKI DESARIO
11428 NE 87TH ST
KIRKLAND, WA 98033-5744

*address now: 14087 NE 181st St, D106 Woodinville, WA 98072*

*old address*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ▮ | ▮ | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash |
| Short Balance | - | - | - | - | - | - | 0.1% |
| Stocks | ▮ | ▮ | ▮ | ▮ | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | ▮ | ▮ | ▮ | ▮ | **$ 0.00** | **0.0%** | Stocks |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | ▮ | ▮ |
| Securities Purchased | - | ▮ |
| Securities Sold | - | ▮ |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | ▮ |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | ▮ | ▮ |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | ▮ |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | ▮ |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 12/31/22 ** | ▮ |
| Unrealized Gains | - |
| Unrealized Losses | ▮ |
| Funds Deposited/(Disbursed)YTD | - |
| Income/(Expense)YTD | ▮ |
| Securities Received/(Delivered)YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

*TDAmeritrade Statement dated Dec 2022    pg 2* (handwritten)

**Statement for Account # 234-834151**
12/01/22 - 12/31/22

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.00 | ▮ |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| ▮▮▮▮ INC | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 19,611 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | ▮ | ▮ | | ▮ | | $0.00 | 0.0% | |
| **Total Cash Account** | | | ▮ | ▮ | | ▮ | | $0.00 | 0.0% | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$0.48** |
| 12/13/22 | 12/13/22 | Cash | Delivered - Other | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668|STOCK PAYMENT | MMTLP | 19,611- | $ 0.00 | $ - | 0.48 |
| 12/13/22 | 12/13/22 | Cash | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668|STOCK PAYMENT | 5CT999019 | 19,611 | 0.00 | - | 0.48 |

↑ MMTLP 12/13/22 19,611 shares 1 for 1 is now Next Bridge Hydrocarbons Inc 19,611 shares (handwritten)

TD Ameritrade Dec 2022 Statement    pg 3
19,611 Shares Next Bridge Hydro Carbons
Paper Certificate Sent to AST now
Equiniti Trust Company. See Equiniti Statement

**Statement for Account # 234-834151**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 12/30/22 | Cash | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270|STOCK PAYMENT | 5CT999019 | 19,611- | 0.00 | - | |
| 12/30/22 | 12/30/22 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270|STOCK PAYMENT | 6DA993019 | 19,611 | 0.00 | - | |

**Closing Balance**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**UPDATE TO THE BANK SWEEP PROGRAM**
We wanted to let you know about a change relating to the Bank Sweep Program, as called for by your TD Ameritrade Client Agreement.

The following will be removed from the list of Bank Sweep Program Banks: US Bank N.A; Citibank, N.A.; Wells Fargo Bank, N.A.; Synchrony Bank; Bank of America N.A. Uninvested cash balances will no longer be deposited with any of these banks after April 1, 2023. No action is required from you for this change to take effect.

A complete list of the Program Banks can be found at: www.tdameritrade.com/idaprogrambanks. Program Banks may receive uninvested cash balances in the Bank Sweep Program.

Current information on the terms of the Sweep Program can be found in the latest version of the Client Agreement. You can review it by logging in to your account and navigating to Client Services > Forms and Agreements. Your continued use of your account constitutes your consent to this material update.

**ANNUAL MARGIN DISCLOSURE**
Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action, such as issuing a margin call and/or selling securities or other assets in any of your accounts held with TD Ameritrade, in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include the following: **You can lose more funds than you deposit in the margin account. The firm can force the sale of securities or other assets in your account(s). The firm can sell your securities or other assets without contacting you. You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call. The firm can increase its "house" maintenance requirements at any time and is not required to provide you advance written notice. You are not entitled to an extension of time on a margin call.**

This is the paper certificate I received from TD Ameritrade (now Charles Schwab) for 19,611 shares of MMTLP held in my account December 2022. I transferred these shares to AST (now Equinity) held in book entry in my name.



27067

**NEXT BRIDGE**
H Y D R O C A R B O N S



NUMBER
NBH0003150



SHARES
*******19611*******

INCORPORATED UNDER THE
LAWS OF THE STATE
OF NEVADA

SEE REVERSE FOR CERTAIN
DEFINITIONS AND LEGENDS



This certifies that

NIKI DESARIO
11428 NE 87TH ST
KIRKLAND WA 98033

0000015465

*******19611*******
*******19611*******
*******19611*******
*******19611*******
*******19611*******
*******19611*******

is the record holder of      **NINETEEN THOUSAND SIX HUNDRED ELEVEN**

**FULLY PAID AND NONASSESSABLE SHARES OF COMMON STOCK, PAR VALUE $0.0001 PER SHARE, OF**

## Next Bridge Hydrocarbons, Inc.

transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:

FEBRUARY 20, 2024
27067001482 CVAL

PRESIDENT &
CHIEF EXECUTIVE OFFICER



SEAL
August 31,
2021

CHIEF FINANCIAL OFFICER &
CORPORATE SECRETARY

BY:

AUTHORIZED SIGNATURE

TRANSFER AGENT
AND REGISTRAR

2155

*Dec*
*Fidelity statement*

![Fidelity Investments logo]

**FIDELITY PREMIUM SERVICES℠**

*This is my Fidelity statement from December 2022 that show my MMTLP shares held 65,579 now nextbridge Hydrocarbons*

## Activity

Account # X96-721929
**NIKI DESARIO - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| Total Securities Bought | | | | | | | | |
| Total Securities Sold | | | | | | | | |
| Net Securities Bought & Sold | | | | | | | | |

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| Total Dividends, Interest & Other Income | | | | | | |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/13 | PFD META MATLS CONTRA MER FROM 59134N203 #REOR M0051466940001 | 591994371 | Merger | 65,579.000 | - | | - | - |
| 12/29 | NEXT BRIDGE HYDROCARBONS INC $0.001 NEVADA MER FROM 591994371 #REOR M0051471690001 | 78699D491 | Merger | 65,579.000 | - | - | - | - |
| Total Other Activity In | | | | | | | | |

↑ *12/13/22 MMTLP 65,579 shares 1 for 1 is now NextBridge Hydrocarbons Inc 65,579 shares then electronically transferred to AST Transfer agent is now Equinity Trust Company*