NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

**META MATERIALS INC**

Case Number:

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ROY SANTOS
24-10 LEITH HILL ROAD
TORONTO ON, CANADA
M2J-1Z2

Telephone Number: 416-897-0244

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
MAY 2 6 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

1.) 36MWR6A      C.) 36MWR6J
2.) 36MWR6B      D.) 36MWR6K

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ROY SANTOS
66 WELLINGTON ST. WEST
TORONTO ON, M5K-1A2

Telephone Number: 1800-465-5463

3. **Date Equity Interest was acquired:**

SEE ATTACHED DOC.

4. **Total amount of member interest:** 39,086 SHARES FOR US$ 55,065.58 AND 5135 SHARES FOR CAD$ 18,799.69

5. **Certificate number(s):** SEE ATTACHED DOC.

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ROY SANTOS
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)

APR. 28, 2026
(Date)

Telephone number: 416-897-0244      email: ROYESANTOS@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

By Transactions

| Name | Settle Date | Type | Qty | Price | Net Amount | Book Cost | Gain/Loss | Trade Date | Account | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIAL | 2022-12-30 | Sell | -34346 | 0 | 0 | 46539.93 | -46539.92 | 2022-12-30 | 36MWR6B | USD |
| META MATERIAL | 2022-12-12 | Sell | -3635 | 1.85 | 6714.6 | 5311.15 | 1403.46 | 2022-12-08 | 36MWR6B | USD |
| METAMATERIAL I | 2022-06-10 | Sell | -3635 | 0 | 7204.5 | 14012.02 | -6807.52 | 2022-06-10 | 36MWR6A | CAD |
| METAMATERIAL I | 2022-06-10 | Sell | -1500 | 0 | 2972.97 | 4733.67 | -1760.7 | 2022-06-10 | 36MWR6J | CAD |
| METAMATERIAL I | 2022-06-10 | Sell | -1105 | 0 | 1723.8 | 4211.5 | -2487.7 | 2022-06-10 | 36MWR6K | USD |



**EQUINITI TRUST COMPANY, LLC**
**OPERATIONS CENTER**
**PO BOX 500**
**NEWARK, NJ 07101**

12751.001.001.00017
**ROY FLORES SANTOS**
24-10 LEITH HILL RD
NORTH YORK ONTARIO
CANADA M2J 1Z2



| | |
|---|---|
| **Statement Date:** | January 1, 2026 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000013119 |
| **W9/W8/W8BENE Certified:** | No |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Detail as of 01/01/2026

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 34,346.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 09/18/2023 | BK*0002309 | 34,346.000 | No |

NOTE:
TOTAL MMTLP SHARES CURRENTLY IN EQUINITI TRUST;

48,186 SHARES.

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000013119



12751
001.001
00017



**EQUINITI TRUST COMPANY, LLC**
**OPERATIONS CENTER**
**PO BOX 500**
**NEWARK, NJ 07101**

12751.001.001.00019
**ROY SANTOS**
**SUITE 24-10 LEITH HILL RD**
**TORONTO ON M2J 1Z2**
**CANADA**



| | |
|---|---|
| **Statement Date:** | January 1, 2026 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000014727 |
| **W9/W8/W8BENE Certified:** | No |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Detail as of 01/01/2026

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 13,840.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 03/27/2023 | BK*0003788 | 13,840.000 | No |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST0327(R)/0000014727



12751
001.001
00019