Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**TRUSTEE CHRISTINA LOVATO'S RESPONSE TO SCOTT TRAUDT'S RENEWED MOTION TO ENFORCE THE FEBRUARY 5, 2026 ORDER, COMPEL A 7-DAY SUPPLEMENTAL RULE 2014 DISCLOSURE, REQUIRE IN CAMERA SUBMISSION OF RETENTION DOCUMENTS, AND SUSPEND FURTHER FEES PENDING COMPLIANCE [ECF NO. 2743]**<br><br><br>Hearing Date:   June 16, 2026<br>Hearing Time:  9:30 a.m. |

Trustee Christina Lovato responds to Scott Traudt's Renewed Motion To Enforce The February 5, 2026 Order, Compel A 7-Day Supplemental Rule 2014 Disclosure, Require In Camera Submission Of Retention Documents, And Suspend Further Fees Pending Compliance [**ECF No. 2743**] ("Motion"). As permitted by F.R.Evid. 201, Trustee Lovato requests the Court take judicial notice of the papers on the docket in this case, and where appropriate, pleadings on file in other Federal courts as referenced herein.

1

**Employment of Wes Christian and Christian Attar**

On April 23, 2025, in his First Amended Declaration In Support Of Application By Chapter 7 Trustee To Employ Christian Attar Special Counsel, **[ECF No. 1878]**, attorney Christian disclosed that he would be filing an action on behalf of Next Bridge Hydrocarbons ("NBH") related generally to the Orogrande lease issues.   That matter is styled as Next Bridge Hydrocarbons, Inc. v. Jeffrey Davies, filed on March 18, 2026, is pending in Harris County, Texas, and is attached to the Traudt filing at **[ECF No. 2743, page 88 of 121]**.

**Potential Claim(s) Against Greg McCabe**

The Trustee is aware of a transaction involving Meta Materials Inc. and Greg McCabe. Reference is made to the January 21, 2024 Form 8-K filed by Meta Materials to the Securities Exchange Commission, which states as follows:

> As previously reported, on September 8, 2023, the Company entered into a common stock purchase agreement (the "Purchase Agreement") with Gregory McCabe (the "Purchaser"), pursuant to which Mr. McCabe agreed to purchase up to an aggregate amount of $6,000,000 of the Company's common stock. On January 21, 2024, the Company entered into a settlement agreement (the "Release Agreement") with Purchaser, pursuant to which the Company and the Purchaser agreed to terminate the Purchase Agreement. Under the terms of the Release Agreement, Purchaser was relieved of any obligation to make additional stock purchases under the Purchase Agreement. The terms of the Release Agreement require (i) a payment of $700,000 by Purchaser to the Company, (ii) assignment to the Company of all stock purchases made by Purchaser under the Purchase Agreement and (iii) an additional payment of $700,000 by Purchaser to the Company if the Company's common stock achieves a certain target value within two years of the effective date of the Release Agreement.

Signed by Uzi Sasson as President and Chief Executive Officer

Attorney Hartman, and separate litigation counsel, Kent Robison and Clay Brust, are advising the Trustee with respect to this issue.   Depending upon the terms of the settlement, presumably approved by the then-Meta Board of Directors, pursuit of a claim against McCabe creates an added level of risk.

It is clear that Mr. Traudt, as a holder of stock in Next Bridge Hydrocarbons, believes there is a viable claim against Next Bridge Hydrocarbons and Mr. McCabe.  In fact, Mr. Traudt has offered to acquire the Meta Estate's claim against Mr. McCabe.  However, even if the Trustee was inclined to seek approval of an assignment of a claim – which she is not - Mr. Traudt would likely be unable to indemnify the Estate for claims asserted by Mr. McCabe as a result of the release approved by the management of Meta Materials.

### Conclusion

Trustee Lovato has taken great care to cabin the responsibilities being handled by her professionals in this case.  The Court is keenly aware of the complexity involved on the securities litigation side of the case being spearheaded by Christian Attar, and the attendant deadlines involved.  The Trustee's other counsel advise her with respect to non-securities matters. The Trustee has complete confidence in Mr. Christian's pursuit of the securities issues.

Through the date of his most recent filing, Mr. Traudt has filed 1158 pages of documents on the docket.  As a putative, or actual shareholder of an insolvent estate, similar to Ms. Spears, he is causing an extraordinary amount of time to be devoted to his issues, by the Court as well as the Trustee.

Trustee Lovato requests that the Court deny Mr. Traudt's Motion in its entirety.

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Trustee

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on June 2, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- DAVID S. NORRIS    david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- ABRAN E. VIGIL    VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com
- HANNAH E. WINSTON    HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✔ b. Via direct Email on June 2, 2026 to:

Scott Traudt (Pro Se) - sctraudt@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2026.

*/s/ Angie Gerbig*
Angie Gerbig

4