_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 04, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 24-50792-gs |
| | Chapter 7 |
| META MATERIALS INC., | |
| | |
| Debtor(s). | |

**ORDER DENYING EX PARTE APPLICATION TO SET STATUS HEARING**

On June 3, 2026, the chapter 7 trustee filed the Ex Parte Application to Set Status Hearing (ECF No. 2833) (Application), requesting that the court set a status conference in the above-captioned bankruptcy case at its earliest opportunity. The Application initially references a general status conference in the case, but then refers to a dispute involving a subpoena issued to The Depository Trust & Clearing Corporation (DTCC) and the related protective order entered at ECF No. 2601. The proposed order lodged with the court and attached to the Application as Exhibit 1 simply sets a general status conference in the bankruptcy case.

It is unclear to the court whether the scope of the requested status conference is the bankruptcy case in general or only the allegedly deficient response from DTCC to the trustee's subpoena. The court has reviewed the case docket, and it does not appear that any motion to compel DTCC's compliance with the trustee's subpoena is pending. Moreover, the trustee has

1

not explained the purpose of the requested status conference or why it must occur at the court's earliest opportunity. Nor is it apparent who should receive notice of the status conference.

For these reasons,

IT IS HEREBY ORDERED that the Ex Parte Application to Set Status Hearing (ECF No. 2833) is DENIED without prejudice to requesting such relief in a more detailed application which complies with the local bankruptcy rules for requesting a hearing on shortened time.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #