NSB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| | |
|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24-50792-gs** |

Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Kim Jones
2527 Elden # C
Costa Mesa, CA
92627**

Telephone Number:
**(949) 458-3829**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED
AND FILED

JUN 09 2026

U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| | |
|---|---|
| Account or other number by which Interest holder identifies Debtor: **818820433** | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |

| | |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: **Robinhood Financial LLC 85 Willow Rd Menlo Park, CA 94025** Telephone Number: **650 772-5277** | 3. Date Equity Interest was acquired: **1/28/2024** |

| | |
|---|---|
| 4. Total amount of member interest: **6,342 shares** | 5. Certificate number(s): **MMat Q** |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box:
☒ I am the creditor   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Kim Jones**
Title:
Company: Address and telephone number (if different from notice address above): **2527 Elden # C Costa Mesa, CA 92627**
Telephone number: **949 4583829**   email: **KimJones122@yahoo.com**

(Signature) **Kim Jones**   (Date) **6/5/2026**

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



Search                                                                                    Rewards    Inv

# Kim Jones

Investing    Crypto    Transfers    Recurring    Robinhood Gold    Reports and statements    Tax center    History    Settings    Help

Meta Materials Reverse Split                                                    1:100 Split
Jan 28, 2024

Refine Results

| Symbol | Date Received | Type | |
|---|---|---|---|
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split | |
| | | | Account    Individual |
| Split Amount | Previous Shares | New Shares | |
| 1 for 100 | 6,342 | 63 | Type    Corp. Actions |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the quantity of your position has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our Help Center

Search