NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:  META MATERIALS INC. | Case Number:  24-50792 |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   DOLORES SANTOS
   24-10 LEITH HILL ROAD
   TORONTO ON M2J,1Z2 CANADA

   Telephone Number: 647-2926311

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

JUN 08 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

DLS

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
1.) 267-6227610    2.) 578-6132810

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   DOLORES SANTOS
   P.O. BOX 75 - 200 BAY ST. ON M5J 2Z5
   Telephone Number: (800)-7692560

3. **Date Equity Interest was acquired:**

   SEE SUPPORTING DOCUMENTS

4. Total amount of member interest: __SEE ATTACHED DOC.__

5. Certificate number(s): __SEE ATTACHED DOCS.__

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: __DOLORES SANTOS__
Title: _____
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature) /S/ Santos

(Date) JUNE 1, 2026

Telephone number: 647-2926311      email: SANTOSDOLORES74@YAHOO.CA

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Date Bought | Quatity | Unit Price | Gross Amount |
|---|---|---|---|
| July 7, 2021 | 880 | $7.24 | $6,368.12 |
| Sept 1, 2021 | 4050 | $4.54 | $18,387.00 |
| Oct 15, 2021 | 2700 | $6.00 | $16,200.00 |
| Oct 21, 2021 | 600 | $5.80 | $3,480.00 |
| Oct 21, 2021 | 1429 | $5.65 | $8,073.85 |
| Nov 4, 2022 | 50 | $1.45 | $72.50 |
| Nov 17, 2022 | 6795 | $2.60 | $17,686.25 |
| Nov 17, 2022 | 465 | $2.50 | $1,162.50 |
|  |  |  |  |
| TOTAL | 16,969 |  | $61,452.22 |

Account: 57861328 - RRSP

Balances as of May 26, 2026

| Product | Symbol | Name | Quantity | Ave. Cost | Last Price | Currency | Change $ | Change % | Total Book C | Total Market Va | Unrealized Ga | Unrealized Gain/Loss % ($28,017.61) | Average Cost | Expiration | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAD Holdi Common Shares | MMATQ | META MATERIALS I | 77 | 363.8652 | 0.0001 | CAD | 0 | 0% | 28017.62 | 0.0077 | -28017.612 | -99.99997251729448% | 363.8652 | | |

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5180525_002−E:15592−05592

>DOLORES SANTOS
24−10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
JULY 2, 2021

**ACCOUNT NO.**   **TYPE**
267−6227610    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**        **JULY 7, 2021**
AS PRINCIPAL, WE CONVERTED AT          1.2549
TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 880 | META MATLS INC | | 7.2365U$ |
| | COMMON STOCK | @ | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.25490000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,368.12 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,378.07 U$ |
| EXCHANGE | 1,625.77 |
| NET AMOUNT | 8,003.84 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 267−6227610 − TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE 22405  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 022405  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5180525_002− 00011163 − E:15592

 **Direct Investing**

RBC®

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6386648_002-E:10581-00581

>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON M2J 1Z2

## Confirmation Notice

**DATE**
AUGUST 30, 2021

**ACCOUNT NO.**   **TYPE**
267-6227610   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **SEPTEMBER 1, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,050 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ WE ACTED AS PRINCIPAL DA | @ | 4.54C$ |

| | |
|---|---|
| GROSS AMOUNT | 18,387.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 18,396.95 C$ |
| NET AMOUNT | 18,396.95 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 267-6227610 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W7642  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 367642  /  INTERNAL CODES UN TL  /   684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6386648_002 - 00001161 - E:10581

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7313090_001–E:9668–09668

>DOLORES SANTOS
24–10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
OCTOBER 13, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 267–6227610 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| **SETTLEMENT DATE** | **OCTOBER 15, 2021** |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,700 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 6.C$ |

| GROSS AMOUNT | 16,200.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 16,209.95 C$ |
| NET AMOUNT | 16,209.95 C$ |

| CLIENT NAME | >DOLORES SANTOS |
|---|---|
| ACCOUNT NO. | 267–6227610 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W1623  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 341623  /  INTERNAL CODES UN A1  /   684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7313090_001 – 00019335 – E:9668

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7429013_002-E:11540-01540

>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
OCTOBER 19, 2021

**ACCOUNT NO.**       **TYPE**
267-6227610          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**                    **OCTOBER 21, 2021**

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 600 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 5.80C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,480.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,489.95 C$ |
| NET AMOUNT | 3,489.95 C$ |

**CLIENT NAME**                          >DOLORES SANTOS
**ACCOUNT NO.**                          267-6227610 – TFSA
**INVESTMENT REPRESENTATIVE**            ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE W9655  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 399655  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7429013_002 – 00003079 – E:11540

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7429013_002-E:11541-01541
>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
OCTOBER 19, 2021

**ACCOUNT NO.**   **TYPE**
267-6227610      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE           OCTOBER 21, 2021

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,429 | METAMATERIAL EXCHANGECO INC | @ | 5.65C$ |
|  | COMMON |  |  |
|  | UNSOLICITED |  |  |
|  | AVG PRICE SHOWN-DETAILS ON REQ |  |  |
|  | DA |  |  |

| | |
|---|---|
| GROSS AMOUNT | 8,073.85 |
| COMMISSION | 9.95 |
| SUB TOTAL | 8,083.80 C$ |
| NET AMOUNT | 8,083.80 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 267-6227610 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W9656  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 399656  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7429013_002 – 00003081 – E:11541

 **Direct Investing**
**RBC**®

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_8120633_003-E:21029-05029
>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
NOVEMBER 2, 2022

**ACCOUNT NO.**   **TYPE**
578-6132810      RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**                **NOVEMBER 4, 2022**

TRANSACTION TYPE                                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 50 | METAMATERIAL EXCHANGECO INC | @ | 1.45C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 72.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 82.45 C$ |
| NET AMOUNT | 82.45 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 578-6132810 - RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE W5518  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 355518  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8120633_003 - 00010057 - E:21029

 **Direct Investing**
**RBC** ®

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_8360608_003-E:23632-07632
>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
NOVEMBER 15, 2022

**ACCOUNT NO.**      **TYPE**
578-6132810       RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **NOVEMBER 17, 2022**

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 6,795 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ WE ACTED AS PRINCIPAL DA | @ | 2.60283C$ |

| | |
|---|---|
| GROSS AMOUNT | 17,686.25 |
| COMMISSION | 9.95 |
| SUB TOTAL | 17,696.20 C$ |
| NET AMOUNT | 17,696.20 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 578-6132810 - RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE F1989  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 151989  /  INTERNAL CODES UN TL  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8360608_003 - 00015263 - E:23632

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_8360608_003-E:23633-07633

>DOLORES SANTOS
24-10 LEITH HILL RD
TORONTO ON  M2J 1Z2

## Confirmation Notice

**DATE**
NOVEMBER 15, 2022

**ACCOUNT NO.**     **TYPE**
578-6132810     RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE          NOVEMBER 17, 2022

TRANSACTION TYPE                                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 465 | METAMATERIAL EXCHANGECO INC | @ | 2.50C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | WE ACTED AS PRINCIPAL | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,162.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,172.45 C$ |
| NET AMOUNT | 1,172.45 C$ |

| | |
|---|---|
| CLIENT NAME | >DOLORES SANTOS |
| ACCOUNT NO. | 578-6132810 - RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE F1990  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 151990  /  INTERNAL CODES UN TL  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8360608_003 - 00015265 - E:23633