# EXHIBIT B

# EXHIBIT B

## David D. Burnett

| | |
|---|---|
| **From:** | David D. Burnett |
| **Sent:** | Tuesday, November 4, 2025 10:51 AM |
| **To:** | Bandler, Aimee; Maj, Donald |
| **Cc:** | Clay Brust; Jeffrey L. Hartman; James Wes Christian; Stephen W. Tountas |
| **Subject:** | Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC |
| **Attachments:** | In re Meta Materials DTCC protective order -- October 22 draft.docx; 1934. (05-14-2025) STIPULATED PROTECTIVE ORDER.pdf; 1955. (05-21-2025) Stipulated Protective Order Between Trustee and the NASDAQ Stock Market LLC (Related document(s) [1.pdf |

Aimee:

I'm following up again on the below.  Please provide us the courtesy of a substantive, timely, and constructive response.  The parties do not have a dispute, as far as we're concerned, since DTCC is (or was) willing to provide us reports and the Trustee is willing to pay you for those reports, we just need information from you.  But if you continue to delay we will enforce our rights with the court.

I revised the draft protective order to address what I believe your concerns were.  Please let us know if you have comments or edits to the revised draft, reattached.  I also noted that the prior draft was very similar to two protective orders, reattached, that were already so-ordered by the bankruptcy court.  Or, if you are comfortable producing the reports without a protective order, that's fine too.

As for the reports, the Trustee is willing to pay DTCC for them, so there is no dispute and no need for you to raise other parties' motions to quash and the like, I simply need input from you or your team as to which reports are applicable to the dates I gave you.  I don't know the date ranges of your specific reports, so I can't say without your input which specific reports we need to buy.

Regards,
David



**SCHNEIDER² WALLACE COTTRELL KIM** LLP

**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia.***

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Monday, October 27, 2025 10:35 AM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; Maj, Donald <dmaj@dtcc.com>

**Cc:** Clay Brust <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – Thank you. I will review and circle back.

DTCC Restricted (Red)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, October 22, 2025 1:01 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Counsel:

We think our May 9 draft protective order was adequate, and Nasdaq and Schwab entities agreed to similar protective orders based on the same template, which were both so-ordered by the Bankruptcy Court--attached.  However, given your email below, we've made extensive edits in redline to address what appear to be your concerns, inferring from your email.  We've removed references to litigation, claims and defenses, depositions, and trial, and we've added references to Rule 2004 examination and the Trustee's investigation.  We've clarified that the DTCC is the only producing party and the Trustee is the only receiving party, since the DTCC is not serving discovery on the Trustee.

I've also made one correction to my email below, in red font—I meant to say protective orders, not subpoenas.

Please send us any comments or edits to this revised protective order draft by Friday.  Please also confirm by Friday whether we've identified the correct quarterly reports corresponding to the specific dates listed in my email below.  We'd like to proceed with ordering the applicable reports once you confirm which ones we need.

Regards,
David



**David D. Burnett**
**Attorney at Law**

2

1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia.

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, October 21, 2025 7:40 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

Aimee:

I'm taken aback by the tone of your email, considering that you are the one that has not responded to our questions for four months or given edits or comments on the protective order for five months.

In what way is the draft protective order "unacceptable and inappropriate," and what "confusion"?  Why would it require a "complete rewrite"?  What do you mean, "assuming good faith"?  And what do you mean, "any other subpoena that the Trustee tried to or already tried to slip in"?  Slip in to where?

The draft we sent you is based on a very standard template and the Bankruptcy Court has so-ordered two similar protective orders.  We can remove the references to "litigation," and we can otherwise make clear that the productions are limited to this Rule 2004 pre-litigation investigation.  DTCC is not a litigation target.  The two subpoenas from March are the only subpoenas at issue.  We strongly object to your insinuation that the Trustee is doing anything inappropriate.  We simply asked for clarification before confirming an order to purchase reports from you, in response to your offer.  We don't anticipate needing anything beyond the reports. The protective order only needs to cover those reports.  You could have given edits or feedback about the protective order at any time in the last five months since I sent you the draft.  And if you have a different version you'd like to use, we're happy to consider it.  I don't know why you held back comments for five months and only now make vague references to problems with our draft in response to a threatened motion to compel.

Other parties besides Nasdaq have produced documents to us.  Other than our public court filings, there's no way you would know which parties have produced to us.

We would like CNS and UTC reports to cover the entire time period, i.e. exactly what you said in your June 16 email:

1.  Continuous Net Settlement (CNS) Accounting Summary Reports ($300 x 6 hours): $1,800 - For CUSIPs  89102U103 (Torchlight), 59134N104 (MetaMaterials), 59134N302 (MetaMaterials), 59134N203 (MMTLP) for the time period September 21, 2020 – August 7, 2024.

2.  UTC Report (which combines CTS & correspondent clearing data) ($300 x 8 hours): $2,400 - For CUSIPs  89102U103 (Torchlight), 59134N104 (MetaMaterials), 59134N302 (MetaMaterials), 59134N203 (MMTLP) for the time period September 21, 2020 – August 7, 2024.

3

And for the Participant Daily Activity Statements, per my October 6 email, we'd like to purchase reports to cover the dates Dec 14, 2020, Feb 8, 2021, May [] 2021, June 24, 2021, Oct 7, 2021, and Dec 9, 2022.  It appears we'll need reports for 4Q 2020, 1Q 2021, 2Q 2021, 4Q 2021, and 4Q 2022, but please confirm whether those specific reports correspond to the dates we need.  It's not clear from your June 16 chart because some of the date ranges start or end on dates other than the start/end of a standard calendar quarter, and your available date ranges for reports vary for each of the four cusips.

Regards,
David



**SCHNEIDER² WALLACE COTTRELL KIM** LLP

**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia.***

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Tuesday, October 21, 2025 6:50 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David –

This communication is without waiver of, or prejudice to, DTCC's and its affiliates' rights and remedies, all of which are hereby expressly reserved, including, without limitation, the DTCC Responses and Objections. You reference the time the subpoena was issued – but I note that, with the exception of NASDAQ (which made a small production and then filed a motion to quash), none of the other non-parties you subpoenaed have made a production yet (and several have filed motions to quash, highlighting numerous deficiencies with the subpoenas and the court orders.)  In any case, the draft protective order you sent me is unacceptable and inappropriate. I attempted on several occasions to mark it up to provide comments, but it was impossible without a complete rewrite, restructuring and reframing. It highlights the confusion (assuming good faith) from your side. To be clear, if at some point DTCC decides to produce any documents, it would be if agreed in connection with an appropriately scoped Rule 2004 subpoena and not in response to any other subpoena that the Trustee tries to or already tried to slip in – and definitely not for use in connection with any contemplated or pending litigation.  We cannot come to an agreement on a production or accept payment for a production without first

4

having a protective order appropriately scoped – and with the appropriate protections and controls - for a Rule 2004 examination.

I'm not sure what you mean by "trustee would like reports sufficient to cover these dates:  Dec 14, 2020, Feb 8, 2021, May [] 2021, June 24, 2021, Oct 7, 2021, and Dec 9, 2022" – are you narrowing your request to CNS and UTC reports that only cover those individual dates?  And yes, the UTC Report is what we've produced in unrelated productions as M209, but the name M209 was the incorrect.

I also note that an issuer has access to securities position reports, which reflect which Participants held position in a CUSIP at DTC as of a specific Friday date. To the extent you do not want to provide an appropriate protective order to DTCC, DTCC believes that the Trustee can obtain the same information it seeks from DTCC by subpoenaing the Participant holders directly.

DTCC reserves all rights and objections.

Regards,

Aimee

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, October 21, 2025 3:36 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee:

Please respond this week with substantive answers to our questions in prior emails, which relate to our March 2025 subpoenas.  If we don't hear from you this week we plan to file a motion to compel DTCC's compliance in the Bankruptcy Court, and/or we will notice a deposition of a DTCC custodian of records to seek answers to our questions, pursuant to the March 7, 2025 order of the Bankruptcy Court granting the Trustee's motion for an examination.

To recap, my colleagues and I represent Christina Lovato, the trustee appointed by the Office of the United States Trustee to administer the estate of Meta Materials, Inc. ("Meta Materials"), the debtor in a bankruptcy pending before Judge Gary A. Spraker of the U.S. Bankruptcy Court for the District of Nevada.  The Trustee is investigating the debtor's financial affairs, per her statutory duties, in part by investigating potential manipulation of Meta Materials stock prior to the bankruptcy.  My colleagues and I have been appointed as Special Litigation Counsel to assist with this investigation.  The Court so-ordered our firms' appointment.  The Trustee served subpoenas on a number of parties, including DTCC.  We served two subpoenas on you in March.  We also filed a Notice of Issuance of Subpoena in the Bankruptcy on March 6, Dkt. No. 1619.  We filed a motion for a Bankruptcy Rule 2004 examination of DTCC the same day, Dkt. No. 1618, and the Court granted that motion on March 7, 2025.  Dkt. No. 1637, attached.  DTCC has not filed objections to any of these Bankruptcy Court filings.  It has been **seven months** since you received the subpoenas, and you still have not produced any documents.  Our team, including our experts, need the information in your reports as part of our investigation.  We are prepared to pay you for the relevant reports, but we need answers to our clarifying questions first.

You emailed on June 16 with information about reports that we could purchase.  I emailed you on June 26 with questions about your June 16 email, but have not received any answers in the four months since.  I followed up on July 3 and July 31 but didn't get a response to my June 26 email.  Then I emailed on October 6 with a proposed purchase order and to renew my request for answers to our June 26 questions.  I followed up on October 15 and haven't heard from you.

I also sent you a proposed protective order on May 9, 2025, and resent it to you at least three times—on May 22, July 3, and October 6.  You said you would send edits several times but never have.  If you think your production(s) in response to the subpoena should be governed by a protective order, please give edits this week to the draft we sent.

David



SCHNEIDER² WALLACE
COTTRELL KIM LLP

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*\*Admitted in New York and District of Columbia.*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, October 15, 2025 12:33 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

Aimee, I'm following up on my email from last week (and, in turn, my prior emails from June and July).

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia.*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Monday, October 6, 2025 5:03 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Dear David – I'm out of the office until Thursday and so will get back to you by the end of the week.  Thank you.

Aimee

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, October 6, 2025 3:52 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Stephen W. Tountas <stountas@kasowitz.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

> **ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee and Donald:

I'm circling back on our prior conversations regarding the trustee's subpoenas and DTCC's production of reports.  You sent us information on June 16 about available reports.  I sent some clarifying questions on June 26 and followed up twice but haven't heard from you.  We'd appreciate answers to those questions, but in the meantime we can move forward with ordering statements and agreeing to a protective order.

The trustee would like reports sufficient to cover these dates:  Dec 14, 2020, Feb 8, 2021, May [] 2021, June 24, 2021, Oct 7, 2021, and Dec 9, 2022.  Based on your June 16 email, it looks like the CNS and UTC reports are a single report each, for $1,800 and $2,400 respectively, not broken up by quarter.  For the Participant Daily Activity Statements, it appears we'll need reports for 4Q 2020, 1Q 2021, 2Q 2021, 4Q 2021, and 4Q 2022, though it's not totally clear from your June 16 chart because some of the date ranges start or end on dates other than the start/end of a standard calendar quarter.  And your available date ranges for reports vary for each of the four cusips.

I also sent a proposed protective order to govern your productions.  Reattached.  It's based on the trustee's protective order with Nasdaq, which was so-ordered by the Bankruptcy Court.  Please let us know any comments or edits.

We'd appreciate a response this week.  If you prefer to discuss by phone, please let us know your availability.

Thanks

David



SCHNEIDER² WALLACE
COTTRELL KIM LLP

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

9

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:      (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia.*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, July 31, 2025 1:08 PM
**To:** Bandler, Aimee <abandler@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <stountas@kasowitz.com>; Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

Aimee:

I'm following up on my emails below, seeking clarification about the reports that DTCC can produce (per my questions in my 6/26 email).  We'd like your input before making decisions on the reports.

Please also send any comments to the protective order, reattached.

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia.*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, July 03, 2025 2:00 PM
**To:** Bandler, Aimee <abandler@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <stountas@kasowitz.com>; Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

Aimee:

I'm following up on my email from last week.  Can you please provide answers to our questions below, based on our discussions with our experts.

I've also reattached the draft protective order from May.  Please let us know if you have any comments or edits.

Thanks

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

***Admitted in New York and District of Columbia.***

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, June 26, 2025 6:07 PM
**To:** Bandler, Aimee <abandler@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <stountas@kasowitz.com>; Clay Brust <cbrust@rssblaw.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

Aimee:

Thanks for the information below.

12

1. With #3, you state below that the UTC Report combines CTS & correspondent clearing data. Our experts agree: the Correspondent Clearing data and CTS (Consolidated Trade Summary) come from the UTC (Universal Trade Capture) data. Correspondent Clearing data should be record-level and CTS should be summary-level. We think that data is all derived from the UTC data set. Is the UTC data set the same as the DTCC's more voluminous type of report that you mentioned on the call—I think it's called the M209? Is that right, or is the UTC Report something less voluminous? What is the definition of the M209 data report? We might want the full UTC data for MMTLP, at least.

2. You said you don't have legends/summaries of what each report contains, but said we'd know. I'm told there's something called DTCC Learning, which is where the file formats now reside, but we will need a login to gain access to this. Please advise.

3. Also, let us know if you have any edits to the PO. We'd like to finalize that quickly, so it can be filed and so-ordered while we're discussing DTCC's production. You said you'll be able to produce soon after payment.

Thanks,

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

13

Toll Free:  (800) 689-0024

Direct:    (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

***Admitted in New York and District of Columbia.***

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Monday, June 16, 2025 12:00 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>; Maj, Donald <dmaj@dtcc.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – Thank you. Yes, I will try to get back to you this week with edits to the protective order, but it might slip.  Subject to, and without waiver of, the attached Responses and Objections of DTCC to the Subpoena, the following are the report fees for the referenced CUSIPs during the applicable time period.

1. Participant Daily Activity Statements ($1000 per three month report, per CUSIP):  $21,000

| Participant Daily Activity Statements $1000 per three month report, per CUSIP | | |
|---|---|---|
| 89102U103 (Torchlight) | 09/21/2020 to 06/30/2021 | 9 months |
| 59134N104 (MetaMaterials) | 06/29/2021 – 01/31/2024 | 30 months |

14

| | | |
|---|---|---|
| 59134N302 (MetaMaterials) | 01/29/2024 to 08/07/2024 | 6 months |
| 59134N203 (MMTLP) | 07/01/2021 to 12/31/2022 | 18 months |

2. Continuous Net Settlement (CNS) Accounting Summary Reports ($300 x 6 hours): $1,800 - For CUSIPs  89102U103 (Torchlight), 59134N104 (MetaMaterials), 59134N302 (MetaMaterials), 59134N203 (MMTLP) for the time period September 21, 2020 – August 7, 2024.

3. UTC Report (which combines CTS & correspondent clearing data) ($300 x 8 hours): $2,400 - For CUSIPs  89102U103 (Torchlight), 59134N104 (MetaMaterials), 59134N302 (MetaMaterials), 59134N203 (MMTLP) for the time period September 21, 2020 – August 7, 2024.

Payment for the reports is due prior to DTCC's generation and production of the reports. Please send a check for the total of $ 25,200 payable to The Depository Trust & Clearing Corporation to:

Donald Maj

General Counsel's Office

DTCC

570 Washington Boulevard

Jersey City, NY 07310

Please let me know if you have any questions.

Regards,

Aimee

15

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, June 11, 2025 4:04 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

---

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

---

Aimee:


Thanks for the productive call today.  As discussed, you'll send us a price list this week for the four types of reports we're seeking.  After that we can schedule another call to discuss the parameters of DTCC's production, using the four cusips listed in my May 22 email.  And you plan to circle back early next week with any edits on the proposed protective order I sent.


Thanks,

David





**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

***Admitted in New York and District of Columbia.***

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Thursday, June 05, 2025 4:27 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – At the moment I am pretty open tomorrow (Friday) or Wednesday the 11, so please propose a time. If you want me to propose a time, I propose noon ET on June 11.  Thanks.

Regards,

Aimee

DTCC Restricted (Red)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, June 3, 2025 6:15 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>;
cbrust@rssblaw.com; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian
<jchristian@christianattarlaw.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

<div style="background-color:red; color:white; text-align:center; font-weight:bold;">ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.</div>

Aimee:

Thanks for your email.  Are you available this Thursday or Friday for a call?  Let us know some time windows if so and we should be able to accommodate.

Per my email below, we don't want your responses and objections hold up discussion of DTCC's productions, in part because you've had the subpoenas since March.

The fourth CUSIP below, TRCH, is Torchlight Energy Resources, Inc., which merged with META in December 2020 (after the September 21, 2020 start of the subpoenas' time period).  https://metamaterial.com/metamaterial-and-torchlight-sign-definitive-agreement-for-business-combination/

Regarding the protective order:  there isn't one in this case (the *In re Meta Materials* bankruptcy) which covers DTCC.  The only two protective orders in the 2,000-entry docket are ones that we've negotiated in the last few weeks with Nasdaq and Schwab.  The Nasdaq one is attached.  You'll see it's nearly identical to the one we sent you.  We're negotiating similar ones with other subpoena recipients.  It provides standard confidentiality protections and the like.

I am checking on the format of DTCC reports, will circle back promptly.

Thanks,

18

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia.*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Friday, May 23, 2025 12:07 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>;
cbrust@rssblaw.com <cbrust@rssblaw.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian
<jchristian@christianattarlaw.com>
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Hi David – I saw your firm was just approved as special counsel. Happy to engage now.  I had hoped to discuss and send our r&o back in March when I first reached out to Clay.  I have availability on Wed 28th between 2-4 ET or Friday 30th

between 2:30-4:30ET.  In terms of a protective order, DTCC does not enter into one-off protective order in these matters, we expect there to be an appropriate order covering the proceeding and discovery (including third party obviously), with appropriate levels of confidentiality, controls, etc.

I take note of the other CUSIP you flagged, but it is not a Metamaterials security.

I know that others on this email are familiar with various reports DTCC has requested to produce in the past.  If you intend to request a specific form of CTS/CC report, why don't you send me that form ahead of time to take a look at?

This communication is without waiver of, or prejudice to, the rights, remedies, and objections of DTCC and its affiliates, all of which are hereby expressly reserved.

Regards,

Aimee

Aimee Bandler

Executive Director and Associate General Counsel

DTCC

abandler@dtcc.com

DTCC Restricted (Red)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, May 22, 2025 12:09 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com; Jeffrey L. Hartman <jlh@bankruptcyreno.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee:

I'm following up on my email below regarding a meet and confer on the Trustee's subpoenas.  Please advise your availability tomorrow and next week for a call.  I've copied my colleagues who also represent the Trustee.

I don't believe we've received written responses and objections from DTCC yet in response to our subpoenas.  We can discuss that on the call, but we'd also like to proceed on the call to discussing what information DTCC has responsive to the subpoenas, and a timeline for production.  Given the passage of time, we don't want DTCC's written responses to unnecessarily delay productions.

Also, let us know if the attached proposed protective order is ok.  The bankruptcy judge in this case, Judge Hilary Barnes, just so-ordered a nearly-identical protective order with another subpoena recipient.

There is a fourth CUSIP at issue, beyond the three you identified in a prior email, as follows:

1.  59134N 10 4  META MATLS INC   - MMAT
2.  59134N 20 3  PFD META MATLS   - MMTLP
3.  59134N 30 2  META MATLS INC   MMAT (100 for 1 reverse stock split)
4.   89102U103 - TRCH

thanks,

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com


*Admitted in New York and District of Columbia.*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Friday, May 09, 2025 11:33 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com <cbrust@rssblaw.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC


Aimee:


Speaking yesterday didn't work for everyone's schedules, but are you available for a call early next week?


Per your email below, I have attached a proposed protective order between the Trustee and DTCC, to govern DTCC's future production(s) in response to the Trustee's two subpoenas.  It's based on a standard template.  Let us know if you have any edits or comments.  We can file it once it's finalized.

We're looking for information for the following tickers:  MMTLP, MMAT, TRCH, or any derivatives thereof pertaining to Meta Materials, Inc. and related parties (together, "Meta").  I am checking on the three cusips you asked about below.

Thanks,

David



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia.*

---

**From:** Bandler, Aimee
**Sent:** Tuesday, May 06, 2025 9:50 AM
**To:** David D. Burnett; Maj, Donald
**Cc:** Ryan R. C. Hicks; Stephen W. Tountas; cbrust@rssblaw.com
**Subject:** RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Hi David - I have availability Thursday (8th) between 3pm – 4pm ET, but if that doesn't work for you, please propose some alternatives.  Thank you.

Aimee

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, May 5, 2025 4:47 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** Ryan R. C. Hicks <rhicks@schneiderwallace.com>; Stephen W. Tountas <STountas@kasowitz.com>; cbrust@rssblaw.com
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Ms. Bandler (or Aimee):

I'm following up on my colleague Clay's emails with you regarding the Trustee's subpoenas to DTCC in this case.  We're contacting you on behalf of the Trustee.  My colleagues and I, copied, would like to schedule a call this week to discuss.  Please let us know your availability Wednesday through Friday.  We'd like to discuss the requested documents and map out a plan for DTCC to produce responsive materials, starting with trade data.  We believe the parties should be able to find common ground.

There is no protective order in place which would apply to DTCC and its productions, but we can send you a proposed one.

24

Thanks,

David

Begin forwarded message:

**From:** "Bandler, Aimee" <abandler@dtcc.com>

**Subject: RE: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC**

**Date:** April 22, 2025 at 3:51:27 PM PDT

**To:** Clay Brust <cbrust@rssblaw.com>
**Cc:** "Maj, Donald" <dmaj@dtcc.com>

Clay – Could you please propose a couple of available times this week for a quick call to discuss? Please also provide a copy of the applicable protective or confidentiality order so I can review. Many thanks.

Aimee

DTCC Restricted (Red)

**From:** Clay Brust <cbrust@rssblaw.com>
**Sent:** Monday, April 7, 2025 5:30 PM
**To:** Bandler, Aimee <abandler@dtcc.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb Subpoena to DTCC

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Amiee,

A two week extension is fine.  Would you like to also like to arrange a time to discuss any questions you have about the subpoenas?

25

Clay


Clayton P. Brust

 Robison | Sharp | Sullivan | Brust


71 Washington Street
Reno, NV 89503

Direct - 775.236.2366
www.rssblaw.com

CONFIDENTIALITY:  This email (including attachments) is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law.  If you are not the intended recipient, please do not read, copy, or re-transmit this communication.  If you are the intended recipient, this communication may only be copied or transmitted with the consent of the sender.  If you have received this email in error, please contact the sender immediately by return email and delete the original message and any attachments from your system.  Thank you in advance for your cooperation and assistance.

IRS CIRCULAR 230 DISCLAIMER:  Any tax advice contained in this email is not intended to be used, and cannot be used by any taxpayer, for the purpose of avoiding Federal tax penalties that may be imposed on the taxpayer.  Further, to the extent any tax advice contained in this email may have been written to support the promotion or marketing of the transactions or matters discussed in this email, every taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor.



**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

***Admitted in New York and District of Columbia.***

On Apr 7, 2025, at 12:45 PM, Bandler, Aimee <abandler@dtcc.com> wrote:

Clayton – I am following up on the below. I do not think we ever received a response from you, or if I missed it, please re-send.  Thank you.

DTCC Public (White)

---

**From:** Bandler, Aimee
**Sent:** Wednesday, March 26, 2025 2:57 PM
**To:** cBrust@rssblaw.com
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** FW: In re META MATERIALS, INC., US. Bankruptcy Court Case No. 24-50792-hlb

Subpoena to DTCC
**Importance:** High

Dear Clayton Brust –

DTCC is in receipt of the attached subpoenas. We just received these today and will need an extension to respond. I will have a better sense of timing next week.  In addition, please confirm that the below CUSIPs are the subject of the Subpoenas (which do not seem to define "Meta"):

59134N 10 4  META MATLS INC

59134N 20 3  PFD META MATLS

59134N 30 2  META MATLS INC

Please also send us a copy of the confidentiality/protective order in this proceeding that will govern any production.

DTCC reserves all rights and objections.  Thank you.

Aimee

Aimee Bandler

Executive Director and Associate General Counsel

DTCC

abandler@dtcc.com

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any

28

damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any

related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no

liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.
DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.