# EXHIBIT C

# EXHIBIT C

## David D. Burnett

| | |
|---|---|
| **From:** | David D. Burnett |
| **Sent:** | Tuesday, May 26, 2026 10:16 AM |
| **To:** | 'Bandler, Aimee'; James Wes Christian |
| **Cc:** | Maj, Donald; Jeffrey L. Hartman |
| **Subject:** | RE: Meta Materials |

Aimee:

Thanks for the update.  I'm surprised that data going back just six years (to 2020) would present technical difficulties, but in any event, please let us know once you hear further from the IT team.  We would like to get the additional data as soon as possible given time-sensitivities on our end, as discussed.  And a reasonable fee for the additional reports is fine.

David



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Thursday, May 21, 2026 6:51 AM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – The IT team is still working on the correspondent clearing report – as I noted, it is not a systemically generated report. I checked in with them at the beginning of the week  and I understand it they are having some difficulty with some of the aged data, but are working to resolve it. Please note that, as with the other reports, there is an hourly fee for the report (to the extent that they can resolve the issue within a reasonable amount of time, I will not include that time in the total fee.).

Net Reason Codes are publicly available:  https://www.dtcc.com/ust1/-/media/Files/PDFs/T2/NetReasonCodes.pdf

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, May 19, 2026 10:19 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee, please let us know what you've found regarding the Correspondent Clearing Data and Net Reason Codes.

Thanks
David



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:      (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia*

**From:** David D. Burnett
**Sent:** Wednesday, May 13, 2026 5:31 PM
**To:** 'Bandler, Aimee' <abandler@dtcc.com>; 'James Wes Christian' <jchristian@christianattarlaw.com>
**Cc:** 'Maj, Donald' <dmaj@dtcc.com>; 'Jeffrey L. Hartman' <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

Aimee:

I've confirmed that those two CUSIPs are accurate for MMAT.  The CUSIP changed from one to another during this four-year time period, due to a merger or another MMAT corporate event (I'm not personally sure without researching further).

Thanks



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW

2

Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** David D. Burnett
**Sent:** Wednesday, May 13, 2026 4:22 PM
**To:** 'Bandler, Aimee' <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

Thanks for asking.  There should be two cusips for MMAT, actually.  I will double-check.

59134N 10 4  META MATLS INC
59134N 30 2  META MATLS INC



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Wednesday, May 13, 2026 3:26 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Is that CUSIP 59134N104?  (We don't use tickers).

DTCC Public (White)

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, May 12, 2026 2:17 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Thanks.  Regarding the Correspondent Clearing Data, if we need to prioritize based on volume or the time required to produce, MMAT is a higher priority than TRCH or MMTLP.  If you need to prioritize by time period also, 2023 data is most important, then 2024, then 2022, then 2021.

I'm glad you responded because I was going to tell you that because of the time-sensitivity on our end and this dragged-out process, the Trustee is prepared to move to compel in the near term to ensure we get this information responsive to last year's subpoenas.


David



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Tuesday, May 12, 2026 7:51 AM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – Without waiver of any of DTCC rights and objections, I have asked our IT team to let me know about volume and possible timing on the Correspondent Clearing Data.  In terms of prioritization – Is there a CUSIP/time period that you would want us to prioritize?

I am making inquiries into your Net Reason Codes question.

DTCC reserves all rights. Thank you.

Aimee


DTCC Public (White)

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, May 5, 2026 1:06 PM

**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee:

I'm following up on my April 24 email below about the Correspondent Clearing data.  That data is very important to our analysis and we expected that the dataset would include it, per your June 16, 2025 email.  DTCC's production in response to last spring's subpoenas is thus still unresolved.  Please produce the transaction-level Correspondent Clearing data.

One other thing:  our team needs to know what all of the Net Reason Codes mean, i.e. what all of the values in the NET_RSN_CD field in the CTS table are and what they mean.  This is a data dictionary question, not a request for additional data.  Can you please provide that information?

I'm sure you're eager to wrap up these discussions and DTCC's production, as are we.  Please provide the additional information to hopefully wrap this up.

Thanks
David



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Friday, April 24, 2026 1:25 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

Aimee:

Noted on the Torchlight reports, and thanks for the attachments.

We have one further request, from looking at what you sent and speaking with our team.

Your June 16, 2025 email referred to the "UTC Report (which combines CTS & correspondent clearing data)."  From that, we expected that the dataset would include transaction-level Correspondent Clearing

data, which has been our experience in past cases getting data from DTCC.  But it appears that the only Correspondent Clearing data in what you provided to us is a Consolidated Trade Summary, showing aggregated transactions by broker, not transaction-level Correspondent Clearing data showing counterparties for individual transactions.  The latter is important for our analysis.  Can you provide that transaction-level Correspondent Clearing data?

By the way, in case helpful, our bankruptcy judge ruled from the bench on Monday that he will deny FINRA's motion to quash the Trustee's subpoenas as to most of our data requests, but will grant the motion as to our request for documents.

Thanks,
David

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Thursday, April 23, 2026 12:37 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – The Torchlight reports were in the original production (I assumed that the check would arrive in due course, which it did). If you cannot locate the Torchlight reports in the production, let me know what you believe is missing.  Attached is the table layout of, and a reference key to the market codes on, the UTC Report ("100" means correspondent clearing.)   Please let me know if you have any questions. Thank you.
Regards,
Aimee

Aimee Bandler
Executive Director and Associate General Counsel
DTCC
abandler@dtcc.com

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, April 20, 2026 11:13 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeffrey L. Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Ms. Bandler:

Following up on the below.  Please confirm you received the $3,000 check we sent for the Torchlight reports, dated March 24.  The images are reattached.  Please produce those reports as soon as possible.  As a reminder, these are pursuant to subpoenas dated more than a year ago and your email from ten months ago, June 16, 2025, identifying the reports you have and were willing to produce.

Regarding the Meta Materials production that you made on March 26, we have two requests after reviewing the production:

1.  Your email from June 16 last year refers to "UTC Report (which combines CTS & correspondent clearing data)."  Is that correct, and the correspondent clearing data is included in the UTC files you delivered?  Is it marked as such?  If it's included, please help us locate it.  If it is not included, please provide a date for which we can expect delivery.

2.  Please provide the data dictionar(ies) for the UTC (Universal Trade Capture) format that you provided.

David



**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, April 06, 2026 2:56 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

Aimee:

Please confirm you received the $3,000 check for the Torchlight reports, reattached, and let us know when you'll be producing those.

David

**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:      (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, March 24, 2026 3:44 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

Thank you.  I can confirm we'd like the Torchlight reports as well.  We're sending out the check by FedEx, per attached.

We'll get back to you about the Friday dates for the SPRs.  Do you also have the CNS Production Reports?

Thanks

**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:      (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Tuesday, March 24, 2026 1:29 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – We located the check and are assembling the production, which is anticipated to go out this week.  The fee for the Torchlight Activity Statements is an additional $3000.  Please let me know if there are any questions. Thank you.

Regards,
Aimee


Aimee Bandler
Executive Director and Associate General Counsel
DTCC
abandler@dtcc.com


DTCC Public (White)

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, March 24, 2026 1:09 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials
**Importance:** High

| ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information. |
| --- |

Aimee:

Please let us know when you will be producing the initial round of reports, the ones for Meta Materials that we paid for.


David


**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, March 19, 2026 5:52 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

Thank you.  Please let me know the cost for the Torchlight reports, and I will get back to you about dates for the Securities Position Reports.

David

**David D. Burnett**
**Attorney at Law**
1050 30th Street NW
Washington, DC 20007
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:      (510) 740-2939
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Thursday, March 19, 2026 4:05 PM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** RE: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – I confirm that we have the Torchlight reports I originally identified.  Re: the securities position reports (SPR) (which I note was not requested in the subpoenas, but since it is a report that it generally available for purchase by the relevant issuer I will consider): For your time period they would only be available on dates that are on Fridays. You will need to provide me a list of each Friday date report you are requesting.  There would be a fee of $120 per report.  DTCC reserves all rights.

Regards,

Aimee

Aimee Bandler

Executive Director and Associate General Counsel

DTCC

abandler@dtcc.com

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Thursday, March 19, 2026 2:09 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

---

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

---

Aimee, I'm following up about the check, production timing, and our question about the Torchlight reports and other two categories of reports.

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:   (800) 689-0024

Direct:      (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
*Admitted in New York and District of Columbia*

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, March 16, 2026 5:10 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

Aimee:

Please confirm that DTCC received the check.  FedEx says it was delivered on Thursday at 10:19 am, signed for by Q. Mccoy.  Please let us know when you'll produce the reports, and please advise about the Torchlight reports and the extra two categories I asked about.

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
*Admitted in New York and District of Columbia*

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, March 11, 2026 12:10 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>

**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials


Aimee:


The attached check is going out today for delivery tomorrow.  We'd appreciate production of the reports this week, if at all possible.


Thanks


**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, March 10, 2026 10:11 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials


Aimee:

Great, we'll send you $18,000 asap for the Meta Materials reports.  Once you follow up about the Torchlight reports we can send payment on those.

Please also let us know about the CNS Production Report and Security Position Reports, but like Torchlight, let's not let those hold up production of the Meta Materials reports we're currently discussing.

Thanks,

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:      (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Tuesday, March 10, 2026 7:17 AM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

14

David - I am still checking on the Torchlight reports, so please send payment for $18000 for the reports I previously identified for the three Meta Materials CUSIPs (the information previously provided regarding the check and where it should be sent has not changed) so that we can make that production.  Please let me know if there are any questions. DTCC reserves all rights.  Thank you.

Aimee

Get Outlook for iOS

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, March 9, 2026 11:01:41 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>; Jeff Hartman <jlh@bankruptcyreno.com>
**Subject:** Re: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Aimee:

I'm following up on my emails below.  Please let us know promptly if DTCC can produce the CNS Production Report and Security Position Reports mentioned below, in addition to those we've discussed.  Either way, we'd like DTCC to provide all of the reports listed in your June 16, 2025 email now, at a minimum.  And please confirm the payment instructions and your ETA of sending the reports once you receive payment.

The subpoenas were served a year ago and you identified the relevant report nine months ago, in your June 16, 2025 email, and we've agreed to pay for them, yet you haven't produced them.  We now have a protective order in place, so that's no longer a holdup.  We've sent you dozens of emails about this.  Our team needs your reports for our experts' analysis, and there are statute of limitations concerns.  It seems we should be close to getting the documents from you, but nonetheless if we don't hear from you promptly we'll file a motion to compel, likely this week.  Our motion will show Judge Spraker the full correspondence on this topic, including the many emails we've sent and your failures to respond and produce.

I have copied Jeff Hartman, the Trustee's primary counsel.

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Tuesday, March 03, 2026 6:03 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: Meta Materials

Aimee:

Attached is the filed, so-ordered protective order.

I checked with our experts.  The three types of reports we've discussed thus far are in your June 16, 2025 email, reattached:  the Participant Daily Activity Statements, Continuous Net Settlement (CNS) Accounting Summary Reports, and UTC Report.

There are two additional types of DTCC reports that would be useful for us.  One is called a CNS Projection Report, and we would only need it for MMTLP for Nov/Dec 2022.  The other report is called the Security Position Reports (https://www.dtcc.com/asset-services/issuer-services/security-position-reports).  Could you produce those to us as well?  We can pay an additional fee.

Other than the reports in your June 16, 2025 email, and the two additional categories of reports if you can produce them, the Trustee is not seeking anything further in response to the subpoenas.

Please confirm the payment instructions in your June 16, 2025 email are still correct.  When can you produce the reports to us, following the date you receive payment?

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Friday, February 27, 2026 11:59 AM
**To:** David D. Burnett <dburnett@schneiderwallace.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** RE: Meta Materials

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

David – Thank you. I will take a look. Please confirm that DTCC's production of the identified reports will complete DTCC's response to the attached and that nothing else will be requested from DTCC by Trustee's counsel. DTCC reserves all rights.

DTCC Public (White)

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, February 18, 2026 5:08 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: Meta Materials

**ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.**

Here is your June 16, 2025 email that I mention below.  Please confirm this week that the list of reports and payment instructions are the same and we'll send the check.  These subpoenas were served nearly a year ago, and we'd like to finally resolve this by getting your production promptly.

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com

*Admitted in New York and District of Columbia

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Wednesday, February 18, 2026 5:05 PM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** Maj, Donald <dmaj@dtcc.com>
**Subject:** Re: Meta Materials

Aimee:

I haven't heard from you in response to my email from February 2.

We'll file the attached finalized protective order on the docket tomorrow.  I took the version from February 2 and accepted the track changes in it, which reflected grammatical nits.  The February 2 version accepted all your edits from December 16.

Regarding DTCC's document production, we'd like to purchase all of the reports listed in your June 16, 2025 email, reattached for reference.  Please confirm you still have all those reports and that the payment instructions are still the same.  We're no longer seeking a subset of reports, since we never got an answer from you regarding which reports correspond to the dates we provided, so we'd like to just purchase all the reports.  We'll send you a check for $25,200 promptly if you confirm we're all set.

FYI, since you mentioned motions to quash filed by other parties in a prior email:  the SDNY and DDC granted our motions to transfer motions to quash filed by Nasdaq and FINRA, respectively, to the bankruptcy court.  And the bankruptcy court recently issued a partial tentative ruling denying motions to quash brought by Citadel, Anson, and Virtu.  We have a further hearing on Friday.

David

19

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
***Admitted in New York and District of Columbia***

---

**From:** David D. Burnett <dburnett@schneiderwallace.com>
**Sent:** Monday, February 02, 2026 10:44 AM
**To:** Bandler, Aimee <abandler@dtcc.com>; James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Subject:** Re: Meta Materials

Aimee:

Thanks for getting back to us with a close review of the draft protective order.  Your edits are all fine with us.  The attached proposed-final version fixes a few formatting and grammar nits in your version below.  Please confirm DTCC is signed off on this as edited, in which case we'll accept track changes and get it on file.

As for DTCC's production, we'd appreciate your guidance on our prior outstanding question:  which DTCC reports we need, among the ones you listed, corresponding to the specific dates we gave you.  It's not clear from the chart you sent us last summer which specific reports we need, covering the date ranges that our specific dates fall within.

David

**David D. Burnett**

**Attorney at Law**

1050 30th Street NW

Washington, DC 20007

Main Line: (415) 421-7100

Toll Free:  (800) 689-0024

Direct:     (510) 740-2939

Facsimile: (415) 421-7105

www.schneiderwallace.com
*Admitted in New York and District of Columbia*

---

**From:** Bandler, Aimee <abandler@dtcc.com>
**Sent:** Tuesday, December 16, 2025 4:21 PM
**To:** James Wes Christian <jchristian@christianattarlaw.com>; Holly Pappas <hpappas@christianattarlaw.com>
**Cc:** David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: Meta Materials

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Apologies for the delay. Subject to, and without waiver of, DTCC's rights, remedies and objections, all of which are hereby expressly reserved, please see attached mark-up of the proposed protective order.  Please note that we do not want to appear/stipulate (but obviously would not object to you moving for a protective order).   Please let me know if you have any questions. Thank you.

Aimee Bandler

Executive Director and Associate General Counsel

DTCC

abandler@dtcc.com

DTCC Public (White)

**From:** James Wes Christian <jchristian@christianattarlaw.com>
**Sent:** Wednesday, December 10, 2025 6:57 PM
**To:** Holly Pappas <hpappas@christianattarlaw.com>; Bandler, Aimee <abandler@dtcc.com>; Maj, Donald <dmaj@dtcc.com>
**Cc:** David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** Re: Meta Materials

<div style="background-color:red; color:white; text-align:center; font-weight:bold;">
ATTENTION: External Email – Be Suspicious of Attachments, Links and Requests for Login Information.
</div>

Ms Bandler:I would appreciate a reply.

Thanks.Wes Christian

Get Outlook for iOS

**From:** Holly Pappas <hpappas@christianattarlaw.com>
**Sent:** Monday, December 8, 2025 5:06 PM
**To:** abandler@dtcc.com <abandler@dtcc.com>; dmaj@dtcc.com <dmaj@dtcc.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** Meta Materials

Dear Aimee,

My colleague, David Burnett, and I would like to meet and confer with you at the following date and time:

Wednesday, December 10th at 2 pm CST

The purpose of the call will be to discuss DTC making a production or not.

Please advise if you are available. If you are not available, could you be kind enough to provide some dates and times you are?

Sincerely,

22

JWC

## Holly Pappas

*Legal Assistant to James W. Christian*

## CHRISTIANATTAR

1177 West Loop South, Ste 1700 | Houston, Texas 77027
p. 713-659-7617 | f. 713-659-7641

CONFIDENTIALITY NOTICE: This email transmission and any attachments may be privileged, confidential or otherwise protected from disclosure and is intended only for the named recipient. The use, distribution, transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing. If you are not the intended recipient, please delete it from your system without copying it and notify our firm. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error,

please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of

encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.