Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>***EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S *EX PARTE* APPLICATION TO SET FOCUSED STATUS CONFERENCE ON SHORTENED TIME REGARDING DTCC'S SUBPOENA COMPLIANCE AND PROTECTIVE ORDER ADMINISTRATION**<br><br>Hearing Date:  OST Requested<br>Hearing Time:  OST Requested |

Christina Lovato, the duly appointed and acting trustee ("Trustee"), for the chapter 7 estate of Meta Materials Inc. ("Meta Estate"), requests an order reducing the notice period for hearing on her *Ex Parte* Application To Set Focused Status Conference On Shortened Time Regarding DTCC'S Subpoena Compliance And Protective Order Administration ("Motion").

F.R.Bankr.P. 9006(c) permits reduction in the notice period and provides that notice may be reduced for cause shown. This Motion for an order shortening time is made pursuant to F.R.Bankr.P. 2004 and is not of the type for which reduction in the notice period is prohibited.

1.    Trustee Lovato was appointed to administer the Meta Estate in August 2024.

2.    The Court approved the Trustee's Rule 2004 motion directed to DTCC on March

1

7, 2025.  In March 2025, the Trustee issued subpoenas seeking DTCC records for September 21, 2020 through August 7, 2024, including CNS Accounting Summary, Consolidated Trade Summary, **Correspondent Clearing Data** (emphasis added), and Participant Daily Activity Statements for CUSIPs related to Meta Materials, Torchlight, and MMTLP, with production commanded by April 8, 2025.

3.    Over the last year, Trustee's counsel engaged in sustained communications with DTCC—over 40 emails since spring 2025—seeking to finalize the protective order, confirm CUSIPs/report coverage, order reports, and schedule productions.  Some DTCC responses were delayed or missing, with DTCC's in-house Aimee Bandler sometimes not responding to emails from Trustee's counsel for weeks despite multiple follow-ups.  Despite the Trustee's diligent communications and many follow-ups over the last year, full production by DTCC remains outstanding.

4.    The Trustee seeks to: (a) obtain the Court's assistance in resolving DTCC's production deficiencies, including getting concrete information from DTCC about a date by which it will produce the Correspondent Clearing Data, including any applicable obstacles to production, and on the interpretation/application of ECF No. 2601 to DTCC's data disclosures; (b) set a schedule and parameters for any motion to compel, if necessary; and (c) address notice and participation by DTCC to streamline resolution of DTCC's deficient production and the Trustee's urgent need for the production.

5.    Continued delay in DTCC's production of the Correspondent Clearing Data risks prejudice to the estate, including exposure to statutes-of-limitations constraints on potential litigation and impediments to the Trustee's investigation and administration of estate assets.  Shortened time for a status conference, and immediate production by DTCC of the Correspondent Clearing Data, is warranted to prevent further prejudice to the estate and to ensure timely case administration.

6.    In order to balance the need for reasonable notice of the Motion and  response from DTCC, the Trustee requests  the notice period for hearing on the Motion be reduced to the number of days between filing of this OST Motion on June 11, 2026 and the date the Court is available to

consider the Motion at such time as is convenient to the Court. The proposed Order Shortening Time is attached hereto. The required Attorney Information Sheet is separately filed.

Wherefore, the Trustee requests that the Court enter an Order Shortening Time for hearing on the Motion and schedule a hearing on a date and time selected by Judge Spraker convenient to his calendar.

DATED: June 11, 2026.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>       Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S *EX PARTE* APPLICATION TO SET FOCUSED STATUS CONFERENCE ON SHORTENED TIME REGARDING DTCC'S SUBPOENA COMPLIANCE AND PROTECTIVE ORDER ADMINISTRATION**<br><br>Hearing Date:<br>Hearing Time: |

Christina Lovato, Chapter 7 trustee ("Trustee"), having properly moved Ex Parte to reduce the notice period for the hearing on Trustee's *Ex Parte* Application To Set Focused Status Conference On Shortened Time Regarding DTCC'S Subpoena Compliance And Protective Order Administration ("Motion"), and good cause appearing,

1

**IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT**:

1.      The Motion shall be heard on:

_____, 2026 at _____ ___.m.

2.      Objections, if any, to the Motion, must be filed on or before

_____, 2026.

3.      Replies, if any, must be filed on or before:

_____, 2026.

**IT IS FINALLY ORDERED THAT**:  this Order shall be served on all counsel forthwith by electronic copy. The hearing will be held before the Honorable Gary Spraker.  Parties are permitted to appear telephonically by dialing **1 (833) 435-1820** and entering meeting ID (if applicable): **161 599 4556** and entering access code or passcode **204738#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the date and the hearing judge to view the dial-in number and meeting access codes.

Submitted by:

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Christina Lovato, Trustee

# # #

2