Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: 24-50792-gs |
|---|---|
| META MATERIALS INC., | (Chapter 7) |
| Debtor. | |
| | ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME |
| | Hearing Date:  OST Requested<br>Hearing Time:  OST Requested |

As required by the Court, I have contacted the parties listed with respect to a hearing on the Trustee's *Ex Parte* Application To Set Focused Status Conference On Shortened Time Regarding DTCC'S Subpoena Compliance And Protective Order Administration filed June 11, 2026.  They agree or disagree to the time being shortened, as indicated below:

| Name | Date | Agree | Disagree | Did Not Respond |
|---|---|---|---|---|
| Aimee Bandler | 6/11/2026 | | X | |
| Executive Director and Associate | | | | |
| General Counsel for DTCC | | | | |
| | | | | |
| Clayton P. Brust, Esq. | 6/11/2026 | X | | |
| David D. Burnett, Esq. | 6/11/2026 | X | | |

1

DATED: June 11, 2026.        HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

2