RECEIVED
AND FILED

JUN 09 2026

U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re **District of Nevada**,                    Case No. **24 - 50792 - GS**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Laura Renee Entrekin**
Name of Transferee

**Cary Emory Wallace**
Name of Transferor

Name and Address where notices to transferee
should be sent:. **Laura Entrekin
571 Forest Loop
Mandeville LA 70471**

Court Claim # (if known): **Doc #40**
Amount of Claim: **1024 shares**
Date Claim Filed: **OCT 8 2024**

Phone: **1(985) 516-4345**
Last Four Digits of Acct #: **4827**
**lentrekinnp@yahoo.com**
Name and Address where transferee payments
should be sent (if different from above):

Phone: **1(985) 516-4345**
Last Four Digits of Acct. #: **7631**

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Laura Renee Entrekin**                    Date: **5/29/2026**
        Transferee/Transferee's Agent
    **Heir/ Beneficiary**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _District of Nevada_ ,          Case No. _24 - 50792 - GS_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Laura Renee Entrekin_
Name of Transferee

_Cary Emory Wallace_
Name of Transferor

Name and Address where notices to transferee should be sent: _Laura Entrekin_
_571 Forest Loop_
_Mandeville LA 70471_

Court Claim # (if known): _Doc #40_
Amount of Claim: _1024 shares_
Date Claim Filed: _Oct 8 2024_

Phone: _1 (985) 516-4345_
Last Four Digits of Acct #: _4827_
_lentrekinnp@yahoo.com_
Name and Address where transferee payments should be sent (if different from above):

Phone: _1 (985) 516-4345_
Last Four Digits of Acct. #: _7631_

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Laura Renee Entrekin_          Date: _5/29/2026_
Transferee/Transferee's Agent
_Heir/ Beneficiary_

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





CERTIFICATION OF VITAL RECORD

# CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2023-006-00918

**09658247**

| DECEDENT | DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|
| | WALLACE SR , CARY EMORY | 09/21/1950 | 02/28/2023 | 08:47 AM |
| | PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| | FORT WORTH, TX UNITED STATES | MALE | ~~###-##-###~~ | 72 YEARS |
| | DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | |

| | RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|---|---|
| | 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES | | NO | LIVINGSTON |

| PERSONAL | EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION |
|---|---|---|---|
| | NO | SALESMAN | INSURANCE |

| | MARITAL STATUS | NAME OF SURVIVING SPOUSE - (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|---|
| | WIDOWED | |

| | FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
|---|---|---|
| | WALLACE, PERRY EMORY | JACKSONVILLE, TX UNITED STATES |
| | MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| | VENCILL, MARY VIRGINIA | HARLINGEN, TX UNITED STATES |

| | INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS |
|---|---|---|---|
| | ENTREKIN, LAURA RENEE | DAUGHTER | 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES |

EDUCATION: BACHELOR'S DEGREE (E.G. BS, AB, BA)

OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO

RACE: WHITE

| DEATH INFO | PLACE OF DEATH | FACILITY NAME |
|---|---|---|
| | OTHER DAUGHTERS HOME | |

| | FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|---|
| | 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES | LIVINGSTON |

| DISPOSITION | METHOD OF DISPOSITION | PLACE OF DISPOSITION |
|---|---|---|
| | BURIAL | COOPER CEMETERY |

| | PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | DATE OF DISPOSITION |
|---|---|---|
| | DERIDDER, LA UNITED STATES | 03/03/2023 |

| FUNERAL FACILITY | FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| | CHADDICK FUNERAL HOME | 1931 N. PINE ST. , DERIDDER, LA 70634 UNITED STATES |

| | NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
|---|---|---|---|
| | CHADDICK, LESLEY D | E1998 | Y |

| | SIGNATURE OF FUNERAL DIRECTOR | DATE |
|---|---|---|
| | e-sign | 3/7/2023 |

| MEDICAL INFO | MANNER OF DEATH | NATURAL |
|---|---|---|
| | IF FEMALE? | NOT APPLICABLE |
| | DID TOBACCO USAGE CONTRIBUTE TO DEATH? | YES |

| CAUSE OF DEATH | PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|---|
| | IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. DEMENTIA | UNK |
| | Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| | Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| | WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|---|
| | NO | NOT APPLICABLE |

| INJURY INFORMATION | PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|---|
| | | | | | |

| | LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|---|
| | | |

| | DESCRIBE HOW INJURY OCCURED |
|---|---|
| | |

| CERTIFIER | I CERTIFY THIS CORONER CASE BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | | |
|---|---|---|---|
| | SIGNATURE OF CERTIFIER | e-sign | DATE | 3/7/2023 |
| | CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | COE, RONALD M | |
| | CERTIFIER TITLE: CORONER | | |
| | CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| | 20355 GOVERNMENT BLVD. - APT/STE C. , LIVINGSTON, LA 70754 UNITED STATES | | |

| | BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
|---|---|---|---|---|
| | 521858 | ORLEANS | 03/01/2023 | 3/7/2023 |

| REGISTRAR | SIGNATURE OF REGISTRAR | NADINE MIMS SMITH e-sign |
|---|---|---|

ISSUED BY: Davis, Gabriela

Issued On: 3/7/2023 2:44:27 PM





09658247

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT.



DEVIN GEORGE
STATE REGISTRAR



November 23, 2020          **Page 1 of 2**

![Vanguard logo]

**Vanguard**®

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

**Connect with Vanguard**® > vanguard.com

**Vanguard Client Services**

800-662-2739

CARY EMORY WALLACE
2705 BAYOU PINES RD
DERIDDER LA 70634-6008

# Confirmation of account changes

Please review the changes to your account in the following summary. **If the information is correct, no further action is required.** If you have any questions, contact us.

## Transfer on Death (TOD) Plan beneficiaries

|  | New | Old |
|---|---|---|
| **Primary** | LAURA RENEE ENTREKIN | – |
| **Birth/Trust date** | 03/06/1970 | – |
| **Allocation** | 100.00% | – |
| **Primary total** | 100.00% | |

| **Individual account(s)** | Brokerage account - *****631 |
|---|---|

- Only your accounts with the Transfer on Death (TOD) Plan are listed in this section. The TOD Plan allows you to register beneficiaries for certain nonretirement accounts, but it isn't a substitute for a comprehensive estate plan. Because the TOD Plan will override provisions of your will or trust regarding distribution of these assets, we recommend that you review our contract carefully with your legal or financial advisors to ensure coordination with your overall estate plan.

## Trusted Contact

|  | New | Old |
|---|---|---|
| **Trusted contact first name** | Laura | – |
| **Trusted contact middle name** | Renee | – |
| **Trusted contact last name** | Entrekin | – |
| **Phone number** | (985) 516-4345 (Mobile) | – |
| **Mailing address line 1** | 17442 MELANCON RD | – |
| **Mailing address line 2** | – | – |
| **Mailing address line 3** | – | – |

© 2020 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor.
6028-02-00-0000679-0002-0003581



## Trusted Contact continued

| | New | | Old |
|---|---|---|---|
| **Mailing address line 4** | LIVINGSTON | LA  70754 | – |
| **Country** | – | | – |
| **Email** | lentrekinnp@yahoo.com | | – |
| **Relationship to Client** | Adult son/daughter | | – |

By adding a trusted contact, you authorize Vanguard to communicate with that person if necessary and in the interest of protecting your account assets. We'd communicate with your trusted contact if we become concerned you are, or may become, a victim of fraud or exploitation, or if we become concerned you could be experiencing a mental or physical impairment—such as Alzheimer's disease or dementia—that has rendered you unable to protect your own interests. Therefore, we may need to disclose certain account information to your trusted contact, but we'd only do so when relevant to verify this information. Although you decide who to name as your trusted contact, we suggest someone who isn't authorized to transact on your account. A trusted contact should be a person you'd trust to provide an informed and objective assessment about your whereabouts, well-being, and health status.

Note: Trusted contacts aren't applicable to 403(b) accounts, 529 accounts, annuities, and institutional accounts.

Vanguard funds not held in a brokerage account are held by The Vanguard Group, Inc., and are not protected by SIPC.
Brokerage assets are held by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member FINRA and SIPC.

6028-02-00-0000679-0002-0003581

February 12, 2025          Page 1 of 4



Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

**Connect with Vanguard®** > vanguard.com

**Vanguard Personal Investor**

877-662-7447

0007532 01 MB 0.62 **AUTO  T6 0 0063 70754-301442   -C01-P07539-I

CARY EMORY WALLACE
17442 MELANCON RD
LIVINGSTON LA 70754-3014

# Individual brokerage account — 66067631

**CARY EMORY WALLACE**

# Brokerage transaction confirmation

Please review this confirmation and contact us immediately if the information isn't correct. All transactions are in your cash account unless otherwise indicated. Notes, if applicable, are listed following the final transaction entry.

## General transaction activity

Confirmation of transactions other than trades and Sweep Program activity is displayed below.

| Trade date | Transaction | Quantity | Price | Amount |
|---|---|---|---|---|
| **META MATERIALS INC** | | | | |
| Symbol: MMATQ  CUSIP: 59134N302 | | | | |
| 02/12/2025 | Asset transfer to account #31304827 | 1,024.00000 | | |

© 2025 The Vanguard Group, Inc. All rights reserved.

0063-01-00-0007532-0002-0015320

V.

Search

# basis – Unrealized gains/losses

basis information may not be available for all accounts or holdings.

ch holdings

| MMAT |  |

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

*Handwritten note: Cost Basis 1024 shares # 200,145.27*

## Self-managed accounts

Laura R Entrekin — Brokerage Account — 3130482?

Laura R Entrekin — Traditional IRA Brokerage Account — 10907957

Laura R Entrekin — Roth IRA Brokerage Account — 72476146

Charles Ray Hill — Brokerage Account — 6652966?

Charles Ray Hill — Traditional IRA Brokerage Account — 52221328

Charles Ray Hill — Roth IRA Brokerage Account — 19667227

### Cary Emory Wallace — Brokerage Account — 66067631

| Symbol ▲ Name ⇕ STOCKS: | Cost basis method ⇕ | Quantity ⇕ | Cost per share ⇕ | Total cost ⇕ | as of 09/30/2024 03:59 PM ET Market value ⇕ | Short term capital gain/loss ⇕ | Long term capital gain/loss ⇕ | Total capital gain/loss ⇕ | Percent gain/loss ⇕ |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC NEW | FIFO | 1,024.0000 | — | $200,145.27 | $378.88 | — | ↓-$199,766.39 | ↓-$199,766.39 | ↓-99.81% |

Hide lot details

| Date acquired(covered shares) ▲ | | Quantity ⇕ | Cost per share ⇕ | Total cost ⇕ | as of 09/30/2024 03:59 PM ET Market value ⇕ | Short term capital gain/loss ⇕ | Long term capital gain/loss ⇕ | Total capital gain/loss ⇕ | Percent gain/loss ⇕ |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/2022 | | 481.6211 | $189.91 | $91,466.00 | $178.20 | — | ↓-$91,287.80 | ↓-$91,287.80 | ↓-99.81% |
| 12/06/2022 | | 537.2466 | $200.45 | $107,692.26 | $198.78 | — | ↓-$107,493.48 | ↓-$107,493.48 | ↓-99.82% |
| 12/06/2022 | | 1.2306 | $205.46 | $252.84 | $0.46 | — | ↓-$252.38 | ↓-$252.38 | ↓-99.82% |
| 12/06/2022 | | 2.9013 | $205.41 | $595.95 | $1.07 | — | ↓-$594.88 | ↓-$594.88 | ↓-99.82% |
| 12/07/2022 | | 0.0500 | $225.00 | $11.25 | $0.02 | — | ↓-$11.23 | ↓-$11.23 | ↓-99.84% |
| 12/19/2022 | | 0.9404 | $133.94 | $125.96 | $0.35 | — | ↓-$125.61 | ↓-$125.61 | ↓-99.72% |
| 01/31/2023 | | 0.0100 | $101.00 | $1.01 | $0.00 | — | ↓-$1.01 | ↓-$1.01 | ↓-99.63% |

Cary Emory Wallace — Roth IRA Brokerage Account — 70364676

Christopher Lionel Entrekin — Brokerage Account — 19628416

Christopher Lionel Entrekin — Roth IRA Brokerage Account — 35811532

Micayla Loegan Enterekin — Brokerage Account — 49846029

Micayla Loegan Entrekin — Roth IRA Brokerage Account — 28033313

Joseph Haddon — Roth IRA Brokerage Account — 13804945

Cost basis information is not updated and may be incomplete until a few business days after any sales, purchases, or adjustments.

Due to rounding, there may be a small difference (pennies) between the total amounts that appear on this page and your tax forms for each account.

Your "cost basis" related to any security you hold refers to the price you paid for that security and can be adjusted by items such as return of capital, commission, or transaction fees. Please visit our website for more detailed information on cost basis. When "covered" securities are sold, Vanguard reports the cost basis to you and the IRS; however, when "noncovered" securities are sold, Vanguard does not report the cost basis to the IRS. You are responsible for tracking and reporting the cost basis of your securities. In cases where the cost basis of a security is unknown, Vanguard will assume a cost basis of zero; therefore, the lot's gain will be equal to the proceeds. Please visit our website for more detailed information on "covered" and "noncovered" securities. Vanguard does not provide tax advice. Please contact your tax advisor with questions related to cost basis or other tax matters.

February 28, 2025, monthly transaction statement

View your statements online at vanguard.com.

**Vanguard Personal Investor**

877-662-7447

**We've recently made changes to our statements.
You may notice that some information previously
included no longer appears on your statement.
For the most up-to-date information and status
of your account, visit Vanguard.com or download
our mobile app.**

LAURA R ENTREKIN
17442 MELANCON RD
LIVINGSTON LA 70754-3014

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

**Vanguard**®

Assets listed in this statement are held by Vanguard Brokerage Services® (VBS), a division
of Vanguard Marketing Corporation (VMC), member FINRA and SIPC. Summary data are
provided solely as a service and are for informational purposes only.

# Vanguard®

**Vanguard Personal Investor**

877-662-7447

## Statement overview

**$52.76**

Total value of all accounts as of February 28, 2025

| Accounts | Value on 01/31/2025 | Value on 02/28/2025 |
|---|---|---|
| Laura R Entrekin | | |
| **Individual brokerage account** | **$54.68** | **$52.76** |

| Asset mix | | Value on 02/28/2025 |
|---|---|---|
| 28.9% | Stocks | $15.24 |
| 0.0% | Fixed Income | 0.00 |
| 71.1% | Short-term reserves | 37.52 |
| 0.0% | Other | 0.00 |
| | | **$52.76** |

Your asset mix percentages are based on your holdings as of the prior month-end.

February 28, 2025, monthly transaction statement

**Page 2 of 8**

# Vanguard®

Individual brokerage account—XXXX4827

**Vanguard Personal Investor**

Laura R Entrekin

877-662-7447

## Account overview

**$52.76**

Total account value as of February 28, 2025

### Year-to-date income

| | |
|---|---|
| Taxable income | $0.26 |
| Nontaxable income | 0.00 |
| **Total** | **$0.26** |

## Balances and holdings for Vanguard Brokerage Account—XXXX4827

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|---|---|---|---|---|---|
| VANGUARD FEDERAL MONEY MARKET FUND 7-day SEC Yield: 4.26% | | 37.5200 | $1.00 | $37.32 | $37.52 |
| **Total Sweep Balance** | | | | **$37.32** | **$37.52** |

### Stocks

| Symbol | Name | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|---|---|---|---|---|---|
| AVTX | AVALO THERAPEUTICS INC PAR $0.001 | 2.0000 | $7.31 | $16.84 | $14.62 |

February 28, 2025, monthly transaction statement

Page 3 of 8

**Vanguard**®

Individual brokerage account—XXXX4827

Laura R Entrekin

**Vanguard Personal Investor**

877-662-7447

## Balances and holdings for Vanguard Brokerage Account—XXXX4827 continued

**Stocks** continued

| Symbol | Name | | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|--------|------|--|----------|---------------------|------------------------|------------------------|
| CLAZF | CLARITAS PHARMACEUTICALS INC | | 85.0000 | - | - | - |
| MMATQ | META MATERIALS INC | | 6,261.0000 | 0.0001 | 0.52 | 0.62 |
| | | | | | **$17.36** | **$15.24** |

Note: Securities that display "-" in the price column are unpriced and do not reflect in your portfolio value.

## Account activity for Vanguard Brokerage Account—XXXX4827

This section shows transactions that have settled by February 28, 2025.

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|--|-----------|----------|---------------------|--------------------------|-------------------------|--------------|
| February | $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|-----------------|------------|--------|------|------------------|--------------|----------|-------|--------------------|--------|
| 02/12 | 02/12 | MMATQ | META MATERIALS INC FROM: XXXX7631-1 | Transfer (in) | Cash | 1,024.0000 | - | - | $0.00 |

# Vanguard®

Individual brokerage account—XXXX4827

Laura R Entrekin

**Vanguard Personal Investor**

877-662-7447

## Account activity for Vanguard Brokerage Account—XXXX4827 continued

**Completed transactions** continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/12 | 02/12 | | MMF JRL FR XXXX7631 FROM: XXXX7631-1 | Transfer (in) | - | - | - | - | 0.08 |
| 02/12 | 02/12 | - | VANGUARD FEDERAL MONEY MARKET FUND | Sweep in | - | - | - | - | -0.08 |
| 02/28 | 02/28 | - | VANGUARD FEDERAL MONEY MARKET FUND | Dividend | - | - | - | - | 0.12 |
| 02/28 | 02/28 | - | VANGUARD FEDERAL MONEY MARKET FUND | Reinvestment | - | - | - | - | -0.12 |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

February 28, 2025, monthly transaction statement

**Page 5 of 8**