B 2100A (Form 2100A) (12/15)

RECEIVED
AND FILED

JUN 09 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS. CLERK

# UNITED STATES BANKRUPTCY COURT

In re _District of Nevada_,                        Case No. _24 - 50792 - GS_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Laura Renee Entrekin_
Name of Transferee

_Cary Emory Wallace_
Name of Transferor

Name and Address where notices to transferee should be sent: _Laura Entrekin_
_571 Forest Loop_
_Mandeville LA 70471_

Court Claim # (if known): _DOC #41_
Amount of Claim: _1594 shares_
Date Claim Filed: _OCT 8 2024_

Phone: _1(985) 516-4345_
Last Four Digits of Acct #: _6260_
_lentreknnp@yahoo.com_

Phone: _1(985) 516-4345_
Last Four Digits of Acct. #: _4676_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Laura Renee Entrekin_                    Date: _5/29/2026_
Transferee/Transferee's Agent
_Heir / Beneficiary_

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _District of Nevada_,                    Case No. _24 - 50792 - GS_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Laura Renee Entrekin_                         _Cary Emorey Wallace_
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): _DOC #41_
should be sent: _Laura Entrekin_                 Amount of Claim: _1594 shares_
_571 Forest Loop_                                Date Claim Filed: _OCT 8 2024_
_mAndeville LA 70471_

Phone: _1(985) 516-4345_                         Phone: _1(985) 516-4345_
Last Four Digits of Acct #: _6260_              Last Four Digits of Acct. #: _4676_
_lentrekinnp@yahoo.com_
Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Laura Renee Entrekin_                       Date: _5/29/2026_
        Transferee/Transferee's Agent
    _Heir / Beneficiary_

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

**BIRTH NUMBER:**

**STATE FILE NUMBER: 2023-006-00918**

| | | |
|---|---|---|
| **DECEDENT** | DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) WALLACE SR , CARY EMORY | DATE OF BIRTH 09/21/1950 / DATE OF DEATH 02/28/2023 / TIME OF DEATH 08:47 AM |

**DECEDENT**

DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX): WALLACE SR , CARY EMORY
DATE OF BIRTH: 09/21/1950
DATE OF DEATH: 02/28/2023
TIME OF DEATH: 08:47 AM

PLACE OF BIRTH - (CITY, STATE, COUNTRY): FORT WORTH, TX UNITED STATES
SEX: MALE
SOCIAL SECURITY NUMBER:
AGE: 72 YEARS

**09658247**

DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX):

RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES
WITHIN CITY LIMITS? NO
PARISH/COUNTY: LIVINGSTON

**PERSONAL**

EVER IN U.S. ARMED FORCES? NO
OCCUPATION: SALESMAN
INDUSTRY OF OCCUPATION: INSURANCE

MARITAL STATUS: WIDOWED
NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX)

FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): WALLACE, PERRY EMORY
FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY): JACKSONVILLE, TX UNITED STATES

MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): VENCILL, MARY VIRGINIA
MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY): HARLINGEN, TX UNITED STATES

INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX): ENTREKIN, LAURA RENEE
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES

EDUCATION: BACHELOR'S DEGREE (E.G. BS, AB, BA)
OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO
RACE: WHITE

**DEATH INFO**

PLACE OF DEATH: OTHER DAUGHTERS HOME
FACILITY NAME:

FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 17442 MELANCON RD. , LIVINGSTON, LA 70754 UNITED STATES
PARISH/COUNTY: LIVINGSTON

**DISPOSITION**

METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: COOPER CEMETERY

PLACE OF DISPOSITION - (CITY, STATE, COUNTRY): DERIDDER, LA UNITED STATES
DATE OF DISPOSITION: 03/03/2023

**FUNERAL FACILITY**

FUNERAL FACILITY NAME: CHADDICK FUNERAL HOME
ADDRESS OF FUNERAL FACILITY: 1931 N. PINE ST. , DERIDDER, LA 70634 UNITED STATES

NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX): CHADDICK, LESLEY D
LICENSE NUMBER: E1998
CORONER NOTIFIED? Y

SIGNATURE OF FUNERAL DIRECTOR: *e-sign*
DATE: 3/7/2023

**MEDICAL INFO**

MANNER OF DEATH: NATURAL
IF FEMALE?: NOT APPLICABLE
DID TOBACCO USAGE CONTRIBUTE TO DEATH?: YES

**CAUSE OF DEATH**

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

IMMEDIATE CAUSE - (Final disease or condition resulting in death) a. DEMENTIA — UNK

Sequentially list conditions, if any, leading to the cause listed on line a. b.

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST c.

d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED? NO
FINDINGS USED IN DETERMINING CAUSE? NOT APPLICABLE

**INJURY INFORMATION**

PLACE OF INJURY:
DATE OF INJURY:
TIME OF INJURY:
INJURY AT WORK:
IF TRANSPORTATION INJURY, SPECIFY:

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):
PARISH/COUNTY:

DESCRIBE HOW INJURY OCCURED:

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

SIGNATURE OF CERTIFIER: *e-sign*
DATE: 3/7/2023

CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX): COE, RONALD M

CERTIFIER TITLE: CORONER

CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 20355 GOVERNMENT BLVD. - APT/STE C. , LIVINGSTON, LA 70754 UNITED STATES

BURIAL TRANSIT PERMIT: 521858
PARISH OF ISSUE: ORLEANS
DATE OF ISSUE: 03/01/2023
DATE FILED WITH REGISTRAR: 3/7/2023

**REGISTRAR**

SIGNATURE OF REGISTRAR: NADINE MIMS SMITH *e-sign*

ISSUED BY: Davis, Gabriela
Issued On: 3/7/2023 2:44:27 PM





**09658247**

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT.

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S. 40:32, ET SEQ.



**DEVIN GEORGE**
**STATE REGISTRAR**



February 11, 2025          **Page 1 of 4**

# Vanguard®

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

**Connect with Vanguard®** > vanguard.com

**Vanguard Personal Investor**

877-662-7447



0007133 01 MB 0.62 **AUTO T2 0 0061 70754-301442   -C01-P07140-I

CARY EMORY WALLACE
C/O LAURA R ENTREKIN
17442 MELANCON RD
LIVINGSTON LA 70754-3014

# Roth IRA brokerage account — 70364676

**CARY EMORY WALLACE**

# Brokerage transaction confirmation

Please review this confirmation and contact us immediately if the information isn't correct. All transactions are in your cash account unless otherwise indicated. Notes, if applicable, are listed following the final transaction entry.

## Sweep Program

Activity in your Sweep Program that generated a confirmation is displayed below.

| Trade date | Transaction | Amount |
|---|---|---|
| 02/11/2025 | Cash transfer out | $79.93 |

## General transaction activity

Confirmation of transactions other than trades and Sweep Program activity is displayed below.

| Trade date | Transaction | Quantity | Price | Amount |
|---|---|---|---|---|
| **CLARITAS PHARMACEUTICALS INC** | | | | |
| Symbol: CLAZE CUSIP: 180634206 | | | | |
| 02/11/2025 | Asset transfer to account #51816260 | 20.00000 | | |

© 2025 The Vanguard Group, Inc. All rights reserved.

0061-01-00-0007133-0002-0014537

# Vanguard®



## Roth IRA brokerage account — 70364676

**CARY EMORY WALLACE**

### General transaction activity continued

| Trade date | Transaction | Quantity | Price | Amount |
|---|---|---|---|---|
| | | | | |

### GLOBAL X NASDAQ 100 COVERED CALL ETF
Symbol: QYLD  CUSIP: 37954Y483

| Trade date | Transaction | Quantity | Price | Amount |
|---|---|---|---|---|
| 02/11/2025 | Asset transfer to account #51816260 | 19.00000 | | |

### META MATERIALS INC
Symbol: MMATQ  CUSIP: 59134N302

| Trade date | Transaction | Quantity | Price | Amount |
|---|---|---|---|---|
| 02/11/2025 | Asset transfer to account #51816260 | 1,594.00000 | | |

 **Vanguard**®

## Confirmation of new account

Thank you for investing with Vanguard. Please review the information provided in this confirmation. If you need to make a correction or have a question about your account, contact us.

### Account owner

| | |
|---|---|
| **Registration name** | CARY EMORY WALLACE |
| | ROTH IRA VFTC AS CUSTODIAN |
| **Primary owner birth date** | 09/21/1950 |
| **Daytime phone** | 337-462-0453 |
| **Evening phone** | 337-462-0453 |
| **Citizenship** | US Citizen |
| **Email** | lentrekinnp@yahoo.com |

### Employment: Cary Emory Wallace

| | |
|---|---|
| **Employment status** | Retired |
| **Employer name** | – |
| **Occupation** | Retired |
| **Associated person?** | No |

### Vanguard Brokerage Account(s)

| | |
|---|---|
| **Roth IRA account** | Brokerage account - 70364676 |
| **Settlement fund** | VMFXX Federal Money Mkt Fund |

### Retirement account beneficiaries

| | Name | Birth/Trust date | Allocation |
|---|---|---|---|
| **Primary** | LAURA RENEE ENTREKIN | 03/06/1970 | 100.00% |
| **Primary total** | | | 100.00% |
| | | | |
| **Secondary** | You haven't designated any beneficiaries of this type. Please read important information below regarding the distribution of your assets upon your death. | | |
| **Secondary total** | | | 100.00% |
| | | | |
| **Roth IRA(s)** | Brokerage account - 70364676 | | |

- You haven't listed secondary beneficiaries for your retirement assets. If you are married and have no surviving beneficiaries at the time of your death, the assets will pass to your surviving spouse. If you are not married, the


**Vanguard**

## Retirement account beneficiaries  continued

assets will pass by default to your estate.

## Dividends/Capital gains

| | |
|---|---|
| **Option** | Cash |

| | |
|---|---|
| **Roth IRA(s)** | Brokerage account - 70364676 |

- Dividends and capital gain distributions are taxable in the year in which they are paid.
- The dividend and capital gains option shown above is your account default election for all eligible holdings. To customize your option for specific holdings, log on to your Vanguard account.

## Financial profile

| | |
|---|---|
| **Annual income** | $20,000 - $49,999 |
| **Liquid net worth** | $20,000 - $49,999 |

## Investment objective

| | |
|---|---|
| **Primary investment objective** | Capital preservation |
| **Secondary investment objective** | Growth |
| **Source of funds** | Retirement/General savings |

V.

Search

## ...sis – Unrealized gains/losses

...information may not be available for all accounts or holdings.

...ings

| ...AT |

...arch your account holdings here. Use commas to separate search
...terms. Results will automatically show in the expanded table(s)
...below.

*Total cost Basis for 1,594 shares # 349,328.64*

## Self-managed accounts

~~Laura R. Entrekin — Brokerage Account — 31304827~~

~~Laura R. Entrekin — Traditional IRA Brokerage Account — 10907957~~

~~Laura R. Entrekin — Roth IRA Brokerage Account — 72476140~~

~~Charles Ray Hill — Brokerage Account — 66529663~~

~~Charles Ray Hill — Traditional IRA Brokerage Account — 52221328~~

~~Charles Ray Hill — Roth IRA Brokerage Account — 19647231~~

~~Cary Emory Wallace — Brokerage Account — 66067691~~

### Cary Emory Wallace — Roth IRA Brokerage Account — 70364676

| Symbol ▲ Name ⇅ STOCKS: | Cost basis method ⇅ | Quantity ⇅ | Cost per share ⇅ | Total cost ⇅ | as of 09/30/2024 04:00 PM, ET Market value ⇅ | Short term capital gain/loss ⇅ | Long term capital gain/loss ⇅ | Total capital gain/loss ⇅ | Percent gain/loss ⇅ |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC NEW | FIFO | 1,594.0000 | — | $349,328.64 | $589.78 | — | ↓-$348,738.86 | ↓-$348,738.86 | ↓-99.83% |

Hide lot details

| Date acquired(noncovered shares) ▲ | | Quantity ⇅ | Cost per share ⇅ | Total cost ⇅ | as of 09/30/2024 04:15 PM, ET Market value ⇅ | Short term capital gain/loss ⇅ | Long term capital gain/loss ⇅ | Total capital gain/loss ⇅ | Percent gain/loss ⇅ |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/2022 | | 23.2015 | $208.40 | $4,835.12 | $8.58 | — | ↓-$4,826.54 | ↓-$4,826.54 | ↓-99.82% |
| 12/07/2022 | | 598.1665 | $229.89 | $137,510.10 | $221.32 | — | ↓-$137,288.78 | ↓-$137,288.78 | ↓-99.84% |
| 12/07/2022 | | 972.1818 | $212.88 | $206,960.39 | $359.71 | — | ↓-$206,600.68 | ↓-$206,600.68 | ↓-99.83% |
| 01/10/2023 | | 0.1201 | $111.57 | $13.40 | $0.04 | — | ↓-$13.36 | ↓-$13.36 | ↓-99.67% |
| 01/31/2023 | | 0.0300 | $100.00 | $3.00 | $0.01 | — | ↓-$2.99 | ↓-$2.99 | ↓-99.63% |
| 04/18/2023 | | 0.3001 | $22.09 | $6.63 | $0.11 | — | ↓-$6.52 | ↓-$6.52 | ↓-98.33% |

~~Christopher Lionel Entrekin — Brokerage Account — 19628416~~

~~Christopher Lionel Entrekin — Roth IRA Brokerage Account — 35011532~~

~~Micayla Logan Entrekin — Brokerage Account — 49046029~~

~~Micayla Logan Entrekin — Roth IRA Brokerage Account — 28093313~~

~~Joseph Hardin — Roth IRA Brokerage Account — 12807045~~

Cost basis information is not updated and may be incomplete until a few business days after any sales, purchases, or adjustments.

Due to rounding, there may be a small difference (pennies) between the total amounts that appear on this page and your tax forms for each account.

Your "cost basis" related to any security you hold refers to the price you paid for that security and can be adjusted by items such as return of capital, commission, or transaction fees. Please visit our website for more detailed information on cost basis. When "covered" securities are sold, Vanguard reports the cost basis to you and the IRS; however, when "noncovered" securities are sold, Vanguard does not report the cost basis to the IRS. You are responsible for tracking and reporting the cost basis of your securities. In cases where the cost basis of a security is unknown, Vanguard will assume a cost basis of zero; therefore, the lot's gain will be equal to the proceeds. Please visit our website for more detailed information on "covered" and "noncovered" securities. Vanguard does not provide tax advice. Please contact your tax advisor with questions related to cost basis or other tax matters.

February 28, 2025, monthly transaction statement

View your statements online at vanguard.com.

**Vanguard Personal Investor**

877-662-7447

**We've recently made changes to our statements.
You may notice that some information previously
included no longer appears on your statement.
For the most up-to-date information and status
of your account, visit Vanguard.com or download
our mobile app.**

Vanguard®

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

LAURA R ENTREKIN
ROTH IRA VFTC AS CUSTODIAN
BENEF CARY E WALLACE
17442 MELANCON RD
LIVINGSTON LA 70754

Assets listed in this statement are held by Vanguard Brokerage Services® (VBS), a division
of Vanguard Marketing Corporation (VMC), member FINRA and SIPC. Summary data are
provided solely as a service and are for informational purposes only.

# Vanguard®

**Vanguard Personal Investor**

877-662-7447

## Statement overview

### $421.11

Total value of all accounts as of February 28, 2025

| Accounts | Value on 01/31/2025 | Value on 02/28/2025 |
|---|---|---|
| Laura R. Entrekin ROTH IRA VFTC AS CUSTODIAN BENEF Cary E Wallace | | |
| **Inherited Roth IRA brokerage** | **$0.00** | **$421.11** |

### Asset mix

| | | Value on 02/28/2025 |
|---|---|---|
| 81.0% | Stocks | $341.01 |
| 0.0% | Fixed Income | 0.00 |
| 19.0% | Short-term reserves | 80.10 |
| 0.0% | Other | 0.00 |
| | | **$421.11** |

Your percentages are based on your holdings as of the prior month-end.
Recalculated values are included. See Disclosures for more information.

February 28, 2025, monthly transaction statement

# Vanguard®

## Inherited Roth IRA brokerage account—XXXX6260

Laura R. Entrekin ROTH IRA VFTC AS CUSTODIAN
BENEF Cary E Wallace

**Vanguard Personal Investor**

877-662-7447

## Account overview

**$421.11**

Total account value as of February 28, 2025

### Year-to-date income

| | |
|---|---|
| Taxable income | $0.00 |
| Nontaxable income | 0.17 |
| **Total** | **$0.17** |

### Retirement summary

| | |
|---|---|
| 2025 distributions | 0.00 |

## Balances and holdings for Vanguard Brokerage Account—XXXX6260

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

### Sweep program

| Name | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|---|---|---|---|---|
| VANGUARD FEDERAL MONEY MARKET FUND 7-day SEC Yield: 4.26% | 80.1000 | $1.00 | | $80.10 |
| **Total Sweep Balance** | | | **$0.00** | **$80.10** |

**Vanguard®**

## Inherited Roth IRA brokerage account—XXXX6260

**Vanguard Personal Investor**

Laura R. Entrekin ROTH IRA VFTC AS CUSTODIAN
BENEF Cary E Wallace

877-662-7447

### Balances and holdings for Vanguard Brokerage Account—XXXX6260 continued

#### ETFs

| Symbol | Name | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|---|---|---|---|---|---|
| QYLD | GLOBAL X NASDAQ 100 COVERED CALL ETF | 19.0000 | $17.9400 | | $340.86 |
| | | | | **$0.00** | **$340.86** |

#### Stocks

| Symbol | Name | Quantity | Price on 02/28/2025 | Balance on 01/31/2025 | Balance on 02/28/2025 |
|---|---|---|---|---|---|
| CLRZ | CLARITAS PHARMACEUTICALS INC | 20.0000 | - | - | - |
| MMATQ | META MATERIALS INC | 1,594.0000 | $0.0001 | - | 0.15 |
| | | | | **$0.00** | **$0.15** |

Note: Securities that display "-" in the price column are unpriced and do not reflect in your portfolio value.

### Account activity for Vanguard Brokerage Account—XXXX6260

This section shows transactions that have settled by February 28, 2025.

#### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| February | $0.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Vanguard®

## Inherited Roth IRA brokerage account—XXXX6260

Laura R. Entrekin ROTH IRA VFTC AS CUSTODIAN
BENEF Cary E Wallace

**Vanguard Personal Investor**

877-662-7447

### Account activity for Vanguard Brokerage Account—XXXX6260 continued

**Completed transactions**

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/11 | 02/11 | CLAZF | CLARITAS PHARMACEUTICALS INC FROM: XXXX4676-1 | Transfer (in) | Cash | 20.0000 | - | - | $0.00 |
| 02/11 | 02/11 | QYLD | GLOBAL X NASDAQ 100 COVERED CALL ETF FROM: XXXX4676-1 | Transfer (in) | Cash | 19.0000 | - | - | 0.00 |
| 02/11 | 02/11 | MMATQ | META MATERIALS INC FROM: XXXX4676-1 | Transfer (in) | Cash | 1,594.0000 | - | - | 0.00 |
| 02/11 | 02/11 | | TRANSFER - BENEFICIARY MMF JRL FR XXXX4676 FROM: XXXX4676-1 | Transfer (in) | - | - | - | - | 79.93 |
| 02/11 | 02/11 | | VANGUARD FEDERAL MONEY MARKET FUND | Sweep in | - | - | - | - | -79.93 |
| 02/28 | 02/28 | | VANGUARD FEDERAL MONEY MARKET FUND | Dividend | - | - | - | - | 0.17 |
| 02/28 | 02/28 | | VANGUARD FEDERAL MONEY MARKET FUND | Reinvestment | - | - | - | - | -0.17 |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

February 28, 2025, monthly transaction statement

**Page 5 of 8**