_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 12, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: June 16, 2026<br>TIME:  9:30 a.m. |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S APPLICATION TO SET STATUS CONFERENCE**

On June 11, 2026, the chapter 7 trustee (Trustee) filed the Ex Parte Motion for Order Shortening Time for Hearing on Trustee's Ex Parte Application to Set Focused Status Conference on Shortened Time Regarding DTCC's Subpoena Compliance and Protective Order Administration (ECF No. 2865) (Motion for OST), seeking shortened notice for a hearing on her Ex Parte[1] Application to Set Focused Status Conference on Shortened Time Regarding DTCC's Subpoena Compliance and Protective Order Administration (ECF No. 2863) (Motion). The court having reviewed Motion for OST and the underlying Motion, and all documents filed in support there, for the reasons stated in the Motion for OST,

IT IS HEREBY ORDERED as follows:

1. Ex Parte Motion for Order Shortening Time for Hearing on Trustee's Ex Parte

   Application to Set Focused Status Conference on Shortened Time Regarding DTCC's

---

[1] Although the Motion is designated ex parte, based on the accompanying request for a hearing the court concludes that relief is not in fact being sought on an ex parte basis.

1

Subpoena Compliance and Protective Order Administration (ECF No. 2865) is GRANTED.

2. The court will hold a hearing on the Ex Parte Application to Set Focused Status Conference on Shortened Time Regarding DTCC's Subpoena Compliance and Protective Order Administration (ECF No. 2863) on **June 16, 2026, at 9:30 a.m.**

3. **No later than close of business on June 12, 2026**, the Trustee must serve the Motion, all supporting papers and a copy of this Order via expedited means (email, facsimile, and/or personal delivery) on the United States Trustee and DTCC and its counsel.

4. **No later than close of business on June 15, 2026**, the Trustee must file a certificate of service with the court demonstrating compliance with the terms of this Order.

5. Responses to the Motion may be submitted orally at the hearing.

6. The status conference will be conducted remotely via Zoom webinar. A Courtroom Deputy will email participants a link to the webinar at least one (1) day before the conference with the necessary information to connect for remote participation. The parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the conference through the Zoom video, participation may be telephonic.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

### #