Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br><br>SUPPLEMENTAL CERTIFICATE OF SERVICE<br><br><br>Hearing Date: June 16, 2026<br>Hearing Time: 9:30 a.m. |

I certify that I am an employee of Hartman & Hartman, and that on June 11 and 12, 2026, the following document(s) were served:

**EX PARTE APPLICATION TO SET FOCUSED STATUS CONFERENCE ON SHORTENED TIME REGARDING DTCC'S SUBPOENA COMPLIANCE AND PROTECTIVE ORDER ADMINISTRATION – ECF NO. 2863**

**DECLARATION OF DAVID D. BURNETT IN SUPPORT OF TRUSTEE'S APPLICATION TO SET A FOCUSED STATUS CONFERENCE ON SHORTENED TIME REGARDING DTCC'S SUBPOENA COMPLIANCE AND PROTECTIVE ORDER ADMINISTRATION – ECF No. 2864**

**EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S EX PARTE APPLICATION TO SET FOCUSED STATUS CONFERENCE ON SHORTENED TIME REGARDING DTCC'S SUBPOENA COMPLIANCE AND PROTECTIVE ORDER ADMINISTRATION – ECF NO. 2865**

1

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME
– ECF NO. 2866**

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S APPLICATION TO SET STATUS CONFERENCE
-- ECF NO. 2870**

✔ a.  Via ECF to:

MICHAEL R. BRUNET on behalf of Creditor GEORGIOS PALIKARAS
mbrunet@cooperlevenson.com

CLAYTON BRUST on behalf of Trustee CHRISTINA W. LOVATO
cbrust@sbwlawgroup.com, iesguerra@rssblaw.com

DAVID ERNESTO CHAVEZ on behalf of Defendant THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

DAVID ERNESTO CHAVEZ on behalf of Interested Party THE NASDAQ STOCK MARKET LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

BRADLEY A. COSMAN on behalf of Debtor META MATERIALS INC.
bcosman@perkinscoie.com

JIMMY F. DAHU on behalf of Other Prof. CITADEL SECURITIES LLC
jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com

KAWA FOAD on behalf of Creditor BRAD DAVIS
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor DANIEL R. AUXIER
kfoad@kf-law.com

KAWA FOAD on behalf of Creditor Marcos Monteiro
kfoad@kf-law.com

JEFFREY L HARTMAN on behalf of Trustee CHRISTINA W. LOVATO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

MICHAEL R. HOGUE on behalf of Other Prof. Anson Funds Management LP
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Chester
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor David Sokolove
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor Jonathan Edwards
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

CHRISTINA W. LOVATO
trusteelovato@att.net, NV26@ecfcbis.com

DAVID S. NORRIS on behalf of Interested Party FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.
david.norris@squirepb.com,
tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com

JARROD L RICKARD on behalf of Interested Party VIRTU FINANCIAL LLC
jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

ABRAN E. VIGIL on behalf of Interested Party Charles Schwab & Co., Inc.
VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com

HANNAH E. WINSTON on behalf of Trustee CHRISTINA W. LOVATO
HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com

RYAN J. WORKS on behalf of Other Prof. CITADEL SECURITIES LLC
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Interested Party JANE STREET GROUP LLC
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

     On June 12, 2026, I caused to be served the above-named document(s) as indicated below:

     ✔  b.  Via Direct email to:

3

Jared A. Day
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 17
Jared.A.Day@usdoj.gov

Aimee Bandler
Executive Director and Associate General Counsel
DTCC
abandler@dtcc.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 2026.

*/s/ Angie Gerbig*
Angie Gerbig