NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>Meta Materials | Case Number:<br>24-50792 | *MMTLP* |
|---|---|---|

1. **Name and address of holder of the Equity Interest**
(the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Elliott Grusky
8150 SW 72 Ave #1506
Miami, FL 33143

Telephone Number:
305 338-2894

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

JUN 15 2026

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
AST 0000011517

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Schwab
3000 Schwab Way
Westlake, TX 76262
Telephone Number: (817) 854-5000

3. Date Equity Interest was acquired:
11/23/22
See Statement
Cost 5,000. at 100 per share

$100.00 per share (cost)

2022 was TD, Now Schwab No statement avail

4. Total amount of member interest: 500

5. Certificate number(s): N/A

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Elliott Grusky
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)          5/8/26
(Date)

Telephone number: 305-338-2894     email: elliottgrusky@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**EQ** + **AST**

Becoming EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2074.001.002.537
ELLIOTT GRUSKY & IRIS GRUSKY
7200 SW 100TH ST
PINECREST FL 33156

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | 0000011517 |
| Statement Date: | August 2, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 500.000 | 500.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 500.000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 07/28/2023 | BK*0000945 | BOOK SHARES CREDITED | 500.000 |

AST01270670000011517

Statement for Account # 255-603022

12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$5,007.67** |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 500 | $ 9.07 | $ (4,541.95) | 465.72 |
| 12/13/22 | 12/13/22 | Cash | Delivered - Other | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668\|STOCK PAYMENT | MMTLP | 500- | 0.00 | - | 465.72 |
| 12/13/22 | 12/13/22 | Cash | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668\|STOCK PAYMENT | 5CT999019 | 500 | 0.00 | - | 465.72 |
| 12/30/22 | 12/30/22 | Cash | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 5CT999019 | 500- | 0.00 | - | 465.72 |
| 12/30/22 | 12/30/22 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1:1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270\|STOCK PAYMENT | 6DA993019 | 500 | 0.00 | - | 465.72 |
| 12/30/22 | 12/30/22 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 12/30/2022 | - | - | 0.00 | 0.42 | 466.14 |

**Closing Balance**            **$466.14**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/01/22 | $ - | $ 5,007.67 | 8 | 0.30 | $ - | $ 0.33 |
| 12/09/22 | - | 465.72 | 7 | 0.30 | - | 0.03 |



**Statement Reporting Period:**
01/01/23 - 01/31/23

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 255-603022**
ELLIOTT GRUSKY & IRIS GRUSKY JT TEN
7200 SW 100TH ST
PINECREST, FL 33156-3121

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $466.28 | $466.14 | $0.14 | - | $  - | - |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 14,606.15 | 14,322.21 | 283.94 | 2.0% | - | - |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$15,072.43** | **$14,788.35** | **$284.08** | **1.9%** | **$ 0.00** | **0.0%** |

**Portfolio Allocation**

Cash 3.1%

Stocks 96.9%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $466.14 | $466.14 |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | 0.14 | 0.14 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$466.28** | **$466.28** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $  - | $  - | $  - |
| Interest | 0.14 | - | 0.14 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.14** | **$0.00** | **$0.14** |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 01/31/23 ** | **$17,535.29** |
| Unrealized Gains | 3,836.51 |
| Unrealized Losses | (6,765.65) |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | 0.14 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**



**Statement for Account # 255-603022**
01/01/23 - 01/31/23

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.14 | $ 0.14 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 2,747 | $ 1.01 | $2,774.47 | 11/23/22 | $ 4,998.17 | $ 1.82 | $ (2,223.70) | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 500 | NA | NA | 12/07/22 | 4,541.95 | 9.08 | (4,541.95) | - | - |
| XPENG INC ADR | XPEV | 1,112 | 10.64 | 11,831.68 | 11/23/22 | 7,995.17 | 7.19 | 3,836.51 | - | - |
| **Total Stocks** | | | | **$14,606.15** | | **$17,535.29** | | **$(2,929.14)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$14,606.15** | | **$17,535.29** | | **$(2,929.14)** | **$0.00** | **0.0%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$466.14** |
| 01/06/23 | 01/06/23 | Cash | Delivered - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED Auto Reorg#624344\|REMOVE WORTHLESS | 6DA993019 | 500- | $ 0.00 | $ - | 466.14 |
| 01/06/23 | 01/06/23 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED | 6DA993019 | 500 | 0.00 | - | 466.14 |
| 01/31/23 | 01/31/23 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 01/31/2023 | - | - | 0.00 | 0.14 | 466.28 |
| **Closing Balance** | | | | | | | | | **$466.28** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Statement for Account # 255-603022
12/01/22 - 12/31/22

| Online Cash Services Summary | | |
|---|---|---|
| **Description** | **Current** | **Year To Date** |
| **CREDITS** | | |
| Electronic Transfer | $  - | $   18,000.00 |
| *Subtotal* | 0.00 | 18,000.00 |
| **TOTAL** | **0.00** | **18,000.00** |

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Interest Income Credit Balance | $ 0.42 | $ 1.43 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| Stocks - **Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 2,747 | $ 1.19 | $ 3,268.93 | 11/23/22 | $ 4,998.17 | $ 1.82 | $ (1,729.24) | $ - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 500 | NA | NA | - | - | - | - | - | - |
| XPENG INC ADR | XPEV | 1,112 | 9.94 | 11,053.28 | 11/23/22 | 7,995.17 | 7.19 | 3,058.11 | - | - |
| **Total Stocks** | | | | **$14,322.21** | | **$12,993.34** | | **$1,328.87** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$14,322.21** | | **$12,993.34** | | **$1,328.87** | **$0.00** | **0.0%** |



## Statement Reporting Period
### 12/01/22 - 12/31/22

800 669 3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA  NE 68103 2209
*TD Ameritrade Clearing, Inc , Member SIPC*

**Statement for Account # 255-603022**
ELLIOTT GRUSKY & IRIS GRUSKY JT TEN
7200 SW 100TH ST
PINECREST  FL 33156 3121

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $466 14 | $5,007 67 | ($4,541 53) | - | $  - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 14,322 21 | 17,240 02 | (2,917 81) | (16 9)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$14,788 35** | **$22,247 69** | **($7,459 34)** | **(33 5)%** | **$ 0 00** | **0 0%** | |

Cash 3 2%

Stocks 96 8%

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $5,007 67 | $  - |
| Securities Purchased | (4,541 95) | (17,535 29) |
| Securities Sold | - | - |
| Funds Deposited | - | 18,000 00 |
| Funds Disbursed | - | - |
| Income | 0 42 | 1 43 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$466 14** | **$466 14** |

### Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $  - | $  - | $  - |
| Interest | 0 42 | - | 1 43 |
| Other | - | - | |
| **Expense** | | | |
| Interest | - | - | |
| Fees | - | - | |
| Other | - | - | |
| **Net** | **$0 42** | **$0 00** | **$1 43** |

### Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 12/31/22 \*\*** | **$12,993 34** |
| Unrealized Gains | 3,058 11 |
| Unrealized Losses | (1,729 24) |
| Funds Deposited/(Disbursed)[YTD] | 18,000 00 |
| Income/(Expense)[YTD] | 1 43 |
| Securities Received/(Delivered)[YTD] | 0 00 |

\*\*To view realized gains and losses for your account  login at www tdameritrade com and visit My Account  > Cost Basis