NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

RECEIVED AND FILED
JUN 22 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Philip Otto
PO Box 1008, 43 Central Street
Chester, Nova Scotia, Canada B0J 1J0

Telephone Number: 902-452-6559

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 4EQ4ZQS

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
David Spinney, Investment Planning Counsel Securities Corporation
200 Villagewalk Blvd. Suite 300B London, Ontario N6G 0W8 Canada
**Telephone Number:** 519-645-1113

3. **Date Equity Interest was acquired:**
Between 03/22/2021 and 01/29/2024
see attached documentation

4. **Total amount of member interest:** 76 shares for $50,163.70 USD ($62,780.38 CAD)

5. **Certificate number(s):** see attached documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ____________

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Philip Otto
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) (Date) June 5, 2026

Telephone number: 902-452-6559 email: Phil@OttoInc.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: Philip Otto

BROKER: Davide Spinney (9822-QVDS), Investment Planning Counsel Securities Corporation

ACCT #: 4EQ4ZQS

TRANSACTIONS [Pre-Reverse Split]:

03/22/2021 Purchased 3,000 shares $3.565 CAD/ share [ $10,745 CAD invested]

07/06/2021 Sold 3,000 shares $15.82 CAD/share [[$38,064.20 USD or $47,461.08 CAD]

07/06/2021 Purchased 5,535 shares $6.877/share [$38,064.20 USD or $47,461.08 CAD invested]

07/09/2021 Purchased 100 shares $6.045/share [$604.50 USD or $765.97 CAD invested]

07/09/2021 Purchased 1900 shares $6.05/share [$11,495 USD or $14,553.33 CAD invested]

TOTAL SHARES HELD PRE-REVERSE SPLIT: 7,535 shares [76 SHARES POST REVERSE SPLIT]

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $50,163.70 USD or $62,780.38 CAD

**TOTAL SHARES HELD POST-REVERSE SPLIT: 76 shares**

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $50,163.70 USD or $62,780.38 CAD**

**See Transaction documentation attached.

# CONFIRMATION

See reverse side for conditions and code explanation.

Investment Planning Counsel™
IPC SECURITIES CORPORATION
5015 SPECTRUM WAY, SUITE 300
MISSISSAUGA, ON L4W 0E4

Head Office Phone: (905) 212-9799
Head Office Fax: 1-844-378-6243

Member: Canadian Investor Protection Fund
Participating Organization of the Toronto Stock Exchange

0000001

eArchive_Primary_afp–NBCsplit_195090_0327_00000

PHILIP OTTO
43 CENTRAL STREET
PO BOX 1008
CHESTER NS BOJ 1J0

March 27, 2021

TRADE EXECUTED MARCH 22, 2021

Representative: DAVID SPINNEY
CODE: QVDS

| WE CONFIRM YOU | SECURITY DESCRIPTION | T80 ACCOUNT # | TYPE |
|---|---|---|---|
| BOUGHT | METAMATERIAL INC | T80 4EQ4ZQS | |

| REFERENCES | |
|---|---|
| TRADE # | 016281 |
| SECURITY CODE | 436657 |
| CUSIP | 59134F101 |
| OUR ROLE | A |
| MARKET | ·C |

| QTY/NOMINAL VALUE | PRICE CAD |
|---|---|
| 3,000 | 3.565 |

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS AMOUNT | $10,695.00 |
| COMMISSION | $50.00 |
| Net | $10,745.00 |

OTHER INFORMATION
UNSOLICITED
NBC6412799

Settlement Date: MARCH 24, 2021

Investment Planning Counsel®
IPC SECURITIES CORPORATION
5015 Spectrum Way, Suite 300
Mississauga ON L4W 0E4

# Investment Portfolio Statement
As of July 31, 2021

PHILIP OTTO
43 CENTRAL STREET
PO BOX 1008
CHESTER NS B0J 1J0

## Portfolio Statement Information

Client ID # 4EQ4ZQ

## Contact Information

**Your Investment Advisor:**
David Spinney
519-645-1113
FAX: 519-645-7899
200 Villagewalk Blvd, Suite 300B
London, ON N6G 0W8
dwspinney@ipcsecurities.com

## *Foreign Exchange Rates

*Portfolio Summary and Portfolio Asset Allocation amounts are stated in Canadian dollars, according to the month-end conversion rate.*

USD 1.00 = CAD 1.246883
CAD 1.00 = USD 0.802000

## Inside This Statement

CAD Cash 3
CAD RRSP 4
CAD TFSA 6

## Portfolio Summary

| | Last Period: June 30, 2021 | This Period: July 31, 2021 | | | |
|---|---|---|---|---|---|
| **Account Type** | **Total Cash & Investments ($)** | **Cash ($)** | **Investments ($)** | **Total Cash & Investments ($)** | **%** |
| CAD Cash | 9,203.96 | 3.96 | 0.00 | 3.96 | 0.0 |
| CAD RRSP | 825,058.61 | 6,562.62 | 798,313.57 | 804,876.19 | 99.9 |
| CAD TFSA | 447.51 | 447.51 | 0.00 | 447.51 | 0.1 |
| **Total** | **834,710.08** | **7,014.09** | **798,313.57** | **805,327.66** | **100.0** |

## Portfolio Asset Allocation

| | Market Value ($) | % |
|---|---|---|
| Cash and Equivalents | 7,014.09 | 0.9 |
| Equities and Equity Funds | 798,313.57 | 99.1 |
| **Total** | **805,327.66** | **100.0** |

## What's New

Please contact your Investment Advisor if there are any changes to your personal or financial circumstances such as: name, address, occupation or telephone number; investment objectives, time horizon or risk tolerance. Changes to the purpose or intended use of your account(s) or beneficial ownership should be communicated to your Investment Advisor as soon as possible including changes to those providing instructions on the account.

 


Investment Portfolio Statement
As of July 31, 2021

# CAD Cash Account I Fee-Based I 4EQ4ZQ-A

## Cash Flow Summary

| Opening Cash Balance on July 1, 2021 | | | $ 9,203.96 | |
|---|---|---|---|---|
| | Activities For This Period | | | Year-to-Date |
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | 0.00 | 0.00 | 0.00 | 0.00 |
| Withdrawals or Deposits | (20,000.00) | 10,800.00 | (9,200.00) | (46.00) |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **(20,000.00)** | **10,800.00** | **(9,200.00)** | **(46.00)** |
| **Closing Cash Balance on July 31, 2021** | | | **3.96** | |

## Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | |
| CASH BALANCE | | | | | 3.96 | | 3.96 | N/A |
| **Total Cash and Equivalents** | | | | | **3.96** | | **3.96** | **N/A** |
| **Total Account Value - CAD Cash** | | | | | **3.96** | | **3.96** | **0.0** |

## Activity Details

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | **Opening Balance** | | | | **9,203.96** |
| **Withdrawals or Deposits** | | | | | | |
| 21/07/08 | Withdrawal | AS REQUESTED EFT-RBC-5035357 | | | (9,200.00) | 3.96 |
| 21/07/13 | Withdrawal | PARTIAL DEREG EFT-RBC-5035357 | | | (10,800.00) | (10,796.04) |
| 21/07/13 | Deregister | RE: PLAN DEREGISTRATION | | | 10,800.00 | 3.96 |



Investment Portfolio Statement
As of July 31, 2021

## CAD Registered Retirement Savings Plan (RRSP) | Fee-Based | 4EQ4ZQ-S

### About Your Registered Account

| Designated Beneficiary(ies) |
|---|
| PHIL OTTO FAMILY TRUST |

| | First 60 Days of Year ($) | Remainder of Year ($) | Year-to-Date ($) |
|---|---|---|---|
| Contributions | 0.00 | 0.00 | 0.00 |

### Cash Flow Summary

| Opening Cash Balance on July 1, 2021 | | | $ 5,612.44 | |
|---|---|---|---|---|
| | Activities For This Period | | | Year-to-Date |
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | (15,319.30) | 31,946.59 | 16,627.29 | 13,152.04 |
| Withdrawals or Deposits | (58,261.08) | 47,461.08 | (10,800.00) | (24,954.00) |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 8.23 | 8.23 | 2,120.35 |
| Distributions | 0.00 | 0.00 | 0.00 | 583.11 |
| Withholding Taxes | (2,700.00) | 0.00 | (2,700.00) | (8,492.03) |
| Administrative Fees | (50.00) | 0.00 | (50.00) | (150.00) |
| Management and Custody Fees | (1,884.96) | 0.00 | (1,884.96) | (5,486.07) |
| Other | (290.24) | 39.86 | (250.38) | (863.05) |
| **Total** | **(78,505.58)** | **79,455.76** | **950.18** | **(24,089.65)** |
| **Closing Cash Balance on July 31, 2021** | | | **6,562.62** | |

### Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | | |
| CASH BALANCE | | | | | 6,562.62 | | | 6,562.62 | 0.8 |
| **Total Cash and Equivalents** | | | | | **6,562.62** | | | **6,562.62** | **0.8** |
| **Equities and Equity Funds** | | | | | | | | | |
| ALPHABET INC CL-C | GOOG | SEG | 19 | 1,284.952 | 24,414.09 | 2,704.420 | USD | 64,069.81 | 8.0 |
| AMAZON COM INC | AMZN | SEG | 19 | 1,316.490 | 25,013.31 | 3,327.590 | USD | 78,833.19 | 9.8 |
| APPLE INC | AAPL | SEG | 404 | 50.427 | 20,372.39 | 145.860 | USD | 73,475.62 | 9.1 |
| BLACKSTONE GROUP INC (THE) | BX | SEG | 538 | 58.019 | 31,214.13 | 115.270 | USD | 77,325.77 | 9.6 |
| COSTCO WHOLESALE CORP | COST | SEG | 47 | 423.356 | 19,897.75 | 429.720 | USD | 25,183.10 | 3.1 |
| DISNEY WALT COMPANY | DIS | SEG | 100 | 119.668 | 11,966.82 | 176.020 | USD | 21,947.63 | 2.7 |
| EMERA INCORPORATED | EMA | SEG | 431 | 41.631 | 17,943.06 | 58.190 | | 25,079.89 | 3.1 |


Investment Portfolio Statement
As of July 31, 2021

## Asset Details ( CAD RRSP I 4EQ4ZQ-S Cont'd )

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| FACEBOOK INC CL-A SHS -A- | FB | SEG | 113 | 198.650 | 22,447.44 | 356.300 | USD | 50,201.88 | 6.2 |
| JP MORGAN CHASE & CO | JPM | SEG | 168 | 116.984 | 19,653.37 | 151.780 | USD | 31,794.32 | 3.9 |
| MEGUMAGOLD CORP | NSAU | SEG | 37,000 | 0.203 | 7,500.00 | 0.055 | | 2,035.00 | 0.3 |
| META MATERIALS INC | MMAT | SEG | 7,535 | 8.332 | 62,780.38 | 3.500 | USD | 32,883.42 | 4.1 |
| MICROSOFT CORP | MSFT | SEG | 79 | 252.133 | 19,918.51 | 284.910 | USD | 28,064.71 | 3.5 |
| NVIDIA CORP | NVDA | SEG | 168 | 118.505 | 19,908.77 | 194.990 | USD | 40,845.79 | 5.1 |
| PAYPAL HOLDINGS INC SHS | PYPL | SEG | 99 | 203.318 | 20,128.45 | 275.530 | USD | 34,011.81 | 4.2 |
| TESLA INC | TSLA | SEG | 235 | 84.554 | 19,870.19 | 687.200 | USD | 201,361.63 | 25.0 |
| TORRENT CAPITAL LTD | TORR | SEG | 10,000 | 1.165 | 11,650.00 | 1.120 | | 11,200.00 | 1.4 |
| **Total Equities and Equity Funds** | | | | | **354,678.66** | | | **798,313.57** | **99.1** |
| **Total Account Value - CAD RRSP** | | | | | **361,241.28** | | | **804,876.19** | **99.9** |

## Activity Details

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | **Opening Balance** | | | | **5,612.44** |
| **Investments Bought, Sold or Redeemed** | | | | | | |
| 21/07/09 | Sold | BROOKFIELD ASSET MGT-A LV<br>UNSOLICITED<br>NBC6713583 | (235) | 63.39 | 14,846.65 | 20,459.09 |
| 21/07/09 | Sold | BROOKFLD ASSET-A EXCH LVS<br>SOLICITED<br>NBC6711230 | (1) | 63.90 | 63.90 | 20,522.99 |
| 21/07/09 | Sold | DISNEY WALT COMPANY<br>UNSOLICITED<br>CONV TO CAD @23.59 %US PREM<br>NBC6711231 | (80) | 172.93 | 17,036.04 | 37,559.03 |
| 21/07/09 | Bought | META MATERIALS INC<br>UNSOLICITED<br>CONV TO CAD @26.09 %US PREM<br>NBC6713569 | 2,000 | 6.049 | (15,319.30) | 22,239.73 |
| **Withdrawals or Deposits** | | | | | | |
| 21/07/06 | DISECH | METAMATERIAL INC * | (3,000) | | 47,461.08 | 69,700.81 |
| 21/07/06 | DISECH | META MATERIALS INC | 5,535 | | (47,461.08) | 22,239.73 |
| 21/07/13 | Deregister | RE: PLAN DEREGISTRATION<br>PARTIAL WITHDRAWAL | | | (10,800.00) | 11,439.73 |



Investment Portfolio Statement
As of July 31, 2021

## Activity Details ( CAD RRSP | 4EQ4ZQ-S Cont'd )

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| **Dividends** | | | | | | |
| 21/07/02 | Dividend | NVIDIA CORP<br>CONVERT TO CAD @ 1.22490 | 42 | | 8.23 | 11,447.96 |
| **Withholding Taxes** | | | | | | |
| 21/07/13 | Fed W/H tax | FED TAX WITHHELD | | | (2,700.00) | 8,747.96 |
| **Administrative Fees** | | | | | | |
| 21/07/13 | Fee | REG. ACCT. WITHDRAWAL | | | (50.00) | 8,697.96 |
| **Management and Custody Fees** | | | | | | |
| 21/07/13 | Fee | PARAGON Q221 FEE 4EQ4ZQA | | | (15.00) | 8,682.96 |
| 21/07/13 | Fee | PARAGON Q221 FEE | | | (1,854.96) | 6,828.00 |
| 21/07/13 | Fee | PARAGON Q221 FEE 4EQ4ZQW | | | (15.00) | 6,813.00 |
| **Other** | | | | | | |
| 21/07/13 | HST | PARAGON Q221 HST 4EQ4ZQA | | | (2.25) | 6,810.75 |
| 21/07/13 | HST | PARAGON Q221 HST | | | (278.24) | 6,532.51 |
| 21/07/13 | HST | PARAGON Q221 HST 4EQ4ZQW | | | (2.25) | 6,530.26 |
| 21/07/13 | HST | HST | | | (7.50) | 6,522.76 |
| 21/07/20 | Stock Split | NVIDIA CORP | 126 | | 0.00 | 6,522.76 |
| 21/07/26 | Fraction | BROOKFLD ASSET-A EXCH LVS | | | 39.86 | 6,562.62 |

## CAD Tax-Free Savings Account (TFSA) | Fee-Based | 4EQ4ZQ-W

## About Your Registered Account

| Designated Beneficiary(ies) |
|---|
| PHIL OTTO FAMILY TRUST |

| | Year-to-Date ($) |
|---|---|
| Contributions | 0.00 |



Investment Portfolio Statement
As of July 31, 2021

## Cash Flow Summary

| Opening Cash Balance on July 1, 2021 | | | $ 447.51 | |
|---|---|---|---|---|
| | Activities For This Period | | | Year-to-Date |
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | 0.00 | 0.00 | 0.00 | 0.00 |
| Withdrawals or Deposits | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Closing Cash Balance on July 31, 2021** | | | **447.51** | |

## Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | |
| CASH BALANCE | | | | | 447.51 | | 447.51 | 0.1 |
| **Total Cash and Equivalents** | | | | | **447.51** | | **447.51** | **0.1** |
| **Total Account Value - CAD TFSA** | | | | | **447.51** | | **447.51** | **0.1** |



**REALIZED GAINS AND LOSSES (CAD)**
**PHILIP OTTO (4EQ4ZQS)**
*Period from July 1, 2021 to July 6, 2021*

IPC Securities Corporation
David Spinney

PHILIP OTTO
43 CENTRAL STREET
PO BOX 1008
CHESTER NS B0J 1J0

| Settlement Date | Type | Quantity Description | | ACB | Book Value | Unit Price | Exchange Rate | Transaction Total | G/L * | No. of Days | G/L (%) | Interest Portion | Weighted Exch. Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/2021 | Sell | (3,000) METAMATERIAL INC | * | 3.58 | 10,745.00 | | | 47,461.08 | 36,716.08 | 104 | 341.70 | | 1.00 |
| **Total** | | | | | **$ 10,745.00** | | | **$ 47,461.08** | **$ 36,716.08** | | | | |

* Where applicable, realized G/L include accumulated interest.

The information contained in this report was obtained from sources which we believe to be reliable. It is not an official statement of your positions at IPC Securities Corporation ("IPCSC"). Some of the positions shown in this statement may be held at other financial institutions where they are not covered by the Canadian Investor Protection Fund ("CIPF"). Please consult the official monthly or quarterly statements you receive from IPCSC to determine which positions are eligible for protection by CIPF, including information as to which positions are held in segregation. If there are any discrepancies between the transactions or positions shown on the official statements you receive from IPCSC and those shown on this summary as being transacted or held at IPCSC, please report them to your Advisor.



## UNREALIZED GAINS AND LOSSES (CAD)
## PHILIP OTTO (4EQ4ZQS)
*As of July 6, 2021*

IPC Securities Corporation
David Spinney

| Last Purchase | Quantity Description | ACB | Book Value | Market Price | Market Value | Unrealized G/L ** | G/L (%) | Weighted Exch. Rate |
|---|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | | | | | | | | |
| **Cash** | | | | | | | | |
| | 5,621 ACCOUNT BALANCE CAD | 1.000 | 5,621 | 1.000 | 5,621 | | | 1.00 |
| CANADIAN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 09/14/2020 | 235 BROOKFIELD ASSET MGT-A L* | 44.163 | 10,378 | 63.630 | 14,953 | 4,574.78 | 44.08 | 1.00 |
| 02/22/2018 | 431 EMERA INCORPORATED | 41.631 | 17,943 | 56.950 | 24,545 | 6,602.39 | 36.80 | 1.00 |
| | 37,000 MEGUMAGOLD CORP | 0.203 | 7,500 | 0.065 | 2,405 | -5,095.01 | (67.93) | 1.00 |
| 04/22/2021 | 10,000 TORRENT CAPITAL LTD | 1.165 | 11,650 | 1.140 | 11,400 | -250.00 | (2.15) | 1.00 |
| **Total Canadian Equity** | | | **$ 47,471** | | **$ 53,304** | **$ 5,832.16** | **12.29 %** | |
| AMERICAN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 05/22/2017 | 19 ALPHABET INC CL-C | 1,284.952 | 24,414 | 3,236.17 | 61,487 | 37,073.28 | 151.85 | 1.00 |
| 05/22/2017 | 19 AMAZON COM INC | 1,316.490 | 25,013 | 4,583.20 | 87,081 | 62,067.62 | 248.14 | 1.00 |
| 05/22/2017 | 404 APPLE INC | 50.427 | 20,372 | 177.082 | 71,541 | 51,168.70 | 251.17 | 1.00 |
| 07/02/2019 | 538 BLACKSTONE INC | 58.019 | 31,214 | 121.621 | 65,432 | 34,217.79 | 109.62 | 1.00 |
| 05/29/2020 | 47 COSTCO WHOLESALE CORP | 423.356 | 19,898 | 497.331 | 23,375 | 3,476.79 | 17.47 | 1.00 |
| | 180 DISNEY WALT COMPANY | 119.668 | 21,540 | 216.571 | 38,983 | 17,442.44 | 80.98 | 1.00 |
| 05/22/2017 | 168 JP MORGAN CHASE & CO | 116.984 | 19,653 | 191.284 | 32,136 | 12,482.32 | 63.51 | 1.00 |
| 07/06/2021 | 5,535 META MATERIALS INC * | 8.575 | 47,461 | 8.965 | 49,622 | 2,160.57 | 4.55 | 1.00 |
| 05/22/2017 | 113 META PLATFORMS INC CL-A | 198.650 | 22,447 | 439.874 | 49,706 | 27,258.36 | 121.43 | 1.00 |
| 05/29/2020 | 79 MICROSOFT CORP | 252.133 | 19,919 | 346.209 | 27,350 | 7,431.98 | 37.31 | 1.00 |
| 05/29/2020 | 42 NVIDIA CORP | 474.018 | 19,909 | 1,032.34 | 43,358 | 23,449.59 | 117.79 | 1.00 |
| 05/29/2020 | 99 PAYPAL HOLDINGS INC | 203.318 | 20,128 | 364.887 | 36,124 | 15,995.36 | 79.47 | 1.00 |
| 10/04/2017 | 235 TESLA INC | 84.554 | 19,870 | 822.417 | 193,268 | 173,397.83 | 872.65 | 1.00 |
| **Total American Equity** | | | **$ 311,840** | | **$ 779,462** | **$ 467,622.61** | **149.96 %** | |

The information contained in this report was obtained from sources which we believe to be reliable. It is not an official statement of your positions at IPC Securities Corporation ("IPCSC"). Some of the positions shown in this statement may be held at other financial institutions where they are not covered by the Canadian Investor Protection Fund ("CIPF"). Please consult the official monthly or quarterly statements you receive from IPCSC to determine which positions are eligible for protection by CIPF, including information as to which positions are held in segregation. If there are any discrepancies between the transactions or positions shown on the official statements you receive from IPCSC and those shown on this summary as being transacted or held at IPCSC, please report them to your Advisor.

Investment
Planning Counsel™
IPC SECURITIES CORPORATION

**UNREALIZED GAINS AND LOSSES (CAD)**
**PHILIP OTTO (4EQ4ZQS)**
*As of July 6, 2021*

IPC Securities Corporation
David Spinney

| Last Purchase | Quantity Description | ACB | Book Value | Market Price | Market Value | Unrealized G/L ** | G/L (%) | Weighted Exch. Rate |
|---|---|---|---|---|---|---|---|---|
| FOREIGN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 06/30/2021 | 1 BROOKFLD ASSET-A EXCH LV* | 110.210 | 110 | 63.910 | 64 | -46.30 | (42.01) | 1.00 |
| **Total** | | | **$ 365,042** | | **$ 838,450** | **$ 473,408.46** | **129.69 %** | |

| EXCHANGE RATES | | |
|---|---|---|
| USD 1.000 | = | CAD 1.246880 |

| | |
|---|---|
| Accrued Interest: | |
| Declared and Unpaid Dividends: | $ 189 |
| Total Portfolio Value: | $ 838,639 |

** Where applicable, Unrealized G/L include accumulated interest.

The information contained in this report was obtained from sources which we believe to be reliable. It is not an official statement of your positions at IPC Securities Corporation ("IPCSC"). Some of the positions shown in this statement may be held at other financial institutions where they are not covered by the Canadian Investor Protection Fund ("CIPF"). Please consult the official monthly or quarterly statements you receive from IPCSC to determine which positions are eligible for protection by CIPF, including information as to which positions are held in segregation. If there are any discrepancies between the transactions or positions shown on the official statements you receive from IPCSC and those shown on this summary as being transacted or held at IPCSC, please report them to your Advisor.



## UNREALIZED GAINS AND LOSSES (CAD)
## PHILIP OTTO (4EQ4ZQS)
*As of July 6, 2021*

IPC Securities Corporation
David Spinney

| Last Purchase | Quantity Description | ACB | Book Value | Market Price | Market Value | Unrealized G/L ** | G/L (%) | Weighted Exch. Rate |
|---|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | | | | | | | | |
| **Cash** | | | | | | | | |
| | 5,621 ACCOUNT BALANCE CAD | 1.000 | 5,621 | 1.000 | 5,621 | | | 1.00 |
| CANADIAN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 09/14/2020 | 235 BROOKFIELD ASSET MGT-A L* | 44.163 | 10,378 | 63.630 | 14,953 | 4,574.78 | 44.08 | 1.00 |
| 02/22/2018 | 431 EMERA INCORPORATED | 41.631 | 17,943 | 56.950 | 24,545 | 6,602.39 | 36.80 | 1.00 |
| | 37,000 MEGUMAGOLD CORP | 0.203 | 7,500 | 0.065 | 2,405 | -5,095.01 | (67.93) | 1.00 |
| 04/22/2021 | 10,000 TORRENT CAPITAL LTD | 1.165 | 11,650 | 1.140 | 11,400 | -250.00 | (2.15) | 1.00 |
| **Total Canadian Equity** | | | **$ 47,471** | | **$ 53,304** | **$ 5,832.16** | **12.29 %** | |
| AMERICAN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 05/22/2017 | 19 ALPHABET INC CL-C | 1,284.952 | 24,414 | 3,236.17 | 61,487 | 37,073.28 | 151.85 | 1.00 |
| 05/22/2017 | 19 AMAZON COM INC | 1,316.490 | 25,013 | 4,583.20 | 87,081 | 62,067.62 | 248.14 | 1.00 |
| 05/22/2017 | 404 APPLE INC | 50.427 | 20,372 | 177.082 | 71,541 | 51,168.70 | 251.17 | 1.00 |
| 07/02/2019 | 538 BLACKSTONE INC | 58.019 | 31,214 | 121.621 | 65,432 | 34,217.79 | 109.62 | 1.00 |
| 05/29/2020 | 47 COSTCO WHOLESALE CORP | 423.356 | 19,898 | 497.331 | 23,375 | 3,476.79 | 17.47 | 1.00 |
| | 180 DISNEY WALT COMPANY | 119.668 | 21,540 | 216.571 | 38,983 | 17,442.44 | 80.98 | 1.00 |
| 05/22/2017 | 168 JP MORGAN CHASE & CO | 116.984 | 19,653 | 191.284 | 32,136 | 12,482.32 | 63.51 | 1.00 |
| 07/06/2021 | 5,535 META MATERIALS INC * | 8.575 | 47,461 | 8.965 | 49,622 | 2,160.57 | 4.55 | 1.00 |
| 05/22/2017 | 113 META PLATFORMS INC CL-A | 198.650 | 22,447 | 439.874 | 49,706 | 27,258.36 | 121.43 | 1.00 |
| 05/29/2020 | 79 MICROSOFT CORP | 252.133 | 19,919 | 346.209 | 27,350 | 7,431.98 | 37.31 | 1.00 |
| 05/29/2020 | 42 NVIDIA CORP | 474.018 | 19,909 | 1,032.34 | 43,358 | 23,449.59 | 117.79 | 1.00 |
| 05/29/2020 | 99 PAYPAL HOLDINGS INC | 203.318 | 20,128 | 364.887 | 36,124 | 15,995.36 | 79.47 | 1.00 |
| 10/04/2017 | 235 TESLA INC | 84.554 | 19,870 | 822.417 | 193,268 | 173,397.83 | 872.65 | 1.00 |
| **Total American Equity** | | | **$ 311,840** | | **$ 779,462** | **$ 467,622.61** | **149.96 %** | |

The information contained in this report was obtained from sources which we believe to be reliable. It is not an official statement of your positions at IPC Securities Corporation ("IPCSC"). Some of the positions shown in this statement may be held at other financial institutions where they are not covered by the Canadian Investor Protection Fund ("CIPF"). Please consult the official monthly or quarterly statements you receive from IPCSC to determine which positions are eligible for protection by CIPF, including information as to which positions are held in segregation. If there are any discrepancies between the transactions or positions shown on the official statements you receive from IPCSC and those shown on this summary as being transacted or held at IPCSC, please report them to your Advisor.



Investment
Planning Counsel
IPC SECURITIES CORPORATION

**UNREALIZED GAINS AND LOSSES (CAD)**
**PHILIP OTTO (4EQ4ZQS)**
*As of July 6, 2021*

IPC Securities Corporation
David Spinney

| Last Purchase | Quantity Description | ACB | Book Value | Market Price | Market Value | Unrealized G/L ** | G/L (%) | Weighted Exch. Rate |
|---|---|---|---|---|---|---|---|---|
| FOREIGN EQUITY | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| 06/30/2021 | 1 BROOKFLD ASSET-A EXCH LV* | 110.210 | 110 | 63.910 | 64 | -46.30 | (42.01) | 1.00 |
| **Total** | | | **$ 365,042** | | **$ 838,450** | **$ 473,408.46** | **129.69 %** | |

| EXCHANGE RATES | | |
|---|---|---|
| USD 1.000 | = | CAD 1.246880 |

| | |
|---|---|
| Accrued Interest: | |
| Declared and Unpaid Dividends: | $ 189 |
| Total Portfolio Value: | $ 838,639 |

** Where applicable, Unrealized G/L include accumulated interest.

The information contained in this report was obtained from sources which we believe to be reliable. It is not an official statement of your positions at IPC Securities Corporation ("IPCSC"). Some of the positions shown in this statement may be held at other financial institutions where they are not covered by the Canadian Investor Protection Fund ("CIPF"). Please consult the official monthly or quarterly statements you receive from IPCSC to determine which positions are eligible for protection by CIPF, including information as to which positions are held in segregation. If there are any discrepancies between the transactions or positions shown on the official statements you receive from IPCSC and those shown on this summary as being transacted or held at IPCSC, please report them to your Advisor.

# CONFIRMATION

5015 SPECTRUM WAY, SUITE 300
MISSISSAUGA , ON L4W 0E4

1630012689

eArchive_Primary_afp–NBCsplit_198879_0708_00000

TRADE EXECUTED JULY 7, 2021

Representative: DAVID SPINNEY
CODE: QVDS

| WE CONFIRM YOU | SECURITY DESCRIPTION | T80 ACCOUNT # | TYPE |
|---|---|---|---|
| BOUGHT | META MATERIALS INC | T80 4EQ4ZQS | |

| REFERENCES | |
|---|---|
| TRADE # | 040706 |
| SECURITY CODE | 43665R |
| CUSIP | 59134N104 |
| OUR ROLE | A |
| MARKET | UU |

| QTY/NOMINAL VALUE | PRICE USD |
|---|---|
| 100 | 6.045 |
| 1,900 | 6.05 |

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS AMOUNT | $12,099.50 |
| COMMISSION | $50.00 |
| EXCHANGE | $3,169.80 |
| Net | $15,319.30 |

OTHER INFORMATION

CONV TO CAD @26.09 %US PREM
UNSOLICITED
NBC6713569

Settlement Date: JULY 9, 2021

Investment Planning Counsel®
IPC SECURITIES CORPORATION
5015 Spectrum Way, Suite 300
Mississauga ON L4W 0E4

# Investment Portfolio Statement
As of January 31, 2024

PHILIP OTTO
43 CENTRAL STREET
PO BOX 1008
CHESTER NS B0J 1J0

## Portfolio Statement Information

Client ID # 4EQ4ZQ

## Contact Information

**Your Investment Advisor:**
David Spinney
519-645-1113
FAX: 519-645-7899
200 Villagewalk Blvd, Suite 300B
London, ON N6G 0W8
dwspinney@ipcsecurities.com

## *Foreign Exchange Rates

*Portfolio Summary and Portfolio Asset Allocation amounts are stated in Canadian dollars, according to the month-end conversion rate.*

USD 1.00 = CAD 1.338867
CAD 1.00 = USD 0.746900

## Inside This Statement

CAD Margin 3
CAD RRSP 4
CAD TFSA 6

## Portfolio Summary

| | Last Period: December 31, 2023 | This Period: January 31, 2024 | | | |
|---|---|---|---|---|---|
| **Account Type** | **Total Cash & Investments ($)** | **Cash ($)** | **Investments ($)** | **Total Cash & Investments ($)** | **%** |
| CAD Margin | 78,046.35 | 4,685.00 | 78,700.00 | 83,385.00 | 10.4 |
| CAD RRSP | 729,651.19 | 31,486.52 | 684,780.89 | 716,267.41 | 89.6 |
| CAD TFSA | 304.71 | 298.96 | 0.00 | 298.96 | 0.0 |
| **Total** | **808,002.25** | **36,470.48** | **763,480.89** | **799,951.37** | **100.0** |

## Portfolio Asset Allocation

| | Market Value ($) | % |
|---|---|---|
| Cash and Equivalents | 36,470.48 | 4.6 |
| Equities and Equity Funds | 763,480.89 | 95.4 |
| **Total** | **799,951.37** | **100.0** |

## What's New

Please contact your Investment Advisor if there are any changes to your personal or financial circumstances such as: name, address, occupation or telephone number; investment objectives, time horizon or risk tolerance. Changes to the purpose or intended use of your account(s) or beneficial ownership should be communicated to your Investment Advisor as soon as possible including changes to those providing instructions on the account.



Investment Planning Counsel®
IPC SECURITIES CORPORATION

Investment Portfolio Statement
As of January 31, 2024

## CAD Margin Account I Fee-Based I 4EQ4ZQ-E

### Cash Flow Summary

Opening Cash Balance on January 1, 2024 — $ 13,246.35

| | Activities For This Period | | | Year-to-Date |
|---|---|---|---|---|
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | 0.00 | 12,185.00 | 12,185.00 | 12,185.00 |
| Withdrawals or Deposits | (20,700.00) | 0.00 | (20,700.00) | (20,700.00) |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Administrative Fees | (25.00) | 0.00 | (25.00) | (25.00) |
| Management, Advisory and Custody Fees | (53.19) | 0.00 | (53.19) | (53.19) |
| Other | (7.98) | 39.82 | 31.84 | 31.84 |
| **Total** | **(20,786.17)** | **12,224.82** | **(8,561.35)** | **(8,561.35)** |
| **Closing Cash Balance on January 31, 2024** | | | **4,685.00** | |

### Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | |
| CASH BALANCE | | | | | 4,685.00 | | 4,685.00 | 0.6 |
| **Total Cash and Equivalents** | | | | | **4,685.00** | | **4,685.00** | **0.6** |
| **Equities and Equity Funds** | | | | | | | | |
| E-TECH RESOURCES INC | REE | SEG | 500,000 | 0.015 | 7,500.00[2] | 0.020 | 10,000.00 | 1.3 |
| SONA NANOTECH INC | SONA | SEG | 229,000 | 0.215 | 49,235.00 | 0.300 | 68,700.00 | 8.6 |
| **Total Equities and Equity Funds** | | | | | **56,735.00** | | **78,700.00** | **9.9** |
| **Total Account Value - CAD Margin** | | | | | **61,420.00** | | **83,385.00** | **10.5** |

### Activity Details

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | **Opening Balance** | | | | **13,246.35** |
| **Investments Bought, Sold or Redeemed** | | | | | | |
| 24/01/18 | Sold | SONA NANOTECH INC<br>UNSOLICITED<br>NBC9257103 | (1,500) | 0.30 | 400.00 | 13,646.35 |
| 24/01/19 | Sold | SONA NANOTECH INC | (14,500) | 0.30 | 4,300.00 | 17,946.35 |



Investment Portfolio Statement
As of January 31, 2024

## Activity Details ( CAD Margin I 4EQ4ZQ-E Cont'd )

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | UNSOLICITED | | | | |
| | | NBC9257103 | | | | |
| 24/01/23 | Received | E-TECH RESOURCES INC | 500,000 | | 0.00 | 17,946.35 |
| 24/01/30 | Sold | SONA NANOTECH INC | (25,000) | 0.301 | 7,485.00 | 25,431.35 |
| | | UNSOLICITED | | | | |
| | | NBC9296640 | | | | |
| **Withdrawals or Deposits** | | | | | | |
| 24/01/04 | Withdrawal | BANK TRANSFER | | | (13,200.00) | 12,231.35 |
| 24/01/30 | Withdrawal | AS REQUESTED | | | (7,500.00) | 4,731.35 |
| | | NON-REGISTERED WITHDRAWAL | | | | |
| **Administrative Fees** | | | | | | |
| 24/01/04 | Fee | BANK WIRE TRANSFER | | | (25.00) | 4,706.35 |
| **Management, Advisory and Custody Fees** | | | | | | |
| 24/01/10 | Fee | PARAGON DEC23 FEE | | | (53.19) | 4,653.16 |
| **Other** | | | | | | |
| 24/01/10 | HST | PARAGON DEC23 HST | | | (7.98) | 4,645.18 |
| 24/01/16 | Refund | ACCOUNT ADJUSTMENT | | | 39.82 | 4,685.00 |

## CAD Registered Retirement Savings Plan (RRSP) I Fee-Based I 4EQ4ZQ-S

## About Your Registered Account

| Designated Beneficiary(ies) |
|---|
| MULTIPLE BENEFICIARIES ON FILE |

| | First 60 Days of Year ($) | Remainder of Year ($) | Year-to-Date ($) |
|---|---|---|---|
| Contributions | 0.00 | 0.00 | 0.00 |



Investment Portfolio Statement
As of January 31, 2024

## Cash Flow Summary

| Opening Cash Balance on January 1, 2024 | | | $ 32,175.38 | |
|---|---|---|---|---|
| | Activities For This Period | | | Year-to-Date |
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | 0.00 | 0.00 | 0.00 | 0.00 |
| Withdrawals or Deposits | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Management, Advisory and Custody Fees | (599.01) | 0.00 | (599.01) | (599.01) |
| Other | (89.85) | 0.00 | (89.85) | (89.85) |
| **Total** | **(688.86)** | **0.00** | **(688.86)** | **(688.86)** |
| **Closing Cash Balance on January 31, 2024** | | | **31,486.52** | |

## Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | | |
| CASH BALANCE | | | | | 31,486.52 | | | 31,486.52 | 3.9 |
| **Total Cash and Equivalents** | | | | | **31,486.52** | | | **31,486.52** | **3.9** |
| **Equities and Equity Funds** | | | | | | | | | |
| ALPHABET INC CL-C | GOOG | SEG | 380 | 64.248 | 24,414.09 | 141.800 | USD | 72,143.51 | 9.0 |
| APPLE INC | AAPL | SEG | 404 | 50.427 | 20,372.39 | 184.400 | USD | 99,742.38 | 12.5 |
| ELI LILLY & CO | LLY | SEG | 50 | 844.929 | 42,246.47 | 645.610 | USD | 43,219.30 | 5.4 |
| MEGUMAGOLD CORP | NSAUF | SEG | 37,000 | 0.203 | 7,500.00 | 0.000 | USD | 4.95 | N/A |
| META MATERIALS INC-NEW | MMAT | SEG | 76 | 826.058 | 62,780.38 | 3.820 | USD | 388.70 | N/A |
| META PLATFORMS INC CL-A | META | SEG | 113 | 198.650 | 22,447.44 | 390.140 | USD | 59,025.05 | 7.4 |
| MICROSOFT CORP | MSFT | SEG | 79 | 252.133 | 19,918.51 | 397.580 | USD | 42,052.23 | 5.3 |
| NVIDIA CORP | NVDA | SEG | 168 | 118.505 | 19,908.77 | 615.270 | USD | 138,392.47 | 17.3 |
| TESLA INC | TSLA | SEG | 705 | 28.185 | 19,870.19 | 187.290 | USD | 176,783.26 | 22.1 |
| TORRENT CAPITAL LTD | TORR | SEG | 10,000 | 1.165 | 11,650.00 | 0.600 | | 6,000.00 | 0.7 |
| WELLS FARGO CO | WFC | SEG | 700 | 57.152 | 40,006.45 | 50.180 | USD | 47,029.04 | 5.9 |
| **Total Equities and Equity Funds** | | | | | **291,114.69** | | | **684,780.89** | **85.6** |
| **Total Account Value - CAD RRSP** | | | | | **322,601.21** | | | **716,267.41** | **89.5** |


Investment Portfolio Statement
As of January 31, 2024

## Activity Details

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | **Opening Balance** | | | | **32,175.38** |
| **Management, Advisory and Custody Fees** | | | | | | |
| 24/01/10 | Fee | PARAGON DEC23 FEE | | | (599.01) | 31,576.37 |
| **Other** | | | | | | |
| 24/01/10 | HST | PARAGON DEC23 HST | | | (89.85) | 31,486.52 |
| 24/01/29 | Stk Exchange | META MATERIALS INC * | (7,535) | | 0.00 | 31,486.52 |
| 24/01/29 | Stk Exchange | META MATERIALS INC-NEW | 76 | | 0.00 | 31,486.52 |

# CAD Tax-Free Savings Account (TFSA) I Fee-Based I 4EQ4ZQ-W

## About Your Registered Account

| Designated Beneficiary(ies) |
|---|
| MULTIPLE BENEFICIARIES ON FILE |

| | Year-to-Date ($) |
|---|---|
| Contributions | 0.00 |

## Cash Flow Summary

**Opening Cash Balance on January 1, 2024** $ 304.71

| | Activities For This Period | | | Year-to-Date |
|---|---|---|---|---|
| | Deductions ($) | Additions ($) | Net Amount ($) | ($) |
| Investments Bought, Sold or Redeemed | 0.00 | 0.00 | 0.00 | 0.00 |
| Withdrawals or Deposits | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Management, Advisory and Custody Fees | (5.00) | 0.00 | (5.00) | (5.00) |
| Other | (0.75) | 0.00 | (0.75) | (0.75) |
| **Total** | **(5.75)** | **0.00** | **(5.75)** | **(5.75)** |

**Closing Cash Balance on January 31, 2024** 298.96

## Asset Details

| | Symbol | Status | Quantity | Average Unit Cost ($) | Book Cost ($) | Market Price ($) | Market Value ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Cash and Equivalents** | | | | | | | | |
| CASH BALANCE | | | | | 298.96 | | 298.96 | N/A |
| **Total Cash and Equivalents** | | | | | **298.96** | | **298.96** | **N/A** |
| **Total Account Value - CAD TFSA** | | | | | **298.96** | | **298.96** | **0.0** |



Investment Portfolio Statement
As of January 31, 2024

## Activity Details

| Settlement Date | Activity | Description | Quantity | Price ($) | Net Amount ($) | Balance ($) |
|---|---|---|---|---|---|---|
| | | **Opening Balance** | | | | **304.71** |
| **Management, Advisory and Custody Fees** | | | | | | |
| 24/01/10 | Fee | PARAGON DEC23 FEE | | | (5.00) | 299.71 |
| **Other** | | | | | | |
| 24/01/10 | HST | PARAGON DEC23 HST | | | (0.75) | 298.96 |