NVB 3001 (Rev 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Meta Materials | 24-50792 |

**1   Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor Referred to hereinafter as the "Interest holder")

Russ Seekatz
6837 E Osborn Rd, UNIT G
Scottsdale, AZ 85251

Telephone Number

678-296-9181

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest Attach copy of statement giving particulars

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors

**RECEIVED AND FILED**

**JUN 29 2026**

U.S BANKRUPTCY COURT
DANIEL S OWENS, CLERK

**COURT USE ONLY**

NOTE This form SHOULD NOT be used to make a claim against the Debtor for money owed A separate Proof of Claim form should be used for that purpose This form should only be used to assert an Equity Interest in the Debtor An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein

| Account or other number by which Interest holder identifies Debtor (last 4 digits only) ******5438 | Check here if this Proof of Interest ■ replaces a previously filed Proof of Interest dated 12/16/2024 ☐ amends a previously filed Proof of Interest dated _____ |
|---|---|

| **2   Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest** Equiniti Trust Company LLC Operations Center PO BOX 500 Telephone Number· | **3   Date Equity Interest was acquired** See supporting documentation/transactions of purchase & transferred shares now held at Equiniti   MMTLP/NBHC Shares |
|---|---|
| **4   Total amount of member interest** See supporting docs  8422 MMTLP | **5   Certificate number(s)** _____ |

**6   Type of Equity Interest**
Please indicate the type of Equity Interest you hold
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor
☐ Check this box if your Equity Interest is based on anything else and describe that interest
Description _____

**7   Supporting Documents** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8   Date-Stamped Copy** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest

**9 Signature**
Check the appropriate box.
■ I am the interest holder     ☐ I am the interest holder's authorized agent     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety,
                            (Attach copy of power of attorney, if any )        or their authorized agent           endorser, or other
                                                                  (See Bankruptcy Rule 3004 )        codebtor
                                                                                          (see Bankruptcy Rule 3005 )

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge information, and reasonable belief

Print Name  RUSS SEEKATZ
Title
Company ___ Address and telephone number (if different from notice address above)

(Signature)

(Date) 6/23/2026

Telephone number 678-296-9181     email seekastar@yahoo com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571*

  



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101



| | |
|---|---|
| Statement Date | February 10, 2026 |
| Company Name | NEXT BRIDGE HYDROCARBONS INC |
| Company Number | 27067 |
| Stock Exchange | |
| Company Ticker Symbol | |
| CUSIP | 629999590 |
| Account Number | 5438 |

equiniti com/us
help@equiniti com
800-937-5449

# Transaction Advice

**IMPORTANT· Retain this statement for your investment and tax records**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 8,422 000 | 8,422 000 | | Market Value Date | NA |
| Plan Shares | | | | | Market Value Price | NA |
| Certificated Shares | | | | | | |
| Total Shares | | | 8,422 000 | | Total Market Value | NA |

Stock quotes are provided for informational purposes only  The quotes are supplied by an independent third-party as of a particular date  EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date  Neither EQ nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 02/10/2026 | BK*0006141 | BOOK SHARES CREDITED | 3,183.000 |

001 001
00001

12/22/22 Pre RS

MMAT

# J.P.Morgan



INDIVIDUAL  (Acct # █████6406)

Statement Period  December 01  December 30, 2022

J P  Morgan Self-Directed Investing

EQUITIES (continued)

| Description | Acquisition Date | | Quantity | Price | Market Value | Unit Cost | Cost Basis | | Unrealized Gain/Loss | | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAMESTOP CORP** | | | | | | | | | | | |
| Symbol  GME | 10 May 2022 | | 400 | | 7 384 00 | 22 37 | 8,949 73 | | (1 565 73) | ST | |
| | 11 May 2022 | | 400 | | 7,384 00 | 20 | 8 001 00 | | (617 00) | ST | |
| | 08 Jul 2022 | | 400 | | 7 384 00 | 32 17 | 12 869 00 | | (5 485 00) | ST | |
| | 18 Jul 2022 | | 300 | | 5 638 00 | 38 58 | 10 974 38 | | (5 436 38) | ST | |
| **HYCROFT MINING HOLDING** | | | 299 | 0 5321 | **159 10** | 1 64 | 490 37 | | (331 27) | | — |
| CORPORATION CLASS A COMMON | | | | | | | | | | | — |
| STOCK | 19 Apr 2022 | | 200 | | 106 42 | 1 69 | 338 00 | | (231 58) | ST | |
| Symbol  HYMC | 20 Apr 2022 | | 99 | | 52 83 | 1 54 | 1,52 37 | | (99 69) | ST | |
| **META MATLS** | | | 5 239 | Unpriced | | 0 72 # | 3 705 18 # | | | | — |
| PREFERRED STOCK CONTRA | | | | | | | | | | | — |
| CUSIP | 08 Jul 2021 | N | 100 | | 0 00 | N/A | Provide | | N/A | | |
| CUSIP 591894371 | 02 Dec 2021 | | 1 000 | | 0 00 | 0 13 | 125 00 | | (125 00) | LT | |
| | 12 Jan 2022 | | 600 | | 0 00 | 0 13 | 75 00 | | (75 00) | ST | |
| | 14 Jan 2022 | | 600 | | 0 00 | 0 13 | 75 00 | | (75 00) | ST | |
| | 20 Jan 2022 | | 400 | | 0 00 | 0 13 | 50 00 | | (50 00) | ST | |
| | 04 Feb 2022 | | 250 | | 0 00 | 1 24 | 310 00 | | (310 00) | ST | |
| | 11 Feb 2022 | | 400 | | 0 00 | 1 24 | 496 00 | | (496 00) | ST | |
| | 29 Mar 2022 | | 650 | | 0 00 | 1.44 | 936 00 | | (936 00) | ST | |
| | 08 Apr 2022 | | 67 | | 0 00 | 1 18 | 79 06 | | (79 06) | ST | |
| | 26 Apr 2022 | | 550 | | 0 00 | 1.32 | 726 00 | | (726 00) | ST | |
| | 08 May 2022 | | 160 | | 0 00 | 1 28 | 204 80 | | (204 80) | ST | |
| | 02 Aug 2022 | | 462 | | 0 00 | 1 36 | 628 32 | | (628 32) | ST | |
| **META MATLS INC** | | | 5,000 | 1 19 | **5,950 00** | 3 69 | 18 465.28 | | (12 515.28) | | — |
| COMMON STOCK | | | | | | | | | | | — |
| Symbol  MMAT | 22 Jun 2021 | | 50 | | 59 50 | 19 28 | 963 84 | | (904 34) | LT | |
| | 30 Jun 2021 | | 200 | | 238 00 | 7 45 | 1 490 00 | | (1 252 00) | LT | |
| | 07 Jul 2021 | | 160 | | 190 40 | 6 3 | 1 008 00 | | (817 60) | LT | |
| | 12 Jul 2021 | | 400 | | 476 00 | 4.01 | 1,604 00 | | (1 128 00) | LT | |
| | 06 Aug 2021 | | 100 | | 119 00 | 3.29 | 328 91 | | (209 91) | LT | |
| | 11 Aug 2021 | | 450 | | 535 50 | 3 64 | 1,635 75 | | (1 100 25) | LT | |
| | 17 Aug 2021 | | 200 | | 238 00 | 2 9 | 580 00 | | (342 00) | LT | |
| | 02 Dec 2021 | | 500 | | 595 00 | 7 65 | 3 826 71 | E | (3 231 71) | LT | |
| | 12 Jan 2022 | | 300 | | 357 00 | 5 38 | 1 615 03 | E | (1,258.03) | ST | |

PfA

MMAT

*\* A large number of tax lots exist for the securities denoted with an asterisk  Individual tax lots are available by calling the appropriate number on the front of this statement*
*# This value excludes transactions for which cost basis is not available*

See additional footnotes on the last page of the Holdings section

Please read the important disclosures at the end of the statement  For questions, please contact us using the information provided on the front of this statement

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|



J.P.Morgan



INDIVIDUAL  (Acct # 6406)

Statement Period  December 01 - December 30  2022

J P  Morgan Self-Directed Investing

EQUITIES (continued)

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | | Unrealized Gain/Loss | | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC | | | | | | | | | | |
| | 14 Jan 2022 | 300 | | 357 00 | 5 16 | 1 549 03 | E | (1,192 03) | ST | |
| | 20 Jan 2022 | 200 | | 238 00 | 4 96 | 992.69 | E | (764 69) | ST | |
| | 21 Jan 2022 | 200 | | 238 00 | 1 78 | 355.92 | | (117 92) | ST | |
| | 14 Mar 2022 | 900 | | 1 071 00 | 1 43 | 1 287 00 | | (216 00) | ST | |
| | 18 Apr 2022 | 40 | | 47 60 | 1 46 | 58 40 | | (10 80) | ST | |
| | 06 May 2022 | 1,000 | | 1,190 00 | 1 17 | 1 170 00 | | 20 00 | ST | |
| CALL MMAT 01/20/23 2 | | 20 | 0 035 | 70 00 | 0 31 | 623 58 | | (553 58) | | — — |
| META MATLS INC | | | | | | | | | | |
| Symbol  MMAT JAN 23 CALL | 08 May 2022 | 10 | | 35 00 | 0 35 | 346 79 | | (311 79) | ST | |
| 2 00 | 24 Jun 2022 | 10 | | 35 00 | 0.28 | 276 79 | | (241 79) | ST | |
| CALL MMAT 01/20/23 3 | | 30 | 0 015 | 45 00 | 0 32 | 950 37 | | (905.37) | | — — |
| META MATLS INC | | | | | | | | | | |
| Symbol  MMAT JAN 23 CALL | 28 Mar 2022 | 10 | | 15 00 | 0 6 | 596 79 | | (581 79) | ST | |
| 3 00 | 24 Jun 2022 | 20 | | 30 00 | 0 18 | 353 58 | | (323 58) | ST | |
| CALL MMAT 01/20/23 7 | 24 Jun 2022 | 20 | 0 025 | 50 00 | 0 08 | 153 58 | | (103.58) | ST | — — |
| META MATLS INC | | | | | | | | | | |
| Symbol  MMAT JAN 23 CALL | | | | | | | | | | |
| 7 00 | | | | | | | | | | |
| MULLEN AUTOMOTIVE INC | | *15 311 | 0.286 | 4,378 95 | 0.81 | 12,327 72 | | (7,948.77) | ST | — — |
| COMMON STOCK | | | | | | | | | | |
| Symbol  MULN | | | | | | | | | | |
| CALL MULN 01/19/24 1 | 26 Sep 2022 | 10 | 0.075 | 75 00 | 0 16 | 156 79 | | (81 79) | ST | — — |
| MULLEN AUTOMOTIVE INC | | | | | | | | | | |
| Symbol  MULN JAN 24 CALL | | | | | | | | | | |
| 1 00 | | | | | | | | | | |
| REVLON INC | 01 Sep 2022 | 100 | 0 43 | 43.00 | 6 62 | 662.00 | | (619 00) | ST | — — |
| COMMON STOCK | | | | | | | | | | |
| Symbol  REVRQ | | | | | | | | | | |
| CALL REVRQ 01/20/23 35 | | 7 | 0 025 | 17.50 | 1 23 | 858 76 | | (841 26) | | — — |
| REVLON INC CLASS A | | | | | | | | | | |

* A large number of tax lots exist for the securities denoted with an asterisk  Individual tax lots are available by calling the appropriate number on the front of this statement
# This value excludes transactions for which cost basis is not available

See additional footnotes on the last page of the Holdings section

Please read the important disclosures at the end of the statement  For questions  please contact us using the information provided on the front of this statement

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

 **Ameritrade**

Statement Reporting Period·
12/01/22 - 12/31/22

800 669 3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc , Member SIPC*

Statement for Account #  7859

*1262 Shares went to Schwab*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insr'd Dep Acct (IDA) | 13 94 | 13.94 | - | - | - | 0 30% | |
| Money Market | - | - | - | - | - | - | IDA |
| Short Balance | - | - | - | - | - | - | 0 5% |
| Stocks | 2,794 45 | 13,581 00 | (10,786 55) | (79 4)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks |
| **Total** | **$2,808 39** | **$13,594 94** | **($10,786.55)** | **(79.3)%** | **$ 0.00** | **0.0%** | 99 5% |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0 00 | $ - |
| Securities Purchased | - | (20,666 83) |
| Securities Sold | - | 1 02 |
| Funds Deposited | - | 20,220 00 |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | 445 81 |
| **Closing Balance** | **$ 0 00** | **$0 00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0 00** | **$0 00** | **$0 00** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 12/31/22 ** | $11,930.96 |
| Unrealized Gains | - |
| Unrealized Losses | (9,136 51) |
| Funds Deposited/(Disbursed) YTD | 20,220 00 |
| Income/(Expense) YTD | - |
| Securities Received/(Delivered) YTD | (16,208 00) |

**To view realized gains and losses for your account, login at www tdamentrade com and visit My Account > Cost Basis

**Statement for Account #** ▓▓▓ **7859**
12/01/22 - 12/31/22

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 20,220 00 |
| *Subtotal* | 0 00 | 20,220 00 |
| **TOTAL** | **0 00** | **20,220 00** |

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0 00 | $ 0 01 |

*This section displays current and year to date totals for this account  The year to date totals will accurately reflect your cumulative amount for the year   Year end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents   Please reference your official tax document(s) for tax reporting

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| ☒ AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 253 | $ 4 07 | $ 1,029 71 | 10/11/21 | $ 3,471 55 | $ 13 72 | $ (2,441 84) | $ - | - |
| AMC ENTERTAINMENT HOLDINGS INC PFD EQT UNIT DEP REP 1/100 | APE | 253 | 1 41 | 356 73 | 10/11/21 | 2,129 50 | 8 42 | (1,772 77) | - | - |
| CRYPTYDE INC COM | TYDE | 66 | 0 1917 | 12 65 | 03/11/22 | 497 26 | 7 53 | (484 61) | - | - |
| MULLEN AUTOMOTIVE INC COM | MULN | 3,800 | 0 286 | 1,086 80 | 03/01/22 | 4,769 66 | 1 26 | (3,682 86) | - | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 1,262 | NA | NA | - | - | - | - | - | - |
| VINCO VENTURES INC COM | BBIG | 665 | 0 464 | 308 56 | 03/11/22 | 1,062 99 | 1 60 | (754 43) | - | - |
| **Total Stocks** | | - | | **$2,794 45** | | **$11,930 96** | | **$(9,136 51)** | **$0 00** | **0 0%** |
| **Total Cash Account** | | | | **$2,794 45** | | **$11,930 96** | | **$(9,136 51)** | **$0 00** | **0 0%** |

## Statement for Account #7859
### 12/01/22 - 12/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0 00** |
| 12/13/22 | 12/13/22 | Cash | Delivered - Other | META MATERIALS INC 1 1 EXC 12/13/22 RESEARCHING 1 1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668ISTOCK PAYMENT | MMTLP | 1,262- | $ 0 00 | $ - | 0 00 |
| 12/13/22 | 12/13/22 | Cash | Received - Other | META MATERIALS INC CONTRA DO NOT SELL 1 1 EXCHANGE TO META MATERIALS INC 5CT999019 Auto Reorg#621668ISTOCK PAYMENT | 5CT999019 | 1,262 | 0 00 | - | 0 00 |
| 12/30/22 | 12/30/22 | Cash | Delivered - Other | META MATERIALS INC CONTRA DO NOT SELL 1 1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270ISTOCK PAYMENT | 5CT999019 | 1,262 | 0 00 | - | 0 00 |
| 12/30/22 | 12/30/22 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM 1 1 EXCHANGE TO NEXT BRIDGE HYDROCARBONS 6DA993019 Auto Reorg#623270ISTOCK PAYMENT | 6DA993019 | 1,262 | 0 00 | - | 0 00 |
| **Closing Balance** | | | | | | | | | **$ 0 00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 12/01/22 | $ 13 94 | 31 | 0 2996 | $ - | $ - | $ - |
| **Total Interest Income** | | | | | | **$0 00** |





 Account Number **-0738**

**Trade Confirmation**

**BOUGHT** **META MATLS INC 0% PFD Callable** (Symbol MMTLP)

| Security No /CUSIP 59134N-20-3 | | | | Type Cash | Trade 01/11/22 | Settle 01/13/22 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 561 | 1 335 | 748 94 | Commission | 6 95 | 755 89 |

**For this security**
- Redemption features exist for this security Information provided upon request
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent

Internal Use Only 2 E

 

 Account Number
▨-0738

**Trade Confirmation**

*BOUGHT*    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | Type  Cash | Trade  12/23/21 | Settle  12/28/21 |
|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | Total Amount ($) |
|---|---|---|---|---|---|---|
| 1,050 | 1 33 | 1,396 50 | Commission | 6 95 | - | 1,403 45 |

**For this security:**
- Redemption features exist for this security  Information provided upon request
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent.

Internal Use Only 2 E

  

nt Number
-0738

**Trade Confirmation**

**BOUGHT    META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

Security No /CUSIP  59134N-20-3 | Type  Cash | Trade  04/26/22 | Settle  04/28/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 90 | 1 26 | 113 40 | Commission | 6 95 | 120 35 |

**For this security**                                                                     Internal Use Only  2  E
- Redemption features exist for this security  Information provided upon request
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent







Account Number
0738                  ɕ

**Trade Confirmation**

---

***BOUGHT***    **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP 59134N-20-3 | Type  Cash | Trade  10/21/22 | Settle  10/25/22 |
|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 220 | 4 93 | 1,084 60 | Commission | 6 95 | 1,091 55 |

**For this security**                                                                              Internal Use Only  2, E
- Redemption features exist for this security  Information provided upon request
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent

# Transaction History

Updated 09 54 05 PM ET 06/16/2026  C  ⑦  ↧  🖶

Designated Bene Indi      73

**Date range**
All ⌄

**Symbol (Optional)**
🔍 mmtlp  ⊗     ✓ Include Options     Search

⇊  Filter by Transaction Types

**Transactions found from 06/16/2022 to 06/16/2026**
Don t see it here? Go to Statements

| Date ↓ | Transaction Type | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|--------|------------------|--------|-------------|----------|-------|-------------|--------|
| 10/21/2022 | Buy | MMTLP | META MATLS INC 0% PFDPFD | 220 | $4 93 | $6 95 | -$1 091 55 |
| **Total** | | | | | | **$6 95** | **-$1 091 55** |

(1123-3U5Y 0924-CLCV)

Intra-day transactions are subject to change

Brokerage Account Balances are from the previous market close  but also may include new activity that will be posted to your account at after market close  Balances are subject to change

Bank sweep information can be found on your Statements  Current Balance bank sweep information can be found on the Balances page

Investment and Insurance Products Are  Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested

Today s Date  09 54 PM ET  06/16/2026

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA's BrokerCheck ☑

↑ Back to Top

The Charles Schwab Corporation provides a full range of brokerage  banking and financial advisory services through its operating subsidiaries  Its broker-dealer subsidiary  Charles Schwab & Co  Inc  (Member SIPC ☑ ), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender)  provides deposit and lending services and products

This site is designed for U S  residents  Non-U S  residents are subject to country-specific restrictions  Learn more about our services for non-US Residents ☑  Charles Schwab Hong Kong clients ☑   Charles Schwab UK clients ☑

© 2026 Charles Schwab & Co  Inc  All rights reserved  Member SIPC ☑   Unauthorized access is prohibited  Usage will be monitored





 Account Number
-0738

**Trade Confirmation**

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol  MMTLP)

| Security No /CUSIP  59134N-20-3 | | | | | Type  Cash | Trade  12/30/21 | Settle  01/03/22 |
|---|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | | | Total Amount ($) |
|---|---|---|---|---|---|---|---|
| 78 | 1 58 | 123 24 | Commission | 1 31 | | | 124 55 |
| 122 | 1 55 | 189 10 | Commission | 2 04 | | | 191 14 |
| 215 | 1 52 | 326 80 | Commission | 3 60 | | | 330 40 |
| **415** | | **$ 639 14** | | **$6 95** | | | **$ 646 09** |

| **For this security** | Internal Use Only  2  E |
|---|---|

- Redemption features exist for this security  Information provided upon request
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent

Please see 'Terms and Conditions' for more information

  **Schwab One® Account** of

Statement Period
December 1 31 2023

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ ᶻ | | | 961 30 | 5 26 | (956 04) | | 0 45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$961 30** | **$5 26** | **($956 04)** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTERTAINMENT | 25 0000 | 6 12000 | 153 00 | 2 086 33 | (1 933 33) | N/A | 0 00 | 5% |
| OCTO | EIGHTCO HOLDINGS INC | 2 0000 | 0 51400 | 1 03 | 497 26 | (496 23) | N/A | 0 00 | <1% |
| GTII | GLOBAL TECH INDS GP | 500 0000 | 0 39990 | 199 95 | 1 043 54 | (843 59) | N/A | 0 00 | 7% |
| | GLOBAL TECH INDS GP | 50 0000 | 0 39990 | 20 00 | N/A ᴵ | N/A ᴵ | N/A | 0 00 | <1% |
| MCOM | MICROMOBILITYCOM INC | 1 0000 | 0 07300 | 0 07 | 1 020 00 | (1,019 93) | N/A | 0 00 | <1% |
| MULN | MULLEN AUTOMOTIVE INC | 1 0000 | 14 29000 | 14 29 | 4 769 66 | (4 755 37) | N/A | 0 00 | <1% |
| RADCQ | RITE AID CORP | 987 0000 | 0 21890 | 216 05 | 283 31 | (67 26) | N/A | 0 00 | 7% |
| TOYRF | TOYS R US ANZ LTD   ORDF | 338 410 0000 | 0 00681 | 2,304 57 | 4 045 56 | (1 740 99) | N/A | 0 00 | 79% |
| BBIG | VINCO VENTURES INC | 34 0000 | 0 00600 | 0 20 | 1 062 99 | (1,062 79) | N/A | 0 00 | <1% |
| **Total Equities** | | | | **$2,909 16** | **$14,808 65** | **($11,919 49)** | | **$0 00** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 1 262 0000 | | | 1 879 40 | | N/A | |
| **Total Unpriced Securities** | | | | **$0 00** | **$1,879 40** | **$0 00** | | **$0 00** |

Estimated Annual Income ("EAI ) and Estimated Yield ( EY") calculations are for informational purposes only  The actual income and yield might be lower or higher than the estimated amounts  EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities  the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments  in which case EAI and EY will continue to display at a prior rate