

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 30, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br><u>Hearing Date</u><br>DATE: June 16, 2026<br>TIME:  9:30 a.m. |

### ORDER ON MOTION TO DETERMINE STANDING OF MOVANT AND FOR DETERMINATION OF ADEQUACY OF NOTICE AND VALIDITY OF BAR DATE

On June 16, 2026, the court held a hearing on the Motion to Determine Standing of Movant and for Determination of Adequacy of Notice and Validity of Bar Date (ECF No. 2586), filed by pro se interested party Danielle Spears. Appearances were as noted on the record. For the reasons stated on the record at the hearing, incorporated herein by this reference,

IT IS HEREBY ORDERED that the Motion to Determine Standing of Movant and for Determination of Adequacy of Notice and Validity of Bar Date (ECF No. 2586) is DENIED, without prejudice.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

1

2

Copy sent via BNC Noticing:

DANIELLE SPEARS
10701 NORTH 99TH AVENUE, LOT 159
PEORIA, AZ 85345

# # #