

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 30, 2026
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>              Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: June 16, 2026<br>TIME:  9:30 a.m. |

**ORDER ON MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND FOR ORDER DEEMING PREVIOUSLY FILED MOTION COMPLIANT NUNC PRO TUNC**

On June 16, 2026, the court held a hearing on the Motion for Leave to Exceed Page Limit and for Order Deeming Previously Filed Motion Compliant Nunc Pro Tunc (ECF No. 2597), filed by pro se interested party Danielle Spears. Appearances were as noted on the record. For the reasons stated on the record at the hearing, incorporated herein by this reference,

IT IS HEREBY ORDERED that the Motion for Leave to Exceed Page Limit and for Order Deeming Previously Filed Motion Compliant Nunc Pro Tunc (ECF No. 2597) is GRANTED.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

1

2

Copy sent via BNC Noticing:

DANIELLE SPEARS
10701 NORTH 99TH AVENUE, LOT 159
PEORIA, AZ 85345

# # #