Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**TRUSTEE LOVATO'S RESPONSE TO COURT'S DIRECTIVE REGARDING ORDER ON MOTION TO SEAL**<br>**[ECF No. 2712]**<br><br><br>Hearing Date:   June 16, 2026<br>Hearing Time:  9:30 a.m. |

At the hearing held on June 16, 2026 regarding **[ECF Nos. 2586, 2587, 2597, 2743, 2744 and 2807],** the Court asked the Trustee to address certain portions of the record which had been filed under seal.  The sealed documents related to the litigation funding agreement proposed by the Trustee related to her investigation into potential securities related litigation, with funding to be provided by Parabellum Capital, LLC ("Parabellum"), through its affiliate, Project Blazer LLC.[1]

At the hearing, the Court stated:

Let me -- you know, let me at least give you ten days for a response to renew the attention to it as to why the Court should not unredact those portions related to the litigation financing pertaining to the estate's claim. I do tend to agree that the other

---

[1] Project Blazer, LLC is a Delaware limited liability company in good standing, formed in January 2020.

1

financing details probably should not be disclosed, but the details regarding what was to be the funding by which this was to happen seem to be germane.

**Transcript, page 35.**

In response to the Court's request, the Trustee files her submission which excludes redacted portions related to financing details of litigation unrelated to the Meta Materials case.  In other words, information not related to the proposed Meta litigation funding remains redacted.  The Trustee also confirms that the Parabellum funding arrangement has been terminated.

For clarity, the attached **Exhibit 1** tracks the redacted submission with the following general categories:

(1)  the Sixth Amended and Restated Prepaid Forward Purchase Agreement which identified other, unrelated litigations, the names of which will continue to be redacted;

(2)  the UCC security agreement between Christian Attar as the Seller, and Project Blazer, LLC as the Buyer;

(3)  the Budget for Meta; and

(4)  the separate retention agreement for Christian Attar, Kasowitz, Benson & Torres, and Schneider, Wallace, Cottrell & Konecky.

DATED: July 1, 2026.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Christina Lovato, Trustee

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on July 1, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- DAVID S. NORRIS    david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- ABRAN E. VIGIL    VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com
- HANNAH E. WINSTON    HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✔ b.  Via direct Email on July 1, 2026 to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com
Scott Traudt (Pro Se) - sctraudt@gmail.com

3

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 1, 2026.

_/s/ Angie Gerbig_
Angie Gerbig