Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>     Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**SUPPLEMENT TO RULE 2014 DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNSEL AND AS REQUESTED BY THE COURT [F.R.BANKR.P. 2014]**<br><br>Hearing Date:   June 16, 2026<br>Hearing Time:  9:30 a.m. |

James W. Christian, under penalty of perjury of the laws of the United States, declares:

1.      I am a resident of Texas, and I am a member in good standing with the State Bar of Texas since 1978.  My C.V. is on the ECF docket at **[ECF No. 99-1]**.

2.      I have personal knowledge of the matters stated herein.

3.      This Supplemental Declaration incorporates all prior Declarations and, to the best of my recollection, provides the relevant information in chronological order.

4.      In preparing this Supplemental Declaration, I have once again reviewed the specific language set forth in §101(14), the definition of "disinterested person":  The term "disinterested person" means a person that—

- (A) is not a creditor, an equity security holder, or an insider;

1

- (B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

- (C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

5.    Neither I, nor any member of Christian Attar[1] is a creditor of Meta, or an equity interest owner of shares of Meta stock; neither I, nor any member of Christian Attar, including its employees, were officers, directors or employees within the 2 year period prior to August 9, 2024, the Meta petition date, and neither I, nor any member of Christian Attar including its employees, hold an interest in Meta, adverse, material or otherwise, by reason of any direct or indirect relationship to, connection with, or interest in, Meta, or for any other reason.

6.    Although my understanding is that the Bankruptcy Code does not contain a definition of the term 'adverse interest', I understand the concept generally means possession or assertion of an economic interest that would tend to lessen the value of the bankruptcy estate or create an actual or potential dispute in which the estate is a rival claimant; or possession of a predisposition under circumstances that create a bias against the estate.

7.    On January 10, 2023, my law firm was Christian Levine Group and teamed with Warshaw Burstein to represent a group of investors in Next Bridge Hydrocarbons, Inc. ("NBH"). The NBH investor group formed an entity, Flamethrower, LLC which was our client. The investigation included review of potential issues including jurisdiction/venue, claims for relief, and suspected trading day(s) activities. Consulting experts were engaged, DTCC records were compared to Broadridge data, correspondence to FINRA was processed and evidence-preservation letters were sent. At the conclusion of the investigation, Christian Levine and Warshaw Burstein determined that evidence was insufficient to assert claims under §10(b)(5) of the Securities Exchange Act of 1934.

---

[1] This also includes Christian Levine and Warshaw Burstein.

2

8.      It is my position that the retention agreement with Flamethrower and the decisions the client made at the time, and under the circumstances known at that time, is confidential and has no bearing upon my firm's representation of Trustee Lovato and the Meta Materials chapter 7 Estate.

9.      My first involvement with Meta Materials Inc. ("Meta") was in 2023. Christian Attar was engaged on June 26, 2023 to represent Meta on issues related to a variety of securities issues.  A substantial due diligence package was prepared; however, Meta management declined to pursue the matter further.[2]  I was not told by the Meta representatives why they elected to proceed with potential claims regarding the securities market issues.  However, as is apparent by the fact that Christian Attar and other firms are working diligently, despite the efforts to block Rule 2004 discovery, to determine whether Trustee Lovato has viable claims for any number of violations of the laws related to the securities market.

10.     In approximately December 2024, Christian Attar was hired by Next Bridge Hydrocarbons, Inc. ("NBH") to perform due diligence and ultimately file a lawsuit against one or more individuals who allegedly committed tortious interference with contracts and/or existing relationships, business disparagement and related claims.  After many months of detailed due diligence, in June 2026, Chrisitan Attar filed a lawsuit on behalf of NBH against Jeffery Davies in Harris County, Texas.  Christian Attar represents only NBH which is the only plaintiff in this action.  The suit by NBH has nothing to do with and in no way is related to Meta Materials, the Meta Bankruptcy Estate or otherwise.

11.     In April 2025, I disclosed to Trustee Lovato the following:  "At that time, I advised you I was representing NBH in a defamation, business disparagement, and tortious interference suit that will be pursued against some of the members of the same group referred to above that (a)

---

[2] Declaration Of James W. Christian In Support Of Trustee Christina Lovato's Response To Motion By Scott Traudt, Third Party Intervenor And Movant To Disqualify From Service To The Trustee Attorney James Wesley Christian And Christian Attar Law Firm Et Al. As Special Counsel And To Declare The Retention Agreements And Other Non-Disclosure Agreements As Void Ab Initio.  **[ECF No. 2143]** filed August 21, 2025.

3

have complained to the court; and (b) filed frivolous pro se complaints against many parties, including Meta. For the sake of clarity, Christian Attar's scope of representation of NBH does not include or involve investigation into potential claims of stock manipulation as that cannot exist because NBH did not "trade their own securities," nor did they receive anything from Meta that could be clawed back etc. Christian Attar has also been retained by NBH to pursue potential claims for business disparagement, tortious interference with the Orogrande Lease, and tortious interference with prospective relations."[3]

12. We represent only NBH who is the only plaintiff in this action.

13. The suit by NBH includes two claims for relief: Tortious Interference with Existing Contract and Business Disparagement. The suit has nothing to do with, and in no way is related to, Meta Materials, the Bankruptcy Estate or otherwise.

DATED: July 1, 2026.

**CHRISTIAN ATTAR**

*/s/ James W. Christian*
James W. Christian, Esq.

---

[3] 4/16/25 letter to Hartman Exhibit D to **[ECF No. 1878]** filed April 23, 2025.

4

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on July 1, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- DAVID S. NORRIS    david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- ABRAN E. VIGIL    VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com
- HANNAH E. WINSTON    HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✔ b.  Via direct Email on July 1, 2026 to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com
Scott Traudt (Pro Se) - sctraudt@gmail.com

5

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 1, 2026.

/s/ Angie Gerbig
Angie Gerbig