Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-hlb<br>(Chapter 7)<br><br>**DECLARATION OF TRUSTEE LOVATO RELATED TO SUPPLEMENT TO RULE 2014 DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNSEL AND AS REQUESTED BY THE COURT [F.R.BANKR.P. 2014]**<br><br>Hearing Date:  June 16, 2026<br>Hearing Time:  9:30 a.m. |

Christina Lovato, under penalty of perjury of the laws of the United States, declares:

1.    I am the duly appointed an acting chapter 7 trustee for the estate of Meta Materials Inc.

2.    As the Court is aware, the litigation team which has been representing the Meta Estate began the Rule 2004 discovery process in March 2025.  Only now, more than one year later, have the requested discovery materials started to be produced.  For the purpose of this Declaration, my deadline for a decision to commence litigation is early August, 2026.

3.    As the Court also is aware, there has been a concerted effort by individuals who readily admit that they are not shareholders of Meta, to disqualify Christian Attar from its representation of the Meta Estate, which, if moderately successful, could inure to the benefit of all

1

Meta shareholders. It is illogical to, on one hand, assert standing to participate in this case when it is readily admitted that one is not a shareholder, and on the other hand, push to eliminate contingent fee counsel which, if successful, might well benefit legitimate shareholders as well as creditors. Moreover, as indicated in Mr. Christian's Supplemental Declaration, following an initial investigation, for an unknown reason, the Meta management elected to not pursue Meta's potential market manipulation claims. The Meta Estate is not in a position to obtain new counsel to review, let alone be in a position to determine in the next month, whether one or more viable claims can be asserted against as yet identified defendants.

4.      I readily acknowledge that the Court has an independent duty to consider whether proposed counsel for any estate satisfies the requirements of disinterestedness, and whether an interest adverse to that of the estate is present.

5.      Based upon numerous meetings and communications with my general counsel, and litigation counsel, including Mr. Christian, I do not believe that Mr. Christian or Christian Attar holds an interest adverse to the Meta Estate. Because of Christian Attar's decision and willingness to pursue this potential litigation on a contingent fee basis, the risk of loss is borne completely by Christian Attar, and the related law firms which have agreed to proceed on the contingent fee basis.

DATED: July 1, 2026.


                                    /s/ Christina W. Lovato
                                    Christina W. Lovato, Trustee

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on July 1, 2026, I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF:

- MICHAEL R. BRUNET    mbrunet@cooperlevenson.com
- CLAYTON BRUST    cbrust@sbwlawgroup.com, iesguerra@rssblaw.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- BRADLEY A. COSMAN    bcosman@perkinscoie.com
- JIMMY F. DAHU    jdahu@mcdonaldcarano.com, sbettinger@mcdonaldcarano.com
- KAWA FOAD    kfoad@kf-law.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- MICHAEL R. HOGUE    hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com
- MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- DAVID S. NORRIS    david.norris@squirepb.com, tanya.skeet@squirepb.com,sarah.conley@squirepb.com,phx_dckt@squirepb.com
- JARROD L RICKARD    jlr@semenzarickard.com, oak@semenzarickard.com,alb@semenzarickard.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- ABRAN E. VIGIL    VigilA@ballardspahr.com, Docketclerk_lasvegas@ballardspahr.com
- HANNAH E. WINSTON    HWINSTON@SBWLAWGROUP.COM, cobrien@rssblaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✔ b.  Via direct Email on July 1, 2026 to:

Danielle Spears (Pro Se) – paymmtlpnow@gmail.com
Scott Traudt (Pro Se) - sctraudt@gmail.com

3

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 1, 2026.

/s/ Angie Gerbig
Angie Gerbig