Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Peter H. Fountain, Esq. (admitted *pro hac vice*)
Madeleine Zabriskie, Esq. (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
peterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

*Attorneys for Non-Party Citadel Securities LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 24-50792-gs |
| | Chapter 7 |
| META MATERIALS, INC., | |
| | **CITADEL SECURITIES LLC'S NOTICE OF DISASSOCIATION OF COUNSEL** |
| Debtor. | |

PLEASE TAKE NOTICE that Christopher D. Kercher, Esq. (admitted *pro hac vice*) is no longer associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.  Christopher D. Kercher's name may be removed from the docket and service list.  Citadel Securities LLC will continue to be represented in this case by Ryan J. Works and Jimmy F. Dahu of the law firm of McDonald Carano LLP, and Peter H. Fountain and Madeleine Zabriskie of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

Dated this 13th day of July, 2026.

McDONALD CARANO LLP


/s/ Jimmy F. Dahu
Ryan J. Works, Esq. (NSBN 9224)
Jimmy F. Dahu, Esq. (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Peter H. Fountain, Esq. (admitted *pro hac vice*)
Madeleine Zabriskie, Esq. (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
peterfountain@quinnemanuel.com
madeleinezabriskie@quinnemanuel.com

*Attorneys for Non-Party Citadel Securities LLC*