# EXHIBIT 1

# EXHIBIT 1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Christina W. Lovato, in my capacity as the Chapter 7 trustee of the bankruptcy estate of Meta Materials (the "Meta Materials Bankruptcy Estate"), hereby certify as follows:

1.      I am the duly appointed Chapter 7 trustee of the Meta Materials Bankruptcy Estate. I am fully authorized to enter into and execute this certification on behalf of the Meta Materials Bankruptcy Estate.

2.      I have reviewed the complaint against Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc., alleging violations of the federal securities laws and have authorized its filing.

3.      The Meta Materials Bankruptcy Estate did not purchase, sell, acquire or otherwise dispose of the securities of Meta Materials, Inc. at the direction of counsel or in order to participate in any private action.

4.      The Meta Materials estate is willing to serve as a representative party on behalf of the proposed Class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this certification is a list of the Meta Materials Bankruptcy Estate's transactions during the relevant period in the securities that are the subject of this matter.

6.      During the three-year period preceding the date of this certification, the Meta Materials Bankruptcy Estate has not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

7.      The Meta Materials Bankruptcy Estate will not accept any payment for serving as a representative party on behalf of the proposed class beyond its *pro rata* share of any recovery, except as ordered or approved by the court.

1

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and accurate.

Executed this 6th day of August 2026.

_____
Christina W. Lovato, Trustee

## SCHEDULE A: TREASURY SHARES SOLD

**In re Meta Materials Inc., Case No. 24-50792-gs (Bankr. D. Nev.)**
**Supplemental Brief in Opposition to Motions to Quash Rule 2004 Examination**
**February 2026**

**Pricing Convention:** All MMAT common stock share counts are in **pre-split (pre-100:1)** terms unless marked "post-split." TRCH share counts shown at original TRCH values; MMAT-equivalent after the June 25, 2021 1:2 reverse split noted where applicable.[1]

**Split History:**

- TRCH implemented a **1:2 reverse stock split** effective June 25, 2021 (8-K, Acc. No. 0001193125-21-203407)[1]

- MMAT implemented a **1:100 reverse stock split** effective January 29, 2024 (10-K FY2023, Acc. No. 0000950170-24-038010)[2]

**All filings under CIK 1431959:** Full EDGAR filing history

-

## Examples of Shares Sold from Treasury (2021–2024)

Within the Schedule B Periods/Windows A through G (the 161 Selected Days Requested):

| Treasury Shares Sold Category | Shares Sold (Pre-Split) | Schedule B Days | SEC Filing Source |
|---|---|---|---|
| TRCH debt conversions (A-1) | 8,362,898 | Days 1–3 (Feb 12, 16, 18, 2021) | 10-Q Q1 2021 |
| **Plasma App Ltd. acquisition (C-1)** | **10,752,700** | **Day 43 (Apr 1, 2022)** + Days 44–47 | **10-K FY2023**; 10-Q Q2 2022 |
| **Optodot Inc. acquisition (C-2)** | **22,348,190** | **Day 56 (Jun 22, 2022)** + Days 54–55, 57–62 | **10-Q Q2 2022**; 10-K FY2023 |
| $50M RDO (C-3) | 37,037,039 | Days 59–62 (Jun 27–30, 2022) | 10-K FY2023; 10-Q Q2 2023 |
| Ladenburg ATM (E-1) | 17,574,000 | Days 102–111 (Feb–Mar 2023) | 10-Q Q1 2023; 10-K FY2023 |
| **$25M CMPO (E-2)** | **83,333,334** | **Day 117 (Apr 14, 2023)** + Days 115–122 | **10-K FY2023**; S-3, File No. 333-268282 |
| Lincoln Park ELC (F-1) | 10,500,000 | Days 128–137 (Sep–Nov 2023) | 10-K FY2023 |
| $6M RDO (F-2) | 75,000,000 | Days 138–148 (Dec 4–18, 2023) | 8-K, Dec 4, 2023; 10-K FY2023 |

| Treasury Shares Sold Category | Shares Sold (Pre-Split) | Schedule B Days | SEC Filing Source |
|---|---|---|---|
| $3.4M RDO (G-1) | 85,000,000 | Days 149–161 (Feb 14–Mar 4, 2024) | 10-K FY2023; 8-K, Jun 24, 2024 |
| **TOTAL COMMON STOCK SOLD** | **349,908,161** | **161 days total** | |
| Plus: SERIES A PREFERRED (MMTLP) (A-4) | 145,563,667 | Days 16–17, 27–32, 85–93 | 8-K, Jun 25, 2021; DEF 14A, Jun 10, 2021 |
| Plus: WARRANTS SOLD | 280,370,373 | (See corresponding common stock days) | Corresponding to new Common shares from Treasury |

For clarity, each "Treasury Shares Sold Category" in this table refers to **shares sold or issued from Meta's own treasury** (unless otherwise noted):

The **"Schedule B Days"** column shows which of the 161 trading dates in Schedule B correspond to each treasury share sale event. Day numbers run sequentially from 1 to 161; the actual calendar dates for each day are listed in full in Schedule B below. For issuance events, Schedule B typically includes the announcement/pricing date plus bracketing days (3–10 days before and after) to capture the prevailing market environment and any anomalous trading patterns.

**"TRCH debt conversions (A-1)"** means TRCH sold and issued shares from treasury directly to certain creditors to pay down or convert existing debt into equity;

**"Plasma App Ltd. acquisition (C-1)"** and **"Optodot Inc. acquisition (C-2)"** mean Meta issued and sold MMAT shares from treasury as non-cash consideration to acquire those businesses and assets;

the three **"Registered Direct Offerings (RDO)"** (C-3, F-2, G-1) are public transactions in which Meta sold MMAT treasury shares directly to investors under an effective shelf registration, rather than through a traditional firm-commitment follow-on;

the **"Ladenburg At-The-Market (ATM) offering (E-1)"** means an at-the-market equity program under which Meta sold MMAT shares held in treasury into the open market at prevailing prices through Ladenburg as sales agent;

the **"$25M Underwritten CMPO (E-2)** means an underwritten **confidentially marketed public offering** in which Meta sold registered MMAT shares (together with accompanying warrants) off its Form S-3 shelf registration, after the underwriters first pre-marketed the offering confidentially to institutional investors which included Anson Funds hedge fund as a purchaser of MMAT's treasury shares.

the **"Lincoln Park Equity Line of Credit (ELC) (F-1)"** is a facility under which Lincoln Park agreed to purchase MMAT shares sold by Meta out of treasury over time at formula-based prices;

**"TOTAL COMMON STOCK SOLD"** is the aggregate number of MMAT common shares sold or issued from treasury in all listed example transactions (pre-split);

**"Series A Preferred Shares 'MMTLP' (A-4)"** are preferred Series A shares issued as a special stock dividend;

and **"Warrants sold from MMAT treasury"** refers to stock purchase warrants sold by Meta out of treasury that give holders the right to buy additional MMAT common shares in the future, typically within a 5 year period.

## Filing Excerpts for Selected Events

The following direct quotes from SEC filings allow the Court and its staff to verify key Schedule A entries without reconstructing any calculations. Each excerpt is lifted verbatim from the cited filing and corresponds to a bolded row in the table above.[2][1]

## Event C-1 — Plasma App Acquisition (April 1, 2022: Day 43 of 161 in Schedule B)

**Source: Meta Materials Inc., Form 10-K for the year ended December 31, 2023 (Acc. No. 0000950170-24-038010), Item 1 — Business Combinations (Plasma App Ltd acquisition); see also Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Note 3 — Acquisitions, for the underlying pre-split share and VWAP detail.**[3][2]

From the 10-K FY2023 (reporting in post-split terms):

> "On April 1, 2022, we completed the purchase of 100% of the issued and outstanding shares of Plasma App Ltd. ("PAL"). PAL is the developer of PLASMAfusion® deposition, a proprietary manufacturing platform technology, which enables high-speed coating of any solid material on any type of substrate. PAL's team is located at the Rutherford Appleton Laboratories in Oxford, UK."[2]

> "We issued an aggregate of **96,774 shares** of our common stock to PAL's stockholders at closing, representing a number of shares of common stock equal to **$18,000,000 divided by $186.00** (the volume weighted average price for the ten trading days ending on March 31, 2022), with an additional deferral of common stock equal to **$2,000,000 divided by $186.00** to be issued subject to satisfaction of certain claims and warranties."[2]

From the 10-Q Q2 2022 (reporting in pre-split terms):

> "At closing, we issued to PAL's shareholders an aggregate of **9,677,419 shares** of our common stock, representing a number of shares of common stock equal to **$18,000,000 divided by $1.86** (the volume weighted average price for the ten trading days ending on March 31, 2022) with an additional deferral of common stock equal to **$2,000,000 divided by $1.86** to be issued subject to satisfaction of certain claims and warranties."[4]

**Explanation of citation linkage:** The 10-K FY2023 reports the Plasma App acquisition in post-split terms: 96,774 closing shares + 10,753 deferred shares. Multiplied by 100, this yields 10,752,700 pre-split shares — matching Schedule A row C-1 exactly. The Q2 2022 10-Q confirms the same transaction in pre-split terms: 9,677,419 closing shares at $1.86 VWAP, plus 1,075,268 deferred shares ($2,000,000 ÷ $1.86, with rounding). The two filings are internally consistent; the 10-K FY2023 is the more recent and authoritative source.[4][2]

## Event C-2 — Optodot Acquisition (June 22, 2022: Day 56 of 161 in Schedule B)

**Source: Meta Materials Inc., Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Note 3 — Acquisitions (Optodot acquisition); summarized in Form 10-K for the year ended December 31, 2023 (Acc. No. 0000950170-24-038010), Item 1 — Business Combinations.[3][2]**

"On June 22, 2022, we completed an asset purchase agreement with Optodot Corporation ("Optodot"), a developer of advanced materials technologies, to acquire certain assets related to patents and intellectual property for the battery and other industries."[5]

"The fair value of the unrestricted common stock issued or to be issued was determined by multiplying **22,348,190 shares, calculated as per the purchase agreement, by the closing share price on June 22, 2022 of $1.87**. We have issued 22,305,221 shares on the closing date of June 22, 2022 and 42,969 shares are yet to be issued."[5]

**Explanation of citation linkage:** The Q2 2022 10-Q, Note 3, footnote (1) to the purchase price allocation table, states the exact figure — 22,348,190 shares at $1.87 — in the filing's own words. This matches Schedule A row C-2. The 10-K FY2023 reports the same transaction in post-split terms as 223,482 shares (× 100 = 22,348,200, with rounding). No reconstruction or interpretation is required.[5][2]

## Events C-1 + C-2 + C-3 — Share Count Cross-Check (Q2 2022 Equity Roll-Forward)

**Source: Meta Materials Inc., Form 10-Q for the quarter ended June 30, 2022 (Acc. No. 0000950170-22-016019), Condensed Consolidated Interim Statements of Changes in Stockholders' Equity.[5]**

Balance, January 1, 2022: **284,573,316** shares
"Issuance of stock in connection with acquisitions — **36,443,684**"
"Issuance of common stock and warrants — **37,037,039**"
Balance, June 30, 2022: **360,810,016** shares[5]

**Explanation of citation linkage:** The equity table's "issuance of stock in connection with acquisitions" line (36,443,684 shares) equals the Plasma App closing shares (9,677,419) plus the Optodot unrestricted shares issued at closing (22,305,221) plus the Optodot restricted shares (4,461,044). The "issuance of common stock and warrants" line (37,037,039) matches Schedule A row C-3 (the $50M RDO). These three lines fully account for the January-to-June 2022 share increase, confirming Events C-1, C-2, and C-3.[5]

# Event E-2 — $25M Underwritten Public Offering / CMPO (April 14, 2023: Day 117 of 161 in Schedule B)

**Source: Meta Materials Inc., Press Release dated April 13, 2023 ("Meta Materials Announces Pricing of $25 Million Underwritten Public Offering"), cross-referenced with S-3 Registration Statement No. 333-268282 and 10-K FY2023 (Acc. No. 0000950170-24-038010).**[6][2]

> "Meta Materials Inc. … today announced that it has priced an underwritten public offering of **83,333,334 shares** of its common stock and warrants to purchase up to an aggregate of **83,333,334 shares** of common stock at a combined public offering price of **$0.30 per share** and accompanying warrant."[6]

> "All of the securities are to be sold by META. **The gross proceeds of the offering are expected to be approximately $25 million** before deducting the underwriting discount and estimated offering expenses payable by META, assuming no exercise of the underwriters' overallotment option."[6]

> "META has granted the underwriters a 30-day overallotment option to purchase up to an additional **12,500,000 shares** of its common stock and/or warrants to purchase up to an additional 12,500,000 shares of common stock at the public offering price, less the underwriting discount. Each warrant is exercisable immediately at an exercise price of **$0.375 per share** and will expire five years following the date of issuance."[6]

**Explanation of citation linkage:** The press release states 83,333,334 shares at $0.30 for $25M gross — matching Schedule A row E-2 exactly. The 10-K FY2023 reports the same transaction in post-split terms as 833,334 shares with net proceeds of approximately $22.1M (after underwriting discount). Multiplying the post-split share count by 100 confirms the pre-split figure. The S-3 registration statement (File No. 333-268282) is the shelf under which these shares were offered.[2][6]

# Schedule A Footnotes

[SB] Denotes that corresponding trading dates are included in Schedule B (161 specific trading dates representing 12.8% of the 1,255 trading days in the five-year repose period). The Schedule B document request window for each issuance event is identified in the "Sched. B" column; for each such day the Trustee requests order-by-order trading data and related records as specified in Schedule B.[1]

1. The 10-Q Q1 2021 aggregate of 16,725,797 shares supersedes individual press release tallies. Individual conversions are documented in 8-Ks filed Jan 22, 2021 (Acc. No. 0001199835-21-000019) and Feb 10, 2021 (Acc. No. 0001199835-21-000050), covering Straz Foundation senior secured debt, subordinated noteholder debt, and McCabe Petroleum secured convertible notes. Total debt converted: $17,183,624 fair value per 10-Q.[1]

2. MMTLP preferred shares — NOT common stock, NOT subject to either reverse split. 1:1 ratio to common shares outstanding at June 24, 2021 record date. 10-Q Q1 2021 cover page confirms 145,563,667 common shares.[1]

3. Contractual price: $186.00 post-split ($1.86 pre-split) based on 10-day VWAP. ASC 805 fair value: $158.00 post-split ($1.58 pre-split) per 10-Q Q2 2022. Both figures appear in SEC filings; contractual price used for share count calculation.[4][2]

4. 10-Q Q2 2022 specifically states 22,348,190 shares at $1.87 closing price on June 22, 2022.[5]

5. Also issued 37,037,039 warrants at $1.75 strike (pre-split). 25,920,000 of these repriced to $0.095 in December 2023 (see Event F-3).[1]

6. Independently verified to approximate share count from SEC filings. 17,574,000 is consistent with Q1 2023 cash flow ($10,477,069 proceeds ÷ ~$0.60 avg = ~17.5M shares) and share count delta (21,497,022 minus ~3.9M options/RSUs). Full ATM disclosure in 10-K FY2023 MD&A.[2]

7. Also issued 83,333,334 warrants at $0.375 strike (pre-split). Down-round provision triggered by Dec 2023 RDO pricing (see Event F-4).[6]

8. Also issued 75,000,000 warrants at $0.095 strike (pre-split). This offering occurred before the January 29, 2024 reverse split — no split adjustment needed.[1]

9. Warrant repricing only — no new shares. 25,920,000 of original 37,037,039 Jun 2022 warrants repriced: strike $1.75 → $0.095 (95% reduction).[1]

10. Anti-dilution trigger only — no new shares. 83,333,334 CMPO warrants: strike $0.375 → ~$0.08 (estimated full-ratchet; 79% reduction). Triggered by the $0.08/share December 2023 RDO pricing.[1]

11. Post-split: 850,000 shares (600,000 common + 250,000 pre-funded warrants at $0.001). Pre-split equivalent: 85,000,000. Also issued 85,000,000 warrants at $0.0391 strike (pre-split).[1]

12. Warrant repricing only — no new shares. 324,075 post-split (32,407,500 pre-split) warrants from Dec 2023 offering: strike $0.095 → Nasdaq minimum price, effective June 6, 2024 per 8-K, Jun 24, 2024.[1]