# EXHIBIT 2

# EXHIBIT 2

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Doug Collins, hereby certify as follows:

1. I have reviewed the complaint against Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc., alleging violations of the federal securities laws and have authorized its filing.

2. I did not purchase, acquire, sell or otherwise dispose of the securities of Meta Materials, Inc. at the direction of counsel or in order to participate in any private action.

3. I am willing to serve as a representative party on behalf of the proposed Class, including providing testimony at deposition and trial, if necessary.

4. Attached as Schedule A to this certification is a summary list of my transactions during the relevant period in the securities that are the subject of this matter.

5. During the three-year period preceding the date of this certification, I have not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and accurate.

1

Executed this ⸺5⸺ day of August 2026.

Doug Collins

| DOUG COLLINS MMAT LOSS/SCHWAB ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| ACCT # | # SHARES | SOLD PRICE | SOLD VALUE | COST BASIS | LOSS |
| ...6925 | 2739 | $ 2.45 | $ 6,710.08 | $ 515,579.38 | $ 508,869.30 |
| | | | | | |
| ...4807 | 294 | $ 3.56 | $ 1,046.64 | $ 59,995.35 | $ 58,948.71 |
| | | | | | |
| ...0127 | 72302 | $ 0.21 | $ 15,320.79 | $ 83,319.99 | $ 67,999.20 |
| | | | | | |
| ...2532 | 566 | $ 3.56 | $ 2,014.96 | $ 83,452.76 | $ 81,437.80 |
| | | | | | |
| | | | | | |
| | | | $ 25,092.47 | $ 742,347.48 | |
| | | | | | |
| | | | | TOTAL LOSS: | $ 717,255.01 |