Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>    Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**SECOND AMENDED DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF APPLICATION BY CHAPTER 7 TRUSTEE TO (1) APPROVE THE REVISED POWER OF ATTORNEY AND CONTINGENT FEE CONTRACT, AND (2) EMPLOY THE LAW FIRM OF GRANT & EISENHOFER AS SPECIAL LITIGATION COUNSEL**<br><br>Hearing Date:  N/A<br>Hearing Time: |

James W. Christian, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Texas, and I am a member in good standing with the State Bar of Texas since 1978.  My C.V. was attached as Exhibit A to **ECF Nos. 99 and 1878**.

2. I have personal knowledge of the matters stated herein.

3. I am the senior partner in the law firm of Christian Attar ("Christian Attar"),  located in Houston, Texas.

4. On November 4, 2024, The Court entered its Order Approving *Ex Parte* Application By Chapter 7 Trustee To Employ The Law Firms Of Christian Attar And Kasowitz Benson Torres LLP As Special Litigation Counsel. **[ECF No. 118]**.

1

5.      On May 22, 2025, the Court entered its Order Approving *Ex Parte* Application By Chapter 7 Trustee To Employ The Law Firm of Schneider Wallace Cottrell Konecky.  **[ECF No. 1962]**.

6.      On October 20, 2025, the Court entered its Order Approving *Ex Parte* Application By Chapter 7 Trustee To Employ The Law Firm of Schneider Wallace Cottrell Kim On An Hourly Basis.  **[ECF No. 2231]**.

7.      As the investigation by the Trustee has progressed,  Schneider Wallace Cottrell Konecky has determined that it will withdraw from representation of the Trustee.  A formal Motion To Withdraw is in process.

8.      In place and instead of Schneider Wallace Cottrell Konecky, in consultation with Christian Attar, Trustee Lovato is requesting an Order approving the employment of attorneys Abe Alexander and Cecilia Stein of the New York firm of Grant & Eisenhofer. Grant & Eisenhofer brings significant expertise in complex securities litigation.

DATED: August 7, 2026.

**CHRISTIAN ATTAR**

*James W. Christian*
James W. Christian, Esq.