NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**MISAEL CABRERA**
**11485 SW 49 TERRACE**
**MIAMI FL 33165**

Telephone Number:
**305 322 0850**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
AUG 07 2026 DLS
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**5IJ72701**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: **ADDS TO TOTAL**
☐ amends a previously filed Proof of Interest dated:

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**WEBULL**
Telephone Number: **1 888 - 828 - 0618**

3. Date Equity Interest was acquired:
**05-11-23    100**
**02-06-23    103    TOTAL**
**10-31-22    97    300 (PRE SPLIT)**

4. Total amount of member interest: **300**

5. Certificate number(s):

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **MISAEL CABRERA**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)          (Date) **07/25/26**

Telephone number: **305 322 0850**     email: **MISAELCABRERA@YMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | |
|---|---|---|---|---|---|
|  MMAT | 59134N104 | 300 | 1 | 0.22 | |
| GNW | 37247D106 | 1.19905 | 1 | 5.00 | |
| AR | 03674X106 | 0.07719 | 1 | 23.03 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The accrued dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future ou the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
14. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trust your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corp Fully-Paid Securities Lending Program for complete program details.
15. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Full Securities Loaned)
16. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have differen taxable consequences than receipt of the actual dividends from the issuer.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.
2. If there are any material changes regarding your contact information, investment objectives, or financial situation, advise Webull promptly by updating your information using the Webull platform or by contacting customerservices@webull.us.
3. If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governor the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request.
4. The interest charged on the debit balance in your account is shown on this statement. Interest on debit balances is calculated for each calendar day and charged monthly. The interest settlement cycle begins from the prior month's settlement dat latest settlement date before the 15th of each month. The margin rate is variable and is determined by the size of the margin loan. The margin rate is set at Webull's discretion and is subject to change without notice. The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year. When calculating margin interest, the free credit balance in the account will offset any debit in the margin account and the interest will be charg the net debit balance.
5. We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax retu Webull's policy is to pay all dividends and interest in US Dollars. Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine P and Brazilian Real).

 **Webull**

05/01/2023 - 05/31/2023

Webull Financial LLC

44 Wall Street, 2nd Floor, New York, NY 10005

OFFICE SERVING YOU

customerservices@webull.us

1 (888) 828-0618

**MISAEL CABRERA RUIZ** Account #:5I

Account Type:CASH

11485 Southwest 49th Terrace

MIAMI,FL,33165

## ACCOUNT SUMMARY

|  | Total Cash Balance | Total Securities | Portfolio Value |
|---|---|---|---|
| Opening | 2.81 | 45.58 | 48.39 |
| Closing | 3.17 | 70.99 | 74.16 |

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 2.81 | 0.00 | 2.81 |
| Closing | 3.17 | 0.00 | 3.17 |

## CASH REPORT SUMMARY

|  | USD |
|---|---|
| Opening Cash | 2.81 |
| Deposits | 22.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -21.64 |
| Crypto (Sold) | 0.00 |
| Crypto (Bought) | 0.00 |
| Fee/Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 3.17 |
| Closing Cash (Settled) | 3.17 |

## TRADE RECORDS

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | R |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104<br>META MATERIALS INC | 05/11/2023 | 05/15/2023 | B | 100.00 | 0.22 | -21.64 | 0.00 | -21.64 | |



## PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price | A |
|---|---|---|---|---|---|---|
| GNW | 37247D106 | 1.19905 | | 1 | 5.35 | |
| AR | 03674X106 | 0.07719 | | 1 | 20.41 | |
| MMAT | 59134N104 | 300 | | 1 | 0.21 | |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 05/12/2023 | Deposit | USD | | | | 22.00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: When the company declares the dividends of shares, this part will calculate the dividends to be paid to the user, and the dividends paid to the user during form checking period will be included into cash.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. Fee/Tax: Exchange-related Fees / Transaction-related Fees / Stamp Duty / Settlement Fees / Withholding Tax.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other