Revert    Save

NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** **Meta Materials, Inc**

**Case Number:** **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"

**Derrick Edelman**
**1864 Cornwall ct**
**Lathrop, ca**
**95330**

Telephone Number: **925-216-1977**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): **Fidelity 6237, 3680,8643,1705, 9259** **EQ 6138**

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**Fidelity**
PO Box 770001
Cincinnati Oh
45277-0003

**EQ**
PO BOX 500
Newark, NJ
07101

Telephone Number:

3. **Date Equity Interest was acquired:**
**See attached documentation for more details**
**11/02/2022-04/30-2023**

4. **Total amount of member inter** **See Attached**

5. **Certificate number(s):** **N/A**

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** **Investor / Shareholder**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.  ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Derrick Edelman**
Title:
Company: Address and telephone number (if different from notice address above)

*Derrick Edelman* **8/8/2026**
**925-216-1977** **derrickedelman@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

---Bought and sold MMAT shares for loss

---Fidelity acct# 3680
---Bought total 325,000 Cost $108,243.10
---Fidelity acct# 6237
---Bought total 19,290 Cost $10,022.86
---Fidelity acct# 8643
---Bought total 5000 Cost $11,350

_____ _____
---Total 349,290 $129,615.96

_____

---Fidelity acct# 3680
---Sold total 325,000 net $65,204.97
---Fidelity acct# 6237
---Sold total 23,952 net $4,646.92
---Fidelity acct# 8643
---Sold total 5000 net $9,649.77

_____ _____
---Total 353,952 $79,501.66

--- $129,615.96 Cost
--- $79,501.66 net
---_____
--- -$50,114.30 total loss


---Personal note : I personally lost almost my
--- entire life savings because of the crimes
---committed in TRCH, MMTLP, MMAT.
---Thank you for your help.
--- Derrick Edelman

--Bought shares MMAT

--February 3, 2026
--5,000 shares @$.9589 cost $4,794.50


--March 9, 2023
--20,000 shares @$.5726 cost $11,452
--20,000 shares @$.5726 cost $11,452
--March 10, 2023
--100 shares @$.5379 cost $53.79
--9,900 shares @$.5380 cost $5,326.20
--10,000 shares @$.5300 cost $5,300
--10,000 shares @$.5200 cost $5,200
--April 4, 2023
--10,000 shares @$.4476 cost $4,476
--April 11, 2023
--15,000 shares @$.4090 cost $6,135
--3,944 shares @$.3824 cost $1,508.19
--April 12, 2023
--800 shares @$.38215 cost $305.76
--1400 shares @$.3825 cost $535.50
--4,805 shares @$.3822 cost $1,836.47
--9,051 shares @$.3827 cost $3,463.82
--April 14, 2023
--54,900 shares @$.2281 cost $12,522.69
--200 shares @$.2194 cost $43.88
--2900 shares @$.2199 cost $637.71
--7,600 shares @$.2202 cost $1,673.52
--1,300 shares @$.2200 cost $286
--74,600 shares @$.2270 cost $16,934.20
--500 shares @$.2263 cost $113.15
--3000 shares @$.2269 cost $680.70
--20,600 shares @$.2265 cost $4,665.91
--9,300 shares @$.2264 cost $2,105.52
--5,100 shares @$.22805 cost $1,163.09
--25,000 shares @$.2231 cost $5,577.50

--Total shares 325,000 cost $108,243.10

**Transaction Confirmation**
**Confirm Date: February 3, 2023**

Page 3 of 3

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23034-KCCOQF | 1* | WO# | 02-03-23 | 02-07-23 | 42309B204 | 23034-HEJTH | | |

You Bought  20,000  at  .2377

DESCRIPTION and DISCLOSURES
HELBIZ INC CLASS A COM
WE HAVE ACTED AS AGENT.

Symbol:
HLBZ

Principal Amount     4,754.00
Settlement Amount    4,754.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23034-L1CVWF | 1* | WO# | 02-03-23 | 02-07-23 | 42309B204 | 23034-HFHKN | | |

You Bought  20,000  at  .2397

DESCRIPTION and DISCLOSURES
HELBIZ INC CLASS A COM
WE HAVE ACTED AS AGENT.

Symbol:
HLBZ

Principal Amount     4,794.00
Settlement Amount    4,794.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23034-0GKGXM | 1* | WO# | 02-03-23 | 02-07-23 | 59134N104 | 23034-H5ZXN | | |

You Bought  5,000  at  .9589

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Symbol:
MMAT

Principal Amount     4,794.50
Settlement Amount    4,794.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100024559

**Transaction Confirmation**
**Confirm Date: March 9, 2023**

Page 3 of 3

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

020702 2/2

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-MD2MM6 | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HG9BA | | |

You Bought 200 at 1.1600

Symbol:
FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 232.00
Settlement Amount 232.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-MW6CYL | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HGH8Y | | |

You Bought 280 at 1.1800

Symbol:
FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 330.40
Settlement Amount 330.40

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-M5HBSV | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HE0R2 | | |

You Bought 7,091 at 1.2000

Symbol:
FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 8,509.20
Settlement Amount 8,509.20

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-M94ZN3 | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HEM8I | | |

You Bought 191 at 1.1800

Symbol:
FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 225.38
Settlement Amount 225.38

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-0D4CGH | 1* | WO# | 03-09-23 | 03-13-23 | 59134N104 | 23068-HHPZN | | |

You Bought 20,000 at .5726

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount 11,452.00
Settlement Amount 11,452.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100020490

**Transaction Confirmation**
**Confirm Date: March 9, 2023**

Page 3 of 3

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-MD2MM6 | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HG9BA | | |

You Bought 200 at 1.1600
Symbol: FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 232.00
Settlement Amount 232.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-MW6CYL | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HGH8Y | | |

You Bought 280 at 1.1800
Symbol: FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 330.40
Settlement Amount 330.40

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-M5HBSV | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HEOR2 | | |

You Bought 7,091 at 1.2000
Symbol: FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 8,509.20
Settlement Amount 8,509.20

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-M94ZN3 | 1* | WO# | 03-09-23 | 03-13-23 | 31788K108 | 23068-HEM8I | | |

You Bought 191 at 1.1800
Symbol: FNGR

DESCRIPTION and DISCLOSURES
FINGERMOTION INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount 225.38
Settlement Amount 225.38

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-0D4CGH | 1* | WO# | 03-09-23 | 03-13-23 | 59134N104 | 23068-HHPZN | | |

You Bought 20,000 at .5726
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount 11,452.00
Settlement Amount 11,452.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100020490

**Transaction Confirmation**
**Confirm Date: March 10, 2023**                Page 2 of 3

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23069-0BZ62T | 1* | WO# | 03-10-23 | 03-14-23 | 59134N104 | 23069-G2GP1 | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 100 | META MATERIALS INC COM | Principal Amount    53.79 |
| at .5379 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    53.79 |
| Symbol: | WE HAVE ACTED AS AGENT. | |
| MMAT | PARTIAL EXECUTION | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23069-0BZ65K | 1* | WO# | 03-10-23 | 03-14-23 | 59134N104 | 23069-G2GP1 | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 9,900 | META MATERIALS INC COM | Principal Amount    5,326.20 |
| at .5380 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    5,326.20 |
| Symbol: | WE HAVE ACTED AS AGENT. | |
| MMAT | PARTIAL EXECUTION | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23069-0FHQ9L | 1* | WO# | 03-10-23 | 03-14-23 | 59134N104 | 23069-G2VHG | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 10,000 | META MATERIALS INC COM | Principal Amount    5,300.00 |
| at .5300 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    5,300.00 |
| Symbol: | WE HAVE ACTED AS AGENT. | |
| MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                0100023820



**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: March 10, 2023**                              Page 3 of 3

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. 23069-0GKC9N | TYPE 1* | REG.REP. WO# | TRADE DATE 03-10-23 | SETTLEMENT DATE 03-14-23 | CUSIP NO. 59134N104 | ORDER NO. 23069-HQ79N | | |
|---|---|---|---|---|---|---|---|---|

You Bought

10,000
at          .5200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          5,200.00
Settlement Amount         5,200.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          0100023820

**Fidelity**
INVESTMENTS ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 4, 2023**

Page 1 of 1

,Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

SP 01 020683 56755 I 35 ASNGLP
FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100021118

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23094-0CLBNK | 1* | WO# | 04-04-23 | 04-06-23 | 59134N104 | 23094-HB2HM | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | | Principal Amount | 4,476.00 |
| | 10,000 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 4,476.00 |
| at | .4476 | | WE HAVE ACTED AS AGENT. | | | |
| Symbol: | | | | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100021118

FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3680**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244203680   00   000

# Fidelity
### INVESTMENTS ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 11, 2023**

Page 1 of 1

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A EDELMAN**

SP 01 019004 61741 H 33 ASNGLP
FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100019291

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

019004 1/1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23101-0DXV1K | 1* | WO# | 04-11-23 | 04-13-23 | 59134N104 | 23101-HJH07 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 6,135.00 |
| | 15,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 6,135.00 |
| at | .4090 | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100019291

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3680 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244203680  00  000

00215949

**Transaction Confirmation**
**Confirm Date: April 12, 2023**

Page 2 of 3

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-K95PT4 | 1* | WO# | 04-12-23 | 04-14-23 | 37955R107 | 23102-HH0EL | | |

You Bought
at
Symbol:
GTII

100
1.4650

DESCRIPTION and DISCLOSURES
GLOBAL TECH INDS GROUP INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount        146.50
Settlement Amount       146.50

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-LKSD8W | 1* | WO# | 04-12-23 | 04-14-23 | 37955R107 | 23102-HH0EL | | |

You Bought
at
Symbol:
GTII

2,900
1.4700

DESCRIPTION and DISCLOSURES
GLOBAL TECH INDS GROUP INC COM
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount      4,263.00
Settlement Amount     4,263.00

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DKPKS | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HJH5W | | |

You Bought
at
Symbol:
MMAT

3,944
.3824

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount      1,508.19
Settlement Amount     1,508.19

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100022279



**REMITTANCE COUPON**

**Transaction Confirmation**
Confirm Date: April 12, 2023

Page 3 of 3

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DKPKV | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HJH5W | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 800 | META MATERIALS INC COM | Principal Amount 305.76 |
| at .38215 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 305.76 |
| Symbol: MMAT | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DKPKX | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HJH5W | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 1,400 | META MATERIALS INC COM | Principal Amount 535.50 |
| at .3825 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 535.50 |
| Symbol: MMAT | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DKPMD | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HJH5W | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 4,805 | META MATERIALS INC COM | Principal Amount 1,836.47 |
| at .3822 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 1,836.47 |
| Symbol: MMAT | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DK6HT | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HJH5W | | |

| | | |
|---|---|---|
| You Bought | DESCRIPTION and DISCLOSURES | |
| 9,051 | META MATERIALS INC COM | Principal Amount 3,463.82 |
| at .3827 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 3,463.82 |
| Symbol: MMAT | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100022279

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A EDELMAN**

| REFERENCE NO. 23104-0F22CL | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HLVQ3 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 54,900 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | | Principal Amount | 12,522.69 |
| at | | .2281 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | | Settlement Amount | 12,522.69 |
| Symbol: MMAT | | | PARTIAL EXECUTION | | | | | |

021526 3/3

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100019027

**Transaction Confirmation**
**Confirm Date: April 14, 2023**                     Page 3 of 5

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A  EDELMAN**

021526 2/3

| REFERENCE NO. 23104-0BWS9P | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-G1COK | | |
|---|---|---|---|---|---|---|---|---|

| You Bought | 200 | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|

You Bought
            200
      at    .2194
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          43.88
Settlement Amount         43.88

| REFERENCE NO. 23104-0BWS9Z | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-G1COK | | |
|---|---|---|---|---|---|---|---|---|

You Bought
            2,900
      at    .2199
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount         637.71
Settlement Amount        637.71

| REFERENCE NO. 23104-0BWTDD | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-G1COK | | |
|---|---|---|---|---|---|---|---|---|

You Bought
            7,600
      at    .2202
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount        1,673.52
Settlement Amount       1,673.52

| REFERENCE NO. 23104-0BWTDL | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-G1COK | | |
|---|---|---|---|---|---|---|---|---|

You Bought
            1,300
      at    .2200
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount         286.00
Settlement Amount        286.00

| REFERENCE NO. 23104-0FTMWC | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HKKHS | | |
|---|---|---|---|---|---|---|---|---|

You Bought
            74,600
      at    .2270
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       16,934.20
Settlement Amount      16,934.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 0100019027

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Brokerage Account Number
*****3680 IRA - ROLLOVER

**DERRICK A  EDELMAN**

| REFERENCE NO. 23104-0FTMWM | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HKKHS | | |
|---|---|---|---|---|---|---|---|---|

You Bought              500
            at         .2263
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount            113.15
Settlement Amount           113.15

| REFERENCE NO. 23104-0FTM1V | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HKKHS | | |
|---|---|---|---|---|---|---|---|---|

You Bought             3,000
            at         .2269
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount            680.70
Settlement Amount           680.70

| REFERENCE NO. 23104-0FTM2K | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HKKHS | | |
|---|---|---|---|---|---|---|---|---|

You Bought            20,600
            at         .2265
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          4,665.91
Settlement Amount         4,665.91

| REFERENCE NO. 23104-0FTM2N | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HKKHS | | |
|---|---|---|---|---|---|---|---|---|

You Bought             9,300
            at         .2264
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          2,105.52
Settlement Amount         2,105.52



| REFERENCE NO. 23104-0F219P | TYPE 1* | REG.REP. WO# | TRADE DATE 04-14-23 | SETTLEMENT DATE 04-18-23 | CUSIP NO. 59134N104 | ORDER NO. 23104-HLVQ3 | | √34,290 |
|---|---|---|---|---|---|---|---|---|

You Bought             5,100
            at         .22805
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          1,163.09
Settlement Amount         1,163.09

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100019027

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Page 2 of 5

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-M4JZ25 | 1* | WO# | 04-14-23 | 04-18-23 | 221413305 | 23104-G9PBE | | |

You Sold

31,413
at   3.3100

Symbol:
COSM

DESCRIPTION and DISCLOSURES
COSMOS HEALTH INC COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount            103,977.03
Activity Assessment Fee            0.84
Settlement Amount            103,976.19

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0B9KZS | 1* | WO# | 04-14-23 | 04-18-23 | 221413305 | 23104-G9L2M | | |

You Sold

1,429
at   3.3200

Symbol:
COSM

DESCRIPTION and DISCLOSURES
COSMOS HEALTH INC COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount            4,744.28
Activity Assessment Fee            0.04
Settlement Amount            4,744.24

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0BVXDX | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-G0Q4X | | |

You Bought

25,000
at   .2231

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            5,577.50
Settlement Amount            5,577.50

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100019027

**REMITTANCE COUPON**

-- Bought shares MMAT

--November 11, 2022
--714 shares @ $1.31 cost $935.34
-- 4,286 shares @ $1.32 cost $5,657.52

-- November 14, 2022
-- 290 shares @ $1.40 cost $406

-- April 14, 2023
--14,000 shares @ .2160 cost $3,024

--Total share 19,290 cost $10,022.86

# Fidelity
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 11, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

SP 01 025960 62985 H 46 ASNGLP
FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100026937

**DERRICK A  EDELMAN**

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

025960 1/1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22315-1JGG6Q | 1✕ | WO# | 11-11-22 | 11-15-22 | 59134N104 | 22315-H4WVW | | |

You Bought

714

at          1.3100

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount        935.34
Settlement Amount      935.34

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22315-1JG6RR | 1✕ | WO# | 11-11-22 | 11-15-22 | 59134N104 | 22315-H4lPN | | |

You Bought

4,286

at          1.3200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       5,657.52
Settlement Amount     5,657.52

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100026937

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237   00   000

**Fidelity** INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 14, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

**DERRICK A EDELMAN**

SP 01 014439 63759 H 21 ASNGLP
FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100024776

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

014439 1/1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22318-1BPDFF | 1* | WO# | 11-14-22 | 11-16-22 | 59134N104 | 22318-G3EVQ | | |

| | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| You Bought | META MATERIALS INC COM | |
| 290 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Principal Amount     406.00 |
| at    1.4000 | WE HAVE ACTED AS AGENT. | Settlement Amount    406.00 |
| Symbol: | | |
| MMAT | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          0100024776

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237   00   000

**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

SP 01 011538 64221 H 17 ASNGLP                0100019026

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

**DERRICK A  EDELMAN**

Online                                          Fidelity.com
FAST®-Automated Telephone             800-544-5555
Customer Service                              800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BCJZK | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-GZ7E5 | | |

You Bought

      14,000
    at    .2160

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        3,024.00
Settlement Amount       3,024.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    0100019026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237   00   000

--Bought shares MMAT

--December 7, 2022
--5,000 shares @$2.2700 cost $11,350

--Total shares 5,000 cost $11,350

--Fidelity Bought Acct #8643

**Fidelity**
INVESTMENTS ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 7, 2022**

Page 1 of 1

Brokerage Account Number
*****8643 **INDIVIDUAL - TOD**

**DERRICK A  EDELMAN**

SP 01 012910 78100 H 19 ASNGLP          0100021473
DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1BDP1G | 2✕ | WO# | 12-07-22 | 12-09-22 | 59134N104 | 22341-GYS10 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 11,350.00 |
| at | 5,000 2.2700 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | Settlement Amount | 11,350.00 |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          0100021473

DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8643   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X96338643   00   000

# Fidelity Sold Acct #3680

-- Sold shares MMAT

--April 13, 2023
--25,000 shares @ $.3100 net $7,749.93

--April 25, 2023
--300 shares @$.19445 net $58.33
--11,755 shares @$.1944 net $2,285.15
--5,401 shares @$.1940 net $1,047.78
--513 shares @$.1939 net $99.46
--1 share @$ .1929 net $.19
--30,952 shares @$.1922 net $5,948.92
--10,900 shares @$.1927 net $2,100.41
--1,700 shares @$.1934 net $328.77
--14,033 shares @$.1936 net $2,716.76
--341 shares @$ .1932 net $65.87
--3,100 shares @$ .1926 net $597.05
--5,320 shares @$.1935 net $1,029.42
--13,010 shares @$.1930 net $2,510.90
--2,674 shares @$.1925 net $514.74
--73,350 shares @$.1920 net $14,083.08
--100 shares @$.1934 net $19.33
--1 share @$.1924 net $.19
--1000 shares @$.1932 net $193.19
--9,399 shares @$.1922 net $1,806.47
--16,150 shares @$.1933 net $3,122.77
--600 shares @$.19245 net $115.47
--73,051 shares @$.1924 net $14,054.89
--26,349 shares @$.1923 net $5,066.86

--Total shares 325,000 net $65,204.97

**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 13, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

SP 01 017986 63435 H 31 ASNGLP
FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100018262

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

017986 1/1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23103-0GRX9R | 1\* | WO# | 04-13-23 | 04-17-23 | 59134N104 | 23103-HWM05 | | |

You Sold

at

Symbol:
MMAT

25,000

.3100

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 7,750.00 |
| Activity Assessment Fee | 0.07 |
| Settlement Amount | 7,749.93 |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100018262

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3680**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244203680   00   000

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 6 of 12

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-MR4390 | 1* | WO# | 04-25-23 | 04-27-23 | 44228P108 | 23115-G4QMA | | |

You Sold
~3,000
at
.2601
Symbol:
HNRC

DESCRIPTION and DISCLOSURES
HOUSTON NAT RES CORP COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount        780.30
Activity Assessment Fee    0.01
Settlement Amount       780.29

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-M9S55Y | 1* | WO# | 04-25-23 | 04-27-23 | 44228P108 | 23115-G4QMA | | |

You Sold
2,500
at
.2709
Symbol:
HNRC

DESCRIPTION and DISCLOSURES
HOUSTON NAT RES CORP COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount        677.25
Activity Assessment Fee    0.01
Settlement Amount       677.24

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F921Q | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HTY6S | | |

You Sold
300
at
.19445
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount         58.34
Activity Assessment Fee    0.01
Settlement Amount        58.33

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F922S | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HTY6S | | |

You Sold
11,755
at
.1944
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount       2,285.17
Activity Assessment Fee    0.02
Settlement Amount      2,285.15



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0200000173

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F95PF | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT0T9 | | |

|  |  |
|---|---|
| You Sold | DESCRIPTION and DISCLOSURES |
| 5,401 | META MATERIALS INC COM |
| at .1940 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: | WE HAVE ACTED AS AGENT. |
| MMAT | LOTS WITHOUT SPECIFIC SHARES |

You Sold
         5,401
    at   .1940
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount            1,047.79
Activity Assessment Fee          0.01
Settlement Amount           1,047.78

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F95PG | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT0T9 | | |

You Sold
         513
    at   .1939
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount              99.47
Activity Assessment Fee          0.01
Settlement Amount             99.46

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97NG | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold
         1
    at   .1929
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount               0.19
Settlement Amount              0.19

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97NN | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold
         30,952
    at   .1922
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount            5,948.97
Activity Assessment Fee          0.05
Settlement Amount           5,948.92

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0200000173

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 8 of 12

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. 23115-0F97NR | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23115-HT1XS | | |
|---|---|---|---|---|---|---|---|---|

You Sold
10,900
at .1927
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount            2,100.43
Activity Assessment Fee         0.02
Settlement Amount           2,100.41

| REFERENCE NO. 23115-0F97PG | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23115-HT1XS | | |
|---|---|---|---|---|---|---|---|---|

You Sold
1,700
at .1934
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount              328.78
Activity Assessment Fee         0.01
Settlement Amount             328.77

| REFERENCE NO. 23115-0F97PH | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23115-HT1XS | | |
|---|---|---|---|---|---|---|---|---|

You Sold
14,033
at .1936
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount            2,716.79
Activity Assessment Fee         0.03
Settlement Amount           2,716.76

| REFERENCE NO. 23115-0F97PL | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23115-HT1XS | | |
|---|---|---|---|---|---|---|---|---|

You Sold
341
at .1932
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount               65.88
Activity Assessment Fee         0.01
Settlement Amount              65.87

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0021594 9X

0200000173

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 9 of 12

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A  EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97PP | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold

3,100 at .1926

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 597.06 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 597.05 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97PT | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold

5,320 at .1935

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 1,029.43 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 1,029.42 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97PW | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold

13,010 at .1930

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 2,510.93 |
| Activity Assessment Fee | 0.03 |
| Settlement Amount | 2,510.90 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0F97PX | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT1XS | | |

You Sold

2,674 at .1925

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 514.75 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 514.74 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0200000173

**Transaction Confirmation**
**Confirm Date: April 25, 2023**                    Page 10 of 12

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK  A  EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBS5X | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

| | |
|---|---|
| You Sold | DESCRIPTION and DISCLOSURES |

You Sold
      73,350
  at  .1920
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount    14,083.20
Activity Assessment Fee   0.12
Settlement Amount    14,083.08

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBS7L | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

You Sold
      100
  at  .1934
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount    19.34
Activity Assessment Fee   0.01
Settlement Amount    19.33

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBS9C | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

You Sold
      1
  at  .1924
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount    0.19
Settlement Amount    0.19



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBTCB | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

You Sold
      1,000
  at  .1932
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount    193.20
Activity Assessment Fee   0.01
Settlement Amount    193.19

00215949X

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBTCK | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

You Sold
9,399
at .1922
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount         1,806.49
Activity Assessment Fee        0.02
Settlement Amount        1,806.47

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GBTCL | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HT9J8 | | |

You Sold
16,150
at .1933
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount         3,121.80
Activity Assessment Fee        0.03
Settlement Amount        3,121.77

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GHQNJ | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HWM3X | | |

You Sold
600
at .19245
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount          115.48
Activity Assessment Fee        0.01
Settlement Amount          115.47

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0GHQPF | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HWM3X | | |

You Sold
73,051
at .1924
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount        14,055.01
Activity Assessment Fee        0.12
Settlement Amount        14,054.89

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0200000173

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 12 of 12

Brokerage Account Number
**\*\*\*\*\*3680 IRA - ROLLOVER**

**DERRICK A EDELMAN**

| REFERENCE NO.<br>23115-0GHQPQ | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>04-25-23 | SETTLEMENT DATE<br>04-27-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23115-HWM3X | | |
|---|---|---|---|---|---|---|---|---|

You Sold

          26,349
    at
    .1923

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount      5,066.91
Activity Assessment Fee    0.05
Settlement Amount      5,066.86

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0200000173

325,000  65,204.97

Sold shares MMAT

--April 13 2023
--1042 shares @ $ .3099 net $322.91
--9000 shares @ $ .3122 net $2809.77

--November 1, 2023
--3000 shares @ $ .1110 net $333
--26 shares @ $ .1104 net $2.87
-- 2,974 shares @ $.1104 net $328.33

-- November 7, 2023
--7,900 shares @ $ .107601 net $850.04

--Total shares 23,942 net $4,646.92

**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 13, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

**DERRICK A EDELMAN**

SP 01 006161 63435 H 14 ASNGLP
FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100018261

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

006161 1/2

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23103-1GRP5N | 1* | WO# | 04-13-23 | 04-17-23 | 59134N104 | 23103-HWMDJ | | |

| | | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|---|
| You Sold | | | META MATERIALS INC COM | Principal Amount | 322.92 |
| | 1,042 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Activity Assessment Fee | 0.01 |
| at | .3099 | | WE HAVE ACTED AS AGENT. | Settlement Amount | 322.91 |
| Symbol: | | | LOTS WITHOUT SPECIFIC SHARES | | |
| MMAT | | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | | FIRST IN, FIRST OUT METHOD. | | |

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          0100018261

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237  00  000

Brokerage Account Number
*****6237 ROTH IRA

**DERRICK A EDELMAN**

| REFERENCE NO. 23103-1GR14H | TYPE 1* | REG.REP. WO# | TRADE DATE 04-13-23 | SETTLEMENT DATE 04-17-23 | CUSIP NO. 59134N104 | ORDER NO. 23103-HWOJF | | |
|---|---|---|---|---|---|---|---|---|

| | | | **DESCRIPTION and DISCLOSURES** | | | |
|---|---|---|---|---|---|---|
| You Sold | | 9,000 | META MATERIALS INC COM | | Principal Amount | 2,809.80 |
| | at | .3122 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Activity Assessment Fee | 0.03 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | Settlement Amount | 2,809.77 |
| MMAT | | | LOTS WITHOUT SPECIFIC SHARES | | | |
| | | | INSTRUCTIONS WILL BE DEPLETED USING | | | |
| | | | FIRST IN, FIRST OUT METHOD. | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100018261

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 1, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

**DERRICK A EDELMAN**

SP 01 022972 88717 H 38 ASNGLP
FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

0100022643

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23305-1CJQ9L | 1* | WO# | 11-01-23 | 11-03-23 | 59134N104 | 23305-AEJZ1 | | |

You Sold

at

Symbol:
MMAT

3,000

.1110

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount          333.00
Settlement Amount         333.00

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

0100022643

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237   00   000

**Transaction Confirmation**
**Confirm Date: November 1, 2023**                   Page 2 of 2

Brokerage Account Number
*****6237 ROTH IRA

**DERRICK A  EDELMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23305-1CJWVW | 1* | WO# | 11-01-23 | 11-03-23 | 59134N104 | 23305-AE9LE | | |

You Sold

            26
        at  .1104
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

Principal Amount        2.87
Settlement Amount       2.87

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23305-1CKV0H | 1* | WO# | 11-01-23 | 11-03-23 | 59134N104 | 23305-AF07D | | |

You Sold

         2,974
        at  .1104
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount      328.33
Settlement Amount     328.33

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          0100022643



**REMITTANCE COUPON**

**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 7, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6237 ROTH IRA**

SP 01 016953 92123 H 29 ASNGLP          0100017251
FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

**DERRICK A  EDELMAN**

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23311-1D740Z | 1* | WO# | 11-07-23 | 11-09-23 | 59134N104 | 23311-AHI7E | | |

You Sold

at

Symbol:
MMAT

7,900
.107601

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount              850.05
Activity Assessment Fee        0.01
Settlement Amount            850.04

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          0100017251

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6237**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0226346237  00  000

--Sold shares MMAT

--December 8, 2022
--5,000 shares @$1.93 net $9,649.77

Total shares 5,000 net $9,649.77

# Fidelity INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 8, 2022**

Page 1 of 1

Brokerage Account Number
*****8643 INDIVIDUAL - TOD

**DERRICK A  EDELMAN**

SP 01 034883 79086 H 61 ASNGLP                    0100035996
DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

034883 1/1

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BB26Z | 2* | WO# | 12-08-22 | 12-12-22 | 59134N104 | 22342-GY8YR | | |

You Sold

at

Symbol:
MMAT

5,000

1.9300

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| Principal Amount | 9,650.00 |
| Activity Assessment Fee | 0.23 |
| Settlement Amount | 9,649.77 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    0100035996

DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330-8424

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8643    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X96338643   00   000

--Currently holding MMTLP/ Nextbridge --Hydrocarbons

--Fidelity acct #9259
--40,332 shares @ $2.90 cost $116,761.14

--Fidelity acct #1705
--16 shares @ $2.90 cost $46.32

--Fidelity acct # 6237
--1 share MMATQ @ $21.60 cost $21.60

--Equinity Trust MMTLP/ Nextbridge
--28,000 shares transferred 03/27/2024
--933.333 dividend shares acquired 7/22/2026
-- 28,933.333 Total MMTLP/Nextbridge shares

ACQUIRED DEC. 29, 2022

40,332 SHARES @ $2.90 COST $116,761.14

Acct # 9259

7:15  X MMTLP  [ ⊡ ⊙ M •                                             N 📶⁵ ⊿ 98

← →                                                                    ✕

| Symbol | tal in/loss | Last price | Current value | % of account | Today's gain/loss | 52-week range | Cost b: |
|---|---|---|---|---|---|---|---|
| **BrokerageLink**  652699259 | | | | | | | |
| Manage dividends | | | | | | | |
| **Cash** HELD IN MONEY MARK... | | | $0.46 | 0.02% | | | |
| **78699D491** NEXT BRIDGE HYDROC... | -- -- | -- -- | -- | 0.00% | -- -- | -- | $ |

## NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA                    ✕

### Purchase history

| Acquired | Term | $ Total gain/loss | % Total gain/loss | Current value | Quantity | / |
|---|---|---|---|---|---|---|
| Dec-29-2022 | Long | -$116,761.14 | -100% | $0.00 | 40,332 | |

Feedback    |||



| Symbol | tal n/loss | Last price | Current value | % of account | Today's gain/loss | 52-week range | Cost b |
|---|---|---|---|---|---|---|---|
| **BrokerageLink** 652699259 | | | | | | | |
| Manage dividends | | | | | | | |
| **Cash** HELD IN MONEY MARK... | | | $0.46 | 0.02% | | | |
| **78699D491** NEXT BRIDGE HYDROC... | -- -- | -- -- | -- | 0.00% | | -- -- | -- |

## NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA

### Purchase history

| n/loss | % Total gain/loss | Current value | Quantity | Average cost basis | Cost basis total |
|---|---|---|---|---|---|
| '61.14 | -100% | $0.00 | 40,332 | $2.90 | $116,761.14 |



FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
February 1, 2023 - February 28, 2023

# Holdings

**Account # 652-699259**
**AT&T RSP - NON-PROTOTYPE**

## Core Account

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Feb 28, 2023 | Cost | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT CASH RESERVES (FDRXX) -- 7-day yield: 4.21% | $62.21 | 62.410 | $1.0000 | $62.41 | not applicable | not applicable | $1.04 1.670% |
| Total Core Account (1% of account holdings) | $62.21 | | | $62.41 | | | $1.04 |

## Stocks

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Feb 28, 2023 | Cost | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ESPORTS ENTMT GROUP INC COM (GMBL) | unavailable | 20.000 | $3.1200 | $62.40 | $852.44 | -$790.04 | - - |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 40,332.000 | - | unavailable | 15,486.42 | unavailable | - - |
| SPHERE 3D CORP NEW COM NPV (POST REV SPLIT) (ANY) | 6,177.69 | 16,240.000 | 0.4210 | 6,836.87 | 74,939.91 | -68,103.04 | - - |
| Total Common Stock (72% of account holdings) | $6,177.69 | | | $6,899.27 | $91,278.77 | -$68,893.08 | - |
| Total Stocks (72% of account holdings) | $6,177.69 | | | $6,899.27 | $91,278.77 | -$68,893.08 | - |

## Other

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Accrued Interest (AI) Feb 28, 2023 | Cost | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ORCHID IS CAP INC COM NEW(ORC) | $2,831.50 | 235.513 | $11.3600 | $2,675.42 - | $4,278.11 | -$1,602.69 | $452.18 16.900% |
| Total Other (28% of account holdings) | $2,831.50 | | | $2,675.42 | $4,278.11 | -$1,602.69 | $452.18 |
| **Total Holdings** | | | | $9,637.10 | $95,556.88 | -$70,495.77 | $453.22 |

056754 FIEA9P08 024218
P
MR_CE_BNNWMRBBBGBNX_BBBBB 20230228

Acct# 1705

ACQUIRED DEC 29, 2022

16 SHARES @ $2.90   COST $46.32



| Acquired | Term | $ Total gain/loss | % Total gain/loss | Current value | Quantity | |
|---|---|---|---|---|---|---|
| Dec-29-2022 | Long | -$46.32 | -100% | $0.00 | 16 | |

**NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA**

Purchase history



7:14   X MMTLP   🗗 ◎ M •                                                                     N 📶⁵ 📶 ⊘98

| Symbol | ›tal ain/loss | Last price | Current value | % of account | Today's gain/loss | 52-week range | Cost b |
|---|---|---|---|---|---|---|---|
| **78699D491** NEXT BRIDGE HYDROC… | -- -- | -- -- | -- | 0.00% | -- -- | -- | -- |

### NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA                              ✕

**Purchase history**

| n/loss | % Total gain/loss | Current value | Quantity | Average cost basis | Cost basis total |
|---|---|---|---|---|---|
| ;46.32 | -100% | $0.00 | 16 | $2.90 | $46.32 |

| **RLAIF** RAILTOWN AI TECHNO… | -$7,851.35 -39.85% | $0.2366 $0.00 | $11,852.06 | 99.98% | $0.00 0.00% | $0.20 $0.64 | |

Feedback



## Holdings

Account # Z08-491705
DERRICK A EDELMAN - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Jul 1, 2026 | Quantity Jul 31, 2026 | Price Per Unit Jul 31, 2026 | Ending Market Value Jul 31, 2026 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2026 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 16.000 | – | unavailable | 46.32 | unavailable | – |
| Total Common Stock (100% of account holdings) | $15,031.96 | | | $11,600.87 | $19,749.73 | -$8,102.54 | – |
| **Total Stocks (100% of account holdings)** | $15,031.96 | | | $11,600.87 | $19,749.73 | -$8,102.54 | – |

### Total Holdings

| | | |
|---|---|---|
| $11,603.11 | $19,749.73 | -$8,102.54 | $0.08 |

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)*- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

All positions held in cash account unless indicated otherwise.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/23 | RAILTOWN AI TECHNOLOGIES INC COM NPV ISIN #CA7507631041 | 750763104 | You Sold Short-term loss: $3,171.60 Long-term loss: $328.04 Long-term disallowed loss: $20.81 Wash sale of: 00/00/0000 $20.81 | -10,000.000 | $0.23500 | $5,849.59† | -$0.05 | $2,349.95 |

P

MR_CE_BTMHVWBBBCBMS_BBBBB 20260731

ACQUIRED APR 14, 2023                                    Acct# 6237
1 SHARE @ $21.60    COST $21.60



**7:32** X MMTLP

**Fidelity**    Log Out

| MMATQ | -$21.60 | -- | $0.00 | 0.00% | $0.00 | -- |
| META MATERIALS INC ... | -100.00% | $0.00 | | | 0.00% | $2 |

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**    ✕

Buy    Sell    Set exit plan

**Purchase history**    Research

| Acquired | Term | $ Total gain/loss | % Total gain/loss | Current value | Quantity | A |
|---|---|---|---|---|---|---|
| Apr-14-2023 | Long | -$21.60 | -100% | $0.00 | 1 | |





**Account # 226-346237**
DERRICK A EDELMAN - ROTH IRA

# Holdings

## Core Account

| Description | Beginning Market Value Apr 1, 2026 | Quantity Jun 30, 2026 | Price Per Unit Jun 30, 2026 | Ending Market Value Jun 30, 2026 | Cost | Unrealized Gain/Loss Jun 30, 2026 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FDIC INSURED DEPOSIT AT CITIBANK IRA $^q$ | $0.49 | 0.490 | $1.0000 | $0.49 | not applicable | not applicable | - - |
| NOT COVERED BY SIPC (QPCBQ) | | | | | | | |
| -- Interest rate: 1.82% $^h$ | | | | | | | |
| FDIC INSURED DEPOSIT AT BNY MELLON IRA $^q$ | 0.01 | 0.010 | 1.0000 | 0.01 | not applicable | not applicable | - - |
| NOT COVERED BY SIPC (QBYIQ) | | | | | | | |
| -- Interest rate: 1.82% $^h$ | | | | | | | |
| Total Core Account (4% of account holdings) | $0.50 | | | $0.50 | | | - |

## Stocks

| Description | Beginning Market Value Apr 1, 2026 | Quantity Jun 30, 2026 | Price Per Unit Jun 30, 2026 | Ending Market Value Jun 30, 2026 | Cost | Unrealized Gain/Loss Jun 30, 2026 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | unavailable | 1.000 | - | unavailable | $21.60 | unavailable | - - |
| RAILTOWN AI TECHNOLOGIES INC COM NPV ISIN #CA7507631041 SEDOL #BMZQ9J8 (RLAIF) | 12.92 | 44.000 | 0.2502 | 11.00 | 24.09 | -13.09 | - - |
| Total Common Stock (96% of account holdings) | $12.92 | | | $11.00 | $45.69 | -$13.09 | - |
| Total Stocks (96% of account holdings) | $12.92 | | | $11.00 | $45.69 | -$13.09 | - |
| Total Holdings | | | | $11.50 | $45.69 | -$13.09 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

159766 FIEK8F21 021563

P

MR_CE _BTJSXCBBBRZRD_BBBBB 20260630



EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101



12703.001.001.01143
DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP CA 95330

| | |
|---|---|
| **Statement Date:** | December 27, 2025 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000016138 |
| **W9/W8/W8BENE Certified:** | Yes |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Detail as of 12/27/2025

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 28,000.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

## Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 03/27/2024 | BK*0005222 | 28,000.000 | No |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com



AST01270670000016138



12703
001.001
01143

# TRANSACTION CONFIRMATION ADVICE

## PLEASE RETAIN THIS ADVICE AS CONFIRMATION OF YOUR OWNERSHIP

This confirmation is your record of shares of NEXT BRIDGE HYDROCARBONS INC that have been credited to your account in non-certificated form with Equiniti Trust Company, LLC, as a result of a stock dividend distribution. No stock certificate has been issued at this time, and no stock certificate will be issued in the future except upon your specific request. Please keep this confirmation advice with your important documents as a record of your ownership.

**NEXT BRIDGE HYDROCARBONS INC**
**CUSIP NUMBER: 629999590**

| | |
|---|---|
| COMPANY NUMBER | 27067 |
| ACCOUNT NUMBER | 0000016138 |
| DISTRIBUTION DATE | 07/22/2026 |
| NUMBER OF SHARES | 933.333 |
| TRANSACTION NO. | BK*0014047 |

DERRICK A EDELMAN
1864 CORNWALL CT
LATHROP, CA 95330-8424

**Equiniti Trust Company, LLC**
**PO Box 500**
**Newark, NJ 07101**
**Phone: 800-937-5449**
**Web:** *www.astfinancial.com*
**Email:** *help@astfinancial.com*

Detach Here                                                                                   Detach Here

[X] Please mark the appropriate box below as shown at left.

## CERTIFICATE REQUEST FORM

NEXT BRIDGE HYDROCARBONS INC

You may request a physical certificate any time although it is generally easier and more efficient to maintain your holdings in non-certificated form.

Please note that you may retain your non-certificated shares and take no further action. This transaction request form should only be used if you wish to receive a certificate. Please check the box at left and indicate the number of shares to be certificated in the space below. If you do not indicate a number of shares to be certificated, AST will issue a certificate for all whole book-entry shares in your account.

### REQUEST A CERTIFICATE FOR MY SHARES

[ ]  Issue a certificate for [ ][ ][ ][ ][ ][ ] shares.
(Indicate number of whole shares)

Signature(s)_____Date_____ Daytime Telephone number_____
This transaction request form must be signed exactly as the name(s) appear(s) in the above registration. When shares are held by joint tenants, both should sign. If the signer is a corporation, please sign full corporate name by duly authorized officer, giving full title as such. If the signer is a partnership, please sign in partnership name by authorized person.



27067   0000016138            SD20260722

AST30                                                                                          7108


AST is now EQ

## ADDRESS CHANGE FORM

If you wish to change the address on your account, please complete the address change form below. Please note that changes to the registered name(s) on the account may not be submitted via this method. For information regarding changes to the registered name(s), please consult our Website at *www.astfinancial.com*, or contact us using the contact information below.

| ADDRESS LINE 1 | |
|---|---|
| ADDRESS LINE 2 | |
| ADDRESS LINE 3 | |
| CURRENT TELEPHONE NUMBER | |

**Direct all inquiries and correspondence to:**
Equiniti Trust Company, LLC
PO Box 500
Newark, NJ 07101
Phone: 800-937-5449
Web: *www.astfinancial.com*
Email: *help@astfinancial.com*

27067 0000016138 DERRICK A EDELMAN

Signature: _____  Date: _____

Signature: _____  Date: _____

27067 0000016138

Note: Please sign exactly as your name or names appear on your account. When shares are held jointly, each holder must sign. When signing as executor, administrator, attorney, trustee or guardian, please give full title as such. If the signer is a corporation, please sign full corporate name by duly authorized officer, giving full title as such. If signer is a partnership, please sign in partnership name by authorized person.



# Activity

**Account # X96-338643**
**DERRICK A EDELMAN - INDIVIDUAL - TOD**

## Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/15 | NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA REF #T4082O00086 | 78699D491 | Delivered To You | -28,000.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | - |

## Exchanges In

| Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 04/01 | Z07-442654-1 | | Transferred From | - | - | | $0.01 |
| **Total Exchanges In** | | | | | | | $0.01 |

## Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 04/16 | Wire Tfr To Bank | WD73554557 PATELCO CREDIT UNION ******6910 | -$5,500.00 |
| **Total Withdrawals** | | | **-$5,500.00** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/01 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET @ 1 | -0.480 | $1.0000 | -$0.48 | $824.80 |
| 04/01 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 1,459.410 | 1.0000 | 1,459.41 | 2,284.21 |
| 04/02 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 5,562.000 | 1.0000 | 5,562.00 | 7,846.21 |
| 04/03 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -1,763.510 | 1.0000 | -1,763.51 | 6,082.70 |
| 04/04 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -4,450.000 | 1.0000 | -4,450.00 | 1,632.70 |

063863 FICH0D05 003834

MR_CE_BQGCMWBBBCFSJ_BBBBB 20240430   P