NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC.

**Case Number:** 24-50792-GS

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

BRIAN J. CHILTON
830 WHISPERING PINES RD.
FAYETTEVILLE, NC, 28311

Telephone Number: (910) 583-3053

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 0204

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** APEX CLEARING CORP.
350 N. ST. PAUL SUITE 1300
DALLAS, TX 75201
**Telephone Number:** (214) 765-1010

3. **Date Equity Interest was acquired:** 6/16/2021

4. **Total amount of member interest:** 1,168.

5. **Certificate number(s):** N/A

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ________

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: BRIAN J. CHILTON
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 8/10/2026

Telephone number: (910) 583-3053 email: bchilton1989@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

11:23

Track MMATQ with Webull Trading Assistant
Details >

META

**MMATQ**
Meta Materials Inc

| Open P&L(USD) | | Day's P&L(USD) |
|---|---|---|
| -16,713.47 -100.00% | | 0.00 0.00% |
| Market Value | Total Cost | Average Price |
| 0.12 | 16,713.58 | 14.31 |
| Quantity | Position Ratio | Last Price |

## Corporate Actions

- MMATQ moved to EXMKT market on 10/16/2024(ET).
- MMATQ moved to OTCPK market on 08/21/2024(ET).
- MMAT performed a ticker change to MMATQ on 08/21/2024(ET).
- MMATQ changed its CUSIP number on 01/29/2024(ET).
- Update:MMATQ performed a 1 for 100 reverse split on 01/29/2024(ET).

The above information is for reference only and does not constitute an investment recommendation.

12:21

Individual Margin ⌄ Try Premium

**Assets** P&L Orders(0) Transfers History

**My Positions(8)** ⌄ Trade

| Stocks & Options | Mkt Value/ Qty | Open P&L | Last /Avg Price |
|---|---|---|---|
| GOOGL<br>Alphabet Inc | 14.55<br>0.04217 | -0.45<br>-2.97% | 345.08<br>$355.64 |
| BSM<br>Black Stone Minerals L P | 141.80<br>10 | -10.80<br>-7.08% | 14.18<br>$15.26 |
| N045872<br>Next Bridge Hyd | 0.00<br>1 | 0.00<br>0.00% | 0.0000<br>$0.0000 |
| TOGIW<br>TurnOnGreen | 0.11<br>75 | +0.11<br>-- | 0.0015<br>$0.0000 |
| TOGI<br>Turnongreen Inc | 1.31<br>75 | +1.31<br>-- | 0.0175<br>$0.0000 |
| BIGGQ<br>Big Lots | 1.19<br>2,981 | -7,520.49<br>-99.98% | 0.0004<br>$2.523 |
| SDCCQ<br>Smiledirectclub, Inc. | 0.00<br>12 | -20.48<br>-99.99% | 0.0001<br>$1.707 |
| MMATQ<br>Meta Materials Inc | 0.12<br>1,168 | -16,713.47<br>-100.00% | 0.0001<br>$14.31 |

Watchlists Markets Account Feeds Menu

12:20

Track MMATQ with Webull Trading Assistant
Details >

## MMATQ
Meta Materials Inc

| Open P&L(USD) | Day's P&L(USD) |
|---|---|
| -16,713.47 -100.00% | 0.00 0.00% |

| Market Value | Total Cost | Average Price |
|---|---|---|
| 0.12 | 16,713.58 | 14.31 |

| Quantity | Position Ratio | Last Price |
|---|---|---|
| 1,168 | 0.07% | 0.0001 |

**Corporation Action Reminder**

**Filled Records**

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>64 | 3.03<br>193.92 | 06/18/2024<br>12:17:01 EDT |
| Buy<br>552 | 3.30<br>1,821.77 | 05/21/2024<br>16:04:03 EDT |

Sell to Close | Buy

1:25

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>26 | 7.55<br>196.30 | 06/22/2021<br>15:42:36 EDT |
| Buy<br>126 | 7.92<br>997.92 | 06/22/2021<br>12:23:34 EDT |
| Sell<br>134 | 9.71<br>1,300.47 | 06/21/2021<br>14:44:59 EDT |
| Buy<br>539 | 8.41<br>4,532.99 | 06/21/2021<br>11:34:20 EDT |
| Sell<br>380 | 8.24<br>3,131.20 | 06/21/2021<br>11:06:23 EDT |
| Buy<br>266 | 5.05<br>1,343.30 | 06/17/2021<br>13:52:09 EDT |
| Buy<br>25 | 5.95<br>148.75 | 06/16/2021<br>15:33:57 EDT |
| Buy<br>89 | 5.90<br>524.99 | 06/16/2021<br>15:11:10 EDT |

Sell to Close | Buy

11:29

## Meta Materials Inc

### Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>100 | 7.62<br>761.85 | 06/30/2021<br>12:08:10 EDT |
| Buy<br>19 | 4.90<br>93.10 | 06/25/2021<br>10:22:25 EDT |
| Buy<br>127 | 5.02<br>637.54 | 06/23/2021<br>18:29:26 EDT |
| Buy<br>26 | 7.55<br>196.30 | 06/22/2021<br>15:42:36 EDT |
| Buy<br>126 | 7.92<br>997.92 | 06/22/2021<br>12:23:34 EDT |
| Sell<br>134 | 9.71<br>1,300.47 | 06/21/2021<br>14:44:59 EDT |
| Buy<br>539 | 8.41<br>4,532.99 | 06/21/2021<br>11:34:20 EDT |
| Sell<br>380 | 8.24<br>3,131.20 | 06/21/2021<br>11:06:23 EDT |
| Buy<br>[illegible] | 5.05<br>[illegible] | 06/17/2021<br>[illegible] |

Sell to Close

Buy

11:25

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>150 | 4.00<br>600.00 | 07/12/2021<br>14:58:06 EDT |
| Buy<br>23 | 4.00<br>91.89 | 07/12/2021<br>14:50:18 EDT |
| Buy<br>19 | 5.01<br>95.19 | 07/09/2021<br>14:49:13 EDT |
| Buy<br>29 | 5.46<br>158.34 | 07/09/2021<br>09:33:39 EDT |
| Buy<br>72 | 5.77<br>415.44 | 07/08/2021<br>16:28:12 EDT |
| Buy<br>160 | 6.31<br>1,009.60 | 07/07/2021<br>10:33:57 EDT |
| Buy<br>150 | 7.77<br>1,165.50 | 06/30/2021<br>12:29:10 EDT |
| Buy<br>100 | 7.62<br>761.85 | 06/30/2021<br>12:08:10 EDT |
| Buy | 4.90 | 06/25/2021 |

Sell to Close

Buy

11:25

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>50 | 3.50<br>175.00 | 08/24/2021<br>11:01:46 EDT |
| Buy<br>50 | 3.28<br>164.00 | 08/23/2021<br>11:34:52 EDT |
| Buy<br>80 | 3.51<br>280.80 | 08/11/2021<br>15:05:13 EDT |
| Buy<br>20 | 3.28<br>65.60 | 08/06/2021<br>17:21:14 EDT |
| Buy<br>100 | 3.21<br>321.00 | 08/06/2021<br>08:25:19 EDT |
| Buy<br>92 | 3.53<br>324.76 | 07/23/2021<br>09:32:28 EDT |
| Buy<br>252 | 4.01<br>1,010.52 | 07/12/2021<br>15:05:50 EDT |
| Buy<br>150 | 4.00<br>600.00 | 07/12/2021<br>14:58:06 EDT |
| Buy<br>23 | 4.00<br>91.80 | 07/12/2021<br>14:50:18 EDT |

Sell to Close | Buy

11:25

## Meta Materials Inc

### Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>40 | 4.43<br>177.11 | 08/30/2021<br>15:08:48 EDT |
| Buy<br>227 | 4.15<br>942.05 | 08/27/2021<br>12:27:46 EDT |
| Sell<br>100 | 3.44<br>344.00 | 08/26/2021<br>15:34:56 EDT |
| Buy<br>100 | 3.69<br>369.00 | 08/25/2021<br>15:34:27 EDT |
| Buy<br>5 | 3.40<br>17.00 | 08/24/2021<br>11:53:13 EDT |
| Buy<br>10 | 3.40<br>34.00 | 08/24/2021<br>11:51:17 EDT |
| Buy<br>10 | 3.40<br>34.00 | 08/24/2021<br>11:50:00 EDT |
| Buy<br>50 | 3.50<br>175.00 | 08/24/2021<br>11:01:46 EDT |
| Buy<br>50 | 3.28<br>164.00 | 08/23/2021<br>11:34:52 EDT |

Sell to Close Buy

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>12 | 5.73<br>68.76 | 09/30/2021<br>19:45:27 EDT |
| Buy<br>10 | 5.85<br>58.50 | 09/29/2021<br>16:07:55 EDT |
| Buy<br>20 | 5.58<br>111.60 | 09/10/2021<br>11:23:50 EDT |
| Buy<br>50 | 5.44<br>272.00 | 09/03/2021<br>18:43:17 EDT |
| Buy<br>100 | 5.23<br>523.00 | 09/02/2021<br>13:50:06 EDT |
| Buy<br>10 | 4.60<br>46.00 | 09/01/2021<br>19:35:41 EDT |
| Buy<br>10 | 4.63<br>46.30 | 08/31/2021<br>14:55:33 EDT |
| Buy<br>40 | 4.43<br>177.11 | 08/30/2021<br>15:08:48 EDT |
| Buy<br>[illegible] | 4.15<br>[illegible] | 08/27/2021<br>[illegible] |

Sell to Close | Buy

11:25

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 50 | 5.07 253.50 | 11/09/2021 09:56:58 EST |
| Buy 32 | 4.73 151.36 | 10/21/2021 13:59:17 EDT |
| Buy 40 | 5.01 200.40 | 10/15/2021 15:39:51 EDT |
| Buy 20 | 5.03 100.60 | 10/15/2021 14:01:40 EDT |
| Buy 20 | 5.03 100.58 | 10/15/2021 14:01:08 EDT |
| Buy 30 | 5.23 156.86 | 10/05/2021 10:15:17 EDT |
| Buy 10 | 5.52 55.20 | 10/01/2021 14:23:24 EDT |
| Buy 12 | 5.73 68.76 | 09/30/2021 19:45:27 EDT |
| Buy 10 | 5.85 58.50 | 09/29/2021 [illegible] EDT |

Sell to Close | Buy

11:35

## Meta Materials Inc

### Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Sell<br>700 | 2.90<br>2,030.00 | 12/15/2021<br>10:42:14 EST |
| Sell<br>700 | 2.98<br>2,086.00 | 12/14/2021<br>15:23:27 EST |
| Sell<br>100 | 3.16<br>316.00 | 12/06/2021<br>15:49:18 EST |
| Sell<br>250 | 3.40<br>850.00 | 12/02/2021<br>10:26:40 EST |
| Sell<br>100 | 3.47<br>347.00 | 12/02/2021<br>09:59:29 EST |
| Sell<br>100 | 4.05<br>405.14 | 11/24/2021<br>10:51:59 EST |
| Buy<br>20 | 4.76<br>95.20 | 11/11/2021<br>15:09:01 EST |
| Buy<br>50 | 5.07<br>253.50 | 11/09/2021<br>09:56:58 EST |
| Buy | 4.73 | 10/21/2021 |

Sell to Close

Buy

11:24

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>182 | 1.66<br>302.12 | 02/07/2022<br>11:44:55 EST |
| Buy<br>218 | 1.82<br>396.54 | 01/21/2022<br>10:06:37 EST |
| Buy<br>125 | 2.42<br>302.50 | 01/07/2022<br>10:57:53 EST |
| Buy<br>109 | 2.74<br>298.12 | 12/27/2021<br>11:54:46 EST |
| Buy<br>777 | 2.70<br>2,097.90 | 12/21/2021<br>09:52:27 EST |
| Sell<br>777 | 2.80<br>2,175.60 | 12/17/2021<br>10:03:25 EST |
| Buy<br>777 | 2.80<br>2,175.60 | 12/17/2021<br>09:53:03 EST |
| Sell<br>700 | 2.90<br>2,030.00 | 12/15/2021<br>10:42:14 EST |
| Sell | 2.98 | 12/14/2021 |

Sell to Close Buy

11:24

Meta Materials Inc

**Filled Records**

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 800 | 0.91 728.96 | 08/05/2022 11:43:47 EDT |
| Buy 1,300 | 0.93 1,209.00 | 08/04/2022 12:00:23 EDT |
| Buy 820 | 0.91 744.81 | 07/29/2022 15:08:38 EDT |
| Buy 438 | 0.92 402.04 | 07/25/2022 15:05:51 EDT |
| Buy 891 | 1.01 899.82 | 07/11/2022 11:46:09 EDT |
| Buy 4 | 1.09 4.36 | 06/28/2022 17:21:10 EDT |
| Buy 117 | 1.72 201.24 | 02/18/2022 11:15:20 EST |
| Buy 182 | 1.66 302.12 | 02/07/2022 11:44:55 EST |
| Buy | 1.82 | 01/21/2022 |

Sell to Close | Buy

11:24

# Meta Materials Inc

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>211 | 1.90<br>400.88 | 11/28/2022<br>07:39:04 EST |
| Buy<br>100 | 1.78<br>177.99 | 11/16/2022<br>13:44:56 EST |
| Buy<br>200 | 1.01<br>202.00 | 10/28/2022<br>13:16:47 EDT |
| Buy<br>194 | 1.03<br>199.80 | 10/14/2022<br>09:43:07 EDT |
| Buy<br>138 | 0.80<br>110.40 | 10/11/2022<br>08:16:17 EDT |
| Buy<br>100 | 0.79<br>79.00 | 09/02/2022<br>11:45:54 EDT |
| Buy<br>324 | 0.87<br>282.53 | 08/19/2022<br>09:45:51 EDT |
| Buy<br>800 | 0.91<br>728.96 | 08/05/2022<br>11:43:47 EDT |
| Buy | 0.93 | 08/04/2022 |

Sell to Close | Buy

11:24

## Meta Materials Inc

### Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>300 | 0.19<br>56.25 | 06/26/2023<br>12:44:27 EDT |
| Buy<br>2,000 | 0.22<br>449.81 | 06/13/2023<br>15:52:16 EDT |
| Buy<br>100 | 0.20<br>20.19 | 05/12/2023<br>15:04:44 EDT |
| Buy<br>1,600 | 0.19<br>304.00 | 04/28/2023<br>13:10:40 EDT |
| Buy<br>100 | 0.92<br>92.00 | 02/06/2023<br>18:10:33 EST |
| Buy<br>500 | 1.01<br>505.00 | 01/25/2023<br>16:22:17 EST |
| Buy<br>5 | 1.16<br>5.80 | 01/06/2023<br>08:35:32 EST |
| Buy<br>173 | 1.14<br>197.20 | 12/23/2022<br>12:18:00 EST |
| Buy<br>211 | 1.90<br>400.88 | 11/28/2022<br>07:39:04 EST |

Sell to Close Buy

11:24

Meta Materials Inc

**Filled Records**

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy<br>318 | 0.22<br>69.96 | 08/22/2023<br>10:23:20 EDT |
| Buy<br>10,000 | 0.22<br>2,204.00 | 08/22/2023<br>10:17:37 EDT |
| Buy<br>6,000 | 0.22<br>1,341.00 | 08/15/2023<br>14:33:56 EDT |
| Buy<br>400 | 0.25<br>98.24 | 08/09/2023<br>15:38:59 EDT |
| Buy<br>100 | 0.27<br>26.68 | 08/08/2023<br>16:16:25 EDT |
| Buy<br>518 | 0.24<br>124.89 | 08/04/2023<br>15:06:32 EDT |
| Buy<br>100 | 0.19<br>18.56 | 06/27/2023<br>15:04:16 EDT |
| Buy<br>300 | 0.19<br>56.25 | 06/26/2023<br>12:44:27 EDT |
| Buy | 0.22 | 06/13/2023 |

Sell to Close

Buy

11:24

## Meta Materials Inc

### Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 64 | 3.03 193.92 | 06/18/2024 12:17:01 EDT |
| Buy 552 | 3.30 1,821.77 | 05/21/2024 16:04:03 EDT |
| Buy 276 | 3.32 916.32 | 05/21/2024 16:03:02 EDT |
| Sell 61 | 2.25 137.25 | 05/16/2024 13:47:48 EDT |
| Buy 1,657 | 0.06 100.08 | 12/08/2023 12:33:59 EST |
| Buy 1,000 | 0.08 81.30 | 11/27/2023 12:36:05 EST |
| Buy 1,000 | 0.09 91.50 | 11/10/2023 15:32:20 EST |
| Buy 264 | 0.22 57.79 | 08/22/2023 10:40:48 EDT |
| Buy | 0.22 | 08/22/2023 |

Sell to Close Buy