NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, Inc.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
Jeff A. Smith
7204 Omega Court
Zephyrhills FL 33540

Telephone Number: 801-906-3985

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
AUG 18 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only): ROTH-0000-2484
Brokerage-000-000007-205

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Morgan Stanley Domestic Holdings
P.O. Box 484
Jersey City NJ 07303-0484
**Telephone Number:** 800-387-2331

3. **Date Equity Interest was acquired:** ROTH-8/21-3/23
Brokerage 11/21-5/22
See Attached documentation for more details

4. **Total amount of member interest:** See POI Supp. Info Sheet

5. **Certificate number(s):** ________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor/shareholder

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeff A. Smith
Title: ________
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 08-10-26

Telephone number: 801-906-3985 email: jeffsjas1968@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

E*TRADE FINANCIAL®
Trading • Investing • Banking



**E*TRADE Securities**
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-2484

**Account Name:**
JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN

**E*TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/21 | 08/04/21 | 6 1 | AMD | SELL | 100 | $105.101 | Cash | PRINCIPAL | $10,510.10 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | FEE | $0.06 |
| | | | | | | | | **NET AMOUNT** | **$10,510.03** |
| 08/02/21 | 08/04/21 | 6 1 | AMD | SELL | 83 | $104.9705 | Cash | PRINCIPAL | $8,712.55 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | FEE | $0.05 |
| | | | | | | | | **NET AMOUNT** | **$8,712.49** |
| 08/02/21 | 08/04/21 | 6 1 | AMD | SELL | 2 | $105.48 | Cash | PRINCIPAL | $210.96 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | FEE | $0.01 |
| | | | | | | | | **NET AMOUNT** | **$210.95** |
| 08/02/21 | 08/04/21 | 6 1 | MMAT | BUY | 5,400 | $3.5628 | Cash | PRINCIPAL | $19,239.12 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$19,239.12** |

▲ DETACH HERE

JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN
7204 OMEGA CT
ZEPHYRHILLS FL 33540-1416

DETACH HERE ▲

**Use This Deposit Slip Acct: XXXX-2484**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ ____________
Year of Contribution:
________ 2021
________ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

080220210001 333525924846

E*TRADE FINANCIAL®
Trading • Investing • Banking

E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-2484

**Account Name:**
JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN

**E*TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/21 | 11/24/21 | 6 1 | AMD | SELL | 139 | $158.02 | Cash | PRINCIPAL | $21,964.78 |
| **ADVANCED MICRO DEVICES INC COM** | | | | | | | | FINRA TAF | $0.02 |
| | | | | | | | | FEE | $0.12 |
| | | | | | | | | **NET AMOUNT** | **$21,964.64** |
| 11/22/21 | 11/24/21 | 6 1 | MMAT | BUY | 5,375 | $4.0396 | Cash | PRINCIPAL | $21,712.85 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$21,712.85** |
| 11/22/21 | 11/24/21 | 6 1 | MMAT | BUY | 100 | $4.0141 | Cash | PRINCIPAL | $401.41 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$401.41** |

▲ DETACH HERE

JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN
7204 OMEGA CT
ZEPHYRHILLS FL 33540-1416

DETACH HERE ▲

**Use This Deposit Slip Acct: XXXX-2484**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ ___________
Year of Contribution:
________ 2021
________ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

112220210001 333525924846

E*TRADE FINANCIAL®
Trading • Investing • Banking



E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-2484

**Account Name:**
JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN

**E*TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 17 | $2.99 | Cash | PRINCIPAL | $50.83 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $50.83 |
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 4 | $3.065 | Cash | PRINCIPAL | $12.26 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $12.26 |
| 12/06/21 | 12/08/21 | 6 1 | MMAT | BUY | 1,700 | $2.935 | Cash | PRINCIPAL | $4,989.50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $4,989.50 |

▲ DETACH HERE

JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN
7204 OMEGA CT
ZEPHYRHILLS FL 33540-1416

DETACH HERE ▲

**Use This Deposit Slip Acct: XXXX-2484**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ ________
Year of Contribution:
________ 2021
________ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

120620210001 333525924846

E*TRADE
from Morgan Stanley



**E*TRADE Securities**
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-2484

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/22 | 06/01/22 | 6 1 | MMAT | BUY | 4,025 | $1.7293 | Cash | PRINCIPAL | $6,960.43 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$6,960.43** |

▲ DETACH HERE

JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN
7204 OMEGA CT
ZEPHYRHILLS FL 33540-1416

DETACH HERE ▲

**Use This Deposit Slip Acct: XXXX-2484**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ ___________
Year of Contribution:
________ 2022
________ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

052720220001 333525924846

E*TRADE from Morgan Stanley

**E*TRADE Securities**

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-2484

**Account Name:**
JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/23 | 03/29/23 | 3 1 | MMAT | BUY | 80 | $.4659 | Cash | PRINCIPAL | $37.27 |
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$37.27** |

DETACH HERE

JEFF A SMITH
ROTH IRA E*TRADE CUSTODIAN
7204 OMEGA CT
ZEPHYRHILLS FL 33540-1416

DETACH HERE

**Use This Deposit Slip Acct: XXXX-2484**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ ___________
Year of Contribution:
________ 2023
________ 2022
________ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

032720230001 333525924846

E*TRADE from Morgan Stanley

**Your Account Number:** 499-XXX385-209
Roth IRA
Account Type - Cash

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 07/01/2024 | 07/02/2024 | 151 | 2.9922 | Principal | $451.82 |
| | | | | FINRA TAF | $0.03 |
| | | | | Supplemental Transaction Fee | $0.02 |
| | | | | **Net Amount** | **$451.77** |

**Transaction Type: Sold**

**Description: META MATERIALS INC NEW**
Symbol / CUSIP / ISIN: MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

E*TRADE from Morgan Stanley

**Your Account Number:** 499-XXX385-209
Roth IRA
Account Type - Cash

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 07/01/2024 | 07/02/2024 | 17 | 2.96 | Principal | $50.32 |
| | | | | Supplemental Transaction Fee | $0.01 |
| | | | | **Net Amount** | **$50.31** |

**Transaction Type: Sold**

**Description: META MATERIALS INC NEW**
Symbol / CUSIP / ISIN: MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE:** 24-50792, META MATERIALS, INC.

**FOR:** JEFF A. SMITH

**MMAT HOLDINGS**:

**BROKER**: Morgan Stanley Domestic Holdings, Inc.

**ACCT#:** 354 181547 205 (old account #45622141)

**TAX YEAR 2022:**

Purchased on various dates in 11/21 5/22, 6/22, 7/22, 8/22

And the Sold in 2022 for a loss

**Total Shares: 121,523, Cost Basis: $254,831.08, Realized Losses: $ (65,595.12)**

**TAX YEAR 2024:**

Sold in 2024 for a loss

**Total Shares: 1,429*(142,900), Cost Basis: $216,577.43, Realized Losses: $ (212,304.94)**

***Shares after 1 for 100 reverse stock splits**

**SUMMARY:**

**Total Shares: 122,952, Cost Basis: $471,408.51, Realized Losses: $ (277,900.06)**

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE:** 24-50792, META MATERIALS, INC.

**FOR:** JEFF A. SMITH

**MMAT HOLDINGS:**

**BROKER:** Morgan Stanley Domestic Holdings, Inc.

**ROTH ACCT.#** 5259-2484

**TAX YEAR(S) 2021, 2022, 2023:**

**Total Shares: Year 2021 – 12,596, Cost Basis: $46,405.97,**

**Total Shares: Year 2022 – 4,025, Cost Basis: $6,960.43,**

**Total Shares: Year 2023 – 80, Cost Basis: $37.27,**

**SUMMARY:**

**Total Shares: 168* (16,800), Cost Basis: $53,403.67, Realized Losses $(52,901.59)**

***Shares after 1 for 100 reverse stock splits**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 45622141 |
| Account Name: | JEFF A SMITH |
| Recipient's TIN: | ***-**-4844 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2022 |

## CONSOLIDATED 2022 FORMS 1099 AND DETAILS

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS, FL 33540-1416

### YEAR-END MESSAGES

Certain events may result in an amended 1099 for current and/or prior tax years. Please visit etrade.com/tax for access to details and FAQs found in the "Understanding your Form 1099" guide.

**TABLE OF CONTENTS**

**Consolidated 1099 Sections:**

Summary Information Page 3
1099-B Proceeds from Broker and Barter Exchange Transactions Page 4

**Details:**

Investment Details Page 7

Your Account did not receive the following Forms:

1099-DIV
1099-INT
1099-OID
1099-MISC

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***-**-4844

Account Executive No: ET1

ORIGINAL: 12/31/2022

## FORM 1099-B TOTALS SUMMARY

### REALIZED GAIN / LOSS SUMMARY

Refer to Proceeds from Broker and Barter Exchange Transactions for detailed information regarding these summary values. The amounts shown below are for informational purposes only.

| SHORT-TERM GAINS OR (LOSSES) – REPORT ON FORM 8949, PART I | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|
| Box A (basis reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box A – Ordinary – (basis reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Short-Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **LONG-TERM GAINS OR (LOSSES) – REPORT ON FORM 8949, PART II** | | | | | |
| Box D (basis reported to IRS) | $198,000.63 | $119,315.01 | $0.00 | $0.00 | $78,685.62 |
| Box D – Ordinary – (basis reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Long-Term** | **$198,000.63** | **$119,315.01** | **$0.00** | **$0.00** | **$78,685.62** |
| **UNKNOWN TERM – CODE (X) REPORT ON FORM 8949 PART I OR PART II** | | | | | |
| Box B or Box E (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B or Box E – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Unknown Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***–**–4844

Account Executive No: ET1

ORIGINAL: 12/31/2022

**RECIPIENT'S Name, Street Address, City, State, and Zip Code**
JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS, FL 33540–1416

☐ FATCA Filing Requirement

**PAYER'S TIN:** 20–8764829
**PAYER'S Name, Street, City, State, Zip Code:**
MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484
**Telephone Number:** 800 387 2331

## 2022 FORM 1099–B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS — OMB NO. 1545–0715

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: **Taxpayers are ultimately responsible for the accuracy of their tax returns.**

### Covered Long–Term Gains or Losses on Gross Proceeds

Report on **Form 8949, Part II** with **Box D** checked

**Box 6:** Gross Proceeds **Box 5:** Box Not Checked (Covered Security) **Box 12:** Basis Reported to the IRS **Box 2:** Type of Gain or Loss –**Long–Term**

The 1099–B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| CALLON PETROLEUM COMPANY | 900.00000 | 10/28/2020 | 05/24/2022 | $44,146.03 | $4,473.00 | $0.00 | $0.00 | $39,673.03 | |
| COMMON STOCK | 83.00000 | 10/28/2020 | 05/24/2022 | $4,071.25 | $412.51 | $0.00 | $0.00 | $3,658.74 | |
| CUSIP: 13123X508 | 480.00000 | 11/30/2020 | 05/24/2022 | $23,544.55 | $4,896.00 | $0.00 | $0.00 | $18,648.55 | |
| | 29.00000 | 12/08/2020 | 05/24/2022 | $1,422.48 | $400.11 | $0.00 | $0.00 | $1,022.37 | |
| | 3.00000 | 12/08/2020 | 05/24/2022 | $147.15 | $38.25 | $0.00 | $0.00 | $108.90 | |
| | 1,150.00000 | 12/08/2020 | 05/24/2022 | $56,408.82 | $14,662.50 | $0.00 | $0.00 | $41,746.32 | |
| | 200.00000 | 02/22/2021 | 05/24/2022 | $9,810.23 | $4,877.88 | $0.00 | $0.00 | $4,932.35 | |
| | 5.00000 | 02/22/2021 | 05/24/2022 | $245.26 | $121.14 | $0.00 | $0.00 | $124.12 | |
| | 830.00000 | 02/25/2021 | 05/24/2022 | $40,712.45 | $23,308.81 | $0.00 | $0.00 | $17,403.64 | |
| | 1.00000 | 02/25/2021 | 05/24/2022 | $49.05 | $27.85 | $0.00 | $0.00 | $21.20 | |
| | 19.00000 | 02/26/2021 | 05/24/2022 | $931.97 | $501.84 | $0.00 | $0.00 | $430.13 | |

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***–**–4844

Account Executive No: ET1

ORIGINAL: 12/31/2022

## 2022 FORM 1099–B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED — OMB NO. 1545–0715

### Covered Long–Term Gains or Losses on Gross Proceeds

Report on **Form 8949, Part II** with **Box D** checked

**Box 6:** Gross Proceeds  **Box 5:** Box Not Checked (Covered Security)  **Box 12:** Basis Reported to the IRS  **Box 2:** Type of Gain or Loss –**Long–Term**

The 1099–B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|
| CALLON PETROLEUM COMPANY COMMON STOCK CUSIP: 13123X508 | | | | | | | | | | |
| | **Subtotals** | **3,700.00000** | | | **$181,489.24** | **$53,719.89** | **$0.00** | **$0.00** | **$127,769.35** | |
| META MATLS INC COMMON STOCK CUSIP: 59134N104 | | 9,726.00000 | 11/22/2021 | 12/27/2022 | $10,084.36 | $40,071.12 | $0.00 | $0.00 | ($29,986.76) | |
| | | 2,000.00000 | 11/22/2021 | 12/27/2022 | $2,079.69 | $8,220.00 | $0.00 | $0.00 | ($6,140.31) | |
| | | 4,000.00000 | 11/22/2021 | 12/27/2022 | $4,139.38 | $16,480.00 | $0.00 | $0.00 | ($12,340.62) | |
| | | 200.00000 | 11/22/2021 | 12/27/2022 | $207.96 | $824.00 | $0.00 | $0.00 | ($616.04) | |
| | **Subtotals** | **15,926.00000** | | | **$16,511.39** | **$65,595.12** | **$0.00** | **$0.00** | **($49,083.73)** | |
| | **15 ITEMS – TOTAL** | | | | **$198,000.63** | **$119,315.01** | **$0.00** | **$0.00** | **$78,685.62** | |

**FOOTNOTES**

**SHORT SALE** – Short sales covered in December that settle in January will be reported on your Form 1099–B in the year they are settled.

**END OF 2022 FORM 1099–B**

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***-**-4844

Account Executive No: ET1

ORIGINAL: 12/31/2022

## 2022 INVESTMENT DETAILS

### DETAILS OF 2022 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 05/24/22 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | SELL | 3,700.000 | $49.05 | $181,489.24 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 200.000 | $1.85 | $371.00 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 200.000 | $1.86 | $373.00 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 600.000 | $1.85 | $1,109.94 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3,400.000 | $1.85 | $6,273.00 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 11,782.000 | $1.85 | $21,796.70 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 28,741.000 | $1.87 | $53,745.67 | |
| 05/24/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 36,077.000 | $1.86 | $67,103.22 | |
| 05/27/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,150.000 | $1.73 | $3,708.75 | |
| 06/27/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4,200.000 | $1.19 | $4,997.58 | |
| 06/30/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000.000 | $1.02 | $1,020.00 | |
| 06/30/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6,350.000 | $1.03 | $6,534.15 | |
| 07/08/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.05 | $2,100.00 | |
| 07/12/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $1.00 | $2,000.00 | |
| 07/27/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,175.000 | $0.91 | $1,979.25 | |
| 08/19/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000.000 | $0.87 | $870.30 | |
| 12/27/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 200.000 | $1.04 | $207.96 | |
| 12/27/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 2,000.000 | $1.04 | $2,079.69 | |
| 12/27/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 4,000.000 | $1.04 | $4,139.38 | |
| 12/27/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 9,726.000 | $1.04 | $10,084.36 | |

END OF 2022 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 45622141 |
| Account Name: | JEFF A SMITH |
| Recipient's TIN: | ***-**-4844 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

## CONSOLIDATED 2021 FORMS 1099 AND DETAILS

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS, FL 33540-1416

### YEAR-END MESSAGES

CERTAIN EVENTS SUCH AS COST BASIS, ORIGINAL ISSUE DISCOUNT ADJUSTMENTS OR RECLASSIFICATIONS OF AN INCOME PAYMENT RECEIVED FROM A MUTUAL FUND, ETF, REIT, OR RIC MAY RESULT IN AN AMENDED 1099 FOR PRIOR OR CURRENT TAX YEARS. PLEASE VISIT ETRADE.COM/TAX TO ACCESS OUR UNDERSTANDING YOUR FORM 1099 GUIDE FOR MORE DETAILS AND FAQS.

### TABLE OF CONTENTS

**Consolidated 1099 Sections:**


1099-DIV / INT Summary Information Page 3
1099-B Proceeds from Broker and Barter Exchange Transactions Page 6


**Details:**


1099-DIV Dividend & Distribution Details Page 10
Investment Details Page 11


Your Account did not receive the following Forms:

1099-INT
1099-OID
1099-MISC

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 45622141 |
| Account Name: | JEFF A SMITH |
| Recipient's TIN: | ***-**-4844 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

**RECIPIENT'S Name, Street Address, City, State, and Zip Code**
JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS, FL 33540-1416

☐ FATCA Filing Requirement

**PAYER'S TIN:** 20-8764829
**PAYER'S Name, Street, City, State, Zip Code:**
MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484
**Telephone Number:** 800 387 2331

## 2021 CONSOLIDATED FORMS 1099

| 2021 FORM 1099-DIV IRS Box | DIVIDENDS AND DISTRIBUTIONS | OMB NO. 1545-0110 |
|---|---|---|
| 1a. | Total ordinary dividends (includes Boxes 1b, 5, 6) | $77.00 |
| 1b. | Qualified dividends | $77.00 |
| 2a. | Total capital gain distributions (includes Boxes 2b, 2c, 2d) | $0.00 |
| 2b. | Unrecaptured section 1250 gain | $0.00 |
| 2c. | Section 1202 gain | $0.00 |
| 2d. | Collectibles (28%) gain | $0.00 |
| 2e. | Section 897 ordinary dividends | $0.00 |
| 2f. | Section 897 capital gains | $0.00 |
| 3. | Nondividend distributions | $0.00 |
| **4.** | **Federal income tax withheld** | **$0.00** |
| 5. | Section 199A dividends | $0.00 |
| 6. | Investment expenses | $0.00 |
| 7. | Foreign tax paid | $0.00 |
| 8. | Foreign country or U.S. possession | – |
| 9. | Cash liquidation distributions | $0.00 |
| 10. | Noncash liquidation distributions | $0.00 |
| 11. | Exempt-interest dividends (includes Box 12) | $0.00 |
| 12. | Specified private activity bond interest dividends (AMT) | $0.00 |

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 45622141 |
| Account Name: | JEFF A SMITH |
| Recipient's TIN: | ***-**-4844 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

## FORM 1099-B TOTALS SUMMARY

### REALIZED GAIN / LOSS SUMMARY

Refer to Proceeds from Broker and Barter Exchange Transactions for detailed information regarding these summary values. The amounts shown below are for informational purposes only.

| SHORT-TERM GAINS OR (LOSSES) – REPORT ON FORM 8949, PART I | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|
| Box A (basis reported to IRS) | $43,858.60 | $41,974.62 | $0.00 | $0.00 | $1,883.98 |
| Box A – Ordinary – (basis reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Short-Term** | **$43,858.60** | **$41,974.62** | **$0.00** | **$0.00** | **$1,883.98** |
| **LONG-TERM GAINS OR (LOSSES) – REPORT ON FORM 8949, PART II** | | | | | |
| Box D (basis reported to IRS) | $44,744.79 | $15,206.52 | $0.00 | $0.00 | $29,538.27 |
| Box D – Ordinary – (basis reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Long-Term** | **$44,744.79** | **$15,206.52** | **$0.00** | **$0.00** | **$29,538.27** |
| **UNKNOWN TERM – CODE (X) REPORT ON FORM 8949 PART I OR PART II** | | | | | |
| Box B or Box E (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B or Box E – Ordinary – (basis not reported to IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Unknown Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***–**–4844
Account Executive No: ET1
ORIGINAL: 12/31/2021

**RECIPIENT'S Name, Street Address, City, State, and Zip Code**
JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS, FL 33540–1416

☐ FATCA Filing Requirement

**PAYER'S TIN:** 20–8764829
**PAYER'S Name, Street, City, State, Zip Code:**
MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484
**Telephone Number:** 800 387 2331

## 2021 FORM 1099–B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS — OMB NO. 1545–0715

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: **Taxpayers are ultimately responsible for the accuracy of their tax returns.**

### Covered Short–Term Gains or Losses on Gross Proceeds

Report on **Form 8949, Part I** with **Box A** checked

**Box 6:** Gross Proceeds **Box 5:** Box Not Checked (Covered Security) **Box 12:** Basis Reported to the IRS **Box 2:** Type of Gain or Loss –**Short–Term**

The 1099–B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| OCCIDENTAL PETE CORP CUSIP: 674599105 | 228.00000 | 02/18/2021 | 11/22/2021 | $6,630.18 | $5,891.02 | $0.00 | $0.00 | $739.16 | |
| | 1.00000 | 02/18/2021 | 11/22/2021 | $29.08 | $25.85 | $0.00 | $0.00 | $3.23 | |
| | 1.00000 | 02/25/2021 | 11/22/2021 | $29.08 | $28.18 | $0.00 | $0.00 | $0.90 | |
| | 816.00000 | 02/25/2021 | 11/22/2021 | $23,729.05 | $23,117.28 | $0.00 | $0.00 | $611.77 | |
| | 4.00000 | 03/08/2021 | 11/22/2021 | $116.32 | $123.32 | $0.00 | $0.00 | ($7.00) | |
| | 190.00000 | 03/08/2021 | 11/22/2021 | $5,525.15 | $5,892.47 | $0.00 | $0.00 | ($367.32) | |
| **Subtotals** | **1,240.00000** | | | **$36,058.86** | **$35,078.12** | **$0.00** | **$0.00** | **$980.74** | |
| ***SOS LTD AMERICAN DPSTRY SHRS ECH RPRSNTNG TEN CL A SHARES CUSIP: 83587W106 | 50.00000 | 02/16/2021 | 02/16/2021 | $599.98 | $530.50 | $0.00 | $0.00 | $69.48 | |
| | 600.00000 | 02/16/2021 | 02/16/2021 | $7,199.76 | $6,366.00 | $0.00 | $0.00 | $833.76 | |

**Details for CUSIP 83587W106 continue on the following page**

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***-**-4844
Account Executive No: ET1
ORIGINAL: 12/31/2021

## 2021 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED OMB NO. 1545-0715

### Covered Short-Term Gains or Losses on Gross Proceeds

Report on **Form 8949, Part I** with **Box A** checked

**Box 6:** Gross Proceeds **Box 5:** Box Not Checked (Covered Security) **Box 12:** Basis Reported to the IRS **Box 2:** Type of Gain or Loss **-Short-Term**

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| ***SOS LTD<br>AMERICAN DPSTRY SHRS ECH<br>RPRSNTNG TEN CL A SHARES<br>CUSIP: 83587W106 | | | | | | | | | |
| **Subtotals** | **650.00000** | | | **$7,799.74** | **$6,896.50** | **$0.00** | **$0.00** | **$903.24** | |
| **8 ITEMS - TOTAL** | | | | **$43,858.60** | **$41,974.62** | **$0.00** | **$0.00** | **$1,883.98** | |

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***–**–4844

Account Executive No: ET1

ORIGINAL: 12/31/2021

## 2021 FORM 1099–B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED — OMB NO. 1545–0715

### Covered Long–Term Gains or Losses on Gross Proceeds

Report on **Form 8949, Part II** with **Box D** checked

**Box 6:** Gross Proceeds **Box 5:** Box Not Checked (Covered Security) **Box 12:** Basis Reported to the IRS **Box 2:** Type of Gain or Loss –**Long–Term**

The 1099–B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC COM CUSIP: 007903107 | 100.00000 | 01/06/2020 | 11/22/2021 | $15,810.46 | $4,816.77 | $0.00 | $0.00 | $10,993.69 | |
| OCCIDENTAL PETE CORP CUSIP: 674599105 | 24.00000 | 10/05/2020 | 11/22/2021 | $697.91 | $244.02 | $0.00 | $0.00 | $453.89 | |
| | 827.00000 | 10/08/2020 | 11/22/2021 | $24,048.94 | $8,617.34 | $0.00 | $0.00 | $15,431.60 | |
| | 131.00000 | 10/12/2020 | 11/22/2021 | $3,809.44 | $1,393.84 | $0.00 | $0.00 | $2,415.60 | |
| | 13.00000 | 11/05/2020 | 11/22/2021 | $378.04 | $134.55 | $0.00 | $0.00 | $243.49 | |
| **Subtotals** | **995.00000** | | | **$28,934.33** | **$10,389.75** | **$0.00** | **$0.00** | **$18,544.58** | |
| **5 ITEMS – TOTAL** | | | | **$44,744.79** | **$15,206.52** | **$0.00** | **$0.00** | **$29,538.27** | |

**FOOTNOTES**

**SHORT SALE** – Short sales covered in December that settle in January will be reported on your Form 1099–B in the year they are settled.

**END OF 2021 FORM 1099–B**

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.**
**This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303–0484

| | |
|---|---|
| Account No: | 45622141 |
| Account Name: | JEFF A SMITH |
| Recipient's TIN: | ***–**–4844 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

## DETAILS OF 2021 FORM 1099-DIV

| Date | Security Description | CUSIP | Transaction Description | Amount | Foreign Tax Paid | Federal Tax Withheld | Additional information |
|---|---|---|---|---|---|---|---|
| 01/15/21 | OCCIDENTAL PETE CORP | 674599105 | QUALIFIED DIVIDEND | $9.95 | – | – | |
| 04/15/21 | OCCIDENTAL PETE CORP | 674599105 | QUALIFIED DIVIDEND | $22.35 | – | – | |
| 07/15/21 | OCCIDENTAL PETE CORP | 674599105 | QUALIFIED DIVIDEND | $22.35 | – | – | |
| 10/15/21 | OCCIDENTAL PETE CORP | 674599105 | QUALIFIED DIVIDEND | $22.35 | – | – | |
| | **Total Qualified Dividends (Box 1b included in Box 1a)** | | | **$77.00** | | | |
| | **Total Ordinary Dividends (Box 1a)** | | | **$77.00** | | | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 45622141
Account Name: JEFF A SMITH
Recipient's TIN: ***-**-4844

Account Executive No: ET1

ORIGINAL: 12/31/2021

## 2021 INVESTMENT DETAILS

### DETAILS OF 2021 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 11/22/21 | ADVANCED MICRO DEVICES INC COM | 007903107 | SELL | 100.000 | $158.11 | $15,810.46 | |
| 02/22/21 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | PURCHASE | 5.000 | $24.23 | $121.14 | |
| 02/22/21 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | PURCHASE | 200.000 | $24.39 | $4,877.88 | |
| 02/25/21 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | PURCHASE | 1.000 | $27.85 | $27.85 | |
| 02/25/21 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | PURCHASE | 830.000 | $28.08 | $23,308.81 | |
| 02/26/21 | CALLON PETROLEUM COMPANY COMMON STOCK | 13123X508 | PURCHASE | 19.000 | $26.41 | $501.84 | |
| 07/02/21 | META MATLS INC COMMON STOCK | 59134N104 | CASH IN LIEU | | – | $3.17 | |
| 11/22/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100.000 | $4.05 | $404.74 | |
| 11/22/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 800.000 | $4.13 | $3,304.00 | |
| 11/22/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4,774.000 | $4.11 | $19,621.14 | |
| 11/22/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 13,926.000 | $4.12 | $57,375.12 | |
| 12/06/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 48.000 | $2.99 | $143.52 | |
| 02/18/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 1.000 | $25.85 | $25.85 | |
| 02/18/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 228.000 | $25.84 | $5,891.02 | |
| 02/25/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 1.000 | $28.18 | $28.18 | |
| 02/25/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 816.000 | $28.33 | $23,117.28 | |
| 03/08/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 4.000 | $30.83 | $123.32 | |
| 03/08/21 | OCCIDENTAL PETE CORP | 674599105 | PURCHASE | 190.000 | $31.01 | $5,892.47 | |
| 11/22/21 | OCCIDENTAL PETE CORP | 674599105 | SELL | 2,235.000 | $29.08 | $64,993.19 | |
| 02/16/21 | ***SOS LTD AMERICAN DPSTRY SHRS ECH | 83587W106 | PURCHASE | 50.000 | $10.61 | $530.50 | |
| 02/16/21 | ***SOS LTD AMERICAN DPSTRY SHRS ECH | 83587W106 | PURCHASE | 600.000 | $10.61 | $6,366.00 | |
| 02/16/21 | ***SOS LTD AMERICAN DPSTRY SHRS ECH | 83587W106 | SELL | 650.000 | $12.00 | $7,799.74 | |
| 06/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 295.000 | $3.36 | $991.20 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 9.000 | $4.79 | $43.11 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 31.000 | $6.08 | $188.64 | |

END OF 2021 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

E*TRADE from Morgan Stanley

# 1099 Consolidated Tax Statement
# Tax Year 2024 - ORIGINAL

**Date Issued**
January 21, 2025



**Account Number**
354 181547 205

Account Mailing Address

**Account Owner**
JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

Legal Name and Address Reported to IRS and State Taxing Authorities

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

This E*TRADE from Morgan Stanley 1099 Consolidated Tax Statement for 2024 provides your official tax information for use when preparing your tax return. It is important to note that the income information that was reported on your December account statement will not have included certain adjustments occurring after year-end that are reflected on your Form 1099 and that are necessary for tax reporting purposes. If your Morgan Stanley Access Direct (MSAD) brokerage account was converted to an E*TRADE from Morgan Stanley (E*TRADE) account for stock plan participants in 2024 you may receive multiple tax forms for 2024: tax forms for your MSAD account that reports all activity before the conversion, and additional tax forms for your new E*TRADE account that reports all activity after the conversion. Please note, there may be a slight timing difference in the availability of the two forms.

Tax forms and documents for your MSAD account will be available on Morgan Stanley Online, while tax forms and documents for your new E*TRADE account will be available on etrade.com. If your account(s) do not meet the minimum IRS threshold for taxable activity, we ll post a notification under Documents > General Correspondence on Morgan Stanley Online and etrade.com.

The following tax documents are not included in this statement and are sent individually in separate mailings, if required: Forms 1099-R, 1099-Q, 1042-S, 2439, 5498, 5498-ESA, REMIC Information Statement, Schedule K-1 and Puerto Rico Forms 480.6A, 480.6B, 480.6C and 480.6D.

E*TRADE from Morgan Stanley is pleased to provide you with the ability to download your tax information into the following individual tax preparation software applications: **TurboTax® and H&R Block Tax Software®**. To view gains and losses, simply go to the Gains & Losses page on etrade.com where you can find historical information for the current year and prior two years.

TurboTax® is a registered trademark of Intuit, Inc. H&R Block Tax Software® is a registered trademark of H&R Block, Inc.

CAUTION

***** WARNING - CORRECTED TAX FORMS POSSIBLE *****
The Forms 1099 included in your E*TRADE from Morgan Stanley 1099 Consolidated Tax Statement were prepared based upon information provided by the issuer of each security. The issuer may change the tax status of a distribution reported to you after the issuance of this 1099 Consolidated Tax Statement. If that occurs, we will be required to send you one or more corrections.

**Customer Service: 800-387-2331**

## What's included in this packet:


| **Reportable to the IRS** | **Page** |
|---|---|
| 1099-DIV Dividends and Distributions | 2 |
| 1099-INT Interest Income | 2 |
| 1099-MISC Miscellaneous Income | 2 |
| 1099-OID Original Issue Discount | 2 |
| 1099-B Proceeds from Transactions | 2 |
| Details of 1099-INT Interest Income | 4 |
| 1099-B Totals Summary | 5 |
| Details of 1099-B Proceeds from Transactions | 7 |

| **Non-Reportable to the IRS** | **Page** |
|---|---|
| Fees and Expenses | 9 |

E*TRADE from Morgan Stanley

# 1099 Consolidated Tax Statement
## Tax Year 2024 Copy B For Recipient



Morgan Stanley Capital Management, LLC
Morgan Stanley Smith Barney, LLC
1 New York Plaza
7th Floor
New York, NY 10004
Identification Number: 11-3658445
Taxpayer ID Number: XXX-XX-4844
Account Number: 354 181547 205

**Customer Service: 800-387-2331**

Name Reported to the IRS: JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

| IRS BOX | 2024 FORM 1099-DIV - DIVIDENDS AND DISTRIBUTIONS OMB NO. 1545-0110 | |
|---|---|---|
| 1a. | TOTAL ORDINARY DIVIDENDS | $0.00 |
| 1b. | QUALIFIED DIVIDENDS | $0.00 |
| 2a. | TOTAL CAPITAL GAIN DISTRIBUTIONS | $0.00 |
| 2b. | UNRECAP. SEC. 1250 GAIN | $0.00 |
| 2d. | COLLECTIBLES (28%) GAIN | $0.00 |
| 2e. | SECTION 897 ORDINARY DIVIDENDS | $0.00 |
| 2f. | SECTION 897 CAPITAL GAIN | $0.00 |
| 3. | NON-DIVIDEND DISTRIBUTIONS | $0.00 |
| **4.** | **FEDERAL INCOME TAX WITHHELD** | **$0.00** |
| 5. | SECTION 199A DIVIDENDS | $0.00 |
| 6. | INVESTMENT EXPENSES | $0.00 |
| 7. | FOREIGN TAX PAID | $0.00 |
| 9. | CASH LIQUIDATION DISTRIBUTIONS | $0.00 |
| 10. | NON-CASH LIQUIDATION DISTRIBUTIONS | $0.00 |
| 12. | EXEMPT-INTEREST DIVIDENDS | $0.00 |
| 13. | SPECIFIED PRIVATE ACTIVITY BOND INTEREST DIVIDENDS | $0.00 |

| IRS BOX | 2024 FORM 1099-INT - INTEREST INCOME OMB NO. 1545-0112 | |
|---|---|---|
| 1. | INTEREST INCOME | $0.01 |
| 2. | EARLY WITHDRAWAL PENALTY | $0.00 |
| 3. | INTEREST ON U.S. SAVINGS BONDS AND TREAS. OBLIGATIONS | $0.00 |
| **4.** | **FEDERAL INCOME TAX WITHHELD** | **$0.00** |
| 5. | INVESTMENT EXPENSES | $0.00 |
| 6. | FOREIGN TAX PAID | $0.00 |
| 8. | TAX-EXEMPT INTEREST | $0.00 |
| 9. | SPECIFIED PRIVATE ACTIVITY BOND INTEREST | $0.00 |
| 10. | MARKET DISCOUNT | $0.00 |
| 11. | BOND PREMIUM | $0.00 |
| 12. | BOND PREMIUM ON TREASURY OBLIGATIONS | $0.00 |
| 13. | BOND PREMIUM ON TAX-EXEMPT BOND | $0.00 |
| 14. | TAX-EXEMPT AND TAX CREDIT BOND CUSIP NO. | |

| IRS BOX | 2024 FORM 1099-MISC - MISCELLANEOUS INFORMATION OMB NO. 1545-0115 | |
|---|---|---|
| 1. | RENTS | $0.00 |
| 2. | ROYALTIES | $0.00 |
| 3. | OTHER INCOME | $0.00 |
| **4.** | **FEDERAL INCOME TAX WITHHELD** | **$0.00** |
| 8. | SUBSTITUTE PAYMENTS IN LIEU OF DIVIDENDS OR INTEREST | $0.00 |

| IRS BOX | 2024 FORM 1099-OID - ORIGINAL ISSUE DISCOUNT OMB NO. 1545-0117 | |
|---|---|---|
| 1. | ORIGINAL ISSUE DISCOUNT FOR 2024 | $0.00* |
| 2. | OTHER PERIODIC INTEREST | $0.00 |
| **4.** | **FEDERAL INCOME TAX WITHHELD** | **$0.00** |
| 5. | MARKET DISCOUNT | $0.00 |
| 6. | ACQUISITION PREMIUM | $0.00 |
| 8. | OID ON U.S. TREASURY OBLIGATIONS | $0.00* |
| 9. | INVESTMENT EXPENSES | $0.00 |
| 10. | BOND PREMIUM | $0.00 |
| 11. | TAX-EXEMPT OID | $0.00 |

*This may not be the correct figure to report on your income tax return.
See instructions on the back.

| IRS BOX | 2024 FORM 1099-B - PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS OMB NO. 1545-0715 | |
|---|---|---|
| 1d. | PROCEEDS | $4,272.49 |
| | COVERED SECURITIES | $4,272.49 |
| | NONCOVERED SECURITIES | $0.00 |
| 1e. | COST OR OTHER BASIS OF COVERED SECURITIES | $216,577.43 |
| 1f. | ACCRUED MARKET DISCOUNT | $0.00 |
| 1g. | WASH SALE LOSS DISALLOWED | $0.00 |
| **4.** | **FEDERAL INCOME TAX WITHHELD** | **$0.00** |

**IMPORTANT TAX INFORMATION -- PLEASE RETAIN FOR YOUR RECORDS**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Form 1099-DIV (OMB No. 1545-0110)**
**Box 1a.** Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of Form 1040 or 1040-SR. Also, report it on Schedule B (Form 1040), if required.
**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for reduced capital gains rates. See the Instructions for Forms 1040 for how to determine this amount and where to report. The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 or 1040-SR but treat it as a plan distribution, not as investment income, for any other purpose.
**Box 2a.** Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See *How To Report* in the Instructions for Schedule D (Form 1040). But, if no amount is shown in boxes 2b, 2c, 2d and 2f and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on your Form 1040 or 1040-SR rather than Schedule D. See the Instructions for Form 1040.
**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet in the Instructions for Schedule D (Form 1040).

**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Schedule D (Form 1040) instructions.
**Box 2d.** Shows the portion of box 2a that is 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet in the Instructions for Schedule D (Form 1040).
**Box 2e.** Shows the portion of the amount in box 1a that is section 897 gain attributable to disposition of U.S. real property interests (USRPI).
**Box 2f.** Shows the portion of the amount in box 2a that is section 897 gain attributable to disposition of U.S. real property interests (USRPI).
**Note:** Boxes 2e and 2f apply only to foreign persons and entities whose income maintains its character when passed through or distributed to its direct or indirect foreign owners or beneficiaries. It is generally treated as effectively connected to a trade or business within the United States. See the instructions for your tax return.
**Box 3.** Shows a return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Pub. 550.
**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.
**Box 5.** Shows the portion of the amount in box 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the instructions for Form 8995 and Form 8995-A.
**Box 6.** Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included in box 1a.
**Box 7.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040 or 1040-SR. See the Instructions for Forms 1040.

**Box 8.** This box should be left blank if a RIC reported the foreign tax shown in box 7.
**Boxes 9 and 10.** Shows cash and noncash liquidation distributions.
**Box 11.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the instructions for Form 8938.
**Box 12.** Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Form 1040 for where to report. This amount may be subject to backup withholding.See *Box 4* above
**Box 13.** Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included in box 12. See the Instructions for Form 6251.
**Boxes 14-16.** State income tax withheld reporting boxes.
**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-DIV (with a Form 1096) with the IRS for each of the other owners to show their share of the income, and you must furnish a Form 1099-DIV to each. A spouse is not required to file a nominee return to show amounts owned by the other spouse. See the current General Instructions for Certain Information Returns.

**Form 1099-INT (OMB No. 1545-0112)**
The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer generally must report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you..
**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during 2024 on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a premium.
**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 to see where to take the deduction.
**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.
**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.
**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.
**Box 7.** Shows the country or U.S. territory to which the foreign tax was paid.
**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Forms 1040. This amount may be subject to backup withholding. See Box 4 above. See the instructions above for a tax-exempt covered security acquired at a premium.
**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.
**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Forms 1040 and 1040-SR. Market discount on a tax-exempt security is includible in taxable income as interest income.
**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).
**Boxes 15-17.** State income tax withheld reporting.
**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).
**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).
**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).
**Nominees.** If this form includes amounts belonging to another person(s), you are considered a nominee recipient. Complete a Form 1099-INT for each of the other owners showing the income allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner(s) as the "recipient." File Form(s) 1099-INT with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096 list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. .

**Form 1099-OID (OMB 1545-0117)**
Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or *coupon*). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, you generally must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information. If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation. The information provided may be different for covered and non covered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer generally must report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a non covered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.
**Box 1.** Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212, Guide to Original Issue Discount (OID) Instruments, for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.
**Box 2.** Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Form 1040.
**Box 3.** Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your Taxpayer Identification Number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.
**Box 5.** For a covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you. For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required to, report the market discount for a tax-exempt obligation that is a covered security acquired before January 1, 2017. Report the accrued market discount on your income tax return as directed in the instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.
**Box 6.** For a taxable covered security, shows the amount of acquisition premium amortization for the year that reduces the amount of OID that is included as interest on your income tax return. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040). If an amount is not reported in this box for a covered security acquired with acquisition premium, the payer has reported a net amount of OID that reflects the offset of OID that is included in income. If the payer has reported a net amount of OID in box 1 or box 8, you must report the net amount of OID on Schedule B (Form 1040) and you must not make an adjustment to this amount for acquisition premium on Schedule B (Form 1040). If there is an amount in both boxes 6 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and is issued with OID, the amount in box 6 shows the amount of acquisition premium amortization for the year that reduces the amount of your tax-exempt OID for the year. The payer may, but is not required to, report the acquisition premium for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID. See the instructions above for a covered security acquired with acquisition premium.
**Box 7.** Shows the identification (CUSIP) number or description of the obligation (may include the stock exchange, issuer, coupon rate, and year of maturity).
**Box 8.** Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return, and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included in box 1. See the instructions above for a covered security acquired with acquisition premium. If the number in this box is negative, it represents a deflation adjustment. See Pub. 550 for further information on accounting for this adjustment.
**Box 9.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 2. This amount is not deductible.
**Box 10.** For a taxable covered security, including a Treasury inflation-protected security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR). If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 2. If the amount in this box is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4). If there is an amount in both boxes 10 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount in box 10 shows the amount of premium amortization for the year that reduces the amount of your tax-exempt interest for the year. The payer may, but is not required to, report the premium amortization for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID.
**Box 11.** For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, shows the tax-exempt OID on the obligation for the part of the year you owned it. The payer may, but is not required to, report the OID for a tax-exempt obligation that is a covered security acquired before January 1, 2017. In general, report the amount of tax-exempt OID on Form 1040 or 1040-SR. See the instructions above for a covered security acquired with acquisition premium.

**Form 1099-B (OMB 1545-0715)**
Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).
**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.
**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a non compensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a non compensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.
**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.
**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. Please see the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.
**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.
**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.
**Box 6.** If the exercise of a non-compensatory option resulted in a sale of a security, a checked "Net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.
**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.
**Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11):**
**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2024.
**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2023.
**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2024. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts—12/31/2024 in 2025.
**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2024 Form 6781.
**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.
**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange.
See Pub. 525.
**Boxes 14-16.** Show states(s)/local income tax information

**1099-MISC (OMB No. 1545-0115)**
**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.
**Box 2.** Report royalties from oil, gas, or mineral properties; copyrights; and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the Schedule E (Form 1040) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.
**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040), and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.
**Box 6.** For individuals, report on Schedule C (Form 1040).
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040).
**Box 9.** Report this amount on Schedule F (Form 1040).
**Boxes 16-18.** Show state or local income tax withheld from the payments.

E*TRADE from Morgan Stanley

**Tax Year 2024**

JEFF A SMITH Account Number: 354 181547 205

## 1099-INT INTEREST INCOME

### Interest Income

| DESCRIPTION | CUSIP | PAY DATE | AMOUNT | FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. | 061870903 | 07/31/24 | $0.01 | $0.00 |
| **Total Interest Income** 1099-INT box 1 | | | **$0.01** | |
| **Total Federal Income Tax Withheld** 1099-INT box 4 | | | | **$0.00** |

**The amount of tax-exempt interest paid to you must be reported on the applicable Form 1040, U.S. Individual Income Tax Return. The amount of tax-exempt Alternative Minimum Tax (AMT) interest paid to you must be taken into account in computing the AMT reported on Form 1040.**

E*TRADE from Morgan Stanley

**1099 Consolidated Tax Statement**
**Tax Year 2024 Copy B For Recipient**



Morgan Stanley Capital Management, LLC
Morgan Stanley Smith Barney, LLC
1 New York Plaza
7th Floor
New York, NY 10004
Identification Number: 11-3658445
Taxpayer ID Number: XXX-XX-4844
Account Number: 354 181547 205

**Customer Service: 800-387-2331**

Name Reported to the IRS: JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

## FORM 1099-B TOTALS SUMMARY

### REALIZED GAIN/LOSS SUMMARY

Refer to Proceeds from Broker and Barter Exchange Transactions for detailed information regarding these summary values. The amounts shown below are for informational purposes only.

| SHORT -TERM GAIN OR (LOSSES) - REPORT ON FORM 8949, PART I | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|
| Box A (basis reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box A - Ordinary - (basis reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Short - Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **LONG -TERM GAIN OR (LOSSES) - REPORT ON FORM 8949, PART II** | | | | | |
| Box D (basis reported to the IRS) | $4,272.49 | $216,577.43 | $0.00 | $0.00 | ($212,304.94) |
| Box D - Ordinary - (basis reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box E - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Long - Term** | **$4,272.49** | **$216,577.43** | **$0.00** | **$0.00** | **($212,304.94)** |
| **UNKNOWN TERM - CODE (X) REPORT ON FORM 8949, PART I OR PART II** | | | | | |
| Box B or Box E (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Box B or Box E - Ordinary - (basis not reported to the IRS) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Unknown Term** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| REGULATED FUTURES CONTRACTS | AMOUNT |
|---|---|
| Profit or (loss) realized in 2023 - closed contracts | $0.00 |
| Unrealized Profit or (loss) on open contracts 12/31/2022 | $0.00 |
| Unrealized Profit or (loss) on open contracts 12/31/2023 | $0.00 |
| **Aggregate profit or (loss) on contracts** | **$0.00** |

E*TRADE from Morgan Stanley

**1099 Consolidated Tax Statement**
**Tax Year 2024 Copy B For Recipient**



Morgan Stanley Capital Management, LLC
Morgan Stanley Smith Barney, LLC
1 New York Plaza
7th Floor
New York, NY 10004

Identification Number: 11-3658445
Taxpayer ID Number: XXX-XX-4844
Account Number: 354 181547 205

**Customer Service: 800-387-2331**

Name Reported to the IRS: JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

## 1099-B PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS — OMB NO. 1545-0715

**Gross Proceeds less commissions and option premiums on stocks, bonds, etc.** Consider the Net Proceeds box checked in IRS box 6 (Reported to IRS) for all option transactions. Consider IRS box 7(Loss is not allowed based on amount in 1d) as not being checked for any transactions.

### Long Term - Covered Securities
(Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part II with box D checked.)

| DESCRIPTION (Box 1a) | QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW CUSIP: 59134N302 Symbol: MMATQ | | | | | | | | | |
| | 1.470 | 06/14/21 | 07/01/24 | $4.40 | $987.84 | $0.00 | $0.00 | ($983.44) | $0.00 |
| | 0.045 | 06/15/21 | 07/01/24 | $0.13 | $43.11 | $0.00 | $0.00 | ($42.98) | $0.00 |
| | 0.155 | 06/15/21 | 07/01/24 | $0.46 | $188.64 | $0.00 | $0.00 | ($188.18) | $0.00 |
| | 1.000 | 11/22/21 | 07/01/24 | $2.99 | $404.74 | $0.00 | $0.00 | ($401.75) | $0.00 |
| | 8.001 | 11/22/21 | 07/01/24 | $23.92 | $3,304.00 | $0.00 | $0.00 | ($3,280.08) | $0.00 |
| | 27.746 | 11/22/21 | 07/01/24 | $82.96 | $11,401.14 | $0.00 | $0.00 | ($11,318.18) | $0.00 |
| | 0.480 | 12/06/21 | 07/01/24 | $1.44 | $143.52 | $0.00 | $0.00 | ($142.08) | $0.00 |
| | 2.000 | 05/24/22 | 07/01/24 | $5.98 | $371.00 | $0.00 | $0.00 | ($365.02) | $0.00 |
| | 2.000 | 05/24/22 | 07/01/24 | $5.98 | $373.00 | $0.00 | $0.00 | ($367.02) | $0.00 |
| | 6.001 | 05/24/22 | 07/01/24 | $17.94 | $1,109.94 | $0.00 | $0.00 | ($1,092.00) | $0.00 |
| | 34.006 | 05/24/22 | 07/01/24 | $101.67 | $6,273.00 | $0.00 | $0.00 | ($6,171.33) | $0.00 |
| | 117.842 | 05/24/22 | 07/01/24 | $352.33 | $21,796.70 | $0.00 | $0.00 | ($21,444.37) | $0.00 |
| | 287.462 | 05/24/22 | 07/01/24 | $859.47 | $53,745.67 | $0.00 | $0.00 | ($52,886.20) | $0.00 |
| | 360.836 | 05/24/22 | 07/01/24 | $1,078.84 | $67,103.22 | $0.00 | $0.00 | ($66,024.38) | $0.00 |
| | 21.504 | 05/27/22 | 07/01/24 | $64.29 | $3,708.75 | $0.00 | $0.00 | ($3,644.46) | $0.00 |
| | 42.008 | 06/27/22 | 07/01/24 | $125.60 | $4,997.58 | $0.00 | $0.00 | ($4,871.98) | $0.00 |
| | 10.002 | 06/30/22 | 07/01/24 | $29.91 | $1,020.00 | $0.00 | $0.00 | ($990.09) | $0.00 |
| | 63.511 | 06/30/22 | 07/01/24 | $189.88 | $6,534.15 | $0.00 | $0.00 | ($6,344.27) | $0.00 |
| | 20.004 | 07/08/22 | 07/01/24 | $59.81 | $2,100.00 | $0.00 | $0.00 | ($2,040.19) | $0.00 |
| | 20.004 | 07/12/22 | 07/01/24 | $59.81 | $2,000.00 | $0.00 | $0.00 | ($1,940.19) | $0.00 |
| | 21.754 | 07/27/22 | 07/01/24 | $65.04 | $1,979.25 | $0.00 | $0.00 | ($1,914.21) | $0.00 |
| | 10.001 | 08/19/22 | 07/01/24 | $29.90 | $870.30 | $0.00 | $0.00 | ($840.40) | $0.00 |
| | 2.100 | 01/31/23 | 07/01/24 | $6.28 | $210.00 | $0.00 | $0.00 | ($203.72) | $0.00 |
| | 5.641 | 01/31/23 | 07/01/24 | $16.87 | $558.36 | $0.00 | $0.00 | ($541.49) | $0.00 |

CONTINUED ON NEXT PAGE

E*TRADE from Morgan Stanley

**Tax Year 2024**

JEFF A SMITH Account Number: 354 181547 205

## 1099-B PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS (continued) OMB NO. 1545-0715

**Gross Proceeds less commissions and option premiums on stocks, bonds, etc.** Consider the Net Proceeds box checked in IRS box 6 (Reported to IRS) for all option transactions. Consider IRS box 7(Loss is not allowed based on amount in 1d) as not being checked for any transactions.

### Long Term - Covered Securities (Continued) (Consider Box 12 (Basis Reported to IRS) as being checked for this section. These transactions should be reported on Form 8949 Part II with box D checked.)

| DESCRIPTION (Box 1a) | QUANTITY | DATE ACQUIRED (Box 1b) | DATE SOLD (Box 1c) | PROCEEDS (Box 1d) | COST OR OTHER BASIS (Box 1e) | ACCRUED MARKET DISCOUNT (Box 1f) | WASH SALE LOSS DISALLOWED (Box 1g) | GAIN/(LOSS) AMOUNT | FEDERAL INCOME TAX WITHHELD (Box 4) |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW(Cont.) | | CUSIP: 59134N302 | | Symbol: MMATQ | | | | | |
| | 83.876 | 01/31/23 | 07/01/24 | $250.78 | $8,301.30 | $0.00 | $0.00 | ($8,050.52) | $0.00 |
| | 110.520 | 01/31/23 | 07/01/24 | $330.43 | $11,050.00 | $0.00 | $0.00 | ($10,719.57) | $0.00 |
| | 0.500 | 03/30/23 | 07/01/24 | $1.49 | $21.75 | $0.00 | $0.00 | ($20.26) | $0.00 |
| | 1.000 | 03/30/23 | 07/01/24 | $2.99 | $43.27 | $0.00 | $0.00 | ($40.28) | $0.00 |
| | 50.009 | 03/30/23 | 07/01/24 | $149.52 | $2,183.00 | $0.00 | $0.00 | ($2,033.48) | $0.00 |
| | 63.012 | 03/30/23 | 07/01/24 | $188.40 | $2,740.50 | $0.00 | $0.00 | ($2,552.10) | $0.00 |
| | 54.510 | 05/04/23 | 07/01/24 | $162.98 | $1,013.70 | $0.00 | $0.00 | ($850.72) | $0.00 |
| Security Subtotal | 1,429.000 | | | $4,272.49 | $216,577.43 | $0.00 | $0.00 | ($212,304.94) | $0.00 |
| **Total Long Term Covered Securities** | | | | **$4,272.49** | **$216,577.43** | **$0.00** | **$0.00** | **($212,304.94)** | **$0.00** |
| **Total Covered and Noncovered Securities** | | | | **$4,272.49** | **$216,577.43** | **$0.00** | **$0.00** | **($212,304.94)** | **$0.00** |

### Form 1099-B Total Reportable Amounts - Does not include cost basis, accrued market discount or wash sale loss disallowed amounts for noncovered securities.

| | | | | | |
|---|---|---|---|---|---|
| **Total IRS Reportable Proceeds (Box 1d)** | $4,272.49 | | | | |
| **Total IRS Reportable Cost or Other Basis for Covered Securities (Box 1e)** | | $216,577.43 | | | |
| **Total IRS Reportable Accrued Market Discount (Box 1f)** | | | $0.00 | | |
| **Total IRS Reportable Wash Sale Loss Disallowed (Box 1g)** | | | | $0.00 | |
| **Total Fed Tax Withheld (Box 4)** | | | | | $0.00 |

E*TRADE from Morgan Stanley

Tax Year 2024

JEFF A SMITH Account Number: 354 181547 205

## FEES AND EXPENSES

### Fees

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/29/24 | Charge | META MATERIALS INC | $(38.00) |
| **Total Fees** | | | **$(38.00)** |

**Consult your tax advisor regarding whether these fees are deductible in your circumstances. If you received any advisory fee rebates, consult your tax advisor regarding the tax consequences to you of receiving those rebates, including whether they are taxable income to you and the effect, if any, of fees charged to you in other accounts with Morgan Stanley.**

**Margin interest information is provided for informational purposes only. To review details of interest charged, please refer to the Margin Loan Schedule on your monthly account statements.**

E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1-31, 2024

**STATEMENT FOR:**
JEFF A SMITH

| | |
|---|---|
| **Beginning Total Value** (as of 7/1/24) | **$661.59** |
| **Ending Total Value** (as of 7/31/24) | **$958.75** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

JEFF A SMITH
7204 OMEGA CT
ZEPHYRHILLS FL 33540

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED • MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

E*TRADE from Morgan Stanley



# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

E*TRADE from Morgan Stanley



# Account Summary

**Self-Directed Retirement Account** **JEFF A SMITH**
**499-271385-209**
**Roth IRA**

## CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (7/1/24-7/31/24) | This Year (1/1/24-7/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$661.59** | **$1,482.57** |
| Credits | 300.00 | 350.00 |
| Debits | — | (38.00) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$300.00** | **$312.00** |
| **Change in Value** | **(2.84)** | **(835.82)** |
| **TOTAL ENDING VALUE** | **$958.75** | **$958.75** |

## MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*




*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

## ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $0.13 | 0.01 |
| Equities | 958.62 | 99.99 |
| **TOTAL VALUE** | **$958.75** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*




*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

E*TRADE from Morgan Stanley



# Account Summary

Self-Directed Retirement Account JEFF A SMITH
499-271385-209
Roth IRA

## BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 6/30/24) | This Period (as of 7/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $0.93 | $0.13 |
| Stocks | 660.66 | 958.62 |
| **Total Assets** | **$661.59** | **$958.75** |
| **TOTAL VALUE** | **$661.59** | **$958.75** |

## CASH FLOW

| | This Period (7/1/24-7/31/24) | This Year (1/1/24-7/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$0.93** | **$0.55** |
| Purchases | (802.88) | (814.50) |
| Sales and Redemptions | 502.08 | 502.08 |
| **Total Investment Related Activity** | **$(300.80)** | **$(312.42)** |
| Electronic Transfers-Credits | 300.00 | 350.00 |
| Other Debits | — | (38.00) |
| **Total Cash Related Activity** | **$300.00** | **$312.00** |
| **CLOSING CASH, BDP, MMFs** | **$0.13** | **$0.13** |

## INCOME AND DISTRIBUTION SUMMARY

| | This Period (7/1/24-7/31/24) | This Year (1/1/24-7/31/24) |
|---|---|---|
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

## GAIN/(LOSS) SUMMARY

| | Realized This Period (7/1/24-7/31/24) | Realized This Year (1/1/24-7/31/24) | Unrealized Inception to Date (as of 7/31/24) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | **$(52,901.59)** | **$(52,901.59)** | **$(310.66)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

E*TRADE from Morgan Stanley



# Account Summary

**Self-Directed Retirement Account** **JEFF A SMITH**
**499-271385-209**
**Roth IRA**

## RETIREMENT RECAP

**2023 Fair Market Value (includes accrued interest): $1,482.57**

| | 2023 | 2024 (year-to-date) | Historical |
|---|---|---|---|
| **Contributions** | | | |
| Individual | $500.00 | $350.00 | $7,850.00 |

## HISTORICAL CONTRIBUTIONS & DISTRIBUTIONS

| | Contributions | Distributions |
|---|---|---|
| 2019 and Prior | $0.00 | $0.00 |
| 2020 | 0.00 | 0.00 |
| 2021 | 0.00 | 0.00 |
| 2022 | 7,000.00 | 0.00 |
| 2023 | 500.00 | 0.00 |
| 2024 | 350.00 | 0.00 |
| **LIFETIME** | **$7,850.00** | **$0.00** |

*The contribution and distribution information on this page is based on information you provided and not intended for tax purposes. Contributions are recorded for the year in which they are received, unless made on or before the applicable deadline and designated for the prior year at the time the contribution is made. Historical information may not include all transactions and/or may group transactions into general categories.*

*Refer to the Additional Retirement Account Information in the Expanded Disclosures.*

*The historical information reflected here does not include transactions occurring prior to 1/1/22.*

## BENEFICIARIES (Visit www.etrade.com to view and update your beneficiaries.)

**Primary Beneficiary**

Colleen R Smith

*The beneficiary information above is for informational purposes only. The official record is the last dated beneficiary designation received by us in acceptable form, either in writing or submitted electronically, during your lifetime. If there is a discrepancy, the beneficiaries listed on your last dated beneficiary designation received in acceptable form will govern.*

# Account Detail

**Self-Directed Retirement Account** **JEFF A SMITH**
**499-271385-209**
**Roth IRA**

**Investment Objectives (in order of priority):** Capital Appreciation **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **MORGAN STANLEY PRIVATE BANK NA** | **$0.13** | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **0.01%** | **$0.13** | — |

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **HUB CYBER SECURITY LTD NEW (HUBC)**<br>*Asset Class: Equities* | 1,229.000 | $0.780 | $1,269.28 | **$958.62** | $(310.66) | — | — |

E*TRADE from Morgan Stanley



## Account Detail

Self-Directed Retirement Account JEFF A SMITH
499-271385-209
Roth IRA

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | **99.99%** | **$1,269.28** | **$958.62** | **$(310.66)** | — | — |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | **$1,269.28** | **$958.75** | **$(310.66)** | — / — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $0.13 | — | — | — | — | — |
| Stocks | — | $958.62 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$0.13** | **$958.62** | — | — | — | — |

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 7/1 | | Online Transfer | ACH DEPOSIT | REFID:111166202906; | | | $300.00 |
| 7/1 | 7/2 | Sold | META MATERIALS INC NEW | ACTED AS AGENT UNSOLICITED TRADE | 151.000 | 2.9922 | 451.77 |
| 7/1 | 7/2 | Sold | META MATERIALS INC NEW | ACTED AS AGENT UNSOLICITED TRADE | 17.000 | 2.9600 | 50.31 |
| 7/1 | 7/2 | Bought | HUB CYBER SECURITY LTD NEW | ACTED AS AGENT UNSOLICITED TRADE | 1,030.000 | 0.7720 | (795.16) |
| 7/1 | 7/2 | Bought | HUB CYBER SECURITY LTD NEW | ACTED AS AGENT UNSOLICITED TRADE | 10.000 | 0.7720 | (7.72) |
| **NET CREDITS/(DEBITS)** | | | | | | | **$(0.80)** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

# Account Detail

**Self-Directed Retirement Account** **JEFF A SMITH**
**499-271385-209**
**Roth IRA**

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 7/2 | Automatic Redemption | BANK DEPOSIT PROGRAM | $(0.80) |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important: Options Disclosure Document Updated**

The Options Clearing Corporation (OCC) has published an updated Options Disclosure Document, summarizing the characteristics and risks of trading standardized options. You can view the updated document at https://www.theocc.com/Company-Information/Documents-and-Archives/Options-Disclosure-Document. If you would like a paper copy, please contact us.