Honorable Gary Spraker
United States Bankruptcy Judge

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**ORDER APPROVING *EX PARTE* APPLICATION BY CHAPTER 7 TRUSTEE TO (1) APPROVE THE REVISED POWER OF ATTORNEY AND CONTINGENT FEE CONTRACT, AND (2) EMPLOY THE LAW FIRM OF GRANT & EISENHOFER AS SPECIAL LITIGATION COUNSEL**<br><br>Hearing Date: N/A<br>Hearing Time: |

The Court having considered the Ex Parte Application of Christina Lovato, Trustee for the estate of Meta Materials Inc., seeking approval of the revised power of attorney and contingent fee contract with Christian Attar and Kasowitz Torres & Benson LLP, and authorizing the employment of Grant & Eisenhofer (together the "Firms") as her special counsel, and the Court

being satisfied that the Firms do not hold or represent any interest adverse to the estate, are disinterested persons within the meaning of 11 U.S.C. § 101, and that the United States Trustee has interposed no objection to the Application,

**IT IS HEREBY ORDERED** that the revised power of attorney and contingent fee contract and the employment of Abe Alexander and Grant & Eisenhofer as additional special litigation counsel is approved, effective as of August 7, 2026, for the purpose and on the terms and conditions set forth in the Trustee's Application subject, however, to approval by this Court under 11 U.S.C. § 330, after notice and hearing, of all compensation and reimbursement requested by the law firms of Christian Attar, Kasowitz Benson Torres LLP and Grant & Eisenhofer.

Submitted by:

HARTMAN & HARTMAN

*<u>/s/ Jeffrey L. Hartman</u>*
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # #