NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792-gs

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
Joseph D. Gass
7324 Shadow bend dr.
Fort Worth TX. 76137

Telephone Number: 682-429-4090

☑ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
SEP 04 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK
MAG

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only): Equiniti - 000016263

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Webull Financial LLC
44 Wall street, New york, NY 10005

**Telephone Number:**

3. **Date Equity Interest was acquired:** See Attached Documentation

4. **Total amount of member interest:** 1,139.5 Shares

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Inrestor share holder

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joseph Gass
Title:
Company:__ Address and telephone number (if different from notice address above):

[signature] (Signature) Aug. 24, 2026 (Date)

Telephone number: 682-429-4090 email: gossJoey@Gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

I N D I V I D U A L A C C O U N T

*January 1, 2023 - February 28, 2023*



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**JOSEPH GASS**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 24.5 | $0.64 | $15.68 | $29.16 | -46% | | 21.550% |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 1,115 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$15.68** | | | | **21.550%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$57.08** | | | | **78.450%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$72.76** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| NAME CHG | 02/13/23 | C | NEXT BRIDGE HYDROCARBONS INC<br>- A PRIVATE COMPANY -<br>NAME CHANGE FROM 591994371<br>TO 8AQ9903<br>RESULT OF NAME CHANGE<br>Security Number: 8AQ9903 | 1,115 | | | |

I N D I V I D U A L  A C C O U N T

*November 1, 2022 - December 31, 2022*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 24.5 | $1.19 | $29.16 | $25.97 | 12% | | 33.813% |
| META MATLS<br>PREFERRED STOCK CONTRA CUSIP | 591994371 | C | 1,115 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$29.16** | | | | **33.813%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$57.08** | | | | **66.187%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$86.24** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| NAME CHG | 12/13/22 | C | META MATLS<br>PREFERRED STOCK CONTRA CUSIP<br>STOCK MERGER @ 1:1<br>FROM 59134N203 TO 591994371<br>RESULT OF NAME CHANGE<br>CUSIP: 591994371 | 1,115 | | | |

I N D I V I D U A L A C C O U N T

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 24.5 | $1.06 | $25.97 | $15.90 | 63% | | .336% |
| META MATLS INC<br>PFD SER A | MMTLP | C | 1,115 | 6.85 | 7,637.75 | 1,717.10 | 345 | | 98.924 |
| **Total Equities** | | | | | **$7,663.72** | | | | **99.261%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$57.08** | | | | **0.739%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$7,720.80** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 10/25/22 | C | AMBEV S A<br>ADS<br>CUSIP: 02319V103 | 1 | $2.85 | | $2.83 |
| SOLD | 10/25/22 | C | ADT INC<br>COMMON STOCK<br>OTHER REPURCHASE TRANSACTIONS<br>CUSIP: 00090Q103 | 2 | 8.45 | | 16.88 |
| **Total Buy / Sell Transactions** | | | | | | | **$19.71** |

I N D I V I D U A L  A C C O U N T

*July 1, 2022 - July 31, 2022*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $2.82 | $2.82 | $2.51 | 12% | | .175% |
| ADT INC COMMON STOCK | ADT | C | 2 | 7.30 | 14.60 | 12.30 | 19 | | .904 |
| META MATLS INC COMMON STOCK | MMAT | C | 24.5 | 0.90 | 22.05 | 25.24 | -13 | | 1.365 |
| META MATLS INC PFD SER A | MMTLP | C | 1,115 | 1.38 | 1,538.70 | 1,722.68 | -11 | | 95.248 |
| **Total Equities** | | | | | **$1,578.17** | | | | **97.691%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.30** | | | | **2.309%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,615.47** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 07/05/22 | C | ADT INC<br>COMMON STOCK<br>CASH DIV ON 2 SHS<br>REC 06/16/22 PAY 07/05/22<br>CUSIP: 00090Q103 | | $0.035 | | $0.07 |
| **Total Dividends And Interest** | | | | | | | **$0.07** |

I N D I V I D U A L   A C C O U N T

*April 1, 2022 - April 30, 2022*



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**JOSEPH GASS**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $2.91 | $2.91 | $3.23 | -10% | | .196% |
| ADT INC COMMON STOCK | ADT | C | 2 | 6.85 | 13.70 | 15.18 | -10 | | .921 |
| META MATLS INC COMMON STOCK | MMAT | C | 24.5 | 1.20 | 29.40 | 40.92 | -28 | | 1.976 |
| META MATLS INC PFD SER A | MMTLP | C | 1,115 | 1.26 | 1,404.90 | 1,360.30 | 3 | | 94.406 |
| **Total Equities** | | | | | **$1,450.91** | | | | **97.498%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.23** | | | | **2.502%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,488.14** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 04/04/22 | C | ADT INC COMMON STOCK CASH DIV ON 2 SHS REC 03/17/22 PAY 04/04/22 CUSIP: 00090Q103 | | $0.035 | | $0.07 |
| **Total Dividends And Interest** | | | | | | | **$0.07** |

INDIVIDUAL ACCOUNT

*January 1, 2022 - January 31, 2022*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $2.83 | $2.83 | $2.80 | 1% | | .183% |
| ADT INC COMMON STOCK | ADT | C | 2 | 7.59 | 15.18 | 16.82 | -10 | | .982 |
| META MATLS INC COMMON STOCK | MMAT | C | 24.5 | 1.67 | 40.92 | 60.27 | -32 | | 2.648 |
| META MATLS INC PFD SER A | MMTLP | C | 1,115 | 1.30 | 1,449.50 | 1,683.65 | -14 | | 93.783 |
| **Total Equities** | | | | | **$1,508.43** | | | | **97.596%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.16** | | | | **2.404%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,545.59** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 01/04/22 | C | ADT INC COMMON STOCK CASH DIV ON 2 SHS REC 12/16/21 PAY 01/04/22 CUSIP: 00090Q103 | | $0.035 | | $0.07 |

*December 1, 2021 - December 31, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

INDIVIDUAL ACCOUNT

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A<br>ADS | ABEV | C | 1 | $2.80 | $2.80 | $2.82 | -1% | | .156% |
| ADT INC<br>COMMON STOCK | ADT | C | 2 | 8.41 | 16.82 | 16.62 | 1 | | .934 |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 24.5 | 2.46 | 60.27 | 945.03 | -94 | | 3.347 |
| META MATLS INC<br>PFD SER A | MMTLP | C | 1,115 | 1.51 | 1,683.65 | 2,085.05 | -19 | | 93.508 |
| **Total Equities** | | | | | **$1,763.54** | | | | **97.945%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.00** | | | | **2.055%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,800.54** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 12/01/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 233 | $3.8601 | | $899.36 |
| **Total Buy / Sell Transactions** | | | | | | | **$899.36** |

INDIVIDUAL ACCOUNT

*November 1, 2021 - November 30, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A<br>ADS | ABEV | C | 1 | $2.82 | $2.82 | $2.96 | -5% | | .091% |
| ADT INC<br>COMMON STOCK | ADT | C | 2 | 8.31 | 16.62 | 16.70 | <-1 | | .538 |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 257.5 | 3.67 | 945.03 | 1,210.25 | -22 | | 30.612 |
| META MATLS INC<br>PFD SER A | MMTLP | C | 1,115 | 1.87 | 2,085.05 | 1,427.20 | 46 | | 67.539 |
| **Total Equities** | | | | | **$3,049.52** | | | | **98.781%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.64** | | | | **1.219%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,087.16** | | | | |

## EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 11/29/21 | 12/01/21 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | -233 | $3.8601 | | $899.36 |
| **Total Executed Trades Pending Settlement** | | | | | | | | **$899.36** |

I N D I V I D U A L   A C C O U N T

*October 1, 2021 - October 31, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $2.96 | $2.96 | $2.76 | 7% | | .110% |
| ADT INC COMMON STOCK | ADT | C | 2 | 8.35 | 16.70 | 16.18 | 3 | | .620 |
| META MATLS INC COMMON STOCK | MMAT | C | 257.5 | 4.70 | 1,210.25 | 3,222.35 | -62 | | 44.911 |
| META MATLS INC PFD SER A | MMTLP | C | 1,115 | 1.28 | 1,427.20 | | N/A | | 52.962 |
| **Total Equities** | | | | | **$2,657.11** | | | | **98.603%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$37.64** | | | | **1.397%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,694.75** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 10/27/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 300 | $4.4407 | | $1,332.16 |
| **Total Buy / Sell Transactions** | | | | | | | **$1,332.16** |

*July 1, 2021 - July 31, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

INDIVIDUAL ACCOUNT

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $3.17 | $3.17 | $3.44 | -8% | | .160% |
| ADT INC COMMON STOCK | ADT | C | 2 | 10.49 | 20.98 | 21.58 | -3 | | 1.059 |
| META MATLS INC COMMON STOCK | MMAT | C | 557.5 | 3.50 | 1,951.25 | 4,175.68 | -53 | | 98.508 |
| META MATLS INC PFD SER A | 59134N203 | C | 1,115 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$1,975.40** | | | | **99.727%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$5.41** | | | | **0.273%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,980.81** | | | | |

*June 1, 2021 - June 30, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A<br>ADS | ABEV | C | 1 | $3.44 | $3.44 | $3.46 | -1% | | .082% |
| ADT INC<br>COMMON STOCK | ADT | C | 2 | 10.79 | 21.58 | 20.68 | 4 | | .513 |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 557.5 | 7.49 | 4,175.68 | | N/A | | 99.278 |
| **Total Equities** | | | | | **$4,200.70** | | | | **99.873%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$5.34** | | | | **0.127%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,206.04** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 8 | $9.77 | $78.16 | |
| **Total Buy / Sell Transactions** | | | | | | **$78.16** | |

I N D I V I D U A L A C C O U N T

*May 1, 2021 - May 31, 2021*

PAGE **2** OF 7

ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $3.46 | $3.46 | $2.78 | 24% | | .126% |
| ADT INC COMMON STOCK | ADT | C | 2 | 10.34 | 20.68 | 18.40 | 12 | | .754 |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 1,107 | 2.38 | 2,634.66 | 1,706.81 | 54 | | 96.075 |
| **Total Equities** | | | | | **$2,658.80** | | | | **96.955%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$83.50** | | | | **3.045%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,742.30** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 05/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 300 | $2.27 | $681.00 | |
| SOLD | 05/25/21 | C | BIOFRONTERA AG AMERICAN DEPOSITARY SHARES CUSIP: 09075G105 | 88 | 6.34 | | 557.90 |
| **Total Buy / Sell Transactions** | | | | | | **$681.00** | **$557.90** |

*February 1, 2021 - February 28, 2021*



ACCOUNT NUMBER **5WA-08505-12 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**JOSEPH GASS**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMBEV S A ADS | ABEV | C | 1 | $2.55 | $2.55 | $2.79 | -9% | | .587% |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 150 | 2.48 | 372.00 | | N/A | | 85.610 |
| **Total Equities** | | | | | **$374.55** | | | | **86.197%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$59.98** | | | | **13.803%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$434.53** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/03/21 | C | SUNDIAL GROWERS INC COM CUSIP: 86730L109 | 50 | $1.02 | $51.00 | |
| SOLD | 02/17/21 | C | SUNDIAL GROWERS INC COM CUSIP: 86730L109 | 300 | 2.18 | | 653.94 |
| BOUGHT | 02/18/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 150 | 4.215 | 632.25 | |
| **Total Buy / Sell Transactions** | | | | | | **$683.25** | **$653.94** |