NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | **PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
Diana Bollinger
30123 Emmetts Ct
Wesley Chapel, Fl 33543

Telephone Number: 813-924-3524

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only): See attached docs

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Fidelity & Wells Fargo
see attached documentation

**Telephone Number:**

3. **Date Equity Interest was acquired:**
06/2021 - 11/2022
See attached documents for more details.

4. **Total amount of member interest:** MMAT shares 301 realized loss (77,666) 30,100 pre-split

5. **Certificate number(s):**______________________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☒ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor / Shareholder

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Diana Bollinger
Title:
Company:__ Address and telephone number (if different from notice address above):
________________________
________________________

Diana Bollinger (Signature) 8/12/2026 (Date)
Telephone number: 813-924-3524 email: dibolling49@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: DIANA BOLLINGER

MMAT HOLDINGS:

BROKER: FIDELITY (2024 Tax Reporting Statements included)

ACCT #: X84-829130

TAX YEAR 2024:

Purchased on various dates in 06/21, 08/21, 10/21, & 11/21

And then Sold on 06/13/2024 for a loss

**Total Shares: 22*, Cost Basis: $10,659, Realized Losses: $(10,583)**

***Total Shares are after 1 for 100 reverse stock split (2,200 shares pre-split)**

ACCT #: X84-542904

TAX YEAR 2024:

Purchases on various dates in 06/21, 8/21, 11/21, 01/22, 03/22, & 07/22

And then Sold on 06/13/2024 for a loss

**Total Shares: 63*, Cost Basis: $23,607 Realized Losses: $(23,394)**

***Total Shares are after 1 for 100 reverse stock split (6,300 shares pre-split)**

TRADITIONAL IRA ACCT #: 236-088230

TAX YEAR 2024:

Purchased in 2021 and sold in 06/24 for a loss

**Total Shares: 44*, Cost Basis: $15,343 Realized Losses: $(15,193)**

***Total Shares are after 1 for 100 reverse stock split (4,400 shares pre-split)**

MMAT HOLDINGS (continued):

BROKER: WELLS FARGO (2024 Tax Reporting Statement included)

ACCT # 2466-0482

TAX YEAR 2024:

Purchased on 03/23/2022 AND 11/04/2022

And then Sold on 10/03/2024 for a loss

**Total Shares: 172*, Cost Basis: $29,083, Realized Losses: $(28,496)**

***Total Shares are after 1 for 100 reverse stock split (17,200 shares pre-split)**

**SUMMARY:**

**Total Shares: 301*, Cost Basis: $78,692 Realized Losses: $(77,666)**

***Total Shares are after 1 for 100 reverse stock split (30,100 shares pre-split)**

Fidelity INVESTMENTS

# 2024 TAX REPORTING STATEMENT

DIANA A BOLLINGER

Account No. **X84-829130** Customer Service: 800-544-6666
Recipient ID No. *****-**-6036** Payer's Fed ID Number: 04-3523567

**FORM 1099-B*** **2024 Proceeds from Broker and Barter Exchange Transactions** Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM NEW ISIN #US59134, MMATQ, 59134N302 | | | | | | | | | | |
| Sale | 1.465 | 06/14/21 | 06/13/24 | 5.05 | 879.81 | | | -874.76 | | |
| Sale | 1.420 | 06/14/21 | 06/13/24 | 4.90 | 874.02 | | | -869.12 | | |
| Sale | 0.002 | 06/14/21 | 06/13/24 | 0.01 | 1.43 | | | -1.42 | | |
| Sale | 3.107 | 08/30/21 | 06/13/24 | 10.72 | 1,498.70 | | | -1,487.98 | | |
| Sale | 0.003 | 08/30/21 | 06/13/24 | 0.01 | 1.30 | | | -1.29 | | |
| Sale | 5.763 | 10/12/21 | 06/13/24 | 19.88 | 2,998.51 | | | -2,978.63 | | |
| Sale | 0.003 | 10/12/21 | 06/13/24 | 0.01 | 1.49 | | | -1.48 | | |
| Sale | 2.085 | 10/29/21 | 06/13/24 | 7.19 | 997.53 | | | -990.34 | | |
| Sale | 0.005 | 10/29/21 | 06/13/24 | 0.02 | 2.47 | | | -2.45 | | |
| Sale | 0.008 | 11/04/21 | 06/13/24 | 0.03 | 3.95 | | | -3.92 | | |
| Sale | 0.972 | 11/04/21 | 06/13/24 | 3.35 | 481.08 | | | -477.73 | | |
| Sale | 0.004 | 11/22/21 | 06/13/24 | 0.01 | 1.50 | | | -1.49 | | |
| Sale | 7.163 | 11/22/21 | 06/13/24 | 24.72 | 2,917.06 | | | -2,892.34 | | |
| **Subtotals** | | | | **75.90** | **10,658.85** | | | | | |
| **TOTALS** | | | | **75.90** | **10,658.85** | **0.00** | **0.00** | | **0.00** | |
| | | **Box D Long-Term Realized Gain** | | | | | | **0.00** | | |
| | | **Box D Long-Term Realized Loss** | | | | | | **-10,582.95** | | |

*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

Fidelity INVESTMENTS

# 2024 TAX REPORTING STATEMENT

DIANA A BOLLINGER

Account No. X84-542904 Customer Service: 800-544-6666
Recipient ID No. ***-**-6036 Payer's Fed ID Number: 04-3523567

**FORM 1099-B*** **2024 Proceeds from Broker and Barter Exchange Transactions** Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6** & **12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4 Federal Income Tax Withheld** | **14** State **16** State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM NEW ISIN #US59134, MMATQ, 59134N302 | | | | | | | | | | |
| Sale | 0.003 | 06/15/21 | 06/13/24 | 0.01 | 2.54 | | | -2.53 | | |
| Sale | 0.546 | 06/15/21 | 06/13/24 | 1.85 | 432.56 | | | -430.71 | | |
| Sale | 0.002 | 06/15/21 | 06/13/24 | 0.01 | 1.24 | | | -1.23 | | |
| Sale | 0.546 | 06/15/21 | 06/13/24 | 1.85 | 436.48 | | | -434.63 | | |
| Sale | 1.583 | 06/16/21 | 06/13/24 | 5.36 | 1,746.85 | | | -1,741.49 | | |
| Sale | 0.004 | 06/16/21 | 06/13/24 | 0.01 | 4.04 | | | -4.03 | | |
| Sale | 1.653 | 06/16/21 | 06/13/24 | 5.59 | 1,747.69 | | | -1,742.10 | | |
| Sale | 0.003 | 06/16/21 | 06/13/24 | 0.01 | 3.20 | | | -3.19 | | |
| Sale | 20.963 | 08/23/21 | 06/13/24 | 70.93 | 6,993.00 | | | -6,922.07 | | |
| Sale | 0.021 | 08/23/21 | 06/13/24 | 0.07 | 7.00 | | | -6.93 | | |
| Sale | 0.008 | 08/24/21 | 06/13/24 | 0.03 | 2.67 | | | -2.64 | | |
| Sale | 2.904 | 08/24/21 | 06/13/24 | 9.83 | 997.33 | | | -987.50 | | |
| Sale | 0.009 | 08/24/21 | 06/13/24 | 0.03 | 3.37 | | | -3.34 | | |
| Sale | 2.813 | 08/24/21 | 06/13/24 | 9.52 | 996.63 | | | -987.11 | | |
| Sale | 0.002 | 08/30/21 | 06/13/24 | 0.01 | 0.82 | | | -0.81 | | |
| Sale | 0.476 | 08/30/21 | 06/13/24 | 1.61 | 227.25 | | | -225.64 | | |
| Sale | 1.022 | 11/04/21 | 06/13/24 | 3.46 | 502.59 | | | -499.13 | | |
| Sale | 0.009 | 11/04/21 | 06/13/24 | 0.03 | 4.38 | | | -4.35 | | |
| Sale | 2.296 | 11/22/21 | 06/13/24 | 7.77 | 928.29 | | | -920.52 | | |
| Sale | 0.001 | 11/22/21 | 06/13/24 | 0.00 | 0.58 | | | -0.58 | | |
| Sale | 0.121 | 11/22/21 | 06/13/24 | 0.41 | 49.43 | | | -49.02 | | |
| Sale | 0.001 | 11/22/21 | 06/13/24 | 0.00 | 0.56 | | | -0.56 | | |
| Sale | 7.082 | 11/23/21 | 06/13/24 | 23.96 | 2,726.50 | | | -2,702.54 | | |

*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

Fidelity INVESTMENTS

# 2024 TAX REPORTING STATEMENT

DIANA A BOLLINGER

Account No. X84-542904 Customer Service: 800-544-6666
Recipient ID No. ***-**-6036 Payer's Fed ID Number: 04-3523567

## FORM 1099-B* 2024 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No: 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6** & **12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4 Federal Income Tax Withheld** | **14** State **16** State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM NEW ISIN #US59134, MMATQ, 59134N302 | | | | | | | | | | |
| Sale | 0.030 | 11/23/21 | 06/13/24 | 0.10 | 11.69 | | | -11.59 | | |
| Sale | 0.002 | 11/23/21 | 06/13/24 | 0.01 | 0.68 | | | -0.67 | | |
| Sale | 11.068 | 11/23/21 | 06/13/24 | 37.45 | 4,261.13 | | | -4,223.68 | | |
| Sale | 0.003 | 01/10/22 | 06/13/24 | 0.01 | 0.62 | | | -0.61 | | |
| Sale | 2.307 | 01/10/22 | 06/13/24 | 7.81 | 503.22 | | | -495.41 | | |
| Sale | 0.002 | 03/10/22 | 06/13/24 | 0.01 | 0.35 | | | -0.34 | | |
| Sale | 4.441 | 03/10/22 | 06/13/24 | 15.03 | 705.65 | | | -690.62 | | |
| Sale | 0.010 | 07/05/22 | 06/13/24 | 0.03 | 1.02 | | | -0.99 | | |
| Sale | 0.003 | 07/05/22 | 06/13/24 | 0.01 | 0.33 | | | -0.32 | | |
| Sale | 3.066 | 07/05/22 | 06/13/24 | 10.35 | 307.55 | | | -297.20 | | |
| **Subtotals** | | | | **213.16** | **23,607.24** | | | | | |
| QUEST DIAGNOSTICS INC COM USD0.01, DGX, 74834L100 | | | | | | | | | | |
| Sale | 0.979 | 10/29/21 | 10/23/24 | 152.23 | 143.68(e) | | | 8.55 | | |
| Sale | 1.781 | 11/30/21 | 10/23/24 | 276.94 | 264.77(e) | | | 12.17 | | |
| Sale | 1.426 | 12/31/21 | 10/23/24 | 221.79 | 246.75(e) | | 21.03 | -24.96 | | |
| Sale | 1.842 | 01/31/22 | 10/23/24 | 286.49 | 248.73(e) | | | 37.76 | | |
| Sale | 1.424 | 02/28/22 | 10/23/24 | 221.42 | 186.90(e) | | | 34.52 | | |
| Sale | 1.283 | 07/29/22 | 10/23/24 | 199.46 | 175.16(e) | | | 24.30 | | |
| Sale | 1.785 | 09/30/22 | 10/23/24 | 277.53 | 218.95(e) | | | 58.58 | | |
| Sale | 1.154 | 11/30/22 | 10/23/24 | 179.42 | 175.17(e) | | | 4.25 | | |
| Sale | 1.180 | 01/31/23 | 10/23/24 | 183.46 | 175.16(e) | | | 8.30 | | |

*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

# Activity

**Account # 236-088230**
**DIANA A BOLLINGER - TRADITIONAL IRA**

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/14 | **HUB CYBER SECURITY LTD COM NPV(POST REV** SPLIT) | M6000J135 | You Bought | 190.000 | $0.73510 | | - | -$139.67 |
| 06/14 | **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Sold *Transaction Loss: $15,193.25* | -44.000 | 3.40010 | 15,342.85 | - | 149.60 |
| Total Securities Bought | | | | | | - | - | -$139.67 |
| Total Securities Sold | | | | | | $15,342.85 | - | $149.60 |
| **Net Securities Bought & Sold** | | | | | | | - | **$9.93** |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/28 | **FIDELITY GOVERNMENT MONEY MARKET** | 31617H102 | Dividend Received | - | - | $0.02 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.02** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/14 | CASH | You Bought | **FIDELITY GOVERNMENT MONEY MARKET** MORNING TRADE @ 1 | 9.930 | $1.0000 | $9.93 | $9.93 |
| 06/28 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET** REINVEST @ $1.000 | 0.020 | 1.0000 | 0.02 | 9.95 |
| **Total Core Fund Activity** | | | | | | **$9.95** | |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

MR_CE_BQLTTHBBBLPSS_BBBBB 20240628 S

INVESTMENT REPORT
**June 1, 2024 - June 30, 2024**

# Holdings

**Account # 236-088230**
**DIANA A BOLLINGER - TRADITIONAL IRA**

## Core Account

| Description | Beginning Market Value Jun 1, 2024 | Quantity Jun 30, 2024 | Price Per Unit Jun 30, 2024 | Ending Market Value Jun 30, 2024 | Cost | Unrealized Gain/Loss Jun 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) | unavailable | 9.950 | $1.0000 | $9.95 | not applicable | not applicable | $0.49<br>4.920% |
| **Total Core Account (6% of account holdings)** | **unavailable** | | | **$9.95** | | | **$0.49** |

## Stocks

| Description | Beginning Market Value Jun 1, 2024 | Quantity Jun 30, 2024 | Price Per Unit Jun 30, 2024 | Ending Market Value Jun 30, 2024 | Cost | Unrealized Gain/Loss Jun 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **HUB CYBER SECURITY LTD COM NPV(POST REV** SPLIT) (HUBC) | unavailable | 190.000 | $0.8200 | $155.80 | $139.67 | $16.13 | -<br>- |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | 176.85 | 1.000 | 3.0100 | 3.01 | 389.76 | -386.75 | -<br>- |
| Total Common Stock (94% of account holdings) | $176.85 | | | $158.81 | $529.43 | -$370.62 | - |
| **Total Stocks (94% of account holdings)** | **$176.85** | | | **$158.81** | **$529.43** | **-$370.62** | **-** |
| **Total Holdings** | | | | **$168.76** | **$529.43** | **-$370.62** | **$0.49** |

*All positions held in cash account unless indicated otherwise.*

EAI & EY *__Estimated Annual Income (EAI) & Estimated Yield (EY)__- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* ***For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE_BQLTTHBBBLPSS_BBBBB 20240628 S

WELLS FARGO Advisors

# 2024 Consolidated Forms 1099

**As of Date:** 01/27/25



**Account Number:** 3381-0640

**DIANA BOLLINGER**
**30123 EMMETTS CT**

## 1099-B Proceeds from Broker and Barter Exchange Transactions Summary

Refer to Proceeds from Broker and Barter Exchange Transactions for detailed information regarding these summary values. The amounts shown below are for informational purposes only.

| SHORT TERM GAINS OR (LOSSES) - REPORT ON FORM 8949, PART I | | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|
| Box A (basis reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Box A - Ordinary - (basis reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Box A** | ***Subtotals*** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Box B (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Box B - Ordinary - (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Box B** | ***Subtotals*** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | ***Total Short Term*** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| LONG TERM GAINS OR (LOSSES) - REPORT ON FORM 8949, PART II | | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|
| Box D (basis reported to IRS) | | 609.83 | 29,099.54 | 0.00 | 0.00 | -28,489.71 |
| Box D - Ordinary - (basis reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Box D** | ***Subtotals*** | **609.83** | **29,099.54** | **0.00** | **0.00** | **-28,489.71** |
| Box E (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Box E - Ordinary - (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Box E** | ***Subtotals*** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | ***Total Long Term*** | **$609.83** | **$29,099.54** | **$0.00** | **$0.00** | **($28,489.71)** |

| UNKNOWN TERM - CODE (X) REPORT ON FORM 8949 PART I OR PART II | | PROCEEDS | COST BASIS | MARKET DISCOUNT | WASH SALE LOSS DISALLOWED | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|
| Box B or Box E (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Box B or Box E - Ordinary - (basis not reported to IRS) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***Total Unknown Term*** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

# 2024 Consolidated Forms 1099



**As of Date:** 01/27/25

**Account Number:** 3381-0640

**DIANA BOLLINGER**
**30123 EMMETTS CT**

## Reportable Tax Information

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: **Taxpayers are ultimately responsible for the accuracy of their tax returns.**

**1099-B Proceeds from Broker and Barter Exchange Transactions Details** **OMB No. 1545-0715**

### Long Term Gains/Losses - Report on Form 8949, Part II with Box D checked

**Box 2:** Type of Gain or Loss - Long Term
**Box 5:** Box Not Checked (Covered Security)
**Box 6:** Gross Proceeds
**Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| APA CORP CUSIP: 03743Q108 | 0.64000 | 08/20/2021 | 04/10/2024 | 22.47 | 16.59 | 0.00 | 0.00 | 5.88 | Cash in Lieu |
| META MATLS INC NEW NEW CUSIP: 59134N302 | 6.97406 | 08/20/2021 | 06/13/2024 | 23.81 | 2,002.19 | 0.00 | 0.00 | -1,978.38 | |
| | 5.46670 | 08/25/2021 | 06/13/2024 | 18.66 | 2,001.92 | 0.00 | 0.00 | -1,983.26 | |
| | 24.30872 | 11/23/2021 | 06/13/2024 | 83.01 | 9,093.99 | 0.00 | 0.00 | -9,010.98 | |
| | 2.21080 | 01/10/2022 | 06/13/2024 | 7.54 | 498.30 | 0.00 | 0.00 | -490.76 | |
| | 58.28465 | 01/10/2022 | 06/13/2024 | 199.04 | 13,021.00 | 0.00 | 0.00 | -12,821.96 | |
| | 1.27623 | 03/11/2022 | 06/13/2024 | 4.35 | 203.01 | 0.00 | 0.00 | -198.66 | |
| | 4.64267 | 06/28/2022 | 06/13/2024 | 15.85 | 498.91 | 0.00 | 0.00 | -483.06 | |
| | 3.51718 | 02/27/2023 | 06/13/2024 | 12.01 | 269.45 | 0.00 | 0.00 | -257.44 | |
| | 65.31899 | 04/14/2023 | 06/13/2024 | 223.09 | 1,494.18 | 0.00 | 0.00 | -1,271.09 | |
| ***Subtotals*** | **172.00000** | | | **$587.36** | **$29,082.95** | **$0.00** | **$0.00** | **($28,495.59)** | |
| ***Totals (8949, Part II with Box D checked)*** | | | | **$609.83** | **$29,099.54** | **$0.00** | **$0.00** | **($28,489.71)** | |

For some tax lots complete data is not available. Therefore, you may see N/A or 0.00 in the Proceeds, Cost or Gain/Loss column(s). In these situations, you should determine the actual cost or proceeds and calculate the Gain/Loss. Please note that the totals and subtotals will include any available cost or proceeds, even if the Gain/Loss is marked N/A.

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT) - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**
**The above is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the income is taxable and the IRS determines that it has not been reported.**