Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE AND ASSIGNMENT OF LITIGATION CLAIMS**<br><br>Hearing Date: October 13, 2026<br>Hearing Time: 1:30 p.m. |

SEE ATTACHED

Jeffrey L. Hartman, Esq. – NSB #1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Kent R. Robison, Esq. – NSB #1167
**ROBISON LAW GROUP**
71 Washington Street
Reno, Nevada 89503
T: (775) 329-3151
krobison@robison-law.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
**SBW LAW GROUP**
3600 Mayberry Drive
Reno, Nevada 89509
T: (775) 299-4051
cbrust@sbwlawgroup.com
hwinston@sbwlawgroup.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7) |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>AUTHENTIX, INC., a Delaware corporation; AUTHENTIX SOLUTIONS CANADA, INC., a British Columbia corporation; and DOES I-V,<br><br>Defendants. | Adversary No.: 26-05037-gs<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE AND ASSIGNMENT OF LITIGATION CLAIMS**<br><br>Hearing Date: October 13, 2026<br>Hearing Time: 1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that Christina W. Lovato, in her capacity as the chapter 7 trustee ("***Trustee***" or "***Plaintiff***") for the bankruptcy estate of Meta Materials Inc. ("***Estate***" or "***Meta***"), has filed her Motion requesting an Order authorizing the sale and assignment of litigation claims owned by the Estate to BaileyBridge, Inc., a Texas corporation ("BaileyBridge"), for

$250,000 plus 20% of any net recovery after attorneys' fees and costs ("Motion"); Adversary Proceeding nos. 26-05037 ("Authentix"), and 26-05038 ("24M"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing will be held before United States Bankruptcy Judge Gary Spraker on **October 13, 2026** at **1:30 p.m**. The hearing will be held remotely via video conference (Zoom) before the Honorable Gary Spraker. The Courtroom Deputy will email participants a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation.

**Please note** the following information for the above-referenced hearing(s): For Meta - **listen only** info, the call in number is +16692545252; 1600421788#; Passcode: 516252. Anyone who is invited to speak will be contacted the day before by the Courtroom Deputy and given their instructions at that time.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's

Office, 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: September 15, 2026.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.

**ROBISON LAW GROUP**

*/s/ Kent R. Robison*
Kent R. Robison, Esq.

**SBW LAW GROUP**

*/s/ Clayton P. Brust*
Clayton P. Brust, Esq.

Attorneys for Christina Lovato, Trustee/Plaintiff