NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** meta materials, inc

**Case Number:** 24-50792-GS

MAG

RECEIVED AND FILED
SEP 15 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Stephen j ORth
233 S. Lochinvar St.
Wichita, Kansas 67207

Telephone Number: 316-305-3908

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only):

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

**Telephone Number:**

3. **Date Equity Interest was acquired:** 2023

4. **Total amount of member interest:** 27,774.00

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ____________

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stephen J. ORth
Title:
Company:__ Address and telephone number (if different from notice address above):

Stephen J. Orth
(Signature) (Date)

Telephone number: 316 305-3908 email: ksteve35@AOL.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

**binhood Markets Inc. as agent for**
**binhood Securities LLC**
Villow Road
lo Park, CA 94025
tomer Service: 650-940-2700

/ER'S TIN: 46-4364776

**Tax Information**
**Account 561392382**

Stephen Orth
233 Lochinvar Street
Wichita, KS 67207

RECIPIENT'S TIN: XXX-XX-7590

**Statement Date: 02/12/2024**

**2023**

] FATCA filing requirement (see instructions)

## Summary Information

/IDENDS AND DISTRIBUTIONS 2023 1099-DIV* OMB No. 1545-0110

| | |
|---|---|
| Total ordinary dividends (includes lines 1b, 5, 2e) | 0.00 |
| Qualified dividends | 0.00 |
| Total capital gain distributions (includes lines 2b, 2c, 2d, 2f) | 0.00 |
| Unrecaptured Section 1250 gain | 0.00 |
| Section 1202 gain | 0.00 |
| Collectibles (28%) gain | 0.00 |
| Section 897 ordinary dividends | 0.00 |
| Section 897 capital gain | 0.00 |
| Nondividend distributions | 0.00 |
| **Federal income tax withheld** | **0.00** |
| Section 199A dividends | 0.00 |
| Investment expenses | 0.00 |
| Foreign country or US possession: 7- Foreign tax paid: | 0.00 |
| Cash liquidation distributions | 0.00 |
| Noncash liquidation distributions | 0.00 |
| Exempt-interest dividends (includes line 13) | 0.00 |
| Specified private activity bond interest dividends (AMT) | 0.00 |

13 - [ ] FATCA filing requirement (see instructions)

MISCELLANEOUS INFORMATION 2023 1099-MISC* OMB No. 1545-0115

| | |
|---|---|
| 2- Royalties | 0.00 |
| 3- Other income | 0.00 |
| **4- Federal income tax withheld** | **0.00** |
| 8- Substitute payments in lieu of dividends or interest | 0.00 |

SECTION 1256 CONTRACTS 2023 1099-B* OMB No. 1545-0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | 0.00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | 0.00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | 0.00 |
| 11- Aggregate profit or (loss) on contracts | 0.00 |

*If applicable, proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document.*

*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

MMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

r to the 1099-B and Proceeds not reported to the IRS *pages to ensure that you consider all relevant items and to determine the correct gains and losses. The amounts shown below are for informational purposes.*

| n | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| rt | A (basis reported to the IRS) | 10,634.37 | 8,797.73 | 0.00 | 111.68 | 1,948.32 |
| rt | B (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| rt | C (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Short-term** | **10,634.37** | **8,797.73** | **0.00** | **111.68** | **1,948.32** |
| ) | D (basis reported to the IRS) | 1,572.11 | 27,774.10 | 0.00 | 100.40 | -26,101.59 |
| ) | E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ) | F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Long-term** | **1,572.11** | **27,774.10** | **0.00** | **100.40** | **-26,101.59** |
| etermined | B or E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| etermined | C or F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Grand total** | **12,206.48** | **36,571.83** | **0.00** | **212.08** | **-24,153.27** |

| **ıholding** | **Amount** |
|---|---|
| eral income tax withheld | 0.00 |

ges to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form.

›inhood Markets Inc. as agent for
›inhood Securities LLC

Account 561392382

## Proceeds from Broker and Barter Exchange Transactions

3 **1099-B*** OMB No. 1545-0715

02/12/2024

*›s transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical ıments to establish the cost basis and date of purchase. The Box 12, Check if basis reported to IRS checkmark, is reflected as being checked in the title of the covered securities pages of* Forms *)-B, short-term and long-term. The title pages of the noncovered securities pages for* Forms 1099-B *reflect that* Box 12 *is not being checked, as these securities are not being reported to the IRS.*

*ɜral columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of ɔn premium) or G (Gross). Accrued market discount and wash sale loss disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to ·gnize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used. The change in control condition is reported to the IRS for covered lots. Neither the llowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance.*

*ıe tax lots may have notations in the column of* Additional Information *because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments ƆI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, lots noted as "3 - [X] Collectible" are ɪlled distinctly under the tax code. These conditions are reported to the IRS. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for e scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about ı sales.*

*ıing of written options is presented in a distinct manner in accordance with IRS regulations. For these transactions the* Cost or other basis *(column 1e) is always presented as $0.00 and the ːeeds (column 1d) is the net of the amount received when the option was written and the cost to close the position.*

CA filing requirement [ ]

**›RT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column]** *(Lines 2 & 5)*

ɾt on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
or loss (-)" is NOT reported to the IRS.

| escription of property/CUSIP/Symbol Ɔate ǀ or ıosed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| ∧ MATERIALS INC. COMMON STO CK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 1/23 | 729.894 | 302.01 | Various | 676.98 | ... | -374.97 | Total of 6 transactions |
| 9/23 | 844.000 | 60.15 | 09/05/23 | 200.11 | ... | -139.96 | Sale [25] |
| | **Security total:** | **362.16** | | **877.09** | **...** | **-514.93** | |
| ⌐EN AUTOMOTIVE, INC. COMMON STOCK / CUSIP: 62526P109 / Symbol: | | | | | | | |
| 9/23 | 27,620.000 | 9,841.21 | Various | 7,377.96 | ... | 2,463.25 | Total of 46 transactions |
| 9/23 | 1,211.000 | 431.00 | Various | 542.68 | 111.68 W | 0.00 | Total of 9 transactions |
| | **Security total:** | **10,272.21** | | **7,920.64** | **111.68 W** | **2,463.25** | |
| **ıls :** | | **10,634.37** | | **8,797.73** | **111.68 W** | **1,948.32** | |

**ƨ is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if ncome is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).**

ɔinhood Markets Inc. as agent for
ɔinhood Securities LLC

Account 561392382

## Proceeds from Broker and Barter Exchange Transactions
(continued)

3 **1099-B*** OMB No. 1545-0715

02/12/2024

### ΊG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*

rt on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
or loss (-)" is NOT reported to the IRS.

| escription of property/CUSIP/Symbol Ɔate l or ıosed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| Ɔ, INC. COMMON STOCK / CUSIP: 374396406 / Symbol: | | | | | | | |
| 5/23 | 153.374 | 200.13 | Various | 1,681.72 | ... | -1,481.59 | Total of 2 transactions |
| Ɐ MATERIALS INC. COMMON STO CK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 6/23 | 324.692 | 373.35 | Various | 1,749.24 | ... | -1,375.89 | Total of 3 transactions |
| 6/23 | 110.090 | 126.59 | 06/29/21 | 789.01 | 100.40 W | -562.02 | Sale [25] |
| 1/23 | 1,651.625 | 685.34 | Various | 7,972.77 | ... | -7,287.43 | Total of 6 transactions |
| 9/23 | 2,620.271 | 186.70 | Various | 15,581.36 | ... | -15,394.66 | Total of 27 transactions |
| | **Security total:** | **1,371.98** | | **26,092.38** | **100.40 W** | **-24,620.00** | |
| **ıls :** | | **1,572.11** | | **27,774.10** | **100.40 W** | **-26,101.59** | |

Stephen j ORth
233 S. Lochinvar
Wichita, KS 67207

WICHITA KS 670
12 SEP 2026 AM 2 L

Thinking of You
UNITED STATES OF AMERICA
FOREVER/USA

XRAYED US MARSHALS SERVICE

Las Vegas
Foley Federal Building & US Courthouse
300 Las Vegas Blvd. South
Las Vegas, NV 89101

89101-583399