NVB 3001 (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-GS

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kassandra Spencer
1895 CR 3655
Paradise, TX 76073

Telephone Number: 940 210 8287

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
SEP 21 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 2746

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: ________
☐ amends a previously filed Proof of Interest dated: ________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Robinhood Securities, LLC
500 Colonial Center Parkway Suite 100, Lake Mary, FL 32746

**Telephone Number:** 650-940-2700

3. **Date Equity Interest was acquired:**
Various purchase dates and corporate actions. See attached Robinhood account statement.

4. **Total amount of member interest:** 144 shares

5. **Certificate number(s):** N/A

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**Description:** Beneficial ownership of 144 shares of Meta Materials Inc. common stock (MMATQ) held through Robinhood Securities LLC.

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.

■ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kassandra Spencer
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date)

Telephone number: 940-210-8287 email: kassandra.spencer@outlook.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

# ATTACHMENT A

**DESCRIPTION OF EQUITY INTEREST**
**In Support of Proof of Interest (NVB 3001)**

**Meta Materials Inc.**
**Case No. 24-50792-GS**

---

I am the beneficial owner of 144 shares of Meta Materials Inc. common stock (MMATQ).

These shares are held electronically through Robinhood Securities LLC in a brokerage account. Accordingly, no physical stock certificate has been issued for this equity interest.

My ownership interest was acquired through multiple purchases and corporate actions occurring over time, including the corporate actions associated with the Torchlight Energy Resources Inc. merger with Meta Materials Inc. Because the shares were acquired through multiple transactions, no single acquisition date applies.

A current Robinhood account statement is attached as Exhibit 1 and confirms my ownership of 144 shares of Meta Materials Inc. common stock (MMATQ).

This attachment is submitted solely to clarify and support the information contained in my Proof of Interest.

---

**End of Attachment A**

# EXHIBIT 1

Robinhood
500 Colonial Center Parkway, Suite 100, Lake Mary, FL 32746
help@robinhood.com

Page 1 of 5

07/01/2026 to 07/31/2026

**Kassandra Spencer**

Individual Account #:907092746

431 County Road 3386, Paradise, TX 76073

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $46.05 | $55.09 |
| Total Securities | $1,473.66 | $1,431.90 |
| **Portfolio Value** | **$1,519.71** | **$1,486.99** |

Portfolio Allocation



Cash and Cash Equivalents 3.70%

Equities 96.30%

Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $9.04 | $29.26 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

Please note that when "Managed" is in the account title, it refers to accounts that are managed by Robinhood Asset Management, LLC ("RAM"), subject to the terms of the Robinhood Asset Management Advisory Agreement.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained as it may be helpful in preparing your income tax returns. However, it is not a substitute for IRS Form 1099. Only information on Forms 1099 should be used for tax reporting.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If applicable, advisory services provided by RAM, an SEC-registered investment adviser.

Robinhood Gold is a subscription-based membership program of premium services offered through Robinhood Gold, LLC.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. 5737910

# EXHIBIT 1 (continued)



**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 144 | $0.00010 | $0.01 | $0.00 | 0.00% |
| Next Bridge Hydrocarbons Contra RESTRICTED<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 25.833333 | $0.00000 | $0.00 | $0.00 | 0.00% |
| Ruger Firearms<br>Estimated Yield: 1.03% | RGR | Margin | 11.300457 | $37.17000 | $420.04 | $4.33 | 28.25% |
| Smith & Wesson Brands<br>Estimated Yield: 3.59% | SWBI | Margin | 69.543267 | $14.55000 | $1,011.85 | $36.29 | 68.05% |
| **Total Securities** | | | | | **$1,431.90** | **$40.62** | **96.30%** |
| **Brokerage Cash Balance** | | | | | **$55.09** | | **3.70%** |
| **Total Priced Portfolio** | | | | | **$1,486.99** | | |

# Exhibit 1 (Continued)



**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Cash Div: R/D 2026-07-01 P/D 2026-07-15 - 69.543267 shares at 0.13 | SWBI | Margin | CDIV | 07/15/2026 | | | | $9.04 |
| Next Bridge Hydrocarbons Contra RESTRICTED<br>CUSIP: 629999590 | | Margin | SDIV | 07/31/2026 | 0.833333 | | | |
| **Total Funds Paid and Received** | | | | | | | **$0.00** | **$9.04** |

# Exhibit 1 (Continued)



**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

# EXHIBIT 1 (Continued)

## Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request. Your individual margin accounts are part of a single margin account for regulatory purposes. See the RHS Customer Margin Account Agreement located in our disclosure library for more details.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days.

Short sales involve selling securities that you do not currently own, with the intention of repurchasing those securities at a later time. Short sale transactions may expose you to the risk of unlimited losses and must be executed through a margin account as they are subject to margin requirements. To maintain short positions, you may be asked to deposit funds and/or securities and your short positions may be subject to a "buy-in" at any time. Short sales may be subject to borrow fees, which vary based on market conditions and availability of the securities.

This statement includes dividend and interest amounts credited to your account on securities held for you in our name. While this statement should be retained for income tax purposes, it is not a substitute for IRS Form 1099. Amounts reported on your 1099 may be different than what is reported here. Therefore, only information on Forms 1099 should be used for tax reporting.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com. We will consider the information currently appearing on your investor profile as the most current, complete, and accurate information. If you are a RAM customer, you must promptly advise of material changes in your investment objectives, financial situation or if you wish to impose reasonable restrictions or modify the management of your account.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required under SEC rules, both the RHF and the RHS Order Routing Reports (pursuant to SEC Rule 606) are publicly available, at https://robinhood.com/us/en/about/legal/. Information regarding specific order routing is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguard funds and securities while they are in its possession, monitor compliance with applicable credit, Regulation T and other RHS internal policies, and prepare and make accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size of your net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC IntraFi Network Deposit Sweep Program Agreement, available at https://robinhood.com/us/en/about/legal/ within the High-Yield Cash Program Agreement, for the terms and conditions of the cash sweep program, including disclosure information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries, concerns, or complaints regarding your account can be directed to either help@robinhood.com or by calling 650-761-7789. Written correspondence can be sent to 500 Colonial Center Parkway, Suite 100, Lake Mary, FL 32746.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Audited Statement of Financial Condition as of December 31st, 2025 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31st, 2025, Robinhood Securities, LLC. had a net capital of $3,531,443,399, which was $3,158,683,700 in excess of its required net capital of $372,759,699.

Please retain this statement as it may be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. However, it is not a substitute for IRS Form 1099. Only information on Forms 1099 should be used for tax reporting. Please review the information contained in your account statement carefully. If details of any transactions or balances within your account are incorrect, you must notify us promptly at help@robinhood.com. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

5737910