LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NVB 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Jane Street Group LLC

LARSON & ZIRZOW, LLC
850 E. Bonneville Avenue
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No. 24-50792-gs<br>Chapter 7 |

**EX PARTE MOTION TO REMOVE NAME FROM E-MAIL SERVICE LIST**

The undersigned, Matthew Zirzow, Esq., ("Mr. Zirzow") and the law firm of Larson & Zirzow, LLC (the "Firm"), hereby move this Court for an order removing Mr. Zirzow (NEF e-mail address: mzirzow@lzlawnv.com, hannah@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; bchambliss@lzlawnv.com) and the Firm from the electronic service list for the above-entitled case. Mr. Zirzow and the Firm no longer represent an interested party in the matter and no longer desire to receive notice.

Dated September 23, 2026.

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NVB 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Jane Street Group LLC