**E-filed: September 24, 2026**

Nathan G. Kanute (NV Bar No. 12413)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: nkanute@swlaw.com
cgianelloni@swlaw.com
awendl@swlaw.com

*Attorneys for BaileyBridge, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

BaileyBridge, Inc., by and through its undersigned counsel:

Nathan G. Kanute, Esq.
Charles E. Gianelloni, Esq.
Alexis R. Wendl, Esq.
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

hereby formally appear and request that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

///

///



Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89169 702.784.5200

Dated: September 24, 2026.

SNELL & WILMER L.L.P.

*/s/ Charles E. Gianelloni*

Nathan G. Kanute (NV Bar No. 12413)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for BaileyBridge, Inc.*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89169
702.784.5200