Honorable Gary Spraker
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: June 16, 2026<br>TIME: 9:30 a.m. |

**ORDER ON NEW MOTION FOR CLARIFICATION AND SUPPLEMENTAL DISCLOSURE REGARDING CONFLICTS, RULE 2014, AND LITIGATION FUNDING**

On June 16, 2026, the court held a hearing on the New Motion for Clarification and Supplemental Disclosure Regarding Conflicts, Rule 2014, and Litigation Funding (ECF No. 2744) (Motion), filed by pro se interested party Danielle Spears. Appearances were as noted on the record. At the conclusion of argument, the court set a deadline for the trustee to file a revised copy of the litigation funding agreement which did not redact information regarding the debtor's funding arrangement. The court set a further deadline for Ms. Spears to file a reply to the trustee's supplemental filing.

On July 1, 2026, the trustee filed her Response to Court's Directive Regarding Order on Motion to Seal (ECF No. 2902) (Response), which attached a copy of the litigation funding agreement that removed a number of prior redactions regarding Meta. Ms. Spears did not file a reply.

The court has reviewed the Response. It appears that the trustee has attempted to address the concerns raised by Ms. Spears in her Motion and at the June 16, 2026 hearing by removing

redactions pertaining to Meta in the previously filed litigation funding agreement that has since been withdrawn. The removal of numerous redactions by the trustee appears to address the concerns raised by Ms. Spears in her Motion and at the hearing thereon. As Ms. Spears has not filed any reply with regard to the trustee's Response or identified any continuing dispute, the court considers the matter to be resolved.

Therefore,

IT IS HEREBY ORDERED that the New Motion for Clarification and Supplemental Disclosure Regarding Conflicts, Rule 2014, and Litigation Funding (ECF No. 2744) is GRANTED insofar as it requested that the trustee unredact the portions of the litigation funding agreement pertaining to Meta, which has now been performed. Any further relief requested in the Motion is DENIED for the reasons stated at on the record at the hearing.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC Noticing:

DANIELLE SPEARS
10701 NORTH 99TH AVENUE, LOT 159
PEORIA, AZ 85345

# # #