NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

META MATERIALS INC.

Debtor(s)

BK−24−50792−gs
CHAPTER 7

ORDER GRANTING VERIFIED PETITION

---

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by ERIC A. BROWNDORF is **GRANTED**.

Dated: 10/5/26

Dan Owens
Clerk of Court