Honorable Gary Spraker
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: October 13, 2026<br>TIME: 1:30 p.m. |

**ORDER DENYING MOTION TO SELL LITIGATION CLAIMS**

On October 13, 2026, the court held a hearing on the Trustee's Motion for Order Authorizing Sale and Assignment of Litigation Claims (ECF No. 2966) (Motion to Sell) filed by Christina W. Lovato, in her capacity as the chapter 7 trustee (Trustee) for the bankruptcy estate of Meta Materials Inc. Appearances were as noted on the record. The court having reviewed the Motion to Sell and all papers filed in opposition thereto and in support thereof, and having heard and considered the argument of the parties, for the reasons stated in the court's ruling stated on the record, incorporated herein by this reference,

IT IS HEREBY ORDERED that the Trustee's Motion for Order Authorizing Sale and Assignment of Litigation Claims (ECF No. 2966) is DENIED, without prejudice.

IT IS SO ORDERED.

* * * * *

Copy sent to parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via USPS to:

SCOTT TRAUDT
191 KIBLING HILL ROAD
STRAFFORD, VT 05072

DANIELLE SPEARS
10701 NORTH 99TH AVENUE, LOT 159
PEORIA, AZ 85345

# # #