**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

META MATERIALS, INC.,

Debtor,

Case No.: 24-50792-gs

CERTIFICATE OF MAILING OF:

**ORDER DENYING MOTION TO SELL LITIGATION CLAIMS**

I, Maya Sherman, hereby certify that a copy of the above order, Document #3016 filed in the above-entitled case, was mailed by me on 10/23/2026 to the parties at:

SCOTT TRAUDT
191 KIBLING HILL ROAD
STRAFFORD, VT 05072

DANIELLE SPEARS
10701 NORTH 99TH AVENUE, LOT 159
PEORIA, AZ 85345

The order was deposited in a sealed envelope, via USPS.

DATED: 10/23/2026

Maya Sherman
Digitally signed by Maya Sherman
Date: 2026.10.23 14:18:30 -07'00'

BANKRUPTCY DEPUTY CLERK

NUMBER OF NOTICES MAILED: 2