Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDERS:**<br><br>**(A) APPROVING AMENDED ASSIGNMENT OF LITIGATION AGREEMENT;**<br><br>**(B) APPROVING BIDDING PROCEDURES FOR THE SALE OF LITIGATION CLAIMS;**<br><br>**(C) APPROVING STALKING HORSE SALE TERM SHEET; AND**<br><br>**(D) AUTHORIZING THE SALE AND ASSIGNMENT OF LITIGATION CLAIMS TO THE SUCCESSFUL BIDDER UNDER THE RELEVANT PROVISIONS OF 11 U.S.C. § 363**<br><br>**Hearing Date: December 9, 2026**<br>**Hearing Time: 1:30 p.m.** |

SEE ATTACHED

Jeffrey L. Hartman, Esq. – NSB #1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Kent R. Robison, Esq. – NSB #1167
**ROBISON LAW GROUP**
71 Washington Street
Reno, Nevada 89503
T: (775) 329-3151
krobison@robison-law.com

Clayton P. Brust, Esq. – NSB #5234
Hannah E. Winston, Esq. – NSB #14520
**SBW LAW GROUP**
3600 Mayberry Drive
Reno, Nevada 89509
T: (775) 299-4051
cbrust@sbwlawgroup.com
hwinston@sbwlawgroup.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br>(Chapter 7)<br><br>Adversary No.: 26-05037-gs |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>AUTHENTIX, INC., a Delaware corporation; AUTHENTIX SOLUTIONS CANADA, INC., a British Columbia corporation; and DOES I-V,<br><br>Defendants. | **NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDERS:**<br><br>**(A) APPROVING AMENDED ASSIGNMENT OF LITIGATION AGREEMENT;**<br><br>**(B) APPROVING BIDDING PROCEDURES FOR THE SALE OF LITIGATION CLAIMS;**<br><br>**(C) APPROVING STALKING HORSE SALE TERM SHEET; AND**<br><br>**(D) AUTHORIZING THE SALE AND ASSIGNMENT OF LITIGATION CLAIMS TO THE SUCCESSFUL BIDDER UNDER THE RELEVANT PROVISIONS OF 11 U.S.C. § 363**<br><br>**Hearing Date: December 9, 2026**<br>**Hearing Time: 1:30 p.m.** |

**NOTICE IS HEREBY GIVEN** that Christina W. Lovato, in her capacity as the chapter 7 trustee ("***Trustee***" or "***Plaintiff***") for the bankruptcy estate of Meta Materials Inc. ("***Meta Estate***" or "***Debtor***"), has filed her Motion (the "Motion"), for entry of orders: (A) Approving Amended Assignment Of Litigation Agreement; (B**)** Approving Bidding Procedures For The Sale Of Litigation Claims; (C) Approving Stalking Horse Sale Term Sheet, and (D) Authorizing The Sale And Assignment Of Litigation Claims To The Successful Bidder Under The Relevant Provisions Of 11 U.S.C. § 363.

This Motion is made pursuant to 11 U.S.C. §§ 105(a), 363(b), (m) and (n), and F.R.Bankr.P.2002, 6004, and 9014. The Motion is supported by the separately filed Declarations of Christina W. Lovato, and Jeffrey Hartman, the papers and pleadings on file, and such other evidence as may be presented. The Motion requests an Order authorizing the sale and assignment of litigation claims owned by the Estate: Adversary Proceeding nos. 26-05037 ("Authentix"), and 26-05038 ("24M"), to BaileyBridge, Inc., a Texas corporation ("BaileyBridge"), for $250,000 plus 30% of any net recovery after attorneys' fees and costs ("Motion"). In addition to the cash plus the 30% allocation, BaileyBridge has committed not less than $1,000,000 for litigation funding. The Motion includes the following Exhibits: (1) Amended Assignment Of Litigation Agreement with BaileyBridge, Inc.; (2); Proposed Bid Procedure requirements; (3); and the Bailey Bridge Stalking Horse Sale Term sheet. The Motion is supported by the separately filed Declarations of Christina Lovato and Jeffrey Hartman.

The Motion includes Proposed Dates and Deadlines which balance the need for expeditious administration of the chapter 7 case with an opportunity for interested parties to participate:

| **Event** | **Date / Deadline** |
|---|---|
| Objection To Sale Motion | November 25, 2026 |
| Sale Hearing | December 9, 2026 1:30 p.m. |
| Bid Deadline | To Be Determined |
| Auction Hearing (if necessary) | December 17, 2026 1:30 p.m. |

Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing will be held before United States Bankruptcy Judge Gary Spraker on **December 9, 2026** at **1:30 p.m**. The hearing will be held remotely via video conference (Zoom) before the Honorable Gary Spraker. The Courtroom Deputy will email participants a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion and related papers can be obtained at the bankruptcy court's website at www.nvb.uscourts.gov by logging onto the PACER document service center at www.pacer.gov or upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: November 6, 2026.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Christina Lovato, Trustee/Plaintiff