Honorable Gary Spraker
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>META MATERIALS INC.,<br><br>Debtor(s). | Case No.: 24-50792-gs<br>Chapter 7<br><br><u>NEW Hearing Date</u><br>DATE: December 15, 2026<br>TIME: 1:30 p.m. |

**<u>ORDER RESCHEDULING HEARING</u>**
**<u>ON TRUSTEE'S MOTION RE: SALE OF LITIGATION CLAIMS</u>**

On November 6, 2026, the chapter 7 trustee filed the "Trustee's Motion for Orders: (A) Approving Amended Assignment of Litigation Agreement; (B) Approving Bidding Procedures for the Sale of Litigation Claims; (C) Approving Stalking Horse Sale Term Sheet; and (D) Authorizing the Sale and Assignment of Litigation Claims to the Successful Bidder Under the Relevant Provisions of 11 U.S.C. § 363" (ECF No. 3029) (Motion). That same day, the trustee filed the identical motion in adversary proceeding no. 26-05037-gs, *Lovato v. Authentix* (Adv. ECF No. 45) (Adversary Motion). At the November 19, 2026, status and scheduling conference held in the adversary proceeding, the court rescheduled the December 9, 2026, hearing on the Adversary Motion for December 15, 2026, at 1:30 p.m. Accordingly,

IT IS HEREBY ORDERED that the hearing on the Motion currently scheduled for December 9, 2026, at 1:30 p.m. is RESCHEDULED to **December 15, 2026 at 1:30 p.m.** before the undersigned by remote appearance via Zoom video webinar.

IT IS FURTHER ORDERED that a Courtroom Deputy will email participants a link to the webinar at least one (1) day before the hearing with the necessary information to connect for remote participation. The parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #